

Revision: HCFA-PM-91-4   (BPD)                              21b                                    OMB No. 0938
         August 1991

                              State/Territory:   District of Columbia

Citation

Limited                3.1(a)(6)          Amount, Duration, and Scope of Services:

                                          Coverage for Certain Aliens (continued)

1902(a) and 1903(v)    (iii)   Aliens who are not lawfully admitted for
of the Act                     permanent residence or otherwise permanently
                               residing in the United States under color of
                               law who meet the eligibility conditions under
                               this plan, except for the requirement for
                               receipt of AFDC, SSI, or a State supplementary
                               payment, are provided Medicaid only for care
                               and services necessary for the treatment of an
                               emergency medical condition (including
                               emergency labor and delivery) as defined in
                               section 1903(v)(3) of the Act.

1905(a)(9) of          (a)(7)  Homeless Individuals.
the Act
                               Clinic services furnished to eligible
                               individuals who do not reside in a permanent
                               dwelling or do not have a fixed home or mailing
                               address are provided without restrictions
                               regarding the site at which the services are
                               furnished.

1902(a)(47)         _X_ (a)(8) Ambulatory prenatal care for pregnant women is
and 1920 of                    provided during a presumptive eligibility
period
the Act                        if the care is furnished by a provider that is
                               eligible for payment under the State plan.

42 CFR 441.55          (a)(9)  EPSDT Services.
1902(a)(43),
1905(a)(4)(B),                 The Medicaid agency meets the requirements of
and 1905(r) of                 sections 1902(a)(43), 1905(a)(4)(B), and
the Act                        1905(r) of the Act with respect to early and
                               periodic screening, diagnostic, and treatment
                               (EPSDT) services.

_____
TN. No. 91-9              Approval Date 11-30-93        Effective Date 10-31-91
Supersedes                                              ____ HCFA ID: 7982E
TN No. 87-7

Revision: HCFA-PM-93-5TC (MB)  
May 1993

ATTACHMENT 3.1-A  
Page 2  
OMB NO: 0938

State/Territory: District of Columbia

AMOUNT, DURATION, AND SCOPE OF MEDICAL  
AND REMEDIAL CARE AND SERVICES PROVIDED TO THE CATEGORICALLY NEEDY

4.a. Nursing facility services (other than services in an institution for mental diseases) for individuals 21 years of age or older.

   Provided: __X__ No limitations    _____ With limitations*

  b. Early and periodic screening, diagnostic and treatment services for individuals under 21 years of age, and treatment of conditions found.*

   Provided: __X__ No limitations    _____ With limitations

  c. Family planning services and supplies for individuals of child bearing age.

   Provided: __X__ No limitations    _____ With limitations*

5.a. Physicians' services whether furnished in the office, the patient's home, a hospital, a nursing facility or elsewhere.

   Provided: _____ No limitations    __X__ With limitations*

  b. Medical and surgical services furnished by a dentist (in accordance with section 1905(a)(5)(B) of the Act).

   Provided: _____ No limitations    __X__ With limitations*

6. Medical care and any other type of remedial care recognized under State law, furnished by licensed practitioners within the scope of their practice as defined by State law.

  a. Podiatrists' services.

   __X__ Provided:    _____ No limitations    __X__ With limitations*

   _____ Not Provided

*Description provided on attachment.

---

TN No. 06-02  
Supersedes  
TN No. 91-9

Approval Date SEP 2 4 2009

Effective Date 10-01-09