

# Table of Contents

**State Name:**  Washington, D.C.

**State Plan Amendment (SPA) #**:  14-00

This file contains the following documents in the order listed:

1) Approval Letter
2) CMS 179 Form/Summary Form (with 179-like data)
3) Approved SPA Pages

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499



## Region III/Division of Medicaid and Children's Health Operations

SWIFT # 060320144041

**NOV 1 9 2014**

Claudia Schlosberg, J.D.
Acting Senior Deputy Director/State Medicaid Director
Department of Health Care Finance
441 4th Street, N.W., 9th Floor
Washington, D.C.

Dear Ms. Schlosberg:

The Centers for Medicare & Medicaid Services (CMS) has completed its review of Washington, D.C.'s State Plan Amendment (SPA) 14-005. SPA 14-005, titled Mental Health Rehabilitation Services for Children, proposes to expand community based service opportunities for Medicaid eligible children in the District.

This SPA is acceptable. Therefore, we are approving SPA 14-005 with an effective date of October 1, 2014. Enclosed is a copy of the CMS-179 and the approved State Plan pages.

We appreciate the cooperation and effort provided by your staff throughout this process. If you have further questions about this SPA, please contact Kia Banton of my staff at 215-861-4252, or via email at Kia.Banton@cms.hhs.gov.

Sincerely
/s/

Francis McCullough
Associate Regional Administrator

Enclosures

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE & MEDICAID SERVICES | | FORM APPROVED<br>OMB NO. 0938-0193 |
|---|---|---|
| **TRANSMITTAL AND NOTICE OF APPROVAL OF<br>STATE PLAN MATERIAL** | 1. TRANSMITTAL NUMBER:<br>14-005 | 2. STATE<br>District of Columbia |
| **FOR: CENTERS FOR MEDICARE & MEDICAID SERVICES** | 3. PROGRAM IDENTIFICATION:<br>Title XIX of the Social Security Act | |
| TO: Regional Administrator<br>Centers for Medicare & Medicaid Services<br>Department of Health and Human Services | 4. PROPOSED EFFECTIVE DATE<br>October 1, 2014 | |

5. TYPE OF PLAN MATERIAL *(Check One)*:

☐ NEW STATE PLAN          ☐ AMENDMENT TO BE CONSIDERED AS NEW PLAN          ☒ AMENDMENT

COMPLETE BLOCKS 6 THRU 10 IF THIS IS AN AMENDMENT *(Separate Transmittal for each amendment)*

| 6. FEDERAL STATUTE/REGULATION CITATION<br>Title XIX of the Social Security Act | 7. FEDERAL BUDGET IMPACT<br>a. FFY    15 $902,000<br>b. FFY    16 $928,000 |
|---|---|
| 8. PAGE NUMBER OF THE PLAN SECTION OR ATTACHMENT<br><br>Supplement 2 to Attachment 4.19B, pp1,1a ; 4.19 B, pp3<br>Supplement 3 to Attachment 3.1-B pp. 10, 10a-10c<br>Supplement 6 to Attachment 3.1-A pp. 10, 10a-10c | 9. PAGE NUMBER OF THE SUPERSEDED PLAN SECTION<br>OR ATTACHMENT *(If Applicable)*<br><br>Supplement 2 to Attachment 4.19B, p1 ; 4.19B, pp3<br>Supplement 3 to Attachment 3.1B, p 10<br>Supplement 6 to Attachment 3.1A, p 10 |

10. SUBJECT OF AMENDMENT:
Evidence-Based Mental Health Rehabilitation Services for Children

| 11. GOVERNOR'S REVIEW *(Check One)*<br>☐ GOVERNOR'S OFFICE REPORTED NO COMMENT<br>☐ COMMENTS OF GOVERNOR'S OFFICE ENCLOSED<br>☐ NO REPLY RECEIVED WITHIN 45 DAYS OF SUBMITTAL | ☒ OTHER, AS SPECIFIED: PR20-0739 |
|---|---|
| /s/ | 16. RETURN TO |
| 13. TYPED NAME<br>Claudia Schlosberg, JD<br>14. TITLE<br>Interim Senior Director/State Medicaid Director<br>15. DATE SUBMITTED<br>May 30, 2014 | Claudia Schlosberg, J.D.<br>Interim Senior Director/State Medicaid Director<br>Department of Health Care Finance<br>441 4th St. N.W., Suite 900 South<br>Washington, DC 20001 |

| FOR REGIONAL OFFICE USE ONLY | |
|---|---|
| 17. DATE RECEIVED | 18. DATE APPROVED NOV 1 9 2014 |

| PLAN APPROVED – ONE COPY ATTACHED | |
|---|---|
| 19. EFFECTIVE DATE OF APPROVED MATERIAL<br>OCT 1 2014 | 20. SIGNATURE OF REGIONAL OFFICIAL<br>/s/ |
| 21. TYPED NAME<br>Francis McCullough | 22. TITLE<br>Associate Regional Administrator |

23. REMARKS

per a unk change made on 11/12/14, with approval from DHCF.
/s/

State: District of Columbia

Attachment 4.19 B, Part 1
Page 13

    i.    The initial treatment for medical emergencies including indications of severe chest pains, dyspnea, gastrointestinal hemorrhage, spontaneous abortion, loss of consciousness, status epilepticus, or other conditions considered to be life threatening.

    ii.    The initial treatment following a recent injury resulting in a need for emergency hospital services as defined in "a" above.

    iii.    Treatment related to an injury sustained more than 72 hours prior to the visit in which the patient's condition has deteriorated to the point of requiring medical treatment for stabilization.

    iv.    A visit in which the patient's condition requires immediate hospitalization or the transfer to another facility for further treatment or a visit in which the patient dies.

    v.    Acute vital sign changes indicating a deterioration of the patient's health requiring emergency hospital care.

    vi.    Severe pain would support an emergency need when combined with one or more of the other guidelines.

21.    Fee-for-Service Providers

    i.    The DHCF fee schedule is effective for services provided on or after the date of publication, occurring annually in January. All rates are published on the state agency's website at www.dc-medicaid.com.

    ii.    Except as otherwise noted in the Plan, DHCF-developed fee schedule rates are the same for both governmental and private individual practitioners.

    iii.    Payment for the following services shall be at lesser of the state agency fee schedule; actual charges to the general public; or, the Medicare (Title XVIII) allowance for the following services:

        a. Physician's services
        b. Dentist and Orthodontist's services
        c. Podiatry
        d. Mental health services, including community mental health services, services of licensed clinical psychologists, and mental health services provided by a physician, except for mental health services listed in Supplement 2, Attachment 4.19-B, pages 1 and 1a, which shall be reimbursed based on the methodology outlined on those pages

TN# 14-005
Supercedes
TN# 97-05

Approval Date **NOV 1 9 2014**    Effective Date October 1, 2014

State: <u>District of Columbia</u>                                  Supplement 2 to Attachment 4.19B

Page 1

Reimbursement Methodology: <u>Other Diagnostic, Screening, Preventive and Rehabilitative Services, i.e., Other Than Those Provided Elsewhere in this Plan</u>

A. The following services, when provided by agencies certified by the Department of Behavioral Health ("DBH") are available for all Medicaid eligible individuals who elect to receive, or have a legally authorized representative to select on their behalf, Rehabilitation Option services and who are in need of behavioral health services and/or mentally ill or seriously emotionally disturbed:

1. Diagnostic/Assessment
2. Medication/Somatic Treatment (Individual and Group)
3. Counseling and Psychotherapy (Individual On-Site, Individual Off-Site and Group)
4. Community Support (Individual and Group)
5. Crisis/Emergency
6. Day Services
7. Intensive Day Treatment
8. Community-Based Intervention
9. Assertive Community Treatment
10. Child-Parent Psychotherapy for Family Violence
11. Trauma Focused Cognitive-Behavioral Therapy

B. Mental health rehabilitation services ("MHRS") shall be reimbursed according to a fee schedule rate for each MHRS identified in an approved service plan (i.e., Individualized Recovery Plan ("IRP") or Individualized Plan of Care ("IPC") and rendered to eligible consumers.

C. A fee schedule rate for each MHRS shall be established based on analysis of comparable services rendered by similar professionals in the District of Columbia and other states.

The reimbursable unit of service for Diagnostic/Assessment shall be per assessment.

The reimbursable unit of service of Medication/Somatic Treatment, Counseling and Psychotherapy, Community Support, Crisis/Emergency, Community-Based Intervention and Assertive Community Treatment, shall be fifteen (15) minutes. Separate reimbursement rates shall be established for services eligible to be rendered either off-site or in group settings.

The reimbursable unit of service for Day Services and Intensive Day Treatment shall be one (1) day.

Rates shall be reviewed annually.

State:   District of Columbia                          Supplement 2 to Attachment 4.19B
                                                                                  Page 1a

D. Reimbursement for Child-Parent Psychotherapy for Family Violence and Trauma Focused
   Cognitive-Behavioral Therapy services, and defined in Supplement 6 to Attachment 3.1A
   and Supplement 3 to Attachment 3.1B, shall be paid based upon a state-developed fee
   schedule. Providers for both services are also defined in both Supplements. Reimbursement
   for both services is paid per one fifteen (15) minute unit of service.

   The agency's fee schedule rate is set as of October 1, 2014 and is effective for services
   provided on or after that date. All rates are published on the agency's website at www.dc-
   medicaid.com.  Except as otherwise noted in the Plan, State developed fee schedule rates are
   the same for both governmental and private providers.

E. Rates shall be consistent with efficiency, economy and quality of care.

F. The fee development methodology will primarily be composed of provider cost modeling,
   through DC provider compensation studies, cost data, and fees from similar State Medicaid
   programs may also be considered. The following list outlines the major components of the
   cost model to be used in developing the fee methodology:

   (a) Staffing Direct Wages, including but not limited to:
       Salaries, fringe benefits (e.g., health and dental insurance, Medicare tax, employment
       tax), and contract costs for eligible direct care service providers;
   (b) Direct Program Costs, including but not limited to:
       Materials, supplies, staff travel and training costs, program clinical and support salary
       and benefit costs, and additional allocable direct service costs unique to a provider;
   (c) Indirect Costs, including but not limited to:
       Administrative personnel cost, management personnel costs, occupancy costs,
       security costs, and maintenance and repair costs;
   (d) Service utilization statistics, including but not limited to:
       The total units of service provided and data related to service volume;
   (e) Productivity Factors, including but not limited to hours of service; and
   (f) Unique Program Costs.

TN No. ___14-005                Approval Date **NOV  1 9 2014**        Effective Date October 1, 2014
Supersedes
TN No. New

District:  District of Columbia                    Supplement 3 to Attachment 3.1B
                                                   Page 10

addictive disorder; (5) psychosocial rehabilitation and skill development; (6) interpersonal social and interpersonal skill training; and (7) education, support and consultation to consumers' families and/or their support system, which is directed exclusively to the well-being and benefit of the consumer.

Assertive Community Treatment shall include a comprehensive and integrated set of medical and psychosocial services for the treatment of the consumer's mental health condition that is provided in non-office settings by the consumer's ACT Team. The ACT Team provides Medicaid-covered mental health rehabilitation community support services that are interwoven with treatment and rehabilitative services and regularly scheduled team meetings.

B. Unit of Service: Fifteen (15) minutes, pursuant to criteria set forth in DMH-established billings procedures.

C. Limitations: Prior authorization is required for enrollment; ACT shall not be billed on the same day as any other service, except for Crisis/Emergency for which retrospective authorization is required.

D. Locations/Settings: DMH certified Community Mental Health Rehabilitation Services Agency, Home or other Community Setting.

E. Qualified Practitioners: Psychiatrist, RN and Addiction Counselor. Mental Health Support Specialists may provide Assertive Community Treatment services under the supervision of a Qualified Practitioner to the extent permitted by and in accordance with District of Columbia law.

## 10. Child-Parent Psychotherapy for Family Violence

A. Definition: Child-Parent Psychotherapy for Family Violence (CPP-FV) is a relationship-based treatment intervention to address children's exposure to trauma or maltreatment. CPP-FV sessions are conjoint with the child's parent(s) or caregiver(s) focusing on improving the child's development trajectory CPP-FV helps restore developmental functioning in the wake of violence and trauma by focusing on restoring the attachment relationship that was negatively affected by trauma. CPP-FV is geared toward young children, ages zero (0) through six (6), who suffer from traumatic stress and often have difficulty regulating their behaviors and emotions during distress. These children may be easily frightened, difficult to console, aggressive, impulsive, or exhibit fearfulness of new situations. These children may also have difficulty sleeping, fail to maintain recently acquired developmental skills, and show regression in functioning and

State: District of Columbia

Supplement 3 to Attachment 3.1B
Page 10a

behavior. Consistent with EPSDT requirements, CPP-FV services are available to individuals over age six (6) and under age twenty-one (21) who meet the clinical criteria for coverage under the CPP-FV MHRS program and also meet the criteria for program enrollment, but for their age.

Sessions focus on child/parent/caregiver interactions and counselors who provide support on healthy coping, affect regulation, and increased appropriate reciprocity between the child and his/her parent or caregiver to treat symptoms emerging from exposure to trauma. The goal of CPP-FV is to strengthen the child/parent/caregiver relationship through an integrated approach of psychotherapy and through the provision of attentional support, interpretation, and enactment. The therapeutic interventions restore the developmental trajectory through the following:

   i.    Reduce post-traumatic stress reactions and symptoms in children;
   ii.   Improve child functioning while also improving the child-parent or caregiver attachment relationship negatively affected by trauma;
   iii.  Establish a sense of safety and trust within the child-parent or caregiver-relationship;
   iv.   Return a child to a normal developmental trajectory through the restoration of child sensitivity and responsiveness.

B. Unit of Service: One (1) unit of service shall be one (1) fifteen (15) minute increment. A typical CPP-FV service session shall be sixty (60) to ninety (90) minutes, one (1) time per week, for a period of fifty-two (52) weeks, based on medical need, and may be exceeded with authorization. CPP-FV sessions are longer in the first six (6) months of treatment (i.e., ninety (90) minutes) and decrease over time (i.e., to sixty (60) minutes), as the child improves his/her coping skills.

C. Limitations: CPP-FV services shall not exceed two hundred and sixty (260) unless the Department of Behavioral Health (DBH) prior authorizes the service in accordance with the established medical necessity criteria.

D. Locations/Settings: Natural settings including birth family home; child's home; adoptive home; foster home; or other community setting. Mental Health Rehabilitation Services (MHRS) provider service site. Community-based group home facility of sixteen (16) beds or fewer; or other community setting.

E. Qualified Practitioner: Psychiatrist, Psychologist, Licensed Independent Clinical Social Worker (LICSW), Advanced Practice Registered Nurse (APRN), Registered Nurse (RN), or Licensed Professional Counselor (LPC).

State: District of Columbia                                    Supplement 3 to Attachment 3.1B
                                                                Page 10b

## 11. Trauma-Focused Cognitive-Behavioral Therapy

A. Definition:  Trauma-Focused Cognitive Behavioral Therapy (TF-CBT) is a
psychotherapeutic intervention designed to address significant emotional and behavioral
difficulties related to traumatic life events. TF-CBT sessions focus on addressing the child's
posttraumatic stress disorder, depression, anxiety, externalizing behaviors, sexualized
behaviors, feelings of shame, and mistrust. TF-CBT also provides parents or caregivers with
the tools needed to reinforce the content covered with the child between sessions and after
treatment has ended. Consistent with EPSDT requirements, TF-CBT services are available to
individuals under age four (4) and through ages eighteen (18) to twenty (20) who meet the
clinical criteria for coverage under the TF-CBT MHRS program and also meet the criteria for
program enrollment, but for their age.

The goal of TF-CBT is to assist children overcome the negative effects of traumatic life
events through the following:

    i.  Target symptoms of post-traumatic stress disorder (often co-occurring
      with depression and other behavioral problems);
    ii.  Address and improve issues commonly experienced by traumatized children
      (including poor self-esteem, difficulty trusting others, mood instability, and
      self-injurious behavior);
    iii.  Increase stress management skills of children;
    iv.  Improve the child's problem-solving and safety skills; and

B. Unit of Service: One (1) unit of service shall be one (1) fifteen (15) minute increment.  A
typical course of TF-CBT treatment requires children to participate in sixty (60) to ninety
(90) minute individual and joint child/parent/caregiver sessions, one (1) time per week, over
an average period of twelve (12) to sixteen (16) weeks in accordance with the evidence-based
practice requirements and medical necessity criteria, and may be exceeded with
authorization.

C. Limitations: TF-CBT services shall not exceed one hundred and sixty (160) unless DBH
prior authorizes the service in accordance with the established medical necessity criteria.
TF-CBT shall not be billed on the same day as Rehabilitation/Day services, Intensive Day
Treatment, CBI, ACT; or Other Counseling Services.

---

TN No. 14-005                          Approval Date **NOV 1 9 2014**          Effective Date October 1, 2014
Supersedes
TN No. NEW

State:  District of Columbia                                   Supplement 3 to Attachment 3.1B
                                                                                    Page 10c

D. Locations/Settings: Natural settings that include child's home, foster home, or other
   community setting including a clinic or MHRS provider service site or community-based
   group home facility of sixteen (16) beds or fewer.

E. Qualified Practitioners: Psychiatrist, Psychologist, LICSW, APRN, RN, and LPCs.  Qualified
   providers of TF-CBT shall be certified in TF-CBT and licensed by the District or another
   state.

District:   District of Columbia                    Supplement 6 to Attachment 3.1A
                                                                       Page 10

   addictive disorder; (5) psychosocial rehabilitation and skill development; (6) interpersonal
   social and interpersonal skill training; and (7) education, support and consultation to
   consumers' families and/or their support system, which is directed exclusively to the well-
   being and benefit of the consumer.

   Assertive Community Treatment shall include a comprehensive and integrated set of medical
   and psychosocial services for the treatment of the consumer's mental health condition that is
   provided in non-office settings by the consumer's ACT Team. The ACT Team provides
   Medicaid-covered mental health rehabilitation community support services that are
   interwoven with treatment and rehabilitative services and regularly scheduled team meetings.

B. Unit of Service: Fifteen (15) minutes, pursuant to criteria set forth in DMH-established
   billings procedures.

C. Limitations: Prior authorization is required for enrollment; ACT shall not be billed on the
   same day as any other service, except for Crisis/Emergency for which retrospective
   authorization is required.

D. Locations/Settings: DMH certified Community Mental Health Rehabilitation Services
   Agency, Home or other Community Setting.

E. Qualified Practitioners: Psychiatrist, RN and Addiction Counselor. Mental Health Support
   Specialists may provide Assertive Community Treatment services under the supervision of a
   Qualified Practitioner to the extent permitted by and in accordance with District of Columbia
   law.

## 10. Child-Parent Psychotherapy for Family Violence

A.    Definition: Child-Parent Psychotherapy for Family Violence (CPP-FV) is a relationship-
      based treatment intervention to address children's exposure to trauma or maltreatment.
      CPP-FV sessions are conjoint with the child's parent(s) or caregiver(s) focusing on
      improving the child's development trajectory CPP-FV helps restore developmental
      functioning in the wake of violence and trauma by focusing on restoring the attachment
      relationship that was negatively affected by trauma. CPP-FV is geared toward young
      children, ages zero (0) through six (6), who suffer from traumatic stress and often have
      difficulty regulating their behaviors and emotions during distress. These
      children may be easily frightened, difficult to console, aggressive, impulsive, or exhibit
      fearfulness of new situations. These children may also have difficulty sleeping, fail to
      maintain recently acquired developmental skills, and show regression in functioning and



State:  District of Columbia                                      Supplement 6 to Attachment 3.1A
                                                                                             Page 10a

    behavior. Consistent with EPSDT requirements, CPP-FV services are available to
    individuals over age six (6) and under age twenty-one (21) who meet the clinical criteria
    for coverage under the CPP-FV MHRS program and also meet the criteria for program
    enrollment, but for their age.

    Sessions focus on child/parent/caregiver interactions and counselors who provide support
    on healthy coping, affect regulation, and increased appropriate reciprocity between the
    child and his/her parent or caregiver to treat symptoms emerging from exposure to
    trauma. The goal of CPP-FV is to strengthen the child/parent/caregiver relationship
    through an integrated approach of psychotherapy and through the provision of attentional
    support, interpretation, and enactment. The therapeutic interventions restore the
    developmental trajectory through the following:

             i.    Reduce post-traumatic stress reactions and symptoms in children;
             ii.   Improve child functioning while also improving the child-parent or
                   caregiver attachment relationship negatively affected by trauma;
             iii.  Establish a sense of safety and trust within the child-parent or caregiver-
                   relationship;
             iv.   Return a child to a normal developmental trajectory through the restoration
                   of child sensitivity and responsiveness.

B.  Unit of Service: One (1) unit of service shall be one (1) fifteen (15) minute increment. A
    typical CPP-FV service session shall be sixty (60) to ninety (90) minutes, one (1) time per
    week, for a period of fifty-two (52) weeks, based on medical need, and may be exceeded
    with authorization. CPP-FV sessions are longer in the first six (6) months of treatment (i.e.,
    ninety (90) minutes) and decrease over time (i.e., to sixty (60) minutes), as the child
    improves his/her coping skills.

C.  Limitations:  CPP-FV services shall not exceed two hundred and sixty (260) unless the
    Department of Behavioral Health (DBH) prior authorizes the service in accordance with the
    established medical necessity criteria.

D.  Locations/Settings:  Natural settings including birth family home; child's home;  adoptive
    home; foster home; or other community setting. Mental Health Rehabilitation Services
    (MHRS) provider service site. Community-based group home facility of sixteen (16) beds or
    fewer; or other community setting.

E.  Qualified Practitioner:  Psychiatrist, Psychologist, Licensed Independent Clinical Social
    Worker (LICSW), Advanced Practice Registered Nurse (APRN), Registered Nurse (RN), or
    Licensed Professional Counselor (LPC).

State: District of Columbia                              Supplement 6 to Attachment 3.1A
                                                         Page 10b

## 11. Trauma-Focused Cognitive-Behavioral Therapy

A. Definition:  Trauma-Focused Cognitive Behavioral Therapy (TF-CBT) is a
   psychotherapeutic intervention designed to address significant emotional and behavioral
   difficulties related to traumatic life events. TF-CBT sessions focus on addressing the child's
   posttraumatic stress disorder, depression, anxiety, externalizing behaviors, sexualized
   behaviors, feelings of shame, and mistrust. – TF-CBT also provides parents or caregivers
   with the tools needed to reinforce the content covered with the child between sessions and
   after treatment has ended. Consistent with EPSDT requirements, TF-CBT services are
   available to individuals under age four (4) and through ages eighteen (18) to twenty (20) who
   meet the clinical criteria for coverage under the TF-CBT MHRS program and also meet the
   criteria for program enrollment, but for their age.

   The goal of TF-CBT is to assist children overcome the negative effects of traumatic life
   events through the following:

         i.     Target symptoms of post-traumatic stress disorder (often co-occurring
               with depression and other behavioral problems);
         ii.    Address and improve issues commonly experienced by traumatized children
               (including poor self-esteem, difficulty trusting others, mood instability, and
               self-injurious behavior);
         iii.   Increase stress management skills of children;
         iv.   Improve the child's problem-solving and safety skills; and

B. Unit of Service:  One (1) unit of service shall be one (1) fifteen (15) minute increment.  A
   typical course of TF-CBT treatment requires children to participate in sixty (60) to ninety
   (90) minute individual and joint child/parent/caregiver sessions, one (1) time per week, over
   an average period of twelve (12) to sixteen (16) weeks in accordance with the evidence-based
   practice requirements and medical necessity criteria, and may be exceeded with
   authorization.

C. Limitations:  TF-CBT services shall not exceed one hundred and sixty (160) unless DBH
   prior authorizes the service in accordance with the established medical necessity criteria.
   TF-CBT shall not be billed on the same day as Rehabilitation/Day services, Intensive Day
   Treatment, CBI, ACT; or Other Counseling Services.

# Table of Contents

**State Name:**  Washington, D.C.

**State Plan Amendment (SPA) #**:  14-00

This file contains the following documents in the order listed:

1) Approval Letter
2) CMS 179 Form/Summary Form (with 179-like data)
3) Approved SPA Pages