UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **M.J.,** *et al.,*<br><br>             **Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>             **Defendants.** | **Civil Action No. 18-1901 (EGS)** |

## ORDER

Upon consideration of plaintiffs' Motion to Extend Time to File Motion for Class Certification, and for an Order Requiring the Parties to Meet and Confer and Submit a Proposed Scheduling Order, defendants' partial opposition, and the entire record, it is this _____ day of _____, 2018,

**ORDERED**, that the Motion is **GRANTED IN PART and DENIED IN PART**, and it is further

**ORDERED**, that plaintiffs' request to extend the time to file a motion for class certification is **GRANTED**; and it is further

**ORDERED**, that plaintiffs' request for an order requiring the Parties to meet and confer and submit a proposed scheduling order is **DENIED**.

_____
THE HONORABLE EMMET G. SULLIVAN
Judge, United States District Court
      for the District of Columbia