UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., by and through her next friend J.J., and <br> L.R., by and through her next friend D.M., <br> on behalf of themselves and all others <br> similarly situated; and <br> UNIVERSITY LEGAL SERVICES, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> THE DISTRICT OF COLUMBIA, *et al.*, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-1901 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR WITHDRAWAL OF APPEARANCE**
**OF MARK J. MURPHY AS COUNSEL FOR PLAINTIFFS**

Mark J Murphy, one of the counsel for Plaintiffs in this case, respectfully moves this Court for an order permitting his withdrawal as counsel for Plaintiffs. In support of this Motion, Mr. Murphy states as follows:

1. On November 2, 2018, Mr. Murphy, an attorney with the Bazelon Center for Mental Health Law, entered his appearance in this case on behalf of Plaintiffs M.J., by and through her next friend J.J., L.R., by and through her next friend D.M., and University Legal Services Inc. d/b/a Disability Rights DC.

2. Mr. Murphy will cease working at the Bazelon Center for Mental Health Law effective July 15, 2019 and, as a result, expects to have no further involvement with this case.

3. Mr. Murphy's withdrawal, if granted, will not impact Plaintiffs' legal representation. Plaintiffs will continue to be represented by attorneys with the Bazelon Center for Mental Health

Law; Disability Rights DC at University Legal Services; the National Center for Youth Law; and Schulte Roth & Zabel LLP.

    4. A proposed order is included with this Motion.

WHEREFORE, Mark J. Murphy respectfully requests that this Motion be granted.

Dated:  July 10, 2019                  Respectfully submitted,

                                             /s/ Mark J. Murphy
                                               Mark J. Murphy (Bar No. 1048467)
                                               Bazelon Center for Mental Health Law
                                               1101 15th Street NW, Suite 1212
                                               Washington DC 20005
                                               202-467-5730 x1323
                                               markm@bazelon.org

                                               *Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., by and through her next friend J.J., and L.R., by and through her next friend D.M., on behalf of themselves and all others similarly situated; and UNIVERSITY LEGAL SERVICES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>THE DISTRICT OF COLUMBIA, *et al.*, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-1901 (EGS) ) ) ) ) ) ) |

## **ORDER**

This _____ day of _____ 2019, upon consideration of the Motion for Withdrawal of Appearance of Mark J. Murphy as Counsel for Plaintiffs, it is hereby

ORDERED that the Motion is GRANTED.

_____
The Honorable Emmet G. Sullivan
United States District Court for the
    District of Columbia

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of July 2019, a true and accurate copy of the foregoing *Motion for Withdrawal of Appearance of Mark J. Murphy as Counsel for Plaintiffs* was filed with the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

   /s/ Mark J. Murphy