UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **M.J., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. 1:18-cv-1901 (EGS)** |
| ) | |
| **THE DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 25, 2019 Minute Order, Plaintiffs M.J., L.R., and University Legal Services (collectively, the "Plaintiffs") and Defendants the District of Columbia, Mayor Muriel Bowser, Tanya A. Royster, and Wayne Turnage (collectively, the "Defendants"), hereby provide the Court with the following Joint Status Report:

1. Plaintiffs filed their Complaint on August 14, 2018. Compl., ECF No. 3. On October 3, 2018, Defendants filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b) for lack of jurisdiction and failure to state a claim. Defs.' Mot. To Dismiss, ECF No. 21. On July 25, 2019 the Court denied Defendants' Motion to Dismiss and directed Plaintiffs and Defendants (collectively, the "Parties") to file a Joint Status Report with a recommendation for further proceedings by no later than August 1, 2019. Mem. Op., ECF No. 45; Minute Order dated July 25, 2019.

2. The Parties understand that they are obligated to meet and confer pursuant to Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3, and the Court's Standing Order

Governing Civil Cases.  Plaintiffs understand Paragraph 9(a) of the Court's Standing Order Governing Civil Cases to require that the Parties submit a report and proposed Scheduling Order as required by Local Civil Rule 16.3 within 14 days after the Court's denial of Defendants' Motion to Dismiss on July 25, 2019 and requested to commence meeting and conferring with Defendants' counsel no later than August 2, 2019 for that purpose.  Plaintiffs are prepared to file a report and proposed Scheduling Order by August 8, 2019.

Due to the need to confer with the relevant District of Columbia officials, as well as undersigned counsels' availability to meet-and-confer with Plaintiffs regarding the topics required by Rule 16.3 before August 2, 2019, Defendants request that the Parties' deadline to submit a report and proposed Scheduling Order be extended until August 22, 2019.  Plaintiffs consent to such an extension if the Court finds it acceptable.

3. In addition, and for the same reasons described above, Defendants request that their deadline to file an answer to Plaintiffs' Complaint be extended from August 2, 2019 to August 15, 2019.  Plaintiffs consent to Defendants' requested extension of time to file their answer.

Dated: August 1, 2019

Respectfully Submitted,

| | |
|---|---|
| */s/ Jason T. Mitchell* | KARL A. RACINE |
| | Attorney General for the District of Columbia |
| Ira A. Burnim (D.C. Bar No. 406154) | |
| Lewis L. Bossing (D.C. Bar No. 984609) | TONI MICHELLE JACKSON |
| JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW | Deputy Attorney General |
| 1101 15th Street NW, Suite 1212 | Public Interest Division |
| Washington, D.C. 20005 | |
| Tel: (202) 467-5730 | */s/ Fernando Amarillas* |
| | FERNANDO AMARILLAS [974858] |
| | Chief, Equity Section |
| Sandra J. Bernstein (D.C. Bar No. 455355) | |
| Mary Nell Clark (D.C. Bar No. 419732) | */s/ Gregory M. Cumming* |
| Jessica V. Den Houter (D.C. Bar No. 241475) | GREGORY M. CUMMING [1018173] |
| Francis Javier Nugent (D.C. Bar No. 1017357) | MATEYA B. KELLEY [888219451] |
| DISABILITY RIGHTS DC AT UNIVERSITY LEGAL SERVICES | Assistant Attorneys General |
| 220 I Street NE, Suite 130 | 441 Fourth Street, N.W., Suite 630 South |
| Washington, D.C. 20002 | Washington, D.C. 20001 |
| Tel: (202) 547-0198 | (202) 724-6627 |
| | (202) 715-7769 (fax) |
| | gregory.cumming@dc.gov |
| Seth M. Galanter (D.C. Bar No. 479919) | |
| Alice Y. Abrokwa (D.C. Bar No. 1023510) | *Counsel for Defendants* |
| NATIONAL CENTER FOR YOUTH LAW | |
| 1313 L Street NW, Suite 130 | |
| Washington, D.C. 20005 | |
| Tel.: (202) 868-4786 | |

Howard Schiffman (D.C. Bar No. 358814)
Jason T. Mitchell (D.C. Bar No. 1005757)
Jeremy Bachrach Siegfried (D.C. Bar No. 155778)
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street NW, Suite 800
Washington, D.C. 20005
202-729-7470

*Counsel for Plaintiffs*