UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.J., by and through her next friend J.J., and | ) | |
| L.R., by and through her next friend D.M., | ) | |
| on behalf of themselves and all others | ) | |
| similarly situated; and | ) | |
| UNIVERSITY LEGAL SERVICES, INC., | ) | |
| | ) | |
|      Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-1901 (EGS) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| | ) | |
|      Defendants. | ) | |

## NOTICE OF WITHDRAWAL

The Clerk of the Court will please withdraw the appearance of Jeremy Bachrach

Siegfried, Esq. as counsel for Plaintiffs M.J., by and through her next friend J.J., L.R., by and

through her next friend D.M., on behalf of themselves and all others similarly situated; and

University Legal Services Inc. d/b/a Disability Rights DC in the above-captioned matter.


Dated:  August 26, 2019                    Respectfully submitted,

     /s/ Jeremy Bachrach Siegfried
Jeremy B. Siegfried (D.C. Bar No. 155778)
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Tel:  (202) 729-7470
Fax:  (202) 730-4520

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of August, 2019, a true and accurate copy of the foregoing *Notice of Withdrawal* was filed with the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

_/s/ Jeremy Bachrach Siegfried