UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., by and through her next friend J.J., and <br> L.R., by and through her next friend D.M., <br> on behalf of themselves and all others <br> similarly situated; and <br> UNIVERSITY LEGAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-1901 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL

The Clerk of the Court will please withdraw the appearance of Francis Javier Nugent, Esq. as counsel for Plaintiffs M.J., by and through her next friend J.J., L.R., by and through her next friend D.M., on behalf of themselves and all others similarly situated; and University Legal Services Inc. d/b/a Disability Rights DC in the above-captioned matter.

Dated:  September 19, 2019                    Respectfully submitted,

 /s/Francis Nugent
Francis Javier Nugent (Bar No. 1017357)
DISABILITY RIGHTS DC at
UNIVERSITY LEGAL SERVICES
220 I Street, NE, Suite 130
Washington, DC 20002
Tel:  202-547-0198 ext. 113
Fax:  202-547-2662 (not for service)

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 19 day of September, 2019, a true and accurate copy of the foregoing *Notice of Appearance* was filed with the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                        /s/ Francis Javier Nugent