UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| - against - ) | Civ. No. 1:18-cv-1901 (EGS) |
| ) | |
| The District of Columbia, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT

Plaintiffs L.R. and Disability Rights D.C. at University Legal Services (together, "Plaintiffs") and Defendants the District of Columbia, Mayor Muriel Bowser, in her official capacity, Barbara J. Bazron,[1] in her official capacity as Director of the Department of Behavioral Health, and Wayne Turnage, in his official capacity as Director of the Department of Health Care Finance (collectively, "Defendants"), by and through their respective undersigned counsel, respectfully submit the following Joint Status Report in response to the Court's July 31, 2020 Minute Order directing the Parties to submit a joint status report with recommendations for further proceedings. Counsel for the Parties met and conferred by telephone regarding these topics on August 11, 2020.

1.  The Parties are continuing to work diligently through discovery concerning class certification issues in anticipation of Plaintiffs' motion for class certification and Defendants' response thereto. Specifically, on July 1, 2020, Magistrate Judge Harvey issued a Memorandum Opinion and Order granting in part and denying in part Plaintiffs' Motion to Compel Discovery

---

[1] Although former Department of Behavioral Health Director Tanya A. Royster was originally named as a defendant, Federal Rule of Civil Procedure 25(d) provides that when a government official named in her official capacity departs from office, her successor "is automatically substituted as a party."

(Dkt. No. 66). That Order required, among other things, that Defendants produce information regarding a sample group of children in the putative class. As explained in Plaintiffs' Motion to Compel briefing (Dkt. Nos. 55, 61), in addition to prior filings with the Court, Plaintiffs intend to contact those children or their families, as appropriate, and request authorization to review their mental health records and personal histories, so that expert consultants can evaluate this information to assist the Court in determining whether the requirements of Rule 23 are met in connection with Plaintiffs' motion for class certification. Defendants will also review this information in responding to Plaintiffs' class certification motion.

2. Defendants produced the information required under Magistrate Judge Harvey's Order on July 31, 2020. Plaintiffs are now engaged in contacting and engaging these children and, where appropriate, their parents or guardians; obtaining authorization for their records and transmitting those authorizations to their providers; obtaining and reviewing those records; and interviewing provider staff with knowledge of the children. Given the scope of this work, as well as the potential for delays attendant to the COVID-19 public health emergency, the Parties believe that it would be prudent to continue to engage in these activities over the next two months, assess progress and the time needed for completion of this class certification discovery, and file another joint status report that will provide the Court with the Parties' recommendations for a schedule for further proceedings, including a briefing schedule for Plaintiffs' motion for class certification and deadlines for the completion of discovery regarding class certification.

3. Accordingly, the Parties propose filing another joint status report on October 14, 2020. In the interim, the Parties will continue to work diligently toward completion of this phase of discovery. Plaintiffs will continue to work toward having their claims and those of the putative class resolved as quickly as possible to remedy what they believe is ongoing and significant harm.

For these reasons, the Parties respectfully recommend that the Court order that the Parties file another joint status report with a schedule for further proceedings by October 14, 2020.

Dated:  August 14, 2020

Respectfully Submitted,

| | |
|---|---|
| */s/ Jason T. Mitchell* | KARL A. RACINE |
| | Attorney General for the District of Columbia |
| Ira A. Burnim (D.C. Bar No. 406154) | |
| Lewis L. Bossing (D.C. Bar No. 984609) | TONI MICHELLE JACKSON |
| JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW | Deputy Attorney General |
| | Public Interest Division |
| 1090 Vermont Avenue NW, Suite 220 | |
| Washington, D.C.  20005 | */s/ Fernando Amarillas* |
| Tel:  (202) 467-5730 | FERNANDO AMARILLAS [974858] |
| | Chief, Equity Section |
| Sandra J. Bernstein (D.C. Bar No. 455355) | |
| Mary Nell Clark (D.C. Bar No. 419732) | */s/ Mateya B. Kelley* |
| DISABILITY RIGHTS DC AT UNIVERSITY LEGAL SERVICES | MATEYA B. KELLEY [888219451] |
| | MICAH BLUMING [1618961] |
| 220 I Street NE, Suite 130 | HONEY MORTON [1019878] |
| Washington, D.C.  20002 | Assistant Attorneys General |
| Tel:  (202) 547-0198 | 400 Sixth Street, N.W., Suite 10100 |
| | Washington, D.C.  20001 |
| Seth M. Galanter (D.C. Bar No. 479919) | (202) 724-6627 |
| Alice Y. Abrokwa (D.C. Bar No. 1023510) | (202) 715-7769 (fax) |
| NATIONAL CENTER FOR YOUTH LAW | mateya.kelley@dc.gov |
| 1313 L Street NW, Suite 130 | micah.bluming@dc.gov |
| Washington, D.C. 20005 | honey.morton@dc.gov |
| Tel.:  (202) 868-4786 | |
| | *Counsel for Defendants* |
| Howard Schiffman (D.C. Bar No. 358814) | |
| Jason T. Mitchell (D.C. Bar No. 1005757) | |
| SCHULTE ROTH & ZABEL LLP | |
| 901 Fifteenth Street NW, Suite 800 | |
| Washington, D.C. 20005 | |
| Tel:  (202) 729-7470 | |
| Fax:  (202) 730-4520 | |
| jason.mitchell@srz.com | |

*Counsel for Plaintiffs*