UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> - against - ) <br> ) <br> The District of Columbia, et al., ) <br> ) <br>     Defendants. ) <br> ) | Civ. No. 1:18-cv-1901 (EGS) |

## JOINT STATUS REPORT

Plaintiffs L.R. and Disability Rights D.C. at University Legal Services (together, "Plaintiffs") and Defendants the District of Columbia, Mayor Muriel Bowser, in her official capacity, Barbara J. Bazron,[1] in her official capacity as Director of the Department of Behavioral Health, and Wayne Turnage, in his official capacity as Director of the Department of Health Care Finance (collectively, "the District"), by and through their respective undersigned counsel, respectfully submit the following Joint Status Report in response to the Court's December 15, 2020 Minute Order directing the Parties to submit a joint status report. Counsel for the Parties conferred regarding these topics from February 8, 2021 to February 11, 2021.

  1. As described in their Joint Status Reports dated August 14, 2020, October 14, 2020, and December 14, 2020, the Parties have continued to work through discovery concerning class certification issues in anticipation of Plaintiffs' motion for class certification and the District's response thereto. Following Magistrate Judge Harvey's July 1, 2020 Memorandum Opinion and Order requiring that the District produce contact information regarding a sample group of 198

---

[1] Although former Department of Behavioral Health Director Tanya A. Royster was originally named as a defendant, Federal Rule of Civil Procedure 25(d) provides that when a government official named in her official capacity departs from office, her successor "is automatically substituted as a party."

children in the putative class, the District produced the information on July 31, 2020. Since receiving the information, Plaintiffs have worked diligently to contact and engage these children and, where appropriate, their parents or guardians, in order to obtain authorization for their mental health records, which Plaintiffs' expert consultants will use to develop evidence to assist the Court in determining whether class certification is appropriate. Unfortunately, Plaintiffs determined through the course of their extensive outreach efforts using all contact information provided by the District that the supplied contact information for over half of the children is no longer current and/or unusable. On September 30, 2020, Plaintiffs identified to the District the children whose contact information appears to be inaccurate and/or unusable and requested that the District confirm whether they possess any additional or different contact information for those children. Defendants produced supplemental contact information for 25 such children on October 20, 2020.

2. Due to the fact that Plaintiffs were unable to obtain current and/or usable contact information for over half of the children identified in their initial request, on November 5, 2020, Plaintiffs propounded additional interrogatories on Defendants, requesting contact information for a group of 128 additional children in the putative class. Defendants responded to Plaintiffs' interrogatories on December 11, 2020 and, following the resolution of technical difficulties, produced contact information for those children on December 14, 2020.

3. Plaintiffs have sought and continue to seek to contact and engage these children and, where appropriate, their parents or guardians, in order to obtain authorization for their mental health records, which Plaintiffs' expert consultants will use to develop evidence to assist the Court in determining whether class certification is appropriate.

4. While Plaintiffs efforts are ongoing, the Parties acknowledge the need to move forward towards class certification. Plaintiffs continue their outreach efforts to both prospective

class members, their parents or guardians (where appropriate), and mental health providers, and have begun the process of working with expert consultants. In light of the fact that this is a time intensive process, the Parties have agreed upon a briefing schedule for the filing of Plaintiffs' class certification motion that Plaintiffs believe will provide them sufficient time to gather information and coordinate with expert consultants to provide the Court with as much information as possible in making its decision regarding class certification. At this time, the Plaintiffs believe that the proposed schedule is best suited to having their claims and those of the putative class resolved as quickly as possible to remedy what they believe is ongoing and significant harm.

For these reasons, the Parties respectfully recommend that the Court enter an order setting the following briefing schedule for Plaintiff's class certification motion:

a) July 19, 2021: Plaintiffs' Motion for Class Certification Due;

b) September 27, 2021: Defendants' Opposition to Plaintiffs' Motion for Class Certification Due;

c) October 25, 2021: Plaintiffs' Reply in Support of Motion for Class Certification Due;

d) October 25, 2021: Close of rebuttal discovery regarding class certification issues.

Dated: February 15, 2021

Respectfully Submitted,

| | |
|---|---|
| */s/ Jason T. Mitchell* | KARL A. RACINE<br>Attorney General for the District of Columbia |
| Ira A. Burnim (D.C. Bar No. 406154)<br>Lewis L. Bossing (D.C. Bar No. 984609)<br>JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW<br>1090 Vermont Avenue NW, Suite 220<br>Washington, D.C. 20005<br>Tel: (202) 467-5730 | TONI MICHELLE JACKSON<br>Deputy Attorney General<br>Public Interest Division |
| Sandra J. Bernstein (D.C. Bar No. 455355)<br>Mary Nell Clark (D.C. Bar No. 419732)<br>DISABILITY RIGHTS DC AT UNIVERSITY LEGAL SERVICES<br>220 I Street NE, Suite 130<br>Washington, D.C. 20002<br>Tel: (202) 547-0198 | */s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Chief, Equity Section |
| Seth M. Galanter (D.C. Bar No. 479919)<br>Alice Y. Abrokwa (D.C. Bar No. 1023510)<br>NATIONAL CENTER FOR YOUTH LAW<br>1313 L Street NW, Suite 130<br>Washington, D.C. 20005<br>Tel.: (202) 868-4786 | */s/ Micah Bluming*<br>MATEYA B. KELLEY [888219451]<br>MICAH BLUMING [1618961]<br>HONEY MORTON [1019878]<br>Assistant Attorneys General<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 724-7272<br>(202) 730-1833 (fax)<br>mateya.kelley@dc.gov<br>micah.bluming@dc.gov<br>honey.morton@dc.gov |
| Howard Schiffman (D.C. Bar No. 358814)<br>Jason T. Mitchell (D.C. Bar No. 1005757)<br>SCHULTE ROTH & ZABEL LLP<br>901 Fifteenth Street NW, Suite 800<br>Washington, D.C. 20005<br>Tel: (202) 729-7470<br>Fax: (202) 730-4520<br>jason.mitchell@srz.com | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |