UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| - against - | ) Civ. No. 1:18-cv-1901 (EGS) |
| | ) |
| The District of Columbia, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**AFFIRMATION OF JASON T. MITCHELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Jason T. Mitchell, an attorney duly admitted to practice law before the United States District Court for the District of Columbia, affirms the following to be true under penalty of perjury:

1.      I am a Special Counsel of the law firm of Schulte Roth & Zabel LLP, co-counsel for Plaintiffs. As such, I am fully familiar with the facts and circumstances surrounding this action.

2.      I respectfully submit this affirmation in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel.

3.      Attached hereto as Exhibit 1 is a true and correct copy of a document produced in this litigation bearing Bates numbers MJ-DEF-0017839-94, titled "District of Columbia Department of Behavioral Health Services, System Transformation, *Children's Mental Health Services Fiscal Study*," by Frank Rider, MS and Elizabeth Freeman, MSW of the National Center for Healthy Safe Children, American Institutes for Research, dated February 2019.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a document titled "Government of the District of Columbia, Office of Disability Rights:  Notice of Solicitation for

Comments:  *DC—One Community for All:* Olmstead *Community Integration Plan, Calendar Years 2021-2024*," accessed from the District of Columbia's website on July 19, 2021.

5.      Attached hereto as Exhibit 3 is a true and correct copy of a document titled "Olmstead *Plan, 2017-2020*," accessed from the District of Columbia's website on July 19, 2021.


Dated :  New Shoreham, RI
         July 19, 2021

Respectfully submitted,

/s/ Jason T. Mitchell
Jason T. Mitchell (D.C. Bar No. 1005757)
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street NW, Suite 800
Washington, D.C. 20005
Tel.:  (202) 729-7470
jason.mitchell@srz.com

*Co-Counsel for Plaintiffs*

# EXHIBIT 1

**District of Columbia Department of Behavioral Health Services**

**System Transformation**

# Children's Mental Health Services
# Fiscal Study

**Frank Rider, MS**

**Elizabeth Freeman, MSW**

**National Center for Healthy Safe Children**

**American Institutes for Research**

**February 2019**

*"What would you do if you were not afraid to fail?*

*That is the question we will ask ourselves for the next four years.*

*That's how we'll challenge ourselves to think big—to go big or go home.*

*Together, we're going to ensure that Washington, DC continues to be a city that works for all Washingtonians."*

***DC2ME: Our Shared Vision*** *—Muriel Bowser, Mayor, District of Columbia*

*DC Order No: PO594096–FY2019*

MJ-DEF-0017839

**Purpose of the Study:**

The public behavioral health (BH[*]) system operated by Washington, DC has been losing children's service providers since 2012. In late 2017, the Department of Behavioral Health (DBH) detailed its struggle to achieve and maintain a sufficient and consistent network of service providers in a presentation foreshadowing a "system transformation."

DBH decided to authorize an independent examination of its child and youth services as an activity supported in its SAMHSA mental health block grant plan. DBH contracted with American Institutes for Research (AIR) to formulate an objective opinion about factors contributing to the turnover among and loss of providers, and to make recommendations to address that problem. DBH also asked to provide recommendations to enhance behavioral health services provided to children, youth, and families in the District of Columbia.

The current examination comes at an opportune moment. The District of Columbia's city government, and its Department of Health Care Finance (DHCF) and agency partners, are in the early stages of planning for redesign of its Medicaid BH services plan. DC intends to better integrate treatment and support for mental illness and for substance use disorders (SUD) within a Section 1115 demonstration waiver, with a proposed target date of October 2019.

DBH asked AIR to help identify pertinent systemic issues, and to formulate recommendations based on our findings. AIR provided an initial set of draft recommendations for input to DC's Medicaid plan revision at the request of DBH's acting deputy director, Jim Wotring, on February 8, 2019 (Appendix D).

This is a full report of findings and recommendations from our study of the behavioral health service system for children, youth, and families in the District of Columbia.

> "It is positive we are having this discussion today. We appreciate that DBH is doing this study to improve fiscal stability for providers, and for entire CYS system." (DBH provider)

**Study Methods:**

A. **Review records, reports, and websites** (See Appendix B), including those provided by DBH, and independent search by AIR consultants.

B. **Interview key informants** (see Appendix C) who were jointly selected by DBH staff and AIR consultants. Although participants were promised individual anonymity for their participation, many specific comments are included in this report to illustrate perspectives that contributed to specific findings and additional considerations. Consultants provided DBH staff with proposed questions for structured interviews, tailored to the specific role of the key informants (i.e. current provider, former provider, family representative, young adult representative, agency partner, DBH staff). DBH chose not to modify the proposed questions. All key informants were provided with a list of interview questions within one day to three days prior to the scheduled interview to have an opportunity to prepare for the discussions. Consultants typed or wrote detailed notes during interviews, and in many cases also recorded the interviews, with respondents' express permission. All recordings of those interviews have been destroyed upon completion of this report and its delivery to DBH, as was promised to each respondent who agreed to be recorded. In some cases, interviewees accepted consultants' requests for additional information via follow-up questions transmitted by e-mail.

---

[*] Please see Appendix A for a list of frequently used acronyms in this report.

MJ-DEF-0017840

**C. Review, synthesize and select salient findings.** All judgments have been solely made by consultants, prioritizing input and perspectives collected from multiple informants.

### Challenges Facing DC's BH System for Children, Youth, and Families

Discussions with selected DBH staff and local stakeholders, and a review of reports, on-line information and contemporary media coverage, highlight current challenges deserving attention, including:

1. The BH system in DC is extraordinarily complex and fragmented, complicated both day-to-day operations and the resultant experience for young people, their families, and agency stakeholders; and inhibiting improvement efforts. Services are fragmented among a set of managed care organizations contracted by DHCF; a fee-for-service provider network operated by DBH; various permutations of service delivery hosted by DC's allied public health and human service systems; and hospitals, clinics, and licensed independent providers.

   A report published in February 2019 by the Children's Law Center, the Children's National Health System, and the District of Columbia Behavioral Health Association (DCBHA), titled <u>Behavioral Health in the District of Columbia for Children, Youth & Families (CYF): Understanding the Current System</u>, observed that "The public behavioral health services delivery system in the District is highly fragmented. People who need care, service providers, government leaders, and other stakeholders are regularly unaware of what resources are available and how to access those resources. There can be confusion when a service or level of care is needed, about whether it exists. A variety of groups are having conversations to help overcome these challenges, but those conversations—and the proposed solutions generated—are also fragmented."

2. DC's BH system for children, youth, and families is significantly under-utilizing the potential to apply federal matching funds to provide fiscal support through the Medicaid program, and its Early Periodic Screening, Diagnosis and Treatment (EPSDT) benefit for children, to finance a responsive, effective and modern BH system for children, youth, and families.

3. A relatively narrow array of Mental Health Rehabilitative Services (MHRS) limits the BH system's capacity to individualize services to best address needs of young people and their families. Available MHRS are authorized by various entities using different interpretations of "medical necessity," often confusing and frustrating consumers, including agency partners, that rely on being able to anticipate the specific type, level, frequency, intensity and duration of support around which to develop and carry out individualized treatment and service plans.

4. Attrition within the provider network has led to insufficient capacities, and some reports of extensive waiting lists for necessary services. MBI Health Services has now become the largest comprehensive service agency (CSA) within the DBH network, inheriting that status from the previous largest CSA, Foundations for Home and Community, which recently closed its DC operations. MBI leadership told us that "We have had to assume much of that capacity, but to date many children and youth out there are still needing services. MBI would like to take on more, but it is very expensive to provide children's services in DC." A second CSA similarly shared that "We expect to serve more children and youth this year because there are fewer provider agencies in DC now. We are working to increase our community support staff and clinicians to support the increase."

MJ-DEF-0017841

5.  In August 2018 the Washington Post reported, "Attorneys at several disability rights organizations have filed a class-action lawsuit against the D.C. government, alleging that District officials have failed to provide adequate mental-health services for hundreds of severely troubled children." The claim, _M.J. v. District of Columbia_, is described at the Bazelon Center for Mental Health Law's website.

6.  In late 2018 the Washington Post also reported a series of investigative articles highly critical of the performance of DC's BH system to date in addressing the opioid misuse and overdose crisis in the District of Columbia. DBH staff are focusing intently both on responding directly to the opioid epidemic and on explaining its response and plans in light of the media critique.

## Advantages and Opportunities Facing DC's BH System for Children, Youth, and Families

Discussions with selected DBH staff and local stakeholders, and a review of reports, on-line information and contemporary media coverage, highlight several opportunities and relative advantages that hold promise for strengthening and enhancing the BH system for children, youth, and families, including:

1.  Washington, DC has one of the nation's lowest rates of uninsured children, as measured by Kaiser Family Foundation and Georgetown University's Health Policy Institute. The Center on Budget and Policy Priorities reports an uninsured rate of only 1.4% for DC children and youth. DC's BH system should take fullest advantage of this by maximizing service coverage in its Medicaid/CHIP programs and influencing similar coverage by commercial carriers.

2.  Attentive policymaking and generous program funding by city government, supplemented by robust grantsmanship and philanthropic/private sector. The city has demonstrated wide success in securing key government grants to test, demonstrate, launch, and expand improvement initiatives (and needs to focus on developing sustainable long-term funding strategies—hence our emphasis on maximizing Medicaid).

3.  Strong basis infrastructure supports the city government and its human service agency hierarchy, including clear and consistent interconnected strategic planning and accountability processes, robust web-based, media and in-person communication methods.

4.  Many rich and varied institutions of higher education to generate a sufficient, skilled workforce to support existing and enhanced models of support and service delivery.

5.  One of the nation's most extensive commitments to extend school-based MH services to all K–12 students, and a strongly supported, albeit recently launched, initiative to develop a comprehensive early childhood system of care to address the needs of all the city's young children and their families.

6.  While the nation's capital city is understandably a hub for out-sized media presence and visibility, living "under the national spotlight" can attract opportunities for outside investments in positive innovation that might less likely extend to other communities.

Our examination has led us to generate findings and formulate recommendations to assist the District of Columbia to provide children, youth, and families with:

1.  A more responsive BH system

2.  A more efficient and effective BH system

MJ-DEF-0017842

3.  An enhanced BH system

In each area we discuss common themes that recurred in our discussions with key informants. We state our salient findings related to each theme, and offer a set of recommendations and, in some cases, additional considerations for DBH and its partners to strengthen and improve the BH system if provides for children, youth, and families with behavioral health (BH) needs.

1.  **<u>More responsive CYS BH system (Pages 6–24)</u>**
    A.  Outreach, Enrollment, Engagement, and Timely Service Delivery
    B.  Assessing, Addressing Child/Youth and Family Needs
    C.  Assessing, Addressing Agency Partner Needs
        1.  Child Welfare
        2.  Juvenile Justice
        3.  Early Childhood Programs
        4.  School Systems
    D.  CQI/Effectiveness/Outcomes
2.  **<u>More efficient and effective CYS BH system (Pages 25–32)</u>**
    A.  Allocation, Budgeting, Rate Sufficiency (strategies to manage costs)
    B.  Contracting/Procurement Processes
    C.  Workforce
    D.  Billing, Claims, and Payment Processes
3.  **<u>Enhanced CYS BH system (Pages 33–46)</u>**
    A.  Case Management/Care Coordination
    B.  Crisis Services
    C.  Day Programs
    D.  EPSDT Benefit for Children and Youth
    E.  Evidence-Based Practices/Wraparound
    F.  Family/Youth Support
    G.  Out-of-Home Care (PRTF, In-Patient, Therapeutic Foster Care) Options and Transition Supports
    H.  Respite
    I.  Substance Use Disorder (SUD) Services

MJ-DEF-0017843

## 1. More Responsive CYS BH System

A responsive behavioral health system is characterized by effective outreach, enrollment and engagement functions. Young people and families with significant mental health needs know how to connect with the service system; feel welcomed, respected and trusting; and appreciate that their immediate needs are recognized and addressed without undue delay and documentation burden. Agency partners expect that young people and families they refer will experience those same feelings.

### A.   Outreach, Enrollment, Engagement, and Timely Service Delivery

The Department of Behavioral Health (DBH) aims to ensure that children, youth, and families receive high-quality services to meet their unique needs (Strategic Plan: Goal 2). To accomplish this, DBH intends to increase availability of and access to services, to identify and reduce barriers to access, and to provide individuals and families with a positive experience as they seek out, connect with and benefit from services and supports they need.

DBH reports having served 4,058 children and youth in FY 2017, a lower number than in any of the four previous years. The American Academy of Pediatrics (2009) has identified typical factors that tend to limit access of people in need to mental health services, including difficulty in accessing providers; stigma regarding mental health treatment; workforce shortages; and logistical issues such as geography, transportation, and finances. Such factors significantly impact the extent of participation in DBH Child, Youth & Family Services.

DC has recently launched a large-scale initiative to provide comprehensive mental health services in all K–12 schools. The initiative promises to diminish such barriers.

On the other hand, aggravating those nationally prevalent factors is the exceptional complexity of the service system structure in the District. Two reports illuminate that challenge:

- Behavioral Health for Children, Youth and Families in the District of Columbia: A Review of Prevalence, Service Utilization, Barriers and Recommendations (2014)
- Behavioral Health in the District of Columbia for Children, Youth, and Their Families: Understanding the Current System (2019)

Further, DC's child welfare and youth rehabilitation agencies have made specific decisions to reduce their reliance on DBH services in recent years. (We discuss that dynamic in Section C below.)

**Findings:**

- Washington, DC's de facto BH system for children, youth, and families (CYF) is uniquely complex. As described in a newly published report, Behavioral Health in the District of Columbia for CYF: Understanding the Current System (hereinafter "CLC 2019"), "Public behavioral health services in the District are delivered through a variety of programs and services: Core Service Agencies, nonprofits, private providers, hospitals, family support organizations, child care providers, and primary care physicians." In addition, behavioral health services are provided directly by publicly funded child welfare, juvenile justice and school systems.
- The District's current public mental health system crosses sectors, and is made up these agencies:
  - Child & Family Services Agency (CFSA)
  - Department of Behavioral Health (DBH)

MJ-DEF-0017844

&ndash; Department of Healthcare Finance (DHCF)

&ndash; Department of Health (DOH)

&ndash; Department of Youth Rehabilitation Services (DYRS)

&ndash; District of Columbia Public Schools (DCPS)

&ndash; Office of the State Superintendent of Education (OSSE)

- The following options are available to CYS to access publicly funded BH services:

  &ndash; The consumer can choose/select his or her provider: DBH fee-for-service versus managed care organization (MCO).

  &ndash; Through the CW agency/CFSA, and its contracted providers (e.g., Boys Town).

  &ndash; Through juvenile justice programs (Department of Human Services/DHS, Department of Youth Rehabilitation Services/DYRS, or Court Social Services/CSS).

  &ndash; Through independent licensed providers (reportedly this option is rarely publicized).

  &ndash; Through small agencies not part of the DBH provider network (e.g., Alternative Solutions for Youth/ASY) that have a separate contract with Medicaid MCO's.

  &ndash; Through school-based MH services (some schools have MCO contracts for delivery of such services, and many more such agreements are being developed in early 2019).

  &ndash; Free-Standing Mental Health Clinics (oversight for this outpatient benefit for Medicaid for behavioral health services is in the process of moving to DBH from DHCF).

  "This makes it extremely challenging for families looking to access services due to the lack of coordination between agencies (CLC, 2019)."

  "The Access HelpLine refers to providers people who will not show up, thus taking up the providers' capacity to serve those who really want their services." (Provider)

- The BH system is difficult for families and agency partners to navigate to access services in a timely and effective way.

  "It is way too complex a system: MCO's versus fee-for-service providers, CSA's versus sub-specialty providers…. The DBH Access HelpLine and the ICAM create tremendous hurdles for families. The Access HelpLine scolds you if you want to directly access a provider…. We stopped using the Access HelpLine and go directly to selected CSA providers to access services for our youth." (Agency partner)

  "There are so many families waiting for a provider! If the crisis line would connect consumer directly to CSA/CBI providers it would reduce wait times, and we would not lose them within the system." (Provider)

- Families and referring agencies report getting confused and frustrated by the application of medical necessity criteria and requirements for diagnostic codes in attempting to access services they seek. Multiple agency partners expressed frustration about seemingly inconsistent determinations of medical necessity."

  "The entry and approval system need to be streamlined for DBH referral and approval. Sometimes we have to work with four different systems to get approval to accept a youth into services. Those approval processes are not coordinated. There needs to be a

MJ-DEF-0017845

designated place for all information to be entered into the system, and for all providers to be able to see the information on behalf of the child/youth." (Provider)

- Unintended dynamics and inconsistent information confound timely access to services.

  "Some agencies are territorial, want to keep 'their clients' and hesitate to refer for additional services. Clients might need a level of care beyond what our CSA can provide. We need to work together. I was a bit frustrated by DBH referral process (time, documentation, rationale for the referral to be approved). Having to go through the 'filter' of DBH was cumbersome and frustrating." (Provider)

  "Community support providers should be encouraged to help parent link to any provider who can effectively address their/child's needs—not just refer to services within their own agency." (Agency partner)

  When people call DBH Access HelpLine they are not told about individual providers, but only about CSAs. This limits their access and limits the effective size of the CYS provider network." (Provider)

  "Fully independent licensed clinicians can be accessed directly." (CLC, 2019)

- DBH intends to increase the integration of services and coordination of care between community-based and inpatient behavioral health providers (Strategic Plan: Goal 4).

**Recommendations:**

- Expand outreach to improve access to CYF services and system.
- Simplify enrollment and intake processes.
- Collaborate with CYF and agency partners to improve "no wrong door" options:
  - Develop on-line intake/referral options for youth and families.
  - Establish information mechanisms in libraries, recreation centers, youth centers, family centers where people can learn about services and directly access the system.
  - Develop a protocol for the crisis line to connect families directly to their choice of CSA or CBI providers.
  - Enable intake/enrollment/referral capacities:
    - Through primary care (pediatrics, urgent care, FQHC) settings.
    - At CSAs and MCOs (incentivize CSAs and/or MCOs so that CSAs become providers for MCOs).
    - At juvenile justice system locations.
    - At CFSA intake locations.
    - At schools.
    - Through family support organizations.
- DBH and DHCF should publish clarification about individual versus DBH-contracted and CSA Medicaid providers, showing BH services, billing codes available, and limitations, in both the MCO and DBH-contracted CYF service systems.
  - Where possible, DBH CSAs should also become providers for the MCOs.

MJ-DEF-0017846

- Use V-codes and DSM-V short-term diagnoses to permit effective early intervention (e.g., EPSDT). DSM V-codes can support claiming/payment for services if permitted by commercial insurance carriers. Medicaid programs have historically has recognized V-codes (ICD-9-CM) to be used for a short duration (e.g., up 90 days) to permit sufficient assessment and enable service provision while diagnostic determination can be determined. DC's Medicaid rehabilitative services can be provided based on DSM-5 lists of V-codes (ICD-9-CM) and Z-codes (ICD-10-CM) to support claiming (e.g., high expressed emotion level within family is a v-code service, V61.8/Z63.8; e.g., family discord NOS).

- Develop and publish one consistent DHCF definition of medical necessity that will be applied uniformly across Medicaid-supported EPSDT and CYS BH services, no matter through which doorway or agency/system the enrolled CYF is served.

- Involve DBH Consumer Engagement Team in rate-setting process/methodology to build in sufficient time, resources and incentives to support effective, needed engagement activities.

- Review EPSDT requirements for outreach and engagement and determine and share how Medicaid administrative claiming might offset 50% of costs of such activities.

- Establish cross-sector metrics for process, outputs, and proximal engagement outcomes. Inform design with input from family organizations, best practices literature, and lessons learned from existing local family engagement efforts (e.g., DYRS, DCFS).

- Test various instrumental/navigational/social support strategies.
  - Pilot placement of Medicaid-funded family and youth navigators (family/youth peer support specialists) in strategically chosen programs (e.g., Head Start/early childhood, pediatrics, DHS, with CFSA supervision cases, transition-age youth programs, CSAs) to study and refine the model, to improve enrollment of children/youth and engagement of families/young adults.
  - Assess extent to which family peer support at "front doors" can be a demonstrably helpful mechanism to increase family engagement in BH services and supports for their children.
  - Consider contracting with local family-run organizations (FROs) to provide peer support services, training/coaching, care coordination (system navigation, linking to services), and consultative expertise to CSAs and other CYS providers.

## B. Assessing, Addressing Child/Youth and Family Needs

Best engagement practices (e.g., high-fidelity wraparound) feature protocols to elicit family-driven and youth-guided plans by exploring their priorities and goals, identifying and incorporating their strengths, assets, preferences and key cultural considerations; and focusing first on their immediate and most important needs.

**Findings:**

- DBH intends to increase person-centered practice that empowers individuals and families to drive their care, resulting in the delivery of services that honor the culture, strength and unique recovery of those served (Strategic Plan: Goal 4).

- DBH is committed to develop and implement protocols and technical assistance to improve the consumer experience of CYF services, including to support providers to use "patient" satisfaction surveys to inform program and service enhancements.

MJ-DEF-0017847

- DBH has established a <u>Consumer and Family Affairs Administration</u> to encourage and facilitate consumer and family input into all aspects of an individual's treatment and plan for recovery, to assist CYF providers to pursue that same objective, and to support peer counseling, crisis planning and family support to promote self-determination.
- Young adults report that services often fail to feel inviting, welcoming, and engaging to them. They report concerns about difficulty accessing service locations, about being expected to participate in services alongside considerably older adults, in service philosophies that diverge from their individual belief systems (e.g., abstinence versus harm reduction, in SUD treatment), and that are narrowly limited to clinical programming instead of infused in naturally occurring activities and settings.
- Family leaders report that CYF services are difficult to access and focus too narrowly on specific treatment goals of children and youth. Families want CYF services to be informed by and attend to the influence, needs and impacts of the whole family on the child's well-being, including attending to needs of caregivers for support, knowledge and skills to help manage their child's challenges.

**Recommendations:**

- Provide peer support professionals who can assist in engagement of the family/youth to explain the benefits of treatment, explore the strengths of each (youth/parent), their immediate needs, assets and preferences for treatment.
  - The peer support professional could provide support and encouragement for the youth/family in the process of connecting to a treatment agency and provide the clinician a report.
  - During treatment, the peer support professional could work alongside of clinician to further support and encourage the youth and family members. This includes when young people experience episodes of out-of-home care as well as community-based services.

**Additional Considerations:**

- See more extensive recommendations for Family/Youth Support in an Enhanced BH System.

## C.  Assessing, Addressing Agency Partner Needs

Agency partners in the DC BH system for children, youth, and families include:

- <u>Department of Health Care Finance (DHCF)</u>
- <u>Department of Youth Rehabilitation Services (DYRS)</u>
- <u>Child and Family Services Agency (CFSA)</u>
- <u>Court Social Services (CSS)</u>
- <u>Department of Health (DC Health)</u>
- <u>Department of Human Services (DHS)</u>
- <u>District of Columbia Public Schools (DCPS)</u>
- <u>Department on Disability Services (DDS)</u>
- <u>Office of the State Superintendent of Education (OSSE)</u>
- <u>Health Services for Children with Special Needs, Inc. (HSCSN)</u>

MJ-DEF-0017848

In a responsive BH system, agency partners feel that the major aims, priorities and methods of their respective agencies will be understood and given weight in service delivery, communications and documentation; that "we are members of the same team" who bring distinct expertise and tools to apply to the needs and goals of those we are privileged to serve in common; and that "we have each other's backs" as we work together to support successful outcomes for mutual clientele.

A BH system that is responsive to agency partners is one that affirmatively invites other systems to develop shared understanding, beliefs, goals and strategies to work in concert to support the success of shared populations, as measured by a defined set of mutually embraced indicators of quality, progress, and outcomes.

**Findings:**

- DBH intends to enhance community partnerships between DBH and its clinical and non-clinical (e.g., schools, department of children and families) collaborators throughout the District (Strategic Plan: Goal 4).

- DBH also aims to promote a shared vision, accountable collective action, and transparency for a robust behavioral health system (Strategic Plan: Goal 5).

- DBH aspires to increase formal partnerships with social service providers such as CFSA in collaborative efforts to better integrate services and coordinate care and support (Strategic Plan: Goal 4).

In our examination, feedback about how responsive the DC BH system is to the mission and functions of agency partners was decidedly mixed.

> Representatives from a juvenile justice program shared that "In the past several years the collaborative partnership among our agency, the Attorney general's office and DBH has improved greatly. What accounts for this? Mutual commitment to the city's mission to streamline the work of all the agencies together, willing leadership across the agencies, and emerging trends in the field to emphasize treatment and rehabilitation over punishment."

> On the other hand, a DBH leader indicated, "Several systemic relationships have room for improvement at present."

> An agency partner shared, "What is going on with DBH system is frustrating. It affects our core work. They understand and verbally/philosophically support our core mission, but its actions do not match the needs of our children. We work under tight timelines their system does not respond to.… By the time these children come to us they are bleeding. We want to work with families quickly and give them supports on the front end so that they do not come to us (into foster care). Services need to support children to be in their home, back home, to receive treatment quickly."

> Several partners commented on the "lack of evident coordination between MCOs and FFS agencies serving the same children and families."

MJ-DEF-0017849

**General Recommendations:**

- DHCF and DBH should invite all agency partners in the DC system of care to join with youth and families in a collective strategic planning cycle at three-year intervals.
  - Undertake joint assessment of behavioral health needs of children, youth, and families served, including examination of data on incidence/prevalence of significant needs, disaggregation of data among subpopulations, analysis of pertinent trends and causal factors.
  - Undertake affirmation or refining of a shared vision, common values and principles, and pertinent indicators of commonly embraced outcomes for persons served.
  - Update selection of evidence-based programs and practices to address priority needs of persons served, including indicated tailoring to best fit local preferences and norms.
  - Create collective communications, accountability, policy/procedure, financing, and workforce development strategies and action plans to make optimal use of the expertise, assets and opportunities of each partner to contribute to successful realization of the collective vision.
  - Implement financing strategies that optimize collaborative cost efficiencies and the application of federal matching funds and that identify opportunities to invest flexible local and non-governmental resources in primary prevention, health promotion, early detection and intervention strategies.
- All agency partners should participate in development of detailed protocols, agreements and methods to implement their common strategies.
- All agency partners should collect and report data at regular intervals to support data-driven decision-making, plan adjustments and strategies to generate and sustain policy and funding support for the evolving and improving system of care.

We now examine opportunities and recommendations to improve the responsiveness of DC's BH system for children, youth, and families served by four partnering service sectors: child welfare, early childhood services, juvenile justice, and K–12 schools.

## D.  Child Welfare

Children involved with child welfare services are one of the primary populations for which DBH provides MHRS on a fee-for-service basis. Given that responsibility, the behavioral health system should understand, as a context for its service, the situations experienced by children involved with Child Welfare (CFSA). While any child might experience trauma, loss or anxiety, for example, those involved with Child Welfare are exposed to life transitions to which children with those problems who remain with their families are never exposed. In order for the behavioral health system to address the unique needs of these children, its services and supports should reflect deep understanding of the unique Child Welfare context of safety, and particularly the impact of its inherent transitions, on the children, their families and other caregivers.

> "Kids families need supportive services. They are impacted by intergenerational dynamics. Services have to look at the whole family, not just the child. Generational trauma needs to be addressed. The crack cocaine epidemic in DC in the 1980s, for example, left many kids essentially without parents who are now the parents of the kids DBH is trying to serve." (Provider)

MJ-DEF-0017850

"Need to strengthen the family/caregiver dimensions of CYS on behalf of/to meet the interests of the enrolled child." (Provider)

**Findings:**

- Lack of ready capacity for effective BH services designed to prevent maltreatment or prevent need for foster care placement.

  "Our social workers work with DBH, community collaborative to provide prevention support for families. Staff work with families and connect them with resources, including referrals to DBH. We used to have DBH staff co-located within the community hubs, but it was not funded in FY19." (CFSA)

- CFSA has developed its own internal capacity to provide urgent behavioral health assessment and early support for children entering foster care, as DBH network has not met that need.

  "CFSA Office of Wellbeing is now addressing impacts on large majority of kids entering foster care through initial medical screening, urgent medical care. In Fall 2018 we started providing MH screenings and evaluations by three in-house clinicians. We hired therapists experienced in working with children in foster care, trauma and PCIT we felt would fit into our child welfare culture. We developed this capacity due to problems with the BH provider network. It had been taking a long time to get child/youth through CSA intake and assessment to services—often up to six months! We decided if we could support stabilization early on we could address immediate MH needs and generate better outcomes. Our average to see child for initial support, screening and start of treatment is now 14 days. We are working with DHCF on this." (CFSA)

- Efforts to meet the unique BH needs of children involved with child welfare are best supported when the children, their families, protective caregivers, DBH, CFSA and other involved entities (e.g., pediatricians, day care providers, courts) work collaboratively towards consistent goals in unified service planning, delivery and funding processes.

- Fee-for-service providers cannot be compensated for case management functions that are essential to effective BH support for children and families involved with child welfare services.

  "We were contributing funding to a set of DC DBH 'choice providers,' but the number of such providers has been declining because of challenges getting our kids connected to CSA services in a timely way. Challenges connecting with a therapist, lots of turnover. We have not seen it as advantageous to continue supporting CSAs as 'choice providers' in the DBH network. Started that designation in 2008, but it doesn't seem to be working now." (CFSA)

**Recommendations:**

- Invite DCFS to co-design and co-create the service array and delivery system with DBH and DHCF to optimize timeliness, expertise related to maltreatment and needs of children/families, support continuity across birth family/foster care/permanent placement. Maximize Medicaid support for all.

- Identify the unique BH needs of children and families involved with CW, in each of several situational contexts; then design BH services to fit each unique context:
  - Child remains with own family.

MJ-DEF-0017851

- Child placed in foster care.
- Child returns to family of origin.
- Child adopted/other permanency.
- Youth in independent Living.

- Clarify that Medicaid therapies can be appropriately provided not only directly to child/youth, but also to parent/caregivers—including foster parents—on behalf of the child/youth.
- Support case management services with Medicaid funding.
- Provide in-home family therapy, respite, family peer support, and intensive case management/wraparound as Medicaid-funded BH services for CFSA children and youth in birth family homes, and in kinship/foster family placements.
- Add therapeutic foster care as a covered MHRS CYS service. (See detailed recommendation in Enhanced CYS Services, Out-of-Home Care Options and Transition Supports, page 42).

**Additional Considerations:**

- Explore with DHCF how to fund CFSA's urgent BH screening and early support process via EPSDT.
- Explore how to incentivize and support CSAs/DBH FFS providers to meet CFSA timeliness standards and requirements.
- Recruit/deploy clinicians with pertinent CW expertise (e.g., trauma, adoption-competent, foster family support); and invite all CFSA-contracted BH clinicians who meet DHCF provider requirements to become Medicaid providers, either independently, or through CBOs and MCOs.
- The 2018 Families First Prevention Services Act represents a significant current opportunity to undertake this type of fundamental reassessment of needs, and design of more proactive and responsive system, optimizing Medicaid funds as well as Child Welfare Title IV-E funds.

> "It would be great if DBH could arrange for mental health support for our workforce—staff, foster parents—to address secondary trauma impacts!" (CFSA)

## E.  Early Childhood Programs

Early detection, support and intervention can accelerate child development, improve their trajectories, mitigate early developmental impairments and avoid unnecessary pain and suffering. It is also cost-effective, representing opportunity for high return on investment in BH services and support. Likewise, effective engagement of parents while children are very young promises a high return on investment in terms of enhanced parenting, self-advocacy and system navigation skills.

Stimulated in part by a large, multi-year SAMHSA grant (known as DC SEED), the District of Columbia is moving quickly to develop a comprehensive system of early childhood support and education that can access the unique expertise and resources of health care, education, child care and related service sectors.

**Findings:**

- DBH's Parent Infant Early Childhood Enhancement (PIECE) Program serves children ages 0–5 through play and art therapy, Parent Child Interaction Therapies (PCIT) and parenting groups.

MJ-DEF-0017852

- DBH currently provides early childhood mental health consultation (ECMH-C) to more than 60 child care locations (child development centers) through its Healthy Futures program. Healthy Futures aims to build capacity in child care providers to promote social-emotional development, prevent escalation of challenging behaviors, decrease, with the goal of eliminating, early childhood expulsion, and increase appropriate referrals for additional assessments and service.

- DC's new Birth to Three for All DC Act of 2018 will expand ECMH-C support across the city, and will expand Help Me Grow programs, the DC Call-in line, and consultation with child care agencies. The Act includes provisions for:

  - Expansion of Healthy Steps to additional health clinics in Wards 5, 7 and 8.

  - Expansion of early childhood mental health consultation (ECMHC) to more child care centers serving low-income children.

  - Improvements to access and quality of early learning.

- The Office of State Superintendent (OSSI) just won a large federal Birth through Five Preschool Development Grant award. DC's $10.6-million grant is one of the largest in the nation. The PDG B-5 grant is funding DC to conduct a comprehensive statewide needs assessment, to be followed by in-depth strategic planning; to enhance parent choice and expand the current mixed delivery system consisting of a wide range of provider types and settings, including child care centers and home-based child care providers, Head Start and Early Head Start, state pre-kindergarten, and home visiting service providers across the public, private and faith-based sectors. DHCF, DBH and other sectors are well-represented in this effort, led by OSSE, that will:

  - Develop, update, or implement a strategic plan—based on what is learned from their thorough, statewide B-5 needs assessment—that facilitates collaboration and coordination among existing programs of early childhood care and education within a statewide mixed delivery system to prepare low-income and disadvantaged infants, toddlers, and young children to enter kindergarten.

  - More efficiently use existing federal, state, local, and non-governmental resources to align and strengthen the delivery of existing programs; coordinate delivery models and funding streams within the state's mixed delivery system; and develop recommendations to better use existing resources.

  - Encourage partnerships among Head Start, child care and pre-kindergarten providers, state and local governments, Indian tribes and tribal organizations, private entities (including faith- and community- based entities), and school systems.

  - Improve transitions between early childhood and school systems.

  - Maximize parental choice and knowledge about the state's mixed delivery system of early childhood education program providers.

- DC legislation (B22-0172) enacted effective July 2018 establishes a new Maternal Mental Health Task Force, funded through DBH, to study and provide comprehensive policy recommendations to address maternal mental health needs in the District.

**Recommendations:**

- Capitalize on the opportunity provided by the new Preschool Development Grant to plan and realign the city's EC initiatives to strengthen programs, build capacity, infrastructure, and fiscal stability and

MJ-DEF-0017853

sustainability, including dimensions of family voice/family peer support, trauma-informed approaches training for day care centers and other EC programs, ASQ-SE screening across the entire city, provision of health care and wellness check-ups, and learning collaboratives.

- Use existing collaborative processes under DC SEED to inform DHCF and DBH strategies to optimize Medicaid support for selected early childhood programs and service delivery models (e.g., support universal ASQ-SE screening via EPSDT).

- Push BH and developmental screening [EPSDT] to early childhood venues (e.g., day care, Head Start, preschool, foster homes, pediatricians).

- Review rate sufficiency for selected evidence-based early childhood programs (e.g., PCIT, CPP), and for trauma-informed training for providers. Continue to expand these programs to full city-wide capacity, and ensure rates will support ongoing requirements for training, coaching and supervision.

- Provide ECMH-C to support of all child care/day care providers in DC. Provide information to the centers about available programs, services and technical support, and foundational training on early childhood program approaches that can help them better serve young children and their parents.

- Expand technology-supported access to child psychiatry in early childhood services. Recruit and assign child psychiatrists and enable telephonic and/or video connections for CSAs, hospitals, child development centers and schools/preschools to enable screening, assessment and consultation supports for EC programs and for children's parents.

- Engage families where they are located. Develop funding and logistics to deliver services and support to family homes and meeting places. Develop codes and procedures to provide transportation support needed by parents to access services for their children. Arrange child care mechanisms to enable parents with small children to participate in services, training sessions and meetings.

- Develop uniform data indicators and data collection methods to support decision-making and improvement efforts including ASQ-SE screening results, tracking for health care and well-child check-ups, treatment sessions, training sessions, and behavioral, developmental and family outcomes

- Provide parent peer support staff in all program locations and develop billing codes and related mechanisms to bill Medicaid and other funding streams to sustain services and programs.

- Develop a strategic financing plan to sustain EC services, especially for prevention and early intervention activities that currently lack a dedicated funding stream.
  - Bill Medicaid to the extent allowable for covered BH services in PIECE program.
  - Ensure complete and simple coding to support Medicaid billing for PCIT and CPP EBPs.

- Provide wide-scale training in selected EC EBPs quarterly to sustain and increase system-wide capacity for EC staff/clinicians providing services, and for supervisors providing EBP supervision. [An exemplar exists for CPP. The full 7-day CPP training is provided for practitioners, and a learning collaborative meets three times per month

**Additional Considerations:**

- Consider how CFSA can use new flexibility permitted by the Family First Prevention Services Act through collaborative approaches with DHCF, DBH and community providers to support effective

MJ-DEF-0017854

models that can prevent the need for protective placements for children and youth, and/or expedite their return to family from foster care.

- Provide training and clinical supervision support for staff who may experience secondary trauma.
- Consider using CSFA Title IV-E and/or Child Abuse Prevention and Treatment Act (CAPTA) funding to contribute toward costs of training and/or treatment as permissible.

## F. Juvenile Justice

The District of Columbia is undergoing a sea change in its approach to addressing non-violent disruptive and externalizing behavior problems among its youth. Consistent with national trends, DC changes in policy and practice are supporting a significant shift asway from punishment in favor of diversion, restorative practices and treatment and intervention to replace maladaptive and counterproductive behaviors of young people with more adaptive, functional and socially appropriate ones.

School, law enforcement, court and behavioral health systems are working in this same consistent direction to avoid exacerbating the "school-to-prison pipeline" that has generated a significant "lost" and disenfranchised generation, disproportionately impeding the life trajectories of African American young men both locally, and across the nation. DYRS, for example, is serving about 500 young people at any given point in time, down drastically from a high of about 1,800 in 2011.

Schools are reportedly mediating conflict among students in proactive ways (e.g., circles, restorative justice practices) that are resulting in far fewer referrals to law enforcement. The local prosecutors' office is similarly opting for diversion from adjudication and punishment/incarceration as the first resort for most young offenders. While attention should be paid to a concurrent increase in the number of young people being transferred into adult criminal justice processes in DC, the three connected service systems of DHS, CSS and DYRS share a common excitement and sense of satisfaction about the evident success of such a profound shift in philosophy and practice.

**Findings:**

- Multiple public systems are working in concert to support a significant shift from punishment to rehabilitation among DC youth whose behavior can be considered delinquent or criminal.
- Positive examples of cross-sector collaboration can serve as exemplars for improved alignment across sectors in other dimensions, and for increased responsiveness of the BH system.

  "CSS and DBH are working well together. We have various collaborative efforts. DBH is very responsive to our needs, providing Community Support and wraparound services." (Provider)

  "DBH and its CSAs are closely aligned with us in the Solution Court initiative. We've met together regularly since 2011, and this has led to an increase in P.O. referrals to CSAs. We recently wrote a grant together to fund the HOPE Court, focused on human trafficking victims, launched in January 2018." (CSS)

- Several juvenile justice-related programs express frustration with the BH system and have chosen to bypass that system by developing internal capacities that, unfortunately, rely primarily on local funds and forego significant sums of federal matching resources.

MJ-DEF-0017855

"Philosophically, DBH intentions are aligned with ours, but in practice we do not get great service, nor timely service. Providers do not demonstrate same sense of urgency. We have tried often in past six years to align procedures with CSAs, but it keeps falling apart. Often youth get re-arrested while awaiting CBI services." (Agency Partner)

"Frustrated with challenges from working with DBH FFS system. DBH has worked well with us to establish programs up front (e.g., FFT, STEP), but now we are committed to developing our own capacity to provide and manage such services directly. FFT program had been run by a large provider that then went out of business. DBH staff told us, 'We have a new provider now. Give them a try.' We tried to refer our youth out, but provider staff turnover, problems accessing services, misalignment with our timeframes all created friction and frustration. Our youth should not be treated like subjects of experiments to try out new providers. Our solution has been to create our own teams/programs and refer out for services to CSAs we know will work effectively with our youth and families." (Agency Partner)

- DHS and DYRS are providing family engagement, therapeutic mentoring, vocational training, and even some flex funds to support youth and families, without benefit of federal financial participation, despite that all such services and supports could be legitimately included in Medicaid CYS, per CMS and SAMHSA guidance at Coverage of Behavioral Health Services for Children, Youth and Young Adults with Significant Mental Health Conditions.

- Medicaid restrictions preventing delivery of services to "inmates of a public institution" might be interpreted more narrowly than necessary, limiting the use of federal funds to support both treatment interventions and especially discharge planning for confined youth who await placement to return to the community.

**Recommendations:**

To solidify and build on collaborative service delivery and support for children and youth involved with juvenile justice services, and their families/caregivers:

- Invite DHS, CSS and DYRS to co-design and co-create the service array and delivery system with DBH and DHCF to optimize timeliness, expertise related to maltreatment and needs of youth/families, build in continuity across family/treatment/placement settings, and maximize Medicaid support for all:
  - Begin by identifying the unique BH needs of youth involved with JJ systems and their families.
  - Examine what is working well in recent years to support diversion of youth from formal adjudication, punishment and incarceration, including from existing CSS and DBH partnership.
  - Design services to fit the unique contexts of DHS, CSS and DYRS youth and families, in parallel to steps outlined for child welfare partnership above.

- Develop a protocol that specifies the narrowest allowable limitation in provision of Medicaid support for BH services pertaining to "inmate of a public institution." (Example: Clarify that it is permissible to serve youth who are "detained, awaiting placement.")

- Clarify that Medicaid therapies can be appropriately provided not only directly to child/youth, but also to parent/caregivers on behalf of the child/youth.

- Rx: Add therapeutic foster care as a covered MHRS CYS service.

MJ-DEF-0017856

**Additional Consideration:**

- U.S. Representatives have recently introduced the Medicaid Re-Entry Act of 2019 (P. Tomko and M. Turner). Consider proposing to CMS a pilot of new flexibility to restart BH services/benefits for Medicaid-eligible incarcerated youth 30 days prior to release for care coordination, and to start services to support effective transition back into community, similar to that legislative proposal.

## G. School Systems

School-based services represent an exceptional opportunity to improve the reach and effectiveness of the District of Columbia's child and youth BH services.

In DC and across the nation, BH needs of children and youth go unmet more often than not. The district ranked slightly below the national average rate of children receiving needed MH treatment in the Commonwealth Fund's Scorecard: fully one-third of children needing MH treatment in 2016 did not receive it.

Challenges to accessing mental health services include: high costs, family stressors, inadequate transportation, trade-off with school absenteeism, and lost wages for the parent. Most children and youth who do receive BH services do so through school-based arrangements.

School-based BH services mitigate factors that otherwise keep young people away from indicated behavioral health services. Neighborhood schools guarantee easy access to all children, being typically situated in the center of communities, and supported by daily transportation. Further, school-based MH services can reduce disparities in access, utilization and service experience that are often reported along cultural and socio-economic dimensions for outpatient BH services in general; they tend to lower attitudinal barriers (stigma) to seeking MH treatment compared with more traditional clinical settings and are associated with higher levels of trust and comfort when clinicians are viewed by students and families as part of the school team.

School-based BH treatment is often more effective for young people, as students can participate within the comfort of their typical social context, services can be provided within a school-wide context of positive BH promotion, and skills acquired in therapy can be readily generalized when immediately used in the context of the naturally occurring school milieu. Targeted or universal screening, observant teachers, school nurses, and other staff can help to identify and reach out to students with internalizing problems.

School-based BH services also represent an important opportunity for CYS providers. Their accessible locations served by school buses represent "prime real estate" (Runge, Knoster, Moerer, Breinich & Palmiero, 2017) for service providers as an alternative to costly and less accessible clinical facilities in the expensive Washington, DC market. Students tend to complete BH therapy episodes at an extremely high rate in school-based programs (Hoover et al, 2018 reported a 90.3% completion rate for students across 70 trauma-focused CBITS programs operated in school settings), so the high level of clinical efficiency correlates to high productivity for providers who might otherwise suffer limited reimbursement for providing ready capacity to poorly attended clinic-based services. Finally, on-site MH services can provide crisis intervention support to students and wellness support to highly stressed faculty and school staff.

MJ-DEF-0017857

In 2017, Mayor Bowser convened a Task Force on School Mental Health to review and recommend any changes to the Comprehensive Plan to Expand School-Based Behavioral Health Services released in the spring of 2017. Its March 2018 Report of the Task Force on School Mental Health endorsed the Plan's core program design, a model that ties together school, agency and community-based provider resources around a common vision to provide access to prevention, screening, early intervention, and intensive mental health services for all public school students.

**Findings:**

- The District of Columbia has a vibrant and ambitious initiative underway to capitalize on many inherent advantages of school-based service delivery. The city's school mental health (SMH) initiative is impressive, bearing promise to significantly alleviate or mitigate many challenges to outreach, access and engagement our examination has identified.

- DC has developed a comprehensive plan to expand early childhood and school-based behavioral health services. The plan expresses Mayor Bowser's commitment to providing school-based behavioral health services in every public and public charter school in the District. The plan aims to provide all young children and K–12 students access to a public health, multi-tiered system of services and supports. The goal is to ensure that all three tiers of prevention, early intervention, and treatment are available in all public and public charter schools, with specific resources matched to the identified needs of the students in each school.

- DC is actively expanding it multitiered, school-based behavioral health system for all DC Public Schools and Public Charter Schools in the 2018–19 school year. The plan is actively increasing the number and capacity of MH clinicians in schools through a combination of DBH staff clinicians and clinicians contracted through community-based provider organizations (CBOs).

- The Coordinating Council on School Mental Health (CCSMH), including a broad range of stakeholders from schools, community organizations, families, youth, public agencies, DC government, advocacy groups, and universities, is guiding this initiative.

- The DC City Government has invested $3 million to support three key activities this year:
  - Developing effective school/provider partnerships, teaming, and coordination of school-based behavioral health resources.
  - Growing the pool of available, high-quality community-based partners.
  - Reimbursing non-billable activities of community-based mental health providers partnering with the first set of schools. CCSMH is hearing estimates that 20-50% of projected costs to support the envisioned multi-tiered program services will not be covered with existing third party (e.g., Medicaid, private health insurance) coverage.

- DBH intends to increase formal partnerships between schools and DBH mental health and substance use service providers in collaborative efforts to better integrate services and coordinate care for youth (Strategic Plan: Goal 4).

- School MH capacity is increasing rapidly. By late January 2019, CCSMH reported the initiative had matched 42 CBOs with 52 schools and was on pace to have all contracts in place for those schools by the end of March 2019.

MJ-DEF-0017858

**Recommendations:**

- Realign the Mayor's budgetary contributions for the SMH initiative with the school year calendar. The Mayor's budget, based on an October 1-September 30 fiscal year, is currently only able to support about 3 months of initial implementation (March-May 2019) before the school year ends. Align budgeting, funding and accounting with the predominant school year calendar (e.g., July 1–June 30).

- School teams should initiate strategic financing process per each of 52 schools to map existing and needed resources against needs at all three tiers. Such a process can be initiated beginning by the 4th quarter of implementation.

- To expand access to fiscal resources the SMH initiative will require, CHCF and DBH should propose changes to the current Medicaid program that will more directly support Medicaid reimbursement for health screenings, health promotion activities, behavioral and developmental screenings by appropriately qualified personnel in school settings within EPSDT benefit.

- Designate schools as an explicitly allowable place of service for case management services for purposes of Medicaid billing, and support linkage of students to health care and complementary community resources to enhance effectiveness of clinical services.

- Develop a Medicaid rehabilitative reimbursement model for Tier 2 interventions. Consider piloting a bundled reimbursement rate for provider organizations to cover case management, attending participating in pertinent school meetings (e.g., SST/RTI/Early Intervention), classroom observation, talking with parents over the phone or in person without the child present, consultation with teachers and other school staff as needed, handling crisis before the youth is enrolled in health care, eligibility assistance, etc.).

- Consider authorizing a presumptive minimum level of SMH treatment (six to eight sessions) within a revised "medical necessity" definition, such as Michigan and Maryland authorize in SMH programs, based not solely on BH diagnoses but also on identified risk factors (e.g., V-codes for parent-child relational problems; upbringing away from parents, child affected by parental relationship distress, disruptions of family by separation or divorce) to provide indicated early intervention services. Pursue parallel coverage through commercial insurance.

- Expand the available SMH workforce by:

  - approving lower level certified workers under supervision of licensed therapists (bachelor's in human service fields; graduate-level students; masters-level/not yet licensed) to provide Tier 2 (and perhaps Tier 3) services. With appropriate training, supervision and assignment of responsibilities, this will expand the available workforce, allow moderate-level reimbursement rates, and enhance the career ladder available to build the entire MH system's local clinical workforce. [Those providers can provide additional CYS outside of the SMH program (e.g., respite, crisis response, community support).

  - Increasing the use of technology, including tele-mental health infrastructure, to increase access to services for students in under-served areas, as recommended by the Federal School Safety Commission (2018).

  - Apply capacities of existing crisis response providers (e.g., ChAMPS) to prepare, educate, and support schools in preventing, anticipating, preparing for, and constructively responding to BH crises of students as part of existing and emerging school mental health programs.

MJ-DEF-0017859

&ndash; Track and report outcome data by tier, for CQI purposes, to identify programming gaps, and as a basis to generate/solidify support for financing plans (e.g., for city funds), as well as to inform required reporting (e.g., ESSA, DBH). The current school survey spreadsheet used to enhance school readiness capacities could be adapted for these purposes. It could also be tied to funding streams supporting each program tier component (e.g., salary, fringe, Medicaid/EPSDT, city funds, IDEA, ESSA, grants, private insurance) to inform resource mapping as part of ongoing strategic financing planning, helping to illuminate current gaps in funding that will need to be addressed to build out and sustain the comprehensive SMH program.

## H.  Continuous Quality Improvement (CQI)/Effectiveness/Outcomes

For many decades continuous quality improvement has been a hallmark of businesses and systems (like DC's BH system for CYF) that strive to achieve excellence. A strong CQI process should:

1. Identify observable and measurable indicators of performance spanning domains of structure (how many?), process (how well?) and outcome (with what impact and effects?).

2. Readily receive and analyze data, differentiated by sub-populations and for various situations (how well is it working, and for whom?).

3. Apply performance data to inform improvement strategies.

4. Publicize findings and results along the way.

**Findings:**

- DBH intends to increase data-sharing across providers to promote data-driven decision-making, and to promote a common vision for collective action and innovative programs with a results-based focus (Strategic Plan: Goal 5).

> "Our BH system needs more transparency at the system level, and to hold the MCOs more accountable." (Agency partner)

- DBH has identified potential reportable outcomes including reductions in acuity of mental health conditions/functional impairment, shifts to lower levels of care, increases in employment, stable housing, social and family networks.

> "We reported 80% successful discharges, but in actuality "success" was seen differently across DBH, other systems, and our own agency. Our youth were much less successful than DBH might think. Simply the fact that the youth was living at home or showing up at school were counted as 'success,' but in fact that youth was often skipping classes, not performing well, committing crimes. Very few of our kids were set up for long term success. We might be able to technically check a box indicating success." (Provider)

> "Fee-for-service is like a roach motel. The system rewards for people to stay ill. Use of the CAFAS encourages moving kids through services. It was working in the past but has faded. DBH invested in CAFAS and should reemphasize it to produce actionable clinical data to inform CQI—not as a compliance activity." (Provider)

- Existing auditing and compliance processes have limited credibility and fail to generate intended results.

MJ-DEF-0017860

"DBH auditors are nitpicky, "gotcha"—not really providing quality assurance and supporting CQI. Takes providers' focus away from clinical effectiveness." (Provider)

"DBH seems to have "audit phobia." Currently being very conservative regarding how they see CMS rules and regulations." (Agency partner)

"Medicaid clinical record auditing is subjective per auditor. Need a more consistent auditing method." (Provider)

"DBH does not do sanctions. Example: Some providers were paying adults to attend day programs." (Provider)

**Recommendations:**

- Establish common process and outcome metrics across partnering systems (e.g., live with family in community; safety; stability; pro-social engagement; success in school [attendance, achievement, behavior/discipline]; free of harm from substance use; avoid delinquency; measures of growth toward independence); then collect and publish data, use it to drive collaborative efforts among systems to apply their best expertise and resources in common efforts.

- Establish common measures of values/principles across partnering systems (e.g., strength-based/natural supports, family driven/youth-guided, one child-family-centered team across systems; culturally responsive), and indicators/metrics; then collect and publish data to inform collaborative efforts among systems, as above.

- Strengthen the role of the CAFAS to support service planning, delivery and monitoring of progress toward important client outcomes.

- Include feedback from families, youth, and agency partners to support system-level accountability. Create formal roles and responsibilities among family-run and youth-led organizations.

- Broadcast and publish ongoing performance measures and analyses to engage the contributions for improvement from agents at all levels of the system, satisfy the interests of stakeholders, and affirm resource commitments to strengthen and sustain what is working well.

MJ-DEF-0017861

## 2. More Efficient and Effective CYS BH system

### A.  Allocation, Budgeting, Rate Sufficiency

Washington, DC has one of the nation's highest costs of living. Food, gas, real estate and office space all reflect that reality. BH service providers must bear those costs, and their workforces must likewise be compensated at a proportionately high rate or accept compromises in living standards and/or quality of life factors (e.g., extended commute to affordable exurban neighborhoods) to be satisfied and able to thrive in for an extended timeframe.

Several community-based BH provider organizations have left DC's FFS provider network since 2012. The DC Behavioral Health Association petitioned DBH for a significant allocation of funds in the 2020 budget because the local BH system "will require infrastructure investment and capital deepening for partner organizations currently stretched beyond their sustainable capacity."

Representatives of a majority of CBO's we interviewed cited numerous service components that are either underfunded (e.g., child psychiatry services, bilingual clinicians) or entirely without dedicated funding support (e.g., case management activities). Provider organizations that appear to have a more sufficient fiscal base tend to have provide a relatively wider array of services (at a minimum, to serve both CYF and adult customers), and to a broader array of payors (e.g., relatively robust billing through commercial insurance and client fees).

A combination of revenue enhancements and cost efficiency measures can stabilize and strengthen the fiscal status of provider organizations.

**Findings:**

- DBH provides rate studies to understand costs, update published rates and inform budgeting decisions. Rate studies were conducted in 2012 and 2017 for MHRS. The most recent rate study helped to drive rate increases for several (e.g., CSA, CBI) services.

    "The new published rates are decent, and the new CBI rates are great; but providers cannot bill for collateral contacts, or if kids are not diagnosed." (Provider)

    "Rates for core services and CBI were increased effective 10/1/18. We learned of new rates in late November. We have not actually seen the benefit of new rates yet.  It might take 6-12 months to see the actual impact." (Provider)

    "Our rate has tended to cover about 90% of our costs. With the recent rate increases for CBI and CSS we hope to break even in the children/adolescent program for 2019." (Provider)

    "If rates for all the services could be increased, it would help us compete with bigger agencies that can pay higher salaries. We often lose clinical staff to them." (Provider)

- CBO's report significant inadequacies in reimbursement rates related to:
    - Child psychiatry

    "The medication management rate does not come close to what we have to pay for on-site psychiatrist. They charge $200–$220/hour, even for no-shows for whom we cannot bill. (Provider)

MJ-DEF-0017862

"Medicaid does not pay enough. Sites cannot offer 90 minutes for evaluation (new patient), and 30 minutes for medication monitoring. Providers often render shorter sessions, so they can finish their required notes documentation within the reimbursed unit of service." (Provider)

Multiple providers cited the cost differential of $225/hr. for child psychiatry, $150/hr. for psychiatry for adults, while indicating the DBH reimbursement rate is same for both.

– Serving children and youth, compared with serving adults

"Cost differences are an even bigger issue in therapy services. MCOs require licensed therapists, so serving children costs more than serving adults. Kids don't transport themselves to and from appointments, and they need supervision." (Provider)

"Our children/adolescent program doesn't make money.  The adult programs make up the difference in our costs.  (Provider)

"Basically, it is only viable to serve children if the provider serves adults, too. That's why Foundations went out of business, and we are experiencing a similar dynamic. We might need to reduce or end child/youth services in favor of more adult services." (Provider)

"Need to increase reimbursement rates for child/youth services. It is hard to fund a therapist who will work after school and evening hours to serve them. We need to pay them more and offer them incentives in this competitive retention environment." (Provider)

– Transportation Costs

"We need to cover large geographic area—our county is much larger than DC, and many cases move back and forth between PGC and DC. Rates do not cover the costs of having staff travel to bring services to people in the community." (Provider)

– Additional gaps:

"Fees for the language line, at $5.00 per hour, add up quickly, but we don't get reimbursed for phone contact, only face-to-face. We have to pay a higher rate to attract and afford qualified Spanish-speaking professionals, which will still cost less than paying for interpretation services, including the language line. We see evidence that providers are 'ducking' Spanish-speaking clients because of costs, even though there is a huge influx of demand." (Provider)

"Group therapy rates are too low to justify time for documentation and billing." (Provider)

• Reimbursement rates for services can vary greatly by public payor.

"HMO's need to pay the same rates for services that DBH Medicaid pays. Some HMO's pay less, tell us 'Take it or leave it,' and won't negotiation on our cost data." (Provider)

• DBH aspires to move to value-based payment approaches to reduce cost and provider burden and improve quality, patient satisfaction and equity (Strategic Plan: Goal 5).

MJ-DEF-0017863

- DHCF has proposed numerous state plan amendments in both 2017 and 2018, many of which sought specific approval for reimbursement/rate increases for various services; and nearly all such requests have been approved by CMS

**Recommendations:**

- Conduct CYS-wide rate studies every three years. Poll providers in advance of each rate study to identify concerns (e.g., group therapy rates) that can maximize the value of the rate study.
  - Use differential rates to incentivize shifts to preferred service models and approaches (e.g., home and community-based service delivery, versus clinic-based service delivery).
- Include case management as a Medicaid-covered BH service for CYF.
- Expand tele-psychiatry/consultative models. CMS recently issued guidance that specifically encourages consultative models, using Medicaid support:
  - Tele-medicine funding opportunity HRSA-19-096 Pediatric Mental Health Care Access Program (one-time grants for $445,000)
  - DHCF should consider participating in the Medicaid Information Technology Architecture (MITA) enhanced FFP option, as described in CMS's State Medicaid Directors letter SMD #18-011.
- Clarify to children/youth/families, agency partners and service providers that necessary transportation to and from Medicaid covered services is itself a Medicaid covered service. Ensure ready capacity to make this available to CYF.
  - Consider additional transportation options: bus/Metro tokens, church vans, etc.
  - Enlist FROs and YPOs to help distribute transportation tokens, etc.
  - Continue to develop service models and supportive provider types/rates/places of service code structures that enable and incentivize options that bring services to people, versus the other way around.
- Explore potential for Medicaid administrative claiming or establish differential rates to address unique costs related to language translation/interpretation needs.

**Additional Consideration:**

- Consider co-location options to increase health care access and reduce space costs.

## B.  Contracting/Procurement Processes

**Findings:**

- Some potential exists to increase efficiency within procurement and contracting processes to reduce documentation burden and associated costs for providers.

  "The procurement process is easy and works well. The challenge comes in non-profit trying to align with and meet government agency rules and regulations." (Numerous providers)

  "Our first year our contract was held up in paperwork for 18 months, so we lost six months of service time. Now DBH has improved on this process. The new staff are helpful with anything we need. (Provider)

MJ-DEF-0017864

"Helpful trainings on the contracting process are provided on-line." (Provider)

"DBH procurement staff are wonderful, but process is cumbersome. We sometimes have to keep resubmitting newly revised documents because they keep changing their expectations. They should devise an automated process that will simply highlight the fields we need to review/update from one year to the next, as the current process demands 3–4 days of collating to fill a 3"–4" binder full of documents." (Provider)

**Recommendation:**

- Streamline procurement and contracting processes.

**Additional Consideration:**

- Examine, and possibly adapt, CareFirst's efficient on-line recertification process that allows a contractor to revise items that have changed and affirm those that remain the same.

## C. Workforce

Washington, DC's complex BH system represents a challenging and highly competitive environment. Nowhere is that more evident than in its ability to provide a sufficient, highly-qualified and stable workforce to support its commitments and high aims.

**Findings**

- DBH intends to create a strong workforce, attracting and retaining its expertise in safe, attractive and desirable work conditions (Strategic Plan: Goal 5).
- Ambitious initiatives to expand early childhood and school-based MH services will greatly expand workforce needs.
- Inadequate staffing and high turnover bear great costs for BH system effectiveness and erode trust among agency partners.

    "Constant turnover with therapists makes it hard for child to open up and trust/talk to somebody." (Agency partner)

    "Staff turnover is costly in terms of loss of sustainable early childhood expertise, service capacity." (DBH)

    "High turnover on clinical staff at several CSAs interferes with development of trusting relationships for youth and families." (Agency partner)

    "We have run the FFT program for five years now without clinician turnover. We avoid stress related to Medicaid billing, and we pay clinical staff better than CSAs do, so we get many applicants from CSAs for our positions." (Agency partner)

- The BH system has created requirements and restrictions in licensing, credentialing, authorization, contracting and related processes that serve as self-imposed constraints on the workforce.

    "DC needs to have a better process to panel clinical staff to the MCOs. The current system is way too confusing, as MCOs, DBH and commercial insurance all have their own provider credentialing requirements that too often conflict with one another." (Agency partner)

MJ-DEF-0017865

"We need one agency that will provide approvals for licensure/credentialing/certifications across hospitals, MCOs, non-profits (CSAs) and individuals." (Agency partner)

"System is way too confusing, as MCOs, DBH and commercial insurance all have their own provider credentialing requirements that too often conflict with one another." (Agency partner)

"Slow process to receive provider certification. Breakdown between various divisions and providers. Example: we were accepted as provider in April, but only officially credentialed six months later." (Provider)

"Applying to expand our services for private insurance is on our development team's radar. Since we must adhere to DBH stipulations and requirements, that makes it harder to meet requirements of other payors." (Provider)

"The process to approve a new therapist/clinical staff on insurance panels. MCOs are harder to get approval for the therapist. The youth/parent is waiting for services sometimes for as much as 3 months or more. (Provider)

"Too many services require licensed social workers. Intake assessment and diagnosis processes requires LCSW or MD credentials, whereas professional counselors and social workers should be able to assess and diagnose. This applies to insurance companies as well as to DBH and MCOs." (Provider)

- Private sector and smaller providers report being at a distinct disadvantage in competing to attract and retain clinicians, compared with public sector entities (e.g., agency partners) and larger providers, which seem to offer superior option and be able to attract the best clinicians with far lower turnover than CSAs do.

    "We continually strive to keep enough clinical staff so that we can provide all of the services we are licensed/certified to do." (Provider)

    "All the rates should increase. That would help us compete with bigger agencies that can pay higher salaries. We frequently lose clinical staff to other agencies… It is hard for non-profit to support professional staff on fee-for-service basis." (Provider)

    "We pay clinical staff better than CSAs do, so we get many applicants from CSAs for our positions. CSA's should pay more, and system should reduce the stress of billing from claims documentation and productivity thresholds. DBH should increase rates for CSA services." (Agency partner)

- Providers report a severe shortage of Spanish-speaking and other bilingual clinicians to work with local youth and families.

    "We had four bilingual clinicians at beginning of year, but now only two. We have an ad constantly running, and easily spending $10,000+/year to advertise. We are worried, as school-based services will mean contact with many more Spanish-speakers." (Provider)

MJ-DEF-0017866

- The Health Resources and Services Administration projects a shortage in substance use and addictions counselors for DC in its projections of supply and demand for behavioral health occupations through 2030.
- The DC BH workforce lacks a sufficient foundation of para-professional and technician roles that could extend the reach of professionals and support a more extensive career ladder and breeding ground to meet future needs.

  Several providers suggested there should be more leeway for non-profits to use para-professionals, and master's-level graduates who are not yet licensed, within appropriate scope and under appropriate supervision. That might also enable some billing at lower rate.

  > "To provide a more adequate network, we need to empanel licensed graduate-level clinicians, not only independently licensed clinicians." (Providers)

- Some providers are experimenting with more flexible approaches to attracting sufficient clinical manpower.

  > "We don't hire/salary our clinicians. We contract for our clinical staff." (Provider)

  > "We have recently been encouraged to work through consultants and reduce salaried staff in order to cut down on overhead, fringe and benefits." (Provider)

**Recommendations**

- Plan strategies to reduce, manage turnover. For example, and reflecting on experiences with Wraparound and with MST, DBH should always support multiple providers of programs and models to ensure back-up depth. Continuous learning should be supported across providers through communities of practice. Current early childhood expansion is positive example of this.
- Expand the use of tele-medicine to extend reach of clinical professionals in cost-effective ways. Billing codes, rates, and up-front seed investments. DHCF should consider participating in Medicaid Information Technology Architecture (MITA) enhanced FFP option, as described in SMD #18-011.
- Approve lower level certified workers under supervision of licensed therapists. Create technician and para-professional roles and permit appropriately trained and supervised personnel (e.g., bachelor's in human service fields; graduate-level students; masters-level/not yet licensed) to provide MHRS services. This will enhance the career ladder available to build the local clinical workforce and provide a greater pool of providers for recommended new services including respite, peer support, and case management.
- Develop a powerful partnership between DC BH system and DC-area colleges/universities that can:
  - Work closely with BH system to understand and respond to workforce needs.
  - Contribute instrumental support for training (venues, platforms, curriculum materials), tele-medicine, community engagement and planning events, consumer information (computer access).
  - Provide academic credit/career ladder opportunities (including for para-professionals) in addition to earned compensation.
  - Provide job market assessments and forecasts.

MJ-DEF-0017867

- Support regional (i.e. DC-MD-VA) community of practice to support implementation, maintenance and CQI for evidence-based programs and practices.
- Offer stipend support to cover costs of clinical supervision for graduate interns.
- Provide language translation/interpretation needs services from foreign language students.
- Leverage HRSA, SAMHSA and other BH scholarship/workforce development resources.
- Leverage Title IV-E child welfare/juvenile justice system resources.

- Develop cross-system provider registration and training approaches to share respite and para-professional workforces across BH, DD, HSCSN, CFSA foster care and other related workforces.

**Additional Considerations:**

- Department of Insurance regulations could require private insurers to follow credentialing and empaneling requirements more closely aligned with those of the public BH system.

- Explore tri-state credentialing to access an expended workforce in Maryland and Virginia.

## D.  Billing, Claims, and Payment Processes

**Findings:**

- Self-imposed complexities and requirements inhibit service provision and limit Medicaid billing.

  "Billing codes are restrictive for various insurance payors—e.g., Medicaid and HMOs differ in the type of codes that are reimbursable, such as "destructive mood disorder" or a "trauma" diagnoses for children may or may not be billable [Medicaid-yes and an HMO-no]." (Provider)

  "We had to purchase a new system, "Therapy Notes," for billing MCOs. (Provider)

  "Consumer information in the DBH I-CAM system is not always up to date, causing some of our claims to get kicked out of the system. Then we must call DBH and talk to multiple people to get the right information, or to get updates put into the system so we can rebill." (Provider)

  "The whole process for billing/claiming is too stressful and demanding, burns staff out. We have a calmer environment for staff to work in. CSAs at competitive disadvantage for recruiting/retaining good clinicians. Need to simplify." (Agency partner)

- Commercial Insurance claiming is limited. Virtually no current providers we interviewed bill private insurance at all, or for more than a tiny percentage of their overall revenue:

  "DBH has no billing mechanism to collect private insurance for services provided at Howard Street, K Street. No private insurance." (DBH)

  "Often families that have private insurance (Kaiser, BC/BS) need help with co-payments. System needs a way to help them with that." (Agency partner)

MJ-DEF-0017868

**Recommendations:**

- Provide resources for small providers to contract with billing entities for Medicaid and commercial insurance claiming. Build into rates, or access Medicaid administrative claiming.
    - Teach providers best practices to maximize reimbursements in the processes for authorizations, eligibility and scheduling, timely submittal of claims, payment and denial analysis, and CQI.
- Improve reimbursement collections from private/commercial Insurance:
    - Promote and enable third party insurance collections for services provided directly via DBH staff. (e.g., Howard Street, K Street, school-based therapists).
    - Seek to influence requirements (e.g., parity, uniform provider licensing/credentials as public sector, tele-medicine coverage, respite/peer support) for commercial insurers via DC Department of Insurance, Securities and Banking
    - Redirect some local funds preserved by optimizing Medicaid coverage to a pool to assist families with co-payments to use their commercial insurance benefits.

**Additional Consideration:**

- Consider converting from FFS unit rates to pay for episodes of care (e.g., CBI for two months).

MJ-DEF-0017869

### 3. Enhanced CYS BH system

DBH intends to increase the types of services provided at behavioral health locations to ensure all levels of behavioral health care are accessible to all individuals (Strategic Plan: Goal 2).

We agree, and recommend that DC should undertake a wide-ranging update to its state Medicaid program (e.g., Section 1115 waiver, state plan amendment, and/or pursue CMS' Integrated Care for Kids opportunity) to:

- Improve access to and increase utilization of behavioral health (BH) services and supports.
- Incorporate significant enhancements to BH services provided for children, youth, and families (CYS).
- Capitalize on opportunities to provide effective mental health promotion and earlier interventions that can prevent, avoid, or reduce more acute care needs.
- Close reimbursement gaps that threaten financial stability of providers within the CYS network.
- Strengthen the network's response to substance use disorder (SUD)-related needs of young people, and close gaps between MH and SUD services.
- Support closer integration of primary and behavioral health care.

No such revamping of the Medicaid plan for behavioral health services has been undertaken since 2008. We believe DC is well-poised to undertake a significant re-design of its plan over the next two years, beginning with a focus on closing major gaps between MH and SUD services.

This section identifies several behavioral health service enhancements that can increase the effectiveness of the BH system to help generate positive life outcomes for young people and their families, most of which have been suggested by key informants interviewed in this study. Further, by optimizing Medicaid support and other funding as we recommend here, flexible local resources can be redirected to support addition (non-behavioral health) supports that can also contribute to improved outcomes.

## A.   Case Management/Care Coordination

Research has long demonstrated benefits of providing case management/care coordination for children, youth, and families. Case management/care coordination is often provided best through the wraparound approach which is a team-based, collaborative process for developing and implementing individualized care plans for children and youth with complex needs and their families. This approach focuses on all life domains and includes clinical interventions and formal and informal supports. These services can include assessment and service planning, linking and access to services, linking to unpaid community and informal supports, coordinating multiple services, assisting the child and family to meet basic needs, advocating for the child and family, and monitoring progress of the individualized care plan. Research has shown that these services often provide a hedge against unnecessary institutionalization. Joint CMCS and SAMHSA Informational (CMCS and SAMHSA Join Informational Bulletin, 2013).

DBH aims to increase person-centered planning to focus individualized personal supports for children, youth, and families in developing their treatment plan and services. Person-centered planning includes the child, youth and family's individualized goals and objectives, their strengths, skills, inclinations and talents, and natural support systems.

MJ-DEF-0017870

The Healthy Students, Promising Futures Toolkit (DHHS/DOE, January, 2016) provides many high-impact examples that LEAs, schools, health care providers, and mental/behavioral health organizations can work together to provide or expand services that support at-risk students, including Medicaid funded case management. These examples show how to use Medicaid funding to support district and school-based case managers, connect Medicaid-enrolled students in schools to necessary health care and related support services (e.g., medical-health, MH/BH care, wraparound, housing, transportation). The provision of funded case management can support linkage of students to complementary community resources that can enhance effectiveness of clinical BH services.

**Finding:**

- Critical case management functions are not supported with Medicaid funding. Case management is not a Medicaid-covered service in the DC BH system for CYS

    "Case Management provided for ACRA SUD services for youth are paid with local dollars, not Medicaid." (DBH)

    "DBH funds case management only for adult SUD and residential services. Need to be able to bill for case management in child/youth services—especially with school-based services. Often need important meetings with families, teachers, collaterals." (Provider)

    "We would like to do more care coordination and case management for children/youth, but those services are non-billable. We cannot spend a large portion of time, even though the kids need this." (Provider)

    "About 30% of kids we serve are involved with JJ and courts. Currently our staff cannot bill for these services." (Provider)

    "Care coordination, transportation, coordination between schools, JJ, CW, courts and BH—these non-billable activities are about 25%–40% of the costs in our program budget." (Provider)

**Recommendations:**

- Include Case Management as a BH service in upcoming SPA/1115 waiver as a covered MHRS.
- Authorize an initial level of case management to engage child/youth and family, to assess for and address immediate needs, and to support treatment planning and implementation, and coordination of care.
- Enable provision of case management services in wide array of places of service (e.g., schools, homes, co-location with health care/early childhood/child welfare/juvenile justice venues).
- Clarify definition of BH case management activities for providers, including coverage for multiple participants in team-based planning/implementation activities, and how they can be compensated.
- Use case management to address pertinent determinants of health (e.g., housing, transportation).

## B.   Crisis Services

The CLC Report (pages 13–14) describes crisis stabilization services currently offered by the BH system in DC, including the Access HelpLine, ChAMPS, Mobile Crisis Stabilization, Inpatient, and hospital systems

MJ-DEF-0017871

that provide in patient care: National Health System (Children's National, and Psychiatric Institute of Washington).

**Finding:**

- Limitations and gaps inhibit effective crisis prevention, management, stabilization and debriefing

  "We are limited on the number of units we can provide for home-based crisis management, pre- or post-hospitalization." (Provider)

  "Need to increase crisis-based access to child psychiatrist (e.g., run out of meds; foster kids in behavioral crisis." (Provider)

  "DBH ChAMPS contract provides predictable, standard monthly reimbursement. Designed to cover any child/youth, whether Medicaid enrollee or other (including uninsured). Estimate we deploy about 80% of the deployable calls. Like a fire department, capacity is static while demand/need is dynamic and not always predictable." (Provider)

  "ChAMPS has four workers for whole city. Foster parents call and are told they cannot receive ChAMPS services because their child is in custody of CFSA. People call and are put on hold in emergencies." (Provider)

  "Mobile crisis stabilization teams should have staff well-trained in de-escalation and positive behavior support techniques; and should have capacity to support (foster) parents as well as youth in crisis." (Provider)

**Recommendations**

- Clarify that crisis services can be appropriately provided not only directly to child/youth, but also to parent/caregivers on behalf of the child/youth.
- Apply capacities of existing crisis response providers (e.g., ChAMPS) to prepare/educate and support schools in preventing, anticipating, preparing for and constructively responding to BH crises of students as part of existing and emerging school mental health programs.
- Consider whether/how to maximize DBH/Medicaid funding support for crisis stabilization (ChAMPS) on behalf of children in foster care, and in juvenile justice.
- Devise ways to optimize application of ChAMPS crisis expertise in preventive/proactive ways during periods of lower demand.
- Employ technology-supported methods to increase child psychiatry presence/involvement in addressing crises.
- ChAMPS crisis provider can prepare/educate and support schools in constructively responding to BH crises of students and addressing through school mental health (SMH) programs.

## C.  Day Programs

**Findings**

- The DC DBH system lacks an array of day program options that can:
  - Support young people outside of school programs.

MJ-DEF-0017872

- Provide skill-building opportunities for youth.
- Provide social activities in lieu of unstructured time that is often associated with behavior problems and crises.
- Serve as a transitional link for young people stepping down from highly structured, out-of-home care to normative community settings.

"Need day programs for kids."
"Need day program services, after-school programs."
"Need more outpatient day treatment services for youth."
(Providers, agency partners)

"Once CBI services are completed/terminated/time limited services, there is no program for the youth to attend (such as a partial day treatment or partial residential program) other than in-patient hospital or residential program. They would benefit for a partial day treatment residential type of program that would stabilize them in the community and would be a less costly service." (Provider)

"We should be able to offer day rehabilitation services for children and adolescents. We need to do more work with groups of adolescents re grief and trauma, surviving in your neighborhood (making good choices), academic success, and life beyond where you are today." (Provider)

"We need a service between CBI level 2/3 and residential treatment. We once had day treatment, but no more. Our system is doing well limiting RTC placements, but a partial hospitalization level of services is missing for kids who constantly run away, use drugs... (Provider)

**Recommendations**

- Establish day rehabilitation and/or partial hospitalization programs as covered BH services within Medicaid program.
- Include supported employment services within MHRS services. Coordinate planning and delivery with DDS Vocational Rehabilitation Services and DCPS and OSSE Special Education programs.
- Build linkages to facilitate smooth transitions between BH treatment day programs and school mental health programs.

**Additional Considerations**

- Consider redirecting non-federal funds freed up by optimizing Medicaid reimbursement strategies to invest in arts and other after-school programs.
- Consider applying ESSA Title-IV Part A funds to support arts, after-school programs.

### D.  EPSDT Benefit for Children and Youth

The EPSDT benefit provides a comprehensive array of prevention, diagnostic, and treatment services for Medicaid-enrolled children under age 21. The EPSDT benefit requires states to have a schedule for screening services both at established times and on an as-needed basis. Covered screenings for children include medical, mental health, vision, hearing, and dental. Incorporating an age appropriate, evidence-

MJ-DEF-0017873

based screening tool designed to identify behavioral health conditions into well-child examinations is an important step to identify mental health and SUD conditions early. In addition, the EPSDT benefit requires that states provide all medically necessary services covered under the benefits in section 1905(a) of the Act to correct or ameliorate physical and mental illnesses or conditions.

**Findings**

- The DHCF-contracted managed care organizations are required to provide Early Periodic Screening, Diagnosis and Treatment (EPSDT) services to all children and youth enrolled in Medicaid and HealthCheck, up to age 21. The CLC 2019 Report includes the complete requirement in Appendix E.
- Behavioral health counseling can be covered under the rehabilitative services benefit (section 1905(a)(13). According to CMS guidance, DC would not need to amend its Medicaid plan to add EPSDT coverage for screening and behavioral health services in school settings.
- DHCF is responsible for informing families, providers and system partners to understand the proactive, health promotion functions of EPSDT.

**Recommendations:**

- Authorize and qualify an expansive set of provider types, and places of service to render and bill for medically necessary EPSDT services (e.g., anticipatory guidance, parent training).
- DHCF should collaborate with DBH (e.g., Consumer Affairs), family-run organizations, service providers, and agency partners to publicize and continuously teach the proactive functions of EPSDT, and available mechanisms to support full utilization of this unique benefit including engagement, screening/assessment, and transportation.
- Clarify to children/youth/families, agency partners and service providers that necessary transportation to and from Medicaid covered services is itself a Medicaid covered service. Ensure ready capacity to make this available to CYF.
- Develop and publish one consistent DHCF definition of medical necessity that will be applied uniformly across Medicaid-supported EPSDT and CYS BH services, no matter through which doorway or agency/system the enrolled CYF is served.
- Use EPSDT "anticipatory guidance" function to provide family/caregiver capacity to anticipate/prevent/respond to BH crisis for children.

**Additional Consideration:**

- Consider initiating a pilot to permit a select number of providers to create innovative models and approaches to deliver "upstream" EPSDT services (e.g., to address risk factors and v-code situations and capitalize on mental health promotion and early intervention opportunities).

## E. Evidence-Based Practices/Wraparound

DBH instituted the Families First Program in 2011 to expand the role and impact of evidence-based programs and practices to benefit children, youth, and families with significant needs. That initiative grew out of a cross-sector needs assessment process in 2008. The CLC Report (Appendix B) describes each selected EBP, and detail the current provider organizations delivering each program. The report also described an insufficiency of providers to deliver particular programs.

MJ-DEF-0017874

Throughout the past decade DBH has offered high fidelity wraparound services to youth at risk for or returning from out-of-home care services including psychiatric hospitalization. Nationally, the wraparound model provides care coordination and family support by creating individualized plans to help families develop goals, prioritize needs, and create highly individualized, strength-based plans that incorporate natural supports alongside formal BH services.

Child Welfare, Education and Juvenile Justice agency partners had all contributed significant resources to support the wraparound program, but one by one each system diminished and withdrew its support. In early 2017 DC Choices terminated its contract with DBH. No wraparound program existed in the District until July 2017, when DBH selected MBI Health Services LLC to replace DC Choices as the sole provider.

MBI Health Services, LLC now serves as the only provider of high-fidelity wraparound and their contract has been renewed through July 9, 2019. Per their contract, they shall provide high fidelity wrap around services for up to 94 youths that are referred through the community to address behavioral and socio-emotional needs.

The BH system in DC should continue its strong commitment to implementing EBPs that provide intensive in-home services (FFT, MST) to harness potential of families and neighborhoods to prevent poor outcomes and avert deeper-end placements for young people with complex needs.

**Findings**

- DBH partners with Evidence Based Associates (EBA) to oversee and manage the implementation of the following programs and practices:
    - Child-Parent Psychotherapy—Family Violence (CPP)
    - Parent Child Interaction Therapy (PCIT)
    - Trauma Systems Therapy (TST)
    - Trauma-Focused Cognitive Behavior Therapy (TF-CBT)
    - Functional Family Therapy (FFT)
    - Transition to Independence (TIP)
    - Multisystemic Therapy (MST)
- In several instances, agency partners express strong commitment to EBPs but are assuming primary responsibility to manage them for their respective populations. Unfortunately, this typically results in foregoing significant federal financial participation through Medicaid.

**Recommendations:**

- Conduct periodic (e.g., every three years) system-wide needs assessment to identify EBP priorities. Need to select and adapt EBPs with careful consideration to cultural norms, preferences of families/youth to be served. Need to involve agency partners (EC, ED, JJ, CW) in these processes to impact EBP selection/retention decision-making.
- Based on experiences with Wraparound and with MST, DBH should always support multiple providers of EBP for back-up depth. Current early childhood expansion efforts provide a positive example of this.

MJ-DEF-0017875

- DBH should facilitate EBP community of practice, engage in data-driven CQI alongside providers, and share learning across provider network.
- Arrange for new MST providers (MBI, Life Changing Solutions LLC) to debrief with previous MST provider (Youth Villages) to understand challenges they encountered, to inform future service provision.

**Additional Considerations**

- Expand options for community of practice to support EBPs: Who else shares this interest and need, including providers in MD and/or VA.

## F.   Family/Youth Support

"Family-driven" means that families have a primary decision-making role in the care of their own children as well as the policies and procedures governing care for all children in their community, State, tribe, territory and nation. This includes: choosing culturally and linguistically competent supports, services, and providers; setting goals; designing, implementing and evaluating programs; monitoring outcomes; and partnering in funding decisions (Osher, Osher, & Blau, 2008).

"Youth-guided" means that young people have the right to be empowered, educated, and given a decision-making role in the care of their own lives as well as the policies and procedures governing care for all youth in the community, state and nation. This includes giving young people a sustainable voice and then listening to that voice. (Youth M.O.V.E. National and SAMHSA, 2011).

From the young adults and family members we spoke with, the basic principle that should be applied to ensure a response BH service system is simply this: "Nothing about us without us."

**Findings**

- DBH (Strategic Plan: Goal 3) aims to increase person-centered practice that empowers individuals and families to drive their care, resulting in the delivery of services that honor the culture, strength and unique recovery of those served.
- DBH further intends to increase peer services and natural supports across the system of care to reach individuals beyond the clinical setting and promote sustained recovery and resilience.
- Providers are limited in the extent to which they can be compensated to provide services to parents and caregivers on behalf of enrolled children and youth.

    "Should have services designed to support and strengthen families/parenting, but so far we are stuck in a traditional paradigm of having to serve the child directly, or at least have the child present. We are unable to work with parents on behalf of their children." (Provider)

    "We can only bill when child is present. Not over the phone." (DBH)

    "We are not able to bill Medicaid for therapy inside the foster home with the family, caregiver—at the home of the placement provider, child must be present. We have brought this problem to the DHCF team." (Agency partner)

    "When youth are in residential treatment, it would be great to address families' capacities as well." (Agency partner)

MJ-DEF-0017876

- DBH is currently expanding its capacity by contracting with family-run and peer-run organizations.
- DBH is collaborating with family- and peer-run organizations to inform evidence-based practices.
- Public systems must recognize and value the unique expertise of consumers and families and invest in the development of organizational infrastructure and supports to strengthen and sustain it.

> "How we'd make the system better: hire more young people to be TAY peer support specialists; provide more training for youth to be peer support specialists; provide help for youth with constructive criticism; provide job assistance; more outreach in the less favorable neighborhoods. (Young Adults)

> "Providers are scared to work in these neighborhoods. Hire an outreach specialist from the area. Hire people like us who can have an open conversation with people like us. (Young Adults)

**Recommendations:**

- Capitalizing on the expertise of DBH Consumer and Family Affairs Administration, and local family-run and youth-led organizations, DC should strengthen its family and youth support services:
  - Establish distinct service codes for family peer support, and for youth peer support.
  - Encourage/require all CSAs to provide/partner with family and youth peer support services.
  - Enable family-run organizations (FROs) and youth support organizations (YSOs) to become qualified providers of peer support services using Medicaid funds.
  - Ensure peer support services can be provided (billed) at all community venues.
  - Ensure they can be provided prior to formal involvement with child welfare and juvenile justice system interventions.
  - Permit telephonic peer support as a reimbursable service, with appropriate guidance.
- Include family skill-building services/living skills training as covered CYS services.
- Clarify that Medicaid BH services can be appropriately provided not only directly to child/youth, but also to parent/caregivers on behalf of the child/youth. Services can be appropriately provided to parents and caregivers on behalf of the enrolled child (e.g., "anticipatory guidance" in EPSDT).
- Provide in-home family therapy, respite, peer support, and intensive case management/wraparound as Medicaid-funded BH services.
- Collaborate with family support and youth-led organizations to train/coach/supervise support peer support providers working with and for FFS agencies.

## G. Out-of-Home Care (PRTF, Hospital, Therapeutic Foster Care) Options and Transition Supports

The District of Columbia is currently involved in a legal action known as _M.J. v. District of Columbia (2018)_. The complaint challenges widespread failures of the District of Columbia's children's mental health system to provide federally required intensive community-based services for children in their own homes, schools, and elsewhere in the community. The complaint alleges that children suffer drastically curtailed life opportunities who "cycle in and out of psychiatric hospitals, psychiatric

MJ-DEF-0017877

residential treatment facilities that are often hundreds or thousands of miles away from their families, other residential treatment centers, juvenile detention facilities, and group homes."

We are in no position to judge any merits about the M.J. complaint. We do, however, believe that the primary goal of any out-of-home care placement for a young person should be to prepare her/him, and the family, as quickly as possible for the young person's return to home and community. Service programming, therapeutic strategies, planning, and service delivery should all reflect this goal, and should focus on teaching the young person how to successfully function in the context of the settings to which they will be returning—not simply within the placement in which they are receiving services.

Certainly, a child's underlying behavioral problems must be addressed to accomplish this goal. Therapeutic interventions must target the behaviors and symptoms that have limited the her/his successes prior to placement. But it should also be recognized that those underlying problems need not be fully resolved before the young person can successfully transition back home. Indeed, the most appropriate setting for long term therapeutic work is the community environment in which the child will be living and functioning.

Transitions to home should not be contingent upon when the child and family have surmounted every problem, but instead on the family's having sufficient practice to feel confident about meeting the challenges at home, and on the availability of community-based supports (formal and informal) that can adequately address their needs, including any familial and community safety needs.

Findings

- DC's BH system currently supports about 100-125 young people in (congregate) out-of-home care placements. MCOs fund PRTF placement for the first 30-59 days, after which DBH monitors placements and DHCF pays directly. The average length of stay has decreased dramatically, recently falling to 8.6 months, compared with a traditional average of up to three years! A PRTF "medical necessity" committee regularly reviews the level of care needed for the young person in treatment.

- Agency partners (e.g., CFSA, DYRS) also place young people in congregate facilities outside of the auspices of the BH system; and might pay to extend placements beyond the length of stay authorized by the BH system. In those circumstances, federal participation through Medicaid is not available.

  "Potential foster care placement disruption is addressed through our program operations division. The in-home CFSA social workers, placement team and resource parents all provide support to see what we can provide for the foster parent. With DBH if the child is with a CSA we can determine if a child needs a PRTF, or other recommendations. The social work team tries to mitigate the possibility of a child being hospitalized—we brainstorm with the CSA and see what we can do and make a team decision. We have a committee in our office of wellbeing trying to minimize need for hospitalizations. In FY18, ages 5–20, we had our total for the whole year = 122; PRTF placements average nine per month." (Agency partner)

- DBH intends to increase the integration of services and coordination of care between community-based and inpatient behavioral health providers (Strategic Plan: Goal 4).

- DHCF and DBH intend to initiate a new Medicaid waiver focusing on reducing IMD exclusion to permit Medicaid funding for in-patient treatment of substance use disorders.

MJ-DEF-0017878

- Agency partners describe a "market failure" in which local in-patient facilities often reject or eject young people with significant behavioral health needs who demonstrate aggressive behaviors.
- A wide range of key informants described significant gaps in the process for transitioning young people from out-of-home care back to normal community living.
  - Transition Planning

    "PRTF team develops transition plan for youth to return to community. Medicaid does not pay for that transition planning. A CSA would use local dollars for such a team meeting. There are no funds for phone calls, case management, care coordination to offset those costs for CSA provider." (DBH)

    "We cannot bill to see referred client in the hospital who has not yet signed consent for treatment. Our agency must absorb the cost. We are glad to receive the referral and see the client. It is the right thing to do. But CSAs need to be funded to conduct intake and develop treatment plan. Same applies when we are referred a client who is in jail." (Provider)

    "Need to cover discharge planning from PRTFs." (Provider)

  - Lack of Stepdown Options and Transition Supports

    "Need a system in place for engagement of family while youth is in detention or incarcerated so we can be ready to transition youth back to community with services ready to start. Such planning, preparation needs to be reimbursable for providers." (Agency partner)

    "More crisis management and transition services—e.g., transition back to the school setting." (Provider)

    "Service gaps for youth who are in a transition stage. Once CBI services are completed/terminated/time limited services, there is no program for the youth to attend (such as a partial day treatment or partial residential program) other than inpatient hospital or residential program. They would benefit for a partial day treatment residential type of program that would stabilize them in the community and would be a less costly service." (Provider)

    "We need better systems to support foster kids through transitions—a summary of services they were receiving and progress before they transition in foster care system— who was their Dr., therapist? There needs to be continuity of care for these kids. DBH co-locator tries to help this but there is much needed improvement in the system. Notes need to be placed in the co-locator so we know who to get in contact with, who to talk to, who should be notified of any changes." (Provider)

- The federal Centers for Medicaid and Medicare Services and the Substance Abuse and Mental Health Services Administration have jointly informed states that they should design a benefit that will meet the needs of children, youth, and young adults with significant mental health conditions through a number of home and community-based services that have demonstrably and significantly enhanced the positive outcomes for children and youth, including intensive care coordination (often called wraparound service planning/facilitation), family and youth peer support services, intensive

MJ-DEF-0017879

in-home services, respite care, mobile crisis response and stabilization, and flex funds (Joint CMCS and SAMHSA Informational Bulletin, 2013).

**Recommendations:**

- Continue to capitalize on enlightened shift of AGs and law enforcement to avoid incarceration and capitalize on and strengthen what is already working (i.e. FFT, MST, therapeutic foster care, respite, mentoring, peer support, transitional support via case management) to continue this positive trend.

- Cost savings realized through successful provision of home and community-based alternatives to out-of-home care placements should be re-invested by the agency partners to strengthen the capacity of communities for primary prevention (e.g., social determinants of health), early intervention, and supports that can reduce the need for more intensive treatment.

- Add Therapeutic Foster Care (active treatment components) to Medicaid BH services array. TFC can serve as a cost effective, community-based alternative to PRTF as a transitional step-down and can regenerate faith and investment among agency partners.

  – Braid Medicaid reimbursement for active treatment components with CFSA, juvenile justice, and local funds to cover room and board costs.

  – Build TFC services around the paradigms of:

    ▪ Active treatment (implement home-based components of treatment plan).

    ▪ Clinical support and oversight based on how well the child and family are doing.

    ▪ Positive behavior support.

    ▪ Shared parenting with birth family.

  – Treat TFC as a legitimate profession, expecting it to be the primary occupation of the highly skilled and highly trained licensed providers.

- Teach positive behavior support skills so in-patient settings can manage aggressive youth. Limit by contract the circumstances under which facility can release aggressive youth, including via arrest.

- Establish viable discharge planning protocols:

  – To affirmatively create opportunities to strengthen the capacity of the family home, and school, to prepare to meet youth's needs upon discharge.

  – Develop detailed, actionable discharge plans with timelines and assignments of responsibility.

  – Make affirmative provisions for continuity of relationships, support by facility staff, to help support and stabilize transitions to home and community for 30–90 days post-discharge.

- Contract with family-run organizations (FROs) to provide peer support for families to co-develop discharge and transition plans for children/youth stepping down from hospital/residential treatment to return to home and community. Follow Building Bridges Initiative guidance to develop this support.

**Additional Considerations**

- During interim times when there is no BH placement in a Therapeutic Foster Care family home, deploy the TFC provider to provide behavior support to other families, foster families, in classrooms, etc.

MJ-DEF-0017880

- Consider using Family Link curriculum, Effective Black Parenting curriculum, and related expertise of Foster and Adoptive Parent Advocacy Center (FAPAC) to support training of TFC family providers.
- Address "market failure" by reimagining use of out-of-home care services as primarily short-term, flexible services. Invite BH, CW, JJ, School and DHCF systems to collaborate with youth and families to conceptualize a new short-term residential intervention within the DC BH system of care. The Building Bridges Initiative Guide, Implementing Effective Short-term Residential Interventions (2017) is a resource that can support early consideration of this alternative.

## H. Respite

Respite services are intended to assist children to live in their homes in the community by temporarily relieving the primary caregivers. Respite services provide safe and supportive environments on a short-term basis for children with mental health conditions when their families need relief. Respite services are provided either in the home or in approved out-of-home settings (Coverage of Behavioral Health Services for Children, Youth and Young Adults with Significant Mental Health Conditions).

**Finding:**

- All significant federally supported efforts to provide effective community-based alternatives to out-of-home care for children and youth have featured respite as a critical community support.

    "We definitely need respite services! They preserve the caregivers—parents and foster parents both!" (Families)

    "We need more supportive options for children and youth. We have CBI and hospitalization, but very little in between. We need respite care, crisis transitional services and partial hospitalization options." (Provider)

    "If we had respite we could probably avoid hospitalizing some young kids." (DBH)

    "DBH sends lots of kids out-of-home to placements in FL, GA, PA etc. There are no respite services, Community Support cannot be used as Respite. Parents/caregivers need some relief." (Provider)

**Recommendations:**

- Include Respite as a covered BH service in upcoming modification of its Medicaid plan.
- Create new provider type (e.g., Community Service Agency) that can provide respite, after-school, peer support programming through para-professionals and technicians.
- Develop cross-system provider registration and training approaches to share respite and para-professional workforces across BH, DD, HSCSN, CFSA foster care and other related workforces. This will provide employment opportunities/career ladder, redundancy, and strengthen DC's available helping workforce.

## I.   Substance Use Disorder (SUD) Services

**Findings**

- DC's BH system has a notable gap in services for young people with substance use disorders.

MJ-DEF-0017881

"There is unmet need for youth-oriented SUD treatment. Children/youth have often experienced traumatization. We have SUD services designed for adults, but not for the youth in our system." (Provider)

- CSA providers indicate they are only able to be reimbursed for MHRS, but not for substance abuse treatment services.

    "We essentially have two Medicaid plans: MH plan and SUD plan… Only since 2018 have the two functions of MH and SUD become integrated within DBH." (DBH)

- SUD services can be legitimately covered by EPSDT benefit. This source could extend to SED youth via DBH FFS providers, too.

- Major SAMHSA investments (SAMHSA State Targeted Response to the Opioid Crisis—$2-million, and State Opioid Response $21-million x two years) grants are providing plenty of capital to test interventions and modalities.

    "A Medicaid State Plan Amendment would permit us to designate which SUD programs we would pay for." (DBH)

**Recommendations**

1. Expand SUD services for children and youth, incorporating joint recommendations by CMS and SAMHSA (1-25-15 CMS Informational Bulletin); and use the current SAMHSA grant investments to inform decisions for long-term Medicaid coverage of SUD services.

2. Integrate SUD services with MH services for SED youth and other FFS populations. Co-occurring SUD and MH disorders are often the norm among adolescents and young adults.

3. Align service definitions, provider qualifications, rates for both MH and SUD services.

MJ-DEF-0017882

## Appendix A: Acronyms Used Frequently Throughout This Report

**BH**—Behavioral Health—a term that encompasses mental health (MH) conditions, substance use disorders (SUD), and the co-occurrence of both challenges in the same person.

**CAPTA**—Child Abuse Prevention and Treatment Act.

**CBI**—Community-based interventions (Levels II and III).

**CBO**—Community-based organizations that provide mental health services. This includes CSAs, FQHCs, and hospitals.

**CFSA**—Child and Family Services Agency.

**ChAMPS –** Child and Adolescent Mobile Psychiatric Service is an emergency response service for children, teenagers and adolescent adults who are having a mental health or behavioral health crisis.

**CPP-FV**—Child Parent Psychotherapy for Family Violence (an EBP).

**CSA**—Core service agency. Private (for-profit and not-for-profit) CBO that provides required core Mental Health Rehabilitative Services and serves as a clinical home for enrolled children and youth.

**CSS**—Court Social Services.

**CYF**—children, youth, and families.

**DBH**—Washington, DC's Department of Behavioral Health.

**DC**—The District of Columbia.

**DC SEED**—D.C. Social Emotional and Early Development Project. A four-year grant awarded by SAMHSA.

**DCPS**—District of Columbia Public Schools (school district/LEA).

**DHCF**—Department of Health Care Finance.

**DHS**—Department of Human Services.

**DYRS**—Department of Youth Rehabilitative Services.

**EBP**—Evidence-based practice, or evidence-based program.

**EC**—Early childhood (typically birth to three years, birth to five years).

**FFS**—Fee-for-service. Provision of Medicaid BH services reimbursed by DBH for specified "units of service" (e.g., 15 minutes, 1 hour, 1 day).

**FFT**—Functional Family Therapy (an EBP).

**FQHC**—Federally qualified health center. A community-based health care provider (e.g., community health center, migrant health center, healthcare for the homeless, and health centers for residents of public housing) that provides outpatient clinical services for the Medicaid and Medicare programs.

**FSMHC**—Free-standing mental health clinic that provides a limited set of out-patient BH services for individuals with mental health needs who are enrolled in Medicaid program.

**ICAM**—automated system that supports the Access Access HelpLine.

**IMD**—Institution for Mental Disease—a federal designation for an in-patient psychiatric facility.

MJ-DEF-0017883

**LEA**—Local education agency (school district).

**MCO**—Managed care organization.

**MHRS**—Mental health rehabilitation services provided by the Department of Health Care Finance (DHCF) through the Department of Behavioral Health (DBH) as an expanded benefit to Medicaid-enrolled individuals who have serious emotional disturbances or serious mental illnesses, in addition to the basic MH services offered by MCOs, FQHCs, and FSMHCs.

**MST**—Multi-Systemic Therapy (an EBP).

**OSSE**—Office of State Superintendent of Education (SEA).

**PASS**—Parent and adolescent support services.

**PCIT**—Parent-child interaction therapy (an EBP).

**PRTF**—Psychiatric resident treatment facility.

**SEA**—State education agency.

**TF-CBT**—Trauma-focused cognitive behavioral therapy (an EBP).

**TIP**—Transition to independence process.

**TST**—Trauma systems therapy (an EBP).

MJ-DEF-0017884

## Appendix B: Documents Reviewed

American Academy of Pediatrics. (2009, April). *Improving Mental Health Services in Primary Care: Reducing Administrative and Financial Barriers to Access and Collaboration.* American Academy of Child and Adolescent Psychiatry Committee on Health Care Access and Economics Task Force on Mental Health.

Bainum Family Foundation. (2018). *2017/2018 Year in Review.*

Center for Medicaid and CHIP Services, & Substance Abuse and Mental Health Services Administration. (2013, May 7). *Coverage of Behavioral Health Services for Children, Youth and Young Adults with Significant Mental Health Conditions.* (Informational Bulletin)

Center for Medicaid and CHIP Services, & Substance Abuse and Mental Health Services Administration. (2015, January 26). *Coverage of Behavioral Health Services for Youth with Substance Use Disorders.* (Informational Bulletin)

Centers for Medicare and Medicaid Services. (2018, November 13). *Opportunities to Design Innovative Service Delivery Systems for Adults with a Serious Mental Illness or Children with a Serious Emotional Disturbance.* SMD # 18—011.

Child Trends. (2018). *Washington, DC State Statutes and Regulations for Healthy Schools—School year 2017–2018.*

Children's Law Center, Children's National Health System, & District of Columbia Behavioral Health Association. (2019). *Behavioral Health in the District of Columbia for Children, Youth & Families: Understanding the Current System (2019).*

Commonwealth Fund. (2018). *2018 Scorecard on Health System Performance.*

Council of the District of Columbia. (2012). *South Capitol Street Tragedy Memorial Act of 2011.*

DC Behavioral Health Association. (2018, October 16), *Department of Behavioral Health Fiscal Year 2020 Budget. Letter to Tanya Royster, MD, and attachment from Mark LeVota, Executive Director.*

DC Child and Family Services Agency. (2003–09). *CFSA Needs Assessment Reports 2003 thru 2009.*

DC Department of Behavioral Health. (2016). *Early Childhood and School-Based Behavioral Health Services Comprehensive Plan.*

DC Department of Behavioral Health. (2016, April). *Caregivers' Perceptions of Public Mental Health Services in the District of Columbia.*

DC Department of Behavioral Health. (2017). *Community Mental Health Services Block Grant Application.*

DC Department of Behavioral Health. (2017, March). *Ready. Willing. Able. Employee Realignment Implementation Guide.*

DC Department of Behavioral Health. (2017, December 5). *DBH Evidence-Based Practices Fact Sheet.*

DC Department of Behavioral Health. (2017). *Mental Health and Substance Use Report on Expenditures and Services (MHEASURES)*

MJ-DEF-0017885

DC Department of Behavioral Health. (2018, December). *LIVE. LONG. DC:* Washington, DC's Strategic Plan To Reduce Opioid Use, Misuse, and Related Deaths.

DC Department of Behavioral Health. (2018). *Mental Health and Substance Use Report on Expenditures and Services (MHEASURES).*

DC Department of Health Care Finance. (n.d.). *Medicaid State Plan* (including Supplements 1–6 to Attachment 3.1-A).

DC Department of Mental Health. (2012). *The Children's Plan Implementation Progress.*

DC Task Force on School Mental Health. (2018). *Report of the Task Force on School Mental Health.*

Federal Commission on School Safety (2018, December 18). *Final Report.*

Health Resources and Services Administration (HRSA), U.S. Department of Health and Human Services (2018, September). *State-Level Projections of Supply and Demand for Behavioral Health Occupations: 2016–2030.*

Hoover et al., 2018. Statewide Implementation of an Evidence-based Trauma Intervention in Schools, School Psychology Quarterly, 33(1), pp. 44-53, March 2018.

Osher, T. W., Osher, D., & Blau. G. (2008). Families matter. In T. Gullotta & G. Blau (Eds.), *Family influences on childhood behavior and development evidence-based prevention and treatment approaches.* New York, NY: Routledge; pp. 39–61.

PCG Health. (2018, November 20). Presentation: *Break-Even Analysis. Findings and Discussion.*

Timothy J. Runge, Timothy P. Knoster, Deanna Moerer, Todd Breinich & James Palmiero (2017) A practical protocol for situating evidence-based mental health programs and practices within school-wide positive behavioral interventions and supports, Advances in School Mental Health Promotion, 10:2, 101-112, DOI: 10.1080/1754730X.2017.1285708

Wotring, J. R., O'Grady, K. A., Anthony, B. J., Le, L. T., Rabinovitz, L. A., Yoon, I. S., & Rotto, K. (2014). *Behavioral health for children, youth and families in the District of Columbia: A review of prevalence, service utilization, barriers, and recommendations.* Washington, DC: Georgetown University Center for Child and Human Development, National Technical Assistance Center for Children's Mental Health.

MJ-DEF-0017886

## Appendix C: Key Informant Organizations

Stakeholders were promised anonymity in exchange for their willingness to participate in structured interviews with AIR consultants between December 8, 2018, and January 24, 2019. We are indebted to all participants for their generous contributions of time, thoughtfulness, and candor.

### Current DBH Providers and Services Provided:

Better Morning—CSA, CBI

Catholic Charities—Mobile Crisis – Children and Adolescent Mobile Psychiatric Service (ChAMPS)

Community Connections, Inc., CSA, CPP-FV, PCIT, TF-CBT, TIP

Hillcrest Children's Center—CSA, CBI, FFT, TF-CBT, TST

Inner City Family Services—CSA

Latin American Youth—CSA, CBI, TF-CBT

MBI Health Services—CSA, MST, TIP

MD/DC Family Resources—CSA, TF-CBT, TST

Mental Health Services Division (PIECE)

DBH—BH Services Division (35 K Street NE/821 Howard Rd SE programs)

Outreach Solutions Inc.—CBI

Preventive Measures—CSA

PSI—CSA

Click on this link to access a complete list of current DBH Community-Based Service Providers.

### Former DBH Providers (4):

DC Choices—High Fidelity Wraparound

Foundations for Home & Community—CSA, CBI, FFT, TF-CBT

Universal—CSA

Youth Villages—MST

### Agency Partners (5):

Department of Health Care Finance (DHCF)

Department of Youth Rehabilitation Services (DYRS)

Child and Family Services Agency (CFSA)

Court Social Services (CSS)

Department of Human Services (DHS)

MJ-DEF-0017887

**Family Leaders (3)**
**Transition-Age Youth (7)**
**DBH Staff (15)**

MJ-DEF-0017888

**Appendix D: Draft Recommendations to Enhance Medicaid-Supported Child and Youth Behavioral Health Services in the District of Columbia**

(02-08-19 Provided by Rider-Freeman)

GOALS: DC should undertake a wide-ranging update of its state Medicaid program (e.g., Section 1115 waiver, or state plan amendment, pursue CMS' Integrated Care for Kids opportunity) in order to:

- ☑ Improve access to and increase utilization of behavioral health (BH) services and supports;

- ☑ Incorporate significant enhancements to BH services provided for children, youth, and families (CYS).

- ☑ Capitalize on opportunities to provide effective mental health promotion and earlier interventions that can prevent, avoid or reduce more acute care needs;

- ☑ Close reimbursement gaps that threaten financial stability of providers within the CYS network;

- ☑ Strengthen its response to substance use disorder (SUD)-related needs of young people, and close gaps between MH and SUD services; and

- ☑ Support closer integration of primary and behavioral health care.

1. **Expand outreach and improve access to CYS services/system/simplify enrollment and intake processes:**

- Work with families/consumers and agency partners to improve "no wrong door" options:
    - Develop on-line intake/referral options for youth and families.
    - Establish information mechanisms in libraries, recreation centers, youth centers, family centers where people can learn about services and directly access the system.
    - Enable intake/enrollment/referral capacities:
        - Through primary care (pediatrics, urgent care, FQHC) settings.
        - At CSAs and MCOs (incentivize CSAs and/or MCOs so that CSAs become providers for MCOs).
        - At juvenile justice system locations.
        - At CFSA intake locations.
        - At schools.
        - Through family support organizations.
- Use V-codes and DSM-V short-term diagnoses to permit effective early intervention (e.g., EPSDT).
- Involve DBH Consumer Engagement Team in rate-setting process/methodology to build in sufficient time, resources and incentives to support effective, needed engagement activities.
- Pilot placement of Medicaid-funded family and youth navigators (family/youth peer support specialists) in strategically chosen programs (e.g., Head Start/early childhood, pediatrics, DHS, with CFSA supervision cases, transition-age youth programs, CSAs) to study and refine the model, to improve enrollment of children/youth and engagement of families/young adults.
- <u>Include Case Management as a BH service in upcoming SPA/1115 waiver as a covered MHRS!</u>

MJ-DEF-0017889

- – Authorize an initial level of case management to engage child/youth and family, assess for and address immediate needs, and support treatment planning and implementation, and coordination of care,
- – Enable provision of case management services in wide array of places of service (e.g., schools, homes, co-location with health care/early childhood/child welfare/juvenile justice venues),
- – Clarify definition of BH case management activities for providers, including coverage for multiple participants in team-based planning/implementation activities, and how they can be compensated,
- – Use case management to address pertinent determinants of health (e.g., housing, transportation).
- Develop and publish <u>one consistent DHCF definition of medical necessity</u> (e.g., cite EPSDT benefit description) that will be applied uniformly across Medicaid-supported EPSDT and CYS BH services, no matter which doorway or agency/system is serving the enrolled child/youth.

**2. Strengthen family/youth support services:**

- Establish distinct service codes for family peer support, and for youth peer support.
  - – Encourage/require all CSAs to provide/partner with family peer support and/or youth peer support services.
  - – Enable family-run organizations (FROs) and youth support organizations (YSOs) to become qualified providers of peer support services using Medicaid funds.
  - – Ensure peer support services can be provided (billed) at all community venues.
  - – Permit telephonic peer support as a reimbursable service, with appropriate guidance.
- Include family skill-building services/living skills training) as covered CYS services.
- Clarify that Medicaid BH crisis services can be appropriately provided not only directly to child/youth, but also to parent/caregivers on behalf of the child/youth.
- Provide in-home family therapy, respite, peer support, and intensive case management/wraparound as Medicaid-funded BH services. Offer proactive access to intensive in-home services (e.g., FFT, MST) to harness potential to hope, prevent poor outcomes, and avert deeper-end placements. Ensure they can be provided prior to formal involvement with child welfare and juvenile justice system interventions.

**3. Continue to develop and improve early childhood service components:**

- Push BH and developmental screening [EPSDT] to early childhood venues (e.g., day care, Head Start, preschool, foster homes, pediatricians).
- Provide MH consultation in support of all child care/day care providers.
  - – Consider tele-medicine options to support this.
  - – Expand technology-supported access to child psychiatry in early childhood services.
- Ensure that Medicaid is being billed to the extent allowable for covered BH services in PIECE program.

MJ-DEF-0017890

- Review rate sufficiency for selected evidence-based early childhood programs (e.g., PCIT, CPP), and for trauma-informed training for providers. Need to continue to expand city-wide capacity, and ensure rates will support ongoing requirements for training, coaching, supervision.

- Use existing collaborative processes under DC SEED to inform DHCF and BHS strategies to optimize Medicaid support for selected early childhood programs and service delivery models (e.g., support universal ASQ-SE screening via EPSDT).

**4. Strengthen Medicaid role in school mental health services:**

- Enable Medicaid reimbursement for health screenings, health promotion activities, behavioral and developmental screenings by appropriately qualified personnel in school settings within EPSDT benefit.

- Designate schools as a place of service for case management services, and support linkage of students to health care and complementary community resources to enhance effectiveness of clinical services.

- Develop a Medicaid rehabilitative reimbursement model for Tier 2 interventions:
    - Pilot a bundled reimbursement rate for provider organizations to cover case management, attending school meetings such as IEPs, classroom observation, talking with parents over the phone or in person without the child present, consultation with teachers and other school staff as needed, handling crisis before the youth is enrolled in health care, eligibility assistance, etc.
    - Consider authorizing a presumptive minimum level of SMH treatment (e.g., six sessions—see Michigan, Maryland examples) based on identified risk factors/V-codes– e.g., parent-child problem; grief/recent loss, temporary diagnoses) to offer early intervention services. (Also, pursue parallel coverage through commercial insurance.)

- Expand available SMH workforce by approving lower level certified workers under supervision of licensed therapists (bachelor's in human service fields; graduate-level students; masters-level/not yet licensed) to provide Tier 2 (and perhaps Tier 3) services. This would expand available workforce, allow lower-level reimbursement, and enhance the career ladder available to build the local clinical workforce. Those providers can also provide additional CYS (e.g., respite, crisis response, community support).

- Apply capacities of existing crisis response providers (e.g., CHAMPS) to prepare/educate and support schools in preventing, anticipating, preparing for and constructively responding to BH crises of students as part of existing and emerging school mental health (SMH) programs.

**5. Provide collaborative service delivery and support for children and youth involved with child welfare services, and their families/caregivers:**

- Invite DCFS to co-design and co-create the service array and delivery system with DBH and DHCF to optimize timeliness, expertise related to maltreatment and needs of children/families, support continuity across birth family/foster care/permanent placement and maximize Medicaid support for all.
    - Begin by identifying the unique BH needs of children and families involved with CW, and then design services to fit those unique contexts.

MJ-DEF-0017891

- Clarify that Medicaid therapies can be appropriately provided not only directly to child/youth, but also to parent/caregivers—including foster parents - on behalf of the child/youth.
- Provide in-home family therapy, respite, family peer support, and intensive case management/wraparound as Medicaid-funded BH services for CW kids in birth family home and in kinship/foster family placement.
- Explore with DHCF how to fund CFSA's urgent BH response process via EPSDT.
- Explore how to incentivize and support CSAs/DBH FFS providers to meet CFSA timeliness standards/requirements and to recruit/deploy clinicians with pertinent CW expertise (e.g., trauma, adoption-competent, foster family support)

- Add therapeutic foster care as a covered MHRS service. Clinical support built into service should address trauma impacts on caregivers (foster family members) related to needs of foster children/youth.
- Build in processes to support continuity of therapeutic/provider relationship through exit from foster care to reunification or other permanency.

**6. Provide collaborative service delivery and support for children and youth involved with juvenile justice services, and their families/caregivers:**

Note: Both DHS and DYRS are currently providing family engagement, therapeutic mentoring, vocational training, and even some flex funds to support youth and families, without benefit of federal financial participation. All of these services and supports can be legitimately included in Medicaid CYS, per published guidance of CMS/SAMHSA† (5/7/13 informational bulletin on covered BH services for youth).

- Invite DHS, CSS and DYRS to co-design and co-create the service array and delivery system with DBH and DHCF to optimize timeliness, expertise related to maltreatment and needs of youth/families, build in continuity across family/treatment/placement settings, and maximize Medicaid support for all:
  - Begin by identifying the unique BH needs of youth involved with JJ systems and their families.
  - Examine what is working well in recent years to support diversion of youth from formal adjudication, punishment and incarceration, including from existing CSS and DBH partnership;
  - Design services to fit the unique contexts of DHS, CSS and DYRS youth and families, in parallel to steps outlined for child welfare partnership above.
- Develop a protocol that specifies the narrowest allowable limitation in provision of Medicaid support for BH services pertaining to "inmate of a public institution." (Example: Clarify it is permitted to serve youth who are "detained, awaiting placement.")

**7. Address Gaps in Transitional Supports and Crisis Stabilization**

- Develop explicit Medicaid reimbursement codes for planning and arranging transitional support (e.g., case management).

---

†See SAMHSA-CMS Informational Bulletins:
https://www.medicaid.gov/federal-policy-guidance/downloads/cib-05-07-2013.pdf, and
https://www.medicaid.gov/federal-policy-guidance/downloads/cib-01-26-2015.pdf

MJ-DEF-0017892

- Develop additional transitional services (e.g., partial day treatment/partial hospitalization, therapeutic foster care options) between CBI and out of home care.
- Pilot service delivery and billing options that permit out-of-home care staff flexibility to extend therapeutic services to support young person's initial return to family, classroom and community.
- Develop flexibility to use out-of-home care capacity flexibly as support to stabilize crises, and for respite care in defined circumstances.
- Clarify that Medicaid BH transitional support and crisis services can be appropriately provided not only directly to child/youth, but also to parent/caregivers on behalf of the child/youth.
- Contract with family-run organizations (FROs) to provide peer support for families to co-develop discharge and transition plans for children/youth:
  - stepping down from hospital/residential treatment to return to home and community;
  - transitioning from foster care to family reunification, adoptive or other permanent placements.
- Consider how to maximize Medicaid support for crisis stabilization on behalf of children in foster care, and in juvenile justice. This will require aligned expectations/seamless protocol between two systems.
- Develop reimbursable methods to optimize application of (CHAMPS) crisis expertise in preventive/proactive ways during periods of lower demand.
- Teach parents, foster parents and school personnel how to predict/plan/prevent and de-**escalate crises (e.g., EPSDT anticipatory guidance).**

**8.  Build additional CYS capacity: Substance Use Disorder (SUD) Services**

- Develop and integrate appropriate substance use disorder (SUD) services for youth with existing MHRS. Use opportunities under current STR and SOR grants to test interventions and modalities, including cultural and other adaptations informed by voices of youth, young adults, youth peer support providers, and DBH consumer engagement team, to inform decisions for long-term **Medicaid coverage of SUD services for CYS.**

**9.  Build additional CYS capacity: Tele-Medicine**

- Expand technology-supported methods to increase child psychiatry presence to mitigate shortage, reduce unit costs, and increase involvement in addressing psychiatric emergencies (crisis services).

**10.  Pursue additional actions to strengthen DC's CYS BH system, including fiscal stability of CYS providers:**

- Undertake major rate reviews at three-year intervals.
- Publish clarification about individual versus DBH-contracted and CSA Medicaid providers. Show BH services, billing codes, billing limitations and published rates that apply to the MCO, DBH-contracted FFS, and independently-licensed CYS systems. Work to reduce unjustified rate discrepancies.
- Expand available CYS workforce by approving lower level certified workers under supervision of licensed therapists—would also allow lower-level reimbursement (bachelor's in human service fields; graduate-level students; masters-level/not yet licensed) to provide Tier 2 (and perhaps Tier 3) services and can bill under MHRS. This will also enhance the career ladder available to build the local

MJ-DEF-0017893

clinical workforce. Those providers can also provide additional CYS (e.g., respite, crisis response, community support).

- Expand co-location (place of service) and tele-medicine options to increase healthcare access and reduce space costs.

- Create new provider type (e.g., Community Service Agency) that can provide respite, after-school, peer support programming through para-professionals and technicians, at relatively low cost.

- Develop cross-system provider registration and training approaches to share respite and para-professional workforces across BH, DD, HSCSN, CFSA foster care and other related workforces. This will provide employment opportunities/career ladder, and a level of back-up, and can strengthen DC's available helping workforce.

- To the extent that dedicated local funds can be preserved by optimizing Medicaid coverage, reallocate local funds to address:

  - "upstream prevention" opportunities, including pertinent social determinants of health and barriers to access,

  - Increase rates to reduce competitive compensation gaps between public system employees and community-based organization providers; and

  - strengthen fiscal incentives for providers to deliver EBPs and use preferred service deliver approaches.

MJ-DEF-0017894

# EXHIBIT 2

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

## OFFICE OF DISABILITY RIGHTS

## NOTICE OF SOLICITATION FOR COMMENTS

### DC—One Community for All: Olmstead Community Integration Plan
### Calendar Years 2021-2024

In 2017, Mayor Bowser introduced the District's *Olmstead* Community Integration Plan, "DC—One Community for All 2017-2020" (the Current Plan). Over the past three years, the Current Plan has solidified the District's commitment to provide care in the least restrictive setting appropriate for District residents with disabilities. Continued collaboration among the Current Plan's core agencies—the DC Office of Disability Rights (ODR), the Department on Disability Services (DDS), the Department of Aging and Community Living (DACL), the Department of Health Care Finance (DHCF), and the Department of Behavioral Health (DBH)—has helped ensure the District fulfills that commitment. By incorporating person-centered thinking into all elements of the Current Plan, we can support people with disabilities as they make informed, self-determined choices about how and where they wish to receive their care.

The purpose of this Notice is to announce a 30-day public comment period commencing on May 3, 2021 for the proposed "DC—One Community for All: *Olmstead* Integration Plan covering calendar years 2021-2024" (Proposed Plan).

ODR and its partner agencies have continued working towards creating an even better future path of community integration in the District by hosting four *Olmstead* Working Group public meetings. These meetings were used to gather input and insight on how, together, we improve upon the Current Plan to continue the transition from institutionalized care for District residents.

As a result of these meetings as well as collaboration with interested stakeholders and community members, the *Olmstead* Working Group developed this Proposed Plan for calendar years 2021-2024. We now invite the public to examine the Proposed Plan and submit comments to ODR as part of the process to roll out a new multi-year Community Integration Plan to take effect in calendar year 2021.

Pending development of the next Plan which will be integrated with public comments received during the review period, the Current Plan will remain in effect and District agencies will continue their reporting structure under the Current Plan until further notice.

For questions or to request a reasonable accommodation, please contact Abby Volin at 202-727-0287 or abby.volin@dc.gov.

**Table of Contents**

**EXECUTIVE SUMMARY** ................................................................................................. **3**

Olmstead Community Integration Planning in the District of Columbia .................................. 3

**SECTION I: OVERVIEW** ............................................................................................... **5**

Background ...................................................................................................................... 5

The Service Structure for People with Disabilities in the District of Columbia ...................... 6

Improving the Long-Term Services and Supports System .................................................... 6

Who Provides These Services? ............................................................................................ 7

**SECTION II: PRIORITY AREAS** ................................................................................ **8**

**Priority Area 1: Housing** ................................................................................................. 9

Guiding Principles for Housing: ..................................................................................... 9

Supporting Our Residents with Living into Community-Based Housing ............................ 9

Supporting Our Residents with Transitioning into Community-Based Housing ................ 10

Spreading the Word About Housing Resources ............................................................... 15

Assessing the District's Housing Services and Programs .................................................. 16

Housing Metrics Tracked by the District Government ..................................................... 17

**Priority Area 2: Health Care and Wellness** ................................................................. 18

Guiding Principles for Health Care and Wellness: ......................................................... 19

Supporting Our Residents in Transitioning Out of Institutional Settings ......................... 19

Providing Home and Community-Based Services to DC Residents with Disabilities .......... 22

Spreading the Word About Health Care and Wellness Programs ..................................... 26

Assessing the District's Health Care and Wellness Services and Programs ....................... 27

Health Care and Wellness Metrics Tracked by the District Government .......................... 29

**Priority Area 3: Employment** ...................................................................................... 35

Guiding principle for Employment: ............................................................................... 36

Supporting District Residents with Disabilities in Obtaining Competitive, Integrated

Employment .................................................................................................................. 36

Spreading the Word About Employment Supports .......................................................... 38

Assessing the District's Employment Services and Programs ........................................... 39

Employment Metrics Tracked by the District Government .............................................. 40

**SECTION III: New Partners** ...................................................................................... **41**

Guiding Principles for New Partners: ............................................................................. 42

Supporting District Residents in Connecting with Their Communities ............................. 42

Access to Public and Private Transportation .................................................................. 43

New Partner Metrics Tracked by the District Government .............................................. 45

**SECTION IV: CONCLUSION** ...................................................................................... **47**

Appendix A: Government Agency Contact Information ...................................................... **48**

Appendix B: Acronyms .................................................................................................... 49

Appendix C: Residents Served ......................................................................................... 51

# EXECUTIVE SUMMARY

In the 1999 *Olmstead v. L.C.* case, the Supreme Court ruled state and local governments could not discriminate against people with disabilities by excluding them from participating in government services, programs, or activities under Title II of the Americans with Disabilities Act (ADA). The ADA's "integration mandate" requires that these services, programs, and activities be provided in the most appropriate, integrated setting.  A state or territory's "Olmstead Plan" demonstrates compliance with the ADA's integration mandate.

## Olmstead Community Integration Planning in the District of Columbia

This document's purpose is to present the District of Columbia's proposed *Olmstead Community Integration Plan* for Calendar Years 2021 to 2024 to District residents, families, advocates, and other community stakeholders. The District's *Olmstead Community Integration Plan* is a series of goals and priorities the District is committed to achieving for residents with disabilities to live in the community, in the most integrated setting possible.  The United States Congress has defined the "most integrated setting" as one that "enables individuals with disabilities to interact with nondisabled persons to the fullest extent possible."  The District Government defines living in the community as providing residents with disabilities opportunities to: Work in competitive and integrated employment opportunities while earning market-rate wages; Build and maintain meaningful relationships with family, friends and peers, and Live and participate in their communities as they see fit.

The District's proposed 2021-2024 *Olmstead Community Integration Plan* is based on the 1999 mandate in the seminal *Olmstead v. L.C.* Supreme Court case.  In 2007, the Disability Rights Protection Act[1] established the Office of Disability Rights (ODR) as the District's ADA compliance office.  Since its establishment, ODR has developed and submitted the city's *Olmstead Community Integration Plan* for approval to the Executive Office of the Mayor. The creation and development of the proposed 2021-2024 *Olmstead Community Integration Plan* was a collaborative effort and the result of partnerships with District residents with disabilities, their family members, disability organizations, and community advocates for disability rights.

---

[1] D.C. Code § 2-1431.01.

This proposed *Olmstead Community Integration Plan* reflects:

- Discussions and feedback gathered from four community town halls held in January, February, April, and July 2020;
- Conversations conducted by District Government staff with several advocacy groups and individual stakeholders discussing ways to improve service delivery to people with disabilities, and;
- Available data provided by the District's core Olmstead agencies over the past three years, based on the 2017-2020 Olmstead Plan.[2]

Based on these recent interactions and experiences, the proposed 2021-2024 *Olmstead Community Integration Plan* identifies and focuses on three main priorities:

1. Housing
2. Health Care and Wellness Supports
3. Employment

This Plan remains in effect until amended or superseded.

---

[2] Olmstead Community Integration Plan - DC One Community for All | odr

# SECTION I: OVERVIEW

## Background

In the 1999 *Olmstead v. L.C.* case, the Supreme Court ruled state and local governments could not discriminate against people with disabilities and exclude them from participating in, or receiving benefits from, government services, programs, or activities under Title II of the Americans with Disabilities Act (ADA). The ADA's "integration mandate" requires that these services, programs, and activities be provided in the most appropriate, integrated setting.

In 2006, the Council of the District of Columbia passed the Disability Rights Protection Act, which created the Office of Disability Rights (ODR).  Under the Act, ODR was given responsibility for developing and submitting an Olmstead Plan to the Executive Office of the Mayor. ODR published the District's first Olmstead Plan in April 2012, and the District Government has since made numerous revisions based on stakeholder feedback.

In 2015, Mayor Muriel Bowser created the Olmstead Working Group, charged with making recommendations for revisions to future iterations of the District's Olmstead Plan. Through this process, they support the creation of the Olmstead Plan while including a broad array of voices. The Olmstead Working Group is comprised of representatives from District agencies as well as District residents with disabilities, their family members, community organizations, and disability rights advocates.

Under the guidance of ODR, the District Government is presenting the new proposed *Olmstead Community Integration Plan* for Calendar Years 2021 to 2024. Staff representatives from the Internal Services Cluster, the Deputy Mayor for Health and Human Services, and numerous District agencies have provided substantial contributions, support, and oversight in development of the proposed 2021-2024 *Olmstead Community Integration Plan*. The *Olmstead Community Integration Plan* is a series of goals and priorities the District is committed to providing residents with disabilities to live in the community, in the most integrated setting possible, in accordance with the ADA.  ODR will continue coordinating the reporting process required under the Olmstead Plan and submit recommendations to the Mayor as appropriate.

### *Understanding the Service Structure for People with Disabilities in the District of Columbia*

District residents with disabilities can have a broad range of medical and personal care needs. Support needs may include assistance with daily living activities (i.e., preparing meals, managing medication, housekeeping, etc.) or with major life activities (i.e., eating, bathing, dressing, etc.). District residents with disabilities also may require help training for, securing a job, and receiving reasonable accommodations to do the job.  These various forms of assistance (also known as "Long Term Services and Supports," or LTSS) are most often provided informally through unpaid caregivers like family and friends.  However, the Long-Term Services and Supports can be provided by professionals who serve people in institutions and in a person's home or community-based setting.

### *Improving the Long-Term Services and Supports System*

The District Government is engaged in collaborative efforts in designing and implementing a seamless process for individuals leaving institutionalized care and accessing Long Term Services and Supports.  Specifically, the District has concentrated its efforts around improved data collection and tracking a resident's progress toward integration and independence in meaningful, understandable ways.

Since the implementation of the 2017-2020 Olmstead Plan, multiple agencies have embraced the principles of No Wrong Door (NWD), a government-wide program which improved the eligibility process and providing District residents with accurate information, regardless of where they enter the system. These NWD efforts were supported by federal grants awarded through the United States Department of Health and Human Services, Administration on Community Living and Centers for Medicare and Medicaid Services, as well as a major grant awarded to the DC Department of Health Care Finance (DHCF) to procure a new, multi-agency case management system. These system improvements significantly reduced fragmentation and the time it took for District residents to access services.

In keeping with the No Wrong Door principles, the Centers for Medicare and Medicaid Services (CMS) issued a final rule effective March 17, 2014, that contains an outcome-oriented definition of home and community-based services (HCBS) settings (Settings Rule). The federal regulation's purpose ensures that people receive Medicaid HCBS in settings that are integrated in and support full access to the greater community.

The District maintains two HCBS waiver programs:

1. Elderly and persons with Physical Disabilities (EPD) Waiver operated and implemented by the DHCF and;
2. Intellectual and Developmental Disabilities (IDD) waiver operated and implemented by the Department on Disability Services (DDS).

The District of Columbia developed and steadily implemented an approved Statewide Transition Plan to ensure that both waiver programs met the requirements of the Settings Rule. EPD and IDD HCBS Waiver Programs achieved compliance with the Settings Rule by the original CMS deadline of March 19, 2019.

### *Who Provides These Services?*

The District of Columbia's service system for people with disabilities is comprised of multiple government agencies that provide services, public and private institutions that provide residential care, and local community-based organizations that receive District and Federal Government funds to provide home and community-based services. All of these components of the District's service system are described below.

# SECTION II: PRIORITY AREAS

The *Olmstead Community Integration Plan* will focus on three main priorities between calendar years 2021 and 2024:

1. Housing
2. Health Care and Wellness
3. Employment

## PRIORITY AREA 1: HOUSING

Affordable and accessible housing plays a significant role in transitioning District residents with disabilities out of institutions and ensuring those at risk from unwanted institutionalization have the support they need to continue living in the community of their choosing.  However, securing affordable, appropriate housing is often a challenge for people with disabilities whose incomes may be limited and whose physical needs may be specific.

The demand for affordable and accessible housing exceeds the supply in our Nation's Capital. District residents may find community-based housing through the DC Housing Authority (DCHA), Department of Human Services (DHS)' homeless services programs, Department of Behavioral Health (DBH), or at a Department of Healthcare Finance (DCHF)'s Assisted Living Facility.  Non-housing agencies that facilitate or provide housing often partner with the DCHA to utilize housing vouchers through the local and federal government.

Residents with housing may receive assistance in making accessibility modifications from the Department of Housing and Community Development (DHCD) and the Department of Aging and Community Living (DACL).  Programs provided through DHCD and DACL allow District residents with disabilities and the aging population to remain in their homes and communities, even as their housing needs may become more complex over time.

### Olmstead Community Integration Plan Guiding Principles for Housing

***What are the guiding principles embraced in the Olmstead Community Integration Plan for housing?***

1. District residents live in the neighborhoods and/or communities of their choosing.
2. District residents can transition into community-based housing that meets their needs.

***How does the District support our residents with living in communities of their choosing?***

The *Safe at Home* and *Single-Family Residential Rehabilitation Programs* are two District programs designed to support residents to live and remain in residential housing. DACL's *Safe at Home Program*[3] promotes community living by providing safety adaptations in the homes of qualifying seniors and adults with disabilities. *Safe at Home* provides in-home adaptations to reduce the risk of falls, such as handrails, grab bars, bathtub cuts, shower seats, furniture risers, and chair lifts. Additionally, *Safe at Home's*

---

[3] Safe at Home | dacl (dc.gov)

Private Security Camera Program allows eligible DC seniors and residents with disabilities to receive a private security camera system without cost.  This program is intended to help deter crime and assist law enforcement with investigations.
DHCD administers the *Single-Family Residential Rehabilitation Program (SFRRP)*[4]. The *SFRRP* grants up to $30,000 in home modifications to eliminate barriers for District residents with mobility or other physical impairments. Following Mayor Bowser's COVID-19 Public Health Emergency Order, *SFRRP* is under a modified operating status with staff working remotely.  The program has implemented COVID-19 protocols to operate safely and accepts program applications through one of DHCD's Community-based Non-Profit Organizations.

### *How does the District support our residents with transitioning into community-based housing that meets their needs?*

The District focuses on the following areas to support residents with transitioning into community-based housing that meets their needs:
- A.  Creation and Preservation of Affordable Housing (DHCD)
- B.  Affordable Community-Based Housing (DCHA)
- C.  Homeless Services and Supports (DHS)
- D.  Community Housing Programs (DBH)
- E.  Housing Counseling Services (DHCD)
- F.  Assisted Living Facilities (DHCF)

Together, DHCD, DHS, DC Health, DBH, DHCF, DC Housing Authority, and the DC Housing Finance Agency collaborate to provide housing units and services to support the Mayor Bowser's vision.  DHCD, DHS, and DOH often work together to provide housing and supportive services opportunities through a consolidated Notice of Funding Availability (NOFA) process.

### A.  DHCD Creation and Preservation of Affordable Housing

DHCD and other District government partners create affordable housing opportunities for District residents.

---

[4] [Single Family Residential Rehabilitation Program (SFRRP) | dhcd (dc.gov)](#)

DHCD is the designated agency to receive and administer the following entitlement funds:

- *Community Development Block Grant Program*[5];
- *HOME Investment Partnerships Program*[6]; and
- *National Housing Trust Fund Program*[7].

In addition, DHCD receives the *Emergency Solutions Grant Program (ESG)*[8] which DHS administers, and the *Housing Opportunities for People with AIDS Program (HOPWA)*[9] which DC Health administers.   DHCD also manages the *Housing Production Trust Fund*[10], *Housing Preservation Fund*[11], and *Low-Income Housing Tax Credits*[12] to produce and preserve affordable housing.

## B.  DCHA Affordable Community-Based Housing

DCHA serves low-income residents through traditional affordable housing, tenant- and project-based housing vouchers, and mixed-income properties. DCHA owns and manages public housing properties located throughout the District at reduced rents for low-income families, seniors, and persons with disabilities.

DCHA is committed to providing equal access to programs for applicants, residents, and participants with disabilities. DCHA provides reasonable accommodations including modifications to assist with mobility in a unit, common area, or grounds; interpretation into ASL or braille; and third-party interaction with DCHA on behalf of persons who are mentally impaired.

Though there is a waiting list for affordable housing in the District of Columbia, residents with mobility impairments—particularly those who serve as the head of a household—are given preference when a unit becomes available. DCHA also partners with DBH to administer the *Mainstream Voucher Program*, which gives preference to persons with disabilities.

Housing is also provided to residents with or without disabilities through *Housing Choice Vouchers* ("tenant-based vouchers") or the *Moderate Rehabilitation Program* ("project-based vouchers").

---

[5] Community Development Block Grant Program | dhcd (dc.gov)
[6] Home Investment Partnerships (HOME) Program | dhcd (dc.gov)
[7] 2020 Housing Production Trust Fund (HPTF) Program Limits | dhcd (dc.gov)
[8] ESG CARES Funding | dhs (dc.gov)
[9] HAHSTA/HOPWA Program | doh (dc.gov)
[10] Housing Production Trust Fund | dhcd (dc.gov)
[11] Housing Preservation Fund | dhcd (dc.gov)
[12] Low Income Housing Tax Credit (LIHTC) Program | dhcd (dc.gov)

C. DHS Homeless Services and Supports

DHS provides several programs for people experiencing homelessness.  The DHS Family Services Administration (FSA) oversees the provision of a wide range of services to individuals, families, and youth who are experiencing homelessness or at risk of becoming homeless in the District of Columbia, including emergency and ongoing housing support to help them transition into or maintain permanent affordable housing. All DHS programs and policies are inclusive and are designed to support people with disabilities.  This includes making connections to needed resources and supporting requests for Reasonable Accommodations in accordance with the Americans with Disabilities Act (ADA).

FSA Programs and Services include:

- *Permanent Supportive Housing (PSH) Program*: This program provides permanent housing and supportive services designed to provide greater housing stabilization, maximum levels of self-sufficiency, and an overall better quality of life for the most vulnerable people experiencing homelessness.  The *PSH Program* is designed for "chronically homeless" individuals, defined as individuals who have been experiencing homelessness for at least one year or have experienced homelessness on four separate occasions in the past three years. or those who are residing in an institution and have one or more of the following conditions: substance use disorder, serious mental illness, developmental disability, post-traumatic stress disorder, traumatic brain injury, or chronic physical illness or disability.[13]  In addition to housing, the *PSH Program* provides participants with case management and connection to supportive services.

- *Pandemic Emergency Program for (Medically) Vulnerable Individuals (PEP-V) Program*:  This program exists to protect those experiencing homelessness who are at highest risk for severe complications or death if they contract COVID-19. The *PEP-V Program* provides private room accommodations at several hotel sites. The program allows medically vulnerable individuals who would otherwise be residing in congregate shelters or living on the streets to reduce their level of exposure to COVID-19.  DHS works through its PSH Program to transition PEP-V clients to permanent housing, using PSH providers to provide case management services, help them navigate the process of finding a unit, applying for the unit, completing necessary paperwork, and moving into the unit.  Once a client is admitted to a PEP-V site, a daily intake tracker will be submitted to the ADA liaisons and ADA Compliance Specialist to address any ADA-related needs.

- *Targeted Affordable Housing (TAH) Program*:  This program provides a permanent rental subsidy for families exiting homelessness. The *TAH Program* is intended for

---

[13] D.C. Code § 4-751.01(6C)

households who need assistance obtaining and affording housing – most likely due to advanced age and/or disability – but are connected to community resources.

- *Transitional Housing Program (THP)*: This is a housing program that usually lasts up to two years.  *THP* provides intensive support services geared toward increasing a household's self-sufficiency and helping District residents move towards permanency, often specializing in the specific needs of the client.

- *Youth Homeless Services*: *Youth Homeless Service's* Housing programs include the full continuum of services, including shelter, transitional housing, rapid-rehousing and permanent supportive housing. Eligibility is determined by utilizing the Transition Age Youth Service Prioritization Decision Assistance Tool (TAY-SPDAT) and the Coordinated Assessment and Housing Placement (CAHP) system.

- *Family Rehousing and Stabilization Program (FRSP)*: This program assists District residents who are experiencing homelessness or are at risk of experiencing homelessness to achieve stability in permanent housing through individualized and time-limited assistance.  Through the *FRSP*, Rapid Rehousing services are provided and designed to be responsive to a family's needs. These services include: Individualized case management services; Housing identification; Connection to integrated, community-based resources, and; Financial assistance.

D. DBH Community Housing Programs

DBH administers the following community housing programs:

*Home First Housing Voucher Program*: The locally funded Home First Program provides housing rental vouchers for individuals and families who live in the apartment or home of their choice and sign their own rental leases. Consumers pay thirty percent (30%) of their household income to the landlord toward their rent, while the Home First Program subsidizes the balance of the rental amount.

*DC Local Rent Supplement Program (LRSP)*:  The LRSP is administered by the DCHA. The program follows the eligibility requirements, rules, and regulations of DCHA's federally-funded voucher program.  DBH makes referrals for initial occupancy and backfill of vacancies for LRSP vouchers attached to newly-renovated or developed units funded with DBH capital dollars for 25 years.  The LRSP vouchers are attached to single-room occupancy units and to apartments.

*Supported Independent Living Program (SILP)*: The SILP supports an independent home setting with services and supports to assist consumers in transitioning to a less restrictive level of care.  Training in life skill activities, home management, community services, along with supports that are provided through a comprehensive continuum of care on an

individual, flexible recovery-driven basis are provided based upon individual needs. Weekly home visits and monitoring are conducted by community support workers to ensure that the individual receiving service is able to maintain community tenure and move to more independent living.

*Licensed Mental Health Community Residential Facilities (MHCRFs)*:

- Intensive Rehabilitative Residence:  An intensive level of care for individuals enrolled in the DBH behavioral health system who have medical issues that put them at risk of needing nursing home care if they do not receive physical health care nursing supports with the appropriate mental health rehabilitation services.

- Supportive Rehabilitative Residence (SRR):  SRR CRFs provide twenty-four hour, structured housing support for consumers with severe and persistent mental illness who need an intense level of support to live within the community.  The specific services offered include: 24-hour awake supervision; assisting the consumer to obtain medical care; providing training and support to assist consumers in mastering activities of daily living; maintaining a medication intake log to ensure that residents take their medications as prescribed; provision of 1:1 support to manage behaviors or perform functional living skills; transportation to doctor's appointments; assistance with money management; and participation in treatment planning, implementation, and follow-up.

- Supportive Residence (SR): SR CRFs provide on-site supervision when residents are in the facility; medication monitoring; maintenance of a medication log to ensure that medication is taken as prescribed; assistance with activities of daily living; arrangement of transportation; monitoring behaviors to ensure consumer safety; and participation in treatment planning, implementation, and follow-up.

E.  DHCD Housing Counseling Services

DHCD partners with 21 Community-based Organizations (CBOs) to provide counseling services and training to tenants, potential homeowners, and current homeowners. This includes funding the services provided by Legal Counsel for the Elderly and other non-profit organizations providing housing counseling services for those seeking housing services. Many of the CBOs offer services on behalf of DHCD, and in conjunction with the DC Health and DHS.

*Housing Resource Center*:  The *Housing Resource Center* provides a physical location that District residents can visit to access information on rent control, landlord and tenant rights and responsibilities, and affordable homeownership assistance options. Additionally, it provides on-site access to the DC Housing Search for residents who do not have access to a computer.

F. DHCF Assisted Living Facilities (ALFs)

ALFs are available to eligible residents receiving services under the Elderly and Persons with Disabilities (EPD) waiver. The EPD waiver is administered by the Department of Health Care Finance (DHCF). ALF is a licensed facility where participants can live while receiving and having access to the services they need to be as independent as possible. The person's choice for independence must also protect the safety of the participant and other persons who live at the facility.

### *How does the District spread the word about its housing resources and services?*

DHCD offers resources to help residents find safe and affordable homes in the District of Columbia via the Housing Locator service *DCHousingSearch.org*. *DC Housing Search* posts all District assisted affordable housing units. It is a free resource, and not limited to affordable or subsidized housing units. Anyone who has an available unit may post on the Housing Locator.

DBH encourages partnerships among consumers and clients, family members, providers, and others within the community that foster an unconditional positive regard for the concerns of those who seek and receive services. DBH conducts community outreach and actively educates the general public through the following activities to improve the service delivery system:

- Sharing information among consumers, family members, providers, and the public;
- Promoting prevention, wellness, and recovery;
- Reducing stigma;
- Recognizing the needs of others for information, and;
- Communicating in an open and candid manner.

Individual residents experiencing homelessness learn about DHS programs through outreach efforts, townhall meetings with clients, communications on websites, and information sharing through case management. Persons with disabilities are identified once they arrive at a DHS Shelters or the Virginia Williams Family Resource Center. Additionally, the DHS outreach teams are tasked with locating homeless individuals to offer resources and supports. Homeless individuals can also contact the twenty-four-hour Shelter Hotline at 202-399-7093 to request shelter resources. A client or a person with a disability applying for a DHS program may request a reasonable accommodation at any time. Requests may be oral or in writing. Oral requests will be put in writing by the applicant, intake or Provider staff, ADA Liaison, or any person identified by the individual, and submitted in accordance with the reasonable accommodation request procedures.

Virginia Williams Family Resource Center (VWFRC) is the central point of intake for families who are experiencing homelessness or at risk of homelessness in the District. Families may go to VWFRC to apply for preventative and emergency services. Families seeking emergency assistance around their housing instability are assessed to determine the severity of their needs.

VWFRC is not a shelter.  Eligible families can receive services such as emergency rental and utility assistance, temporary emergency shelter, referrals for employment training, work readiness, and job placement assistance.

Those participating in DHS's Youth Services Division (YSD) programs—both direct service programs for minors up to age 17, and contracted homeless services programs for youth ages 18-24—learn about programs via the DHS website, social media, schools, partner government agencies, community-based organizations, drop-in centers, and street outreach.

### *How does the District assess its housing services and programs?*

DHS Programs are assessed through engagements with providers by program monitors and contact administrators, as well as monthly provider meetings. Outcome measures may vary by program.  For example, some DHS direct service programs are measured based on success in improving youth functioning and school participation, while DHS youth homeless providers are measured based on program exits to permanent housing.

DHCD monitors both the physical and program accessibility of all its programs and units through a compliance review process for equal opportunity, accessibility, and civil rights laws. DHCD also offers annual accessibility training for developers and contractors and collaborates with other District agencies to host a yearly fair housing symposium.

DBH conducts regular service reviews and analyzes data to help design and implement recovery-oriented services that are available when needed and easy to access no matter the age or neighborhood. DBH also conducts annual consumer satisfaction surveys to engage directly with the people it serves.  This information is available to the public so consumers, clients, advocates, and partners are empowered to work with DBH to build a high performing behavioral health system.  DBH's Applied Research and Evaluation Unit provides data analysis, technical assistance, research and reporting within the Department.  It also assists with data collection, platform management, and analysis to support data driven decision-making.

**Specific *Olmstead* Housing Metrics**
**Tracked by the District Government**

| Guiding Principle: DC Residents can remain living in the community. | | | |
|---|---|---|---|
| **Strategy** | **Program/Services** | **Lead Agency** | **Metric** |
| 1.1 | Safe at Home | DACL | Number of Safe at Home adaptations performed |

| Guiding Principle: DC Residents can transition into community-based housing that meets their needs. | | | |
|---|---|---|---|
| **Strategy** | **Programs/Services** | **Lead Agency** | **Metric** |
| 1.2 | DBH Housing Vouchers | DBH | Number of people discharged from Saint Elizabeths Hospital quarterly into community housing |
| 1.3 | DBH Housing Vouchers | DBH | Number of people placed in DBH Housing |
| 1.4 | Assisted Living Services | DHCF | Number of District residents enrolled in Medicaid Assisted Living Programs |
| 1.5 | Programs for Residents Experiencing Homelessness | DHS | Number of District residents enrolled in Medicaid Assisted Living services |
| 1.6 | Creation and Preservation of Assisted, Affordable Housing | DHCD | Number of District assisted affordable housing units that come online ready for purchase or rental |

## PRIORITY AREA 2: HEALTH CARE AND WELLNESS

Long-term services and supports (LTSS) are a variety of health and social services that offer care for seniors and people with disabilities who need support for physical, mental, developing, or long-lasting health conditions that limit their abilities to care for themselves.  LTSS can be provided in a person's home, in another community-based setting, or in a facility.

Arrangements for LTSS are conducted through District of Columbia Government agencies and non-profit organizations that help identify services available, plan a person's care, and offer information about and recommendations for LTSS.  This information will allow District residents with disabilities, the aging population, and their families to make informed decisions on the appropriate LTSS they need to live in their homes with dignity and be fully included in their communities for as long as possible.

Eligible District residents are able to utilize the following LTSS:

- Adult Day Health Programs
- Care Management
- Support for Caregivers
- Congregate (Group) Meals
- Home-delivered Meals
- Services for Hearing Impaired Persons
- Employment Services
- In-Home Supports
- Hospital Discharge Planning
- LTSS Enrollment Assistance
- Options Counseling for LTSS Planning
- Memory Care (for Alzheimer's and dementia)
- Nursing Home Transition Services
- Nutrition Programs (Counseling and Education)
- Public Benefits Application Assistance
- Senior Wellness Center Services
- Transportation
- Veterans Support Resources

**Olmstead Community Integration Plan**
**Guiding Principles for Health Care and Wellness**

***What are the guiding principles embraced in the Olmstead Community Integration Plan for Health Care and Wellness?***

1. District residents are supported in transition from institutional settings or facilities to home and community-based settings.
2. Quality, person-centered, home and community-based services are necessary for District residents with disabilities to live and remain in the community.

***How does the District support our residents in transitioning from institutional settings or facilities to home and community-based settings?***

The District offers transition coordination services for residents who live in long-term care facilities, such as nursing homes or hospitals, and desire to move into their own home or to another community-based residence. In many cases, a facility discharge planner can coordinate home and community-based supports and services along with the District resident and their family, friends, and other key people in their circle of support. Individuals may also receive more comprehensive transition and coordination services, including housing identification, household set-up, and home modifications if necessary.

The District offers these transitioning services to support our residents moving from institutional settings and facilities:

        A.  Nursing Home Transition Services
        B.  Saint Elizabeths Transition Services

A.  <u>Nursing Home Transition Services</u>

Connecting to transition coordination services for those residing in a nursing facility can happen in two ways.  First, nursing facility staff are federally required to administer the MDS Resident Assessment Instrument (MDS) within 14 days of admission, within 14 days of a significant change in mental or physical condition, and no less than once every 12 months.[14] Through Section Q of the MDS, residents' interest in returning to the community is assessed.[15] Second, residents who live in a facility for 90 days or more are eligible for nursing home transition assistance from the Community Transition Program (CTP) out of the DC Department of Aging and Community Living (DACL). In addition,

---

[14] 42 CFR §483.20(b)(2)
[15] MDS Resident Assessment Instrument Manual | cms.gov

all nursing home residents are eligible to receive Options Counseling through the Aging and Disabilities Resource Center (ADRC) also operated by DACL.

Finally, DACL's team of Medicaid Enrollment Specialists (MES) are available for any nursing home resident who needs assistance with applying to Medicaid, either general Medicaid coverage or the more specialized Elderly and persons with Physical Disabilities (EPD) Home and Community-Based Services Waiver Program. These Medicaid Enrollment Specialists provide assistance with completing the application and facilitating the submission and processing with the Department of Human Services Economic Security Administration, the entity that processes all Medicaid applications in DC. The CTP also aims to assess and reduce duplication of services offered by Medicaid and DACL.

In conjunction with the CTP, transition assistance is conducted by facility staff. The process uses a uniform preference screening tool and transition services checklists. Decisions about the appropriateness of a less restrictive setting are ultimately made by the resident and the resident's care team, which include medical professionals, social workers, family members, and legally authorized representatives.

Steps and processes involving the successful transition to the community, may include but are not limited to:
- An assessment conducted to determine the District resident's wishes and willingness to return to the community.
- Collaboration between the individual, including their family, friends, and key persons in their circle of support, and their care planning team to develop an appropriate plan with goals, approaches, and strategies allowing the person to reasonably achieve a safe transition into the community.
- A referral to the DACL Community Transition Program (if not already involved) when a resident expresses a desire to learn more about options for living in the community.
- A review at the time of the resident's discharge to ensure a safe transition is implemented and all necessary services and durable medical equipment needs are in place for the individual.

For costs that nursing home residents need to cover to prepare for their community transition, such as leasing application fees, security deposit, essential furnishings, and household set-up items including linens, kitchenware, and bathroom essentials, residents may access funding through the Money Follows the Person (MFP) "rebalancing fund". After discharge, similar costs to support the transition are covered by the Medicaid EPD Waiver. Through these services, nursing facility residents who are moving home, or are

within 6 months of their discharge from the nursing home, can receive up to $5,000 worth of assistance with transition-related costs.

Once the individual has been successfully transitioned back to the community, ongoing case management services for qualifying Medicaid beneficiaries are available through the District's EPD Waiver. These services are supported in part by the District's MFP Rebalancing Demonstration. The Demonstration supports CTP staff positions and funds the home and community-based services for eligible and enrolled beneficiaries in the first year after their discharge home.

Additionally, the EPD Waiver covers transitional case management for beneficiaries who experience a stay in a nursing facility up to 120 days. This means care coordination by the assigned EPD Waiver case manager can continue during this period even while someone is in a nursing home. A new application to the EPD Waiver program is not required, as long as the discharge to home is within 120 days from admission. This is intended to ensure continuity of care, while supporting the return to home and community-based services after rehabilitation.

B.  <u>St. Elizabeths Transition Services</u>

The Department of Behavioral Health (DBH) has oversight of Saint Elizabeths Hospital (SEH). SEH functions as the public mental health facility in the District of Columbia. The hospital starts planning discharge when an individual-in-care (IIC) is admitted. The planning is conducted by the treatment team that manages the IICs receipt of services at one of eleven houses operated by the SEH. The treatment teams consist of a clinical administrator, psychiatrist, psychologist, social worker, and nurse manager who oversee the frontline nursing staff. The Social Work department is the lead on obtaining housing for the IIC.

A person in recovery needs to increase their responsibility as they move through the system of care. The ability of an individual to show their development is crucial. Housing provides many options and achieving a step down to a lower level of care supports the goal of recovery.

There are several housing options including community residential facilities (CRF), single room occupancy placements (SRO), and independent placements (apartments). The placement is determined by the IIC's ability to manage the requirements for the option identified. The Social Work Department tracks discharges that transition the IICs back into the community.

The Discharge Committee works with each treatment team and the IIC to identify housing options. The Committee maintains lists of available placements and connects IICs as discharge approaches.  A level of care is completed for each IIC, identifying which housing option is appropriate their needs. The IIC will interview for each option as

the hospital prepares documentation that substantiates an ability to maintain the housing placement.

The housing placements are made with the goal of making transition from the hospital successful. The social workers assist the IIC's Core Service Agencies with putting supports in place to help with the discharge. Therapy participation, medication compliance, and a commitment to returning to a productive life are critical when helping a person stay on their road of recovery.

### *How does the District provide quality, accessible, person-centered home and community-based services necessary for DC residents with disabilities to live and remain in the community?*

The District utilizes multiple programs and services to support the transition and integration of our District residents with disabilities to continue living and remaining in their neighborhoods and communities.  These programs and services are described, as followed:
A.  Home and Community-Based Services (HCBS)
B.  Elderly and Persons with Physical Disabilities (EPD) Waiver
C.  Home Health and Medicaid State Plan Services
D.  Intellectual and/or Developmental Disabilities (I/DD) Waiver
E.  Programs for Older Adults

A.  Home and Community-Based Services (HCBS)

HCBS offered through the District's Medicaid Waiver programs are the backbone of the support system many people with disabilities rely on to live or remain in the community.  Among these are the critical daily LTSS provided in the home, such as: A) Personal care aide services to assist with bathing, eating, and getting dressed; and B) Skilled nursing for wound cleaning, medication management and the care of medical equipment like ventilators, and appendages like gastro-intestinal or tracheostomy tubes.

Community-based day programs are also core daily supports that help people with disabilities thrive outside of an institution through a collaboration of supportive services and independence building.  Without quality, accessible, and affordable LTSS in the home and community, people with disabilities are otherwise dependent on institutional care in nursing facilities, intermediate care facilities, and hospitals. Funded through the Department of Health Care Finance (DHCF), the District's Medicaid HCBS Program is provided in partnership with the other core agencies in the Olmstead Plan: DACL, DBH, and the Department on Disability Services (DDS).

22

B. <u>Elderly and Persons with Physical Disabilities (EPD) Waiver</u>

The EPD Waiver offers a combination of in-home or community-based support services, which include:

- *Case Management* – Assistance with obtaining or coordinating health care services.
- *Personal Care Aide (PCA) Services* – Assistance with activities of daily living, such as dressing, eating, toileting, etc. for up to sixteen (16) hours daily.
- *Adult Day Health Programs* – Non-residential services and supports promoting community inclusion and community-based care.
- *Respite Care* – Assistance with daily needs when a primary caregiver is absent or unavailable.
- *Assisted Living* – A licensed residence with services and supports to allow District residents to live independently.
- *Environmental Accessibility Adaptations* – Physical modifications to a home to ensure the safety and welfare of a District resident.
- *Participant-Directed Services (Services My Way)* – More choice and flexibility over the services District residents receive, including PCA services.
- *Community Transition Services* – Up to $5,000 to support household set-up expenses for people moving from a nursing facility or hospital to home.

C. <u>Home Health and Medicaid State Plan Services</u>

PCA services offer a range of supports and service. Under the Home Health and the Medicaid State Plan, up to eight hours of care daily can be covered depending on the District resident's level of care. Personal care aides perform a wide array of routine activities, including:

- Cueing or hands-on assistance with basic personal care, including bathing, grooming, and assisting with using the toilet or bedpan.
- Assistance with continence care, including changing of catheter or ostomy supplies or protective under-garments.
- Assistance with transfers, ambulation, and exercises, as prescribed.
- Reading and recording vital signs such as temperature, heart rate, and respiration rate.
- Observing and monitoring changes in physical condition, behavior, or appearance.
- Meal preparation and assistance with eating.
- Infection control.
- Assistance with maintaining the home in order to maintain health, safety, and comfort.
- Accompaniment to medical appointments, employment, or approved activities.

- Shopping for nutrition and other health-related items.
- Assistance with telephone use.
- Assisting with self-administration of medication (PCAs may not directly administer medication to an individual).

D. <u>Intellectual and/or Developmental Disabilities (I/DD) Waiver</u>

Administered by the Developmental Disabilities Administration under DDS, the I/DD Waiver provides residential, day/vocational, and other support services for District residents with intellectual disabilities who choose to live in their own homes or in other community-based settings.  Services include:

- *Day Habilitation Services* – Services aimed at developing meaningful adult activities and skills.
- *Individualized Day Supports* – Services and activities that operate totally in the community and are focused on opportunities to increase a person's abilities.
- *Companion Services* – Non-medical assistance and supervision to support a person's goals, desires, and needs as identified in the person's Individual Support Plan.
- *In-Home Support Services* – Blended services that provide habilitation, personal care, and other support services to help the person live successfully in their home.
- *PCA Services* - Assistance with activities of daily living such as dressing, eating, toileting, etc.
- *Respite Care Services* - Provision of short-term, temporary relief to those who are caring for family members enrolled in the Waiver.
- *Residential Habilitation Services* – Blended service that provides residential supports in a licensed home serving four to six District residents.
- *Supported Living Services* – A blended service that covers residential supports in a home serving one to three District residents.
- *Creative Art Therapies* – Help a person express and understand emotions through artistic expression and the creative process.
- *Wellness Services* – Professional services which include Bereavement Counseling, Nutritional Counseling, Fitness Training, Massage Therapy, and Sexuality Education.

E.  Programs for Older Adults

In addition to the in-home or community-based support services previously described, these programs are available to District residents age 60 and older:

- Nutrition Assistance
- Senior Wellness Centers
- Adult Day Health Program (ADHP)

*Nutrition Assistance* – DACL's nutrition programs serve seniors 60+ and adults with disabilities either at one of the over 40 community dining sites across all eight wards or through home-delivered meals. DACL also offers nutrition counseling and nutrition education through registered and licensed dietitians and other health professionals. Nutrition programs are funded by the Older Americans Act.

*Senior Wellness Centers* – These Centers help older residents take charge of their health, wellness, and social life. Wellness Centers offer daily activities, group lunches, exercise equipment, computer labs, and a friendly atmosphere to keep residents healthy, connected, and thriving. There are six wellness centers in six wards, and a satellite wellness program serving Wards 2 and 3.

*Adult Day Health Program (ADHP)* – ADHP services are designed to encourage older adults to live in the community by offering non-residential medical supports and supervised, therapeutic activities in an integrated community setting. ADHPs also foster opportunities for community inclusion. Services provided at ADHPs may include:
- Nursing services
- Individual and group therapeutic activities
- Socialization
- Individual and group counseling
- PCA services
- Medication administration
- Meals, snacks, and nutritional supports
- Art and music therapies
- Barber and beauty services
- Transportation for off-site services

### *How does the District spread the word about its Health Care and Wellness Supports and Services?*

The Aging and Disabilities Resource Center (ADRC) is operated by DACL and has a presence in all eight wards of the District.  The ADRC's Information and Referral/Assistance Unit, Community Transition Team, and Community Social Workers provide "options counseling," a person-centered discussion to help District residents understand their long-term care options and empower them to make decisions based on informed choice and personal preferences.  These discussions often produce outcomes in making referrals to appropriate community services and supports, including:

- Community-based, private sector resources.
- DC government health and human service programs.
- A Medicaid Enrollment Specialist who can assist with pre-enrollment for the EPD Waiver.
- Community case managers or social workers, if the resident is eligible and in need of home and community-based services (HCBS) and transition supports right away.

District residents learn about HCBS and LTSS transition supports through multiple sources that aim to reach people where they are in the community.  Information about HCBS and LTSS is distributed:

- ➢ At community-based information fairs and expos;
- ➢ Online through DHCF's long-term care page: https://dhcf.dc.gov/page/long-term-care-administration;
- ➢ Through the DACL's Aging and Disability Resource Center (202-724-5626);
- ➢ To nursing facility residents, during regular assessments in fulfillment of federal and District reporting and eligibility requirements (quarterly Minimum Data Set-Section Q, annual DC Medicaid Continued Stay Review);
- ➢ To nursing facility residents, during information sessions at the facility led by the DACL's Community Transition Program's Outreach Specialist;
- ➢ To nursing facility residents and hospital patients through their social workers in the process of discharge planning; and
- ➢ Through DACL's State Health Insurance Assistance Program (SHIP) which provides free health insurance information, counseling, education, and assistance (202-727-8370 or ship.dacl@dc.gov).

Key to the delivery of the information are partnerships with DACL, long-term care and acute care providers, and LTSS assessment and quality review contractors.  These partnerships are built on a foundation of regular communication and strategic, working relationships.  Streamlined and secure data systems, systematic operations, and periodic training and education are integral components.

Consistent, coordinated, and person-centered intake, enrollment and discharge processes increase people's decision-making power and reduce potential barriers to community integration. Further, streamlined processes reduce duplication and save resources that can be redirected elsewhere.  In addition to providing information about Medicaid long-term HCBS during outreach and at intake, DACL provides application assistance through its Medicaid Enrollment unit, and transition coordination services through its Community Transition Program.

### _How does the District assess its health care and wellness programs and services?_

The Department of Health Care Finance (DHCF) assesses its long-term care services in accordance with federal regulations and requirements established by the U.S. Centers for Medicare and Medicaid Services (CMS).  Continued federal funding from CMS is contingent upon the adherence to these guidelines and is critical to continuing long-term home and community-based services.  In the District, federal funding accounts for 70% of Medicaid service funding.  Under the Money Follows the Person (MFP) Demonstration, Medicaid HCBS supports District residents in the year after they transition from an institution like a nursing facility or hospital.

For HCBS provided through the District's 1915 (c) EPD waiver, DHCF assesses performance quarterly through measures approved by CMS under six established assurances:
1. Level of care
2. Person-centered planning and service delivery
3. Qualified providers
4. Health and welfare
5. Administrative authority
6. Financial accountability

These measures are the most relevant to this _Olmstead Community Integration Plan_ and tracked by the District Government annually.

DHCF's Long Term Care Administration (LTCA) provides oversight monitoring of compliance in the HCBS programs.  When HCBS providers underperform on a measure, LTCA implements an Opportunity for Improvement Plan (OFIP) through its Oversight and Monitoring Division. Using the OFIP, providers can indicate planned corrective actions, and LTCA can monitor their implementation.  When there is a delay in identifying or implementing corrective actions, LTCA implements sanctions to ensure improved performance.  Additionally, DHCF's Division of Quality and Health Outcomes closely monitors the performance of the waiver and works with LTCA to implement continuous quality improvement strategies.

DHCF also improved its real-time access to Medicaid claims, enrollment, assessment, and incident data through its Medicaid Data Warehouse and case management database, DC Care

Connect.  This data is used regularly by LTCA's Operations Division to assess programmatic performance, identify areas for improvement, and assure quality service delivery.

DHCF implemented an online Complaint Tracking System that went live in the second quarter of Calendar Year 2017.  A more specific protocol was developed for EPD Waiver reportable incidents and serious reportable incidents as outlined in the amended EPD Waiver regulation. This phase involved Home Health Agencies, Assisted Living Facilities, Adult Day Health Programs and Case Management Agencies.  Technical assistance is provided on monthly basis (and as needed) to help providers improve the overall timeliness with notifying DHCF and other service providers of an incident within 24-hours or the next business day.  DHCF has assisted providers to understand and adhere to the requirements of initiating and completing investigations for all critical incidents for both serious reportable incidents and reportable incidents.  DHCF continues to analyze incident report data and provide feedback to providers and the LTCA monitoring team as they conduct oversight visits.

**Specific *Olmstead* Health Care and Wellness Metrics
Tracked by the District Government**

| Guiding Principle: DC residents are supported in transition from institutional settings or facilities to home and community-based settings. | | | |
|---|---|---|---|
| **Strategy** | **Program or Service** | **Lead Agency** | **Metric** |
| 2.1 | Nursing Facility Transition | DACL | Number of referrals from Nursing Facilities |
| 2.2 | Nursing Facility outreach | DACL | Number of nursing facility family/resident council meetings attended at nursing facilities (to include virtual events during the PHE) |
| 2.3 | Nursing Facility Transition | DACL | Number of nursing home transition team clients transitioned from nursing facilities into the community |
| 2.4 | Nursing Facility Transition | DACL | Number of Community Transition Team cases closed |
| 2.5 | Nursing Facility Transition | DACL | Average days to transition (for clients who do not have housing to return to) |
| 2.6 | Nursing Facility Transition | DACL | Average days to transition (for clients who have housing to return to) |
| 2.7 | Saint Elizabeths Hospital transition | DBH | Number of people discharged from Saint Elizabeths Hospital quarterly into community housing |
| 2.8 | Substance use disorder residential treatment clinics | DBH | Percentage of substance use disorder residential treatment clients who stepped down to a lower level of care |

| Guiding Principle: Quality, Accessible, Person-Centered, home and community-based services are necessary to for DC residents with disabilities to live and remain in the community. | | | |
|---|---|---|---|
| **Strategy** | **Program or Service** | **Lead Agency** | **Metric** |
| 2.9 | Elderly and Persons with Physical Disabilities Waiver | DHCF | Number of people enrolled in the Medicaid transition code that establishes eligibility for the Elderly and persons with Physical Disabilities waiver before discharged from the nursing home |
| 2.10 | Nursing Home Surveys | DC Health | Number of surveys conducted ≤ 15.9 months. |
| 2.11 | Nursing Home Inspections | DC Health | The type and number of surveys conducted |
| 2.12 | Notice of Infractions | DC Health | Number of NOIs issued within 90 days for E level deficiencies and above or G level and widespread |
| 2.13 | External Affairs and Communications Team | DACL | Number of community outreach events held by the External Affairs and Communications Team to include virtual programming attendees during the public health emergency (PHE) |

| Guiding Principle: Quality, Accessible, Person-Centered, home and community-based services are necessary to for DC residents with disabilities to live and remain in the community. | | | |
|---|---|---|---|
| **Strategy** | **Program or Service** | **Lead Agency** | **Metric** |
| 2.14 | Senior Wellness Centers | DACL | Number of residents participating in Senior Wellness Center programs (not unduplicated) |
| 2.15 | State Health Insurance Program | DACL | Number of State Health Insurance Program-specific Events to include virtual events during the PHE |
| 2.16 | Nutrition Assistance | DACL | Number of clients receiving nutrition assistance (to include both congregate meal participants and home delivered meal participants) |
| 2.17 | Medicaid Adult Day Health Program | DHCF | Number enrolled in the Medicaid Adult Day Health Program |
| 2.18 | Options Counseling | DACL | Number of clients receiving options counseling |
| 2.19 | State Health Insurance Program | DACL | Number of clients assisted under the State Health Insurance Program |
| 2.20 | Medicaid Long Term Services and Supports | DHCF | Number of assessments for Medicaid Long Term Services and Supports |

| Guiding Principle: Quality, Accessible, Person-Centered, home and community-based services are necessary to for DC residents with disabilities to live and remain in the community. | | | |
|---|---|---|---|
| **Strategy** | **Program or Service** | **Lead Agency** | **Metric** |
| 2.21 | Services My Way – EPD Wavier | DHCF | Number of people enrolled in Services My Way, the participant-directed services option under the Medicaid Elderly and persons with Physical Disabilities Home and Community-Based Services Waiver program |
| 2.22 | EPD Waiver | DHCF | Percentage of Medicaid Elderly and persons with Physical Disabilities Home and Community-Based Services Waiver program participants who received services specified in their individual support plan in accordance with type, scope, amount, and frequency |
| 2.23 | EPD Waiver | DHCF | Percentage of Medicaid Elderly and persons with Physical Disabilities Home and Community-Based Services Waiver program participants who have service plans that |

| Guiding Principle: Quality, Accessible, Person-Centered, home and community-based services are necessary to for DC residents with disabilities to live and remain in the community. | | | |
|---|---|---|---|
| **Strategy** | **Program or Service** | **Lead Agency** | **Metric** |
| | | | address personal goals |
| 2.24 | Healthcare Management Plans | DDS | Percentage of Healthcare Management Plans that meet published standards |
| 2.25 | Individual Service Plans (ISP) | DDS | The percentage of ISPs that are completed before the ISP effective date per year |
| 2.26 | EPD Waiver | DHCF | Percentage of Medicaid Elderly and persons with Physical Disabilities Home and Community-Based Services Waiver program participants who have service plans that address health & safety risks |
| 2.27 | EPD Waiver | DHCF | Percentage of Medicaid Elderly and Persons with Physical Disabilities Home and Community-Based Waiver complaints investigated within 7 days of receipt of complaint |

| Guiding Principle: Quality, Accessible, Person-Centered, home and community-based services are necessary to for DC residents with disabilities to live and remain in the community. | | | |
|---|---|---|---|
| **Strategy** | **Program or Service** | **Lead Agency** | **Metric** |
| 2.28 | EPD Waiver | DHCF | Percentage of Medicaid Elderly and persons with Physical Disabilities Home and Community-Based Services Waiver program beneficiaries' critical incidents, where follow-up to resolve contributing factors in the incident is implemented in 30 days |
| 2.29 | DDS Waivers | DDS | Percentage of applicable waiver providers currently receiving an annual certification |

## PRIORITY AREA 3: EMPLOYMENT

Competitive, supported, and integrated employment fosters independence and a greater connection with the community.  District government agencies have strategic initiatives and objectives aimed towards helping residents strengthen career building skills, gain competitive employment outcomes, and secure economic independence and security. Job skills training begins in high school, and the Department of Disability Rights (DDS) partners with local schools to provide a wide range of job skills training from high school onward.

DDS' Rehabilitation Services Administration (RSA) focuses on employment.  RSA Employment Coordinators assist residents with disabilities in the RSA "resource room" and at the Department of Employment Services' (DOES) American Job Centers, where residents with disabilities can find support with job skills, resumes and interviews, and be matched with employers.

**Olmstead Community Integration Plan**
**Guiding Principle for Employment**

***What are the guiding principles embraced in the Olmstead Community Integration Plan for Employment?***

District residents with disabilities have access to integrated and competitive, supported employment.

***What existing programs and services support our District residents with disabilities in obtaining integrated and competitive, supported employment?***

The District utilizes multiple programs and services to assist our District residents with disabilities in obtaining integrated and competitive, supported employment.  These programs and services are described, as followed:

A.  Pre-Employment Transition Services
B.  Youth Summer Employment
C.  Internships
D.  Employment Services
E.  American Job Centers
F.  Training Employment Readiness and Supported Employment Providers

A.  Pre-Employment Transition Services

Preparation for competitive, supported employment begins in high school.  The Workforce Innovation and Opportunity Act (WIOA), enacted in July 2014, expanded youth transition services to include a new category called Pre-Employment Transition Services (Pre-ETS).  Pre-ETS are available to help all students with disabilities identify career interests and to learn skills in preparation for transition to competitive integrated employment or postsecondary education. In partnership with local schools, DDS/RSA ensures that all transition-age students with disabilities have access to Pre-ETS.  A student with disabilities does not have to apply for Vocational Rehabilitation services in order to receive Pre-ETS. Pre-employment transition services include:

- Job exploration counseling.
- Work-based learning experiences, such as in-school or after school opportunities, in the most integrated environment possible.
- Counseling on opportunities at institutions of higher education.
- Workplace readiness training to develop social and independent living skills.
- Instruction in self-advocacy (including instruction in person-centered planning).

RSA has an employment specialist position who coordinates with the Workforce Development Center at the River Terrace Education Campus.  The employment specialist

36

hosted several Pre-Employment Transition Services workshops during 2020 to support students with intellectual and developmental disabilities.

B. <u>Youth Summer Employment</u>
Every summer, RSA works with a provider to recruit for JumpStart, a summer program that supports students who are both participants in the Marion Barry Summer Youth Employment Program and individuals with significant disabilities. In summer of 2020, DOES and RSA established an MOU to provide competitive wages for participants who have disabilities.

C. <u>Internships</u>

Project SEARCH continues to prepare interns with skills that match labor needs in today's workforce.  DC Project SEARCH is a partnership between the Seeking Equality Empowerment and Community (community rehabilitation provider), DC Public Schools, Ivymount School, DC DDS/RSA, as well as the following host businesses: National Institutes of Health, Smithsonian Institution, Capital Area Hilton/Embassy Suites DC, and Montgomery County Government.

D. <u>Employment Services</u>

The Department of Behavioral Health (DBH) and RSA coordinate services for individuals with mental health disabilities via the Evidence-Based Supported Employment Unit.  The Supported Employment program is a service that is integrated into the Vocational Rehabilitation Program.  Evidence-Based Supported Employment Specialists provide job development, job placement and job stabilization services to aid in increasing the number of employment placements in the field.  Vocational Rehabilitation Counselors meet with treatment teams and the individuals receiving treatment.  The Unit Supervisor regularly meets with the DBH Program Manager to ensure service delivery is seamless.

RSA Employment Coordinators work to provide job readiness training, resume building skills, job search understanding, and job workshops four days a week in the RSA "Resource Room."  The Coordinators pair training with Individualized Plan for Employment goals to help clients to meet their goals.  The coordinators also distribute employer surveys to learn the skills employers are seeking, and to match the employer with the right employee.

In addition to the usage of the Resource Room and applicable job readiness training, RSA Employment Coordinators are stationed in the American Job Centers for greater accessibility to District residents.

E.   <u>American Job Centers</u>

DOES' American Job Centers (AJCs) connect job seekers with resources such as workshops, skills trainings, and employer referrals. The AJCs partner with RSA to ensure people with disabilities are assisted in their path to employment.

Services provided include:

- Initial Assessment
- Referrals to DDS Services
- Workshops on resumes and interviewing techniques
- Workshops on training providers and performance outcomes
- Support and instruction for conducting internet job searches
- Career Counseling
- Staff-Assisted Job Search
- Employer Pre-Screening
- Staff-Assisted Provision of Labor Market Research
- External Job Referral by Staff

F.   <u>Training Employment Readiness and Supported Employment Providers</u>

As part of the support for capacity building, DDS will be offering Developmental Disabilities Administration (DDA) Employment Readiness and DDA and RSA supported employment providers an opportunity to become Association of Community Rehabilitation Educators (ACRE) Certified Trainers, so that they can train staff in those programs.  DDS has revised ACRE's curriculum to provide relevant DC resources. ACRE's curriculum is designed to improve employment services for individuals with disabilities by providing competency-based training to professionals working in this field. The curriculum also has an emphasis on customized employment.  This training continues to support a strong provider network, building individuals' capacity to implement best practices, with a focus on providers of supported employment, employment readiness, Individual Placement and Support services, job readiness, and Individualized Plan for Employment services.

**_How does the District spread the word about its employment resources and services?_**

The Workforce Investment Council[16] and the District's Core WIOA partners developed the *Access DC* booklet[17], which provides information regarding employment services available to District residents with disabilities.  The booklet includes services offered by the Office of the

---

[16] | dcworks
[17] Access DC!

State Superintendent of Education, the University of the District of Columbia, Department of Human Services, DC Housing Authority, DOES, DDS, and RSA.

DC residents with disabilities may also visit RSA Employment Coordinators at the American Job Centers to receive the services described earlier in this section.

### *How does the District assess its employment programs and services?*

RSA, DOES, and other agencies are responsible for developing a performance plan that details the mission, objectives and strategic initiatives that align with the goals of the Mayor's Office. These plans provide a measurable goal for agencies to assess overall effectiveness of the work as it relates to the objectives in their performance plan.

Through the consistent review of program participant case-level information, DDS staff work to ensure all case records are updated with the appropriate data.

**Specific *Olmstead* Employment Metrics**
**Tracked by the District Government**

| Guiding Principle: DC residents with disabilities have access to competitive, supported employment. | | | |
|---|---|---|---|
| Strategy | Program/Services | Lead Agency | Metric |
| 3.1 | Supported Employment Unit and RSA Employment Coordinators | DDS | Average hourly wage of people employed more than 90 days |
| 3.2 | Supported Employment Unit and RSA Employment Coordinators | DDS | Number of people successfully employed who remain employed for 90 days or more. Target is 67% annually |
| 3.3 | Pre-Employment Transition Services | DDS | Percentage of high school students ages 16-22 with disabilities who receive at least one pre-employment transition service each school year: Target is 75% annually |
| 3.4 | American Job Centers | DOES | Total Number of services provided to individuals with Disability |
| 3.5 | American Job Centers | DOES | Employment Rate 2nd Qtr. after exit for Individuals with a Disability |
| 3.6 | American Job Centers | DOES | Employment Rate 4th Qtr. after exit for Individuals with a Disability |
| 3.7 | American Job Centers | DOES | Median or Average Wages 2nd Qtr. after exit for Individuals with a Disability |

# SECTION III: NEW PARTNERS

District services like transportation, recreation, and libraries that are outside the health and human services domain help District residents with disabilities participate and sustain a sense of belonging in the communities.  Transportation services play a vital role in getting people to life-sustaining medical appointments, legal proceedings, and other personal matters that must be attended in person.  More importantly, the ability to experience and utilize public services, such as transportation, recreation, and libraries are key to living a complete life; connecting and forming relationships with people outside service systems and medical settings, while experiencing meaningful interactions, enriching activities, and doing so with dignity and independence.  This commitment to making a full life accessible to all District residents is fundamental to the implementation of the new *2021-2024 Olmstead Community Integration Plan*.

## Olmstead Community Integration Plan Guiding Principles for New Partners

***What are the guiding principles embraced in the Olmstead Community Integration Plan for new partners?***

1. District residents with disabilities can participate in leisure and social activities and feel connected with their neighborhoods and communities.
2. District residents with disabilities have access to the services, programs, and activities of the District by ensuring accessible and safe modes of private and public transportation.

***How does the District support our Residents in participating in leisure and social activities and connecting with their neighborhoods and communities?***

Age Friendly DC and the DC Public Library Center for Accessibility share a commitment to ensuring all residents can live a vibrant, connected life in the community.

A. Age Friendly DC

Age Friendly DC[18] is part of an international effort to respond to the significant demographic trends of urbanization and population aging.  The Age Friendly DC Initiative shares many goals with the *Olmstead Community Integration* and has three pillars:
- *Built Environment* – Increased accessible and safe outdoor spaces, transportation, and housing.
- *Changing Attitudes about Growing Older* – Greater access to leisure, cultural, civic, and social activities as well as more multigenerational interaction and dialogue.
- *Lifelong Health and Security* – Emphasis on emergency preparedness, abuse prevention, lifelong learning, caregiving, community support and public safety. More information can be found at **www.agefriendly.dc.gov**.

B. DC Public Library Center for Accessibility
The Center for Accessibility[19] provides all customers with disabilities equal access to library resources and services at all DC Public Library branches. The Center for Accessibility staff work to provide disability-related cultural programming, book clubs, and accessible game nights throughout the year as well as classes in American Sign Language and Assistive Technology.

---

[18] | agefriendly (dc.gov)
[19] Center for Accessibility | dclibrary.org

Individuals with disabilities are encouraged to participate in District library programs, services, and Board of Trustees meetings.  Requests for ASL, CART, or other reasonable accommodations can be made by email at DCPLaccess@dc.gov or by telephone at 202-727-2142.

Services offered include:
➢ American Sign Language Classes
➢ Assistive Technology Support and Services
➢ DC Talking Book & Braille Service
➢ Library by Mail (Formerly LSTAR)
➢ National Federation for the Blind (NFB) Newsline

***How does the District promote access to services, programs, and activities by ensuring accessible and safe modes of private and public transportation?***

The District's Department of Transportation and Department of For-Hire Vehicles help residents move across the city whether walking, driving, riding, biking, or taking transit. These agencies support people with disabilities through creation of accessible infrastructure and operation of ride programs.

A. District Department of Transportation (DDOT)

DDOT is committed to the *2021-2024 Olmstead Community Integration Plan*.  As part of these efforts, the District will include a Transportation Priority to assist with the removal of barriers within the Public Rights-of-Way (PROW) and creating accessible connections to every part of the District.

Mobility and accessibility goals include:

- *Accessible building entrances* – DDOT will work with the Office of Planning to create guidelines that will allow property owners, developers, and designers to have accessible building entrances and connection to PROW.
- *Safe and accessible sidewalks* – As part of maintenance construction work, DDOT will repair and address physical barriers in approximately 160 to 320 blocks of sidewalk per year to ensure pedestrians have accessible routes to buildings.
- *Accessible transit stops* – DDOT will work to eliminate physical barriers within or surrounding the transit stops and ensure a pedestrian can access the boarding area and have connection to the nearest pedestrian access route.
- *Accessible pick off/drop off zones* – DDOT will work on expanding the accessible parking meter program and pick off/drop off zones District-wide. The objective is to install 10 pick off/drop zones of per year and place additional accessible parking meters throughout the Business Improvement District areas to increase the on-street accessible parking availability.

- *Bike Lanes* – DDOT will be installing 20 miles of protected bike lanes and shared use paths by Fiscal Year 2022 to provide a higher transportation network for bicyclist and promote other methods of transportation in a safe matter.  Currently the District has installed 16.6 miles.

B. <u>Department of For-Hire Vehicles (DFHV)</u>

DFHV has several programs that provide transportation to people with disabilities and help them live and get around in their communities and neighborhoods, including:

- *Transport DC*[20] – Transport DC provides same day service to eligible MetroAccess customers.  Transport DC provides unrestricted rides for the first 15 days of the month and rides only for employment and medical services during the remainder of the month.  The cost is $5 per ride. TransportDC provides trips 24 hours a day, 7 days a week.  Book your ride by calling 1-844-322-7732.
- *VetsRide*[21] – An on-demand, shared ride program for low-income DC veterans, in partnership with the Mayor's Office of Veterans Affairs (MOVA).  This program can used for transportation to doctor's appointments, resident's place of employment, or housing services.  Four rides per month are allowed.  Veterans may call the MOVA Office at: (202) 724-5454 to see if they are eligible for this program.

---

[20] Transport DC | dfhv (dc.gov)
[21] VetsRide | dfhv (dc.gov)

**Specific *Olmstead* New Partners Metrics**
**Tracked by the District Government**

| Guiding Principle: District Residents can participate in leisure and social activities, and feel connected with their neighborhoods and communities. | | | |
|---|---|---|---|
| **Strategy** | **Program or Service** | **Lead Agency** | **Metric** |
| **4.1** | Age Friendly DC | DMHHS, Age Friendly | Percent of strategies progress or accomplished on the Age-Friendly DC dashboard. |
| **4.2** | Center for Accessibility | DCPL | Number of community outreach events held by the DC Public Library, to include virtual programming |

| Guiding Principle: District residents with disabilities have access to the services, programs, and activities of the District by ensuring accessible and safe modes of private and public transportation. | | | |
|---|---|---|---|
| **Strategy** | **Program or Service** | **Lead Agency** | **Metric** |
| **4.3** | Accessible building entrances | DDOT | Develop accessibility guidelines for alteration and improvements to building entrances and terraces that allow access to persons with disabilities. |
| **4.4** | Safe and Accessible sidewalks | DDOT | Implement sidewalk repairs to create safety and accessible paths of travel. |
| **4.5** | Accessible transit stops | DDOT | Improve transit stops to be compliant with accessibility guidelines and create connectivity to sidewalk and intersections |

**Guiding Principle: District residents with disabilities have access to the services, programs, and activities of the District by ensuring accessible and safe modes of private and public transportation.**

| Strategy | Program or Service | Lead Agency | Metric |
|---|---|---|---|
| 4.6 | Accessible pick up/drop off zones | DDOT | Improve the accessibility on the curbside use by expanding the accessible parking program and pick up / drop off zones (PUDOs). |
| 4.7 | Bike Lanes | DDOT | Improve the connectivity and access to bike lanes and shared use paths by increasing the miles of protected bike lanes and trails in the District. |
| 4.8 | Transport DC and VetsRide | DFHV | Number of Rides provided by DFHV transportation pilots and program |
| 4.9 | Implementing the District's Public Rights-of-Way and Path of Travel Regulations /Program | OP, DDOT | Number of building sites assessed by OP/DDOT for accessibility of path of travel |

# SECTION IV: CONCLUSION

The 2021-2024 *Olmstead Community Integration Plan* builds upon progress made since the District's 2017 *Olmstead Plan* and incorporates conversations with the community and District government partners. This Plan serves the dual purpose of both fulfilling the District's legal mandate under *Olmstead* of having a "comprehensive, effectively working plan" to move people in the community as well as serving as a resource guide to residents, families, and advocates wanting to learn more about options for living and working in the community. This *Plan* operates in tandem with the new Olmstead Metrics Dashboard, which provides visualization of the metrics the District is tracking and allows the community to see measurable progress in housing, healthcare and wellness supports, and employment.

A commitment to community living goes beyond publishing the *Olmstead Plan*. This is a dynamic, living document that will continue to grow and be expanded on. The metrics included in this Plan were identified using agencies' FY21 performance plan. In creating the Plan, members of the Olmstead Working Group identified metrics to track beginning FY22 and beyond, and opportunities to adjust metrics to help the public better understand progress, such as using percentages of people served rather than numbers.

**Appendix A**
**Government Agency Contact Information**

| AGENCY | PHONE | EMAIL |
|---|---|---|
| Aging and Community Living, Department of | (202) 724-5626 | dacl@dc.gov |
| Behavioral Health, Department of | (202) 673-2200 | dbh@dc.gov |
| Disability Services, Department on | (202) 730-1700 | dds@dc.gov |
| Employee Services, Department of | (202) 724-7000 | does@dc.gov |
| For-Hire Vehicles, Department of | (202) 645-7300 | |
| Health Care Finance, Department of | (202) 442-5988 | dhcf@dc.gov |
| Health, Department of | (202) 442-5955 | doh@dc.gov |
| DC Housing Authority | (202) 535-1000 | |
| Housing and Community Development, Department of | (202) 442-7200 | dhcd@dc.gov |
| Human Services, Department of | (202) 671-4200 | dhs@dc.gov |
| Transportation, District Department of | (202) 673-6813 | ddot@dc.gov |
| Disability Rights, Office of | (202) 724-5055 | odr@dc.gov |

**Appendix B**
**Acronyms**

| | |
|---|---|
| ACRE | Association of Community Rehabilitation Educators |
| ADA | Americans with Disabilities Act |
| ADHP | Adult Day Help Program |
| ACRC | Aging and Disabilities Resource Center |
| ALF | Assisted Living Facility |
| AJC | American Job Centers |
| CAPH | Coordinated Assessment and Housing Placement System |
| CBO | Community-based Organization |
| CMS | Centers for Medicare and Medicaid Services |
| CRF | Community Residential Facilities |
| CTP | Community Transition Program |
| DACL | Department of Aging and Community Living |
| DBH | Department of Behavioral Health |
| DCHA | DC Housing Authority |
| DCPL | DC Public Libraries |
| DDA | Developmental Disabilities Administration |
| DDOT | DC Department of Transportation |
| DDS | Department on Disability Services |
| DHCD | Department of Housing and Community Development |
| DFHV | Department of For Hire Vehicles |
| DHCF | Department of Health Care Finance |
| DHS | Department of Human Services |
| DMHSS | Office of the Deputy Mayor for Health and Human Services |
| DOES | Department of Employment Services |
| DOH | DC Health |
| DPR | Department of Parks and Recreation |
| DQHO | Department of Quality and Health Outcomes |
| EPD | Elderly and Persons with Physical Disabilities Waiver |
| ESG | Emergency Solutions Grant Program |
| FRSP | Family Rehousing and Stabilization Program |
| FSA | Family Services Administration |
| HCBS | Home and Community-Based Services |
| HOPWA | Housing Opportunities for People with AIDS Program |
| IDD | Intellectual and Development Disabilities |
| IIC | Individual-In-Care |
| KPI | Key Performance Indicator |

| | |
|---|---|
| LTCA | Long-Term Care Administration |
| LTSS | Long-Term Supports and Services |
| MDS | Minimum Data Set |
| MES | Medicaid Enrollment Specialist |
| MHCRF | Licensed Mental Health Community Residential Facilities |
| MFP | Money Follows the Person |
| MOU | Memorandum of Understanding |
| MOVA | Mayor's Office of Veteran Affairs |
| NFB | National Federation for the Blind |
| NOFA | Notice of Funding Availability |
| NWD | No Wrong Door |
| ODR | Office of Disability Rights |
| OFIP | Opportunity for Improvement Plan |
| OP | Office of Planning |
| PCA | Personal Care Aide |
| PEP-V | Pandemic Emergency Program for (Medically) Vulnerable Individuals |
| Pre-ETS | Pre-Employment Transition Services |
| PROW | Public Rights-of-Way |
| PSH | Permanent Supportive Housing Program |
| RSA | Rehabilitation Services Administration |
| SHE | St. Elizabeths Hospital |
| SILP | Supported Independent Living Program |
| SR | Supportive Residence |
| SRO | Single Room Occupancy |
| SRR | Supportive Rehabilitative Residence |
| TAH | Targeted Affordable Housing Program |
| TAY-SPDAT | Transition Age Youth Service Prioritization Decision Assistance Tool |
| THP | Tradition Housing Program |
| VWFRC | Virginia Williams Family Resource Center |
| WIOA | Workforce Innovation and Opportunity Act |
| YSD | Youth Services Division |

**Appendix C**
**Residents Served**

<u>Congregate Settings</u>

**Nursing Facilities**

Nursing facilities, regulated by the Department of Health, provide both short-and long-term care for individuals who require skilled nursing, supervision, and assistance with activities of daily living. The District does not directly operate any nursing facilities.  Medicaid is the single largest payer for nursing facility services, along with Medicare and private pay.

District residents served in fiscal year 2020:
- o  *Data pending*

**Immediate Care Facilities (ICFs)**

ICFs for people with intellectual and developmental disabilities (ICF/IDD) provide comprehensive residential, day, clinical and medical services by a certified provider.

District residents served in fiscal year 2020:
- o  311

**Mental Health Community Residential Facilities (MHCRF)**

The Department of Behavioral Health operates assisted living facilities, called Mental Health Community Residence Facilities.

District residents served fiscal year 2020:
- o  Intensive Residence (IR) – 13
- o  Supportive Rehabilitative Residence (SRR) - 195
- o  Supportive Residence (SR) – 459

<u>Housing Services</u>

**DBH Supportive Housing**

The locally funded Home First Program provides housing rental vouchers for individuals and families who live in the apartment or home of their choice and sign their own rental leases. The Supported Independent Living Program supports an independent home setting with services and supports to assist consumers in transitioning to a less restrictive level of care.

District residents served in fiscal year 2020:
- o  Home First Vouchers – 899
- o  Supported Independent Living – 375

**DC Local Rent Supplement Program (LRSP)**

The LRSP is administered by the DCHA.  The program follows the eligibility requirements, rules, and regulations of DCHA's federally-funded voucher program.  DBH makes referrals for initial occupancy and backfill of vacancies for LRSP vouchers attached to newly-renovated or developed units funded with DBH capital dollars for 25 years.  The LRSP vouchers are attached to single-room occupancy units and to apartments.

District residents served in fiscal year 2020:
- o   198

Home and Community Based Services

**I/DD Waiver**
The ID/DD Waiver offers services for individuals with developmental and intellectual disabilities offered by community providers certified by DDS.

District residents served in fiscal year 2020:
- o   1898

**EPD Waiver**
The Elderly and Persons with Disabilities (EPD) Waiver supports individuals who are age 65 and older, or between 18 and 64 and have a physical disability.

District residents served in fiscal year 2020:
- o   *Data* pending

Employment Services

**RSA Employment Services**
The Supportive Employment program services provide on-going supports to assist individuals with the most significant disabilities to maintain competitive employment in an integrated work setting.

District residents served in fiscal year 2020:
- o   *Data pending*

**EXHIBIT 3**

Olmstead Plan | **2017-2020**

# Contents

**Executive Summary**

**Section 1: Overview**

- Olmstead Planning in the District of Columbia
- Understanding DC's Service Structure for People with Disabilities
- District-Level Work to Improve Long-Term Services and Supports

**Section 2: The 2017 Olmstead Plan**

- Strategic Priorities for 2017
  - A Person-Centered Culture
  - Community Engagement, Outreach and Training
  - Employment
  - Housing
  - Intake, Enrollment and Discharge Processes
  - Medicaid Waiver Management and Systems issues
  - Quality of Institutional and Community-Based Services, Providers and Workforce
  - Supporting Children and Youth
  - Wellness and Quality of Life
- 2017 Quantitative Transition Goals

**Glossary of Acronyms**

**Endnotes**

**Appendices**
  A. 2016 Olmstead Plan
  B. 2015 Olmstead Plan and Addendum
  C. Olmstead Working Group
  D. Government Agency Contact Information
  E. Waiver Services for Individuals with Developmental and Intellectual Disabilities (ID/DD)
  F. Waiver Services for the Elderly and Persons with Physical Disabilities (EPD)
  G. ADRC Transition Planning Process
  H. District of Columbia *No Wrong Door* System

Olmstead Plan | **2017-2020**

# Executive Summary

In 1990, the Supreme Court held that the Americans with Disabilities Act (ADA) Title II required that state and local governments not discriminate against people with disabilities and/or exclude them from participating in, or receiving benefits from, government services, programs or activities.  The ADA's "integration mandate" requires that these services, programs and activities be provided in the most integrated setting that is appropriate.  A state's "Olmstead Plan" demonstrates compliance with the ADA's integration mandate

*Olmstead Planning in the District of Columbia*

Since 2007, the District's Office of Disability Rights (ODR) has had the responsibility of developing and submitting the city's Olmstead Compliance Plan to the Mayor for approval.  In August 2015, Mayor Muriel Bowser created an Olmstead Working Group charged with making recommendations for revisions to future iterations of the District's Olmstead Plan to support this effort, and to include a broad array of voices in the process, ,.  In 2016, during its first full year of existence, the Olmstead Working Group focused its efforts on determining what data the District should track to allow for a comprehensive picture of what transition looks like for individuals leaving institutionalized care and attempting to access long-term services and supports in the District.  The Group concentrated its efforts and discussion around data collection that would aid the District in its effort to create a seamless system across agencies that tracks a person's progress toward independence in a meaningful, understandable way.

*Improving Long Term Services and Supports*

The District is engaged in a multi-year effort to design and implement a seamless process for accessing Long Term Services and Supports.   The new system embraces the principles of No Wrong Door and will ensure that individuals receive accurate information regardless of where they enter the system.  Efforts are underway to streamline and simplify the eligibility process. These efforts are supported by federal grants including a three year, No Wrong Door Implementation Grant awarded by the Administration on Community Living and CMS, as well as a major grant awarded to the Department of Health Care Finance to support the procurement of a new, multi-agency case management system.  These system improvements will reduce fragmentation and the time it takes to connect to needed services.

The Olmstead Plan details remaining system challenges and lays-out specific action steps in nine strategic areas.  That work will take place within the context of a number of on-going District-level

initiatives aimed at systems improvement.  These include: Age-Friendly DC; DHCF's system reform efforts; *Employment First* State Leadership Mentoring; National Core Indicators work; and DC's No Wrong Door Initiative.  In addition, a strong advocacy community lends its support and oversight, led by groups such as the DC Developmental Disabilities Council (DDC), Project ACTION!, the DC State Rehabilitation Council (DC SRC), and the DC Statewide Independent Living Council (SILC).

**The 2017 Olmstead Plan**

Working with the information gathered in 2016, the Olmstead Working Group has created a multi-year Plan around the same nine (9) priority areas which were the focus of the 2016 Plan:

- A Person-Centered Culture;
- Community Engagement, Outreach and Training;
- Employment;
- Housing;
- Intake, Enrollment and Discharge Processes;
- Medicaid Waiver Management and Systems issues ;
- Quality of Institutional and Community-Based Services, Providers and Workforce;
- Supporting Children and Youth; and
- Wellness and Quality of Life.

Each action step in each priority area has a measurable, trackable, and meaningful goal that will lead the District into 2020 with a cross-agency system that is more relatable, comprehensive, and based more on an individual's preferences and concrete goals while in transition.

# SECTION 1:
# Overview

## I.    Olmstead Planning in the District of Columbia

In 2006, the District of Columbia government passed the Disability Rights Protection Act, which

created the Office of Disability Rights (ODR).  Among other things, ODR was given responsibility for developing and submitting an Olmstead Compliance Plan.  ODR published the District's first Olmstead Plan in 2011, and the city has since made numerous revisions based on stakeholder feedback.

The Olmstead Working Group was developed with the advice and recommendations of ODR and other agencies serving people with disabilities. The group is comprised of representatives from District agencies as well as community stakeholders, including people with disabilities and advocates for people with disabilities. The list of participating entities can be found at Appendix D.

ODR is the agency in charge of developing the Olmstead Plan and the Deputy Mayor for Health and Human Services has provided substantial support and oversight in development of this 2017 iteration.  ODR will continue to coordinate the reporting required under the Olmstead Plan and submit recommendations to the Mayor as appropriate.

## II.     Understanding DC's Service Structure for People with Disabilities

People with disabilities can have a broad range of medical and personal care assistance needs, from support for daily living activities – like preparing meals, managing medication and housekeeping – to help accomplishing basic activities like eating, bathing, and dressing.  They may require help training for and securing a job, or special accommodations to do the job as required.  These various forms of assistance (known as "Long Term Services and Supports," or LTSS) are most often provided informally through unpaid caregivers like family and friends.  But they can also be provided by professionals who serve people in institutions, in a person's home, or in a community-based setting.

*Who Provides These Services?*

The District's service system for people with disabilities is comprised of multiple government agencies, public and private institutions that provide residential care, as well as local organizations that receive District and federal funds to provide home- and community-based services.  All of these components of the service system are described below.  Contact information for each agency can be found at Appendix E.

Olmstead Plan | **2017-2020**

## Government Agencies

- **Department of Behavioral Health (DBH)**

  DBH provides prevention, screening and assessment, intervention, and treatment and recovery services and supports for children, youth, and adults with mental health and/or substance use problems.  Services include emergency psychiatric care, residential services and community-based outpatient care. DBH also operates Saint Elizabeths Hospital, which is the District's inpatient psychiatric facility.

- **Department of Health (DOH)**

  The DOH Health and Intermediate Care Facility Divisions administer all District and federal laws and regulations governing the licensure, certification and regulation of all health care facilities in the District of Columbia.[i] In this role, Health Regulation and Licensing Administration (HRLA) staff inspect health care facilities and providers who participate in the Medicare and Medicaid programs, certified per District and federal laws, respond to consumer and self-reported facility incidents and/or complaints, and conduct investigations, if indicated. When necessary, HRLA takes enforcement actions to compel facilities, providers and suppliers to come into compliance with District and Federal law.

- **Department of Health Care Finance (DHCF)**

DHCF is the District's Medicaid agency and the primary payer for all long term services and supports the city provides. In fiscal year 2016, the District spent a total of $796 million in Medicaid funds on these services; $241 million (or 30%) were local dollars.   These funds pay for care in institutional settings including nursing facilities and Intermediate Care Facilities for Individuals with Intellectual and Developmental Disabilities (ICF/IDDs), as well as a variety of home and community-based services (HCBS), described below.  Approximately 44% of total Medicaid funds spent on LTSS were spent on institutional care while 56% were spent on home and community-based services.

- **Department of Human Services (DHS)**

  Across its extensive range of programming, DHS routinely serves people with disabilities.  For example, in fiscal year 2014, approximately 17% of applicants were assessed as likely to have a mental disorder of some magnitude, and 4% to have a learning disability in income-based programs such as TANF, SNAP, and Medicaid.  In the homeless services program, 40% of

singles and 16% of adult head of families entering shelters were assessed by DHS to have a disability in at least one of eight categories.[ii]  In the Adult Protective Services program -- which investigates reports of abuse, neglect, exploitation and self-neglect, and provides temporary services and supports in some founded cases -- an estimated 45% of those served were assessed to have a disability.

- **D.C. Office on Aging (DCOA)**

   DCOA manages the Aging and Disability Resource Center (ADRC) and funds the Senior Service Network, which together consist of more than 20 community-based organizations, operating 37 programs for District residents age 60 and older, people with disabilities (age 18-59), and their caregivers.  In addition, ADRC provides information, coordinates service access, and provides direct social work services to help people move to the community and/or stay in the community for as long as possible. In fiscal year 2015, the ADRC served 11,290 people, 9.38% of whom were 18 to 59 years old, living with a disability. The remaining individuals served by ADRC are people age 60 and older who may also have a disability.

- **Department on Disability Services (DDS)**

   DDS oversees and coordinates services for District residents with disabilities through a network of community-based, service providers. Within DDS, the Developmental Disabilities Administration (DDA) coordinates person-centered home and community services so each person can live and work in the neighborhood of his or her choosing. DDA promotes health, wellness and a high quality of life through service coordination and monitoring, clinical supports, and a robust quality management program. In fiscal year 2016, DDA served 2,363 people.

   DDS's Rehabilitation Services Administration (RSA) provides comprehensive, person-centered employment services and supports for people with disabilities, pre-employment and transition services for youth with disabilities, independent living services and services for people with visual impairments. In fiscal year 2016 RSA served 7,309 people.

- **Office of Disability Rights (ODR)**

   ODR assesses and evaluates all District agencies' compliance with the ADA and other disability rights laws, providing informal pre-complaint investigation and dispute resolution. ODR also provides expertise, training and technical assistance regarding ADA compliance and disability sensitivity and rights training to all DC agencies.  ODR's current initiatives include efforts to increase access to District-owned and leased facilities, worksites and community

spaces; leading monthly disability-wellness seminars and managing the District's Mentoring Program for students with disabilities.

- **Office of the State Superintendent for Education (OSSE)**

  The office of the State Superintendent of Education (OSSE) is the District's state education agency. OSSE is responsible for ensuring that all education-related public agencies identify and evaluate children who may have a disability and provide an education that meets the children's individualized needs alongside peers without disabilities to the maximum extent appropriate. OSSE also has oversight of nonpublic special education schools -- the most restrictive educational placements for children with disabilities. In fiscal year 2015, 12,173 children with qualifying disabilities ages 3- 21 were served. In addition, OSSE oversaw IDEA Part C early intervention services for approximately 700 infants and toddlers. Finally, OSSE operated hundreds of buses that traveled 34,000 miles per day to transport more than 3,000 students with disabilities to their schools across the region.

- **Other Government Agencies**

  Many other agencies in the District of Columbia serve and support people with disabilities. In doing so, they interface on a regular basis with the agencies listed above. These other government agencies include:

  - The DC Housing Authority (DCHA) (Independent agency)
  - The DC Public Libraries (DCPL)
  - The DC Public Schools (DCPS)
  - The Department of Child and Family Services (CFSA)
  - The Department of Corrections (DOC)
  - The Department of Housing and Community Development (DHCD)
  - The Department of Employment Services (DOES)
  - The Department of Parks and Recreation (DPR)
  - The Department of Youth Rehabilitation Services (DYRS)
  - DC Department of Transportation (DDOT)

Institutional Care Providers

Over the last several decades, the District of Columbia has worked to reduce the number of institutional care settings for people with disabilities in favor of home and community-based alternatives. In 1991, the city closed the Forest Haven facility for children and adults with intellectual and developmental disabilities and, over the course of the past 25 years, the population of Saint Elizabeths Hospital has been reduced from several thousand to less than 300. Today, the

Olmstead Plan | **2017-2020**

District operates or pays for services in only three types of institutional care settings: inpatient facilities, intermediate care facilities, and nursing facilities.

- **Inpatient Facilities**

  Saint Elizabeths Hospital is the only inpatient psychiatric facility operated by the District of Columbia.  This 292-bed facility provides in-patient psychiatric treatment to individuals with serious mental health diagnoses.  In fiscal year 2016:

  - Total bed capacity: 292
  - Average daily census: 276
  - Total new admissions: 407 admissions in total (38 per month)
  - Total discharges to the community: 413 discharges in total (34 per month):
    - 1-20 days: 96 (23%)
    - 21-90 days: 160 (39%)
    - 90+ days: 157 (38%)
  - Median length of stay (LOS) was 478 days and average LOS was 2376 days.

  Through Medicaid, the District also pays for inpatient psychiatric care for youth in 20 facilities (known as psychiatric residential treatment facilities, or PRTFs), all of which are located outside of the District.  In fiscal year 2016:

  - Total Census: 131 District youth were in PRTF placements
  - Total new admissions monthly: 6.1 admissions per month
  - Total discharges/lateral placements: 60:
  - Total discharges to the community: 4
    - 1-20 days: one youth
    - 21-90 days:  one youth
    - 90+ days:  41 youth
  - Average length of stay: 8.5 months

  Finally, the District's HSC Pediatric Center provides long-term chronic, acute or rehabilitative services for children with disabilities. In calendar year 2014:

  - Total bed capacity: 130 licensed beds/118 operating beds
  - Total census: 39
  - Total new admissions: 173
  - Total transitions to the community: 199
  - Average cost per patient per day: $2,485 (85% Medicaid)
  - Average length of stay: 69 days

Olmstead Plan | **2017-2020**

- **Intermediate Care Facilities (ICFs)**

  ICFs for people with intellectual and developmental disabilities (ICF/IDD) provide comprehensive residential, day, clinical and medical services by a certified provider.  The District does not operate any ICF/IDDs, but pays for intermediate care in 68 private facilities.

  Between fiscal year 2007 and fiscal year 2015, the District intentionally reduced the total ICF/IDD capacity by 233 beds, and residents by 213 people -- a 40% reduction in the use of these institutional services.  As of the close of fiscal year 2016:

  o Total bed capacity: 400
  o Total census: 354
  o Total new admissions: 4
  o Total transitions to the community: 3
  o Average length of stay: People typically live in an ICF/IDD home for a number of years, but are offered a choice to move to waiver-funded supports at least annually during planning meetings.
  o Average annual cost per person: $177,886

- **Nursing Facilities**

  Nursing facilities, regulated by the Department of Health, provide both short- and long-term care for individuals who require skilled nursing, supervision, and assistance with activities of daily living. The District does not directly operate any nursing facilities.  Medicaid is the single largest payer for nursing facility services, along with Medicare and private pay. In fiscal year 2016 for Medicaid-paid services:

  o Total number of DC-based facilities: 18[iii]
  o Total bed capacity: 2, 770
  o Total current census: 2,512 total users in Q4
  o Total new admissions: 801
  o Total transitions to the community:[iv]
    ▪ 1-20 days: 1 individuals
    ▪ 21-90 days: 1 individuals
    ▪ More than 90 days: 35 individuals
  o Average length of stay: 624 days
  o Average cost per person per day: Medicaid paid $232. 38/person per day for nursing

facility services[1].

## Home and Community-Based Services

The District of Columbia offers a wide variety of home and community-based supports and services (HCBS) for people with disabilities. These range from comprehensive adult day health programs to vocational rehabilitation to wellness classes.  Depending on the program or service, eligibility is based on a person's age, income and/or the level of care they need.

- **Medicaid Waivers & Demonstration Projects**

  The District operates three Medicaid programs that facilitate community living for people who would otherwise be eligible for institutional care based on their level of care need (in an ICF or nursing home).   The long-term services and supports provided under these programs are funded with a combination of federal and local Medicaid dollars.

  o  *The ID/DD Waiver* offers 24 different services for individuals with developmental and intellectual disabilities offered by community providers certified by DDS.  These include: day services such as supported employment and individualized day supports; residential services such as supported living and in home supports; clinical supports such as creative art therapies, wellness, and physical and occupational therapy; and assistive supports such as environmental accessibility adaptations, personal and emergency response services and vehicle modification.  A complete listing of services can be found in Appendix D.  For fiscal year 2015 (as of October 1, 2015):

    - Enrollees: 1,644
    - Cap: 1,692
    - Total budgeted: $192,837,58
    - Total Spent: $191,940,457

  o  *The Elderly and Persons with Disabilities (EPD) Waiver* supports individuals who are age 65 and older, or between 18 and 64 and have a physical disability.  As of January 1, 2016, there are 13 services offered in the EPD waiver including: case management, personal care assistance, respite, environmental accessibility, occupational and physical therapy, assisted Living, and others[2].  A complete listing of EPD Waiver

---

[1] Figure represents the average FY16 daily payment to the nursing facility by DHCF calculated by DC Medicaid beneficiary, and based on each beneficiary's actual length of stay in the nursing facility during the year.

[2] DHCF submitted an EPD Waiver amendment to CMS in September 2016. As of this publication, the amendment is pending approval. The amendment includes a new service, Community Transition Services, which covers up to

Olmstead Plan | 2017-2020

services can be found in Appendix E.  For fiscal year 2016 (as of October 1, 2016):

- Enrollees: 2,769
- Cap: 5,060
- Total budgeted: $73,647,354
- Total spent: $42,802,166

- o _The Money Follows the Person_ (MFP) grant demonstration supports individuals who are making the transition from institutional care to an HCBS setting.  The intensive wrap-around services include funds to cover "set-up" costs incurred as part of the transition.  Since 2008, MFP has provided transition coordination services that have helped over 250 Medicaid beneficiaries to return to the community.  As federal funding for the demonstration across the country comes to an end, the District's MFP project plans to support transitions from institutional care to an HCBS setting through December 31, 2017. It will continue to support HCBS for DC residents who transition under the demonstration through December 31, 2018. In preparation for the end of the MFP demonstration, the District drafted a plan to sustain transition activities supported by the project. That plan was approved by CMS in July 2016.

- **"State Plan" Support**

  People with disabilities may also access community-based services and supports through the District's Community Medicaid program (called the "State Plan"). Covered services include personal care assistance, hospice, adult day health, home health, occupational therapy, physical therapy, and skilled nursing services.  The Developmental Disabilities Administration also provides service coordination for people receiving state plan services or local funding. State Plan services for mental health, substance use disorder, and Health Homes for people with mental health diagnoses are described separately below.

  - o Number of state plan enrollees receiving Long Term Services and Supports: 7,588 in fiscal year 20142016.

- **Assisted Living**[v]

  Assisted living facilities (ALFs) provide community-based housing, health and personalized assistance according to individually developed service plans.  These facilities vary greatly in

---

$5,000 for household set-up and allowable transition-related expenses for DC Medicaid beneficiaries who are transitioning from nursing facilities to EPD Waiver services in the community. In addition, the reimbursement rate for Assisted Living services under the EPD Waiver is increased.

Olmstead Plan | 2017-2020

the room configurations and amenities they offer.  The District licenses 13 ALFs, three of which are used by Medicaid recipients via the EPD waiver.  One of these, The Marigold, is a public housing assisted living facility operated by the city's Housing Authority (DCHA) in partnership with a private contractor.   In fiscal year 2016, across the three facilities:

- o   Total bed capacity: 46
- o   Total current census: 37 users in Q4
- o   Total new admissions: 8

The Department of Behavioral Health operates two types of assisted living facilities, called Mental Health Community Residence Facilities (MHCRFs).

- o   Supported Residences (SR) are for individuals who need less intensive support to live in the community.  In fiscal year 2015:

    - ▪   Total bed capacity: 432
    - ▪   Total current census: 385

- o   Supported Rehabilitative Residences (SRR) provide twenty-four hour supervision for individuals with severe and persistent mental health diagnoses who need an intense level of support to live within the community. In fiscal year 2015:

    - ▪   Total bed capacity: 205
    - ▪   Total current census: 198

To support assisted living, the District also participates in the Optional State Supplemental Payment Program (OSSP) which supplements the income of low-income older adults and individuals with disabilities to help them pay for housing in licensed Adult Foster Care Homes (AFCHs).  AFCHs include licensed Community Residential Facilities (CRFs), Assisted Living Facilities (ALFs) and Mental Health Community Residential Facilities (MHCRFs).  The monthly OSSP payment (issued directly to the participant) ranges from $620 to $730 for an individual and from $1,606 to $1,825 for a couple.  In fiscal year 2014, 7,807 people received OSSP support.

- • **Employment and Wrap Around Services for People with Disabilities**

The Department on Disability Services uses a person-centered approach to provide extensive wrap around services to support eligible people with disabilities to live as independently as possible in the community. Services include:

- o  Counseling and guidance

- o  Payment for vocational and other training services, or college

- o  Assistive technology (e.g., I-pad touch, Zoom Text; Dragon Speak; hearing aids, etc.)

- o  Visual impairment services

- o  Transportation necessary to participate in training

- o  Clothing and equipment needed for work

- o  Transition services for youth still in school

In addition, the Independent Living Services (ILS) program partners with the DC Center for Independent Living and other private agencies to provide four core independent living services: advocacy; independent living skills training; information and referral; and peer support.  The Independent Living Older Blind Program (ILOB) provides in-home and community-based services for this specialized population.

- **Housing Support**

  Securing affordable, appropriate housing is often a significant challenge for people with disabilities whose incomes may be limited and their physical needs very specific.  There are some housing resources targeted for this population, but the demand for affordable accessible housing in the District exceeds the supply..

  The Department of Behavioral Health provides a range of housing options for individuals with mental health diagnoses including over 2,000 subsidized community-based housing units.  In fiscal year 2015, DDA funded housing supports for approximately 960 people enrolled in the IDD waiver who required out of home residential supports. In addition, there are 65 funded Housing Choice Vouchers for people in the Money Follows the Person (MFP) demonstration described above.  51 are currently being used, and the remainder will be used by MFP participants in fiscal year 2017. Finally, there are seven Non-Elderly Persons with Disabilities (NEPD) vouchers that have been in use by MFP participants since fiscal year 2011.

  The Department of Housing and Community Development (DHCD)'s Handicapped Accessibility Improvement Program (HAIP) supports critical home modifications and adaptations costing $10,000-$30,000.  Home modifications up to $10,000 are also covered expenses in the EPD and the IDD waivers.

In fiscal year 2016, DCOA and DHCD partnered to create Safe at Home, program offering grants of up to $10,000 for accessibility adaptations. The program completed more than 200 projects in its first year.

- **Mental health and substance abuse services**

  There are currently eleven Mental Health Rehabilitation Services: diagnostic and assessment; mediation somatic; counseling; community support; crisis/emergency; rehabilitation day services (mentioned above); intensive day treatment; community-based intervention for children and youth; assertive community treatment for adults; trauma-focused cognitive behavioral therapy for youth and child-parent psychotherapy – Family Violence, also for youth.  These services are offered through community providers - Core Services Agencies (CSAs) or specialty providers - who are certified by DBH.  At least 60% of the services are required to be provided in the community in natural settings, rather than at the clinic.

  In addition to Medicaid–reimbursable treatment services, DBH offers numerous other supportive services for people with mental health diagnoses such as rental subsidies and Supported Employment.  DBH also certifies Substance Use Disorder (SUD) treatment and recovery providers in the District who provide clinical care coordination; assessment/diagnostic and treatment planning; counseling; medication management and a variety of other services.

- **Wellness, Fitness and Nutrition**

  The DCOA and Department of Parks and Recreation collectively provide a broad range of wellness and fitness programs, classes and activities that support people in maintaining healthy lives in their communities.  In addition to wellness and day treatment programs, services include transportation, home delivered meals, congregate meals, and nutritional supplements.

- **Day Services**

  DDS, DCOA, DHCF, DBH and a host of community-based providers collectively offer a variety of day services for adults with intellectual disabilities, elderly, people with physical disabilities, and people with mental health diagnoses.  These services all work to support individuals live an integrated and independent life in the community.  Program examples include:

Olmstead Plan | 2017-2020

- o _Individualized Day Supports (IDS)_ to foster independence, encourage community integration, and help people build relationships.  IDS include vocational exploration and can supplement employment services.

- o _Adult Day Health Services_ offer non-residential medical supports and supervised therapeutic activities in an integrated community setting.

- o _Geriatric Day Care_ provides supervision, socialization, rehabilitation, training, therapy and supportive services for functionally-impaired seniors to help them remain in their homes.

- o _Rehabilitation Day Services_ is a structured clinical program to develop skills and foster social role integration through a range of social, psycho educational, behavioral and cognitive mental health interventions.

- **Transportation**

  The District provides Medicaid-funded emergency and non-emergency transportation support to people who are eligible, as well as non-Medicaid transportation through several providers.  The primary objective is to provide low-income, functionally impaired District residents with transportation to life-sustaining medical appointments so they can maintain maximum functioning and independence in the community.

  In addition, the District Department of Transportation (DDOT) works with the Washington Metro Area Transit Authority (WMATA) and the D.C. Taxi Commission to provide broader transportation services to District residents living with a disability. "MetroAccess" is a shared-ride, door-to-door, paratransit service for people whose disability prevents them from using bus or rail.  The "Transport DC" program (formerly CAPS-DC) provides alternative taxicab transportation for MetroAccess customers. The D.C. Office on Aging also funds a transportation program through Seabury Resources for the Aging, primarily for medical appointments, but also for DCOA social outings.

## _How Do People Access Long Term Services and Supports (LTSS)?_

The District's goal is to make it as simple and seamless as possible for people with disabilities to access the variety of Long Term Services and Supports described above.  If an individual is living at home or in the community, multiple agencies provide information and referrals to these services. For people temporarily in an institutional care setting, discharge and community transition processes can be set in motion.

Olmstead Plan | 2017-2020

Information and Referral to Services within the Community

Information about Long Term Services and Supports (*e.g.*, what's offered, who's eligible, how to apply) is available through multiple District agencies. These agencies either support people in applying for services they offer, or provide referrals to other agencies.

District residents are also directed to the District's **Aging and Disability Resource Center (ADRC)**, which is the most comprehensive source of information for connecting residents to Long Term Services and Supports. The ADRC is operated by DCOA and has a presence in each ward of the District. The ADRC's Information and Referral/Assistance Unit, Community Transition Team, and Community Social Workers provide "options counseling," which is person-centered discussion to assist an individual understand their long term care options and empower them to make choices based on personal preference. These discussions frequently end with referrals to services and community supports, including:

- Community-based, private sector resources.
- DC government health and human service programs.
- A Medicaid Enrollment Specialist who can assist with pre-enrollment for the EPD Waiver.
- Community case managers or social workers, if the resident is eligible and in need of home- and community-based services and supports right away.

Transitioning from an Institutional Setting

The District government has established processes by which people with disabilities are helped to transition from institutional care settings to a less restrictive environment.

- *For people with intellectual and developmental disabilities,* DDS coordinates transition planning and support. If a person has already been served by DDA, admission to a nursing home triggers enhanced monitoring to ensure the setting remains the least restrictive to meet the person's needs.   People who reside in ICF/IDD settings are offered, on at least an annual basis, the opportunity to receive services under the IDD HCBS waiver as an alternative to ICF services during person-centered planning meetings.

- *For people over the age of 60 or adults with physical disabilities,* transition assistance is conducted by staff in the facility in conjunction with ADRC.  The process uses a uniform preference screening tool and transition services checklists.  Decisions about the appropriateness of a less restrictive setting are ultimately made by the resident and any legally authorized representative, social worker, medical professional, or other members of

Olmstead Plan | 2017-2020

the individual's care team.  Once the individual has been successfully transitioned back to the community, ongoing case management services are available through the District's EPD Waiver, MFP, or DCOA's Senior Service Network.  For a full description of the transition planning process used by the ADRC, see Appendix F.

- *For youth with mental health issues being discharged from PRTFs,* DBH has a very vigorous process to ensure youth are successfully integrated back into the community.  DBH has staff assigned to every youth in a PRTF, visiting the youth in person and participating in all treatment team meetings.  Prior to discharge, a Core Service Agency (CSA) is assigned if no relationship previously existed.  Working with the youth and his or her family (if any), the PRTF staff, DBH monitor, CSA and any other involved District agencies develop a discharge plan that includes not only mental health services, but also housing, education and other support services as needed.

- *For people discharged from Saint Elizabeths Hospital,* transition planning starts from the day of admission. A Core Service Agency (CSA) is assigned if no relationship previously existed, and CSA staff participate in all aspects of discharge planning.  Upon anticipation of discharge, but no earlier than 90 days prior, the individual can be referred to Rehabilitation Day Services, which occur in the community, to enable him or her to start the transition out of the hospital.  The type of housing needed is identified, and the individual is supported to identify a residence to move to upon discharge. The discharge plan is developed with the individual so that services can begin immediately upon discharge.

## III. Working to Improve Long Term Services and Supports

The District is engaged in a multi-year effort to design and implement a seamless process for accessing Long Term Services and Supports. The new system embraces the principles of No Wrong Door and will ensure that individuals receive accurate information regardless of where they enter the system.  Efforts are underway to streamline and simplify the eligibility process. These efforts are supported by federal grants including a three year, No Wrong Door Implementation Grant awarded by the Administration on Community Living and CMS, as well as a major grant awarded to the Department of Health Care Finance to support the procurement of a new, multi-agency case management system. These system improvements will reduce fragmentation and the time it takes to connect to needed services.  Section 2 of this Plan details remaining challenges and lays-out specific action steps in nine strategic areas.  That work will take place within the context of a number of District-level initiatives aimed at systems improvement. A strong advocacy community lends its support and oversight.

Olmstead Plan | **2017-2020**

<u>On-Going District-Level Initiatives</u>

There are a number of initiatives currently underway in the District working to assess, and make concrete improvements to, various aspects of the Long Term Services and Supports system.  These initiatives include:

- **Age-Friendly DC**

  In 2012, DC adopted World Health Organization (WHO) guidance to prepare for the growing number of residents aged 50 and older, by transforming built, natural, and social environments into great places to grow up and grow older. The WHO outlined a framework for creating age-friendly cities and communities through four phases: 1) assessment; 2) planning; 3) implementation; and 4) evaluation.  The District is implementing 75 strategies led by 38 DC agencies to transform the District by 2017 into an easier city to live and visit. The Age-Friendly DC strategies are closely aligned with this Olmstead Plan and will help it move forward.  Data in the 2017 Olmstead Plan will also help measure progress in transforming DC into an age-friendlier community. More information at: www.agefriendly.dc.gov.

- **DHCF System Reform Efforts**

  DHCF is undertaking major system reforms to improve the quality and delivery of Medicaid-funded Long Term Services and Supports.  The work is focused in three areas: organizational change; program evolution and growth; and quality improvement.  The numerous specific activities in this effort can be found in the nine priority areas detailed in Section 2 of this plan.

- **Employment First State Leadership Mentoring**

  People with disabilities in the District experience disproportionate unemployment. In 2012, a Mayoral Proclamation made the District of Columbia the 20th "Employment First State," a commitment to supporting people with disabilities in pursuing competitive employment in integrated settings and *as the first option explored in publicly-funded services*.  To realize this vision, a cross-agency Employment First State Leadership Mentoring Program is helping develop initiatives to increase the capacity of provider and District staff in key agencies to more effectively advance Employment First strategies with a focus on transition age youth and customized employment. More information at: http://dds.dc.gov/page/employment-first.

- **The National Core Indicators (NCI)**
  The National Core Indicators (NCI) initiative helps state agencies gather a standard set of

performance and outcome measures that can be used to track their own progress over time and compare results across the country.  Until recently, NCI has focused on efforts by public developmental disabilities agencies on employment, rights, service planning, community inclusion, and other areas.  NCI recently expanded its scope to support states in assessing their performance for older adults, individuals with physical disabilities, and caregivers.  For the last two years, the District has participated in NCI and will begin to explore the use of the expanded scope in 2017 and 2018.  DDA's current NCI reports can be reviewed on-line at: http://www.nationalcoreindicators.org/states/DC/.

- **No Wrong Door (NWD)**

  In 2014, DC was one of 25 states to receive a year-long federal planning grant through the U.S. Administration for Community Living to develop a comprehensive, "No Wrong Door" (NWD) approach to the delivery of Long Term Services and Supports.  In fiscal year 2015, DC was one of five states to receive a three year NWD implementation grant. DC's goal is a visible, trustworthy, easy-to-access system in which people encounter person- and family-centered systems and staff with core competencies that facilitate their connection to formal and informal LTSS, regardless of where they enter the system.  The NWD Work Plan is referenced frequently in Section 2 of this report as it targets many of the same goals, outcomes, challenges, and strategies as the Olmstead plan.  For a detailed description of the NWD mission, outcomes, goals and objectives, see Appendix H.

- **State Innovation Model (SIM)**

  In a year-long, federally funded planning process, multiple agencies and stakeholders[vi] are coming together to develop DC's strategy for health system transformation.  The work is focusing on care delivery; payment models; community linkages; Health Information Exchange; and quality measurement as well as design of the District's second Medicaid Health Home State Plan benefit. This benefit will achieve whole-person, person-centered integrated care services coordination for people with two or more physical chronic health conditions. Many people with disabilities, due to co-morbid physical chronic conditions, will be eligible for this Health Home benefit.

- **Vision Zero**

  By the year 2024, DC has a goal of zero fatalities and serious injuries to travelers of our transportation system, through more effective use of data, education, enforcement, and engineering.  Vision Zero is a part of Mayor Bowser's response to the US Department of Transportation's Mayor's Challenge for Safer People and Safer Streets, which aims to improve pedestrian and bicycle transportation safety by showcasing effective local actions,

empowering local leaders to take action, and promoting partnerships to advance pedestrian and bicycle safety.  Multiple agencies, including Office of Disability Rights and DC Department of Health, are involved in this initiative.

## The Advocacy Community

The District of Columbia has a robust community of advocates and stakeholder organizations actively involved in working to improve services and supports for people with disabilities.  Examples include:

- **The DC Developmental Disabilities Council (DDC)**

  The DDC is an independent, federally-funded, Mayorally-appointed body.  The DDC works to strengthen the voice of people with developmental disabilities and their families in DC in support of greater independence, inclusion, empowerment and the pursuit of life as they choose.  The DDC strives through its advocacy to create change that eliminates discrimination and removes barriers to full inclusion.

- **Project ACTION!**

  Project ACTION! is a coalition of self-advocates and self-advocacy groups that shares personal experiences of living with developmental disabilities and trains and encourages peers to speak out on issues important to them.  The group's motto is "Nothing About Us without Us."  Many members have joined boards, committees, work groups, and commissions that make decisions that affect their lives.

- **Supporting Families Community of Practice**

  For the past four years, the District has been working to create an active, broad-based "Supporting Families Community of Practice" (the DC SFCoP) to support people with Intellectual and Developmental Disabilities Across the Lifespan.  The group's State Team meetings often engage 50 or more people, most of whom are people with disabilities and their families.  The DC SFCoP has developed processes for strengthening the voices of families and self-advocates, trained trainers, and helped pass legislation to create a Family Support Council and to provide stipends for family and self-advocates for expenses related to participating in stakeholder engagement activities.
- **The DC State Rehabilitation Council (DC SRC)**.

  The DC SRC advises on the needs of District residents with disabilities who receive, or are

seeking, vocational services from DDS's Rehabilitation Services Administration.  DC SRC partners with RSA on increasing meaningful employment outcomes, developing the agency's annual goals and priorities, crafting agency policies, and tracking performance. Members of the DC SRC are appointed by the Mayor, and include consumers of RSA services, advocates, and other stakeholders.

- **The DC Statewide Independent Living Council (SILC)**

  The DC SILC promotes independent living services for DC residents with disabilities. Members are appointed by the Mayor and include advocates, individuals with disabilities, and other stakeholders in independent living (IL) services. The goals for the DC SILC are to expand IL services District-wide; ensure that residents with disabilities are aware of IL services; increase advocacy; and support an effective and efficient IL service delivery system.

- **DC ADAPT/Direct Action**

  DC ADAPT/Direct Action is the local chapter of a national grass-roots community that organizes disability rights activists to engage in nonviolent direct action, including civil disobedience, to ensure the civil and human rights of people with disabilities to live in freedom.

- **DC Center for Independent Living (CIL)**

  The DC CIL is a private non-profit organization that assists DC residents with significant disabilities to live independently in their homes and in their communities.

## The 2017 Olmstead Plan

Long Term Services and Supports in the District have seen significant improvements since the first Olmstead Plan was developed in 2011. In 2015, the Mayor invited the community to join the District in improving access to long term services and supports by creating the Olmstead Working Group. By incorporating feedback from community stakeholders, the District has made significant strides. From the beginning, the District has been committed to meeting and exceeding the legal mandate of Olmstead. The Working Group and this Olmstead Plan reflects the District's desire to create broad-based integration for people with disabilities in the District.

**The Vision**

The District's promise of community integration goes beyond moving people out of institutions and into the community.  The spirit animating the District's Olmstead Plan is founded in our recognition that people with disabilities, whether they live in a nursing facility or in the community, can and should have opportunities:

- To work real, competitive jobs, in the community, and be paid full wages for their efforts.
- To volunteer and contribute.
- To make and be friends.
- To make decisions about their lives.

By 2020, the District will boast a person-centered, user-friendly LTSS system that supports all people with disabilities who wish to  live in the community, whether that means group homes or [whatever other term is used for individual homes], by providing the HCBS they need to do so.

In collaboration with the agencies, partners and initiatives described above, the Olmstead Working Group envisions a two-stage process for building a Plan that it is a vehicle for achieving this vision.

**The 2016 Plan: What We Learned**

Recognizing significant gaps in core data about both the population and the current service system, the Working Group saw 2016 as the period during which the Olmstead Plan—with greater input and participation from a broad array of stakeholders—guided the city towards the knowledge base needed to make clear policy and systems decisions and then move them forward. In 2016, the Olmstead Working Group discussed at length the data points in the 2016 Plan and which agencies should be responsible for collecting that data moving forward. As a result, the Group concluded that it was necessary to more closely tie the data points to agency action steps in the Plan, so that the Plan, which is meant to be read and utilized by the community it serves, presents a clearer, more cohesive picture of how transition from an institutional setting into the community works in the District.

The Group also solicited feedback from the stakeholders and community members we serve during a mid-year Olmstead Conference held in June 2016.  Much of the Conference attendees' stated concerns mirrored what the Group had discussed—that systems change, which tracked meaningful data, and avoided agencies working in silos would address many of the issues people living in transition currently face.  Copies of the Working Group minutes and the presentation outlining community feedback can be found at Appendix I.

**The 2017 Olmstead Plan**

Working with the information gathered in 2016, the Olmstead Working Group has created a multi-year Plan around the same 9 priority areas that were the focus of the 2016 Plan.  Each action step in each priority area has a measurable, trackable, and meaningful goal that will lead the District into 2020 with a cross-agency system that is comprehensive and based more on an individual's preferences and concrete goals while in transition.  The Plan incorporates the work accomplished through No Wrong Door, as well as the District's discharge planning efforts to ensure self-awareness and cohesiveness around the District's efforts.

To report on the progress toward the goals of the 2017 Plan, the Olmstead Working Group will continue to meet quarterly to discuss agency progress in meetings open to the public.  Additionally, the quarterly reports and meeting minutes will continue to be posted to ODR's website.  The District will host at least two (2) Olmstead related forums to discuss the published Plan and our progress with stakeholders each year, and the community may submit feedback there or at any time by contacting ODR or by using the Olmstead email address, olmstead@dc.gov.

# SECTION 2:
# The 2017 Olmstead Plan

## I. Strategic Priorities for 2017

In addition to the quantitative transition goals, the Olmstead Working Group has identified nine strategic areas in which the District must improve data collection and the provision of services and supports.  While there is certainly overlap among these, for organizational purposes each is presented separately here.  The nine areas (presented alphabetically) are:

- A Person-Centered Culture

- Community Engagement, Outreach and Training

- Employment

- Housing

- Intake, Enrollment and Discharge Processes

- Medicaid Waiver Management and Systems issues

- Quality of Institutional and Community-Based Services, Providers and Workforce

- Supporting Children and Youth

- Wellness and Quality of Life

In each strategic area, this plan details:

**The Backdrop.** The importance of the issue and some of the specific challenges in DC's current operations, both for institutions and for providers of home and community-based services.

**The Vision.**  Where work in this area is headed and aspirations for the end result.

**The Data.** What is currently known and what is missing.

**Key Problems.**  The barriers and challenges that make it difficult to achieve goals in this area.

**Action Steps and Lead Entities.**  Needed actions and the agencies and entities that will take the lead

on pursuing them, and be accountable for results.

# 2017 Olmstead Plan

## *Priority Area #1: Develop A Person-Centered Culture Across All Long-Term Services and Supports Agencies*

### *Why is this important?*

Person-centered thinking is a philosophy underlying service delivery that supports people in exerting positive control and self-direction in their own lives. Person-centered thinking is important for the promotion of health, wellness and safety, and for supporting people with disabilities to be valued and contributing members of the community.

While the use of person-centered thinking is important in all service contexts, its adoption by service providers working with people transitioning out of institutionalized settings is particularly crucial.  It can increase the likelihood that service plans will be used and acted upon, that updating service plans will occur "naturally," needing less effort and time, and that the person's ability to lead a fulfilling, independent life will be maximized.

### *What is the Vision?*

The vision is for a culture that deeply respects each person's right to make independent decisions about all facets of his or her life.  We envision an LTSS system that fully embraces person-centered thinking – in the kinds of services and supports that are provided, they ways in which they are provided and the central role of people with disabilities in all aspects of decision-making about the programs and services they wish to utilize.

### *What are Some of the Challenges the District Faces?*

The road to culture change is long.  While a few departments have had notable success in fully embedding person-centered thinking and practice into their culture and work, the levels of awareness, capacity, and competence across the city government are uneven and can vary depending on agency or source of funding.

Olmstead Plan | 2017-2020

*Action Steps, Lead Entities and Timeframes*

The District's *No Wrong Door* initiative has articulated and is moving forward on a series of specific objectives for establishing a person-centered culture. These objectives center around improved accountability for the use of person-centered practice; widespread training in the methodology to increase capacity; and a reduction in duplicative intake and planning processes that tend to undermine person-centered approaches.

*No Wrong Door*'s cross-agency Leadership Council and project team will lead the work to accomplish the following objectives during the first year of the city's implementation grant (fiscal year 2016):

a) The NWD team has piloted a multi-agency Person-Centered Training (PCT) program where eleven NWD PCT trainer candidates and two mentor candidates have been successfully trained and will conduct independent trainings in FY 2017. This infrastructure will allow the training initiative to be sustainable and for staff in public and community Long Term Supports and Services (LTSS) agencies to continue to be training in person-centered practices (PCP). The team also completed a PCT Alignment Analysis and a Current State of PCT Report, both of which were shared with NWD Leadership. The interagency working group on PCP continues to meet with the purpose of identifying cross-agency commonalities, gaps, and recommended practices. DC is the first state in the nation to expand PCT Learning Community to all LTSS learners. As a result of these efforts, the NWD project trained over 200 staff in NWD Person-Centered Practices from the 5 Core agencies and community partners.

b) DHCF, in collaboration with DDS and DCOA, issued a Request for Proposals (RFP) for a new Multi-Agency Case Management System that supports NWD eligibility, enrollment and access to LTSS. An inter-agency working group developed the RFP and will select the vendor and oversee the implementation of the system.

c) The NWD team, in partnership with the Georgetown University's National Center for Cultural Competence (NCCC), finalized a review of intake and public information approaches. NCCC provided recommendations that support better outreach and engagement with people in need of LTSS and their families, focused on approaches that reflect stronger cultural and linguistic competence. Additionally, an inter-agency subcommittee was developed to make recommendations for cross-agency approaches, with representatives from all participating LTSS agencies, with co-chairs from DBH and the NWD project team.

d) The NWD staff and cross-agency Leadership Council have been working with a marketing firm to develop a NWD Logo and Interagency Marketing Strategy with broad stakeholder input, which included over five hundred stakeholder surveys across LTSS, two community meetings, three LTSS inter-agency meetings, and a joint inter-agency/stakeholder meeting.  The NWD team also produced two NWD e-newsletters sent to four hundred LTSS stakeholders.

e) The NWD team issued a Request for Proposals (RFP) for a cross-agency resource portal that includes 211 information and more, for use by government agency staff, providers, people in need of Long-Term Supports and Services (LTSS) and their families. The Resource Portal will reflect the work of the branding and marketing consultant.

f)  NWD staff completed a Current State Assessment of intake and eligibility processes including Process Maps and a Crosswalk for all 5 core LTSS agencies, which was shared with NWD Leadership Council to inform the recommendations for future actions.

g) DCOA, in collaboration with DHCF and DC's HHS contractor for Medicaid cost allocation, completed a final DCOA cost allocation plan for FY17 highlighting administrative expenditures to be claimed for federal matching. The plan was submitted to CMS for approval in September 2016. Cost allocation information was included in the DHCF/DCOA MOU, executed in September 2016.

h) DDA has created a new "front door" tool (i.e., the tool and processes for intake and eligibility) that uses nationally recognized PCT tools and aligns with all NWD expectations. This was shared with NWD Leadership Council.

**Action Step 1.1:** Develop and Implement Person-Centered Policies Across All NWD Core LTSS Agencies.

*Year 1*: Develop and recommend clear expectations and competency criteria standards for intake staff consistent with use of person-centered approaches

*Year 2*: Host community meetings to garner stakeholder feedback on the person-centered policies and procedures for all NWD Core LTSS agencies' intake staff.

*Year 3*: Finalize model policies and procedures for all NWD Core LTSS agencies' intake staff consistent use of person-centered approaches

Olmstead Plan | 2017-2020

**Performance Metric(s):**

- # of NWD Core LTSS agencies that have implemented person-centered service protocols
- # of NWD Core LTSS  intake staff that have completed person-centered training
# of HCBS provider staff who have completed person-centered training

**Action Step 1.2:** Add person-centered practice standards to service planning personnel's employee performance goals in all NWD Core LTSS agencies.

*Year 1:* Develop a model of person-centered practice standards and goals that can be incorporated into employee performance measures.

*Year 2:* Offer training and technical assistance to NWD Core LTSS managers and staff on including person-centered standards and goals to support implementation of person-centered practices.

*Year 3:* Develop model person-centered position descriptions for NWD Core LTSS agencies' service planning personnel.

**Performance Metric(s):**

- % of NWD LTSS Core Agencies' employee performance measures linked to person-centered practices
- % of HCBS providers employee performance measures linked to person-centered practices

**Action Step 1.3:** Develop procedures and protocols for supporting family members and others in a person's support network to ensure that plans accurately and continuously reflect the individual's preferences and needs. (NWD)

*Year 1:* 'Develop Person Centered Planning Implementation Guidance' in partnership with stakeholders identifying best practices for supporting families in person-centered planning for NWD Core LTSS agencies and providers.

*Year 2:* Develop Person Centered Planning tools to aid families in learning about person-centered practices and keeping track their family member's person-centered goals.

*Year 3:*  Use the LifeCourse Framework developed through the National Supporting Families Community of Practice, which DC participates in, to finalize policies and protocols in partnership with NWD Core LTSS agencies.

Olmstead Plan | **2017-2020**

| Priority Area 1 Metrics: | FY17 | FY18 | FY19 |
|---|---|---|---|
| # of core LTSS agencies that have implemented person-centered service protocols | 1 | 2 | 3 |
| % of NWD LTSS Core Agencies' intake employee performance measures linked to person-centered practices | Baseline | 10% | 10% |
| # of core LTSS  staff that have completed person-centered training | 75 | 100 | 100 |
| # of HCBS provider staff who have completed person-centered training | 75 | 100 | 100 |

## *Priority Area #2: Community Engagement, Outreach and Training*

### *Why is this important?*

A robust, transparent system of Long Term Service and Supports requires the active participation of people with disabilities, family members and caretakers, advocates and local service providers.  The active engagement of broad stakeholders also demonstrates the District's commitment to supporting people to make their own choices and lead their lives as they choose.  Finally, ensuring people with disabilities are involved and engaged will keep agencies and providers focused on the right outcomes, and ensure they are addressing the barriers that people are facing every day  – many of which may not be obvious  to people who are not living through the experience.

### *What is the Vision?*

We envision a wide variety of high-impact community engagement, outreach and training strategies to ensure people with disabilities have ongoing, meaningful involvement in planning for, and executing, their own service and support plans.  We envision an engagement, outreach and training infrastructure and support system that is efficient, effective, and person-centered; and we envision government commitments in these areas that are not only transparent to the community, but are met in the defined timeframes.

### *What are Some of the Challenges the District Faces?*

**Limited community engagement opportunities.** One of the key principles of the National Supporting Families Community of Practice is that: "*Individuals and families are truly involved in policy making so that they influence planning, policy, implementation, evaluation and revision of the practices that affect them. Every program, organization, system and policymaker must always think about a person in the context of family.* "  The District, which participates in the National

Olmstead Plan | 2017-2020

Community of Practive, is working towards ways to more systemically engage people with disabilities, families, caregivers, advocates, providers, and other stakeholders so that our policies and practices that guide and regulate systems of support are developed with input and feedback from the people who access them.

**Current outreach misses key targets**.  Finding and engaging at-risk populations and developing messages that resonate across all stakeholder groups can both be difficult.  That said, current outreach and information dissemination across agencies and settings is not always sufficiently coordinated, resulting in duplication and confusion among recipients of the material.  Furthermore, the District does not currently measure the effectiveness of its outreach efforts.

**Planned Training**.  Community trainings tend to be general or conducted *ad hoc*, rather than following a plan that is based on a needs analysis, goal setting, and attendee feedback. There are no District-wide training goals or basic training expectations for all agency staff that set a standard of competency across the district to ensure that trainings are adequately addressing receipts needs. . Trainings are often conducted in places that are not convenient for attendees and they are rarely evaluated in a meaningful way.

*Action Steps, Lead Entities and Timeframes*

Through the *No Wrong Door* initiative, DC has made strides in moving toward a unified approach to community engagement, outreach, and training.  The NWD Stakeholder Engagement Workgroup developed a comprehensive contact list across all affected communities and convened the Outreach or Public Engagement staff at each NWD partner agency to brainstorm strategies for better work and inter-agency collaboration.  The Workgroup also conducted several stakeholder engagement sessions and held preliminary focus groups with people with I/DD, physical disabilities, older adults, District-wide intake staff, and ADRC staff.

**Action Step 2.1:** Develop and disseminate policy and protocols to increase linguistically and culturally diverse stakeholder involvement in the development, implementation and ongoing evaluation of NWD Core LTSS agencies' engagement and outreach activities.

*Year 1:* Develop and finalize an assessment of linguistic and cultural competence for NWD Core LTSS agencies intake processes.

*Year 2:* Develop cultural and linguistic competency factsheets of guiding principles for NWD Core LTSS agencies intake, outreach, and service planning personnel.

*Year 3:* Develop model cultural and linguistic competency policies and procedures, and a cultural and linguistic framework for NWD Core LTSS agencies to support culturally and linguistically competent practices.

**Performance Metric(s):**

- # of people reached through NWD Core LTSS agencies' outreach activities

- # of NWD Core LTSS agencies' outreach activities and  resources presented in languages other than English

**Action Step 2.2:** Develop mandatory training for front line staff of District NWD partner agencies about the key plans and practice changes being developed through NWD.

*Year 1:* Finalize NWD Person-Centered Practices Training for Core NWD LTSS agencies.

*Year 2:* Update NWD Person-Centered Practices training surveys to better collect participant feedback, and develop a unified survey tracking tool.

*Year 3:* Update NWD Person-Centered Practices Training to reflect the participant feedback and NWD practices.

**Performance Metric(s):**

- # of NWD training sessions receiving positive participant rating

**Action Step 2.3:** Develop a unified messaging and marketing "look" for outreach materials and replicate on all No Wrong Door partner agencies' websites. (NWD)

*Year 1:* Create NWD unified marketing and branding materials for distribution.

*Year 2:* Develop NWD webpage to be represented on all NWD Core LTSS agencies' websites.

Olmstead Plan | **2017-2020**

*Year 3:* Assess user experience for NWD webpage to enhance NWD webpage utility.

**Performance Metric(s):**

- # of website hits per month

**Action Step 2.4:** Maintain and respond to inquiries at the olmstead@dc.gov e-mail address.  Provide current Olmstead data online, available for public review. Host quarterly Olmstead Working Group meetings, as well as two community forums, open to the public.

**Performance Metric(s):**

- # of community members attending Olmstead-related meetings/forums

| Priority Area 2 Metrics: | FY17 | FY18 | FY19 |
|---|---|---|---|
| # of people reached through LTSS outreach activities | 100 | 125 | 125 |
| # of outreach activities and resources presented in languages other than English | 3 | 5 | 5 |
| # of NWD training sessions receiving positive participant rating | Baseline | 25 | 35 |
| # of website hits per month | Baseline | 35 | 50 |
| # of community members attending Olmstead-related meetings/forums | 60 | 75 | 90 |

## *Priority Area 3: Employment*

### *Why is this important?*

Competitive and integrated employment – and the access to stable housing that it can bring – is a key pathway to the middle class.  For people with disabilities, also increases connections to the community, builds self-confidence and can lower rates of isolation and depression.  The District gains much from the perspectives and talents people with disabilities bring to the workforce, in addition to their positive impact on the economy in wages earned, taxes paid, and goods and services purchased.

### *What is the Vision?*

All working-age people should have access to – and be prepared for -- competitive and integrated employment opportunities that meets their individual interests, preferences and informed choices. Pursuing these opportunities is the first option explored in publicly-funded services and people with disabilities must have the support The District of Columbia strives to be a model employer of people with disabilities by providing appropriate supports and services to sustain the vision.

## What are Some of the Challenges the District Faces?

**Disproportionate unemployment for people with disabilities**. There is a significant gap in employment rates between DC residents with and without disabilities. According to the Census Bureau, 31% of DC residents with disabilities are employed, compared with 72% of people without disabilities. For working age District residents with cognitive disabilities (defined as having serious difficulty concentrating, remembering, or making decisions because of a physical, mental, or emotional condition) only 27% are employed.[vii]  The most current data collected in 2013 show that only 13% of people with intellectual and developmental disabilities supported by DDA were competitively employed, slightly below the national rate of about 15%.[viii]  Many young people with disabilities are not successfully transitioning from school to work.

**Support structures need strengthening**.  Agencies and community providers working to support customized employment for people with disabilities need targeted support to build capacity, ensure efforts utilize best practices in the field, and systems are coordinated and aligned.  While long-term employment supports are available through the HCBS IDD waiver, the EPD waiver does not offer such supports. Transportation, a critical work support, is also a barrier for many.

**Larger employment trends in the District**.[ix] The District's economy is thriving in many respects, with an overall unemployment rate of only 6.1% and demand for middle and high-skilled jobs improving steadily.  However, there are also significant disparities in our city on several key economic indicators.  For example, nearly 30% of DC households earn only about half of the city's median household income.  Similarly, while unemployment city-wide is low and declining, in Wards 7 & 8 it remains in the double digits at 11.8 and 14.7% respectively. Further, unemployment amongst certain populations, such as African Americans and youth is high and significantly exceeds the national average.

The skills gap is an important factor in unemployment. Approximately 10% of DC residents have a high school diploma or less and 50% of these individuals are unemployed or under-employed.  In a labor market where the demand for low skilled jobs is declining, the competition for low skilled jobs can be substantial.

## Action Steps, Lead Entities And Timeframes

**Action Step 3.1:** Review and realign (if necessary) structures across the workforce development system to better support people with disabilities.

**Action Step 3.2:** Increase the capacity of staff across the Rehabilitation Services Administration (RSA) through on-site training to support best practices.

*Year 1:* Identify and develop core vocational rehabilitation curriculum training for RSA vocational rehabilitation (VR) staff to increase capacity to provide Person-Centered Training on an on-going basis. Provide regular, mandatory training for RSA vocational rehabilitation staff based on policies, procedures, protocols, best practices, and trends identified by the agency.

*Year 2:* Develop and implement a mentoring program for new staff to shadow and receive guidance from experienced colleagues.

*Year 3:* All VR staff will use Person-Centered-Thinking concepts to develop employment goals for persons served by RSA.

**Performance Metric(s):**

- % of Person-Centered Training courses completed by VR staff

**Action Step 3.3:** Increase the number of people with intellectual disabilities (IDD) and serious mental health diagnoses or serious emotional disturbance (SED) who obtain and maintain employment through better coordination of supported employment services with the Developmental Disabilities Administration (DDA) and the Department of Behavioral Health.  (WIOA 1.5)

*Year 1:* Increase the number of VR Specialists to work specifically with people referred from DDA Supported Employment Services to ensure VR Specialist to Client ratio of 1:150 is maintained.

*Year 2:* Coordinate with DBH to provide training for all VR counselors regarding mental health and substance abuse treatment services available in the District. Review the DDS Protocol regarding

coordination of services between RSA and DDA, make necessary changes and provide training to all DDA Service Coordinators and VR Specialists.

*Year 3:* Assign three VR counselors to work with all people referred from DBH for evidence based supported employment services. Increase the number of VR Specialists to work specifically with people referred from DBH to ensure VR Specialist to Client ratio of 1:150 is maintained.

**Performance Metric(s):**

- # of people with serious mental health impairments (MHI) whose case is closed successfully after obtaining competitive integrated employment
- # of people with DD/IDD whose case is closed as successful after obtaining competitive integrated employment

**Action Step 3.4:** Increase the number of people with intellectual disabilities (IDD) and mental health impairments (MHI) who complete training programs that prepare them for jobs in high demand fields, increasing the number of employment placements in these fields.

*Year 1:* Obtain baseline data regarding performance outcomes for all current hospitality, health care, IT, construction and security training providers with which RSA has agreements in order to increase the number of effective training providers with agreements.

*Year 2:* Coordinate with DDA and DBH to increase the number of people with IDD or MHI served by RSA who complete training in identified high demand industries and obtain employment in these fields.

*Year 3:* Expand the provision of job readiness training for DCRSA job seekers, by both DCRSA Business Relations Unit (BRU) staff and through contracts with provider agencies. Provide training to counselors to ensure that they are able to use labor market information in assisting people to develop employment goals that are consistent with the person's strengths, needs, resources, abilities, capabilities, and prepares the person for work that is available in high demand fields in the District economy.

**Performance Metric(s):**

Olmstead Plan | 2017-2020

- # of people of working age supported by DDA who receive employment services from RSA

- # of people supported by DBH who receive employment services from RSA

- % increase in the number of people with intellectual and developmental disabilities (IDD) supported by RSA who complete post-secondary training programs in high demand industries

- % increase in the number of people with mental health diagnoses supported by RSA who complete post-secondary training programs in high demand industries

| Priority Area 3 Metrics: | FY17 | FY18 | FY19 |
|---|---|---|---|
| % of Person-Centered Training courses completed by VR staff | 33% | 90% | 100% |
| # of people with DD/IDD whose case is closed as successful after obtaining competitive integrated employment | 50 | 60 | 70 |
| # of people with mental health impairments whose case is closed successfully after obtaining competitive integrated employment | 100 | 110 | 120 |
| # of people of people of working age supported by DDA who receive employment services from RSA | 200 | 225 | 250 |
| # of people supported by DBH who receive employment services from RSA | 500 | 525 | 550 |
| % increase in the number of people with intellectual and developmental disabilities (IDD) supported by RSA who enroll in complete post-secondary educational/training programs in high demand industries | Baseline | 10% | 10% |
| % increase in the number of people with mental health diagnoses supported by RSA who complete post-secondary training  in high demand industries | Baseline | 10% | 10% |

Olmstead Plan | 2017-2020

## *Priority Area #4: Housing*

### *Why is this important?*

The need for accessible, affordable, and consistent housing is the very foundation for any individual to obtain a stable, secure quality of life.  Without housing, life is always in flux and focusing on addressing other needs like employment, social activities, and self-care is made substantially more difficult.

### *What is the Vision?*

Quality permanent housing will be accessible, affordable, and available to all people with disabilities.

### *What are Some of the Challenges the District Faces?*

**An increasingly constricted housing market.**  As a jurisdiction that is entirely urban, DC faces some unique challenges. Residential and retail development are booming, creating a highly competitive rental market not favorable for low-income people, especially for  people who have been living in long term care facilities for years, have limited sources of income, and need to secure housing to return to the community.

**Lack of a housing continuum.**  In the District, the most viable housing options for low-income people with long term care needs (especially those under age 55), hover at two ends of the spectrum: either in long term care facilities or in completely independent apartments or single family homes. There are currently only three Assisted Living Facilities operating under the District's EPD Waiver Program, with a total of 46 beds.  "Affordable housing" may be targeted for people in the 50-80% Adjusted Median Income (AMI) level, meaning it is not affordable to people with incomes at or below 30% of the area AMI.

**Limited subsidies.**  For many people with disabilities who need rental assistance, housing subsidies are not readily available. The DC Housing Authority stopped accepting new applications for housing assistance in 2013 because there was no meaningful movement on its waiting list.

**Homelessness.**  Ending homelessness is one of the District's priority focus areas. In the homeless services program, the Department of Human Services assessed 40% of singles and 16% of adult heads of families entering shelters to have a disability in at least one of eight categories.[x]  This Olmstead plan recognizes that people with disabilities living in long term care facilities who want to

return to the community, and do not have a home, may be at risk of joining DC's homeless population.

*Action Steps, Lead Entities and Timeframes*

**Action Step 4.1:** Operate and track the Safe at Home Program to target vulnerable District residents with a high risk of falls (DCOA and DHCD by December 2017).

*Year 1:* Establish a baseline for number of Safe at Home projects completed, and a method for identifying and focusing on completion of priority projects.

*Year 2:* Establish a method for tracking success of priority projects.

*Year 3:* Demonstrate reduced risk of falls as a result of successful Safe at Home program implementation.

**Performance Metric(s):**
- # of projects completed through Safe at Home

**Action Step 4.2:** Identify housing for individuals residing in nursing facilities who have been referred to ADRC's Community Transition Program because they want to live in the community (DCOA by December 2017).

*Year 1:* Shift the focus of DCOA's Housing Coordinator from general housing assistance to primarily assisting Community Transition clients in identifying housing. Establish a baseline for number of people who identified housing with the assistance of DCOA's Community Transition Program.

*Year 2:* Increase the number of people who are assisted in finding housing through the Community Transition Program by 10% compared to CY2017.

*Year 3:* Increase the number of people who are assisted in finding housing through the Community Transition Program by 10% compared to CY2018.

**Performance Metric(s):**

- # of people who, during discharge planning within DCOA's Community Transition Program, are successfully assisted in securing and sustaining permanent, affordable, suitable housing.

Olmstead Plan | 2017-
2020

| Priority Area 4 Metrics: | FY17 | FY18 | FY19 |
|---|---|---|---|
| # of projects completed through Safe at Home | Baseline | 10% | 10% |
| # of people who, during discharge planning within DCOA's Community Transition Program, are successfully assisted in securing and sustaining permanent, affordable, suitable housing. | Baseline | 10% | 10% |

## Priority Area #5: Intake, Enrollment and Discharge Processes

### Why is this important?

Consistent, coordinated and person-centered intake, enrollment and discharge processes increase people's decision-making power and reduce potential barriers to community integration.  Further, streamlined processes reduce duplication and save resources that can be redirected elsewhere.

### What is the Vision?

The District seeks intake, enrollment and discharge processes that are easy to access, efficient, coordinated, transparent and reflect throughout a person-centered approach. The vision is that discharge planning begins on the day of a person's admission into a facility and that all needed discharge services and support start on the day a person leaves institutional care. In addition, all people with disabilities and their family members and supporters who encounter the LTSS system understand these processes and can utilize them seamlessly.

### What are Some of the Challenges the District Faces?

**Limited Data and Information Sharing.** One of the principal barriers to seamless intake, enrollment and discharge processing is the inability of multiple involved agencies and partners to easily share information and data. This delays processing and necessitates duplication of work.  At best, this is frustrating for consumers, but it can also have a negative impact on their choices, well-being and successful integration into the community.

**Staff capacity.**  Staff from multiple agencies involved in multiple processes often do not have the full-system knowledge they need to effectively help people navigate through to a successful outcome.  In addition, although most DC human services agencies have trained staff on person-

centered thinking and planning, the full culture shift needed to infuse all of these processes with this approach has not yet been achieved.

**Public understanding and awareness.**  Given the complexity of these processes, and a lack of a unified communication effort, it is not surprising that much of the public that would be eligible for LTSS has a limited or inaccurate understanding of what is available and how to access it.

*Action Steps, Lead Entities and Timeframes*

**Action Step 5.1:** Develop a "person-centered profile" for use in NWD Core LTSS agencies with common information that can be collected by referral sources or state systems and shared to avoid duplication of effort.

*Year 1:* Develop a model person-centered profile for use across NWD Core LTSS agencies.

*Year 2:* Develop a template for agency-specific data collection protocols for the common person-centered profile information.

*Year 3:* Develop model implementation guidance on the use of person-centered profile across all NWD Core LTSS agencies.

**Action Step 5.2:** Implement an interagency case management system.

*Year 1:* Award interagency case management contract.  Begin system development.

*Year 2:* Finalize system and train partner agency staff on new system for launch.

*Year 3:* Full implementation of interagency case management system.

**Action Step 5.3:** Develop guidance and training for case managers and service coordinators to ensure that the plans they create at intake and enrollment reflect a person's preferences and needs, and plans are adjusted as necessary.

*Year 1:* For EPD Waiver case managers, implement quality assurance and monitoring strategies to review the inclusion of personal goals and health and safety risks in service plans.

*Year 2:* For EPD Waiver case managers, continue implementation of quality assurance and monitoring to review the inclusion of personal goals and health and safety risks in service plans.

Olmstead Plan | 2017-2020

*Year 3:* For EPD Waiver case managers, continue implementation of quality assurance and monitoring to review the inclusion of personal goals and health and safety risks in service plans.

**Action Step 5.4:** Increase the number of nursing facility discharges through improvements to DCOA's Community Transition Program.

*Year 1:* Shift the focus of DCOA's Housing Coordinator from general housing assistance to primarily assisting Community Transition clients in identifying housing. Broaden the role of community transition staff to include assisting MFP Outreach Coordinator in outreach work to nursing facilities. Draft and publish rule establishing the Community Transition Service in the EPD Waiver providing up to $5,000 per person for household set-up and transition expenses for people transitioning from nursing facilities to the community.

*Year 2:* Implement the Money Follows the Person Sustainability Plan including broadening the role of both community transition staff and DCOA's External Affairs and Communications Team to include targeted outreach to nursing facilities on home and community-based services (previously provided exclusively by MFP outreach coordinator). Support EPD Waiver Case Managers through training and collaboration in taking on the new role of transition coordination. Implement the Community Transition Service in the EPD Waiver providing up to $5,000 per person for household set-up and transition expenses for people transitioning from nursing facilities to the community.

*Year 3:* Continuing to support EPD Waiver Case Managers through training and collaboration in taking on the new role of transition coordination.

**Performance Metric(s):**
- # of clients transitioned into the community with the assistance of DCOA's Community Transition Program

| Priority Area 5 Metrics: | FY17 | FY18 | FY19 |
|---|---|---|---|
| %of EPD case managers that participated in training | Baseline | +10% | +10% |
| % of EPD waiver participants who have service plans that address their personal goals | 86% | 90% | 95% |
| % of EPD waiver participants who have service plans that address their health and safety risks | 80% | 86% | 90% |
| # of clients transitioned into the community with the help of DCOA's Community Transition Program | 45 | 50 | 55 |

## *Priority Area #6: Medicaid Waiver Management and Systems issues*

*Why is this important?*

Home and community-based services (HCBS) offered through Medicaid Waiver programs are the backbone of the support system that people with disabilities need to live or remain in the community.  The development and implementation of these Medicaid Waiver services must be cost effective and sustainable, yet also sufficient to meet the needs of a wide range of people.  The effective management of the Medicaid Waivers improves access to the programs and increases visibility, satisfaction and, for participating individuals, quality of life.  Simpler applications and systems can ensure a person with a disability understands the system and can make decisions on his or her own behalf.

*What is the Vision?*

The District's Medicaid Waiver HCBS services meet people's varied needs so they can avoid institutional services altogether, or minimize a necessary stay and transition back into the community without delay and receiving services on the day of discharge.  People with disabilities are fully integrated in the community and able to live as independently as they can.

*What are Some of the Challenges the District Faces?*

**Needed service Improvements.**  Medicaid Waiver services would be significantly improved through the increased use of technology to supplant some paid supports and implementation of self-directed services to increase choice and control on the part of people receiving services.  People with disabilities in the District also need a broader range of services and supports, with an emphasis on employment.

**Process Consistency.** Medicaid Waiver service enrollment processes can be inconsistently followed and not maximally aligned across agencies and providers.  As a result, people may exit institutional care without services being fully in place.   A lack of coordinated communication protocols for stakeholders and the public at large exacerbates process concerns.

**Trained Workforce.**  Service providers must have full knowledge about community resources and services as well as discharge planning and service enrollment processes. They must understand and be able to apply the principles of person-centeredness.

**Unserved Populations.**  In the District  people diagnosed with DD, but not ID, as well as people with brain trauma/injury resulting in significant cognitive impairments after age 18 are not eligible for DDA services.  If they are not physically disabled, they are not eligible for services under the EPD program either.

Olmstead Plan | 2017-2020

**Costs.** Medicaid Waiver costs continue to grow approximately 5% per year.

*Action Steps, Lead Entities and Timeframes*

**Action Step 6.1:** Develop the Individual and Family Supports Medicaid Waiver program for people with IDD who live in family homes, including services targeted to help families continue their support. (DDS, DHCF by December 2017)

*Year 1:* Review pre-existing service definitions (and the feasibility of adding new services) in preparation for the HCBS waiver renewal.

*Year 2:* Research individual and family support services across different jurisdictions.

*Year 3:* Develop and Initiate implementation of the Individual and Family Services (IFS) waiver.

**Performance Metric(s):**

- % decrease in average length of IDD Waiver application processes for those enrolling in waiver services in DDA

**Action Step 6.2:** Conduct training on how to access Medicaid Waiver services and troubleshoot during enrollment for agency, provider, DCOA lead agency, LTC facility, and hospital staff involved in the EPD Waiver process (DHCF, ADRC, DOH by May 2017).

**Action Step 6.3:** Assure quality in the newly implemented Participant Directed Services Program, allowing people receiving EPD Waiver services to have responsibility for managing and directing all aspects of service delivery, including who provides the services and how the services are provided (DHCF by December 2017).

**Action Step 6.4:** Implement complaint tracking and management system for the EPD Waiver Program.

| Priority Area 6 Metrics: | FY17 | FY18 | FY19 |
|---|---|---|---|
| % decrease in average length of IDD Waiver application | 15 | 15 | 10 |

Olmstead Plan | **2017-2020**

| | | | |
|---|---|---|---|
| processes for those enrolling in waiver services in DDA (business days) | | | |
| Average EPD and IDD Waiver enrollment times. | | | |
| # of public events/participants on LTSS system access and Medicaid Waiver protocols and processes. | | | |
| # of PDS Program participants who expressed satisfaction with services | Baseline | +10% | +10% |
| %of EPD Waiver complaints investigated within 7 days | 80 | 86 | 90 |
| % of EPD Waiver critical incident investigations that were completed and closed | 50 | 75 | 86 |

### *Priority Area #7: Quality of Institutional and Community-Based Services, Providers and Workforce* Leaders: DHCF, DCOA, DDS)

**Action Step 7.1:** Reduce the number of nursing facility admissions by increasing accessibility to community-based services.

*Year 1:* Improve tracking mechanism for DCOA's Options Counseling service and establish a baseline for number of people served through DCOA's Options Counseling service. Note: Options Counseling is a person-centered discussion to assist an individual with understanding their long term care options and empowering them to make choices based on personal preference

*Year 2:* Increase the number of people served through DCOA's Option Counseling service by 10% compared to CY2017. Develop a customer service tracking mechanism with the goal of correlating options counseling with reduced incidence of nursing facility admission.

*Year 3:* Increase the number of people served through DCOA's Option Counseling service by 10% compared to FY2018, and continue to improve customer service tracking.

**Performance Metric(s):**
- # of people receiving Options Counseling service through DCOA.

**Action Step 7.2:** Assess and reduce duplication of services offered by Medicaid and DCOA (DHCF and DCOA by September 2017).

*Year 1:* Reduce duplication by tracking Case Management across DC funding sources; assisting DCOA grantees in becoming EPD Waiver providers; and establishing procedures to ensure against duplication for clients transitioning from one DC Case Management funding source to another.

*Year 2:* Establish a training and referral process for EPD Case Managers to ensure understanding of DCOA's Senior Service Network, when it is appropriate to make referrals, and when it is appropriate for EPD Case Managers to access community service independently.

*Year 3:* Establish a baseline for tracking Medicaid service expenditures to improve service coordination and further reduce duplication in DHCF and DCOA case management services.

**Performance Metric(s):**
- # of DHCF and DCOA case management trainings completed collaboratively by both agencies annually.
- % of Medicaid beneficiaries using EPD Waiver services who also received assistance through DCOA's Senior Service Network

**Action Step 7.3:** Review and strengthen regulatory options to more effectively deal with quality issues when they arise (DHCF, DDS, DBH, DOH by December 2016).

*Year:* 1 Review agency and provider performance data from Provider Certification Reviews (PCRs), Provider Performance Reviews (PPRs), incident management and health and wellness standards to identify and address deficiencies in the DDA/DDS service delivery system.

*Year 2:* Identify specific providers with deficient performance based on year one data, and take appropriate actions, including, but not limited to, technical assistance or enhanced monitoring.

*Year 3:* As needed, update policy and procedures and amend applicable regulations to allow for stronger sanctioning of providers.

**Performance Metric(s):**

• % of waiver providers that pass certification on the initial provider certification review (PCR)
• % of people who receive the services for which they have been approved/authorized
• % decrease in number of people receiving supports from DDA in facility-based day programs (for

those spending 4 or more days per week in a day facility)

**Action Step 7.4:** Review all providers' Language Access plans to ensure residents with limited English proficiency have access to linguistically and culturally appropriate services.

*Year 1:* Update all provider review tools by adding questions specifically addressing compliance with DDA's Language Access plans and policies.

*Year 2:* Analyze data from the provider review tools (completed annually) to verify that all providers have Language Access plans and policies in place ensuring residents with limited English proficiency have access to linguistically and culturally appropriate services.

*Year 3:* Review case records for consumers with limited English proficiency to gain insight on what barriers still exist in terms of accessing services.

**Action Step 7.5:** Create a customer satisfaction survey to cover the five components of quality described above

**Action Step 7.6:** Strengthen assurance of EPD Waiver provider standards from provider enrollment to monitoring, and at three-year recertification.

**Action Step 7.7:** Establish EPD Waiver provider report card.

**Action Step 7.8**: Convene a monthly In-Home Supports Task Force

| Priority Area 7 Metrics: | FY17 | FY18 | FY19 |
|---|---|---|---|
| # of people receiving options coubseling through DCOA | Baseline | | |
| # of DHCF and DCOA case management trainings completed collaboratively by both agencies annually | Baseline | | |
| # of Medicaid beneficiaries using EPD Waiver Services who also received assistance through DCOA's Senior Service Network | Baseline | | |
| # of people enrolled in the 1915 (i) and EPD Waiver Adult Day Health Program | Baseline | | |
| % of EPD waiver providers that meet requirements prior to providing services | 86 | **90** | **95** |

Olmstead Plan | 2017-2020

| | | | |
|---|---|---|---|
| %of EPD waiver providers that continue to meet qualifications | 95 | **100** | **100** |
| %of EPD Waiver beneficiaries selecting new provider agencies who use the provider report card to inform selection | Baseline | **+10%** | **+10%** |
| % of waiver providers that pass certification on the initial provider certification review (PCR) | 75% | 80% | 85% |
| % of people who receive the services for which they have been approved/authorized. | 75% | 80% | 85% |
| % decrease in number of people receiving supports from DDA in facility-based day programs (for those spending 4 or more days per week in a day facility). | 5% | 10% | 10% |

## *Priority Area #8: Supporting Children and Youth*

### *Why is this important?*

The number one predictor of post-school success for a student with a disability is paid work experience LoBianco, T., & Kienert, H. (2013). Additionally, students with disabilities must be taught requisite hard and soft skills, on a frequent basis, early and often to prepare them for the transition to the world of work. DDS/RSA is currently working with Local Education Agencies (LEAs) to create opportunities for children and youth students with disabilities to participate in a paid year-round work experience, aligned to their career interest, prior to leaving school.

### *What is the Vision?*

Children and youthStudents with disabilities have the opportunity to experience, at minimum, one paid work experience in their field of interest, within in a competitive integrated environment, prior to exit from high school.

Olmstead Plan | **2017-2020**

**Action Step 8.1:** Develop an inter-agency plan to ensure that students with disabilities who graduate with a certificate (rather than a diploma), have at least one community-based, integrated paid work experience prior to school exit. (WIOA 3.2)

*Year 1:* Establish a MOA with the D.C. Office of the State Superintendent of Education (OSSE) to identify schools to serve  certificate track students and begin to draft MOAs with identified schools. Coordinate with D.C. Public Schools (DCPS) to provide work experiences for students in the D.C. Career Academy and for students participating in DCPS general exploration courses.

*Year 2:* Finalize MOAs with all schools that have identified students on certificate track to ensure coordination of services to provide for work-based learning experiences prior to exit from school. Collaborate in development of internship/worksites to provide work experiences.

*Year 3:* Attend pre-exit IEP meetings for all students on certificate track to ensure that appropriate integrated post-secondary activities (i.e. training, education, employment) are identified.

**Performance Metric(s)**
*(DOES, OSSE for reporting)*

- % of students with IEPs of 504 Plans receiving at least one Pre Employment Transition Service each school year
- % of students with disabilities that have a community-based, integrated paid work experience

**Action Step 8.2:** Increase the timely submission and completion of applications for adult DDA services for children with IDD who are in out of state residential facilities (DDA, DCPS).

*Year 1:* Review referrals to identify the amount of time the processing of cases for children with IDD transitioning from out of state facilities takes.

*Year 2:* Work closely with DCPS to improve the timely and accurate processing of comprehensive applications, including the submission of all relevant diagnostic documentation.

*Year 3:* Continue to work with DCPS to identify additional ways DDA can assist in streamlining the transition process.

**48**

Olmstead Plan | **2017-2020**

**Action Step 8.3:** Develop NWD Person-Centered Practices curriculum and train Mentor Trainers to deliver the training to NWD Core LTSS agencies and community partners.

*Achieved: Trained Mentor Trainers and 12 PCT trainers*

*Year 1:* Offer NWD PCT training to government and provider staff and community partners at least 10x/ year.

*Year 2:* Work with various accreditation bodies to offer CEU credits for professional staff who attend NWD PCT training.

*Year 3:* Create a PCT section of the NWD webpage that includes PCT resources, including tools and webinars.

| Priority Area 8 Metrics: | FY17 | FY18 | FY19 |
|---|---|---|---|
| % of students with IEPs of 504 Plans receiving at least one Pre Employment Transition Service each school year | 75% | 80% | 90% |
| # of students with disabilities that have a community-based, integrated paid work experience | 50 | 75 | 100 |
| #/% of applications received for youth transitioning into adult DDA services that are approved on-time | 75% | 85% | 85% |

## *Priority Area #9: Wellness and Quality of Life*

**Action Step 9.1:** Increase inclusive[xi] daytime offerings for people with all abilities, and provide technical assistance and training to improve staff capacity at all agencies that provide community programming.

*Year 1:* Finalize and pilot "Inclusive Programing for All" training and gather feedback from stakeholders.

Olmstead Plan | **2017-2020**

*Year 2:* Train at least 50% of DCOA's grantee network on "Inclusive Programing for All" training. Develop agency-specific workgroups to assess the capacity for inclusive programming design within DCOA, DCPL and DPR programs.

*Year 3:* Pilot "Inclusive Programming for All" with DCPL and DPR programmatic staff. Develop work plan to enhance programmatic inclusiveness in DCOA, DCPL and DPR programs identified through the program assessment.

**Performance Metric(s):**
- # of new fully inclusive daytime program offerings

- % of DCOA programmatic staff trained on "Inclusive Programming for All"

**Action Step 9.2:** Identify ways to give people with disabilities and older adults in the District of Columbia better access to multiple transportation services, allowing for greater mobility with dignity and independence, and easier integration in the community

*Year 1:* DDOT will complete the accessDC study which will help identify implementation strategies to improve access to specialized transportation services to older adults and PWD.

*Year 2:* Establish a working group of partner agencies to meet regularly and implement short-term recommendations and identify funding for long term recommendations of the accessDC Study.

*Year 3:*
Partner agencies begin to implement long term strategies of accessDC study.

**Performance Metric(s):**

- # of people using at least 2 transportation providers

| Priority Area 9 Metrics: | FY17 | FY18 | FY19 |
|---|---|---|---|
| # of new fully inclusive daytime program offerings | Baseline | | |
| % of DCOA, DCPL and DPR programmatic staff/ grantee network trained on "Inclusive Programming for All" | Baseline | | |
| #/% of people with disabilities using at least 2 transportation services for which they are eligible | Baseline | +10% | +10% |

Olmstead Plan | **2017-2020**

## II. 2017 Quantitative Transition Goals

The District continues to set quantitative goals that measure performance in integrating people with disabilities into the least restrictive environment possible, given each individual's needs and the available resources.  Building on their 2016 Olmstead action steps (see Appendix A), the four core service agencies (DCOA, DDS, DHCF and DBH) have set the following goals for 2017, with detail following the table:

| Agency | 2017 Goal | Detail |
|---|---|---|
| DCOA | 45 transitions from institutional settings, annually | • Following a stay of at least 90 days (see Action Step 5.5) |
| DCOA | Establish a baseline for number of people served through Options Counseling Services | • 2017 is the first year collecting this information from all ADRC programs and services as an indicator of improved access to home and community-based services (see Action Step 7.1) |
| DDS | 165 transitions from day supports | • Transition is from day supports in a congregate setting to a more integrated setting. |
| DHCF | 30 transitions from institutional settings | • Unduplicated count from the transition goals of other District agencies' Olmstead goals. |
| DBH | 70 transitions from Psychiatric Residential Treatment Facilities (PRTFs) or Saint Elizabeths Hospital (SEH) | • To home and community-based settings<br>• Following stays of 187 days or more from Saint Elizabeths Hospital |

*DCOA:*

DCOA expects to maintain its quantitative Community Transition goal of 45 for 2017, including people who have resided in a nursing facility for 90 days or more. This number does not differentiate between Money Follows the Person and Non-Money Follows the Person clients as it has in past years. DCOA is also committed to illustrating the District's efforts to help improve access to home and community-based resources by establishing baseline data for the number of people were served through options counseling service. Over the next three years, DCOA will improve its evaluation and data collection methods, with the goal of illustrating a correlation between increased/improved option counseling services and reduction in institutionalization.

*DDS:*

In 2016 DDS is no longer tracking movement of people from Intermediate Care Facilities for People with Intellectual Disabilities (ICFs) into the waiver due to its success in reducing the number of people in ICFs and the size of those homes.  DDS meets with each person living in an ICF at least on an annual basis to discuss support options. At that time, the person's needs are assessed and he/she, along with his/her support team, determines whether they are in the least restrictive setting to meet their needs.

DDS retains its goal of reducing the number of people receiving day supports in a congregate setting by 100. Success is demonstrated by: 1) increased numbers of people engaged in competitive integrated employment; 2) greater enrollment in Individualized Day Supports, Supported Employment, or Small Group Day Habilitation; and/or 3) increased participation in community-based Active Treatment for people living in ICFs.

*DHCF:*

DHCF maintains its goal of transitioning 30 people from institutional settings.  In 2016, the goal was increased from 20 to 30 to reflect the addition of the Adult Day Health Program. Based on actual discharges from Long Term Care facilities and enrollment within 60 days in Medicaid home and community-based services, this goal is consistent with performance over the year.

*DBH:*

DBH retained  its 2016 goal  in 2017 because 1) the goal is specific to people who have a length of stay at  Saint Elizabeths Hospital; and 2) fewer children are being placed in PRTFs because DBH has been successful in collaborating with other agencies to provide alternative wrap-around care, when possible, which diverts children and youth from residential care and also because
DBH instituted Psychiatric Residential Treatment Facility (PRTF) Placement Criteria in April 2011. All

child-serving agencies seeking PRTF placements are required to complete a specific referral form and submit it to the DC PRTF Review Committee, which is responsible for making the Level of Care determination for individuals who are eligible for Medicaid reimbursement. The committee is chaired by a psychiatrist, the DBH Associate Chief Clinical Officer, and is comprised of representatives from Child and Family Services Agency, Department of Youth Rehabilitation Services, the Office of the State Superintendent of Education, District of Columbia Public Schools, Court Social Services and a parent advocate. The criteria are used to ensure that youth initially placed in residential care as well as those reviewed for continued stay meet medical necessity for that level of care. The implementation of the DC PRTF Review Committee and the utilization of the PRTF Placement Criteria have also helped decreased the number of youth ultimately placed in PRTFs for treatment.

# Glossary of Acronyms

ADA:    Americans with Disabilities Act
AFCH:   Adult Foster Care Home
ALFs:   Assisted living Facilities
APS:    Adult Protective Services in DHS
ARDC:   Aging and Disability Resource Center in DCOA
CFSA:   Child and Family Services Agency
CMS:    Center on Medicaid Services (federal agency)
CRFs:   Community Residential Facilities
CSAs:   Core Services Agencies (DBH subcontract)
DBH:    Department of Behavioral Health
DCSRC: DC State Rehabilitation Council
DCHA:  DC Housing Authority
DCOA:  D.C. Office on Aging
DCPL:  DC Public Libraries
DCPS:  District of Columbia Public Schools
DCRA:  DC Regulatory Authority
DD:     Developmental Disabilities
DDC:    DC Developmental Disabilities Council
DDOT:  DC Department of Transportation
DDS:    Department on Disability Services in DDS
DHCD:  Department of Housing and Community Development
DHCF:  Department of Health Care Finance
DHS:    Department of Human Services
DMHHS: Deputy Mayor for Health and Human Services
DOC:    Department of Corrections
DOES:  Department of Employment Services
DOH:    Department of Health
DPR:    Department of Parks and Recreation
DYRS:  Department of Youth Rehabilitation Services
EPD:    Elderly and Persons with Disabilities
HAIP:   Handicapped Accessibility Improvement Program in DHCD
HCBS:  Home and Community Based Services
HRLA:  Health Regulation and Licensing Administration in DOH
ICF/IDDs: Intermediate Care Facilities for individuals with Intellectual Disabilities
ICFs:   Intermediate Care Facilities
ID:     Intellectual Disabilities

Olmstead Plan **2017-2020**

ID/DD: Individuals with Developmental and Intellectual Disabilities
ILOB:    Independent Living Older Blind Program
ILS:      Independent Living Services
LOC:     Level of Care
LOS:     Length of Stay
LTSS:    Long Term Services and Supports
MFP:     Money Follows the Person Rebalancing Demonstration Grant
MH/BH: Mental Health/Behavioral Health
MHCRFs: Mental Health Community Residence Facilities
MTM:    DC Non-Emergency Transportation
NCI:      National Core Indicators
NWD:    No Wrong Door
ODR:     Office on Disability Rights
OSSE:    Office of the State Superintendent for Education
PCP:      Person-Centered Practice
PRTFs:  Psychiatric Residential Treatment Facilities
RSA:      Rehabilitation Services Administration in DDS
SILC:     DC Statewide Independent Living Council
SIM:      State Innovation Model
SNAP:    Supplemental Nutrition Assistance in DHS Program
TANF:    Temporary Assistance for Needy Families in DHS
VR:        Vocational Rehabilitation
WMATA: Washington Metropolitan Area Transit Authority

# Endnotes

[i] This does not include IDD HCBS Waiver providers.

[ii] DHS assesses the following categories of disability: "Alcohol Abuse," "Drug Abuse," "Both Alcohol and Drug Abuse," "Chronic Health Condition," Developmental," "HIV/AIDS," "Mental Health Problem," and "Physical."

[iii] Out of 3,355 unique individuals who received nursing facility services in FY16 paid for by Medicaid, 2,734 received services at an in-state facility, and 643 received services at an out-of-state facility. Some individuals received services at both in-state and out-of-state facilities during the year.

[iv] All transitions listed are only transitions that were facilitated by the District through MFP and NHT.

[v] This total does not include assisted living facilities that do not receive Medicaid reimbursement. There are several assisted living facilities in the District that only accept private-pay patients.

[vi] Led by DHCF, the SIM work brings together DOH, DBH, DHS, the Office of the DMHHS, Councilmember Yvette Alexander's office; community-based health and social service providers; private health insurers and beneficiary advocates.

[vii] 2013 American Community Survey (ACS), U.S. Bureau of the Census.

[viii] John Butterworth *et al.,* StateData: The National Report on Employment Services and Outcomes (Institute for Community Inclusion (UCEDD) University of Massachussetts Boston 2014).

[ix] Data provided by the DC Department on Employment Services

[x] DHS assesses the following categories of disability: "Alcohol Abuse," "Drug Abuse," "Both Alcohol and Drug Abuse," "Chronic Health Condition," Developmental," "HIV/AIDS," "Mental Health Problem," and "Physical."

[xi] "Inclusive Programming' is the integration of all people, regardless of age and regardless of functional ability, in leisure and recreational activities that are developed for the general community population. Inclusive programming includes, but is not limited to using an inclusive approach to recreation and leisure in many, diverse ways such as a.) administrative support, b.) nature of the program, c.) nature of the activities, d.) environmental/logistical considerations, and e.) programming techniques and methods—so that every resident can participate and benefit from a typical recreation or leisure experience in the community." Gaylord, V., Lieberman, L., Abery, B. & Lais, G. (Eds.). (2003). *Impact: Feature Issue on Social Inclusion Through Recreation for Persons with Disabilities, 16*(2) Minneapolis: University of Minnesota, Institute on Community Integration. Available from http://ici.umn.edu/products/impact/162.

McGee, L. P., Anderson, L., & Wilkins, V. (n.d.). Office for the Aging: *Livable NY- Inclusive Recreation Services*. Retrieved December 19, 2016 from http://www.aging.ny.gov/LivableNY/ResourceManual/Index.cfm.