UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| - against - | ) |
| | )   Civ. No. 1:18-cv-1901 (EGS) |
| The District of Columbia, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF KIMBERLY CAMPBELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Kimberly Campbell, of full age, hereby certify as follows:

1.  I am over 18 years of age and competent to testify regarding the matters described herein.

2.  I am a licensed clinical social worker who has spent over 25 years delivering and administering health and human services, including children's mental health.  I have worked with schools, child welfare and other service agencies to support hundreds of children with mental health disabilities, including those with significant support needs.

3.  I have been retained to review the services provided to L.R., the named plaintiff in the class action Complaint *M.J. v. District of Columbia* (Aug. 14, 2018).  I have also been asked to review service records and conduct interviews for a random sample of Medicaid-eligible children, and for other children who are clients of Disability Rights D.C.

4.  My review of these children reveals some consistent similarities, including deficiencies in the services provided to them by the District of Columbia.  Based on my review and my professional expertise, I conclude that L.R. and the other children need, but have generally not received, intensive community-based services (ICBS) as defined in the

Complaint, which represent a professional consensus about a set of services and an approach to providing them that have been shown to produce positive outcomes for children with significant mental health needs, and their families, when provided with fidelity.

5. Importantly, L.R. and the other children whose records I have reviewed need, but generally have not received, intensive mental health services that are provided in the community and are designed and implemented by a child and family team.  One approach that can be implemented by a child and family team is referred to as the "Wraparound Planning Process" facilitated by professionals working in children's mental health and inclusive of professionals from other systems with which the child and family are involved; under this approach, both formal services and informal supports from family members, caretakers, and others who know the child engage in a teaming process, develop a plan based on the child and family's strengths and needs, and share responsibility for plan implementation.  Even though L.R. and at least one of the other children have been enrolled in a service called "High Fidelity Wraparound," this service does not appear to have been provided to them, or was not provided with fidelity to this model, and has not prevented their hospitalizations, out-of-home residential and foster placements, and incarceration in juvenile detention facilities.

6. Because they have not received ICBS, L.R. and most of the other children remain at high risk of institutionalization of one sort or another, including in psychiatric residential treatment facilities, congregate care group homes, or juvenile or adult criminal detention. Institutionalization is the highest level of out-of-home placement that a child or youth can experience and includes any congregate care setting that is not with a foster family or the

child's own family, where the child resides for an extended period of time such that the institution has primary responsibility for caretaking of the child. In a sense, the individual is being raised by the institution.  A child is at high risk of institutionalization when, for example, there is evidence of deterioration of functioning across major life domains and the service systems fail to respond in a coordinated way that stabilizes and supports healthy functioning for the child and family.

### ***Background and Expertise***

7.  Since October 2019, I have served as Assistant County Administrator in Broward County, Florida.  The Broward County Office of the County Administrator oversees a county with 1.9 million residents and operations for over 60 agencies with more than 6,200 employees.  Among my responsibilities is oversight of the Broward County Human Services Department, which provides services to thousands of Broward County residents, including services to children, adults, families, elderly, veterans, and homeless populations.  The services provided include, among others, primary health care services, substance abuse services, rape crisis and sexual assault services, child welfare services, homeless services, juvenile justice prevention services, children's special needs services, HIV/AIDS and Ryan White related services, family self-sufficiency services, and children's mental health services, including to pre-adjudicated youth.

8.  Before becoming Assistant County Administrator, from 2015 to 2019 I was the Director of the Human Services Department.  During my tenure, the Department provided mental health screening, assessment, and case management services for juvenile offenders, and contracted with providers for mental health services, including: "wraparound" intensive community-based services; individual, group, and family therapy; targeted case

management; and substance abuse services.  We provided forensic evaluations and assessments for children who had been abused and were served in the child welfare system.  The Department also collaborated with the Broward County Public Schools to provide school-based counseling services to students.  Before becoming director, I served as Deputy Director of the Department from 2013 to 2015.

9. Before working in Broward County, from 2007 to 2013 I was the director of the children's mental health system in Mecklenburg County, North Carolina, which includes the city of Charlotte.  The coordinated system of care for children with mental health needs and their families in Mecklenburg County was called "MeckCARES."  As director, I provided clinical oversight and leadership for 80 child and adolescent mental health service providers, as they provided services and supports to children and families.  The MeckCARES providers, who served clients through individual child-family teams, consulted with me when they needed ideas for how to implement effective behavioral interventions with specific children.  In this role, I worked with the most "at-risk" children in Mecklenburg County, consulting with providers when their clients were deemed "out of control."  I have attended at least 1,000 child-family team meetings during my career.  Each year, I also consulted with schools on about 75 individual students who were referred to school intervention teams for academic problems, behavioral issues, or both.  I participated in many Individualized Education Program (IEP) teams for children with emotional disturbance.

10. During this time, I also consulted with Montgomery Public Schools in Montgomery, Alabama on how it could better serve students with emotional disturbance.  I have also consulted with advocates in Mississippi about how to serve students living in Psychiatric

4

Residential Treatment Facilities (PRTFs) in their own homes and communities. Further, I have consulted with advocates in Louisiana, where I evaluated how the state's mental health system serves children with emotional disturbance and whether the system provides them with appropriate services. Similarly, I have consulted with advocates in California and Pennsylvania about children's mental health services there. In addition, I have consulted with the United States Department of Justice regarding its efforts to enforce the Americans with Disabilities Act.

11. At least three presentations that I co-authored and presented at children's mental health research conferences have been published in the conference proceedings. I have written over 20 additional presentations for conferences and meetings, or for use by MeckCARES, its partner schools, and other mental health providers.

12. I have not testified as an expert at trial or by deposition in the previous 4 years.

13. My CV is attached as Exhibit A to this declaration and includes a list of my publications.

14. I am being compensated at an hourly rate of $150 per hour for my work on this case.

### *Methodology*

15. Plaintiffs' counsel engaged me to review a set of records for children and youth in Washington, D.C. (the "District"), and asked me to determine if these individuals have mental health needs, if those needs were met by the services and systems in the community where they live, and if not, what services they needed and did not receive. The purpose of this study, and this litigation, is to ensure that children with mental health disabilities living in the District have the supports they need to stabilize their mental health needs and allow them to live, learn, play, and grow in the least restrictive environment possible.

16. I have reviewed the planning and services provided to L.R. and other children in the District, in much the same way as I review planning and services for children in my other professional work.

17. I reviewed cases assigned to me by Plaintiffs' counsel.  These cases include L.R., a named plaintiff in this litigation, and three Disability Rights, D.C. clients, E.H., M.W, and K.R.  I also reviewed a sample of Medicaid-eligible children, including T.W., D.S., D.G., and J.S.  It is my understanding that this sample was chosen by another expert engaged by Plaintiffs' counsel.  (E.H. was also among the individuals identified by the District, chosen as part of the random sample, and engaged by Plaintiffs for the client review study.)

18. I am one of several experts working on case reviews for Plaintiffs' counsel in this case. Each of the case review experts was assigned a group of individual cases to review; we were not involved in the assignment process.

19. I began working with Plaintiffs' counsel on case reviews related to this case in 2018.  At that time, I spoke with L.R. and reviewed her records.  In 2019, I began working with other case review experts engaged by Plaintiffs.  We worked together to develop guidelines for our case reviews. In 2020, I reviewed records for E.H., K.R., and M.W.  I was assigned a randomly selected group of children in early 2021.  I reviewed records and conducted interviews for these children and youth in 2021.

20. The specific records available for each child differed depending on the child's history and service providers.  At a minimum, I reviewed assessment and evaluation and treatment records for each child to understand the behavioral health challenges they were having and the interventions they had received to address those challenges.  When relevant and

available, I also reviewed case notes from the D.C. Department of Behavioral Health (DBH), psychiatric medication management notes, hospital records, Individualized Education Program (IEP) plans, and court documents such as permanency orders and juvenile justice commitment orders.  A list of documents that I reviewed is attached to my report as Exhibit B.

21.  I conducted interviews with children and their parents or other caregivers, service providers, and other individuals familiar with the child and family who were willing to speak with me.  All interviews that took place in 2020 or 2021 were conducted virtually. These interviews are important to provide a more complete understanding of the child and family and supplement any gaps in the records.  I cross-checked information I learned from interviews with the child's records to identify consistencies and inconsistencies and fill in gaps.

22.  I also interviewed service providers such as therapists, psychiatrists, nurse practitioners, community support workers, school social workers, and teachers, to understand their specific perspective on the child.  I do these types of interviews because each has a different view of a child, which when put together give you a more complete picture of that child; what a teacher sees in the classroom during the day might be different than what a therapist sees in their office or what a parent sees at home.  All interviews were voluntary for the interviewees and some individuals declined to speak with me.

23.  In cases where I offer an opinion on a child, I received enough information from the available records and interviews to form a professional opinion.  I consider records and interviews together.  In cases where a child has more extensive records, provider interviews are less important. In the cases of D.G. and J.S., I was unable to form an

opinion about whether the youth needed ICBS and was at risk of institutionalization because I could not arrange an interview with the child or child's parent or their service providers, and their records were not sufficiently complete.

24. Early in the review process, I met with other experts to develop guidelines for our case reviews. We did this to standardize our process for the case reviews and ensure that we were all looking at the same domains where behavioral issues typically occur.

25. For our interviews with children, caregivers, and service providers, we developed a set of questions related to basic demographic information about the child and family, the child's mental health and the systems they have been involved in, the child's family, community, and school life, and their strengths, needs, challenges, hopes, and aspirations in all of life's domains. Although I ask about similar issues in each of my interviews, I adjust my language and vocabulary as appropriate to match the age and professional background of the person I am interviewing.

26. We developed similar guidelines for our review of a child's records, including examining the descriptive history of services provided to the child and the impact or outcome of those services.

27. The client review experts also held what we refer to in the field as "case staffing" calls in spring and early summer 2021. During these calls, we discussed our preliminary findings from file reviews and interviews and provided high level overviews of what we were seeing in the cases. These calls allowed us to talk through each study participant's experiences and specific needs. Other experts asked questions about the cases and this helped us have a deeper analysis and understanding of what is happening with the participant and their family. The benefit of a team, whether of experts or of clinicians

and other providers, is to provide multiple sources of knowledge and types of expertise to benefit the project's overall objectives.

28. As part of the development of our case review protocols, the client review experts identified risk factors of children who may need ICBS.  These risk factors include a diagnosis of a mental, behavioral, or emotional disorder, out-of-home placement in the last one to two years, disruptive behaviors across multiple settings (i.e. behavioral challenges at home and in the community, or in the community and at school, or any combination of the three), and multi-system involvement, especially involvement in the juvenile justice, child welfare, or special education systems.

29. The client review experts applied a definition of ICBS based on the standard understanding of this term in the field of children's mental health.  Each of the experts has extensive experience in children's mental health and working within a system of care framework, which involves bringing all systems to the table to plan, deliver, and evaluate services for children and families in a community that are based upon the individualized strengths, needs and culture identified through a thorough assessment process.  ICBS are services that are provided in the community and centered around meeting the child's needs and the needs of the family.  Our definition of ICBS is consistent with the definition provided in the Complaint.  Paragraph 39 of the Complaint defines ICBS as follows:

    a. ***Intensive care coordination* ("ICC")**—an intensive form of case management in which a provider convenes a "child and family team," including the child, the child's family, service providers, and other individuals identified by the family, to

design and supervise a plan that provides and coordinates services for children

with mental health disabilities;

b. ***Intensive behavior support services***—individualized therapeutic interventions

provided on a frequent and consistent basis that are designed to improve behavior

and delivered to children and families in any setting where the child is naturally

located; and

c. ***Mobile crisis services***—a mobile, onsite, in-person response, available at any time

or place to a child experiencing a crisis, for the purpose of identifying, assessing,

and stabilizing the situation and reducing any immediate risk of harm.  These

services may be delivered in the child's home, school, or community.

30. ICBS requires assistance and coordination from multiple providers.  The care coordinator

connects the child to services and a paraprofessional works with the child on active skill

building and implementing interventions in the home and community that are included in

treatment plans and discussed during therapy.  When appropriate for the child and

family's needs, a licensed clinician does therapy.

31. When a child is involved in multiple systems and has multiple needs across different life

domains, a child and family team is crucial to coordinate the child's services and

interventions and to ensure the family is not overwhelmed by each system's competing

priorities.  A child and family team brings representatives of each system together with

the family and natural or informal supports to create a collective plan for the child's care.

32. ICBS also includes a continuum of crisis services and supports such as a crisis response

team or a crisis assistance center.  It is necessary to have an individualized crisis plan that

explicitly articulates what constitutes a crisis for each child and family with interventions

tailored to their needs and responsive to varying levels of crisis, from suicide risk to less acute crisis. It is important that mobile crisis services be available as an alternative to calling 911 to have the police respond in an emergency, as a solely law enforcement response is inappropriate to address a child's mental health needs.

33. Other services should also be available to be prescribed by a child and family team as part of ICBS, including peer support services for older teens that are transitioning to adulthood, and participation in group therapy where indicated. Parents should also be offered parenting support or parent advocacy services because you cannot treat children outside the context of their families. Respite services are also important. Rearing children with significant needs can be challenging and a short-term respite placement can minimize stressors on parents. Temporary short term foster care or respite care can give everyone a break for a limited period of time and prevent a longer term out-of-home placement. Ancillary services such as equine therapy, music therapy, art therapy, yoga, and meditation can also be supportive for children.

34. I have reviewed the Complaint filed in this case and dated August 14, 2018, which alleges that L.R. and other Medicaid-eligible children in Washington, D.C., with mental health disabilities are needlessly institutionalized or at serious risk of institutionalization because the District fails to provide them medically necessary ICBS, including intensive care coordination, intensive in-home supports, and crisis services. I agree with the definition of ICBS provided in the Complaint. I also agree that a significant number of

children with serious emotional disturbance[1] need these ICBS, including L.R. and other children whose records I reviewed.

### _L.R._

35.  L.R. is a 20-year-old young woman who currently lives in southeast D.C.  She is enrolled in the District's Medicaid program.

36.  I have reviewed records for L.R. provided to me that Plaintiffs' counsel obtained from the District of Columbia Department of Behavioral Health (DBH); the District of Columbia Department of Youth Rehabilitation Services, (DYRS); Health Services for Children with Special Needs, Inc. (HSCSN), the Medicaid Managed Care Organization in which L.R. is enrolled; the Psychiatric Institute of Washington (PIW), a psychiatric hospital for children in Washington, D.C., in which L.R. has been a patient; at least two psychiatric residential treatment facilities (PRTFs) outside the District in which L.R. has been placed; and at least two of L.R.'s past community-based service providers, among others.

37.  I first spoke with L.R. in 2018 and have spoken to her every year since then.  I conducted three face-to-face interviews with L.R. and spoke to her two to three times by phone.  I

---

[1] Under District law, a child has a "serious emotional disturbance" when (a) the child has a mental health condition and (b) that condition causes the child to have a functional impairment that—on an episodic, recurrent, or continuous basis—either substantially limits the child's functioning in family, school, or community activities; or limits the child from achieving or maintaining one or more developmentally appropriate social, behavioral, cognitive, communicative, or adaptive skills.  D.C. Mun. Regs. Tit. 22-A, § 1201.1 (2002).  This is the definition that I use for this term in my report.  A serious emotional disturbance can also be referred to as a mental health disability.  A mental health disability is a mental impairment that substantially limits one or more major life activities.  For the purposes of this report, I use these two terms synonymously.

Further, for a person who is an older youth or adult, the term "serious and persistent mental illness" is used to refer to what we call a "serious emotional disturbance" for a young child; these terms have the same meaning, other than the age of the subject.  A person with a serious and persistent mental illness also has a mental health disability.

also conducted face-to-face interviews with L.R.'s father, her uncle, her caseworker from

one of her community-based service providers, her DYRS caseworker, and the Director

of Behavioral Health and L.R.'s therapist at the New Beginnings Youth Development

Center (New Beginnings).

38.   L.R. has significant strengths.  She is very resilient and resourceful, including in her

ability to navigate her community and find supports and resources to meet her needs.

Although she can be guarded around strangers, she has an open and friendly personality.

She is articulate and can tell you definitively what she wants.  She is interested in

employment, including in cosmetology and in the medical profession.  She also is very

good with younger children and can express empathy with them and their challenges.

She is also interested in writing and performing poetry.  She has the capacity to be a

leader in whatever she is doing.

39.   L.R. has significant natural supports among friends and family.  She has an aunt with

whom she stays in contact.  When I visited her in February 2020 she talked about her

boyfriend and also about a number of her girlfriends. When we spoke again in April

2021, she again expressed that she finds tremendous strength from her relationship with

her current boyfriend.  She has also told me about extended family members, including

nieces and nephews, that she wants to connect with.

40.  L.R. has a mental health condition.  She has been diagnosed with bipolar disorder, a

mood disorder, and attention deficit hyperactivity disorder (ADHD).  Her mental health

condition has caused her to engage in high risk and sometimes aggressive behaviors that

have put herself in danger and that have made her living situation unstable.  Now that

L.R. is an older youth, the clinical term for her current condition in some jurisdictions

13

where I have worked is "serious and persistent mental illness" (SPMI), but regardless she has a mental health condition, and had a "serious emotional disturbance" when she was younger.

41. Over the years, L.R. has experienced many interruptions in her living situation and mental health treatment. She was born on October 28, 2000. Her mother used drugs, and L.R. was sent to live with her grandmother. L.R.'s younger sister was placed outside the home and was ultimately adopted by a family in another state. It is important to note that L.R. was desperate to have a connection and relationship with her younger sister, and I did not see that a relationship was facilitated by the professionals working with her, which represents a missed opportunity.

42. In October 2009, L.R.'s grandmother died, and L.R. was sent to live with her father. She and her father were homeless and moved among several temporary residences over the next few years, until her father remarried, and they lived with her stepmother.

43. Shortly after her grandmother's death, L.R. was referred to a community provider, Community Connections, by her elementary school. During 2010 and 2011, L.R. received a service called "community-based intervention" (CBI) while enrolled with Community Connections. In March 2011, after being suspended from school during an incident in which the school called the police, L.R. was sent to PIW. She has been hospitalized at PIW and also at Children's National Hospital on several occasions.

44. L.R. was arrested for the first time in 2012, when she was twelve years old. In December 2013, she was detained at the Youth Services Center (YSC), which is operated by DYRS. She has been detained at YSC, New Beginnings, and group homes contracting with DYRS many times over the years.

45. In 2015, L.R. was placed in Devereux Advanced Behavioral Health – an intensive residential treatment program in Viera, Florida.  She stayed there for about nine months.  She was discharged to a foster home in the District without community-based mental health services in place.  She ran away from the foster home in 2016; when she was found, she was returned to YSC.

46. In 2017 L.R. was transferred to another residential placement, Youth for Tomorrow in Bristow, Virginia.  She was discharged from that program for "noncompliance" within a few months, and returned to YSC.  She then spent a month in PIW.  Then she returned to YSC; after that, she was placed at another residential program, Harbor Point Behavioral Health Center in Portsmouth, Virginia.  She spent about two months at Harbor Point and then was discharged to her father's house in the District without community-based mental health services in place.  She then ran away.  When she was found, she was returned to YSC.

47. After a time, L.R. was placed at New Beginnings.  She was released from New Beginnings in October 2018 and sent to Hope House, a group home in Maryland.  She ran away from Hope House in November 2018.  Since she was found, she has lived, among other settings, with her father, with an aunt, and at Covenant House, a transitional living program.  She is currently living with her boyfriend.

48. L.R. was released from New Beginnings without a plan for connection to community-based services.  There should always be a transition plan for children who are multi-system involved, like L.R., and who have been outside the home for an extended period of time.  Compared to the relative structure of the institution, the community is

completely unstructured.  Without a plan for the agencies and providers working together with the child in the community, the child can fall through the cracks.

49. I understand that L.R.'s advocate from Disability Rights D.C. helped her connect with a number of community-based service providers after her release from New Beginnings, including for CBI, therapy, and the District's "High Fidelity Wraparound" service.  When I met with her in February 2020, she was living with her boyfriend and had completed an intake appointment with the "Transitional Age Assertive Community Treatment" (TACT) program at Community Connections.  When we spoke in April 2021, she was receiving only intermittent services.

50. L.R. needs, but has not received, the ICBS described in the Complaint.  She needs the intensive, individualized services and identification of and support for her natural support network that are an essential part of the ICBS model.  I do not see that a "child and family team"—comprised both of professionals working with L.R. and her family and of "natural supports," like family members, other caregivers, and others who know and could support L.R.—has ever been convened to help her.  I do not see that a child and family team has ever conducted a thorough assessment of her strengths, interests, preferences, and needs, and of her family's resources for supporting her.  I do not see that such an assessment has informed a service plan for L.R., or that a child and family team has monitored her plan and changed it if it wasn't working.  I also do not see that a mobile crisis service has ever helped L.R. de-escalate her behavior and avoid punishment or hospitalization for her behavior, or helped L.R.'s child and family team develop a crisis plan for her.  ICBS following this approach and with these components could have

helped support L.R. in the community and helped her avoid all of the disruptions in her life.

51. Based on my review of her records, it appears as though L.R. has received CBI on as many as five different occasions over the years.  She has also been enrolled in outpatient therapy, and seen a psychiatrist for medication management.  L.R. does not appear to have benefitted from these services.  She continued to experience multiple out-of-home placements and engaged in high-risk behavior that contributed to her involvement with the courts and DYRS.  In my view, this indicates that the services she was provided were provided too inconsistently, and were not effective in supporting her needs.

52. In addition, these services did not effectively address issues in L.R.'s home.  L.R.'s father felt overwhelmed, isolated, and unsupported in meeting L.R.'s mental health needs.  ICBS wrapped around the child and family model address both the child's needs and those of the family supporting the child.  This did not happen for L.R. and her family.

53. I am also concerned that L.R. did not receive adequate benefit during or following her hospitalizations at PIW and Children's National or her residential placements.  Hospital staff report that L.R. was "stabilized" during her hospital stays, but DBH did not follow through to ensure that she was connected to services following her discharge, or that L.R.'s family received support while she was hospitalized to prepare for her return.

54. Although TACT services are authorized for L.R., they do not appear to be delivered using a teaming approach and are delivered intermittently.  TACT is a form of ICBS and if the TACT service is delivered with fidelity to its model, it could provide a form of intensive community-based service that would benefit L.R.  In general, when delivered with fidelity, TACT programs provide multidisciplinary support through a team including

case managers, therapists, and psychiatrists, to youth in the community who have experienced out-of-home placements in residential centers, juvenile correctional facilities, and foster homes.  L.R. needs assistance with obtaining a driver's license, stable housing (which is her own and not dependent on someone else's stability), and employment (along with vocational rehabilitation support), and she needs mentoring and other support for her mental health needs; her TACT team should be able to help her with these needs.   The TACT team should be able to provide or connect L.R. with therapy that addresses the trauma and grief that she has experienced.  The TACT team should also engage individuals in L.R.'s life who can provide natural supports to her, such as her boyfriend, friends or family members.  She has expressed an interest in connecting with her younger sister; the TACT team could help with this, too.  With the effective supports that a TACT team should be able to provide, L.R. could be housed in an independent living program in a single unit by herself.  Unfortunately, L.R. does not appear to have received these services and supports.

55.  Moreover, it took over a year for DBH to connect L.R. to the TACT service following her release from New Beginnings.  That delay never should have happened.  There is a risk that a child will regress if there are no supports or inadequate supports in place following discharge from an institution.  The child may engage in behaviors similar to those for which she was institutionalized in the first place.  In L.R.'s case, I believe that she has continued to engage in high-risk behaviors, and may have been victimized by others since leaving New Beginnings.  Certainly, she is in a very unstable housing situation, and she was charged several months ago with assaulting someone on public transportation.  This could have been prevented had she been connected to appropriate

services that were in place following her release.  This delay is also very concerning because L.R. is turning twenty-one years old soon.  She is supposed to be getting community support services and therapy, and it is not being provided now.  At this time, a team needs to be thinking carefully about how to properly support the transition to adulthood for a child with a serious history of complex trauma and serious criminal charges.  I believe L.R. is willing to engage in services, and she needs a team who will consistently engage with her.

56. L.R.'s advocate helped her enroll in the District's "High Fidelity Wraparound" service following her release from New Beginnings.  I do not see that the wraparound service was provided with fidelity to the model for wraparound as it is commonly understood across the United States.  I did not see evidence in L.R.'s records of an assessment of her strengths, interests, preferences, and needs.  I saw no evidence that a child and family team including both formal service providers and persons who could provide informal support was convened or met regularly.  I did not see evidence of a service plan that identified what L.R., her family and caretakers, and her service providers would be working on.  I did not see evidence of a crisis plan for L.R.  Without these elements, L.R. was not getting the ICBS that she needs.

57. I am concerned that L.R. remains at high risk of further institutionalization, including incarceration in a jail or prison setting.  If she is engaging in high-risk behaviors, she may be subject to adult criminal charges if she is arrested.  I also am concerned that she is at risk of being hospitalized in an involuntary psychiatric hold as a danger to herself or others as a result of her aggressive behaviors.  She is also at high risk of homelessness.

Although she currently lives with her boyfriend, her living situation is precarious and could be disrupted at any time if he loses housing or their relationship ends.

### *Other Children*

**E.H.**

58.  E.H. is a Biracial, Black-Hispanic, 16-year-old young man who is currently detained at New Beginnings.  I understand that he will be released into the community in summer 2021.  He has been enrolled in and is still eligible for the District's Medicaid program. E.H. is a client of Disability Rights D.C., who made substantial effort to coordinate his care.

59.  I have reviewed various records for E.H., including psychiatric and psychological evaluations and IEP records, as well as records from DBH; DYRS; the Grafton School, a psychiatric residential treatment facility in Virginia; the Natchez Trace Youth Academy, another residential facility in Tennessee where E.H. has been placed; the Latin American Youth Center (LAYC), a behavioral health services provider in the District; and MBI, another service provider.  These records include treatment plans and summaries, psychological evaluations, treatment notes, and a functional behavioral assessment.  I have also reviewed the declaration of Marcia Proctor, who tells E.H.'s story, and interviewed E.H, his prior case manager, and his wrap around coordinator.

60.  E.H. has significant strengths.  He is intelligent, articulate, charming, and respectful.  He is capable of making good efforts to learn in academic settings and performs best when given challenging work assignments and individualized attention.  He has empathy, is insightful, and cares about those around him.  He also has a good sense of humor, and peers seem to like him.  He enjoys playing football and basketball, and he likes listening

to music.  His mother and his great-grandmother have been supportive of him and are

interested in his success.  He seems most receptive to male staff.  E.H. is insightful and

aware of what his challenges are.

61. E.H. has a mental health condition.  His records indicate a variety of mental health

diagnoses, including a depressive disorder, oppositional defiant disorder (ODD), Mood

Disorder not otherwise specified, conduct disorder, unspecified bipolar disorder, ADHD,

and a "rule out" of disruptive mood dysregulation disorder (DMDD).  Evaluators have

indicated that he may also have PTSD.  He is currently being prescribed Adderall for

ADHD, but he reports that he does not currently take it because it gives him headaches.

He has also been diagnosed with specific learning disabilities.  He has also experienced

multiple psychiatric hospitalizations and residential placements.  Because of this

diagnostic and treatment history, in my opinion E.H. has a serious emotional disturbance.

62. E.H. is enrolled in the tenth grade at the Maya Angelou Academy at New Beginnings.

He is a bright student that is on grade level and works quickly without assistance.  His

full-scale IQ is 88, which is low average.  His school records indicate that he is disruptive

and easily distracted by peers.  As of May 2020, E.H. had an IEP in place.  His IEP

indicated that he required behavioral support services in small settings.  The IEP also

states that E.H. should receive a "high level of support services" but does not define these

services in any way.  In the school setting, E.H.'s major behavioral concerns are truancy,

defiance, and noncompliance.  The records also note that he has a desire to control his

environment and acts out in attention-seeking ways.

63. Like L.R., E.H. grew up living with his grandmother, who was his legal guardian, and to

whom he was very close.  He was exposed to drugs in utero, and there were allegations

that his grandmother physically abused him and had substance abuse issues. E.H. did not appear to have behavioral issues until after his grandmother died in 2015. After her death, in September 2015 he spent about a week at the Psychiatric Institute of Washington (PIW). E.H.'s records from PIW state that he engaged in disruptive and aggressive behaviors following his grandmother's death. PIW engaged in efforts to stabilize E.H., but I do not see that he or his family were connected to community-based services following his hospitalization. There is also nothing in the records to suggest that he received grief and loss therapy or services geared toward a child that lost their primary caregiver.

64. In 2016, when he was eleven years old, E.H. was sent to the Grafton School, a psychiatric residential treatment facility in Winchester, Virginia. He was there for a year. I do not see that he or his family were connected to services when he left Grafton.

65. When E.H. returned to the District in 2017, he engaged in aggressive and disruptive behaviors in the community. He eventually received juvenile charges and was placed under the custody of the Superior Court and DYRS. According to his records, at one point he was placed in the Residential Empowerment Adolescent Community Home (REACH), a group home for children under DYRS custody. With the help of his advocate from Disability Rights D.C., he was also enrolled in CBI and another service called "community support" (CS) provided by the Latin American Youth Center (LAYC).

66. E.H.'s case manager at LAYC from September 2018 to September 2019 was very engaged with the family. During this time E.H. was supposed to receive High Fidelity wraparound delivered using a child and family teaming approach; however, it was not

delivered with fidelity as the case manager facilitated separate meetings with the family and with the collateral team that did not include the family.  True child and family teaming includes both the family and the collateral team in the same meetings, which did not happen for E.H.  The case manager noted that during the time that these meetings were convened, E.H. showed no improvements.

67.  E.H. continued to engage in behavior for which he received additional charges.  He was detained in YSC in 2018.  After his release in early 2019, he was referred to another community provider, MBI, Inc., for the "High Fidelity Wraparound" service, but I do not see any records indicating whether this service was provided with fidelity.  In summer 2019, E.H. was placed at the Natchez Trace Youth Academy, a psychiatric residential treatment facility in Waverly, Tennessee.

68.  E.H. was returned to Washington, D.C., in February 2020, and placed in foster care.  He and his family were not connected with services before his return.  I understand that he ran away the day that he reached Washington.  When he was located, he was sent back to YSC.  He was placed in New Beginnings in October 2020.

69.  E.H. has a history of running away and has done so for an extended period of time on several occasions.  Reportedly, the primary reason that he runs away from home is because his home environment is chaotic and not safe.  Following the death of his grandmother, his elderly great-grandmother became his legal guardian.  The house in which they live is small and there are often many people present.  His mother lives in the same home with E.H. and his great-grandmother. He and his mother do not get along.  His mother is an active hard drug user who is not in recovery, which creates a chaotic and unstable environment for him that he tries to escape.

23

70.  E.H. needs, but has not received, ICBS as described in the Complaint.  He needs services that are identified and overseen by a child and family team, and that would meet his individualized needs and also support his caregivers' ability to provide adequate supervision and structure.  His records indicate repeatedly that his great-grandmother is invested in E.H.'s success and wants to support him.  E.H. himself has strengths and can be successful, but he and his family need a very intensive set of services and supports in the community so that he can succeed.

71.  I do not think that E.H. received appropriate mental health services following the death of his grandmother.  Given his developmental history and the trauma he experienced when she died, E.H. should have had a child and family team and a service plan in place after his behavior began to become more aggressive following her death.  He should have been provided a mentor, and received counseling from a therapist with experience dealing with children's grief and trauma.  My review of E.H.'s records indicates that this did not happen.  I see no evidence that a child and family team was convened immediately after his grandmother's death.  Instead, he was sent to a residential placement, and then he returned home and engaged in criminal behavior.  I believe that this could have been prevented had E.H. received ICBS as described in the Complaint.

72.  E.H. had a wraparound coordinator at MBI in 2019.  E.H.'s records indicate that the coordinator made an effort to connect him to community-based providers, but that services were provided inconsistently.  He has never received ICBS on a consistent level that could have resulted in a meaningful benefit to E.H. The coordinator facilitated what she identified as child and family team meetings once a month and coordinated services. I see references in his records to CBI, CS, mentoring, "High Fidelity Wraparound," and

cognitive-behavioral therapy (CBT), but no indication that he was engaged in these services.  However, the notes that I see in his records do not reflect a true teaming process, where regular meetings were held to review goals and objectives, talk about progress on these, and make adjustments based on what had happened.  I do not see evidence that wraparound or a child and family team were implemented with fidelity to any model with which I am familiar. In my view, he lacked supervision and an adequate response from the systems that were responsible for serving him, which led to his involvement with the courts and DYRS and to subsequent multiple out-of-home placements. It is important to note that some school records and psychological evaluations indicate his challenges with externalizing behaviors are a result of a need to control his environment in an effort to feel safe.

73. With ICBS, including a child and family team that identifies E.H.'s strengths, needs, and informal support network, E.H. and his family could start to receive the formal and informal supports that they need.  The case management system should be working diligently to prepare for his release from New Beginnings; without proper preparation, E.H. is likely to run away again.  He will require very intensive community-based services to support this transition, as he hasn't been able to demonstrate in the past that he can manage his own behavior and be safe, and his caregivers have not been able to demonstrate that they can provide a suitable home for him.

74. To prepare for E.H.'s release, services should be re-initiated at LAYC, and he should be provided with the same case manager there he had in the past, who had a strong relationship with his family and maintains a connection with them.  That case manager should be actively convening a team to take steps to create a transition plan for his

release.  E.H. should be being engaged in a strengths and needs assessment process to help support his successful transition.  Because E.H. is interested in sports, the team could explore whether he could be involved in organized sports activities.  His interest in music should be explored.  A case manager from HSCSN and representatives from his public school should be invited to the child and family team meeting.  The team should ensure that he has a plan for instruction and services in school, including for extended school year and a plan to help him transition to adulthood.  This plan should include connecting E.H. to supportive employment through vocational rehabilitation and a vocational or certification program to support his interest in pursuing a career as a mechanic or working with computers in the future.  He also needs counseling to help him process his grief and loss as well as address his needs for safety; I do not see that this has ever happened.  He needs a therapist who is trained in trauma resolution, who will work to establish a relationship with him that would allow him to talk about his trauma, including his trauma over his grandmother's death and his mother's substance use, which he still struggles with.  E.H. could also benefit from having a mentor that is someone who started in the system as an adolescent and is now out of the system and stable as a young adult.  The team needs to develop an individualized crisis plan that identifies E.H.'s triggers causing him to abscond and appropriate intervention strategies to mitigate that risk; interventions should include access to mobile crisis.

75. The biggest concern is ensuring that E.H. has a stable living environment to which to return.  When E.H. is released from New Beginnings, he would like to return home, and his great-grandmother would also like him to come home.  Significant support needs to be provided to his family, including his great-grandmother, for this to be successful.  His

great-grandmother should be given services and parenting instruction and support on how to implement rules and structure, and how to make sure the home is clean, safe, and free from substance use.  Respite should be provided for the family.  The family should be provided with functional family therapy.  If his mother is still actively using drugs, that needs to be addressed before he returns to the home.  The team should also explore the natural supports that are available to his family, including his extended family or church community, and should provide resources to shore up those supports.  The team should also apply for therapeutic foster care through HSCSN as an alternative, particularly if his great-grandmother's home remains chaotic, and should work to prepare that setting for his arrival as well.

76.   Given his history, E.H. is at high risk of institutionalization in the future, likely in a criminal justice setting or in a PRTF.  He has not lived at home since early 2019.  He was discharged from Natchez Trace in 2020 without adequate planning for transition back to Washington, D.C., and he almost immediately ran away.  When he runs away, this has often resulted in institutionalization at YSC and then at residential placements or group homes.  E.H. has already had interactions with the criminal system.  He currently has charges pending for carjacking.  E.H. is at a critical point given that he will soon be discharged from New Beginnings.  In anticipation of his discharge from the facility, a case manager should be diligently working on a transition plan that includes preparing his family or a foster family for his arrival, setting up therapy, connecting with his school, and exploring potential natural supports in his community.  I am concerned that if a transition plan developed in partnership with E.H. is not done and he is placed in a foster

home or returned home without ICBS, he will run away or engage in criminal activity again, and this cycle will repeat.

**K.R.**

77. K.R. is a 19-year-old Hispanic female who lives in an apartment with a roommate through an independent living program in the District. She is enrolled in the District's Medicaid program. K.R. is a client of Disability Rights D.C., who made substantial efforts to coordinate her care.

78. I have reviewed records for K.R., including her school records and records maintained by PIW, Children's National, the D.C. Department of Disability Services, DBH, and at least one of her community-based service providers, the Latin American Youth Center. These records include, among other documents, hospital records, psychological evaluations, treatment plans, and IEP records. I conducted an interview with K.R. in April 2021 and reviewed her declaration filed in this case. Her declaration is consistent with the records that I reviewed.

79. K.R. has significant strengths. She is happy and very friendly and outgoing. It is easy for her to establish friendships. She has friends both at school and at church. She is flexible and adapts to change easily. At school, K.R. works well with peers in small group settings. She is very conscientious about her schoolwork. She works hard and enjoys her successes. She has never experimented with drugs or alcohol.

80. K.R. has a mental health condition and serious and persistent mental illness (which was considered a serious emotional disturbance as a child) that is co-occurring with an intellectual or developmental disability. According to psychological evaluation results, she has a FSIQ of sixty-four and her intellectual disability is her primary diagnosis. She

has been diagnosed with bipolar disorder with psychotic features, dysthymia (persistent depressive disorder), major depressive disorder, a mood disorder, and psychosis. She reports auditory and visual hallucinations. Her records also reference anxiety and possible PTSD. She has had numerous, significant suicidal ideations and at least two suicide attempts. She has been hospitalized at least twice at Children's National Hospital for her mental health condition and visited the emergency room at least five times. In April 2019 she spent two weeks at PIW. She takes medication every day and sees a therapist twice a week.

81. According to her records, K.R. experienced developmental delays as a small child, and was late to begin talking and walking. She lived with family in Texas until 2017, when she reported that she was sexually abused by an uncle. Then she came to Washington, D.C., to live with her mother. K.R. reports that she was raped by her mother's boyfriend and her mother was physically abusive. As a result of this abuse, she repeatedly ran away from home. At one point, K.R.'s relationship with her mother became so conflicted that her mother did not want her in the home anymore.

82. K.R. enrolled in a public charter school in the District. Although K.R. received special education services in Texas, it is unclear whether she received appropriate services from her charter school. On a number of occasions, she was taken from school to the emergency room at Children's National, where she would be examined and sent home. On at least two occasions, in May 2017 and in November 2018, these trips to the emergency room resulted in an admission and hospital stay of at least a week. K.R. reports that she ran away every time she was released from the hospital because she wanted to go from school to the hospital and did not want to be at home.

83. It does not appear as though there was any planning for community-based services after discharge from the hospital during or after K.R.'s 2017 hospital stay.  After her 2018 hospital stay, she was referred to the Latin American Youth Center (LAYC).  She had an intake appointment at LAYC in January 2019.  At that appointment, K.R.'s mother stated that K.R. and her family had not received any mental health services, including after her hospitalization in 2017.

84. K.R. had a psychological assessment at LAYC in February 2019.  She received a treatment plan in April 2019.  Between February 2019 and late April 2019, K.R. went to the Children's National emergency room five times. K.R.'s treatment plan at LAYC included helping K.R. improve her coping skills and self-regulation abilities, as well as working to share her feelings in individual therapy and family therapy around her relationship with her mother and self-harm ideation. The plan also included Community-Based Intervention (CBI), so that they could work on increasing positive communication between K.R. and her mother. CBI is a community-based service but is not tailored to the individual child; by itself, CBI is not ICBS, which features a service plan developed and monitored by a child and family team for as long as the child needs it.  The focus on the parent-child relationship made sense based on the level of conflict at the time, but before the plan could be implemented, K.R. was hospitalized at PIW beginning in April 2019, after cutting herself.

85. Both PIW and K.R.'s charter school recommended a residential placement for K.R. after her hospitalization at PIW.  K.R. reports that she was hospitalized continuously prior to entering her current independent living facility in May 2020.

86. When she was living with her mother, K.R. needed, but was not provided, ICBS as described in the Complaint.  Despite multiple warning signs, the mental health system in D.C. did not respond to K.R.'s situation in a way that met her needs or kept her safe. Given K.R.'s high number of hospitalizations and emergency room visits, her repeated suicidal ideation, her repeated running away from home, and the significant amount of disruption and conflict at home that was reflected in her records, her school, hospital, and community providers should have mobilized and intervened at the child and family level to address what was happening.  Although the April 2019 LAYC treatment plan addressed the primary concern of parent-child conflict, it is not clear that CBI or community support services were ever implemented in a consistent way to be effective. The DBH notes I reviewed indicated that K.R. did not feel safe at home with her mother, but DBH does not appear to have taken actions to keep her safe.  DBH authorized CBI and community support services and made a note about the need to convene a child and family team meeting, but it is not clear that any of these services were actually implemented.

87. I did not see evidence that a child and family team was convened to assess K.R.'s strengths, preferences, interests, and needs in order to develop a service plan for K.R. and her family.  In K.R.'s case, this assessment should have included an assessment of how her developmental/intellectual disability affected her functioning given her serious emotional disturbance.  This was needed so that the team could prescribe services that would be effective for K.R., given her cognitive functioning and within the context of her strengths and needs.  Like the other children, K.R. needed highly individualized services, and K.R.'s service plan should have included behavioral therapies and other services that

would have benefited her.  Additionally, particular attention should have been paid to the trauma associated with the allegations of abuse and sexual assault, and appropriate services should have been delivered to address such.  The service plan should also have included supports for her family that would help them support K.R.  An individualized crisis plan should have been developed that included access to mobile crisis to prevent the high number of hospitalizations that K.R. experienced.

88. In K.R.'s case, ICBS following a "wraparound" model should have been facilitated and led by community-based mental health providers, but it should also have included providers from the system serving children with intellectual or developmental disabilities. K.R.'s story provides an example of a service system that is inappropriately siloed.  Prior to K.R.'s recent entry into the Medicaid waiver program, I saw no evidence of cross-disability, cross-agency collaboration in K.R.'s records.  This resulted in K.R. not getting the individualized, intensive services she needed and being unnecessarily hospitalized as a result.

89. K.R. was at high risk for institutionalization and was repeatedly institutionalized while living with her mother.  The number of her trips to the emergency room, the number of her suicide attempts, and the number of her psychiatric hospitalizations all indicate that K.R. did not receive effective services that met her needs, and that she was at risk for additional hospitalizations or out-of-home placements.

90. In May 2020, K.R. entered an independent living program after she qualified for a District Medicaid waiver program based on her developmental disability.  She was connected to the waiver program due to advocacy efforts by Disability Rights D.C. and not as a result of what would have been appropriate referrals and connection done by the

mental health system.  As a result of her participation in the waiver program, K.R.'s services have improved dramatically.  She now has a comprehensive treatment plan, including independent living with services wrapped around her.  She has access to staff 24/7 in a supportive living situation and the staff appear to be doing a good job of preparing her for adulthood.  The staff cook her meals and she shares in the cleaning.

91. K.R. is in 12th grade and hopes to graduate and go to college.  She has an IEP at school but this appears to be related to her intellectual disability rather than her mental health needs.  She does not have any school-based behavioral issues.  K.R. wants more help with vocational services so that she can take care of herself.  She is bilingual and aspires to be a translator or have a job where she can work with kids, such as a teacher's assistant.

92. K.R.'s current treatment plan outcomes include to be psychologically stable, able to manage her own finances, develop community-based relationships, and earn her GED.  It is hard for K.R. to be away from her family and she still hopes she can reconcile with her mother.  She used to be close to her brother but is not as close to him anymore and misses him.

93. Although K.R. is currently doing well and appears to be having her needs met, her experiences with the D.C. mental health system before entering the Medicaid waiver program were tragic.  She was repeatedly institutionalized and did not receive the services and supports she needed to live safely in the community.  It was not until she began receiving services through the Medicaid waiver program that she stabilized and has done very well.

**T.W.**

94.   T.W. is a 17-year-old young Black male who lives with his mother in the District. He is
      enrolled in the District's Medicaid program.

95.   I read T.W.'s mental health records provided by Hillcrest Children and Family Center,
      and I conducted interviews with T.W. and his mother.  These records include among
      other documents, treatment plans, psychiatric notes, and a psychosocial summary.  I also
      interviewed his tenth grade English teacher, former psychologist, prescribing nurse
      practitioner, most recent prescriber, and a clinician who conducted a psychosocial
      reassessment for T.W.

96.   T.W. has significant strengths.  He is good at sports, which is an interest for him.  He
      already has basic living skills to take care of himself; he can cook, clean, and has good
      personal hygiene.  He has a good relationship with his peers in school and will redirect
      students in his class who are misbehaving rather than participating in class.  He can
      understand and follow rules or processes from an educational perspective if he is clear
      about the instructions.  T.W. likes math and science, and aspires to be a police officer or a
      construction worker when he is older.  He has a supportive mother and extended family.
      His family established a church that they attend every Sunday and the church is a strong
      source of support for the entire family.

97.   T.W. has a mental health condition.  He has received outpatient services from Hillcrest
      Children and Family Center since approximately 2014, and during that time he has
      received several mental health diagnoses and been prescribed a variety of medications.
      His current medications are Adderall for ADHD, Intuniv for aggressive behaviors, and
      Trazadone for Insomnia.  He is currently diagnosed with ADHD, which is manifested in

an inability to pay attention in school for a period that would be considered normal for children his age.  He also has associated behavior challenges which manifest as aggression towards his siblings and shutting down or withdrawing from class when he is struggling because of his inability to attend or grasp concepts.  Because of this diagnosis and behavioral history, in my opinion T.W. has a serious emotional disturbance.

98.  When T.W. was five- or six-years-old, he and his siblings lived with extended family while his mother went to a rehabilitation facility for alcoholism.  I do not see any evidence in the record that Hillcrest helped T.W. process the trauma associated with being removed from his mother's care while she was in the rehabilitation facility, though in my view Hillcrest should have provided supports during this disruptive time.  There is a family history of substance abuse and mental health disorders.  T.W. would benefit from a therapist that can help him process the challenges associated with having caregivers who have their own mental health needs.

99.  T.W. is enrolled in the tenth grade at a public charter school in the District.  Although he is in the tenth grade, he is reading at a fifth-grade level and writing at a sixth-grade level.  He has not been evaluated for special education nor does he have an IEP.  He does however currently have a 504 plan and was receiving behavior support services provided by a school social worker through pull-out services twice a week before classes went online in response to the COVID-19 pandemic.  At first, T.W. made a good effort to attend class every day and pay attention online, but as T.W. had difficulties paying attention and grasping material without the extra support he required, he stopped logging on to class.  He now has issues with attendance in addition to his difficulties with attention.  There is no evidence that the behavioral support services set forth in his 504

plan are being provided at this time, and the services that T.W. is receiving now do not appear to be effective.

100. Based on my interview with T.W's teacher, T.W. lacks self-confidence in the classroom. This is likely a result of years of educators not understanding T.W.'s ADHD and the trauma he has experienced, including being shamed, not being provided differentiated instruction, and being marginalized by prior teachers and administrators. Given this history and his inability to self-regulate at school, T.W. needs someone to help him develop self-regulation skills; improve his ability to attend to the lessons and focus; and teach him coping skills so that when he is overwhelmed or finds a situation challenging, he does not shut down. T.W.'s teacher indicated that a co-teaching model appeared to have been effective for T.W. He should have been evaluated for special education eligibility long ago and should be evaluated now.

101. At differing points during his time at Hillcrest, T.W. has received medication management, family therapy, community support services, and Community-Based Intervention (CBI). These services have been provided intermittently with a concerning level of turnover among the staff, and there have been periods where nobody at Hillcrest has provided services to T.W.

102. The most consistent service T.W. has received has been medication management, although he and his mother have had some difficulty making sure he takes his medications at the prescribed time. When T.W.'s mother told Hillcrest that T.W. was having difficulties with his siblings and being disrespectful to her, Hillcrest added a medication to T.W.'s treatment plan instead of providing therapy to teach him conflict resolution and social skills that he needs to learn in order to navigate life. In addition,

they should have provided T.W.'s mother with parenting support services.  In my view, this was a missed opportunity.

103. T.W. has never had a residential placement, nor has he had an out of home placement for psychiatric services.  Additionally, he has never had any juvenile justice involvement. The fact that T.W. has, to date, avoided out of home placement appears to be largely attributable to the strength of his extended family network, including their support in caring for T.W. while his mother was unable to care for him, rather than to the effectiveness of the services he has received to help manage his symptoms.

104. T.W. needs, but has not received, ICBS as described in the Complaint.  Since February 2021, T.W. has received services from a provider at Hillcrest who I understand is a community support worker.  T.W. likes his community support worker, who meets with T.W. once a week for about an hour to assist with skills development.  As described by the clinician who developed T.W.'s treatment plan, community support is limited to services provided by this sole community support worker, and it does not include team meetings comprised of a case manager, paraprofessional, and therapist who work in tandem to monitor and plan for services in a cohesive way.

105. T.W. is at risk of institutionalization if he does not receive consistent services from his community support worker and support from his extended family network, in addition to receiving ICBS.  As T.W. transitions more completely into adolescence, his level of conflict with his siblings and mother increases, his educational struggles increase, and he continues to have challenges with medication compliance, T.W. is going to need a safety net with a team of people around him to ensure that he is successful.  Otherwise, I believe that T.W. is in danger of penetrating the system even deeper than he has thus far,

especially given the number of times T.W. has already had providers cycle in and out of his life.

106. T.W. needs additional supports.  Specifically, he needs a full psychological evaluation and a comprehensive treatment plan that includes identified strengths, needs, goals, and objectives.  T.W. also needs a vocational assessment to evaluate his strengths and connect him to supported employment services and an intensive remediation plan to make up for his lack of academic progress during the COVID-19 pandemic.  He also needs to be evaluated for special education services and receive school-based behavioral support services. He should receive functional family therapy with his mother and his siblings to manage conflict before it escalates.  He is also in need of intensive individual therapy, in addition to the services he receives from his community support worker.  An individualized crisis plan should have been developed that included access to mobile crisis.  Additionally, because of his strong connection with his extended family and church, his treatment plan should pull these invested parties into a teaming process to establish informal supports if his formal supports end.

**D.S.**

107. D.S. is a 13-year-old Black male who currently lives with his father in the southeast region of the District.  He is enrolled in the District's Medicaid program.

108. I read records for D.S., including DBH records and mental health records provided by Hillcrest Children and Family Center. These records included, among other documents, mental status exams, psychiatric notes, nursing encounter notes, and treatment plans. I conducted interviews with D.S. and his father. I also interviewed D.S.'s school social

worker, his psychiatric nurse practitioner, his treatment plan developer at Hillcrest, and his Hillcrest therapist.

109. D.S. has an astounding number of strengths. He is popular among both staff and other students at his school. His school social worker describes him as an awesome kid with great talents and abilities. He is intelligent, funny, joyful, friendly, and nice to others. He is very accepting of others and encouraging toward his peers. D.S. is also self-aware and is able to reflect on his own actions. He does well in school and enjoys reading, playing video games with his friends, and watching cartoons. He is a member of his school's chess club and is looking forward to engaging with chess club in person. He also has strong support from his father and from his extended family. There is great potential to leverage these strengths in treatment.

110. D.S. has a mental health condition. As of October 2020, he was diagnosed with attention deficit hyperactivity disorder (ADHD). In the past he has also been diagnosed with hyperactive type ADHD, post-traumatic stress disorder (PTSD), oppositional defiant disorder (ODD), adjustment disorder with mixed disturbance of conduct and emotion. His records also indicate a "rule out" for anxiety disorder.

111. D.S. has a significant trauma history. He experienced severe neglect because of his parents' substance abuse and his exposure to domestic violence. His mother has a significant history of mental illness, including bipolar disorder and schizoaffective disorder, and she is a polysubstance abuser, including of alcohol and PCP. D.S.'s mother was also physically abusive toward him. As a result of this abuse and neglect, D.S. was removed from his home at an early age and placed in foster care. D.S. then spent about four years in a foster home. His foster parents were extremely abusive to him and ended

up losing their foster care license as a result of their mistreatment of D.S. His father was eventually able to gain custody, but D.S. was once again removed from his home after his father briefly left him in his mother's care. D.S. spent another year in foster care before his father was able to regain custody. D.S. also had a brief out of home placement in kinship care while his father completed a treatment program. D.S. experienced substantial trauma because of this chaos and lack of stability and has trauma related to his relationship with his mother and separation from her.

112. D.S. was exposed to drugs in utero, including PCP, and has experienced seizures. He has an intention tremor and, according to his records, this tremor worsens when he experiences anxiety.

113. D.S. has struggled to control his behavior from an early age. Beginning in pre-kindergarten, D.S. was reported to be quite aggressive and disruptive, including throwing furniture, kicking teachers, and getting into fights at school. He fought with his younger stepbrother and had some stealing behaviors. D.S. was a victim of bullying and in turn had engaged in some bullying behaviors towards younger children. His records reflect reports from teachers that he was off-task, destructive, impulsive, and disruptive, and that he appeared socially isolated.

114. D.S. continues to struggle with disruptive behavior, a lack of focus, and challenges with impulse control. He can also sometimes overreact when kids are teasing or joking with each other. He does not currently have issues with violence or property destruction. Because of his diagnostic history and behavioral challenges, in my opinion D.S. has a serious emotional disturbance.

115. D.S.'s behavioral challenges are primarily school-based.  D.S. attends a public charter

school in the District and is just finishing seventh grade; he returned to in-person

schooling in spring 2021.  He is classified as "other health impaired" for special

education because of his ADHD, and he has an IEP.  D.S. meets with a school social

worker once a week for about 30 minutes per session.  His social worker provides a

combination of individual and group interventions with D.S.  Most of these sessions were

on Zoom because of the pandemic, but D.S. was prioritized for a return to school for the

last two months of the school year because he had significant distractions in the home

and did not have a quiet place to attend classes from home, although most other students

had not yet returned to in-person instruction.

116. D.S.'s school social worker reports that his disruptive behavior is a consequence of his

ADHD as well as his very outgoing, extroverted, and bubbly personality.  She has

worked with D.S. to help him scale back his disruptive behaviors and learn about what is

appropriate behavior in each setting, and to exercise more restraint so that he and others

can still learn in a classroom setting.  D.S.'s school social worker reports that D.S.'s

father is very involved in his son's education, including making sure he does his

schoolwork, and is very responsive to her outreach. He hasn't had attendance issues at

school.  Unfortunately, D.S.'s school social worker was leaving at the end of the school

year.

117. D.S. is not currently receiving therapy.  D.S. has been recommended for functional

family therapy, but the records I reviewed do not indicate whether he received a referral

for this therapy or whether this therapy was ever provided.  D.S.'s therapist mentioned

doing play therapy with D.S. and his father.  D.S. and his father appear to have a good

relationship and do not have a difficult time interacting with each other.  According to his prior therapist at Hillcrest, D.S. received a trauma assessment, was referred for trauma-focused treatment, and completed a program of trauma-focused cognitive behavioral therapy in April 2019.  His primary goals were to work on anger management and impulse control skills.  He also worked on his relationship with his father, including through play therapy. D.S.'s therapist reported that D.S. mastered the "stoplight technique" as a means to control his anger (red means freeze, yellow means breathe and think about appropriate responses, and green means go by selecting a response).  This trauma-focused therapy was not documented in the Hillcrest records I reviewed.

118. D.S.'s therapist stated that he and D.S.'s father decided that no additional therapy was needed and referred D.S. to community support services.  The therapist reported that the community support worker role is to reinforce coping skills and strategies learned in therapy and coordinate the systems the child is involved with.

119. D.S. does not appear to be currently receiving community-based services.  Although D.S.'s records indicate that he has been authorized for community support services, they do not indicate whether he actually received these services or whether they were effective.  D.S.'s treatment plan developer reported that D.S. only had five community support sessions in 2020, which she attributed to the family's lack of responsiveness. D.S. was placed on Hillcrest's inactive list in October 2020 because of missed appointments.  After a family is placed on this inactive list, Hillcrest waits for the family to reach out to them again and does not make further efforts to contact them. D.S.'s school social worker was not aware that D.S. had received any community support services.

120. D.S. is not currently taking medication.  He has previously been prescribed Concerta, Ritalin, and Intuniv for ADHD, and Lamictal for irritability and seizures.  D.S.'s father does not believe D.S. needs psychotropic medication.

121. D.S. and his family need intensive services and supports in the community.  Given D.S.'s significant trauma history, he needs ongoing trauma-informed therapy.  Although D.S.'s therapist reported providing a trauma evaluation and trauma-focused cognitive behavioral therapy to D.S., this was not reflected in the records.  Even if D.S. did receive trauma-focused cognitive behavioral therapy in the past, D.S. needs the benefit of an ongoing therapeutic relationship to help him process stressors in real time, especially with regard to his relationship with his mother.  Thirty minutes per week with a school social worker is insufficient as the sole intervention being provided, especially given that we are now in the summer and that service is not available, but also because his current school social worker is leaving.

122. D.S. would also benefit from support with social skills development.  D.S. looks up to others and would benefit from a mentor, such as through Big Brothers Big Sisters.  A consistent community support worker who establishes a relationship with D.S. could also play a mentorship role while teaching social skills and coping strategies.  D.S. would also benefit from engagement in community activities such as a participating in a YMCA camp or a sleepaway camp.

123. In addition to mental health services, D.S. needs to develop a natural support network. Identification of and support for a child's natural support network is an essential part of the ICBS model.  D.S.'s father is as strong source of support for D.S. but he needs additional help to adequately provide for D.S.'s needs, especially as D.S. enters his

teenage years.  D.S.'s father also has a trauma history and could benefit from support for his parenting, including parenting skills training and education on psychotropic medication, especially in light of D.S.'s seizure disorder, and his father's reticence to give him medication.  D.S.'s therapist did not work on identifying informal or natural supports for D.S. because he was not acting as an intensive care coordinator for the family, which would have included facilitating a child and family team.

124. In my opinion, D.S.'s providers and the mental health system in D.C. have fallen short by failing to fully engage and support D.S.'s father in his care.  D.S.'s school social worker has successfully engaged D.S.'s father and found him very responsive, so it is not clear why his Hillcrest providers were not able to do so.

125. D.S. has in the past needed, but was not provided, a strong child and family team.  I saw no evidence of a child and family team or any type of teaming process in D.S.'s records and his father does not recall ever participating in creating a plan for his son or their family.  There were missed opportunities where his need for this type of support should have been recognized.  D.S. exhibited aggressive and disruptive behavior early in his childhood and this behavior, along with a recorded family history of mental illness, the fact that he was born exposed to PCP, and his early entry into the child welfare system, provided ample warning early on that D.S. needed a coordinated effort to provide him with support.  D.S. should have had interventions put in place to address his behaviors at a young age, including play therapy, parent and child interactive therapy, and individual therapy for his father.  While in foster care, D.S. also needed a child and family team to assist with reunification efforts.

126. D.S. currently needs, but does not have in place, a child and family team to create a plan to support him and his family.  Neither D.S.'s therapist nor his school social worker were ever invited to participate in a child and family team, and his therapist reported that Hillcrest only organizes teams in special cases.  D.S. needs someone to coordinate planning and services in a way that is not duplicative and that respects the strengths and needs of his family across systems and life domains.  A team ensures that everyone knows what everyone else is doing and shares in the responsibility of providing services to the family.  Currently, it appears that there is a complete disconnect between the school and community settings.  D.S.'s treatment plan developer at Hillcrest was not aware that he was receiving any school-based services.  Similarly, D.S.'s school social worker did not know whether he was receiving community support services and had never seen a community support worker at his IEP meetings.

127. D.S. is currently relatively stable but his situation is precarious and could fall apart at any time.  His father provides close supervision and he is not left unsupervised in the community.  But this stability is primarily a result of his father's presence and D.S. would be at risk of out-of-home placement if his father experienced a relapse or experienced housing or employment instability.  Additionally, it is unclear what the plans are to supervise and care for D.S. during the summer while school is out.  D.S. loves his mother and wants to see her, but his mother is also a significant source of potential instability for him, especially now because D.S. and his mother have reinstituted frequent contact.  D.S.'s biggest fear is losing his parents.  D.S.'s situation could change at any moment and, without sufficient services and supports, he could deteriorate quickly.  Additionally, D.S.'s school social worker, who he is close to, was slated to leave at the end of the

school year.  He will need to be transitioned to a new school social worker and, if that transition is not properly followed through on, D.S. could deteriorate.

**M.W.**

128. M.W. is a 20-year-old Black male who lives in a group home in the District.  He is enrolled in the District's Medicaid program.  M.W. is a client of Disability Rights D.C.

129. I reviewed M.W.'s records from DBH, the District of Columbia Public Schools (DCPS), PIW, Community Connections, Umbrella Therapeutic Services, a behavioral health service provider in the District, and Youth Villages, another District service provider that no longer serves the District.  The records that I reviewed included, among other documents, diagnostic assessments, treatment plans, clinical summaries, and education records, including IEPs.  I also interviewed M.W.

130. M.W. appears to be very resilient.  He is able to establish friendships and maintain relationships with family members.  He has a good relationship with his older sister, and he appears to be connected to her.  M.W. has an extended length of sobriety.  He values his relationships with his friends.  He also loves sports, particularly basketball, and enjoys engaging peers at the community recreational center, watching movies, playing pool, and attending family gatherings.  Additionally, he has strong communication skill and is cooperative and youthful.

131. M.W. has a mental health condition.  In the past he was diagnosed with disruptive mood dysregulation disorder (DMDD), ODD, ADHD, generalized anxiety, an unspecified mood disorder, and bipolar disorder.  M.W. also had a diagnosis for a "rule out" for Schizophrenia.  He is currently diagnosed with schizoaffective disorder.

132. M.W. is currently prescribed Prolyxin injections; however, in the past he has been prescribed Concerta, Seroquel, Adderall, Vyvanse, and Abilify for ADHD; Benztropine for tremors; and Erisan and Risperidone injections.

133. M.W. is enrolled in the eleventh grade at the Phillips School.  Although he is in the eleventh grade, he functions at about a fifth-grade level.

134. M.W.'s family has a significant history of trauma and mental health illnesses.  His father had anger issues, aggression, and a history of mental illness, and he was incarcerated multiple times for domestic violence, which M.W. may have been exposed to early in his life.  His mother was diagnosed with bipolar disorder.  His records also identified his paternal grandmother as "mentally retarded" and refers to other family members with mental illnesses.

135. M.W. was mostly raised by his maternal grandmother and great-aunt.  He lived with his mother for a few months after birth but has no recollection of ever living with his mother and he does not have a relationship with his father.  He has two younger brothers and an older sister.  Although he does not have much of a relationship with his brothers, he does connect with his sister.

136. M.W. did not meet developmental milestones timely and is developmentally delayed.  He was exposed to alcohol, PCP, and other drugs in utero.  M.W. did not begin walking until he was two-and-a-half years-old and did not speak until the age of three.  He wasn't potty-trained until the age of three.

137. M.W. had significant behavioral issues at an early age.  His behavioral concerns included inappropriate sexual behavior toward family members, running away, destroying property, stealing, lying, manipulation, and cruelty to animals.  His sexualized behaviors

began around age eight.  He was physically aggressive at school and had similar fighting

behaviors at home.  His records also express additional concerns about M.W. having

mood swings, being easily irritated and very impulsive, and extreme distractibility.

Based on his diagnoses and history of problematic behaviors, it is my opinion that M.W.

has a serious and persistent mental illness that would have been considered a serious

emotional disturbance as a child.

138. M.W.'s behavioral concerns continued all throughout his education experience.  He was

expelled from preschool for disruptive behavior and stealing food when he was three-

years old.  During his education career he attended four different schools and had

multiple suspensions at each school.  M.W.'s school records when he was older also

noted that he showed up under the influence of drugs more times than not, yet nothing in

the records indicate steps taken to address this issue.  There is one GAIN Short screening

included in the records I reviewed, which indicated the need for a full substance abuse

assessment and treatment. There is no record that this was provided. M.W.'s behavioral

concerns across his lifespan are indicative of someone who has experienced neglect as

well as physical or sexual abuse and whose treatment interventions never fully addressed

the trauma of such, if at all .

139. In my opinion, each of these behavioral concerns and incidents presented an opportunity

for intervention and services should have been put in place to support him and his family.

Had M.W. had a functioning child-family team with someone responsible for managing

his case across systems and domains, then they could have caught this and intervened.

The absence of a proper teaming process contributes to why these opportunities to

intervene were missed.

140. Eventually, M.W. was identified as a student with a disability and an IEP plan was put in place. His IEP referenced his ADHD as well as anger issues, anxiety, social deficits, and a very low frustration tolerance. M.W.'s school records also indicated that he gave up quickly and required rigid structure. His IEP included a dedicated aide, small classroom sizes of no more than two-to-five students, remediation for reading and math, and behavioral supports.

141. M.W. needed but did not receive ICBS. M.W. was institutionalized in Children's National and other institutions at least eight times between the ages of twelve and twenty. His institutionalization was mostly due to suicidal ideation or extreme physical aggression. In 2012, 2015, and 2016, recommendations were made for individual and family therapy. His records reference a wraparound child and family team at MBI; however, there are no notes associated with any team and it is unclear whether it was ever implemented with fidelity. In my opinion, M.W.'s behavioral issues warranted a referral to ICBS.

142. M.W. has had multiple interactions with the criminal justice system. He has at least six criminal charges, including recent charges for simple assault causing great bodily injury, unlawful entry, assault on a female, and resisting arrest. He also has a history of robbery.

143. M.W. needs extensive supports to improve his mental health. M.W. could benefit from a TACT/ACT and a Transition to Independence Process (TIP) teaming approach. TIP is a teaming process with a facilitator that allows the individual to create their own team and does not require the participation of guardians. Through TIP, M.W. would engage in life visioning processes where he sets the vision for himself going forward as he transitions fully into adulthood. The services would include a case manager or a facilitator, which

would provide someone in charge of his treatment interventions, which he needs. Because of his cognitive deficits, he needs services designed to address his developmental disability.  He needs to live in a supervised independent living setting, with staff available to help him meet appointments and get his medicine injections every two weeks.  He currently has a mentor that he trusts, and this relationship should be maintained; however, he should also have access to individual therapy that utilizes a trauma-based approach to help him recover from his years of unresolved trauma.  A therapist should provide services face-to-face in the community because phone sessions do not appear to be effective with him. He also needs to be provided with medication management services.  M.W. should be given a vocational assessment to determine his capacity, aptitudes, and interests, and supportive employment to get him in a productive setting to earn an income and develop skills.  M.W. also needs someone to explore what his interests are from a social perspective so that he is not isolated and has avenues for prosocial activities; this would be provided as part of TIP.

144. In April 2021, Community Connections conducted an adult mental health assessment. The records indicate that the assessment was "completed by looking at iCAMS records as client and guardian could not be reached."  It is not standard nor usual and customary to complete a mental health assessment in the absence of the client, and in my opinion it is unacceptable practice to do so.  The treatment notes indicate that Community Connections started adult services while M.W. was in DYRS custody for an assault charge.  There is reference to M.W. having a positive connection to treatment, yet difficulty maintaining sustained involvement with office-based services as well as an acknowledgment that he had difficulty managing his symptoms without consistent

service engagement.  In May 2021, M.W. aged out and left DYRS custody and currently

lives in a group home.  Based on his response to the adult services provided, M.W. will

need individualized interventions tailored to his needs and delivered in nontraditional

settings such as in the community.

145. M.W. currently has a crisis plan that identifies his triggers, his warning signs, his coping

skills, as well as helping interventions; however, this plan needs to be more

individualized and include more specificity, particularly around the interventions.  His

plan does not include access to mobile crisis, and it should.

146. According to his plan, he receives the following services: MHRS-ACT, psychotherapy,

living/coping skills training, vocational goals with supportive employment, nursing case

management, and care coordination.  Additionally, there were quite a few missed

sessions with his therapist when she tried to provide phone-based therapy; although he

answered, he always had a reason he could not do the session.  Although his records

identify an ACT team comprised of a case manager, therapist, and nurse, this group does

not appear to be engaged in a teaming process. Each individual has their own role, but the

records do not show that it is coordinated, nor do they show that anyone is pushing for a

teaming process.  Services appear to be provided in isolation.  ACT is most effective if it

is implemented using the teaming process, rather than delivered in siloes.

147. M.W.'s case worker is currently working to connect M.W. with programs and benefits

including SSI, SNAP, and summer school as well as summer youth employment. The

caseworker is also helping M.W. get an ID and a social security card, and develop money

management skills and anger management skills.

148. M.W. lacks a stable and supportive family or community environment and is at high risk of further institutionalization in a jail or prison setting. He has a history with criminal activity and was recently charged as an adult. The combination of M.W.'s severe mental health needs, his unresolved trauma history, and his aggressive behaviors make him at high risk of future engagement with the criminal justice system.  Further, his current diagnosis of schizoaffective disorder could put him at risk for future hospitalizations if his symptoms are not effectively managed.

      **D.G.**

149. D.G. is an eleven-year-old Black female who currently lives with her mother in the District. In 2018 she attended Friendship Chamberlain Elementary School, a District public charter school.  D.G. is enrolled in the District's Medicaid program.

150. I reviewed D.G.'s records from Community Connections.  These included, among other documents, assessments, treatment plans, and medication management notes.  Attempts were made to interview D.G., her mother, and providers at Community Connections, but they were unsuccessful.

151. D.G.'s records show significant strengths.  She had an invested social worker in elementary school.  D.G. has a strong relationship with one of her cousins and has great family support.  She is also helpful at home with chores and uses her tablet as a coping strategy when she is upset.

152. D.G. has a mental health condition.  In 2017 she was provisionally diagnosed with DMDD.  In 2018, her diagnosis was updated to ADHD.  In 2020, anxiety disorder, depression, and a request for "rule out" of DMDD were added to her diagnoses.  Her records indicate that she is taking Ritalin, Intuniv, and Abilify.  Based on the assessment I

reviewed, her symptomology, and the medications she has been prescribed, I believe that D.G. likely has a serious emotional disturbance.

153. D.G. has significant behavioral issues.  D.G.'s first formal connection with a service provider was in 2017 at Community Connections.  Her records indicate a relationship with a school social worker, which may suggest that she was receiving services at school prior to Community Connections.  D.G. was referred to Community Connections after she exhibited verbal and physical aggression toward her younger brother, and property damage.  D.G.'s records also indicate that she became aggressive at school with her teachers and peers.  Examples of her behavior include flipping over desks at school; poking holes in the walls of her home with a screwdriver; and daily tantrums, including crying and screaming, of thirty minutes to an hour.  Her problematic behaviors at school became so severe that her friends began avoiding her.  Her records also indicated that D.G. experienced anxiety, high energy, and anger.  Prior to 2017 there are no reports of behavioral issues at school, suggesting that something took place in her life at this time to trigger these outbursts.

154. Without speaking to D.G. or her caregiver, her school, or her treatment staff, I am unable to offer an opinion on the supports and services that D.G. received.  While the records from Community Connections reflect the provision of community support services and medication management, her records are not substantive enough to provide a full picture and context of the services and supports that D.G. received, and whether they were adequate or effective.  Given the description of behaviors described in the limited set of records reviewed, it is likely that D.G. would have benefitted from a teaming process that

included family members, school staff, and treatment staff.  This is particularly true given that she had behavioral challenges in both the home and school setting.

**J.S.**

155. J.S. is a twelve-year-old Black male.  He is enrolled in Medicaid and receives services through HSCSN.  He lives with his mother and older sister in the District.

156. I reviewed records for J.S. from HSCSN and Umbrella Therapeutic Services, a District behavioral health provider. These records included, among other documents, treatment plan summaries, a psychosocial evaluation, a psychiatric evaluation, and a progress note from a medication visit.  I also reviewed what appeared to be a transcript of a short screening questionnaire from HSCSN.  I did not have access to treatment records or school records. Although J.S.'s mother originally agreed to participate in this study, we were unable to set up an interview with J.S. or his mother despite multiple attempts.

157. J.S.'s records show that he has significant strengths, including being friendly, motivated, family-oriented, and a good son. His Christian faith is also important to his family.

158. He has been diagnosed with ADHD.  J.S. appears to also suffer from anxiety and insomnia and struggles with appetite.  There is a reference to depression in his records, though I did not see any medication prescribed for depression.  There is no reference to any experimentation with drugs or alcohol.  J.S. can be angry and irritable, with mood swings, and there are references in his records to an inability to control himself.  J.S.'s mother has made references to his difficulty following directions.  J.S. appears to have been both a victim and perpetrator of bullying and physical assault.  J.S. also has a history of transient suicidal ideation, but without any specific plan.  There is a reference in his records to an attempt to jump from a moving car but there are no details about this

incident and it is unclear whether it was an actual attempt or just a threat.  There is a reference in his records to a history of mental illness on his father's side.  I do not have sufficient information to determine whether J.S. has a serious emotional disturbance, however these types of behaviors are often reflected in other children with a serious emotional disturbance or mental health conditions.

159. J.S. is in special education services at the Phillips School, a special education nonpublic day school. I saw reference to an IEP in J.S.'s records, but I was unable to access his school records to review the IEP itself. J.S. appears to have begun receiving special education services at about 9 or 10 years old, around the third grade. He appears to have a history of struggling to focus and manage his emotions and disruptive behaviors in the classroom.

160. J.S.'s behavioral challenges are predominantly school-based and he appears to function much better at home and in the community. There are references in his records to challenges created by housing instability and transportation barriers, but J.S. does not appear to have a history of out-of-home placement. Nor does he have a history of juvenile justice involvement.

161. J.S. has been prescribed Vyvanse for his ADHD. He also has asthma and is on medication for that condition. I saw a notation in his records that he is authorized for medication management at Alternative Solutions for Youth (ASY), another District behavioral health provider, but it is unclear whether he consistently takes his medication and whether any medication noncompliance is related to his ADHD or his asthma medication.

162. J.S. appears to be receiving community support services and seems to work well with his community support worker, but I do not have records for his community support program and do not have details about what his disruptive behaviors look like, how they get addressed, or what goals he is working on.  In the records I was able to review, I did not see any evidence of a child and family team or any teaming process.

163. J.S. has a Medicaid case manager through HSCSN, but this individual is only required to have one face-to-face visit with J.S. per year.    J.S.'s records identify problem areas and a specific set of activities that the case manager is supposed to conduct; however, the status of these activities is noted as being late, including the activities that were identified as high priority.  If this case manager is providing only medical case management and has other contact with J.S. throughout the year, that may be sufficient.  But if J.S. needs ICBS and this individual is supposed to be providing actual case support, then J.S. would need much more frequent contact with a case manager.  It is possible that J.S. is receiving actual case management through Umbrella or ASY, but I did not see that in the records I reviewed.

164. Without speaking to J.S. or his caregiver or his providers, I am unable to form an opinion on J.S.'s needs or whether he has received sufficient services and supports to meet those needs.  Although J.S.'s records reflect the provision of community support services, his records are not substantive enough to provide a full picture and context of the services and supports that J.S. received, and whether they were adequate or effective.  Given the description of behaviors described in the limited set of records reviewed, it is likely that J.S. would have benefitted from a teaming process that included family members, school staff, and treatment staff.

### *Similarities and Trends*

165. My conclusions on similarities and trends are limited to the cases I was able to develop opinions for and do not include D.G. and J.S.

166. Each of the children whose cases I reviewed and developed opinions for were enrolled in Medicaid or eligible for Medicaid.

167. Each of the children whose cases I reviewed and developed opinions for have a serious emotional disturbance or serious and persistent mental illness and intensive needs.

168. Each of the children whose cases I reviewed and developed opinions for were multi-system involved and needed intensive in-home supports and intensive care coordination delivered through a child and family team.  Each of the children who were multi-system involved needed a crisis plan and the availability of mobile crisis services so that calling 911 would not be the only option in a crisis.

169. L.R., E.H., M.W., and T.W. are institutionalized or at serious risk of institutionalization. Of the cases I reviewed and developed opinions for, only K.R. and D.S. are not currently at high risk of institutionalization.  K.R. is currently in a stable living situation because of her participation in the Medicaid waiver program based on her developmental disability but has a history of institutionalization and was at high risk of institutionalization when she was living with her mother.  I am unsure of D.S.'s risk of institutionalization because he is currently in a stable living situation and is closely supervised by his father, but his situation is precarious and he may be at greater risk if his interactions with his mother increase, as all prior removals from his home were directly tied to his interactions with his mother, or if he is not successfully transitioned to a new school social worker.

170. In my opinion, none of the children received a benefit from the institutionalization that they experienced.  In the instance of E.H., he has a history of absconding in the community for days or weeks, which can place him in danger, and he is safer when he has been institutionalized in a structured and supervised setting.  However, there has not been an effort to create safety for him in his home or to address the reasons that he has been running away, and the institutional settings have not provided him with appropriate training necessary to be successful in his home, community, and school.

171. I observed consistent trends in the services children did receive.  Each of the children needed highly individualized services tailored to the strengths and needs of the child and their families.  But rather than providing an individualized plan, the treatment plans that I saw were basic, and all the children were referred to the same basic services: a therapist, a community support worker, and a psychiatrist or APRN for medication management.  It appears that the nonprofit agencies providing these services deliver the services in the same way for every kid.  For example, everyone was working on anger management and coping skills.  The service plans that I reviewed did not seem to be based on the unique needs of each child.

172. I did not see evidence that any of the children were served by a child and family team that was provided with fidelity to any model that I am familiar with.  Some of the records that I reviewed and some people that I interviewed made references to a child and family team existing or the need for a child and family team, including for E.H., K.R., and M.W., but none of the records contained notes from any child and family team meetings, and no parent or child with whom I spoke indicated that they had participated in a team. I never saw any indication that anyone from a child's school participated in a team.

Notably, E.H., K.R., and M.W. each had the assistance of a Disability Rights D.C. advocate to help them access services. Children who need ICBS typically have complex needs and are multi-system involved, and the best way to deal with all of the relevant actors is to use a proper teaming process, so that everyone from all involved systems is on the same page about the strengths, needs, and goals of the child, as well as who is responsible for providing various services. The team should meet as frequently as needed, but minimally once a month, to make sure progress is happening and that the plan does not need to be adjusted to respond to the changing needs and situation of the child and family over time. I did not see evidence that this was happening effectively for any child whose case I reviewed.

173. All of the children have moderate to severe trauma histories but in the records I reviewed, I did not see any evidence of trauma evaluations or trauma-informed services. I spoke to only one provider who referenced providing trauma-informed services; this was in the case of D.S.

174. I saw no evidence that any of the children or their families were served by a mobile crisis team. Several of the children had instances where they needed such services, which should have included dispatching a licensed clinician trained in de-escalation who could have assessed their status and needs in the moment. E.H. and M.W. should have been provided with mobile crisis services due to their histories of absconding. K.R. had repeated visits to the emergency room, which I believe could have been avoided had she been served by a mobile crisis team in the community.

175. In general, the services provided to the children whose cases I reviewed were sporadic and transient, and turnover was high. Based on what I heard from speaking with

children, parents, and professionals, and what I saw in children's records, services were provided on an intermittent basis, which makes it highly unlikely that the services would have been effective.  Some children remained with one agency but experienced high turnover within that agency, other children had frequent changes of agencies, and some children experienced high turnover both within and between agencies.  Stability in treatment providers is important to create a deep relationship and build rapport to support a child getting real benefit from the services as well as minimize the number of times a child has to repeat their story, which in and of itself can be traumatizing. When a child has one worker for 1-3 months and then a new worker, they will not invest in the relationship because they cannot trust the individual to stay in their lives. Children also experienced interruptions in care, sometimes for months at a time, when they changed service providers.  This turnover also repeats the abandonment many children experienced in their family of origin, which perpetuates their trauma.  Further, I have not seen any evidence that anyone within the system is overseeing transitions within or between agencies, and I have not seen evidence of any effective transition services in any case that I have reviewed.

176. I have not seen evidence that school and community services are integrated or coordinated.  I have seen no evidence that school-based staff attended meetings with community service providers, or that community service providers attended IEP meetings.  Only two children whose cases I reviewed appear to have received effective school-based services at any point in their histories.  D.S. received effective school-based social worker services, but they are not connected at all with the services he is supposed to be receiving in the community.  K.R. appears to be getting effective support at school

currently, but the services she receives there appear to be based on her intellectual disability rather than her mental health needs.  No other children appear to have received any effective school-based services.

177. Each of the children whose cases I reviewed and developed opinions for are experiencing harms because they have not received ICBS.  Most of them are functioning below grade level at school and have delayed social functioning.  Strained social relationships across settings, including in the community, at school, and at home and with family members, get worse over time without mitigation.  Some youth have criminal charges that they could have avoided if the mental health system had provided appropriate services and supports at the right intensity for their needs.  For children involved in the child welfare system, such as D.S., there was ample warning that he needed intensive support at an early age, but it was not provided.

178. The District government contracts with a provider network to deliver services and, based on my experience in managing systems of care, it is my professional opinion that the District government has a responsibility to monitor those services and ensure they are delivered with fidelity if they are evidence-based, are consistent, and are having the intended impact.  In my professional opinion, the District government should have quality standards in place and should be overseeing their service providers for the provision of quality services.  In my professional opinion, the District government should ensure that providers are actually engaging parents and families and are doing outreach to ensure that families are ready to participate.  In the cases I reviewed, I did not see any evidence that the District government is taking responsibility to ensure that children are getting better and progressing through the service system.  Nor did I see any evidence

that the District government is holding providers accountable to a minimum set of standards of care.  Instead, I saw the same goals, the same cookie cutter treatment plans, and the same diagnoses repeated over and over again.

### *Conclusion*

179. Based on my review of their records, my interviews with L.R., the other children whose records I reviewed, and persons who know them, and my knowledge and experience from working in systems serving children with significant mental health needs, it is my opinion that L.R. and the other children whose records I reviewed and developed opinions about each need, but have not received, ICBS as they are described in the Complaint.  Because the children have not received these necessary services, L.R., M.W., E.H. have continued to pick up charges and further penetrate the juvenile or criminal justice system, which impacts their ability to have stable, fulfilling relationships and opportunities in the community.  Most of the children are at high risk of future institutionalization in hospitals, out-of-home placements, and juvenile or criminal detention settings.  They are also at risk of deteriorating mental health symptoms, which also places them at risk of institutionalization.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of *July* 2021, in *Ft. Lauderdale, FL*.

Kimberly Campbell

# Exhibit A

# KIMM R. CAMPBELL, MSW, LCSW
### tcgbutterfly@gmail.com
### 919-332-6326

**Employment**

| | |
|---|---|
| 1/95-12/95 | Case Manager, Families and Youth, Incorporated, Las Cruces, NM |
| 1/96-12/96 | Investigator, Child Protective Services, State of New Mexico, Las Cruces, NM |
| 12/96-12/97 | Clinical Case Manager, Olympia Behavioral Health, Las Cruces, NM |
| 12/97-9/99 | Senior Practitioner/Therapist, Olympia Behavioral Health, Las Cruces, NM |
| 9/99-4/02 | Asst. Director, System of Care Branch, Child & Family Services Sec., Div. Of MH/ DD/SAS, State of NC, Raleigh, NC |
| 4/02-4/06 | Director, Family Violence Intervention Services, Triangle Family Services, Raleigh, NC |
| 7/04-4/06 | Clinical Psychotherapist, Individual & Family Counseling, Triangle Family Services, Raleigh, NC |
| 2/06-6/06 | System of Care Consultant, Mecklenburg County LME, Charlotte, NC |
| 6/06-6/07 | Clinical Director, MeckCARES System of Care, Mecklenburg County LME, Charlotte, NC |
| 6/07-10/12 | Director, MeckCARES System of Care & Forensic Evaluations, Mecklenburg County LME, Charlotte, NC |
| 10/12-09/15 | Deputy Director, Broward County Human Services Department, Fort Lauderdale, FL |
| 9/15-10/19 | Director, Broward County Human Services Department, Fort Lauderdale, FL |
| 10/19-present | Assistant County Administrator, Broward County, Fort Lauderdale, FL |
| 4/10- present | President & CEO, Transitions Consulting Group, Inc.: Professional Consulting |

**Accomplishments**

- Member of executive leadership team responsible for 5.8-Billion-dollar County Enterprise with over 6000 employees, including an international airport and seaport; direct oversight of Human Services Department, Parks and Recreation Division, Cultural Division, Libraries Division, and Criminal Justice liaison with Broward County Sheriff's Office with combined budget responsibility of over 750M annually
- As Human Services Director, effectively managed 160M annual budget, over 100 provider contracts, and lead over 600 staff in expanding the service array and increasing the numbers of consumers served to over 50,000 annually in adult and child mental health, rape/crisis services, child protection, HIV/AIDS, homelessness, primary health care, general assistance and basic needs, adult substance abuse, childcare licensing, and elderly and veterans' services
- Instrumental in the creation of the Broward County Race Equity in Child Welfare Taskforce which has reduced the number of children of color coming into foster care in Broward County
- Established the Broward County Office of Equity and Community Investment and initiated a comprehensive Dismantling Racism Initiative, which includes training, policy and procedure revision, changes in contracting, grass roots organizing, and outcomes measurement
- Provide professional consulting services for the Bazelon Center for Mental Health Law, Southern Poverty Law Center, various State Disability Rights Centers, and US Dept. of Justice around such issues as FAPE relative to placement and services for special education students, as well as inappropriate PRTF and other restrictive residential placements of youth with mental health needs
- Assisted in the design and implementation of a centralized Civil Citation Initiative serving as the coordinating entity for law enforcement agencies and eight providers responding to the needs of first time juvenile misdemeanants as a pre-diversion strategy to reduce the number of youth being arrested, particularly from the Broward County School District
- Served as project manager to design and establish a Consolidated Human Services Department in Mecklenburg County, which consolidated mental health, public health, domestic violence, social services, and child support services under one umbrella agency
- Designed a Family Support Services Framework for the Charlotte Housing Authority for use in their Moving Forward Initiative
- Improved processes, revised policies and procedures, and advanced the knowledge base of Mecklenburg County Social Workers in Child Welfare
- Standardized supportive services available for students and their families through the development of policies and procedures for Charlotte Mecklenburg School System specific to RTI, Intervention Teams, and K-12 student support services
- Streamlined processes for Forensic Evaluations and developed guidelines for Juvenile Court Judges for use in determining best course of action for court involved youth and their families
- Launched one of the largest workforce development initiatives addressing children's mental health in the Southeast, which is being replicated in other parts of the nation
- Created and implemented Jail Services Wellness Program in Charlotte for incarcerated youthful offenders to address the mental health and substance abuse needs of youth prior to their release and prepare their families for a seamless transition home
- Created and implemented Juvenile Predisposition Services to prevent the unnecessary incarceration of youth in Broward County
- Wrote the Domestic Violence Abuser Treatment Program Standards for the state of North Carolina

- Wrote Community Practice Standards for public and private child serving agencies adopted by the state of North Carolina
- Mecklenburg County Area Mental Health representative for Child Fatality Task force, Children's Alliance, Juvenile Justice Partnership, Model Courts Committee, Juvenile Crime Prevention Council, Cultural Competency Advisory Council
- Provided technical assistance to the state of North Carolina Department of Mental Health in the development of Service Definitions and training requirements for providers of Medicaid reimbursable services included in the State Mental Health Plan
- Co-Chair of Broward County Juvenile Alternatives to Detention Initiative
- Chair of Broward County SOC Leadership Council
- Chair of Broward County Suicide Prevention Coalition
- Board Member of Broward Behavioral Health Coalition
- Board Member of OIC of South Florida
- National Board Member of Black Administrators in Child Welfare
- 2018 Legacy Magazine 25 Most Prominent Black Women in Business and Industry award recipient
- 2019 Urban League – Margaret L. Roach Humanitarian of the Year award recipient
- 2020 Broward Community and Family Health Center Trailblazer award recipient
- 2020 City of Tamarac Proclamation Recipient for Outstanding Community Impact

**Publications**

Cook, J., Kilmer, R., Cable, L., Campbell, K., DeRusso, A., Vishnevsky, T. (2008). Utilizing the Participant Rating Form to Assess Child and Family Team Functioning and Enhance Wraparound Fidelity. *The 20th Annual Research Conference Proceedings: A System of Care for Children's Mental Health: Expanding the Research Base* (pp. 165-170). Tampa: University of South Florida, Florida Mental Health Institute, Research and Training Center for Children's Mental Health.

Fernandez, M., O'Donnell, M., Honess, K., Thurber, L., Smitely, A., Campbell, K. (2002). System of Care and Delinquent Behavior: A Report from NC FACES. *The 14th Annual Research Conference Proceedings: A System of Care for Children's Mental Health: Expanding the Research Base* (pp. 43-47). Tampa: University of South Florida, Florida Mental Health Institute, Research and Training Center for Children's Mental Health.

Fernandez, M., Campbell, K., Honess, K., Gallagher, N., Thurber, L., Smitely, A. (2001). NC Families and Communities Equals Success (FACES): Six Months Later. *The 13th Annual Research Conference Proceedings: A System of Care for Children's Mental Health: Expanding the Research Base* (pp. 123-126). Tampa: University of South Florida, Florida Mental Health Institute, Research and Training Center for Children's Mental Health.

**Presentations & Professional Development Facilitation**

| | |
|---|---|
| 1999-2002 | Division of Mental Health, Developmental Disabilities, & Substance Abuse Services, Child & Family Services Section – Statewide training events: Case Management in the System of Care Approach, System of Care Evaluation Procedures, Building Community Collaborations, Strategic Planning, Shared Resources & Blended Funding Strategies, Parents as Partners, Service Testing in a System of Care |
| 2001 | Research & Training Center for Children's Mental Health – 13th Annual Research Conference, A System of Care for Children's Mental Health: NC Families and Communities Equals Success (FACES): Six Months Later |
| 2002 | Research & Training Center for Children's Mental Health – 14th Annual Research Conference, A System of Care for Children's Mental Health: System of Care & Delinquent Behavior: A Report from NC FACES |
| 2003 | Governor's Crime Commission – Victim Services Committee: Domestic Violence Abuser Treatment: Outcomes & Funding Implications |
| 2004 | North Carolina State Legislature – Subcommittee on Domestic Violence: Domestic Violence Abuser Treatment & Recommendations for New Legislation |
| 2005 | *Smart Marriages/Happy Families* – The 9th Annual Conference of the Coalition for Marriage, Family and Couples Education: Domestic Violence, Community Readiness, & Relationship Education |
| 2005 | Prevent Child Abuse NC, Child Well Being & Domestic Violence Project – Parenting & Domestic Violence Conference: Abuser Treatment: What Is It and How Do We Work With Them? |
| 2005 | Governor's Crime Commission – Victim Services Committee: Domestic Violence Abuser Treatment: Setting Program Priorities for Fiscal Year Funding Cycles |
| 2006 | NC Institute of Government – NC District Court Judges Conference: NC State Standards for Abuser Tx. Programs: Required Components & Best Practice Approaches |

2006      MeckCARES Rollout Events (3) – <u>Orientation to MeckCARES and System of Care</u>

2006      Mecklenburg County Youth and Family Services – 70 Supervisors – <u>One Child One Plan Implementation</u>

2007      Charlotte Mecklenburg School System – 130 Social Workers, 150 Psychologists – <u>SOC 101</u>
             Mecklenburg County Public Health – 35 School Based Nurses – <u>SOC 101</u>

2007      Community Support Provider Network – 350 Community Support Providers – <u>CFT 101</u>
             Department of Juvenile Justice and Delinquency Prevention – 40 Court Counselors – <u>CFT 101</u>

2007      Mecklenburg County LME – 45 Supervisors/Managers: <u>Cultural Competency Overview</u>

2007      WCCB - TV Channel 18: Fox News Rising In-depth Interview: <u>Children's Mental Health: Warning Signs and Treatment Options</u>

2007      National Public Radio (NPR) In-depth Interview: <u>Children's Mental Health: Warning Signs and Treatment Options</u>

2007      WTVI – TV Channel 42 – Expert Medical Panel: <u>Children's Mental Health: Warning Signs and Treatment Options</u>

2007      North Carolina State System of Care Conference: <u>MeckCARES Infrastructure Development to Sustain Local Systems of Care – Community Practice Standards</u>

2008      Charlotte Mecklenburg Schools System – 150 Principals: <u>Strengthening School Based Intervention Teams using Systems of Care</u>

2008      21st Annual NC MH/DD/SA Community Service Array Conference: "Perseverance thru Change: The Silver Lining within You." MeckCARES: <u>Mecklenburg County's System of Care</u>

2008      Charlotte Mecklenburg School District: <u>Integrating System of Care and PBIS for Effective School Based Mental Health Supports</u>

2009      17th NCCAN National Conference: <u>System of Care: A Child Welfare and Mental Health Collaboration</u>

2009      National System of Care Community Training: <u>Social Marketing and Resource Development: Partnering Around Sustainability</u>

2009      NC Council of Community Programs Annual Conference: <u>Using Systems of Care and Recovery Models When Transitioning Youth during Challenging Times</u>

2010      Georgetown National Training Institutes: <u>Professional Development for Training and Technical Assistance Leaders; Building a Sustainable Infrastructure for System of Care through Workforce Development</u>

2010      This Will Pass: <u>Suicide Prevention Health Video Publication</u>: Mecklenburg County Department of Public Health, Mecklenburg County Department of Area Mental Health

2011      National Conference on System of Care for Children's Mental Health: <u>Establishing and Sustaining Systems of Care through Effective Community Collaborations</u>

2015      National Association of Drug Court Professionals Annual Conference: <u>Effective Collaboration with Communities of Color</u>

2015      National Association of Drug Court Professionals Annual Conference: <u>Serving Crossover Youth: A Broward County Collaborative Pilot Project</u>

2015      Black Administrators in Child Welfare Symposium "Straight Talk, No Chaser": <u>Serving Black and Brown Boys Effectively: A Practitioner's Point of View</u>

2017      International Conference on Counseling and Treating People of Color: <u>A County Human Services Initiative on Undoing Racism and Racial Equity Work in Child Welfare</u>

2019           Robert Wood Johnson Foundation Culture of Health Prize Conference. Addressing Racial Equity as an Approach to Impacting Health Disparities

2020           Robert Wood Johnson Foundation Forum on Communities Addressing Racism: Creating Systemic Change with a Focus on a Dismantling Racism Initiative in Broward County

2020           UpEND Movement Conference on UpENDing the Child Welfare System: The Road to Abolition: Creating Systemic Change with a Focus on the Racial Equity in Child Welfare Taskforce in Broward County

2020           Health Affairs Publication Zoom Conference on Health Equity: The Impact of Covid-19 on Communities of Color: An Anti-racist Response Approach in Broward County

## Research

► Principle Investigator on a project ending 6/05 that involved the research and design of an integrated treatment model that addresses the co-existence of substance abuse and domestic violence and their effects on parenting simultaneously through a cognitive behavioral group approach with a theoretical underpinning of MET (Governor's Crime Commission grant nos. 092-1-03-018-AD-217; 092-1-04-018-AD-281)

► Principle Investigator on a project to research the feasibility of providing relationship skills training to couples who have experienced domestic violence and choose to stay together once the abuser has completed an abuser treatment program (Department of Health and Human Services, Administration for Children and Families, Office of Community Services grant number 90EV0299). This was a 17-month project done in collaboration with a local victim service agency, a local prevent child abuse/advocacy agency, and a local private provider of relationship skills training.

Kimm Campbell holds a master's degree and clinical licensure in social work and has over 24 years of extensive experience in public administration within state and local governments, as well as in non-profit settings. She has provided leadership, direct services, and consultative services across such public sectors as child and adult mental health, special education, domestic violence, rape crisis, child welfare, juvenile justice, homelessness, and substance abuse. Most recently, she provides oversight of the following agencies within Broward County Government: Human Services Department, Cultural Division, Parks and Recreation Division, Libraries Division, Centralized Grants Administration and Criminal Justice Initiatives.

Immediately prior, Ms. Campbell provided leadership direction in her role as Director of the Broward County Human Services Department. Areas of service include child welfare, adult and child mental health and substance abuse, homelessness, elderly and veterans' services, financial crisis assistance, rape crisis and sexual assault, juvenile offender services, and primary health care services including HIV/AIDS.

Previous experience involved directing the Mecklenburg County System of Care, which required establishing cross system collaboration, infrastructure, and working in four systems simultaneously, and directing the Children's System of Care for the state of North Carolina. She is very adept at working across departments and with cultural minority groups in terms of culturally responsive and anti-racist policy development, service provision, and equal access/outreach. Ms. Campbell has practical experience in planning, developing, implementing, managing, and evaluating programs that meet national accreditation standards, and has done this work for public housing, school districts, mental health providers, and child welfare departments. Ms. Campbell has developed and implemented logic models, strategic plans, social marketing plans, training plans, policies and procedures, and budgets and has a proven track record for writing successful grants at the national, state, and local levels.

## Education

Bachelor of Social Work – New Mexico State University
Master of Social Work – New Mexico State University
Doctor of Social Work(s) – Florida Atlantic University

Graduate Certificates:
Duke University - Empowerment Skills for Leaders Graduate Certificate
Georgetown University - Public Policy – Center for Juvenile Justice Graduate Certificate
                National Leadership Academy for Children's Mental Health Graduate Certificate

# Exhibit B

**Exhibit B: Documents Reviewed**

**General**

*M.J. v. D.C.* Class Action Complaint

**L.R.**

| Beginning Bates No. | Ending Bates No. | Case | Date | Document |
|---|---|---|---|---|
| MJ-PL-00001684 | MJ-PL-00001689 | L.R. | 2/12/15 | DC DYRS Youth Assessment |
| MJ-PL-00001690 | MJ-PL-00001695 | L.R. | 5/30/18 | Children's National / Star Med Invoice / Consent for DRDC Records Request |
| MJ-PL-00015096 | MJ-PL-00015129 | L.R. | 5/3/16 | Devereux Discharge Summary |
| MJ-PL-00015096 | MJ-PL-00015129 | L.R. | 6/1/16 | Devereux Discharge Summary |
| MJ-PL-00015096 | MJ-PL-00015129 | L.R. | 6/26/15 | Devereux Psych Eval |
| MJ-PL-00015096 | MJ-PL-00015129 | L.R. | 3/11/16 | Devereux Psych Eval |
| MJ-PL-00015096 | MJ-PL-00015129 | L.R. | 4/19/16 | Devereux BioPsychoSocial Assessment |
| MJ-PL-00015096 | MJ-PL-00015129 | L.R. | 4/11/16 | Devereux Discharge and Aftercare Plan |
| MJ-PL-00001696 | MJ-PL-00001696 | L.R. | 4/30/14 | DC DYRS DSA Release Form |
| MJ-PL-00001697 | MJ-PL-00001699 | L.R. | 3/6/15 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00001700 | MJ-PL-00001700 | L.R. | 3/22/17 | Children's Behavioral Solutions Capstone Referral Acceptance Letter |
| MJ-PL-00001701 | MJ-PL-00001701 | L.R. | 3/24/17 | DC DYRS Youth Service Center Release Authorization |
| MJ-PL-00001702 | MJ-PL-00001702 | L.R. | 3/24/17 | Kidlink Treatment Services Referral Acceptance Letter to DC DYRS |
| MJ-PL-00001703 | MJ-PL-00001703 | L.R. | 2016-17 | Youth For Tomorrow New Life Center Report Card |
| MJ-PL-00001704 | MJ-PL-00001704 | L.R. | 3/24/17 | ICPC Report on Child's Placement Status from D.C. to Virginia |
| MJ-PL-00001705 | MJ-PL-00001705 | L.R. | 4/25/17 | ICPC Report on Child's Placement Status from D.C. to Florida |
| MJ-PL-00001706 | MJ-PL-00001708 | L.R. | 4/28/17 | DC DYRS-YSC Classification Assessment |
| MJ-PL-00001710 | MJ-PL-00001712 | L.R. | 5/8/17 | DC DYRS CAFAS Treatment Plan |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00001713 | MJ-PL-00001724 | L.R. | 4/27/17 | Psych Institute of Washington Discharge Plan |
| MJ-PL-00001725 | MJ-PL-00001730 | L.R. | 2/12/15 | DC DYRS Youth Assessment |
| MJ-PL-00001731 | MJ-PL-00001731 | L.R. | 4/26/17 | HSCSN Referral Acceptance Letter |
| MJ-PL-00001732 | MJ-PL-00001732 | L.R. | 5/12/17 | DC DYRS Committed Services Admin Team Decision Making Meeting Sign-In Sheet |
| MJ-PL-00001733 | MJ-PL-00001738 | L.R. | 5/16/17 | DC DYRS YSC Release Authorization / Family Court Commitment Hearing Order |
| MJ-PL-00001739 | MJ-PL-00001739 | L.R. | 5/16/17 | ICPC Report on Child's Placement Status from D.C. to Virginia |
| MJ-PL-00001740 | MJ-PL-00001744 | L.R. | 5/22/17 | DC DYRS Unusual Incident Report at Harbor Point |
| MJ-PL-00001745 | MJ-PL-00001745 | L.R. | 6/14/17 | Harbor Point Notification Letter re: CPS Incident investigation |
| MJ-PL-00001746 | MJ-PL-00001751 | L.R. | 6/23/17 | DC DYRS Unusual Incident Report at Harbor Point |
| MJ-PL-00001752 | MJ-PL-00001774 | L.R. | 6/23/17 | Harbor Point Updated Individualized Service Plan |
| MJ-PL-00001775 | MJ-PL-00001780 | L.R. | 5/27/17 | DC DYRS Unusual Incident Report at Harbor Point |
| MJ-PL-00001781 | MJ-PL-00001781 | L.R. | 4/10/18 | Harbor Point Letter re: Discharge Against Medical Advice |
| MJ-PL-00001782 | MJ-PL-00001795 | L.R. | 5/5/14 | DC Public Schools IEP |
| MJ-PL-00001796 | MJ-PL-00001800 | L.R. | 7/9/17 | DC Department of Mental Health Major Unusual Incident Report at Harbor Point |
| MJ-PL-00001801 | MJ-PL-00001818 | L.R. | 1/24/17 | DC Public Schools IEP |
| MJ-PL-00001819 | MJ-PL-00001822 | L.R. | 7/18/17 | DC DYRS Community Placement Agreement |
| MJ-PL-00001823 | MJ-PL-00001826 | L.R. | 7/17/17 | DC DYRS Memo Re: L.R. Transition Into Community |
| MJ-PL-00001827 | MJ-PL-00001833 | L.R. | 7/18/17 | Harbor Point Behavioral Health Center Discharge Information and Release |
| MJ-PL-00001834 | MJ-PL-00001839 | L.R. | 5/17/17 | Harbor Point Intake Assessment |
| MJ-PL-00001840 | MJ-PL-00001843 | L.R. | 7/18/17 | DC DYRS Home Assessment and Eval |
| MJ-PL-00001844 | MJ-PL-00001848 | L.R. | Undated | DC DYRS Case Transfer |
| MJ-PL-00001849 | MJ-PL-00001849 | L.R. | 8/10/17 | DC DYRS Flexible Funding Request Form |
| MJ-PL-00001850 | MJ-PL-00001855 | L.R. | 7/18/17 | Harbor Point Discharge Summary |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00001856 | MJ-PL-00001857 | L.R. | 3/20/15 | HSCSN Residential placement Review Committee Disposition Letter |
| MJ-PL-00001858 | MJ-PL-00001862 | L.R. | 8/31/17 | DC DYRS Case Transfer |
| MJ-PL-00001864 | MJ-PL-00001867 | L.R. | 9/11/17 | DC DYRS-YSC Classification Assessment |
| MJ-PL-00001868 | MJ-PL-00001869 | L.R. | 9/20/17 | DC DYRS-YSC Release Authorization |
| MJ-PL-00001870 | MJ-PL-00001873 | L.R. | 7/17/17 | DC DYRS Community Placement Agreement |
| MJ-PL-00001874 | MJ-PL-00001876 | L.R. | 10/23/17 | DC DYRS GPS Unit Electronic Monitoring Agreement |
| MJ-PL-00001877 | MJ-PL-00001877 | L.R. | 10/18/17 | Youth For Tomorrow Report Card |
| MJ-PL-00001878 | MJ-PL-00001878 | L.R. | 9/21/17 | DC DYRS GPS Monitoring Referral Form |
| MJ-PL-00001879 | MJ-PL-00001879 | L.R. | 4/30/15 | DC DYRS Parental Consent Form |
| MJ-PL-00001880 | MJ-PL-00001881 | L.R. | 10/26/17 | DC DYRS Memo RE: Residential Placement in Foster Care |
| MJ-PL-00001882 | MJ-PL-00001885 | L.R. | 11/2/17 | DC DYRS YSC Classification Assignment |
| MJ-PL-00001887 | MJ-PL-00001889 | L.R. | 11/8/17 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00001890 | MJ-PL-00001892 | L.R. | 11/15/17 | DC DYRS GPS Basic Guideline Agreement Contract |
| MJ-PL-00001893 | MJ-PL-00001910 | L.R. | 11/14/17 | DC DYRS YSC Release Authorization |
| MJ-PL-00001893 | MJ-PL-00001910 | L.R. | 11/14/17 | DC DYRS Face Sheet |
| MJ-PL-00001893 | MJ-PL-00001910 | L.R. | 11/14/17 | DC DYRS GPS Monitoring Referral Form |
| MJ-PL-00001893 | MJ-PL-00001910 | L.R. | 1/17/17 | DC Superior Court Commitment Order |
| MJ-PL-00001893 | MJ-PL-00001910 | L.R. | 11/14/17 | DC DYRS Email Re: Release |
| MJ-PL-00001893 | MJ-PL-00001910 | L.R. | 11/14/17 | DC DYRS Community Placement Agreement |
| MJ-PL-00001911 | MJ-PL-00001911 | L.R. | 11/15/17 | DC DYRS GPS Monitoring Referral Form |
| MJ-PL-00001912 | MJ-PL-00001916 | L.R. | 12/26/17 | DC DYRS New Beginning Youth Dev. Center Intake Review |
| MJ-PL-00001917 | MJ-PL-00001917 | L.R. | Undated | DC DYRS-DSA Release Form |
| MJ-PL-00001918 | MJ-PL-00001920 | L.R. | 4/3/15 | DC Public schools Youth Services Center Student Transcript / Report Card |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00001921 | MJ-PL-00001921 | L.R. | 12/27/17 | DC DYRS HAS Refusal of Medical Treatment Form |
| MJ-PL-00001922 | MJ-PL-00001922 | L.R. | 12/29/17 | New Beginnings Youth Development Center Referral Acceptance Letter |
| MJ-PL-00001923 | MJ-PL-00001934 | L.R. | 12/23/16 | DC DYRS Intake Assessment Form |
| MJ-PL-00001935 | MJ-PL-00001946 | L.R. | 12/30/16 | DC DYRS Intake Assessment Form |
| MJ-PL-00001947 | MJ-PL-00001947 | L.R. | 12/26/17 | DC DYRS New Beginning Intake Personal Property List |
| MJ-PL-00001948 | MJ-PL-00001948 | L.R. | 1/24/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001949 | MJ-PL-00001951 | L.R. | 1/25/18 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00001952 | MJ-PL-00001956 | L.R. | 2/13/18 | DC DYRS New Beginning Intake Interview / Property List |
| MJ-PL-00001957 | MJ-PL-00001957 | L.R. | 2/13/18 | DC DYRS DSA Release Form |
| MJ-PL-00001958 | MJ-PL-00001958 | L.R. | 2/17/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001959 | MJ-PL-00001962 | L.R. | 4/2015 | DC DYRS Case Management Monthly Checklist |
| MJ-PL-00001963 | MJ-PL-00001963 | L.R. | 2/20/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001964 | MJ-PL-00001967 | L.R. | 1/2018 | DC DYRS New Beginning Treatment Manager Monthly Summary |
| MJ-PL-00001968 | MJ-PL-00001968 | L.R. | 2/22/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001969 | MJ-PL-00001969 | L.R. | 2/27/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001970 | MJ-PL-00001970 | L.R. | 3/6/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001971 | MJ-PL-00001971 | L.R. | 3/6/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001972 | MJ-PL-00001976 | L.R. | 2/2018 | DC DYRS New Beginning Treatment Manager Monthly Summary |
| MJ-PL-00001977 | MJ-PL-00001977 | L.R. | 3/17/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001978 | MJ-PL-00001978 | L.R. | 3/23/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001979 | MJ-PL-00001979 | L.R. | 3/24/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001980 | MJ-PL-00001980 | L.R. | 3/28/18 | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001981 | MJ-PL-00001983 | L.R. | 6/19/15 | Fairfax Juvenile Detention Center Educational Transfer Summary |

4

| | | | | | |
|---|---|---|---|---|---|
| MJ-PL-00001984 | MJ-PL-00001984 | L.R. | 3/31/18 | | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001985 | MJ-PL-00001985 | L.R. | 4/9/18 | | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001986 | MJ-PL-00001986 | L.R. | 4/8/18 | | DC DYRS HSA Refusal of Medical Treatment Form |
| MJ-PL-00001987 | MJ-PL-00002000 | L.R. | 4/28/15 | | DC Public Schools IEP |
| MJ-PL-00002001 | MJ-PL-00002008 | L.R. | 7/10/15 | | Devereux Master Treatment Plan |
| MJ-PL-00002009 | MJ-PL-00002009 | L.R. | 8/30/14 | | DC DYRS YSC Release Authorization |
| MJ-PL-00002010 | MJ-PL-00002013 | L.R. | 7/2015 | | DC DYRS Case Management Monthly Checklist |
| MJ-PL-00002014 | MJ-PL-00002017 | L.R. | 7/2015 | | DC DYRS Case Management Monthly Checklist |
| MJ-PL-00002018 | MJ-PL-00002021 | L.R. | 8/2015 | | DC DYRS Case Management Monthly Checklist |
| MJ-PL-00002022 | MJ-PL-00002022 | L.R. | 9/10/15 | | Devereux School Student Interim Report |
| MJ-PL-00002023 | MJ-PL-00002024 | L.R. | 9/17/15 | | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002025 | MJ-PL-00002026 | L.R. | 9/17/15 | | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002027 | MJ-PL-00002030 | L.R. | 9/2015 | | DC DYRS Case Management Monthly Checklist |
| MJ-PL-00002031 | MJ-PL-00002042 | L.R. | 6/26/15 | | Devereux Progress Review |
| MJ-PL-00002043 | MJ-PL-00002046 | L.R. | 10/2015 | | DC DYRS Case Management Monthly Checklist |
| MJ-PL-00002047 | MJ-PL-00002048 | L.R. | 12/11/15 | | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002049 | MJ-PL-00002050 | L.R. | 3/10/16 | | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002051 | MJ-PL-00002056 | L.R. | 3/25/14 | | DC Superior Court Order for Detention / Mental Health Alert / Drug Test Referral |
| MJ-PL-00002057 | MJ-PL-00002058 | L.R. | 2/25/16 | | Devereux Letter to HSCSN Recommending Discharge / Step-Down |
| MJ-PL-00002059 | MJ-PL-00002060 | L.R. | 4/11/16 | | ICPC Report on Child's Placement Status from D.C. to Florida |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 4/4/16 | | ICPC Report on Child's Placement Status from D.C. to Maryland |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 4/9/15 | | DC Superior Court Ordered Commitment |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 3/28/16 | | PCC Stride Letter Re: Accepting L.R.'s Foster Care Placement |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 3/30/16 | DC DYRS Memo Re: L.R. Foster Care Placement at PCC |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 3/14/16 | DC DYRS Social Summary |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 2/12/15 | DC DYRS Youth Assessment |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 5/19/14 | DC Superior Court Social Study Report |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 2/25/16 | Devereux Letter to HSCSN Recommending Discharge / Step-Down |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 6/26/15 | Devereux Psych Eval |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 3/11/16 | Devereux Psych Eval |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 3/14/16 | DC DYRS Social Summary |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 10/30/13 | DC Superior Court Psych Eval / Education Testing |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 3/6/15 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 2/2/15 | PIW 21-Day psych Eval Report |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 9/29/14 | DC Superior Court Psych Eval |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 10/30/13 | DC Superior Court Psych Eval / Education Testing |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 4/28/15 | DC Public Schools IEP |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 9/18/13 | PCC Stride Therapeutic Foster Care Application |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 12/5/13 | PCC Stride Initial Foster Home Study |
| MJ-PL-00002061 | MJ-PL-00002198 | L.R. | 8/21/15 | PCC Stride Recertification Home Study |
| MJ-PL-00002199 | MJ-PL-00002200 | L.R. | 4/8/16 | DC DYRS ICPC Report from DC to Florida |
| MJ-PL-00002201 | MJ-PL-00002204 | L.R. | 4/11/16 | DC DYRS Community Placement Agreement |
| MJ-PL-00002205 | MJ-PL-00002208 | L.R. | 3/29/16 | Memo Re: Notification of Youth Release |
| MJ-PL-00002209 | MJ-PL-00002209 | L.R. | 4/29/16 | DC YouthLink Authorization to Transport |
| MJ-PL-00002210 | MJ-PL-00002225 | L.R. | 4/29/16 | Maximus Individualized Service Plan |
| MJ-PL-00002226 | MJ-PL-00002227 | L.R. | 4/4/16 | ICPC Report on Placement Status From D.C. to Maryland |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00002228 | MJ-PL-00002228 | L.R. | 4/18/16 | ICPC Report on Placement Status From D.C. to Florida |
| MJ-PL-00002229 | MJ-PL-00002236 | L.R. | 9/29/14 | DC Superior Court Psych Eval |
| MJ-PL-00002237 | MJ-PL-00002237 | L.R. | 4/18/16 | ICPC Report on Placement Status From D.C. to Maryland |
| MJ-PL-00002238 | MJ-PL-00002239 | L.R. | 6/7/16 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002240 | MJ-PL-00002242 | L.R. | 5/24/16 | DC DYRS Unusual Incident Report |
| MJ-PL-00002243 | MJ-PL-00002245 | L.R. | 5/24/16 | DC DYRS Unusual Incident Report |
| MJ-PL-00002246 | MJ-PL-00002247 | L.R. | 6/7/16 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002248 | MJ-PL-00002250 | L.R. | 6/27/16 | DC DYRS GPS Basic Guideline Agreement Contract |
| MJ-PL-00002251 | MJ-PL-00002252 | L.R. | 7/7/16 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002253 | MJ-PL-00002253 | L.R. | 7/7/16 | DC DYRS CSA Team Decision Making Meeting Sign-In Sheet |
| MJ-PL-00002254 | MJ-PL-00002256 | L.R. | 7/18/16 | DC DYRS Unusual Incident Report |
| MJ-PL-00002257 | MJ-PL-00002274 | L.R. | 10/30/13 | DC Superior Court Psych Eval |
| MJ-PL-00002275 | MJ-PL-00002277 | L.R. | 3/14/16 | DC DYRS Social Summary |
| MJ-PL-00002278 | MJ-PL-00002281 | L.R. | 8/19/16 | DC DYRS Community Placement Agreement |
| MJ-PL-00002282 | MJ-PL-00002284 | L.R. | 10/5/16 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002285 | MJ-PL-00002285 | L.R. | 9/2/16 | Prince George County Public Schools Report Card |
| MJ-PL-00002286 | MJ-PL-00002288 | L.R. | 11/1/16 | DC DYRS GPS Basic Guideline Agreement Contract |
| MJ-PL-00002289 | MJ-PL-00002297 | L.R. | 12/18/14 | DC Public School Documents (Attendance Summary, Discipline Report) |
| MJ-PL-00002298 | MJ-PL-00002300 | L.R. | 11/7/16 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002301 | MJ-PL-00002301 | L.R. | 11/14/16 | Prince George County Public Schools Notice of Student Suspension |
| MJ-PL-00002302 | MJ-PL-00002302 | L.R. | 11/22/16 | Prince George County Public Schools Notice of Student Suspension |
| MJ-PL-00002303 | MJ-PL-00002304 | L.R. | 11/8/16 | Prince George County Public Schools Student Report Card |
| MJ-PL-00002305 | MJ-PL-00002305 | L.R. | 11/4/16 | Prince George County Public Schools Student Report Card |

| MJ-PL-00002306 | MJ-PL-00002308 | L.R. | 12/30/16 | DC DYRS YSC Psych Initial Consult Note |
|---|---|---|---|---|
| MJ-PL-00002309 | MJ-PL-00002311 | L.R. | 11/23/16 | DC DYRS Unusual Incident Report |
| MJ-PL-00002312 | MJ-PL-00002315 | L.R. | 12/27/16 | Community Connections Treatment Plan |
| MJ-PL-00002316 | MJ-PL-00002318 | L.R. | 11/27/16 | PCC Stride Discharge Plan |
| MJ-PL-00002319 | MJ-PL-00002319 | L.R. | 12/20/16 | DC Superior Court Mental Health Alert |
| MJ-PL-00002320 | MJ-PL-00002335 | L.R. | 5/19/14 | DC Superior Court Social Study Report / Disposition Report |
| MJ-PL-00002337 | MJ-PL-00002337 | L.R. | 1/6/17 | Youth For Tomorrow Letter Re: Acceptance Into RTCP |
| MJ-PL-00002338 | MJ-PL-00002363 | L.R. | 5/18/16 | Maryland State Dept of Ed IEP |
| MJ-PL-00002364 | MJ-PL-00002370 | L.R. | 1/3/17 | Prince George County Public Schools Behavioral Intervention Plan |
| MJ-PL-00002371 | MJ-PL-00002379 | L.R. | 1/11/17 | Gwynn Park High Report Card |
| MJ-PL-00002380 | MJ-PL-00002381 | L.R. | 1/25/17 | DC DYRS YSC Release Authorization |
| MJ-PL-00002382 | MJ-PL-00002384 | L.R. | 2/7/17 | DC DYRS CAFAS Treatment Plan |
| MJ-PL-00002385 | MJ-PL-00002387 | L.R. | 2/9/17 | DC DYRS Unusual Incident Report |
| MJ-PL-00002388 | MJ-PL-00002389 | L.R. | 2/21/17 | DC DYRS Unusual Incident Report |
| MJ-PL-00002390 | MJ-PL-00002395 | L.R. | 2/19/17 | Youth For Tomorrow Serious Incident Report |
| MJ-PL-00002396 | MJ-PL-00002396 | L.R. | 1/15/15 | DC DYRS Notice of Intent to Recommend Commitment |
| MJ-PL-00002397 | MJ-PL-00002400 | L.R. | 2/26/17 | Youth For Tomorrow Serious Incident Report |
| MJ-PL-00002401 | MJ-PL-00002404 | L.R. | 2/18/17 | Youth For Tomorrow Serious Incident Report |
| MJ-PL-00039114 | MJ-PL-00039118 | L.R. | 2/25/17 | Youth For Tomorrow Serious Incident Report |
| MJ-PL-00002405 | MJ-PL-00002410 | L.R. | 1/29/17 | DC DYRS Community Placement Agreement |
| MJ-PL-00002411 | MJ-PL-00002416 | L.R. | 2/8/17 | Youth For Tomorrow Serious Incident Report |
| MJ-PL-00002417 | MJ-PL-00002418 | L.R. | 3/8/17 | DC DYRS Unusual Incident Report |
| MJ-PL-00002419 | MJ-PL-00002419 | L.R. | 2/23/17 | DC DYRS CSA Commitment Notice |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00002420 | MJ-PL-00002423 | L.R. | 3/10/17 | Youth For Tomorrow Serious Incident Report |
| MJ-PL-00002424 | MJ-PL-00002426 | L.R. | 3/6/17 | DC DYRS Unusual Incident Report |
| MJ-PL-00002427 | MJ-PL-00002431 | L.R. | 2/2/15 | PIW 21-Day psych Eval Report |
| MJ-PL-00002432 | MJ-PL-00002437 | L.R. | 3/6/17 | Youth For Tomorrow Serious Incident Report |
| MJ-PL-00002438 | MJ-PL-00002439 | L.R. | 3/15/17 | DC DYRS Unusual Incident Report |
| MJ-PL-00002440 | MJ-PL-00002443 | L.R. | 3/15/17 | Youth For Tomorrow Serious Incident Report |
| MJ-PL-00002444 | MJ-PL-00002444 | L.R. | 3/17/17 | Youth For Tomorrow Letter Re: Recommending Discharge to Psychiatric Facility |
| MJ-PL-00002445 | MJ-PL-00002447 | L.R. | 3/20/17 | Youth For Tomorrow Discharge Summary |
| MJ-PL-00002448 | MJ-PL-00002451 | L.R. | 3/21/17 | Youth For Tomorrow Serious Incident Report |
| MJ-PL-00002452 | MJ-PL-00002453 | L.R. | 3/21/17 | DC DYRS Unusual Incident Report |
| MJ-PL-00002454 | MJ-PL-00002458 | L.R. | 5/22/17 | DC DYRS YSC Classification Assessment |
| MJ-PL-00002459 | MJ-PL-00002459 | L.R. | 3/22/17 | Children's Behavioral Solutions Capstone Referral Acceptance Letter |
| MJ-PL-00002460 | MJ-PL-00002465 | L.R. | 3/21/17 | DC DYRS Social Summary |
| MJ-PL-00002466 | MJ-PL-00002611 | L.R. | 4/11/18 | DC DYRS Summary of All Unusual Incident Reports |
| MJ-PL-00002612 | MJ-PL-00002630 | L.R. | 2013-2015 | DC DYRS Imported Case Notes |
| MJ-PL-00002631 | MJ-PL-00002672 | L.R. | 10/16-11/16 | DC DYRS Client Case Note Records |
| MJ-PL-00015130 | MJ-PL-00015185 | L.R. | 11/16 | DC DYRS Client Case Note Records |
| MJ-PL-00015186 | MJ-PL-00015234 | L.R. | 11/16-12/16 | DC DYRS Client Case Note Records |
| MJ-PL-00015235 | MJ-PL-00015273 | L.R. | 12/16- 2/17 | DC DYRS Client Case Note Records |
| MJ-PL-00002673 | MJ-PL-00002708 | L.R. | 2/17-4/17 | DC DYRS Client Case Note Records |
| MJ-PL-00002709 | MJ-PL-00002746 | L.R. | 6/17-8/17 | DC DYRS Client Case Note Records |
| MJ-PL-00002747 | MJ-PL-00002782 | L.R. | 8/17-10/17 | DC DYRS Client Case Note Records |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00002783 | MJ-PL-00002817 | L.R. | 10/17-11/17 | DC DYRS Client Case Note Records |
| MJ-PL-00002818 | MJ-PL-00002855 | L.R. | 11/2017 | DC DYRS Client Case Note Records |
| MJ-PL-00002856 | MJ-PL-00002882 | L.R. | 2/15-3/15 | DC DYRS Client Case Note Records |
| MJ-PL-00002883 | MJ-PL-00002917 | L.R. | 12/17-2/18 | DC DYRS Client Case Note Records |
| MJ-PL-00002918 | MJ-PL-00002943 | L.R. | 2/2018 | DC DYRS Client Case Note Records |
| MJ-PL-00002944 | MJ-PL-00002967 | L.R. | 2/18-3/18 | DC DYRS Client Case Note Records |
| MJ-PL-00002968 | MJ-PL-00002974 | L.R. | 3/2018 | DC DYRS Client Case Note Records |
| MJ-PL-00002975 | MJ-PL-00003005 | L.R. | 7/15-4/16 | DC DYRS Client Case Note Records |
| MJ-PL-00015274 | MJ-PL-00015313 | L.R. | 4/16-6/16 | DC DYRS Client Case Note Records |
| MJ-PL-00003006 | MJ-PL-00003037 | L.R. | 6/16-7/16 | DC DYRS Client Case Note Records |
| MJ-PL-00003038 | MJ-PL-00003080 | L.R. | 7/16-9/16 | DC DYRS Client Case Note Records |
| MJ-PL-00003081 | MJ-PL-00003122 | L.R. | 9/16-10/16 | DC DYRS Client Case Note Records |
| MJ-PL-00015314 | MJ-PL-00015331 | L.R. | 8/15/17 | Harbor Point Discharge Summary |
| MJ-PL-00015314 | MJ-PL-00015331 | L.R. | 5/17/17 | Harbor Point Psych Admission Eval |
| MJ-PL-00003123 | MJ-PL-00003132 | L.R. | 3/8/19 | Hillcrest Consent Authorizations |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 1/12/15 | DC Superior Court Order for 21-Day Inpatient Eval at PIW |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 12/17/14 | HSCSN PRTF Referral Forms |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 3/2/15 | PRTF Referral Form |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 2/2/15 | PIW 21-Day Psych Eval D.C. Superior Court |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 9/29/14 | DC Superior Court Psych Eval |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 10/30/13 | DC Superior Court Confidential Psych Eval |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 5/19/14 | DC Superior Court Social Study Report |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 11/6/14 | DC Superior Court Disposition Report |

| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 6/26/15 | Devereux Progress Review |
|---|---|---|---|---|
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 1/11/2016-2/11/2016 | Devereux Monthly Nursing Summary / Treatment Plan of Care |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 2/25/15 | Devereux Letter Recommending Dismissal |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 3/11/16 | Devereux Psych Eval |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 7/21/17 | Harbor Point Individualized Service Plan |
| MJ-PL-00015332 | MJ-PL-00015520 | L.R. | 2014 | Harbor Point Medical Records / Call Logs |
| MJ-PL-00003133 | MJ-PL-00003139 | L.R. | 4/5/19 | DC DBH High Fidelity Wraparound Referral |
| MJ-PL-00003140 | MJ-PL-00003158 | L.R. | 10/30/18 | DC DYRS Amended IEP |
| MJ-PL-00003159 | MJ-PL-00003189 | L.R. | 2/12/15 | PIW 21-Day psych Eval Report |
| MJ-PL-00003190 | MJ-PL-00003192 | L.R. | 3/20/17 | Youth For Tomorrow Discharge Summary |
| MJ-PL-00015521 | MJ-PL-00015521 | L.R. | 6/13/18 | DC DYRS Institution Access Approval Form |
| MJ-PL-00015522 | MJ-PL-00015522 | L.R. | 6/20/18 | DC DYRS Institution Access Approval Form |
| MJ-PL-00015523 | MJ-PL-00015523 | L.R. | 8/23/18 | DC DYRS Institution Access Approval Form |
| MJ-PL-00015524 | MJ-PL-00015524 | L.R. | 8/23/18 | DC DYRS Institution Property Access Approval Form |
| MJ-PL-00015525 | MJ-PL-00015525 | L.R. | 6/18/18 | DC DYRS Institution Property Access Approval Form |
| MJ-PL-00015527 | MJ-PL-00015532 | L.R. | 5/30/18 | Children's National / Star Med Invoice / Consent for DRDC Records Request |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 2014 | PIW Coding Summary Report |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 10/1/14 | PIW Discharge Summary / Documents |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 9/26/14 | PIW Admission Assessment |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 9/25/14 | PIW Medical History and Admission Physical Exam |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 9/25/14 | PIW PPD Testing Results |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 9/30/14 | PIW Psych Assessment - Youth |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 9/25/14 | PIW Multidisciplinary Admission Assessment |

11

| | | | | | |
|---|---|---|---|---|---|
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 10/1/14 | | PIW Nursing Discharge Summary |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 9/25/14 | | PIW Admission Orders |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 9/25/14 | | PIW Physician Order Sheets |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 9/28/14 | | PIW Immunization Release |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 9/25/14 | | PIW Multidisciplinary Admission Assessment |
| MJ-PL-00003193 | MJ-PL-00003246 | L.R. | 10/1/14 | | PIW Physical Hold / Seclusion / Leathers / Chemical Restraint |
| MJ-PL-00003247 | MJ-PL-00003300 | L.R. | 9/25/14 | | PIW Multidisciplinary Admission Assessment |
| MJ-PL-00003247 | MJ-PL-00003300 | L.R. | 9/26/14 | | DC Department of Health Immunization Report |
| MJ-PL-00003247 | MJ-PL-00003300 | L.R. | 9/27/14 | | PIW Admission Weight Records |
| MJ-PL-00003247 | MJ-PL-00003300 | L.R. | 9/26/14 | | PIW Master Treatment Plan |
| MJ-PL-00003247 | MJ-PL-00003300 | L.R. | 9/25/14 | | PIW Nursing Care Plan |
| MJ-PL-00003247 | MJ-PL-00003300 | L.R. | 10/1/14 | | Multidisciplinary Daily Progress Note |
| MJ-PL-00003247 | MJ-PL-00003300 | L.R. | 10/1/14 | | PIW Physical Hold / Seclusion / Leathers / Chemical Restraint |
| MJ-PL-00003247 | MJ-PL-00003300 | L.R. | 10/1/14 | | PIW Observation Check Sheet |
| MJ-PL-00003247 | MJ-PL-00003300 | L.R. | 2014 | | PIW Medication Administration Record |
| MJ-PL-00003301 | MJ-PL-00003350 | L.R. | 3/30/17 | | PIW Patient Demographic |
| MJ-PL-00003301 | MJ-PL-00003350 | L.R. | 4/27/17 | | PIW Discharge Summary |
| MJ-PL-00003301 | MJ-PL-00003350 | L.R. | 3/30/21 | | PIW Psych Admission Assessment |
| MJ-PL-00003301 | MJ-PL-00003350 | L.R. | 3/31/17 | | PIW Psych Assessment - Youth |
| MJ-PL-00003301 | MJ-PL-00003350 | L.R. | 3/25/17 | | PIW Psych Assessment - Youth |
| MJ-PL-00003301 | MJ-PL-00003350 | L.R. | 4/27/17 | | PIW Active Therapy Assessment |
| MJ-PL-00003301 | MJ-PL-00003350 | L.R. | 3/31/17 | | PIW Nursing Assessment |
| MJ-PL-00003301 | MJ-PL-00003350 | L.R. | 3/25/17 | | PIW Admission Orders |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00003351 | MJ-PL-00003400 | L.R. | 3/25/17 | PIW Physician Order Sheets |
| MJ-PL-00003351 | MJ-PL-00003400 | L.R. | 8/24/17 | PIW Parent Report |
| MJ-PL-00003351 | MJ-PL-00003400 | L.R. | 3/29/17 | PIW Consultation Report |
| MJ-PL-00003351 | MJ-PL-00003400 | L.R. | 4/14/17 | PIW Master Treatment Plan |
| MJ-PL-00003351 | MJ-PL-00003400 | L.R. | Apr-17 | PIW SBAR Handoff Tools |
| MJ-PL-00003351 | MJ-PL-00003400 | L.R. | 1/12/15 | PIW Progress Notes |
| MJ-PL-00003401 | MJ-PL-00003450 | L.R. | 1/26/15 | PIW Discharge Summary / Order |
| MJ-PL-00003401 | MJ-PL-00003450 | L.R. | 1/12/15 | PIW Psych Admission Assessment |
| MJ-PL-00003401 | MJ-PL-00003450 | L.R. | 1/12/15 | PIW Psych Assessments |
| MJ-PL-00003401 | MJ-PL-00003450 | L.R. | 1/26/15 | PIW Discharge Summary |
| MJ-PL-00003401 | MJ-PL-00003450 | L.R. | 1/12/15 | PIW Physician Orders |
| MJ-PL-00003401 | MJ-PL-00003450 | L.R. | 1/12/15 | PIW Multidisciplinary Admission Assessment |
| MJ-PL-00003451 | MJ-PL-00003501 | L.R. | 1/12/15 | PIW Multidisciplinary Admission Assessment |
| MJ-PL-00003451 | MJ-PL-00003501 | L.R. | 1/12/15 | PIW Master Treatment Plan |
| MJ-PL-00003451 | MJ-PL-00003501 | L.R. | 1/12/15 | PIW Multidisciplinary Admission Assessment |
| MJ-PL-00003451 | MJ-PL-00003501 | L.R. | 1/12/15 | PIW Progress Notes |
| MJ-PL-00003502 | MJ-PL-00003552 | L.R. | 1/12/15 | PIW Progress Notes |
| MJ-PL-00003502 | MJ-PL-00003552 | L.R. | 1/12/15 | PIW Physical Hold / Seclusion / Leathers / Chemical Restraint |
| MJ-PL-00003502 | MJ-PL-00003552 | L.R. | 1/12/15 | PIW Progress Notes |
| MJ-PL-00003502 | MJ-PL-00003552 | L.R. | 1/22/15 | PIW Physical Hold / Seclusion / Leathers / Chemical Restraint |
| MJ-PL-00003502 | MJ-PL-00003552 | L.R. | 1/12/15 | PIW Progress Notes |
| MJ-PL-00003553 | MJ-PL-00003597 | L.R. | 1/12/15 | PIW Treatment Notes |
| MJ-PL-00003598 | MJ-PL-00003647 | L.R. | 4/2017 | PIW Treatment Notes / Restraint and Seclusion Records |

| MJ-PL-00003648 | MJ-PL-00003697 | L.R. | 4/2017 | PIW Treatment Notes |
|---|---|---|---|---|
| MJ-PL-00003698 | MJ-PL-00003769 | L.R. | 4/2017 | PIW Treatment Notes / Plans |
| MJ-PL-00003770 | MJ-PL-00003819 | L.R. | 4/2017 | PIW Treatment Notes / Plans |
| MJ-PL-00003820 | MJ-PL-00003870 | L.R. | 4/2017 | PIW Treatment Notes |
| MJ-PL-00003871 | MJ-PL-00003950 | L.R. | 4/2017 | PIW Treatment Notes / Restraint and Seclusion Record / Medication Records |
| MJ-PL-00007160 | MJ-PL-00007173 | L.R. | 2/13/20 | Community Connections Treatment Plan |
| MJ-PL-00007174 | MJ-PL-00007174 | L.R. | 4/11/19 | Email From DRDC Re: WRAP Application and Supports |
| MJ-PL-00007178 | MJ-PL-00007178 | L.R. | 3/8/19 | Hillcrest Consent for Treatment |
| MJ-PL-00007179 | MJ-PL-00007187 | L.R. | 3/8/19 | Hillcrest Welcome Letter / Authorizations |
| MJ-PL-00007366 | MJ-PL-00007367 | L.R. | 3/31/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007368 | MJ-PL-00007369 | L.R. | 1/17/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007370 | MJ-PL-00007370 | L.R. | 5/3/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007371 | MJ-PL-00007371 | L.R. | 5/3/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007372 | MJ-PL-00007372 | L.R. | 5/3/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007373 | MJ-PL-00007373 | L.R. | 5/2/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007374 | MJ-PL-00007374 | L.R. | 5/2/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007375 | MJ-PL-00007375 | L.R. | 5/2/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007376 | MJ-PL-00007376 | L.R. | 5/1/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007377 | MJ-PL-00007377 | L.R. | 5/1/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007378 | MJ-PL-00007378 | L.R. | 4/30/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007379 | MJ-PL-00007379 | L.R. | 4/30/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007380 | MJ-PL-00007380 | L.R. | 1/9/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007381 | MJ-PL-00007381 | L.R. | 4/30/17 | DCDYRS New Beginnings Blood Glucose Reading |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007382 | MJ-PL-00007382 | L.R. | 4/30/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007383 | MJ-PL-00007383 | L.R. | 4/30/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007384 | MJ-PL-00007384 | L.R. | 4/29/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007385 | MJ-PL-00007385 | L.R. | 4/29/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007386 | MJ-PL-00007386 | L.R. | 4/29/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007387 | MJ-PL-00007387 | L.R. | 4/26/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007388 | MJ-PL-00007388 | L.R. | 4/28/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007389 | MJ-PL-00007389 | L.R. | 4/28/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007390 | MJ-PL-00007390 | L.R. | 4/27/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007391 | MJ-PL-00007392 | L.R. | 1/8/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007393 | MJ-PL-00007396 | L.R. | 3/23/16 | DCDYRS New Beginnings Chronic Care Visit |
| MJ-PL-00007397 | MJ-PL-00007402 | L.R. | 3/22/18 | DCDYRS New Beginnings Chronic Care Visit |
| MJ-PL-00007403 | MJ-PL-00007408 | L.R. | 1/22/18 | DCDYRS New Beginnings Chronic Care Visit |
| MJ-PL-00007409 | MJ-PL-00007412 | L.R. | 1/22/17 | DCDYRS New Beginnings Chronic Care Visit |
| MJ-PL-00007413 | MJ-PL-00007414 | L.R. | 2/21/18 | DCDYRS New Beginnings Dental |
| MJ-PL-00007415 | MJ-PL-00007416 | L.R. | 1/30/16 | DCDYRS New Beginnings Dental |
| MJ-PL-00007417 | MJ-PL-00007418 | L.R. | 12/27/17 | DCDYRS New Beginnings Dental |
| MJ-PL-00007419 | MJ-PL-00007420 | L.R. | 11/9/17 | DCDYRS New Beginnings Dental |
| MJ-PL-00007421 | MJ-PL-00007422 | L.R. | 9/14/17 | DCDYRS New Beginnings Dental |
| MJ-PL-00007423 | MJ-PL-00007424 | L.R. | 1/7/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007425 | MJ-PL-00007426 | L.R. | 5/16/17 | DCDYRS New Beginnings Dental |
| MJ-PL-00007427 | MJ-PL-00007428 | L.R. | 5/5/17 | DCDYRS New Beginnings Dental |
| MJ-PL-00007429 | MJ-PL-00007430 | L.R. | 1/6/17 | DCDYRS New Beginnings Dental |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007431 | MJ-PL-00007431 | L.R. | 12/29/16 | DCDYRS New Beginnings Dental |
| MJ-PL-00007432 | MJ-PL-00007432 | L.R. | 12/29/16 | DCDYRS New Beginnings Dental |
| MJ-PL-00007433 | MJ-PL-00007433 | L.R. | 3/10/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007434 | MJ-PL-00007434 | L.R. | 3/9/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007435 | MJ-PL-00007435 | L.R. | 3/5/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007436 | MJ-PL-00007436 | L.R. | 3/3/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007437 | MJ-PL-00007438 | L.R. | 3/3/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007439 | MJ-PL-00007440 | L.R. | 1/7/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007441 | MJ-PL-00007441 | L.R. | 2/24/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007442 | MJ-PL-00007442 | L.R. | 2/23/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007443 | MJ-PL-00007443 | L.R. | 2/22/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007444 | MJ-PL-00007444 | L.R. | 2/17/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007445 | MJ-PL-00007445 | L.R. | 2/13/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007446 | MJ-PL-00007446 | L.R. | 2/8/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007447 | MJ-PL-00007447 | L.R. | 2/2/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007448 | MJ-PL-00007448 | L.R. | 2/1/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007449 | MJ-PL-00007449 | L.R. | 1/30/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007450 | MJ-PL-00007450 | L.R. | 1/29/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007451 | MJ-PL-00007452 | L.R. | 1/7/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007453 | MJ-PL-00007453 | L.R. | 1/23/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007454 | MJ-PL-00007454 | L.R. | 1/20/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007455 | MJ-PL-00007455 | L.R. | 1/20/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007456 | MJ-PL-00007456 | L.R. | 1/12/18 | DCDYRS New Beginnings General Note |

| MJ-PL-00007457 | MJ-PL-00007458 | L.R. | 1/8/18 | DCDYRS New Beginnings General Note |
|---|---|---|---|---|
| MJ-PL-00007459 | MJ-PL-00007460 | L.R. | 1/6/18 | DCDYRS New Beginnings General Note |
| MJ-PL-00007461 | MJ-PL-00007461 | L.R. | 12/21/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007462 | MJ-PL-00007462 | L.R. | 12/19/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007463 | MJ-PL-00007463 | L.R. | 12/21/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007464 | MJ-PL-00007464 | L.R. | 11/15/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007465 | MJ-PL-00007466 | L.R. | 1/7/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007467 | MJ-PL-00007467 | L.R. | 11/7/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007468 | MJ-PL-00007468 | L.R. | 9/13/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007469 | MJ-PL-00007469 | L.R. | 9/13/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007470 | MJ-PL-00007470 | L.R. | 9/11/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007471 | MJ-PL-00007471 | L.R. | 9/9/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007472 | MJ-PL-00007472 | L.R. | 5/15/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007473 | MJ-PL-00007473 | L.R. | 5/13/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007474 | MJ-PL-00007474 | L.R. | 5/13/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007475 | MJ-PL-00007475 | L.R. | 5/10/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007476 | MJ-PL-00007476 | L.R. | 5/9/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007477 | MJ-PL-00007478 | L.R. | 1/5/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007479 | MJ-PL-00007479 | L.R. | 5/9/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007480 | MJ-PL-00007480 | L.R. | 5/5/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007481 | MJ-PL-00007481 | L.R. | 5/5/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007482 | MJ-PL-00007482 | L.R. | 5/4/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007483 | MJ-PL-00007483 | L.R. | 5/3/17 | DCDYRS New Beginnings General Note |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007484 | MJ-PL-00007484 | L.R. | 4/29/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007485 | MJ-PL-00007485 | L.R. | 4/28/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007486 | MJ-PL-00007486 | L.R. | 2/22/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007487 | MJ-PL-00007487 | L.R. | 1/24/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007488 | MJ-PL-00007488 | L.R. | 1/4/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007489 | MJ-PL-00007490 | L.R. | 1/5/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007491 | MJ-PL-00007491 | L.R. | 1/4/17 | DCDYRS New Beginnings General Note |
| MJ-PL-00007492 | MJ-PL-00007492 | L.R. | 12/29/16 | DCDYRS New Beginnings General Note |
| MJ-PL-00007493 | MJ-PL-00007493 | L.R. | 12/29/16 | DCDYRS New Beginnings General Note |
| MJ-PL-00007494 | MJ-PL-00007494 | L.R. | 12/28/16 | DCDYRS New Beginnings General Note |
| MJ-PL-00007495 | MJ-PL-00007495 | L.R. | 12/26/16 | DCDYRS New Beginnings General Note |
| MJ-PL-00007496 | MJ-PL-00007496 | L.R. | 12/25/16 | DCDYRS New Beginnings General Note |
| MJ-PL-00007497 | MJ-PL-00007497 | L.R. | 3/25/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007498 | MJ-PL-00007498 | L.R. | 3/12/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007499 | MJ-PL-00007499 | L.R. | 3/5/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007500 | MJ-PL-00007500 | L.R. | 3/4/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007501 | MJ-PL-00007502 | L.R. | 1/2/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007503 | MJ-PL-00007503 | L.R. | 3/6/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007504 | MJ-PL-00007505 | L.R. | 2/12/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007506 | MJ-PL-00007506 | L.R. | 2/5/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007507 | MJ-PL-00007507 | L.R. | 3/6/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007508 | MJ-PL-00007508 | L.R. | 1/30/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007509 | MJ-PL-00007509 | L.R. | 1/29/18 | DCDYRS New Beginnings Group Progress Note |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007510 | MJ-PL-00007510 | L.R. | 1/29/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007511 | MJ-PL-00007512 | L.R. | 1/18/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007513 | MJ-PL-00007513 | L.R. | 1/29/18 | DCDYRS New Beginnings Group Progress Note |
| MJ-PL-00007514 | MJ-PL-00007515 | L.R. | 1/4/17 | SZ Pulmonary Medicine Clinic Prescription |
| MJ-PL-00007516 | MJ-PL-00007517 | L.R. | 3/30/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007518 | MJ-PL-00007519 | L.R. | 12/19/17 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007520 | MJ-PL-00007521 | L.R. | 1/4/17 | CNMC Sheikh Zayed Respiratory Test |
| MJ-PL-00007522 | MJ-PL-00007523 | L.R. | 1/4/17 | SZ Pulmonary Clinic Visit Summary |
| MJ-PL-00007524 | MJ-PL-00007528 | L.R. | 2/19/17 | Novant Health UVA HAMC Care Plan |
| MJ-PL-00007529 | MJ-PL-00007530 | L.R. | 12/23/16 | Youth For Tomorrow Physical Exam Report |
| MJ-PL-00007531 | MJ-PL-00007532 | L.R. | 3/9/17 | Youth For Tomorrow Doctor Visit Form |
| MJ-PL-00007533 | MJ-PL-00007536 | L.R. | 3/21/17 | Youth For Tomorrow Medical Discharge |
| MJ-PL-00007537 | MJ-PL-00007537 | L.R. | 2/21/17 | Youth For Tomorrow Fax Transmittal Form |
| MJ-PL-00007538 | MJ-PL-00007538 | L.R. | 2/14/17 | Youth For Tomorrow Doctor Visit Form |
| MJ-PL-00007539 | MJ-PL-00007539 | L.R. | 2/21/17 | Unity Healthcare Visit Summary |
| MJ-PL-00007540 | MJ-PL-00007541 | L.R. | 2/14/17 | Unity Health Care Patient Referral |
| MJ-PL-00007542 | MJ-PL-00007543 | L.R. | 9/14/17 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007544 | MJ-PL-00007544 | L.R. | 2/19/17 | Youth For Tomorrow Resident Medical Complaint Form |
| MJ-PL-00007545 | MJ-PL-00007546 | L.R. | 2/9/17 | Youth For Tomorrow Progress Note / Doctor Visit Form |
| MJ-PL-00007547 | MJ-PL-00007548 | L.R. | 2/1/17 | Youth For Tomorrow Progress Note / Doctor Visit Form |
| MJ-PL-00007549 | MJ-PL-00007549 | L.R. | 3/27/17 | DCDYRS New Beginnings Youth For Tomorrow Medication Management Summary |
| MJ-PL-00007550 | MJ-PL-00007553 | L.R. | 3/22/17 | Youth For Tomorrow Discharge Summary Report |

19

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007554 | MJ-PL-00007554 | L.R. | 3/22/17 | Youth For Tomorrow Termination Form |
| MJ-PL-00007555 | MJ-PL-00007555 | L.R. | 3/30/17 | Children's National Prescription |
| MJ-PL-00007556 | MJ-PL-00007557 | L.R. | 3/30/17 | Children's National Prescription |
| MJ-PL-00007558 | MJ-PL-00007559 | L.R. | 1/12/17 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007560 | MJ-PL-00007561 | L.R. | 1/22/17 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007562 | MJ-PL-00007563 | L.R. | 9/13/17 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007564 | MJ-PL-00007565 | L.R. | 1/24/17 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007566 | MJ-PL-00007567 | L.R. | 9/16/17 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007568 | MJ-PL-00007569 | L.R. | 11/13/17 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007570 | MJ-PL-00007571 | L.R. | 12/21/17 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007572 | MJ-PL-00007573 | L.R. | 1/28/18 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007574 | MJ-PL-00007575 | L.R. | 1/30/18 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007576 | MJ-PL-00007577 | L.R. | 2/3/18 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007578 | MJ-PL-00007579 | L.R. | 3/16/18 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007580 | MJ-PL-00007581 | L.R. | 3/22/18 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007582 | MJ-PL-00007582 | L.R. | 1/4/17 | Children's National Prescription |
| MJ-PL-00007583 | MJ-PL-00007584 | L.R. | 9/12/17 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007585 | MJ-PL-00007585 | L.R. | 3/22/18 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007586 | MJ-PL-00007586 | L.R. | 3/16/18 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007587 | MJ-PL-00007588 | L.R. | 2/3/18 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007589 | MJ-PL-00007589 | L.R. | 2/1/18 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007590 | MJ-PL-00007590 | L.R. | 1/30/18 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007591 | MJ-PL-00007591 | L.R. | 1/24/18 | DCDYRS New Beginnings Incident Assessment Report |

| MJ-PL-00007592 | MJ-PL-00007592 | L.R. | 1/23/18 | DCDYRS New Beginnings Incident Assessment Report |
|---|---|---|---|---|
| MJ-PL-00007593 | MJ-PL-00007593 | L.R. | 1/17/18 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007594 | MJ-PL-00007594 | L.R. | 1/1/18 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007595 | MJ-PL-00007595 | L.R. | 12/21/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007596 | MJ-PL-00007597 | L.R. | 1/15/17 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007598 | MJ-PL-00007598 | L.R. | 12/17/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007599 | MJ-PL-00007599 | L.R. | 11/12/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007600 | MJ-PL-00007601 | L.R. | 11/12/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007602 | MJ-PL-00007603 | L.R. | 11/11/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007604 | MJ-PL-00007605 | L.R. | 9/20/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007606 | MJ-PL-00007606 | L.R. | 9/14/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007607 | MJ-PL-00007607 | L.R. | 9/11/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007608 | MJ-PL-00007608 | L.R. | 1/25/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007609 | MJ-PL-00007609 | L.R. | 1/24/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007610 | MJ-PL-00007610 | L.R. | 1/23/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007611 | MJ-PL-00007611 | L.R. | 1/11/17 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007612 | MJ-PL-00007612 | L.R. | 1/22/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007613 | MJ-PL-00007613 | L.R. | 1/12/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007614 | MJ-PL-00007614 | L.R. | 1/1/17 | DCDYRS New Beginnings Incident Assessment Report |
| MJ-PL-00007615 | MJ-PL-00007616 | L.R. | 12/26/16 | DCDYRS New Beginnings Repeated High Risk Behavior Referral |
| MJ-PL-00007617 | MJ-PL-00007617 | L.R. | 2/22/18 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007618 | MJ-PL-00007618 | L.R. | 2/18/18 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007619 | MJ-PL-00007619 | L.R. | 2/15/18 | DCDYRS New Beginnings Medical Alert |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007620 | MJ-PL-00007620 | L.R. | 2/1/18 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007621 | MJ-PL-00007621 | L.R. | 1/31/18 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007622 | MJ-PL-00007622 | L.R. | 1/6/17 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007623 | MJ-PL-00007623 | L.R. | 1/25/18 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007624 | MJ-PL-00007624 | L.R. | 1/17/18 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007625 | MJ-PL-00007625 | L.R. | 1/5/18 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007626 | MJ-PL-00007626 | L.R. | 1/5/18 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007627 | MJ-PL-00007627 | L.R. | 12/31/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007628 | MJ-PL-00007628 | L.R. | 12/31/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007629 | MJ-PL-00007629 | L.R. | 12/15/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007630 | MJ-PL-00007630 | L.R. | 12/1/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007631 | MJ-PL-00007632 | L.R. | 4/26/15-5/4/15 | DC DYRS HAS Provider Orders |
| MJ-PL-00007633 | MJ-PL-00007633 | L.R. | 9/10/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007634 | MJ-PL-00007635 | L.R. | 12/24/16 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007636 | MJ-PL-00007636 | L.R. | 9/10/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007637 | MJ-PL-00007637 | L.R. | 9/10/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007638 | MJ-PL-00007638 | L.R. | 5/9/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007639 | MJ-PL-00007639 | L.R. | 3/24/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007640 | MJ-PL-00007640 | L.R. | 3/24/17 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007641 | MJ-PL-00007641 | L.R. | 12/23/16 | DCDYRS New Beginnings Medical Alert |
| MJ-PL-00007642 | MJ-PL-00007649 | L.R. | 2/20/18 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007650 | MJ-PL-00007650 | L.R. | 2/17/18 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007651 | MJ-PL-00007658 | L.R. | 1/26/18 | DCDYRS New Beginnings Medical Intake |

| MJ-PL-00007659 | MJ-PL-00007659 | L.R. | 1/26/18 | DCDYRS New Beginnings Medical Intake |
|---|---|---|---|---|
| MJ-PL-00007660 | MJ-PL-00007661 | L.R. | 12/24/16 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007662 | MJ-PL-00007667 | L.R. | 12/26/17 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007668 | MJ-PL-00007668 | L.R. | 12/14/17 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007669 | MJ-PL-00007669 | L.R. | 11/1/17 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007670 | MJ-PL-00007670 | L.R. | 9/12/17 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007671 | MJ-PL-00007678 | L.R. | 4/27/17 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007679 | MJ-PL-00007679 | L.R. | 4/28/17 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007680 | MJ-PL-00007691 | L.R. | 3/26/17 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007692 | MJ-PL-00007692 | L.R. | 3/22/17 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007693 | MJ-PL-00007700 | L.R. | 12/23/16 | DCDYRS New Beginnings Medical Intake |
| MJ-PL-00007701 | MJ-PL-00007701 | L.R. | 2/1/18 | DCDYRS New Beginnings Mental Health Consultation |
| MJ-PL-00007702 | MJ-PL-00007703 | L.R. | 12/23/16 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007704 | MJ-PL-00007704 | L.R. | 11/12/17 | DCDYRS New Beginnings Mental Health Consultation |
| MJ-PL-00007705 | MJ-PL-00007705 | L.R. | 11/7/17 | DCDYRS New Beginnings Mental Health Consultation |
| MJ-PL-00007706 | MJ-PL-00007706 | L.R. | 4/27/17 | DCDYRS New Beginnings Mental Health Consultation |
| MJ-PL-00007707 | MJ-PL-00007707 | L.R. | 1/24/17 | DCDYRS New Beginnings Mental Health Consultation |
| MJ-PL-00007708 | MJ-PL-00007708 | L.R. | 1/3/17 | DCDYRS New Beginnings Mental Health Consultation |
| MJ-PL-00007709 | MJ-PL-00007709 | L.R. | 12/29/16 | DCDYRS New Beginnings Mental Health Consultation |
| MJ-PL-00007710 | MJ-PL-00007710 | L.R. | 12/26/16 | DCDYRS New Beginnings Mental Health Consultation |
| MJ-PL-00007711 | MJ-PL-00007712 | L.R. | 2/15/18 | DCDYRS New Beginnings Mental Health Intake |
| MJ-PL-00007713 | MJ-PL-00007718 | L.R. | 2/16/18 | DCDYRS New Beginnings Mental Health Intake |
| MJ-PL-00007719 | MJ-PL-00007722 | L.R. | 12/27/17 | DCDYRS New Beginnings Mental Health Intake |

| MJ-PL-00007723 | MJ-PL-00007724 | L.R. | 3/14/18 | DCDYRS New Beginnings Acute Care Visit |
|---|---|---|---|---|
| MJ-PL-00007725 | MJ-PL-00007725 | L.R. | 4/5/18 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007726 | MJ-PL-00007729 | L.R. | 12/18/17 | DCDYRS New Beginnings Mental Health Intake |
| MJ-PL-00007730 | MJ-PL-00007733 | L.R. | 11/3/17 | DCDYRS New Beginnings Mental Health Intake |
| MJ-PL-00007734 | MJ-PL-00007737 | L.R. | 9/30/17 | DCDYRS New Beginnings Mental Health Intake |
| MJ-PL-00007738 | MJ-PL-00007741 | L.R. | 5/1/17 | DCDYRS New Beginnings Mental Health Intake |
| MJ-PL-00007742 | MJ-PL-00007745 | L.R. | 3/31/17 | DCDYRS New Beginnings Mental Health Intake |
| MJ-PL-00007746 | MJ-PL-00007749 | L.R. | 1/3/17 | DCDYRS New Beginnings Mental Health Intake |
| MJ-PL-00007750 | MJ-PL-00007750 | L.R. | 3/8/18 | DCDYRS New Beginnings Animal Assisted Therapy Referral |
| MJ-PL-00007751 | MJ-PL-00007752 | L.R. | 4/4/16 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007753 | MJ-PL-00007754 | L.R. | 3/24/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007755 | MJ-PL-00007756 | L.R. | 3/15/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007757 | MJ-PL-00007757 | L.R. | 3/29/18 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007758 | MJ-PL-00007758 | L.R. | 3/15/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007759 | MJ-PL-00007759 | L.R. | 3/9/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007760 | MJ-PL-00007761 | L.R. | 3/9/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007762 | MJ-PL-00007763 | L.R. | 3/4/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007764 | MJ-PL-00007764 | L.R. | 2/3/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007765 | MJ-PL-00007765 | L.R. | 1/30/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007766 | MJ-PL-00007767 | L.R. | 1/29/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007768 | MJ-PL-00007769 | L.R. | 1/29/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007770 | MJ-PL-00007771 | L.R. | 1/29/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007772 | MJ-PL-00007773 | L.R. | 1/8/18 | DCDYRS New Beginnings MH SOAP Note |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007774 | MJ-PL-00007774 | L.R. | 2/24/18 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007775 | MJ-PL-00007776 | L.R. | 1/8/18 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007777 | MJ-PL-00007778 | L.R. | 12/21/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007779 | MJ-PL-00007780 | L.R. | 12/18/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007781 | MJ-PL-00007782 | L.R. | 11/15/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007783 | MJ-PL-00007784 | L.R. | 11/12/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007785 | MJ-PL-00007786 | L.R. | 11/11/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007787 | MJ-PL-00007787 | L.R. | 11/7/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007788 | MJ-PL-00007788 | L.R. | 9/22/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007789 | MJ-PL-00007789 | L.R. | 5/8/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007790 | MJ-PL-00007790 | L.R. | 3/24/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007791 | MJ-PL-00007791 | L.R. | 2/24/18 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007792 | MJ-PL-00007793 | L.R. | 1/20/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007794 | MJ-PL-00007794 | L.R. | 1/13/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007795 | MJ-PL-00007795 | L.R. | 1/3/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007796 | MJ-PL-00007796 | L.R. | 1/1/17 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007797 | MJ-PL-00007797 | L.R. | 12/29/16 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007798 | MJ-PL-00007798 | L.R. | 12/29/16 | DCDYRS New Beginnings MH SOAP Note |
| MJ-PL-00007799 | MJ-PL-00007799 | L.R. | 2/15/18 | DCDYRS New Beginnings MH Treatment Plan |
| MJ-PL-00007800 | MJ-PL-00007800 | L.R. | 3/14/18 | DCDYRS New Beginnings Nutrition Note |
| MJ-PL-00007801 | MJ-PL-00007801 | L.R. | 2/22/18 | DCDYRS New Beginnings Nutrition Follow Up Visit |
| MJ-PL-00007802 | MJ-PL-00007802 | L.R. | 2/22/18 | DCDYRS New Beginnings Nutrition Follow Up Visit |
| MJ-PL-00007803 | MJ-PL-00007803 | L.R. | 2/23/18 | DCDYRS New Beginnings Blood Glucose Reading |

| MJ-PL-00007804 | MJ-PL-00007805 | L.R. | 1/31/18 | DCDYRS New Beginnings Nutrition Initial Visit |
|---|---|---|---|---|
| MJ-PL-00007806 | MJ-PL-00007806 | L.R. | 5/9/17 | DCDYRS New Beginnings Nutrition Follow Up Visit |
| MJ-PL-00007807 | MJ-PL-00007807 | L.R. | 3/24/17 | DCDYRS New Beginnings Nutrition Follow Up Visit |
| MJ-PL-00007808 | MJ-PL-00007810 | L.R. | 3/24/17 | DCDYRS New Beginnings Nutrition Initial Visit |
| MJ-PL-00007811 | MJ-PL-00007812 | L.R. | 1/11/17 | DCDYRS New Beginnings Nutrition Initial Visit |
| MJ-PL-00007813 | MJ-PL-00007815 | L.R. | 1/11/17 | DCDYRS New Beginnings Nutrition Initial Visit |
| MJ-PL-00007816 | MJ-PL-00007816 | L.R. | 10/1/14 | DC DYRS HSA TB Testing Form |
| MJ-PL-00007817 | MJ-PL-00007817 | L.R. | 2014-2015 | DC DYRS HSA Admissions Work Up |
| MJ-PL-00007818 | MJ-PL-00007818 | L.R. | 5/2015-6/2015 | DC DYRS HSA Problem List |
| MJ-PL-00007819 | MJ-PL-00007819 | L.R. | 5/4/15 | Chronic Disease Follow-Up |
| MJ-PL-00007820 | MJ-PL-00007820 | L.R. | 2/22/16 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007821 | MJ-PL-00007821 | L.R. | 2/27/15 | Chronic Disease Follow-Up |
| MJ-PL-00007822 | MJ-PL-00007823 | L.R. | 06/2015 | DC DYRS YSC Medication Chart |
| MJ-PL-00007824 | MJ-PL-00007825 | L.R. | 06/2015 | DC DYRS YSC Medication Chart |
| MJ-PL-00007826 | MJ-PL-00007827 | L.R. | 05/2015 | DC DYRS YSC Medication Chart |
| MJ-PL-00007828 | MJ-PL-00007829 | L.R. | 05/2015 | DC DYRS YSC Medication Chart |
| MJ-PL-00007830 | MJ-PL-00007831 | L.R. | 05/2015 | DC DYRS YSC Medication Chart |
| MJ-PL-00007832 | MJ-PL-00007832 | L.R. | 6/22/15 | DC DYRS YSC LabCorp Test Results |
| MJ-PL-00007833 | MJ-PL-00007833 | L.R. | 10/3/14 | DC DYRS YSC LabCorp Test Results |
| MJ-PL-00007834 | MJ-PL-00007834 | L.R. | 10/3/14 | DC DYRS YSC LabCorp Test Results |
| MJ-PL-00007835 | MJ-PL-00007835 | L.R. | 4/17/15 | DC DYRS YSC Mobile Medical Imaging Patient Report |
| MJ-PL-00007836 | MJ-PL-00007836 | L.R. | 2/21/16 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007837 | MJ-PL-00007837 | L.R. | 11/18/14 | DC DYRS YSC Mobile Medical Imaging Patient Report |

| | | | | | |
|---|---|---|---|---|---|
| MJ-PL-00007838 | MJ-PL-00007838 | L.R. | 10/1/14 | | DC DYRS HSA Vision Test |
| MJ-PL-00007839 | MJ-PL-00007839 | L.R. | 10/1/14 | | DC DYRS HSA Audioscope Screening Results |
| MJ-PL-00007840 | MJ-PL-00007841 | L.R. | 2015 | | Dental Health Record |
| MJ-PL-00007842 | MJ-PL-00007842 | L.R. | 11/18/14 | | Optometric Exam |
| MJ-PL-00007843 | MJ-PL-00007844 | L.R. | 6/24/15 | | DC DYRS HSA Provider Orders |
| MJ-PL-00007845 | MJ-PL-00007846 | L.R. | 6/2015 | | DC DYRS HSA Provider Orders |
| MJ-PL-00007847 | MJ-PL-00007848 | L.R. | 5/2015 | | DC DYRS HSA Provider Orders |
| MJ-PL-00007849 | MJ-PL-00007850 | L.R. | 4/2015 | | DC DYRS HSA Provider Orders |
| MJ-PL-00007851 | MJ-PL-00007851 | L.R. | 12/24/17 | | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007852 | MJ-PL-00007853 | L.R. | 3/15-4/15 | | DC DYRS HSA Provider Orders |
| MJ-PL-00007854 | MJ-PL-00007855 | L.R. | 3/2015 | | DC DYRS HSA Provider Orders |
| MJ-PL-00007856 | MJ-PL-00007857 | L.R. | 2/2015 | | DC DYRS HSA Provider Orders |
| MJ-PL-00007858 | MJ-PL-00007859 | L.R. | 1/15-2/15 | | DC DYRS HSA Provider Orders |
| MJ-PL-00007860 | MJ-PL-00007860 | L.R. | 1/27/15 | | DC DYRS HSA Provider Orders |
| MJ-PL-00007861 | MJ-PL-00007862 | L.R. | 6/25/15 | | DC DYRS Medical Admission 7-Day Follow Up |
| MJ-PL-00007863 | MJ-PL-00007863 | L.R. | 6/2015 | | DC DYRS HSA Medical Record |
| MJ-PL-00007864 | MJ-PL-00007865 | L.R. | 5/15-6/15 | | DC DYRS HSA Medical Record |
| MJ-PL-00007866 | MJ-PL-00007867 | L.R. | 5/8/15 | | DC DYRS HSA Incident Assessment Report |
| MJ-PL-00007868 | MJ-PL-00007869 | L.R. | 5/5/15 | | DC DYRS HSA Incident Assessment Report |
| MJ-PL-00007870 | MJ-PL-00007870 | L.R. | 9/13/17 | | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007871 | MJ-PL-00007872 | L.R. | 5/4/15 | | DC DYRS HSA Medical Record |
| MJ-PL-00007873 | MJ-PL-00007874 | L.R. | 4/2015 | | DC DYRS HSA Medical Record |
| MJ-PL-00007875 | MJ-PL-00007876 | L.R. | 4/20/15 | | DC DYRS HSA Incident Assessment Report |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007877 | MJ-PL-00007878 | L.R. | 4/17/15 | DC DYRS HSA Incident Assessment Report |
| MJ-PL-00007879 | MJ-PL-00007880 | L.R. | 2/1/15 | DC DYRS Medical Admission 7-Day Follow Up |
| MJ-PL-00007881 | MJ-PL-00007882 | L.R. | 1/15-2/15 | DC DYRS HSA Medical Record |
| MJ-PL-00007883 | MJ-PL-00007884 | L.R. | 2/2015 | DC DYRS HSA Medical Record |
| MJ-PL-00007885 | MJ-PL-00007886 | L.R. | 2/5/15 | DC DYRS HSA Medical Record |
| MJ-PL-00007887 | MJ-PL-00007888 | L.R. | 2/15-3/15 | DC DYRS HSA Medical Record |
| MJ-PL-00007889 | MJ-PL-00007890 | L.R. | 4/2015 | DC DYRS HSA Medical Record |
| MJ-PL-00007891 | MJ-PL-00007891 | | 9/12/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007892 | MJ-PL-00007892 | L.R. | 1/27/15 | DC DYRS HSA Medical Record |
| MJ-PL-00007893 | MJ-PL-00007900 | L.R. | 6/18/15 | DC DYRS Intake History and Physical Exam |
| MJ-PL-00007901 | MJ-PL-00007910 | L.R. | 1/26/15 | DC DYRS Intake History and Physical Exam |
| MJ-PL-00007911 | MJ-PL-00007914 | L.R. | 10/19/14 | MAYSI-2 Screening Report |
| MJ-PL-00007915 | MJ-PL-00007918 | L.R. | 6/19/15 | DC DYRS Behavioral Health Program Initial Screening Form / Treatment Plan |
| MJ-PL-00007919 | MJ-PL-00007919 | L.R. | 6/18/15 | Medical Record / Consultation |
| MJ-PL-00007920 | MJ-PL-00007923 | L.R. | 6/18/15 | MAYSI-2 Screening Report |
| MJ-PL-00007924 | MJ-PL-00007924 | L.R. | 5/15/15 | Medical Record / Consultation |
| MJ-PL-00007925 | MJ-PL-00007925 | L.R. | 5/18/15 | Behavioral Health Services Running/Progress Notes |
| MJ-PL-00007926 | MJ-PL-00007926 | L.R. | 5/13/15 | Mental Health Psychoeducational Group |
| MJ-PL-00007927 | MJ-PL-00007928 | L.R. | 2/28/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00007929 | MJ-PL-00007929 | L.R. | 9/12/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007930 | MJ-PL-00007930 | L.R. | 5/3/15 | Behavioral Health Services Progress Notes |
| MJ-PL-00007931 | MJ-PL-00007931 | L.R. | 4/2/15 | Mental Health Psychoeducational Group |
| MJ-PL-00007932 | MJ-PL-00007932 | L.R. | 4/6/15 | Behavioral Health Services Progress Notes |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007933 | MJ-PL-00007933 | L.R. | 3/24/15 | Behavioral Health Services Progress Notes |
| MJ-PL-00007934 | MJ-PL-00007934 | L.R. | 3/19/15 | Mental Health Psychoeducational Group |
| MJ-PL-00007935 | MJ-PL-00007935 | L.R. | 3/11/15 | Mental Health Psychoeducational Group |
| MJ-PL-00007936 | MJ-PL-00007936 | L.R. | 3/7/15 | Behavioral Health Services Progress Notes |
| MJ-PL-00007937 | MJ-PL-00007944 | L.R. | 12/14/17 | DCDYRS New Beginnings Overnighter Medical Screening |
| MJ-PL-00007945 | MJ-PL-00007952 | L.R. | 12/14/17 | DCDYRS New Beginnings Overnighter Medical Screening |
| MJ-PL-00007953 | MJ-PL-00007960 | L.R. | 12/14/17 | DCDYRS New Beginnings Overnighter Medical Screening |
| MJ-PL-00007961 | MJ-PL-00007961 | L.R. | 9/11/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007962 | MJ-PL-00007963 | L.R. | 4/3/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007964 | MJ-PL-00007965 | L.R. | 3/27/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007966 | MJ-PL-00007967 | L.R. | 3/20/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007968 | MJ-PL-00007969 | L.R. | 3/13/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007970 | MJ-PL-00007970 | L.R. | 3/6/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007971 | MJ-PL-00007971 | L.R. | 2/27/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007972 | MJ-PL-00007973 | L.R. | 2/20/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007974 | MJ-PL-00007975 | L.R. | 2/13/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007976 | MJ-PL-00007977 | L.R. | 2/8/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007978 | MJ-PL-00007979 | L.R. | 2/1/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007980 | MJ-PL-00007980 | L.R. | 9/11/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00007981 | MJ-PL-00007982 | L.R. | 1/25/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007983 | MJ-PL-00007984 | L.R. | 1/18/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007985 | MJ-PL-00007986 | L.R. | 1/16/18 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007987 | MJ-PL-00007988 | L.R. | 1/9/18 | DCDYRS New Beginnings Psych Follow Up |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00007989 | MJ-PL-00007990 | L.R. | 9/19/17 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007991 | MJ-PL-00007992 | L.R. | 9/14/17 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007993 | MJ-PL-00007993 | L.R. | 9/12/17 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007994 | MJ-PL-00007995 | L.R. | 1/19/17 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007996 | MJ-PL-00007997 | L.R. | 1/7/17 | DCDYRS New Beginnings Psych Follow Up |
| MJ-PL-00007998 | MJ-PL-00008001 | L.R. | 1/2/18 | DCDYRS New Beginnings Psych Initial Consult |
| MJ-PL-00008002 | MJ-PL-00008002 | L.R. | 9/10/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008003 | MJ-PL-00008004 | L.R. | 5/4/17 | DCDYRS New Beginnings Psych Initial Consult |
| MJ-PL-00008005 | MJ-PL-00008008 | L.R. | 12/30/16 | DCDYRS New Beginnings Psych Initial Consult |
| MJ-PL-00008009 | MJ-PL-00008009 | L.R. | 9/12/17 | DCDYRS New Beginnings TB Test Results |
| MJ-PL-00008010 | MJ-PL-00008010 | L.R. | 12/25/16 | DCDYRS New Beginnings TB Test Results |
| MJ-PL-00008011 | MJ-PL-00008011 | L.R. | 2/12/18 | DCDYRS New Beginnings Vision & Hearing Screening |
| MJ-PL-00008012 | MJ-PL-00008012 | L.R. | 2/2/18 | DCDYRS New Beginnings Vision & Hearing Screening |
| MJ-PL-00008013 | MJ-PL-00008013 | L.R. | 9/10/17 | DCDYRS New Beginnings Vision & Hearing Screening |
| MJ-PL-00008014 | MJ-PL-00008014 | L.R. | 1/19/17 | DCDYRS New Beginnings Vision & Hearing Screening |
| MJ-PL-00008015 | MJ-PL-00008015 | L.R. | 1/4/17 | DCDYRS New Beginnings Vision & Hearing Screening |
| MJ-PL-00008016 | MJ-PL-00008016 | L.R. | 12/23/16 | DCDYRS New Beginnings Vision & Hearing Screening |
| MJ-PL-00008017 | MJ-PL-00008017 | L.R. | 9/10/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008018 | MJ-PL-00008018 | L.R. | 2/3/18 | DCDYRS New Beginnings Vital Signs |
| MJ-PL-00008019 | MJ-PL-00008019 | L.R. | 5/13/17 | DCDYRS New Beginnings Vital Signs |
| MJ-PL-00008020 | MJ-PL-00008020 | L.R. | 4/28/17 | DCDYRS New Beginnings Vital Signs |
| MJ-PL-00008021 | MJ-PL-00008021 | L.R. | 1/23/18 | DCDYRS New Beginnings SA Education Group Note |
| MJ-PL-00008022 | MJ-PL-00008022 | L.R. | 5/16/17 | DCDYRS New Beginnings Blood Glucose Reading |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00008023 | MJ-PL-00008023 | L.R. | 5/16/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008024 | MJ-PL-00008024 | L.R. | 5/15/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008025 | MJ-PL-00008025 | L.R. | 5/15/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008026 | MJ-PL-00008026 | L.R. | 5/15/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008027 | MJ-PL-00008028 | L.R. | 2/25/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00008029 | MJ-PL-00008029 | L.R. | 5/15/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008030 | MJ-PL-00008030 | L.R. | 5/14/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008031 | MJ-PL-00008031 | L.R. | 5/14/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008032 | MJ-PL-00008032 | L.R. | 5/14/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008033 | MJ-PL-00008033 | L.R. | 5/14/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008034 | MJ-PL-00008034 | L.R. | 5/13/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008035 | MJ-PL-00008035 | L.R. | 5/13/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008036 | MJ-PL-00008036 | L.R. | 5/13/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008037 | MJ-PL-00008037 | L.R. | 5/13/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008038 | MJ-PL-00008038 | L.R. | 5/13/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008039 | MJ-PL-00008039 | L.R. | 2/25/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00008040 | MJ-PL-00008040 | L.R. | 5/13/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008041 | MJ-PL-00008041 | L.R. | 5/12/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008042 | MJ-PL-00008042 | L.R. | 5/12/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008043 | MJ-PL-00008043 | L.R. | 5/12/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008044 | MJ-PL-00008044 | L.R. | 5/12/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008045 | MJ-PL-00008045 | L.R. | 5/12/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008046 | MJ-PL-00008046 | L.R. | 5/11/17 | DCDYRS New Beginnings Blood Glucose Reading |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00008047 | MJ-PL-00008047 | L.R. | 5/11/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008048 | MJ-PL-00008048 | L.R. | 5/11/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008049 | MJ-PL-00008049 | L.R. | 5/10/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008050 | MJ-PL-00008051 | L.R. | 2/21/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00008052 | MJ-PL-00008052 | L.R. | 5/10/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008053 | MJ-PL-00008053 | L.R. | 5/10/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008054 | MJ-PL-00008054 | L.R. | 5/10/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008055 | MJ-PL-00008055 | L.R. | 5/10/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008056 | MJ-PL-00008056 | L.R. | 5/9/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008057 | MJ-PL-00008057 | L.R. | 5/9/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008058 | MJ-PL-00008058 | L.R. | 5/9/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008059 | MJ-PL-00008059 | L.R. | 5/9/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008060 | MJ-PL-00008060 | L.R. | 5/9/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008061 | MJ-PL-00008061 | L.R. | 5/9/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008062 | MJ-PL-00008063 | L.R. | 2/4/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00008064 | MJ-PL-00008064 | L.R. | 5/8/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008065 | MJ-PL-00008065 | L.R. | 5/8/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008066 | MJ-PL-00008066 | L.R. | 5/8/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008067 | MJ-PL-00008067 | L.R. | 5/7/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008068 | MJ-PL-00008068 | L.R. | 5/7/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008069 | MJ-PL-00008069 | L.R. | 5/7/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008070 | MJ-PL-00008070 | L.R. | 5/6/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008071 | MJ-PL-00008071 | L.R. | 5/6/17 | DCDYRS New Beginnings Blood Glucose Reading |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00008072 | MJ-PL-00008072 | L.R. | 5/6/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008073 | MJ-PL-00008073 | L.R. | 5/6/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008074 | MJ-PL-00008075 | L.R. | 2/1/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00008076 | MJ-PL-00008076 | L.R. | 5/5/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008077 | MJ-PL-00008077 | L.R. | 5/5/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008078 | MJ-PL-00008078 | L.R. | 5/5/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008079 | MJ-PL-00008079 | L.R. | 5/5/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008080 | MJ-PL-00008080 | L.R. | 5/5/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008081 | MJ-PL-00008081 | L.R. | 5/4/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008082 | MJ-PL-00008082 | L.R. | 5/4/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008083 | MJ-PL-00008083 | L.R. | 5/4/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008084 | MJ-PL-00008084 | L.R. | 5/4/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008085 | MJ-PL-00008085 | L.R. | 5/3/17 | DCDYRS New Beginnings Blood Glucose Reading |
| MJ-PL-00008094 | MJ-PL-00008099 | L.R. | 4/7/17-10/3/17 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008100 | MJ-PL-00008109 | L.R. | 10/9/16-4/6/17 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008110 | MJ-PL-00008141 | L.R. | 4/12/16-10/8/16 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008142 | MJ-PL-00008151 | L.R. | 4/8/15-10/5/15 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008152 | MJ-PL-00008193 | L.R. | 10/9/14-4/7/15 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008194 | MJ-PL-00008255 | L.R. | 4/11/14-10/8/14 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00008256 | MJ-PL-00008303 | L.R. | 10/12/13-4/10/14 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008304 | MJ-PL-00008353 | L.R. | 4/14/13-10/11/13 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008354 | MJ-PL-00008381 | L.R. | 10/15/12-4/13/13 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008382 | MJ-PL-00008393 | L.R. | 10/9/09 | Community Connections, Inc. Child and Youth Assessment, Diagnostic Review Form, Crisis Plan |
| MJ-PL-00008394 | MJ-PL-00008441 | L.R. | 1/10/12-7/8/12 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008442 | MJ-PL-00008527 | L.R. | 7/13/11-1/9/12 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008528 | MJ-PL-00008555 | L.R. | 4/13/11-7/12/11 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008556 | MJ-PL-00008581 | L.R. | 1/12/11-4/12/11 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008582 | MJ-PL-00008603 | L.R. | 10/13/10-1/11/11 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008604 | MJ-PL-00008621 | L.R. | 7/14/10-10/12/10 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008622 | MJ-PL-00008639 | L.R. | 4/13/10-7/12/10 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008640 | MJ-PL-00008679 | L.R. | 1/8/10-4/8/10 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008680 | MJ-PL-00008713 | L.R. | 10/9/09-1/7/10 | Treatment Plan, Progress Notes, Community Connections, Plan of Care Participants & Authorization |
| MJ-PL-00008714 | MJ-PL-00008714 | L.R. | 9/6/16 | Community Connections Prescriptions |
| MJ-PL-00008715 | MJ-PL-00008726 | L.R. | 1/18/11 | Community Connections, Inc. Child and Youth Assessment, Diagnostic Review Form, Crisis Plan |
| MJ-PL-00008727 | MJ-PL-00008727 | L.R. | 7/7/16 | Community Connections Prescriptions |

| MJ-PL-00008728 | MJ-PL-00008728 | L.R. | 5/9/16 | Community Connections Prescription |
|---|---|---|---|---|
| MJ-PL-00008729 | MJ-PL-00008729 | L.R. | 4/27/16 | Community Connections Prescription |
| MJ-PL-00008730 | MJ-PL-00008739 | L.R. | 1/24/12 | Community Connections, Inc. Child and Youth Assessment, Diagnostic Review Form, Crisis Plan |
| MJ-PL-00008740 | MJ-PL-00008749 | L.R. | 2/5/13 | Community Connections, Inc. Child and Youth Assessment, Diagnostic Review Form, Crisis Plan |
| MJ-PL-00008750 | MJ-PL-00008759 | L.R. | 3/7/14 | Community Connections, Inc. Child and Youth Assessment, Diagnostic Review Form, Crisis Plan |
| MJ-PL-00008760 | MJ-PL-00008763 | L.R. | 1/13/16 | Community Connections, Inc. Transfer/Discharge/Death Summary |
| MJ-PL-00008764 | MJ-PL-00008773 | L.R. | 4/12/16 | Community Connections, Inc. Child and Youth Assessment, Diagnostic Review Form, Crisis Plan |
| MJ-PL-00008774 | MJ-PL-00008781 | L.R. | 9/29/17 | Community Connections, Inc. Child and Youth Assessment, Diagnostic Review Form, Crisis Plan |
| MJ-PL-00039124 | MJ-PL-00039124 | L.R. | 2/4/20-2/12/20 | Community Connections Treatment Plan and Care Coordination |
| MJ-PL-00028145 | MJ-PL-00028252 | L.R. | 10/9/16-8/2/20 | Community Connections, Inc. Records (Assessments, Crisis Prevention & Management Plan, Treatment Plan, Care Coordination, Client Narratives, Progress Notes |
| MJ-PL-00028253 | MJ-PL-00028332 | L.R. | 4/23/19-2/3/20 | MBI Health Services Records (informational Notes, CFT, Discharge plan, Assessments) |
| MJ-PL-00028253 | MJ-PL-00028332 | L.R. | 10/7/19 | DC DBH iCAMS Records (Demographics, Assessment, Clinical Summary) |
| MJ-PL-00011602 | MJ-PL-00011604 | L.R. | 10/2018 | Email Between DRDC and DYRS Re: Laurin's Release to Hope House |
| MJ-PL-00011605 | MJ-PL-00011606 | L.R. | 10/2018 | Email Between DRDC and DYRS Re: Laurin's Release to Hope House |
| MJ-PL-00034037 | MJ-PL-00034037 | L.R. | 10/18/18 | Email From DRDC To DYRS Re: Laurin's Release from New Beginnings |
| MJ-PL-00011662 | MJ-PL-00011662 | L.R. | 7/15/19 | DC Superior Court Stay Away / No Contact Order |
| MJ-PL-00011663 | MJ-PL-00011665 | L.R. | 4/8/19 | DC Superior Court Civil Protection Order |
| MJ-PL-00011666 | MJ-PL-00011666 | L.R. | 10/16/19 | Brittany Mobley Notice of Appearance in DC Superior Court |
| MJ-PL-00011667 | MJ-PL-00011670 | L.R. | 4/18/18 | DRDC Authorization to Disclose Protected Health Information |

| MJ-PL-00011671 | MJ-PL-00011688 | L.R. | 10/30/13 | DC Superior Court Confidential Psych Eval |
|---|---|---|---|---|
| MJ-PL-00011689 | MJ-PL-00011696 | L.R. | 9/29/14 | DC Superior Court Psych Eval |
| MJ-PL-00011697 | MJ-PL-00011702 | L.R. | 3/21/17 | DC DYRS Social Summary |
| MJ-PL-00011703 | MJ-PL-00011705 | L.R. | 3/14/16 | DC DYRS Social Summary |
| MJ-PL-00011708 | MJ-PL-00011725 | L.R. | 8/15/17 | Harbor Point Discharge Summary |
| MJ-PL-00011708 | MJ-PL-00011725 | L.R. | 5/16/17 | Harbor Point Psych Admission Eval |
| MJ-PL-00011738 | MJ-PL-00011739 | L.R. | 6/15/18 | DRDC Authorization to Disclose Protected Health Information |
| MJ-PL-00011740 | MJ-PL-00011742 | L.R. | 5/8/18 | DRDC Authorization to Disclose Protected Health Information |
| MJ-PL-00011743 | MJ-PL-00011746 | L.R. | 4/9/18 | DRDC Authorization to Disclose Protected Health Information |
| MJ-PL-00011747 | MJ-PL-00011748 | L.R. | 4/18/18 | DRDC Authorization to Disclose Protected Health Information |
| MJ-PL-00011749 | MJ-PL-00011750 | L.R. | 4/18/18 | DRDC Authorization to Disclose Protected Health Information |
| MJ-PL-00008784 | MJ-PL-00008792 | L.R. | 3/8/19 | Hillcrest Welcome Letter / Authorizations |
| MJ-PL-00008794 | MJ-PL-00008796 | L.R. | 11/28/18 | DRDC Authorization to Disclose Protected Health Information |
| MJ-PL-00008801 | MJ-PL-00008809 | L.R. | 4/12/16 | Community Connections Intake Assessment |
| MJ-PL-00008821 | MJ-PL-00008824 | L.R. | 1/13/16 | Community Connections Transfer / Discharge / Death Summary |
| MJ-PL-00008866 | MJ-PL-00008876 | L.R. | 10/9/09 | Community Connections Intake Assessment |
| MJ-PL-00008877 | MJ-PL-00008881 | L.R. | 04/07/2017-10/03/2017 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00008882 | MJ-PL-00008891 | L.R. | 10/9/2016-4/6/2017 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00008892 | MJ-PL-00008922 | L.R. | 04/12/2016-10/08/2016 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00008923 | MJ-PL-00008931 | L.R. | 04/08/2015-10/05/2015 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00008932 | MJ-PL-00008973 | L.R. | 10/9/2014-4/7/2015 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00008974 | MJ-PL-00009034 | L.R. | 4/11/2014-10/8/2014 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00009035 | MJ-PL-00009081 | L.R. | 10/12/2013-4/10/2014 | Community Connections Child MHRS Tx Plan - 180 Day |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00009082 | MJ-PL-00009130 | L.R. | 4/14/2013-10/11/2013 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00009131 | MJ-PL-00009158 | L.R. | 10/15/2012-4/13/2013 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00009159 | MJ-PL-00009206 | L.R. | 1/10/2012-07/08/2012 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00009207 | MJ-PL-00009291 | L.R. | 7/13/2011-1/9/2012 | Community Connections Child MHRS Tx Plan - 180 Day |
| MJ-PL-00009292 | MJ-PL-00009319 | L.R. | 4/13/2011-7/12/2011 | Community Connections Child MHRS Tx Plan |
| MJ-PL-00009320 | MJ-PL-00009345 | L.R. | 1/12/2011-4/12/2011 | Community Connections Child MHRS Tx Plan |
| MJ-PL-00009346 | MJ-PL-00009366 | L.R. | 10/13/2010-1/11/2011 | Community Connections Child MHRS Tx Plan |
| MJ-PL-00009367 | MJ-PL-00009384 | L.R. | 7/14/2010-10/12/2010 | Community Connections Child MHRS Tx Plan |
| MJ-PL-00009385 | MJ-PL-00009401 | L.R. | 4/13/2010-7/12/2010 | Community Connections Child MHRS Tx Plan |
| MJ-PL-00009402 | MJ-PL-00009441 | L.R. | 1/8/2010-4/8/2010 | Community Connections Child MHRS Tx Plan |
| MJ-PL-00009442 | MJ-PL-00009475 | L.R. | 10/9/2009-1/7/2010 | Community Connections Child MHRS Tx Plan |
| MJ-PL-00009476 | MJ-PL-00009479 | L.R. | 4/16-9/16 | Community Connections Prescriptions |
| MJ-PL-00009480 | MJ-PL-00009481 | L.R. | 3/31/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00009482 | MJ-PL-00009483 | L.R. | 3/30/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00009484 | MJ-PL-00009485 | L.R. | 3/14/18 | DCDYRS New Beginnings Acute Care Visit |
| MJ-PL-00009486 | MJ-PL-00009486 | L.R. | 2/28/18 | DCDYRS New Beginnings Acute Care Visit |

**E.H.**

Declaration of Marcia Proctor

| Beginning Bates No. | Ending Bates No. | Case | Date | Document |
|---|---|---|---|---|
| MJ-PL-00016420 | MJ-PL-00016420 | E.H. | 12/18/17 | Monument Academy Letter from Principal |
| MJ-PL-00016421 | MJ-PL-00016440 | E.H. | 3/19/19 | DC Public Schools IEP Meeting & Details |
| MJ-PL-00016441 | MJ-PL-00016442 | E.H. | 10/24/18 | DC Public Schools Letter of Invitation |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00016444 | MJ-PL-00016456 | E.H. | 3/13/18 | PAS Comprehensive Psychological Evaluation |
| MJ-PL-00016457 | MJ-PL-00016458 | E.H. | 9/10/19 | DC Superior Court Order for Custody |
| MJ-PL-00016459 | MJ-PL-00016484 | E.H. | 11/28/18 | DC Superior Court Confidential Psychoeducational Evaluation |
| MJ-PL-00016485 | MJ-PL-00016488 | E.H. | 1/31/18 | DC Superior Court Findings of Fact, Conclusions of Law, and Permanent Custody Default Judgment |
| MJ-PL-00016489 | MJ-PL-00016493 | E.H. | 8/20/16 | Grafton Integrated Health Network Psychiatric Diagnostic Evaluation |
| MJ-PL-00016494 | MJ-PL-00016597 | E.H. | 8/1/16-8/31/17 | Grafton Integrated Health Network Medication & Treatment Records |
| MJ-PL-00016600 | MJ-PL-00016633 | E.H. | 12/13/18 | Juvenile Behavior Program Referral, DC Superior Court Referral & Screening Summary, and Program Case Information |
| MJ-PL-00016634 | MJ-PL-00016645 | E.H. | 5/28/19 | Susan K. Theut Psychiatric Evaluation |
| MJ-PL-00016650 | MJ-PL-00016651 | E.H. | 9/25/18 | Maryland Department of Juvenile Services Complaint Letter |
| MJ-PL-00016652 | MJ-PL-00016652 | E.H. | 9/20/18 | Monument Academy Letter |
| MJ-PL-00016653 | MJ-PL-00016653 | E.H. | 9/26/18 | Monument Academy Letter from Head |
| MJ-PL-00016654 | MJ-PL-00016663 | E.H. | 4/10/18 | Monument Academy IEP |
| MJ-PL-00016664 | MJ-PL-00016673 | E.H. | 6/12/18 | Monument Academy IEP Amendment |
| MJ-PL-00016674 | MJ-PL-00016676 | E.H. | Undated | Monument Academy IEP Draft |
| MJ-PL-00016677 | MJ-PL-00016682 | E.H. | 11/9/17 | Monument Academy FBA |
| MJ-PL-00016714 | MJ-PL-00016716 | E.H. | 7/24/19 | HSCSN Approval Letter |
| MJ-PL-00016717 | MJ-PL-00016718 | E.H. | 12/16/15 | Monument Academy Disability Worksheet: Emotional Disturbance |
| MJ-PL-00016719 | MJ-PL-00016725 | E.H. | 12/18/15 | Monument Academy Final Eligibility Determination Report |
| MJ-PL-00016726 | MJ-PL-00016734 | E.H. | 1/18/16 | Monument Academy IEP |
| MJ-PL-00016735 | MJ-PL-00016745 | E.H. | 1/5/17 | Monument Academy IEP |
| MJ-PL-00016746 | MJ-PL-00016747 | E.H. | 1/14/16-1/13/17 | Grafton IEP Annual Goal Progress Report |
| MJ-PL-00016748 | MJ-PL-00016751 | E.H. | 1/5/17-1/4/18 | Grafton IEP Annual Goal Progress Report |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00016752 | MJ-PL-00016835 | E.H. | 9/7/16-8/5/2017 | Grafton Serious Incident Notification Forms |
| MJ-PL-00016836 | MJ-PL-00016838 | E.H. | 9/11/17 | Grafton Letter re: 9 Week Progress Report & Report Card |
| MJ-PL-00016839 | MJ-PL-00016839 | E.H. | 8/24/16 | Monument Academy Prior Written Notice - Notice of Change in Placement |
| MJ-PL-00016840 | MJ-PL-00016844 | E.H. | 8/20/16 | Grafton Psychiatric Diagnostic Evaluation |
| MJ-PL-00016845 | MJ-PL-00016850 | E.H. | 2016-2018 | Grafton Report Card |
| MJ-PL-00016851 | MJ-PL-00016856 | E.H. | 9/20/16 | Grafton Established Patient Psychiatric E/M |
| MJ-PL-00016857 | MJ-PL-00016859 | E.H. | 12/29/16-7/6/17 | Summary of Serious Incidents |
| MJ-PL-00016860 | MJ-PL-00016866 | E.H. | 9/3/16 | Grafton Interpretive Assessment Summary |
| MJ-PL-00016867 | MJ-PL-00016876 | E.H. | 11/9/17 | Monument Academy Amended IEP |
| MJ-PL-00016877 | MJ-PL-00016886 | E.H. | 1/6/17 | Monument Academy IEP |
| MJ-PL-00016906 | MJ-PL-00016909 | E.H. | 12/15/15 | Monument Academy Evaluation Summary Report |
| MJ-PL-00016917 | MJ-PL-00016919 | E.H. | 9/18/15 | Monument Academy Analysis of Existing Data |
| MJ-PL-00016927 | MJ-PL-00016929 | E.H. | 8/30/15 | Monument Academy Referral to Determine Eligibility for Special Education and Related Services |
| MJ-PL-00016930 | MJ-PL-00016945 | E.H. | 12/14/15 | Monument Academy Confidential Psychological Evaluation |
| MJ-PL-00016956 | MJ-PL-00016964 | E.H. | 11/18/16 | Monument Academy Amended IEP |
| MJ-PL-00016971 | MJ-PL-00016980 | E.H. | 10/19/17 | Monument Academy Amended IEP |
| MJ-PL-00017000 | MJ-PL-00017009 | E.H. | 9/15/17 | Monument Academy Amended IEP |
| MJ-PL-00017010 | MJ-PL-00017011 | E.H. | 1/5/17-1/4/18 | Grafton IEP Annual Goal Progress Report |
| MJ-PL-00017025 | MJ-PL-00017025 | E.H. | 9/14/17 | Monument Academy IEP Amendment Proposed Services Change Form |
| MJ-PL-00017026 | MJ-PL-00017026 | E.H. | 10/19/17 | Monument Academy Standard IEP Amendment Form |
| MJ-PL-00017027 | MJ-PL-00017028 | E.H. | 10/19/17 | Monument Academy Eligibility Category Worksheet |
| MJ-PL-00017029 | MJ-PL-00017030 | E.H. | 4/30/18 | Monument Academy Student Attendance Worksheet |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00017031 | MJ-PL-00017032 | E.H. | 8/7/17-6/15/18 | Major Referrals Report |
| MJ-PL-00017033 | MJ-PL-00017034 | E.H. | 8/7/17-6/15/18 | Major Referrals Report |
| MJ-PL-00017044 | MJ-PL-00017044 | E.H. | 4/30/18 | Monument Academy Student Progress Report |
| MJ-PL-00017045 | MJ-PL-00017046 | E.H. | 4/30/18 | Monument Academy Progress Report Term 1 |
| MJ-PL-00017047 | MJ-PL-00017048 | E.H. | 4/30/18 | Monument Academy Progress Report Term 3 |
| MJ-PL-00017049 | MJ-PL-00017050 | E.H. | 4/30/18 | Monument Academy Progress Report Term 2 |
| MJ-PL-00017051 | MJ-PL-00017056 | E.H. | 9/25/15 | Psychiatric Institute of Washington Medication Reconciliation |
| MJ-PL-00017057 | MJ-PL-00017109 | E.H. | 1/24/18 | Psychiatric Institute of Washington Medical Records (Discharge Summary, Psych Assessment, History, Exams, Labs, etc.) |
| MJ-PL-00017126 | MJ-PL-00017130 | E.H. | 3/7/19 | Youth Services Center Grade 8 Report Card |
| MJ-PL-00027050 | MJ-PL-00027053 | E.H. | 6/24/19 | DC DRYS CAFAS |
| MJ-PL-00027054 | MJ-PL-00027054 | E.H. | 3/22/19 | DC DRYS CAFAS |
| MJ-PL-00027055 | MJ-PL-00027055 | E.H. | Undated | DC DRYS CAFAS |
| MJ-PL-00027056 | MJ-PL-00027058 | E.H. | 3/22/19 | DC DBH iCAMS CBI Continued Stay |
| MJ-PL-00027059 | MJ-PL-00027060 | E.H. | 4/24/19 | Latin American Youth Center Psych Progress Note |
| MJ-PL-00027061 | MJ-PL-00027062 | E.H. | 12/10/18 | Latin American Youth Center Psych Progress Note |
| MJ-PL-00027063 | MJ-PL-00027065 | E.H. | 11/19/18 | Latin American Youth Center Psych Intake Note |
| MJ-PL-00027066 | MJ-PL-00027070 | E.H. | 10/22/18 | CBI II and III Crisis Information template |
| MJ-PL-00027071 | MJ-PL-00027073 | E.H. | Undated | Monument Academy FBA |
| MJ-PL-00027071 | MJ-PL-00027073 | E.H. | 3/22/19 | DC DBH iCAMS Tx Plan Review |
| MJ-PL-00027080 | MJ-PL-00027081 | E.H. | 3/6/19 | Latin American Youth Center Psych Progress Note |
| MJ-PL-00027082 | MJ-PL-00027089 | E.H. | 3/6/15 | First Home Care Corp. Diagnostic Assessment Report |

| MJ-PL- | MJ-PL- | | | | |
|---|---|---|---|---|---|
| MJ-PL-00027348 | MJ-PL-00027392 | E.H. | 10/23/19 | Tennessee Department of Children's Services EPSDT Screening Report - Natchez Trace Academy |
| MJ-PL-00027348 | MJ-PL-00027392 | E.H. | 10/19-11/19 | Natchez Trace Youth Academy Medical Records |
| MJ-PL-00027348 | MJ-PL-00027392 | E.H. | 10/23/19 | Tennessee Department of Children's Services EPSDT Screening Report - Natchez Trace Academy |
| MJ-PL-00027348 | MJ-PL-00027392 | E.H. | 10/19-11/19 | Natchez Trace Youth Academy Medical Records |
| MJ-PL-00027822 | MJ-PL-00027825 | E.H. | 6/24/19 | Child and Adolescent Functional Assessment Scale |
| MJ-PL-00027826 | MJ-PL-00027826 | E.H. | 3/22/19 | EH CAFAS |
| MJ-PL-00027827 | MJ-PL-00027827 | E.H. | Undated | CAFAS |
| MJ-PL-00027828 | MJ-PL-00027830 | E.H. | 3/22/19 | DC Department of Behavioral Health CBI Continued Stay |
| MJ-PL-00027831 | MJ-PL-00027833 | E.H. | 3/22/19 | DC Department of Behavioral Health TxPlan Review & Tx Plus |
| MJ-PL-00027834 | MJ-PL-00027839 | E.H. | 12/16/15 | Monument Academy FBA |
| MJ-PL-00027840 | MJ-PL-00027841 | E.H. | 4/24/19 | Latin American Youth Center Psychiatry Progress Note |
| MJ-PL-00027842 | MJ-PL-00027843 | E.H. | 12/10/18 | Latin American Youth Center Psychiatry Progress Note |
| MJ-PL-00027844 | MJ-PL-00027846 | E.H. | 11/19/18 | Latin American Youth Center Psychiatry Intake Note |
| MJ-PL-00027847 | MJ-PL-00027848 | E.H. | 3/6/19 | Latin American Youth Center Psychiatry Progress Note |
| MJ-PL-00027849 | MJ-PL-00027853 | E.H. | 10/22/18 | CBI II and III Crisis Information Template |
| MJ-PL-00027854 | MJ-PL-00027861 | E.H. | 3/6/15 | First Home Care Corporation Diagnostic Assessment Report |
| MJ-PL-00027864 | MJ-PL-00027903 | E.H. | 5/22/20 | MBI Health Services Records (Collateral, Face to Face, CFT) |
| MJ-PL-00027904 | MJ-PL-00027950 | E.H. | 2/20/20 | NTYA Education Passport (compiled school records) |
| MJ-PL-00027951 | MJ-PL-00027997 | E.H. | 2/20/20 | NTYA Education Passport (compiled school records) |
| MJ-PL-00027998 | MJ-PL-00028068 | E.H. | 3/4/20 | Brian G. Brown & Natchez Trace Records (Initial Psych Exam, Diagnostic Assessment, Follow Up Notes) |
| MJ-PL-00028069 | MJ-PL-00028105 | E.H. | 3/20/20 | Natchez Trace Youth Academy records (Discharge Summary, Medical Summary, Screening Report, Labs, etc.) |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00028106 | MJ-PL-00028106 | E.H. | 4/20/20 | Required Questionnaire for All Article VI Requests |
| MJ-PL-00028107 | MJ-PL-00028126 | E.H. | 5/15/20 | DC Public Schools IEP Annual Review |
| MJ-PL-00028127 | MJ-PL-00028127 | E.H. | 4/10/20 | WIN Family Services Welcome Letter to Therapeutic Foster Care Program |
| MJ-PL-00028253 | MJ-PL-00028332 | E.H. | 5/26/20 | MBI Health Services Records (Collateral, Face to Face, CFT) |
| MJ-PL-00029795 | MJ-PL-00029814 | E.H. | 5/15/20 | District of Columbia Public Schools IEP Annual Review |
| MJ-PL-00039129 | MJ-PL-00039130 | E.H. | 10/7/20 | DC Public Schools Transcript |
| MJ-PL-00039131 | MJ-PL-00039131 | E.H. | 11/13/20 | Maya Angelou Academy 30 Day meeting Behavior Referrals |
| MJ-PL-00039132 | MJ-PL-00039133 | E.H. | 2020-2021 | Daily Attendance Report |
| MJ-PL-00039153 | MJ-PL-00039153 | E.H. | Undated | Maya Angelou Academy Student Schedule |
| MJ-PL-00039202 | MJ-PL-00039213 | E.H. | 8/25/20 | Susan K. Theut Psychiatric Evaluation |
| MJ-PL-00039214 | MJ-PL-00039233 | E.H. | 5/15/20 | DC Public Schools IEP Annual Review |
| MJ-PL-00039234 | MJ-PL-00039234 | E.H. | 11/4/20 | Scholar Weekly PR Report |
| MJ-PL-00044610 | MJ-PL-00044731 | E.H. | 2018-2019 | Compiled Records (Fact Sheet, Court Records, Psych Eval, IEP) |
| MJ-PL-00044732 | MJ-PL-00044855 | E.H. | June-July 2019 | Compiled Records (Montgomery Sheriff, Superior Court, Interstate Compact for Juveniles, Youth Services Center, Dept. of Youth Rehabilitation Services, Children's National) |
| MJ-PL-00044856 | MJ-PL-00045043 | E.H. | 2018-2019 | Compiled Records (Youth Services Center, Superior Court, Department of Youth Rehabilitation Services) |
| MJ-PL-00045044 | MJ-PL-00045175 | E.H. | 2018-2019 | Compiled Records (Superior Court, DC Public Schools, Natchez Trace, Dept. of Youth Rehab Services, Youth Services Center, IEP) |
| MJ-PL-00045176 | MJ-PL-00045295 | E.H. | 12/24/18-2/3/21 | FAMCare Case Notes |
| MJ-PL-00045176 | MJ-PL-00045295 | E.H. | 7/21/20-10/7/20 | Compiled Records (DC Superior Court Records, DYRS, CAFAS Treatment Plan, Youth Services Center, New Beginnings) |
| MJ-PL-00045296 | MJ-PL-00045463 | E.H. | 2020-2021 | Compiled Records (DYRS, DC Superior Court, Metropolitan Police, CAFAS, Natchez Trace, WIN Family Services) |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00047138 | MJ-PL-00047198 | E.H. | 8/30/15-6/22/2016 | Monument Academy IEP Progress Report, Service Tracker, Prior Written Notice, IEP, Final Eligibility Determination, Evaluation Summary Report, Analysis of Existing Data |
| MJ-PL-00047199 | MJ-PL-00047222 | E.H. | 1/6/17 | Monument Academy Prior Written Notice, IEP, Amended IEP |
| MJ-PL-00047223 | MJ-PL-00047315 | E.H. | 9/14/17-6/15/2018 | Monument Academy Prior Written Notice, Amended IEP, IEP Team Meeting Notes, IEP Progress Report, Psych Eval, FBA, |
| MJ-PL-00047316 | MJ-PL-00047434 | E.H. | 3/13/2018-3/19/19 | DC Public Schools Cardozo EC Service Tracker, IEP Progress Report, IEP, Final Eligibility Determination Report, Evaluation Summary Report, Prior Written Notice, Comprehensive Psych Eval |
| MJ-PL-00047435 | MJ-PL-00047475 | E.H. | 8/1/19-5/15/2020 | DC Public Schools Youth Services Center IEP, Service Tracker, IEP Progress Report, Prior Written Notice, |
| MJ-PL-00047476 | MJ-PL-00047477 | E.H. | 12/14/18 | DC Public Schools Youth Services Center Service Tracker |
| MJ-PL-00031477 | MJ-PL-00031485 | E.H. | 1/31/18 | University Legal Services Fax & Superior Court Findings of Fact, Custody Judgment |
| MJ-PL-00031499 | MJ-PL-00031501 | E.H. | 11/3/16 | Grafton Established Patient Medical E/M |
| MJ-PL-00031502 | MJ-PL-00031513 | E.H. | 8/29/16-6/6/17 | Grafton Medical Chart Notes |
| MJ-PL-00031514 | MJ-PL-00031571 | E.H. | 8/20/16-8/10/17 | Grafton Nursing Notes |
| MJ-PL-00031572 | MJ-PL-00031670 | E.H. | 8/1/16-8/31/17 | Grafton Treatment & Medication Records |
| MJ-PL-00031671 | MJ-PL-00031672 | E.H. | 12/29/16-8/5/17 | Serious Incidents Written List |
| MJ-PL-00031673 | MJ-PL-00031676 | E.H. | 10/1/16-7/6/17 | Aggression Written List |
| MJ-PL-00031677 | MJ-PL-00031679 | E.H. | 8/5/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031680 | MJ-PL-00031685 | E.H. | 7/10/17-7/22/2017 | Grafton Serious Incident Notification Forms |
| MJ-PL-00031686 | MJ-PL-00031687 | E.H. | 7/8/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031688 | MJ-PL-00031689 | E.H. | 7/6/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031690 | MJ-PL-00031691 | E.H. | 7/5/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031692 | MJ-PL-00031693 | E.H. | 6/30/17 | Grafton Serious Incident Notification Form |

| MJ-PL-00031694 | MJ-PL-00031695 | E.H. | 6/28/17 | Grafton Serious Incident Notification Form |
|---|---|---|---|---|
| MJ-PL-00031696 | MJ-PL-00031696 | E.H. | 6/26/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031697 | MJ-PL-00031698 | E.H. | 6/12/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031699 | MJ-PL-00031700 | E.H. | 6/12/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031701 | MJ-PL-00031702 | E.H. | 6/5/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031703 | MJ-PL-00031704 | E.H. | 6/5/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031705 | MJ-PL-00031707 | E.H. | 6/5/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031708 | MJ-PL-00031710 | E.H. | 4/27/2017, 5/18/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031711 | MJ-PL-00031711 | E.H. | 5/18/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031712 | MJ-PL-00031713 | E.H. | 4/23/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031714 | MJ-PL-00031715 | E.H. | 4/8/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031716 | MJ-PL-00031716 | E.H. | 3/24/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031717 | MJ-PL-00031718 | E.H. | 3/8/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031719 | MJ-PL-00031720 | E.H. | 3/2/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031721 | MJ-PL-00031722 | E.H. | 2/10/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031723 | MJ-PL-00031724 | E.H. | 2/7/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031725 | MJ-PL-00031726 | E.H. | 1/7/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031727 | MJ-PL-00031727 | E.H. | 1/4/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031728 | MJ-PL-00031729 | E.H. | 1/4/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031730 | MJ-PL-00031731 | E.H. | 1/3/17 | Grafton Serious Incident Notification Form |
| MJ-PL-00031732 | MJ-PL-00031733 | E.H. | 12/31/16 | Grafton Serious Incident Notification Form |
| MJ-PL-00031734 | MJ-PL-00031735 | E.H. | 12/31/16 | Grafton Serious Incident Notification Form |
| MJ-PL-00031736 | MJ-PL-00031737 | E.H. | 12/29/16 | Grafton Serious Incident Notification Form |

| MJ-PL-00031740 | MJ-PL-00031741 | E.H. | 12/27/16 | Grafton Serious Incident Notification Form |
|---|---|---|---|---|
| MJ-PL-00031742 | MJ-PL-00031745 | E.H. | 12/20/16 | Grafton Documentation of Emergency Safety Intervention |
| MJ-PL-00031746 | MJ-PL-00031747 | E.H. | 12/20/16 | Grafton Serious Incident Notification Form |
| MJ-PL-00031748 | MJ-PL-00031749 | E.H. | 12/10/16 | Grafton Serious Incident Notification Form |
| MJ-PL-00031750 | MJ-PL-00031753 | E.H. | 12/1/2016, 11/7/16 | Grafton Serious Incident Notification Form |
| MJ-PL-00031754 | MJ-PL-00031755 | E.H. | 11/5/16 | Grafton Serious Incident Notification Form |
| MJ-PL-00031756 | MJ-PL-00031757 | E.H. | 10/7/16 | Grafton Serious Incident Notification Form |
| MJ-PL-00031758 | MJ-PL-00031759 | E.H. | 10/1/16 | Grafton Serious Incident Notification Form |
| MJ-PL-00031760 | MJ-PL-00031761 | E.H. | 9/7/16 | Grafton Serious Incident Notification Form |
| MJ-PL-00031783 | MJ-PL-00031791 | E.H. | 8/30/16 | Grafton Treatment Plan |
| MJ-PL-00031792 | MJ-PL-00031801 | E.H. | 9/20/16 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031802 | MJ-PL-00031812 | E.H. | 10/18/16 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031813 | MJ-PL-00031816 | E.H. | 11/7/16 | Grafton Treatment Plan |
| MJ-PL-00031817 | MJ-PL-00031826 | E.H. | 11/15/16 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031827 | MJ-PL-00031837 | E.H. | 12/13/16 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031849 | MJ-PL-00031859 | E.H. | 1/10/17 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031860 | MJ-PL-00031869 | E.H. | 2/7/17 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031870 | MJ-PL-00031879 | E.H. | 3/7/17 | Grafton Treatment Plan |
| MJ-PL-00031880 | MJ-PL-00031890 | E.H. | 4/4/17 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031891 | MJ-PL-00031901 | E.H. | 5/1/17 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031902 | MJ-PL-00031913 | E.H. | 5/22/17 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031914 | MJ-PL-00031924 | E.H. | 6/19/17 | Grafton 30-Day Treatment Plan Review |
| MJ-PL-00031925 | MJ-PL-00031935 | E.H. | 7/17/17 | Grafton 30-Day Treatment Plan Review |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00031936 | MJ-PL-00031936 | E.H. | 8/16/16 | Grafton Discharge Activity Plan |
| MJ-PL-00031940 | MJ-PL-00032153 | E.H. | 8/26/16-8/7/17 | Grafton Established Patient Psychiatric E/M |
| MJ-PL-00032154 | MJ-PL-00032336 | E.H. | 2015 | Psychiatric Institute of Washington Records (Discharge Summary, Demographics, Assessments, History, etc.) |
| MJ-PL-00064599 | MJ-PL-00064659 | E.H. | 12/14/15-6/22/2016 | Monument Academy IEP Progress Report, Service Tracker, Prior Written Notice, IEP, Final Eligibility Determination, Evaluation Summary Report, Analysis of Existing Data, Psych Eval |
| MJ-PL-00064660 | MJ-PL-00064683 | E.H. | 1/14/16-1/6/2017 | Monument Academy Prior Written Notice, IEP, Amended IEP |
| MJ-PL-00064684 | MJ-PL-00064776 | E.H. | 1/15/17-6/15/2018 | Monument Academy Prior Written Notice, Amended IEP, IEP Team Meeting Notes, IEP, IEP Progress Report, Psych Eval, FBA, Grafton Progress Report & Report Card |
| MJ-PL-00064777 | MJ-PL-00064895 | E.H. | 3/13/2018-3/19/19 | DC Public Schools Cardozo EC Service Tracker, IEP Progress Report, IEP, Final Eligibility Determination Report, Evaluation Summary Report, Prior Written Notice, FBA, Comprehensive Psych Eval |
| MJ-PL-00064896 | MJ-PL-00064936 | E.H. | 8/1/19-5/15/2020 | DC Public Schools Youth Services Center IEP, Service Tracker, IEP Progress Report, Prior Written Notice |
| MJ-PL-00064937 | MJ-PL-00064938 | E.H. | 10/1/20-10/7/20 | DC Public Schools Youth Services Center Service Tracker |
| MJ-PL-00064939 | MJ-PL-00064944 | E.H. | 8/6/20 | HSCSN Asthma Assessment |
| MJ-PL-00064945 | MJ-PL-00064950 | E.H. | 1/28/21 | Asthma Initial Assessment |
| MJ-PL-00064951 | MJ-PL-00064954 | E.H. | 5/23/19-11/23/19 | Problem Sheet |
| MJ-PL-00064955 | MJ-PL-00064957 | E.H. | 10/4/19-4/4/20 | Problem Sheet |
| MJ-PL-00064958 | MJ-PL-00064959 | E.H. | 11/1/16-5/1/17 | Problem Sheet |
| MJ-PL-00064960 | MJ-PL-00064961 | E.H. | 4/29/20-7/28/20 | Problem Sheet |
| MJ-PL-00064962 | MJ-PL-00064963 | E.H. | 5/22/17-11/22/17 | Problem Sheet |
| MJ-PL-00064964 | MJ-PL-00064967 | E.H. | 2/3/21-8/1/21 | Problem Sheet |

| MJ-PL-00064968 | MJ-PL-00064969 | E.H. | 1/28/21 | CRAFFT Assessment |
|---|---|---|---|---|
| MJ-PL-00064970 | MJ-PL-00064977 | E.H. | 6/1/21 | HSCSN General Reassessment |
| MJ-PL-00064978 | MJ-PL-00064980 | E.H. | 8/6/20 | HSCSN Risk Stratification Screening |
| MJ-PL-00064981 | MJ-PL-00064987 | E.H. | 6/25/19 | HSCSN Inpatient Assessment |
| MJ-PL-00064988 | MJ-PL-00064998 | E.H. | 6/16/21 | HSCSN Transition Readiness Assessment |
| MJ-PL-00064999 | MJ-PL-00065010 | E.H. | 10/28/16 | HSCSN General Care Management Initial Assessment |

**K.R.**

Declaration of K.R.

| Beginning Bates No. | Ending Bates No. | Case | Date | Document |
|---|---|---|---|---|
| MJ-PL-00017440 | MJ-PL-00017455 | K.R. | 8/13/19 | Paul Public Charter School Confidential Triennial Evaluation |
| MJ-PL-00017456 | MJ-PL-00017473 | K.R. | 5/23/17 | Children's National Medical Center Clinical Discharge Summary |
| MJ-PL-00017474 | MJ-PL-00017478 | K.R. | 4/30/19 | DC Department of Behavioral Health Consumer Info, CBI Referral/Request, and DBH Determination |
| MJ-PL-00017479 | MJ-PL-00017482 | K.R. | 5/2/19 | DC Department of Behavioral Health TxPlan Review and Tx Plus |
| MJ-PL-00017483 | MJ-PL-00017488 | K.R. | 12/11/18 | Children's National Medical Center Utilization Review Form |
| MJ-PL-00017489 | MJ-PL-00017493 | K.R. | 4/24/19 | Children's National Medical Center Emergency Department Patient Discharge Summary |
| MJ-PL-00017494 | MJ-PL-00017500 | K.R. | 4/30/19 | Children's National Medical Center Emergency Department Patient Discharge Summary |
| MJ-PL-00017501 | MJ-PL-00017506 | K.R. | 4/30/19 | Children's National Medical Center Emergency Department Patient Discharge Summary |
| MJ-PL-00017507 | MJ-PL-00017512 | K.R. | 4/2/19 | Children's National Medical Center Emergency Department Patient Discharge Summary |
| MJ-PL-00017513 | MJ-PL-00017519 | K.R. | 4/23/19 | Children's National Medical Center Emergency Department Patient Discharge Summary |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00017520 | MJ-PL-00017522 | K.R. | 1/30/19 | Latin American Youth Center Psychotherapy Intake Note |
| MJ-PL-00017523 | MJ-PL-00017532 | K.R. | 2/11/19 | Paul PCS Amended IEP |
| MJ-PL-00017533 | MJ-PL-00017535 | K.R. | 2/25/19 | Latin American Youth Center Psychiatry Intake Note |
| MJ-PL-00017536 | MJ-PL-00017537 | K.R. | 5/10/19 | Psychiatric Institute of Washington Recommendation for Residential Facility Placement |
| MJ-PL-00017538 | MJ-PL-00017538 | K.R. | 4/11/19 | Latin American Youth Center Psychotherapy Treatment Plan |
| MJ-PL-00017539 | MJ-PL-00017563 | K.R. | 5/5/14 | Dallas Independent School District Full and Individual Evaluation Report |
| MJ-PL-00017564 | MJ-PL-00017581 | K.R. | 4/30/19-5/13/19 | Psychiatric Institute of Washington Psychiatric Admission Assessment, Encounters, Psychosocial Assessment, & Daily Progress Notes |
| MJ-PL-00028128 | MJ-PL-00028144 | K.R. | 4/15/20 | DC Department on Disability Services Individual Support Plan Amendment |
| MJ-PL-00029815 | MJ-PL-00029831 | K.R. | 5/26/20 | DC Department on Disability Services Individual Support Plan Amendment |
| MJ-PL-00029832 | MJ-PL-00029832 | K.R. | Undated | Medication Side Effects |
| MJ-PL-00029833 | MJ-PL-00029854 | K.R. | 8/25/19 | Psychiatric Institute of Washington Confidential Psychological Evaluation |
| MJ-PL-00029855 | MJ-PL-00029878 | K.R. | 5/5/14 | Dallas Independent School District Full and Individual Evaluation Report |
| MJ-PL-00029879 | MJ-PL-00029890 | K.R. | 1/23/20 | DC Department on Disability Services Intake Completion Checklist |
| MJ-PL-00029891 | MJ-PL-00029896 | K.R. | 11/14/19 | DC Department on Disability Services Medical Evaluation Form & Universal Health Certificate |
| MJ-PL-00029897 | MJ-PL-00029912 | K.R. | 8/13/19 | Paul PCS Confidential Triennial Evaluation |
| MJ-PL-00029913 | MJ-PL-00029920 | K.R. | 12/18/19 | DDA Front Door Tool: Person-Centered Planning for Supports & Services |
| MJ-PL-00029921 | MJ-PL-00029921 | K.R. | 3/4/20 | DC Department on Disability Level of Care Attestation |
| MJ-PL-00029923 | MJ-PL-00029925 | K.R. | 6/3/20-6/4/20 | KBEC Group, Inc. Individual Program Plan |
| MJ-PL-00029926 | MJ-PL-00029926 | K.R. | 5/30/20 | KBEC Group, Inc. Positive Personal Profile |
| MJ-PL-00029927 | MJ-PL-00029927 | K.R. | 5/12/20 | Paul PCS Official Transcript |
| MJ-PL-00029928 | MJ-PL-00029928 | K.R. | 5/12/20 | Paul PCS Cumulative School Attendance |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00029929 | MJ-PL-00029932 | K.R. | 1/27/20-4/3/20 | Paul PCS IEP Progress Report - Annual Goals |
| MJ-PL-00029933 | MJ-PL-00029954 | K.R. | 11/5/19 | Paul PCS IEP Annual Review |
| MJ-PL-00029955 | MJ-PL-00029957 | K.R. | 5/5/20 | Paul PCS Placement Meeting Agenda, Attendance, and Notes |
| MJ-PL-00029958 | MJ-PL-00029958 | K.R. | 2/7/20 | Psychiatric Institute of Washington Letter of Recommendation |
| MJ-PL-00029959 | MJ-PL-00029975 | K.R. | 8/13/19 | Paul PCS Confidential Triennial Evaluation |
| MJ-PL-00029976 | MJ-PL-00029977 | K.R. | 5/29/20 | Paul PCS Prior Written Notice - Intent to Discuss Change in Placement |
| MJ-PL-00029978 | MJ-PL-00029978 | K.R. | 2019-2020 School year | Paul International High School Quick Lookup Attendance Sheet |
| MJ-PL-00029979 | MJ-PL-00029979 | K.R. | 5/12/20 | Paul PCS Cumulative School Attendance |
| MJ-PL-00030351 | MJ-PL-00030634 | K.R. | 3/18/20-4/17/20 | Psychiatric Institute of Washington Patient File (Demographics, Discharge Plan, Medications, Labs, Assessments etc.) |
| MJ-PL-00030635 | MJ-PL-00030960 | K.R. | 3/18/20-4/17/20 | Psychiatric Institute of Washington Patient File (Demographics, Discharge Plan, Medications, Labs, Assessments etc.) |
| MJ-PL-00030961 | MJ-PL-00031089 | K.R. | 6/30/20 | Latin American Youth Center File (Demographics, Evaluations, Goals/Objectives, etc.) |
| MJ-PL-00031090 | MJ-PL-00031199 | K.R. | 6/30/20 | Latin American Youth Center File (Demographics, Evaluations, Goals/Objectives, etc.) |
| MJ-PL-00031200 | MJ-PL-00031284 | K.R. | 6/30/20 | Latin American Youth Center File (Demographics, Evaluations, Goals/Objectives, etc.) |
| MJ-PL-00031285 | MJ-PL-00031429 | K.R. | 6/30/20 | Latin American Youth Center File (Demographics, Evaluations, Goals/Objectives, etc.) |
| MJ-PL-00039154 | MJ-PL-00039201 | K.R. | 3/18/20-4/17/20 | Psychiatric Institute of Washington Patient File (Demographics, Discharge Plan, Medications, Labs, Assessments etc.) |
| MJ-PL-00035807 | MJ-PL-00035809 | K.R. | 11/22/19 | DC Department on Disability Services Letter re: Application of DDA Eligibility |
| MJ-PL-00035810 | MJ-PL-00035811 | K.R. | 11/7/19 | DC Department on Disability Services Intellectual Disabilities Services Request Application |
| MJ-PL-00035812 | MJ-PL-00035813 | K.R. | 1/30/17 | John B. Hood Middle School Determination of Disability and ARD/IEP Supplement Graduation |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00035832 | MJ-PL-00035835 | K.R. | 11/14/19 | DC Department on Disability Services Medical Evaluation Form |
| MJ-PL-00035887 | MJ-PL-00035909 | K.R. | 8/14/19 | Paul PCS Eligibility Determination Meeting Agenda, Analysis of Existing Data, and Triennial Evaluation |
| MJ-PL-00035968 | MJ-PL-00035971 | K.R. | 5/2/19 | DC Department of Behavioral Health TxPlan Review and Tx Plus |
| MJ-PL-00036022 | MJ-PL-00036024 | K.R. | 8/20/04-4/27/10 | La Clinica del Pueblo Patient Vaccine Administration Record |
| MJ-PL-00036025 | MJ-PL-00036026 | K.R. | 3/26/19 | District of Columbia Universal Health Certificate |
| MJ-PL-00036027 | MJ-PL-00036042 | K.R. | 8/20/19 | Email from DBH re: KR Placement |
| MJ-PL-00036043 | MJ-PL-00036054 | K.R. | 9/3/19 | Email chain regarding KR enrollment |
| MJ-PL-00036055 | MJ-PL-00036062 | K.R. | 8/14/19 | Email chain regarding psych eval |

**T.W.**

| Beginning Bates No. | Ending Bates No. | Case | Date | Document |
|---|---|---|---|---|
| MJ-PL-00043143 | MJ-PL-00043143 | T.W. | 3/31/14 | Stanton ES Math & Read Scale |
| MJ-PL-00043144 | MJ-PL-00043144 | T.W. | 2010-2019 | School Listing K-9 |
| MJ-PL-00043145 | MJ-PL-00043145 | T.W. | Undated | Attendance Listing |
| MJ-PL-00043146 | MJ-PL-00043146 | T.W. | Undated | Attendance Listing |
| MJ-PL-00043147 | MJ-PL-00043147 | T.W. | Undated | Johnson Middle School Attendance Listing |
| MJ-PL-00043148 | MJ-PL-00043148 | T.W. | Undated | Ron Brown College Preparatory High School Attendance Listing |
| MJ-PL-00043149 | MJ-PL-00043149 | T.W. | Undated | Ron Brown College Preparatory High School Attendance Listing |
| MJ-PL-00043150 | MJ-PL-00043150 | T.W. | 8/31/20 | Ron Brown College Preparatory High School Grade 10 Enrollment |
| MJ-PL-00043151 | MJ-PL-00043151 | T.W. | 9/7/20-3/5/21 | Ron Brown College Preparatory High School Grade 10 Snapshot |
| MJ-PL-00043152 | MJ-PL-00043152 | T.W. | 2018-2019 | Johnson Middle School Science Student Report |
| MJ-PL-00043153 | MJ-PL-00043153 | T.W. | 2014-2019 | Johnson Middle School ELA & Math Scores |
| MJ-PL-00043154 | MJ-PL-00043154 | T.W. | 2011-2020 | School Start and End Dates |

| MJ-PL-00043155 | MJ-PL-00043156 | T.W. | 11/5/12 | DC Public Schools Nalle ES Letter of Invitation |
|---|---|---|---|---|
| MJ-PL-00043157 | MJ-PL-00043157 | T.W. | 11/5/12 | DC Public Schools Nalle ES Acknowledgment of Referral to Special Education Letter |
| MJ-PL-00043158 | MJ-PL-00043160 | T.W. | 11/14/12 | DC Public Schools Nalle ES Analysis of Existing Data |
| MJ-PL-00043161 | MJ-PL-00043162 | T.W. | 11/14/12 | DC Public Schools Nalle ES Prior Written Notice-Evaluation |
| MJ-PL-00043163 | MJ-PL-00043164 | T.W. | 11/14/12 | DC Public Schools Nalle ES Prior Written Notice-Evaluation |
| MJ-PL-00043165 | MJ-PL-00043166 | T.W. | 11/14/12 | DC Public Schools Nalle ES Prior Written Notice-Evaluation |
| MJ-PL-00043167 | MJ-PL-00043169 | T.W. | 10/12/12 | Law Offices of Aaron E. Price, Sr. Request and Consent for Evaluation |
| MJ-PL-00043170 | MJ-PL-00043173 | T.W. | 11/14/12 | DC Public Schools Nalle ES Parent/Guardian Letter of Invitation, Notice of Procedural Safeguards, IEP Meeting Notes, Eligibility Meeting |
| MJ-PL-00043174 | MJ-PL-00043174 | T.W. | Undated | Ron Brown College Preparatory High School SPED Info |
| MJ-PL-00045594 | MJ-PL-00045685 | T.W. | 5/26/21 | Hillcrest Children's Center Records 5/21/14-2/27/16 (Tx Plus, Vitals/Symptoms Check, Encounter Notes) |
| MJ-PL-00049838 | MJ-PL-00049839 | T.W. | 5/18/20 | Hillcrest Mental Status Exam |
| MJ-PL-00049840 | MJ-PL-00049843 | T.W. | 5/18/20 | Hillcrest Patient History |
| MJ-PL-00049844 | MJ-PL-00049853 | T.W. | 11/23/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049854 | MJ-PL-00049863 | T.W. | 11/23/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049864 | MJ-PL-00049873 | T.W. | 10/19/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049874 | MJ-PL-00049883 | T.W. | 10/19/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049884 | MJ-PL-00049893 | T.W. | 9/11/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049894 | MJ-PL-00049903 | T.W. | 9/11/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049904 | MJ-PL-00049913 | T.W. | 8/12/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049914 | MJ-PL-00049923 | T.W. | 8/12/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049924 | MJ-PL-00049933 | T.W. | 7/17/20 | Hillcrest Child Psychiatric Note |

| MJ-PL-00049934 | MJ-PL-00049943 | T.W. | 7/17/20 | Hillcrest Nursing Encounter Note |
|---|---|---|---|---|
| MJ-PL-00049944 | MJ-PL-00049953 | T.W. | 6/17/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049954 | MJ-PL-00049963 | T.W. | 6/17/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049964 | MJ-PL-00049967 | T.W. | 5/15/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050112 | MJ-PL-00050117 | T.W. | 5/15/2020 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050118 | MJ-PL-00050127 | T.W. | 5/15/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050128 | MJ-PL-00050137 | T.W. | 4/4/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050138 | MJ-PL-00050147 | T.W. | 4/4/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050148 | MJ-PL-00050157 | T.W. | 3/27/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050158 | MJ-PL-00050167 | T.W. | 2/28/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050168 | MJ-PL-00050177 | T.W. | 2/28/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050178 | MJ-PL-00050187 | T.W. | 1/31/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050188 | MJ-PL-00050197 | T.W. | 1/3/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050198 | MJ-PL-00050207 | T.W. | 1/3/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050208 | MJ-PL-00050217 | T.W. | 12/6/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050218 | MJ-PL-00050227 | T.W. | 12/6/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050228 | MJ-PL-00050237 | T.W. | 9/13/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050238 | MJ-PL-00050247 | T.W. | 8/16/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050248 | MJ-PL-00050255 | T.W. | 8/16/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050414 | MJ-PL-00050415 | T.W. | 8/16/2019 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050416 | MJ-PL-00050425 | T.W. | 7/19/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050426 | MJ-PL-00050435 | T.W. | 7/19/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050436 | MJ-PL-00050445 | T.W. | 5/31/19 | Hillcrest Child Psychiatric Note |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00050446 | MJ-PL-00050455 | T.W. | 5/3/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050456 | MJ-PL-00050463 | T.W. | 5/3/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050464 | MJ-PL-00050473 | T.W. | 4/5/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050474 | MJ-PL-00050481 | T.W. | 4/5/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050482 | MJ-PL-00050491 | T.W. | 2/22/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050492 | MJ-PL-00050499 | T.W. | 1/23/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050500 | MJ-PL-00050507 | T.W. | 12/28/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050508 | MJ-PL-00050515 | T.W. | 12/28/18 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050516 | MJ-PL-00050523 | T.W. | 11/30/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050524 | MJ-PL-00050531 | T.W. | 11/30/18 | Hillcrest Nursing Encounter Note |
| MJ-PL-00050532 | MJ-PL-00050539 | T.W. | 11/2/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050540 | MJ-PL-00050547 | T.W. | 9/7/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050548 | MJ-PL-00050555 | T.W. | 7/12/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050556 | MJ-PL-00050563 | T.W. | 6/14/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050564 | MJ-PL-00050571 | T.W. | 5/17/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050572 | MJ-PL-00050752 | T.W. | 12/9/2020 | Hillcrest Children's Center Records 3/21/14-6/17/20 (Psych Notes, Nurse/Encounter Notes) |
| MJ-PL-00050753 | MJ-PL-00050760 | T.W. | 2/9/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050761 | MJ-PL-00050766 | T.W. | 1/5/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050767 | MJ-PL-00050772 | T.W. | 12/8/17 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050773 | MJ-PL-00050778 | T.W. | 9/1/17 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050779 | MJ-PL-00050784 | T.W. | 7/21/17 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050785 | MJ-PL-00050790 | T.W. | 6/23/17 | Hillcrest Child Psychiatric Note |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00050791 | MJ-PL-00050796 | T.W. | 5/26/17 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050797 | MJ-PL-00050802 | T.W. | 3/17/17 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050803 | MJ-PL-00050808 | T.W. | 2/17/17 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050809 | MJ-PL-00050816 | T.W. | 1/19/17 | Hillcrest Labs/Clinical Monitoring |
| MJ-PL-00050817 | MJ-PL-00050822 | T.W. | 10/7/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050823 | MJ-PL-00050828 | T.W. | 9/9/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050829 | MJ-PL-00050834 | T.W. | 7/15/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050835 | MJ-PL-00050840 | T.W. | 6/17/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050841 | MJ-PL-00050846 | T.W. | 5/20/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050847 | MJ-PL-00050850 | T.W. | 3/25/16 | Hillcrest Psychosocial Summary |
| MJ-PL-00050851 | MJ-PL-00050856 | T.W. | 4/22/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050857 | MJ-PL-00050858 | T.W. | 3/25/16 | Hillcrest Labs/Clinical Monitoring |
| MJ-PL-00050859 | MJ-PL-00050864 | T.W. | 3/25/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050865 | MJ-PL-00050870 | T.W. | 3/25/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050871 | MJ-PL-00050876 | T.W. | 2/26/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050877 | MJ-PL-00050882 | T.W. | 1/29/16 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050883 | MJ-PL-00050888 | T.W. | 10/30/15 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050889 | MJ-PL-00050892 | T.W. | 10/2/15 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050893 | MJ-PL-00050896 | T.W. | 9/4/15 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050897 | MJ-PL-00050900 | T.W. | 7/7/15 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050901 | MJ-PL-00050904 | T.W. | 4/9/15 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050905 | MJ-PL-00050908 | T.W. | 10/28/14 | Hillcrest Child Psychiatric Note |
| MJ-PL-00050909 | MJ-PL-00050912 | T.W. | 9/30/14 | Hillcrest Child Psychiatric Note |

| MJ-PL-00050913 | MJ-PL-00050914 | T.W. | 3/21/14 | Hillcrest Child Psychiatric Note |
|---|---|---|---|---|
| MJ-PL-00050915 | MJ-PL-00050932 | T.W. | 6/17/20 | Hillcrest Treatment Plan |
| MJ-PL-00052486 | MJ-PL-00052495 | T.W. | 11/14/12 | DC Public Schools Nalle ES Analysis of Existing Data, Prior Written Notice Eval, Acknowledgment of Referral to Special Education |

**D.S.**

| Beginning Bates No. | Ending Bates No. | Case | Date | Document |
|---|---|---|---|---|
| MJ-PL-00049555 | MJ-PL-00049556 | D.S. | 7/25/18 | Hillcrest Mental Status Exam |
| MJ-PL-00049557 | MJ-PL-00049560 | D.S. | 7/25/18 | Hillcrest Patient History |
| MJ-PL-00049561 | MJ-PL-00049564 | D.S. | 10/23/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049565 | MJ-PL-00049566 | D.S. | 5/1/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049567 | MJ-PL-00049568 | D.S. | 5/1/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049569 | MJ-PL-00049570 | D.S. | 4/3/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049571 | MJ-PL-00049572 | D.S. | 4/3/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049573 | MJ-PL-00049574 | D.S. | 1/31/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049575 | MJ-PL-00049576 | D.S. | 1/31/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049577 | MJ-PL-00049582 | D.S. | 1/2/20 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049583 | MJ-PL-00049584 | D.S. | 10/18/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049585 | MJ-PL-00049586 | D.S. | 9/20/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049587 | MJ-PL-00049588 | D.S. | 9/4/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049589 | MJ-PL-00049590 | D.S. | 8/23/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049591 | MJ-PL-00049592 | D.S. | 8/23/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049593 | MJ-PL-00049594 | D.S. | 5/31/19 | Hillcrest Child Psychiatric Note |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00049595 | MJ-PL-00049596 | D.S. | 5/31/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049597 | MJ-PL-00049598 | D.S. | 5/3/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049599 | MJ-PL-00049600 | D.S. | 4/5/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049601 | MJ-PL-00049602 | D.S. | 4/5/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049603 | MJ-PL-00049604 | D.S. | 2/8/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049605 | MJ-PL-00049606 | D.S. | 1/4/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049607 | MJ-PL-00049608 | D.S. | 1/4/19 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049609 | MJ-PL-00049612 | D.S. | 12/7/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049613 | MJ-PL-00049614 | D.S. | 11/8/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049615 | MJ-PL-00049616 | D.S. | 11/8/18 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049617 | MJ-PL-00049618 | D.S. | 10/10/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049619 | MJ-PL-00049620 | D.S. | 10/10/18 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049621 | MJ-PL-00049622 | D.S. | 9/12/18 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049623 | MJ-PL-00049624 | D.S. | 9/12/18 | Hillcrest Nursing Encounter Note |
| MJ-PL-00049625 | MJ-PL-00049628 | D.S. | 10/23/20 | Hillcrest Treatment Plan |
| MJ-PL-00049629 | MJ-PL-00049632 | D.S. | 4/2/20 | Hillcrest Treatment Plan |
| MJ-PL-00049633 | MJ-PL-00049636 | D.S. | 8/23/19 | Hillcrest Treatment Plan |
| MJ-PL-00049637 | MJ-PL-00049640 | D.S. | 2/1/19 | Hillcrest Treatment Plan |
| MJ-PL-00049641 | MJ-PL-00049642 | D.S. | 7/25/18 | Hillcrest Treatment Plan |
| MJ-PL-00049643 | MJ-PL-00049646 | D.S. | 5/30/17 | Hillcrest Treatment Plan |
| MJ-PL-00049647 | MJ-PL-00049650 | D.S. | 12/7/16 | Hillcrest Treatment Plan |
| MJ-PL-00049651 | MJ-PL-00049654 | D.S. | 11/30/16 | Hillcrest Treatment Plan |
| MJ-PL-00049655 | MJ-PL-00049660 | D.S. | 11/29/16 | Hillcrest Treatment Plan |

| MJ-PL-00049661 | MJ-PL-00049666 | D.S. | 10/7/16 | Hillcrest Treatment Plan |
|---|---|---|---|---|
| MJ-PL-00049667 | MJ-PL-00049672 | D.S. | 5/19/16 | Hillcrest Treatment Plan |
| MJ-PL-00049673 | MJ-PL-00049678 | D.S. | 11/18/15 | Hillcrest Treatment Plan |
| MJ-PL-00049679 | MJ-PL-00049684 | D.S. | 9/23/15 | Hillcrest Treatment Plan |
| MJ-PL-00049685 | MJ-PL-00049690 | D.S. | 5/21/15 | Hillcrest Treatment Plan |
| MJ-PL-00049691 | MJ-PL-00049694 | D.S. | 2/10/15 | Hillcrest Treatment Plan |
| MJ-PL-00049695 | MJ-PL-00049698 | D.S. | 11/18/14 | Hillcrest Treatment Plan |
| MJ-PL-00049699 | MJ-PL-00049700 | D.S. | 5/20/14 | Hillcrest Treatment Plan |
| MJ-PL-00049399 | MJ-PL-00049554 | D.S. | 10/18/19 | Hillcrest Child Psychiatric Note |
| MJ-PL-00049399 | MJ-PL-00049554 | D.S. | 10/23/20 | Hillcrest Nursing Encounter Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 7/16/18 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 7/16/18 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 7/11/18 | DC DBH iCAMS Cancel/No Show Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 6/19/18 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 6/19/18 | DC DBH iCAMS Tx Plan Review |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 6/4/18 | DC DBH iCAMS Cancel/No Show Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 5/9/18 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 4/9/18 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 3/22/18 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 3/7/18 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 1/8/18 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 12/11/17 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 12/11/17 | DC DBH iCAMS Tx Plan Review |

| | | | | |
|---|---|---|---|---|
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 12/11/17 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 12/6/17 | DC DBH iCAMS Cancel/No Show Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 11/2/17 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 10/16/17 | DC DBH iCAMS Cancel/No Show Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 10/4/17 | DC DBH iCAMS Cancel/No Show Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 9/6/17 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 8/24/17 | DC DBH iCAMS Cancel/No Show Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 8/7/17 | DC DBH iCAMS Cancel/No Show Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 7/10/17 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 5/31/17 | DC DBH iCAMS Med Check / Mental Status Exam |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 5/22/17 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 5/22/17 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 5/22/17 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 3/31/17 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 3/6/17 | DC DBH iCAMS Cancel/No Show Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 2/17/17 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 2/8/17 | DC DBH iCAMS Contact Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 2/6/17 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 1/9/17 | DC DBH iCAMS Med Check / Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 12/9/16 | DC DBH iCAMS Med Check / Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 12/1/16 | DC DBH iCAMS Cancel/No Show Note |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 11/2/16 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 11/2/16 | DC DBH iCAMS Tx Plan - Goals |

| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 10/25/16 | DC DBH iCAMS Contact Note |
|---|---|---|---|---|
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 5/18/16 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 5/31/16 | DC DBH iCAMS Med Check / Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 4/14/16 | DC DBH iCAMS Med Check / Mental Status Exam/ Tx Plan |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 3/4/16 | DC DBH iCAMS Med Check / Mental Status Exam |
| MJ-PL-00059605 | MJ-PL-00059818 | D.S. | 1/28/16 | DC DBH iCAMS Med Check / Mental Status Exam / Plan |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 8/8/13 | DC Public Schools Final Eligibility Determination Report |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 8/8/13 | DC Public Schools Prior Written Notice - Identification |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 8/8/13 | DC Public Schools Evaluation Summary Report |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 8/8/13 | DC Public Schools Disability Worksheet: Developmental Delay |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 7/7/13 | DC Public Schools / Early Stages Confidential Psych Assessment |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 5/23/13 | DC Public Schools / Early Stages Educational Assessment Report |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 5/23/13 | DC Public Schools Consent for Evaluation Forms |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 5/20/13 | DC Public Schools Analysis of Existing Data |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 5/20/13 | DC Public Schools Prior Written Notice - Evaluation |
| MJ-PL-00052448 | MJ-PL-00052485 | D.S. | 5/9/13 | DC Public Schools Acknowledgement of Referral to Special Education Letter |

**M.W.**

| Beginning Bates No. | Ending Bates No. | Case | Date | Document |
|---|---|---|---|---|
| MJ-PL-00007160 | MJ-PL-00007173 | M.W. | 2/6/18-2/7/18 | DBH iCAMS, GAIN Short Screener (GAIN_SS) Full Report |
| MJ-PL-00007160 | MJ-PL-00007173 | M.W. | 7/31/18 | AEGIS Laboratory Report |
| MJ-PL-00027226 | MJ-PL-00027315 | M.W. | 8/7/19 | DBH iCAMS Diagnostic Assess |
| MJ-PL-00027226 | MJ-PL-00027315 | M.W. | 2/7/18 | DBH iCAMS Diagnostic Assess |

| MJ-PL-00027226 | MJ-PL-00027315 | M.W. | 8/12/19 | DBH Tx Plan |
|---|---|---|---|---|
| MJ-PL-00027226 | MJ-PL-00027315 | M.W. | 2/6/18-2/7/18 | GAIN Short Screener (GAIN_SS) Full Report |
| MJ-PL-00028436 | MJ-PL-00028440 | M.W. | 4/20/20 | DC Dept. of Behavioral Health Consumer Info, Act/Referral Request |
| MJ-PL-00028441 | MJ-PL-00028482 | M.W. | 2020 | Government of DC Dept. of Behavioral Health Referral Form |
| MJ-PL-00028441 | MJ-PL-00028482 | M.W. | 10/28/19 | DYRS Youth Status Report |
| MJ-PL-00028441 | MJ-PL-00028482 | M.W. | 4/20/18 | Psychiatric Evaluation |
| MJ-PL-00028441 | MJ-PL-00028482 | M.W. | 6/7/18 | Child Guidance Clinic Psycho-Educational Evaluation |
| MJ-PL-00028483 | MJ-PL-00028491 | M.W. | 3/28/20 | Locus Score Sheet |
| MJ-PL-00028492 | MJ-PL-00028565 | M.W. | 2015 | DC Public Schools Accotink Academy Service Tracker, IEP Progress Report, Final Eligibility Determination Report, Evaluation Summary Report, Prior Written Notice, Disability Worksheet, IEP Meeting Agenda/Notes |
| MJ-PL-00028566 | MJ-PL-00028747 | M.W. | 2014-2015 | DC Public Schools Accotink Academy Records (Service Tracker, Prior Written Notice, Amended IEP, Observation Forms, Analysis of Existing Data, Meeting Notes, Final Eligibility Determination Report) |
| MJ-PL-00028748 | MJ-PL-00028869 | M.W. | 2013-2014 | DC Public Schools Accotink Academy Records (Service Tracker, Prior Written Notice, Amended IEP, Observation Forms, Analysis of Existing Data, Meeting Notes) |
| MJ-PL-00028870 | MJ-PL-00028980 | M.W. | 2013 | DC Public Schools Accotink Academy Records (Service Tracker, Prior Written Notice, IEP, Observation Forms, Analysis of Existing Data, Meeting Notes) |
| MJ-PL-00028981 | MJ-PL-00029097 | M.W. | 2012 | DC Public Schools Accotink Academy Records (Service Tracker, Suspension forms, Meeting Notes, Attendance Records) |
| MJ-PL-00029098 | MJ-PL-00029161 | M.W. | 2011-2012 | DC Public Schools Accotink Academy Records (Service Tracker, Extended School Year Report, Prior Written Notice, IEP, Final Eligibility Determination Report, Analysis of Existing Data) |
| MJ-PL-00029162 | MJ-PL-00029265 | M.W. | 2010-2011 | DC Public Schools Accotink Academy Records (Service Tracker, Meeting Notes, |

| | | | | |
|---|---|---|---|---|
| | | | | Prior Written Notice, IEP, OT Assessment & Report) |
| MJ-PL-00029266 | MJ-PL-00029314 | M.W. | 2010 | DC Public Schools Accotink Academy Records (Consent for Initial Evaluation, Prior Written Notice, Analysis of Existing Data, ESY Justification, Performance & Annual Goals, IEP) |
| MJ-PL-00029315 | MJ-PL-00029387 | M.W. | 2008-2009 | DC Public Schools Accotink Academy Records (Meeting Notes, Score Report, IEP, Service Tracker, Special Education Related Services, Speech Language Evaluation, Psych Eval) |
| MJ-PL-00029389 | MJ-PL-00029536 | M.W. | 9/22/12-6/22/15 | Psychiatric Institute of Washington Records (Demographics, Discharge Summary, Admission Assessment, History, Physical, Neuro Exam, Psychosocial Assessment, Medication) |
| MJ-PL-00029537 | MJ-PL-00029568 | M.W. | 2/3/20 | PSI Services III, Inc. Records (History, Demographics, Assessments, GAIN Short Screener, Labs) |
| MJ-PL-00029569 | MJ-PL-00029582 | M.W. | 12/19/16 | Youth Villages Psychosocial Assessment |
| MJ-PL-00029976 | MJ-PL-00029977 | M.W. | 5/29/20 | Paul PCS Prior Written Notice - Intent to Discuss Change in Placement |
| MJ-PL-00029982 | MJ-PL-00030002 | M.W. | 6/2/20 | Umbrella Therapeutic Services Records |
| MJ-PL-00031430 | MJ-PL-00031443 | M.W. | 5/28/20 | DBH Records 6/25/16-10/16/17(Contact Notes, Consumer Info, CBI Continued Stay, CBI Referral Request) |
| MJ-PL-00031444 | MJ-PL-00031457 | M.W. | 5/28/20 | DBH Records 10/25/16-10/16/17(Contact Notes, Consumer Info, CBI Continued Stay, CBI Referral Request) |
| MJ-PL-00047478 | MJ-PL-00047485 | M.W. | 4/2020-6/2021 | Community Connections, Inc. Records (Adult Assessment, Diagnostic Assessment/Review Form, Crisis Prevention & Management, Treatment Plan, LOCUS Assessment, Network Resource Development, Med Review, Notes, Medications) |

**D.G.**

| Beginning Bates No. | Ending Bates No. | Case | Date | Document |
|---|---|---|---|---|
| MJ-PL-00052706 | MJ-PL-00052983 | D.G. | 11/17/17 | Community Connections Intake Assessment (Assessment, Diagnostic Review Form, Crisis Management Plan) |
| MJ-PL-00052706 | MJ-PL-00052983 | D.G. | 1/31/18 | Community Connections Diagnostic Review Form |
| MJ-PL-00052706 | MJ-PL-00052983 | D.G. | 5/25/20 | Community Connections Treatment Plan |
| MJ-PL-00052706 | MJ-PL-00052983 | D.G. | 11/26/19 | Community Connections Treatment Plan |
| MJ-PL-00052706 | MJ-PL-00052983 | D.G. | 5/30/19 | Community Connections Treatment Plan |
| MJ-PL-00052706 | MJ-PL-00052983 | D.G. | 12/1/18 | Community Connections Treatment Plan |
| MJ-PL-00052706 | MJ-PL-00052983 | D.G. | 6/4/18 | Community Connections Treatment Plan |
| MJ-PL-00052706 | MJ-PL-00052983 | D.G. | 12/6/17 | Community Connections Treatment Plan |
| MJ-PL-00052706 | MJ-PL-00052983 | D.G. | 10/25/17 | Community Connections Interim Service Log |

**J.S.**

| Beginning Bates No. | Ending Bates No. | Case | Date | Document |
|---|---|---|---|---|
| MJ-PL-00059382 | MJ-PL-00059387 | J.S. | 10/15/20 | 2018 HSCSN Asthma Assessment |
| MJ-PL-00059388 | MJ-PL-00059391 | J.S. | 11/3/2019-11/2/2020 | HSCSN Treatment Plan Review |
| MJ-PL-00059392 | MJ-PL-00059394 | J.S. | 12/31/2018-6/30/2019 | HSCSN Treatment Plan Review |
| MJ-PL-00059395 | MJ-PL-00059395 | J.S. | Undated | HSCSN Treatment Plan Review |
| MJ-PL-00059396 | MJ-PL-00059407 | J.S. | 6/1/15 | HSCSN General Care Management Initial Assessment |
| MJ-PL-00059408 | MJ-PL-00059411 | J.S. | 7/14/17 | HSCSN General Care Management Reassessment |
| MJ-PL-00059412 | MJ-PL-00059412 | J.S. | 5/28/19 | 2018 HSCSN Inpatient Assessment |
| MJ-PL-00059413 | MJ-PL-00059415 | J.S. | 11/27/17 | HSCSN Post ER Outpatient Assessment |

| MJ-PL-00059416 | MJ-PL-00059601 | J.S. | 5/15/2015-3/9/2021 | HSCSN Comprehensive Medical Record |
|---|---|---|---|---|
| MJ-PL-00059602 | MJ-PL-00059604 | J.S. | 10/15/20 | 2018 HSCSN Risk Stratification Screening |
| MJ-PL-00061410 | MJ-PL-00061416 | J.S. | 3/12/21 | Umbrella Therapeutic Services Update Assessment |
| MJ-PL-00061417 | MJ-PL-00061423 | J.S. | 4/2/19 | Umbrella Therapeutic Services Psych Eval |
| MJ-PL-00061424 | MJ-PL-00061425 | J.S. | 7/2/19 | Umbrella Therapeutic Services Med Progress Note |
| MJ-PL-00061426 | MJ-PL-00061427 | J.S. | 8/20/19 | Umbrella Therapeutic Services Med Progress Note |
| MJ-PL-00061428 | MJ-PL-00061429 | J.S. | 1/28/20 | Umbrella Therapeutic Services Med Progress Note |