UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| - against - | ) |
| | ) Civ. No. 1:18-cv-1901 (EGS) |
| The District of Columbia, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF LOUISE W. MISSILDINE IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Louise W. Missildine, of full age, hereby certify as follows:

1. I am over 18 years of age and competent to testify regarding the matters described herein.

2. I have been retained to act as an expert witness for Plaintiffs in the above-captioned action.

3. Attached hereto as Exhibit A is a true and accurate copy of my July 19, 2021, Report in support of Plaintiffs' Motion for Class Certification, and the appendices attached thereto (collectively, my "report").

4. My report describes the primary data and other information I considered in forming my opinions.

5. My CV is attached as Appendix A to my report, and sets forth my qualifications.

6. I have not testified as an expert witness in any federal or state court litigation within the last four years.

7. I am compensated for work on my report at a rate of $150 per hour.

8. I respectfully adopt and incorporate into this Declaration my report, which describes the testimony I am offering in support of Plaintiffs' Motion for Class Certification.

9.  I understand and intend that my report is to be presented to the Court with the same

    weight and consequences as if I had stated the report orally, under oath, in a court of law.

    I certify under penalty of perjury that the foregoing is true and correct.

    Executed this 15th day of July, 2021, in _Eclectic, AL_.


                                        _Louise W. Missildine_
                                        Louise W. Missildine

# EXHIBIT A

### Report of Louise W. Missildine

### July 19, 2021

### *M.J., et al. v. District of Columbia, et al.*

I have been retained by the Bazelon Center for Mental Health Law to serve as an expert witness in the action *M.J., et al. v. District of Columbia, et al.*  I have been asked to review the mental health services provided to a random sample of children and youth who may meet the class definition in this action.  In order to do this work, I reviewed records from the agencies that have served each youth, which included medical records, mental health treatment records, and educational records.  I also interviewed the youth themselves; their parents, guardians, or other family members; and others directly involved with the youth and their family, including mental health treatment professionals and school professionals.

For each youth assigned to me, I was asked to assess the appropriateness, timeliness, and adequacy of mental health services they have received through the District's public health system and offer an opinion about the effectiveness of those services.  As part of this process, I was asked to assess whether "intensive community-based services" (ICBS) have ever been provided, whether each youth has needed or currently needs ICBS, and whether they are at serious risk of institutionalization.

**Overview**:

I have read the Complaint in this action, which describes ICBS as a set of services including:

- ***Intensive care coordination* ("ICC")**—an intensive form of case management in which a provider convenes a "child and family team," including the child, the

child's family, service providers, and other individuals identified by the family, to design and supervise a plan that provides and coordinates services for children with mental health disabilities;

- ***Intensive behavior support services***—individualized therapeutic interventions provided on a frequent and consistent basis that are designed to improve behavior and delivered to children and families in any setting where the child is naturally located; and

- ***Mobile crisis services***—a mobile, onsite, in-person response, available at any time or place to a child experiencing a crisis, for the purpose of identifying, assessing, and stabilizing the situation and reducing any immediate risk of harm. These services may be delivered in the child's home, school, or community.

Complaint, ¶ 39. This description of ICBS is consistent with my understanding of the "wraparound" approach to mental health services for children and youth that I am familiar with through my decades of experience working with children and families. It incorporates an individualized service planning process via a child and family team. Under the wraparound model, a child and family team is able to assess, adjust, and coordinate services in order to maximize their benefits to the child, and also to assist families in meeting the demands on their time and resources. With a coordinated team's support, families and children are better equipped to work with providers, and are thus more likely to receive significant benefits from the interventions and services offered.

The Complaint also states that, under District law, a child has a "serious emotional disturbance" when:

> (a) the child has a mental health condition and (b) that condition causes the child to have a functional impairment that—on an episodic, recurrent, or continuous basis—either substantially limits the child's functioning in family, school, or community activities; or limits the child from achieving or maintaining one or more developmentally appropriate social, behavioral, cognitive, communicative, or adaptive skills.

Complaint, ¶ 14.  In this report, I refer to this definition when I use the term "serious emotional disturbance."

The Complaint also refers to institutionalization of youth in "psychiatric hospitals, psychiatric and other residential treatment facilities, the District's detention centers, and group homes."  Complaint, ¶ 3.  In this report, I refer to these settings when I discuss institutionalization.

**Background and Experience**:

I have worked with children and families for the entirety of my career.  Since 2004, I have been a consultant to the Child Welfare Policy and Practice Group (CWPPG), which is based in Montgomery, Alabama.  The work involves providing consultation to public and private agencies seeking to improve outcomes for children in their work with the children and their families.  Many of these children experience domestic violence, substance abuse, neglect and abuse, poverty, and developmental, educational, and mental health challenges.  My work with these agencies typically includes providing training and coaching to child and family teams working to develop service plans for youth.  I have worked with hundreds of child and family teams over the years, to help them develop and monitor individualized plans that focus on the strengths and needs of the child, and to ensure the child benefits from the services and supports the team prescribes.

One major element of our work is conducting and training staff to conduct Quality Service Reviews (QSRs).  In our QSR practice, I model how to conduct reviews of selected school, treatment, and other records for a child, and how to conduct interviews with family members and professionals who work with the child and family.  We score each case file based on two protocols, one measuring effectiveness of work with families and another measuring how well the system has functioned on behalf of the families.  I have conducted QSRs in Alabama, California, Colorado, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Mississippi, New Jersey, New York, Oklahoma, Pennsylvania, Tennessee, Utah, Virginia, the District of Columbia, Wisconsin, and Wyoming.  I am currently consulting with New Mexico on the child and family team process associated with the wraparound model, and how to monitor the effectiveness of this process through QSRs.

I graduated with a B.S. from Auburn University and an M.S. in Education from Troy University in Montgomery, Alabama.  I started my career teaching elementary school, and then working for the Alabama Department of Human Resources as a child development consultant.  After obtaining another M.S., in Social Work, from the University of Texas at Arlington, I worked at the Dallas County child welfare office, the Mobile, Alabama County Department of Human Resources, and as a private contractor in Denton County, Texas.  After that, I conducted the Alabama Child Welfare Training for six years, operated by the Alabama Department of Human Resources, which consisted of a 3,000-page curriculum and four weeks of training provided to all county directors, supervisors, and staff.  I also worked with the Child Welfare Institute to tailor a foster parent preparation and selection training that mirrored the Alabama Child Welfare Training.  After that, I worked at the Lee County, Alabama, Department of Human Resources as a child welfare administrator, leading the county through the process of

reform to develop a "system of care," in which all agencies working with a child and family work together to ensure that services provided for the youth's benefit are consistent and effective.  At this time, I also served as co-chair of the Lee County Multi-Disciplinary Team, which coordinated services for children and families receiving services through multiple county agencies.  I also served on several policy development and review groups at the state level.

My CV is attached to this report as Appendix A.

**Methodology**:

I was retained by the Bazelon Center on behalf of Plaintiffs in February 2020, to be part of a team of experts in this litigation.  I joined the team after several other experts had designed the client review process and the review protocols to be used.  These protocols served as a guide for what information the experts were trying to elicit through our record reviews and interviews, in order to answer questions about the child's service needs and risk of institutionalization.  The protocols were helpful in providing the experts with a consistent set of questions to ask for all the people we would be interviewing.

I was assigned a sample of seven youth to review.  For each youth, I received a variety of available records, including medical records, school records, and records from their treatment providers.  I reviewed each set of records to learn as much as possible about each youth, so that I could obtain a comprehensive understanding of each youth's life and experiences.  I tried to assess the adequacy of services the records indicated were provided, whether the services matched each youth's needs, whether the services were sufficient in intensity and duration so that the youth would benefit from them, and whether additional services, including ICBS, were needed.  A list of the documents I reviewed is attached as Appendix B to my report.

After reviewing records for each youth, I attempted to interview the youth and their parent, guardian, or caretaker.  I asked questions about the services the youth actually received, whether the services were successful or unsuccessful, and what services each family wishes they could have received.  These interviews helped me understand how each youth and their family perceived the services they received.  I also tried to speak with professionals who had served each youth, including clinicians, social workers, case workers, teachers, or other advocates for each youth.  These interviews helped inform my opinions about what services each youth needed, what services were provided, and whether each youth needed or needs ICBS and is at serious risk of institutionalization.  All of my interviews were conducted via phone calls or videoconferencing due to the COVID pandemic.

I performed the seven case reviews during the first half of 2021.  Before beginning the case reviews, I carefully reviewed the expert protocols and made sure that I understood all aspects of the review.  These protocols ensured accuracy and consistency among the expert reviews and case assessments.  During the reviews, I and the other experts met about every three weeks to present cases to each other and ask questions of one another.  This process helped me think through each case and resulted in deeper analysis and exploration of each case.

I have billed Plaintiffs at the rate of $150 per hour for my review work.  If I am asked to testify, my rate is $200 per hour.

**Youth Reviewed**:

**<u>E.F.</u>**

E.F. is a 17-year-old Black young woman who just graduated from high school in the District of Columbia (the District).  She has a number of significant strengths, but also has some very serious areas of risk in her life.  E.F. is intelligent, is skilled at reading with understanding

and applying what she reads, and enjoys keeping a journal. She is able to effectively communicate her feelings and experiences. She enjoys making art. Many of her challenges stem from being bullied. E.F. struggles greatly with maintaining a positive self-image and feeling worthwhile. She lacks confidence and her self-esteem is quite low, which continues to put her at risk for depression. E.F. is more stable when she takes her medications, but she has a history of stopping her medication regimen. According to the records, that is when she struggles the most. She will need effective supports as she transitions to life beyond high school.

E.F. has been diagnosed with major depressive disorder, which has been classified as recurrent and unspecified, and has manifested as either severe or moderate over the years. The records indicate that E.F. has a history of depression with psychotic features since age six, but she was not diagnosed until age 13 after two hospital visits and one admission into acute psychiatric care. She has also been diagnosed with post-traumatic stress disorder (PTSD), attention-deficit hyperactivity disorder (ADHD), and mild cannabis use disorder. She smokes marijuana as a coping mechanism. There is a family history of bipolar disorder on the mother's side of the family, with both her mother and brother having received that diagnosis. E.F. has been prescribed Celexa, Aripiprazole, Abilify, Risperdal, Bupropion, Vyvanse, Zoloft, and Melatonin. Since the age of 13, E.F. has had extensive exposure to the District's mental health treatment system and has received a number of evaluations, hospitalizations, and medication adjustments. The records do not indicate that E.F. has any medical diagnoses, although she is obese. She has been enrolled in the District's Medicaid program.

I have reviewed more than 190 documents relating to E.F., from the District of Columbia Public Schools (DCPS) and public charter schools she has attended; the Hillcrest Children & Family Center and Community Connections, two District behavioral health services providers;

and the Psychiatric Institute of Washington (PIW), where she has been hospitalized.  I interviewed E.F., as well as her former therapist through Hillcrest.  I was unable to speak with E.F.'s mother because she declined to participate in an interview.

*Background*

E.F. has experienced significant loss with respect to her close family members.  She has an older brother who is 21 years old and has been diagnosed with bipolar disorder.  She is close with her brother and confides in him, although he now lives in another state.  Her brother moved out of the family home in 2017 because he came out as gay, and their mother could not accept that he is gay.  This was a deep loss for E.F.  From what I can tell, E.F.'s father does not live with the family.  Her relationship with him is intermittent.  E.F.'s maternal grandmother, who was diagnosed with schizophrenia and bipolar disorder, recently passed away.  This was a traumatic loss for E.F, as they had a very close relationship.  She would often spend the weekend with her grandmother, and the two would go to church together.

E.F.'s mother maintains a good deal of distance from E.F. in their daily lives and they have a strained relationship.  E.F. has stated to a mental health provider that her relationship with her mother became tumultuous once she started the ninth grade.  As their relationship deteriorated, her mother separated herself by moving to the basement of their home and frequently locking her door, while E.F. lived upstairs.  Her mother also works long hours.  E.F.'s former therapist at Hillcrest reported to me that although E.F.'s mother provided her with a nice room and belongings, like clothing and shoes, she had the sense that E.F.'s mother did not like living with and caring for her.  E.F.'s therapist said that E.F.'s mother is very strict and that E.F. would sometimes run away from home.  After one of E.F.'s stays at a psychiatric hospital, E.F.

told her therapist that she did not want to leave the hospital because people were nice to her there.  E.F.'s therapist confirmed that E.F.'s mother has her own set of mental health diagnoses.

E.F.'s mother has exhibited a pattern of becoming frustrated with E.F.'s service providers and ending their service.  E.F.'s mother repeatedly attempted to have her placed in a residential center or group home, and she would get frustrated when service providers advised against this.  E.F.'s mother's termination of services often led to a deterioration of E.F.'s conditions and symptoms, at which point her mother would reach out to E.F.'s services providers in a panic and ask for treatment to resume.

More recent records suggest that E.F.'s trauma stems in part from her history of physical abuse, neglect, and sexual abuse.  The records I reviewed indicate that, in 2005, the Child and Family Services Agency (CFSA) substantiated allegations of abuse pertaining to E.F.'s mother.  Between September 2019 and January 2020, the CFSA hotline received five reports regarding the family.  The records also contain substantiated allegations of neglect against E.F.'s mother and father.  In addition, E.F. has reported to a mental health provider that she was sexually abused by her mother's boyfriend in 2018.  Her mother's boyfriend continued to be present in the home, even though E.F.'s mother told a "Community Support" worker who worked with E.F. that she did not allow him in the home when E.F. was there, and that she only "used him to help pay the bills."

E.F. has experienced symptoms of depression, such as isolating from others, sadness, trouble sleeping, anxiety, guilt, hopelessness, mood swings, and loss of interest in activities she once enjoyed.  She has also experienced auditory hallucinations that reinforce paranoid thoughts and command her to harm herself.  The records indicate that E.F. has a history of cutting herself on her face and hands.

E.F. first received outpatient mental health services through Life Enhancement Services, a District behavioral service provider, in 2017.  Shortly after that, she enrolled with Hillcrest for mental health services.  This change occurred after an incident where E.F. made a suicidal gesture mimicking stabbing her wrists and her mother called the Child and Adolescent Mobile Psychiatric Service (ChAMPS) team.  The ChAMPS team took E.F. to Children's National Hospital, but she was not admitted.  There is no indication in the record of whether the ChAMPS team tried to de-escalate the situation at E.F.'s home.  Children's National Hospital referred E.F. to Hillcrest.

At Hillcrest, E.F. received two significant evaluations: a mental status evaluation in 2017 and a psychological evaluation in 2018.  These resulted in her first diagnosis of major depressive disorder.  She received services from a Community Support worker, although the records do not state whether these were Community-Based Intervention (CBI) services.  The records indicate that E.F. received services from at least three different Hillcrest Community Support workers between 2017 and 2018.   E.F. also received individual therapy in the home once per week for about a year.  Her therapist said that she would pick up E.F. at school once a week and go home with her for their therapy sessions.

In May 2018, E.F. was taken to Children's National Hospital for a major depressive episode.  The records from this visit and from a follow up appointment indicate that E.F.'s mental health services had lapsed for about two months and that she was non-compliant with her medications due to being tired.  However, once she began taking her medications again, she reported a reduction in her symptoms and in her desire to self-harm.  Children's National Hospital recommended that E.F. be connected to a psychiatrist and a therapist.  The records from

Hillcrest indicate that E.F. resumed services from a new Community Support worker for about one month in August 2018.

According to the records I reviewed, E.F. stopped receiving services from Hillcrest at the end of August 2018.  As her therapist conveyed to me, this happened after E.F.'s mother attempted to have E.F. placed in a residential treatment center or group home.  When a CFSA case worker told E.F.'s mother that she would have to obtain E.F.'s consent to go into a group home, E.F.'s mother became frustrated that her desire to have E.F. placed outside of the home was not realized.  It was around this time that E.F.'s mother discontinued E.F.'s services at Hillcrest.  The records indicate that, in November 2018, after E.F. stopped participating in Hillcrest's program, E.F. briefly enrolled for services at Outreach Solutions, Inc., another District service provider.  The records state that she was supposed to receive CBI services through Outreach Solutions, but these services appeared to only last for about one month.

In November 2018, E.F. was hospitalized at Children's National Hospital for nearly one month.  One day after she was discharged from Children's National Hospital, she was admitted to PIW for approximately three weeks because she was experiencing suicidal ideation and hearing commands from male and female voices.  At this point, the records indicate that her mother inquired about residential treatment options for E.F.

In December 2018, E.F. started receiving services through Community Connections.  By this time, E.F. had reportedly been hospitalized on six occasions.  The records state that, in January 2019, E.F. was "stepped down" from the CBI services she had been receiving through Outreach Solutions because of her switch to Community Connections.  According to the records, although E.F. was assigned CBI workers at Community Connections, she was never actually authorized for CBI services and "thus technically [was] a Community Support case."

Throughout 2019, it appears from the records that E.F. received these services from at least three different Community Support workers.  In 2020, E.F. began working consistently with the same Community Support worker, which continued in 2021.  The records also indicate that E.F. received trauma-focused cognitive behavioral therapy (CBT) services from March through July 2019, but that "engagement was sporadic and the model was not completed."  E.F. also received individual therapy services through Community Connections, and met periodically with a psychiatrist.

In September 2019, E.F. was hospitalized at PIW for approximately one month because she was experiencing an escalation of symptoms and displaying physical aggression toward others.  When PIW tried to discharge E.F., her mother refused to take her home.  This resulted in CFSA removing E.F. from her mother's care and placing E.F. in a foster home.  After spending two weeks in one foster home, E.F. switched to a second foster home.  Around this time, E.F.'s emotional well-being was declining.  She was attacked at a metro station by a group of people who sprayed her with mace, and she was taken to the emergency room.

In December 2019, E.F. was hospitalized again at PIW for expressing suicidal thoughts.  When E.F. was admitted, her school social worker told her Community Support worker that he was concerned about E.F. in the community and that inpatient psychiatric care might be the best place for her.  He sent a letter to E.F.'s CFSA social worker requesting that E.F. be involuntarily admitted to a psychiatric facility.  In January 2020, E.F. was hospitalized again at PIW for about three weeks.  At this time, E.F. received a psychiatric evaluation pursuant to a court order.  The evaluator noted the following: "[E.F.'s] prognosis for stabilizing in the community is poor.  There are concerns about her history of deteriorations and need for frequent psychiatric hospital admissions.  She was not compliant with her therapy and medications for months prior to her

most recent PIW admissions.  As reported by [], her social worker at Eastern High School over the last two years, she has not even made modest gains despite her history of hospitalizations…As a result, it is recommended she now be referred for a psychiatric residential treatment facility (PRTF) for 6-8 months."  Based on the records I have reviewed, I did not see any indication that E.F. was admitted to a PRTF.

After being released from PIW at the end of January 2020, she was placed in a supervised group home called Caitlin's Place, which is a congregate care facility for girls age 16 to 21 who are referred by CFSA.  She had unsupervised visits with her mother while at Caitlin's Place.

As is evident, E.F. has been hospitalized in a psychiatric hospital numerous times.  Other than one mention of her mother calling the ChAMPS mobile crisis team in 2017, it was not noted in the records whether community-based mobile crisis services were engaged during any of these incidents leading to hospitalization.  The records repeatedly indicate that E.F. did not take her medications as prescribed.  The records suggested that E.F.'s hospitalizations have been related to lapses in medication regimens, suicidal thoughts, physical aggression toward others, and re-traumatization by her mother allowing her boyfriend back into the home.

In April 2020, E.F.'s mother said that she wanted to reunite with E.F. and have her move back home, although this did not happen.  E.F. appeared to be doing well in May 2020, as she was taking her medications and had had no recent psychotic or depressive episodes.  However, by June 2020 she was off her medications, displayed symptoms of irritability and depression, and was missing appointments with her Community Support worker.  For several months, there was a problem with the group home having E.F.'s mother's consent to administer medications, which led to a delay in getting E.F.'s medications refilled.  Her Community Support worker scheduled a mental health team meeting for August 2020, with E.F.'s CFSA social worker and her

13

psychiatrist.  The records indicate that E.F. was not interested in participating in the meeting, and

it is unclear what, if anything, resulted from the meeting.  E.F. expressed disinterest in working

with her psychiatrist because he would bring up painful subjects, such as her history of self-

harm.  It appears that E.F.'s community support services with a CBI worker were extended for

90 days around this time.

In September 2020, E.F. went home with her mother for a weekend.  Her mother was

concerned about whether E.F. was taking her medications.  When E.F. returned to the group

home, several girls attempted to fight with her, and she left to go back to her mother's home.

She and her mother tried to call her CFSA social worker, but could not reach her.  E.F.'s

Community Support worker also tried to reach the CFSA social worker, but was unable to do so.

E.F. told me that she does not often see her CFSA social worker.

Around this time, in fall 2020, E.F. was experiencing worsening symptoms of agitation,

racing thoughts, and insomnia.  She had a brief visit to Children's National Hospital because of

her anxiety.  E.F.'s psychiatrist made a referral for family therapy, but I did not see any

indication in the records that this ever happened.  Eventually, E.F.'s Community Support worker

and her CFSA social worker started making plans to close her CFSA case.  There was a

transition meeting in November 2020 to discuss E.F. returning home.  In addition to her CFSA

social worker and Community Support worker, E.F.'s school social worker attended this

meeting.  The records indicate that the plan was for E.F. to receive CBI services three to four

times per week to improve her academic performance in anticipation of graduation.  Although

she did start to do better in school, E.F. continued to experience problems with her mental health

treatment throughout the beginning of 2021.  When E.F.'s Community Support worker raised the

prospect of terminating her CBI services, E.F.'s mother said she no longer wanted to take part in

E.F.'s treatment planning.  The records indicate that E.F. was at risk of discharge from

Community Connections due to lack of engagement in February 2021.  There is also evidence in

the record that in March 2021, E.F.'s Community Support worker coordinated with her CFSA

case worker for a referral for trauma-focused cognitive behavioral therapy (TF-CBT), but it is

not clear whether E.F. ever received this therapy.

When I spoke with E.F. in June 2021, she told me that she still resides at the group home,

and also spends some nights at a friend's house.  The Community Connections records that I

reviewed state that CFSA might be planning on closing E.F.' case when she turns 18 in July

2021.  It is possible that E.F. is still enrolled with Community Connections, as the most recent

records that I have are dated March 2021.  However, E.F. told me that she is not currently taking

any medications, and did not mention that she is currently receiving any mental health services.

E.F. recently graduated from Eastern High School.  E.F. told me that she has a job taking

care of children.  When E.F. was in the fourth grade, at Friendship Public Charter School, she

started received special education services under the disability classification of "specific learning

disability."  She received behavior support services and specialized instruction in a smaller

classroom setting outside of the general classroom.  She also received accommodations for math

and reading.  She had many suspensions from school, most of which were in response to fights

that she would start with her peers.  Records from the eleventh grade indicate that E.F. was

failing most of her classes and had more than 50 absences that school year.  Even when she

would go to school, she would often not report to the classroom for instruction and would spend

her days in the school's common area.  E.F.'s individualized education program (IEP) disability

classification was changed to "emotional disturbance" during the tenth grade because of the

behaviors she exhibited at school. Her IEP stated that she enjoys the fields of interior decorating and art, and that she exhibits leadership qualities.

E.F. also has a history of involvement with law enforcement. In 2018, E.F. was charged with assault after attempting to hit a teacher who she alleged was restraining her. As an alternative to incarceration, E.F. participated in and completed the District's Alternatives to the Court Experience (ACE) Diversion Program. In September 2019, E.F. was involved in a physical altercation at school with another student. When a security guard attempted to break up the altercation, E.F. punched the guard in the face. Police arrived and arrested E.F. However, she was not charged with a crime.

According to the records, one of E.F.'s biggest challenges is with interactions with family, peers, and mental health and school professionals in her life. She struggles with socializing and maintaining interpersonal relationships. She has stated to providers that she has no friends and feels sad when she sees other people interacting with friends. She also becomes angry very easily, which leads to aggressive behaviors toward others. E.F. has experienced a great deal of bullying at school due to her body type. Hillcrest records from 2018 indicate that E.F. needed mentorship and that it should continue beyond high school. The records also indicate that her Community Support worker introduced an opportunity for E.F. to participate in Girl Scouts. However, I did not see any indication in the records that either of these things actually happened, and her therapist did not think that they happened.

*Findings*

- I believe that E.F. has a serious emotional disturbance. She has been diagnosed with major depressive disorder and the symptoms that she experiences have a profound impact on her life. She also experiences trauma from past physical

abuse and neglect, and a past sexual assault.  E.F.'s depression and trauma have

substantially impaired her mental health and have resulted in significant

emotional and behavioral challenges.  She has been hospitalized on numerous

occasions during times of mental health crisis.  She has an extensive history of

suicidal ideation and self-harm, and she struggles immensely with body image

and self-esteem.  Her mother once reported that E.F. thinks of suicide daily and

had developed a plan to slit her wrists with a knife.  She also has a history of

experiencing auditory hallucinations which command her to hurt herself and make

it difficult to sleep.  E.F. has engaged in fighting at school, and she struggles to

maintain positive interpersonal relationships with her peers, family, and teachers.

E.F.'s former Hillcrest therapist thinks that she tries to end uncomfortable

situations with aggression or violence.  Overall, E.F.'s depression makes it

difficult for her to cope with a lot of people or distractions.

- I do not think that E.F. has received effective outpatient services.  The records

  indicate that E.F. has had four different mental health providers since 2017.  She

  received the most sustained services from Hillcrest and Community Connections,

  but has worked with a large number of different clinical and non-clinical workers

  from those providers.  E.F.'s mother has been a significant impediment to the

  effective delivery of her mental health services.  Her mother had a tendency to get

  upset with providers when they did not abide by her wishes to place E.F. in foster

  care, and would often respond by terminating services.  However, E.F.'s

  depression and mental health symptoms would eventually regress to such a point

  that her mother would call their mental health service providers in a panic and

request that services start again.  Her therapist told me that E.F.'s mother would scream profanities at her and others because they would not help place E.F. in foster care.

- E.F. clearly needed ICBS, and it was not provided.  Considerable effort was made by the Community Connections Community Support worker to team with E.F.'s CFSA social worker and her school social worker.  A meeting was scheduled with E.F. and these people, but this attempt to coordinate fell apart when one of the parties failed to attend.  There were certainly professionals invested in E.F.'s treatment who could have formed an effective child and family team with E.F., her mother, and other family members, but there was insufficient organization and follow through.  A coordinated child and family team would very likely have identified the mother's passive (and active) resistance to seeking help for her daughter, as well as the mother's goal of having her daughter placed out of the home.  Even though E.F.'s brother had moved away, he could have made an important positive contribution as a member of E.F.'s child and family team. Having the support of a child and family team could have allowed E.F. to remain in her natural home, in the home of relatives, or could have shortened the duration of her placement in the group home.  ICBS, including intensive care coordination and a child and family team, could have continued to support E.F. and her mother during a foster care placement to resolve issues in the family home, and could have hastened their reunification.

Finally, although E.F. has received some helpful services, including one-on-one therapy in the home and the community with her Hillcrest therapist, and

18

community support services from Community Connections, she would have benefited from more intensive behavior support services. These services could have included mentoring and skill-building supports, and ideally would have been provided by the same support worker over a sustained period of time. Given E.F.'s struggles with socializing and maintaining interpersonal relationships with peers and adults in her life, a consistent case worker able to provide mentorship and behavior modeling could have had a profound positive impact on E.F. during her transition out of high school.

- In my opinion, E.F. presently needs ICBS. She has now graduated from high school and is about to turn 18. She has not yet been released from CFSA custody, but it is possible that will happen in summer 2021. Moreover, it is not clear whether she is currently receiving any mental health services. E.F. told me that she is no longer taking her medications because she does not need them. A child and family team would provide a critical support system for E.F. Given the lack of service coordination evident in the records I reviewed, and E.F.'s continuing need for mental health services, E.F. would presently benefit from being part of a child and family team. A child and family team could develop a plan of complementary services, oversee the implementation of that plan and monitor E.F.'s progress, and address E.F.'s mental health needs as she embarks on life after high school. E.F. has been inconsistent with taking her medications and, at times, has not been engaged with her mental health services. A child and family team would give E.F. the support and reliability of services that she needs.

From what I can ascertain, E.F. has not received any meaningful services related to transition planning, such as guidance on identifying appropriate vocational interests, planning for employment, and living independently. E.F. would also benefit greatly from a mentorship program. A mentorship program was recommended back in 2018, but there is no indication that anyone followed through with arranging for this support.

- E.F.'s failure to receive ICBS has resulted in repeated psychiatric hospitalizations, and puts her at serious risk of re-institutionalization. E.F. has a long history of placement outside of her natural home. She has been hospitalized at the two psychiatric residential treatment centers for youth in the District, Children's National Hospital and PIW, numerous times, including at least five times in the last two years. While some of her hospitalizations were short in duration, others lasted for weeks. In 2020, it was recommended that E.F. be placed at a PRFT, although I did not see evidence of that happening. E.F.'s extensive history of institutionalization places her at risk of further psychiatric institutional placement. In addition, her family has a lengthy history of CFSA involvement, which eventually resulted in E.F.'s removal from her mother's home and placement under CFSA custody in a group home for similar-aged young girls. She has also had at least two encounters with police and/or the juvenile delinquency system. E.F. is not currently taking her medications, and it is not clear whether she is receiving any mental health services. Moreover, E.F.'s mother has recently started to distance herself from E.F.'s treatment. E.F. does not have a robust support system in her life, especially now that she has graduated from high school

20

and may be moving out of her group home this year.  All of these factors place

E.F. at serious risk of institutionalization.

**_A.W._**

A.W. is a 19-year-old Black young woman who resides with her maternal grandmother in

the District.  She was traumatized at a very young age when an adult living in her home sexually

assaulted her.  Her mother did not believe her when A.W. told her about the assault, which

further traumatized her.  A.W. was able to live with her grandmother after that, which has been

beneficial for her.  Her grandmother has provided protection and guidance, and has been a strong

advocate for her.  But A.W. has a hard time trusting people, and that makes it difficult for her to

engage in many activities of daily life.  She is fortunate to have a loving grandmother, and a

therapist who has remained with her consistently for a few years.

A.W. is introspective, friendly, artistic, and musical.  She has many creative interests,

including drawing, playing drums, dancing, creating collages, and decorating.  She has described

herself as funny, and good at dancing, writing, and helping people.  She is a reliable, hard-

working young woman, who is very invested in her own health.  She graduated from high school

in 2020 and was briefly enrolled in college, but had to take a break because of her medical

issues.  She has recently been trying to enroll in a different college.  I believe that, with the right

supports, A.W. could succeed and start working in a field oriented to helping others.  But she is

not currently receiving all of the services and supports she needs to be able to thrive.

I was provided with approximately 160 different documents relating to A.W., including

records from the DCPS schools she attended, Hillcrest, and Health Care Services for Children

with Special Needs (HSCSN), her Managed Care Organization under the District's Medicaid

program.  To write this summary, I interviewed A.W. once, and I interviewed her grandmother twice.

*Background*

A.W. is currently diagnosed with PTSD and major depressive disorder.  She was first diagnosed with PTSD at age 15 by First Home Care, another behavioral health services provider that no longer works in the District, with a secondary diagnosis of depression.  In 2018, she received a more thorough evaluation from Hillcrest, which stated that A.W. was experiencing the following symptoms of PTSD: nightmares, insomnia, anxiety attacks, chronic constipation, migraines, isolation, being distrustful of others, loneliness, low self-esteem, anhedonia (the inability to experience pleasure), self-injurious behaviors, crying spells, and poor energy levels.  She has a history of suicidality, but it is noted in the records that she has denied making any attempts or having any active suicidal ideations since living with her grandmother.  The Hillcrest evaluation confirmed A.W.'s PTSD diagnosis, and also diagnosed her with major depressive disorder.  She has been prescribed Trazodone and Zoloft for depression, and Melatonin for insomnia.  She has complained that these medications do not help her.  The records indicate that her current therapist is trying to help her find a new psychiatrist for purposes of prescribing different medication.  She has been enrolled in the District's Medicaid program.

A.W. also has many complicated health issues and conditions, including asthma, sleep apnea, and a problem with fluid drainage behind her eyes.  She experiences chronic migraines and chronic constipation, which her mental health provider has identified as likely related to the abuse she experienced as an adolescent.  She has been prescribed a number of medications for her medical conditions.  She uses a CPAP machine for sleep apnea, a nebulizer, and a humidifier, and sees many specialty doctors.  She had a deviated septum for which she received surgery in

2018.  She has also had three spinal taps.  Some of those procedures limited her ability to walk, which was part of the reason she stopped attending college.  After a recent procedure, she is now able to walk upright without a cane.  Over the years, A.W. has missed a great deal of school because of her medical issues.

A.W. lived with her maternal grandmother from when she was an infant through the age of five because her mother was not able to care for her.  A.W.'s records indicate that her mother has experienced suicidal ideation during much of her life.  A.W. went to live with her mother at age five.  Her mother worked at night.  A.W. was sexually abused by her mother's boyfriend for two years, starting at age 12.  When she told her mother about what was happening, her mother did not believe her and continued her relationship with the man.  The records state that A.W.'s mother might have been married to the man who allegedly abused A.W.  A.W. was eventually removed from her mother's care by CFSA at age 13 and placed with her grandmother.  Currently, her mother has supervised visitation once a week.  A.W. has reported that she loves her mother, but does not feel safe with her or trust her.  She has two older brothers in their thirties, who both currently live outside of her grandmother's home, although one did live at home until recently.

In general, A.W. is unable to function in situations that become tense or stressful.  This was particularly true at school, and she has missed months of school.  Her therapist has said that the abuse she has suffered made it difficult for her to attend school and concentrate on her studies.  Her grandmother said that A.W. gets upset very easily, and that she cannot cope with a lot of people around or a lot of activity going on.  At home, her grandmother tries to keep things as still and quiet as possible for A.W.  A.W. has experienced great difficulty sleeping.

Based on A.W.'s records and my interviews with A.W. and her grandmother, A.W. first started receiving mental health services from First Home Care in December 2014. These services started shortly after she went to live with her grandmother, after the allegations of sexual abuse were made. A psychological evaluation from 2016 indicates that A.W. received CBI services and therapy services from First Home Care, although I do not have the actual treatment records. The records indicate that A.W. saw a psychiatrist through First Home Care on two to four occasions, for medication management. Around the time when A.W. started services with First Home Care, she was referred to Children's National Hospital for evaluation and inpatient psychiatric treatment. However, after her initial evaluation, Children's National Hospital determined that she did not require inpatient care. A.W. also received therapy for a few months at Mary's Center, another District behavioral health service provider, as well as support for two years through the District's Consortium for Child Welfare, but I have not reviewed records documenting what services she received from these providers.

In 2018, A.W. began receiving mental health services through Hillcrest. She enrolled with Hillcrest because the family wanted home-based treatment. The treatment that was ordered was TF-CBT, which included visits from a Community Support worker once a week for six months, and medication management visits with a psychiatrist once a month for six months. She also saw a therapist through Hillcrest. A.W. still sees that therapist virtually, two times each week, although the therapist no longer works at Hillcrest. A.W. and her grandmother both spoke very highly of A.W.'s therapist. Benefits from the therapy have evolved slowly over time. Although it took A.W. a long time to trust her therapist, they now have a trusting relationship. She has learned skills for coping with things that bother her. In early 2019, A.W. received CBI

services from a Hillcrest Community Support worker for approximately four weeks.  The Hillcrest records that we have only go through March 2019.

A.W. experienced a number of difficulties in school stemming from her mental health and medical conditions, most notably frequent and recurring absences.  Although I do not have educational records from A.W.'s elementary schools, the records indicate that she attended Elkridge Elementary School in Maryland and Tubman Elementary School in the District.  She started at Kramer Middle School in seventh grade, and transferred to Lincoln Middle School at the Columbia Heights Education Campus for the rest of seventh grade and eighth grade.  In December 2015, A.W. had accommodations approved under a 504 Plan, which authorized school-based therapy sessions with a social worker for 30 minutes per week.  Around this time, A.W.'s grandmother tried to establish home schooling for A.W.  Because of this, the 504 plan was never implemented.  In May 2016, when A.W. was in the eighth grade, she received a comprehensive psychological educational evaluation.  It was determined that she qualified for special education services under the category of "emotional disturbance," based on her symptoms of PTSD.  It was also determined that her Full Scale IQ score was 72.  For all four years of high school, A.W. attended Paul Public Charter School in the District.  A.W. graduated from high school in 2020.  She was briefly enrolled at American University in the District, but had to disenroll due to health challenges.  When I spoke with A.W. in May 2021, she was attempting to enroll at the University of the District of Columbia for the 2021-2022 school year.

*Findings*

- I believe that A.W. has a serious emotional disturbance.  She has been diagnosed with PTSD and major depressive disorder, and she has experienced major trauma in the form of sexual abuse.  She experiences severe symptoms as a result of her

PTSD, including nightmares, insomnia, and anxiety attacks, which profoundly impacted her functioning in school, and currently limit her ability to function in daily life and concentrate on her studies.

- In my view, some aspects of A.W.'s outpatient mental health services have been effective. Both A.W. and her grandmother report having an excellent relationship with her current therapist. From my discussions with A.W. and her grandmother, it seems that she has learned how to better cope with stressful situations through her work with her therapist. A.W. was able to graduate from high school, which is a significant accomplishment given her history of trauma. Prior to her placement with her therapist, the records indicate that A.W. transitioned among several different service providers. Although she did receive community-based intervention and therapy from First Home Care in 2014 and 2015, I do not have those treatment records to assess their effectiveness.

- Although A.W. is currently receiving consistent individualized therapy twice a week, A.W. is not and has never been part of a child and family team that guides her mental health treatment and services. She would benefit greatly from such a wraparound approach, to address both her mental health needs and her transition-related needs. According to A.W., she wants a career where she can help people, especially children, and her plan is to go to college to become a social worker. However, she is struggling to manage college, both physically and emotionally, and needs help planning her goals for higher education and work. A team consisting of her family, service providers, and other supports would help her

manage her significant mental health needs and be able to function better as she transitions to adulthood.

- In my opinion, A.W. has needed and continues to need ICBS along with other community-based services to improve her mental health conditions.  A.W.'s complex situation following her sexual abuse was a clarion call for her providers to provide ICBS, including ICC to convene and facilitate a child and family team. With at least four major medical conditions beginning in early childhood and three medical hospitalizations to address those conditions, trauma issues related to sexual abuse by her mother's boyfriend and her mother's failure to believe her allegations, and the removal from her mother's care to the custody of and placement with her grandmother, this child very much needed ICBS.  Without a team or a service coordinator, the grandmother took on that role, which was difficult for her and added stress to A.W. and their daily lives.  For example, when A.W. was in danger of not continuing from one grade in school to the next because of excessive absences resulting from attending medical appointments, her grandmother was the person who made appointments with medical staff and support staff and gathered documents and letters from these professionals to support A.W.'s need for special accommodations at school.  A.W. has a number of complex mental health and medical treatments and would have benefited from ICC among her, her family, and her different providers.

A.W. continues to need ICBS, and in particular a child and family team, as she is trying to maintain her ongoing health appointments, mange her medications on her own, and attend college.  She is changing colleges after taking a break from

attending classes and running into some financial issues with her first school.  She needed help with completing the Free Application for Federal Student Aid (FAFSA) at the new school she is trying to attend, which is something a coordinated family team could have made less stressful for her and her grandmother.  A.W.'s grandmother is committed to her, and wants to see her succeed in life and school, but she told me that she believes that college may be too demanding for A.W., given her physical limitations and mental health struggles.  Again, a child and family team could look at the issue together and help A.W. make the best decision for her well-being and her future.  Ultimately, it is important to prepare A.W. for independence, which can best be done by a supportive ICBS teaming approach.

Today, A.W.'s most consistent provider is her therapist, who she sees every Tuesday and Friday.  It is also critical that she continue receiving this individual therapy to help her cope with the trauma she has experienced.

- I am concerned that if A.W. does not get ICBS, and particularly the support of a child and family team, she is at risk of institutionalization.  A.W. has expressed significant concerns about whether she can be safe stepping out from the protection of her grandmother, as she has relied on her for so many years.  She wants to be in the world, but she faces significant impediments.  Not only does she have serious physical conditions, but she experiences intense anxiety and fearfulness as a result of her trauma.  Because of this anxiety and fear, I think that without her grandmother it is more likely than not that A.W. would already be in some sort of institutionalized setting.  I do not think she could have coped without

28

her grandmother.  If she had community-based supports, I think that she would be better able to manage adult decision-making.  If she does not get these supports, there is a risk of institutionalization should her grandmother no longer be able to support her.

**H.R.**

H.R. is a ten-year-old Black female who lives with her mother and three siblings in the District of Columbia.  She is currently in the fifth grade and has an IEP.  Her school records from an IEP meeting indicate that she has excellent handwriting, can advocate for herself, and has outstanding verbal communication skills.  She is interested in soccer, swimming, modeling, and ballet.  She is also involved in various programs through the family's church.

H.R. has many medical issues that complicate her life and her family's life.  Her complex medical issues negatively impact her emotional well-being.  H.R. and her entire family would benefit from the support of a child and family team.

I was provided with approximately 30 different documents relating to H.R., including records from the DCPS school she attended for elementary school, as well as records from HSCSN.  I spoke with H.R., although it was difficult because there were many distractions in the home during the interview.  I also interviewed H.R.'s mother.

*Background*

H.R. has a number of mental health diagnoses.  According to H.R.'s mother, H.R. was first diagnosed with anxiety by Paving the Way Multi Service Institute, a behavioral health clinic in the District.  However, the family did not recall exactly when this was, and I do not have records from Paving the Way.  H.R. was diagnosed with disruptive mood dysregulation disorder (DMDD), attention deficit hyperactivity disorder (ADHD), and oppositional defiant disorder

(ODD) by Children's National Hospital in 2017. She has been prescribed Mirtazapine for her anxiety. There was also some indication in the records that she currently takes Prozac. H.R.'s mother told me that in 2017 the Mirtazapine was not helping H.R., so she stopped giving it to her.

H.R. also has many complex medical issues and conditions, including asthma, sleep apnea, allergic rhino conjunctivitis, atopic dermatitis, and an allergy to peanuts. She also has a history of seizures, which largely stem from oxygen loss due to her asthma. The seizures also occur as a result of H.R. holding her breath when she gets anxious and upset. She has been hospitalized six times for her medical issues, mostly for her asthma. She has also had two surgeries related to her adenoids and tonsils, which contributed to her asthma and her inability to properly breathe and sleep. H.R. has been prescribed at least eight different medications for her medical conditions. She has been enrolled in the District's Medicaid program.

H.R. lives at home with her mother and three siblings: a 17-year-old brother, a 13-year-old sister, and an eight-year-old sister. The home environment at the time of my interview seemed chaotic. When I spoke with H.R., her mother was trying to help a sibling with virtual school, while also trying to monitor my discussion with H.R. H.R. had a hard time putting her thoughts together because there was so much going on; she eventually stopped talking to me. H.R.'s mother has a number of health issues of her own, as do H.R.'s siblings. H.R.'s mother appears to be easily frustrated, making it an uncomfortable and difficult environment for a child. H.R.'s mother was abused by H.R.'s father when she was pregnant with H.R. According to the records, the father lives locally, but is not as involved in H.R.'s life as H.R. would like him to be. H.R. visits her father on some weekends.

Since 2017, H.R. has had a history of being verbally and physically aggressive at home and at school.  The records indicate that she hits and kicks her mother, hits her younger sister, and hits school staff and peers.  Her mother reports that she is a bully, and H.R. has stated to mental health providers that she enjoys being a bully.  One provider noted that H.R.'s behavior could be learned from observing her mother, as the mother has thrown fits on a number of occasions at medical appointments.  H.R.'s mother told me that H.R. will sometimes "work herself up" by holding her breath.  H.R. will also sometimes sleep under the table.  She also told me that H.R. has experienced anxiety attacks and engaged in suicidal ideation.  Her mother thinks she does all of these things for attention.

H.R. first received mental health services through Paving the Way, although the records do not indicate what year those services began.  She was seeing a psychiatrist through Paving the Way.  The mother was not happy with these services and eventually stopped taking H.R. to her appointments with the psychiatrist.  The records say that H.R. then saw a psychologist once a week in 2017.  The records do not specify where the psychologist worked.  In 2018, H.R.'s mother reported that three different service providers came to their house to deliver services, but she said that they were not effective.  H.R.'s mother told me that currently sees a psychotherapy specialist, who she has been seeing for about one year.

In 2017, an incident at school resulted in H.R. being hospitalized at Children's National Hospital.  When H.R.'s mother took her to school one day, H.R. had a purse with her that she told her mother she got from the school's "treasure box."  School staff told her mother that H.R. took the purse from another student.  H.R.'s mother asked H.R. to give the purse back to the other student and to remove her belongings from inside the purse.  A lipstick fell out of the purse, and the other student said it belonged to her and asked for it back.  H.R. began to yell at

the girl and tried to hit her.  When her mother intervened, H.R. started to hit her mother.  She fell onto the floor of the school's hallway, and was yelling, screaming, crying, hitting, and kicking. School staff called the ChAMPS mobile crisis team, which took H.R. to Children's National Hospital, where she was admitted because she was a danger to herself.  There is no indication in the record that the ChAMPS team tried to de-escalate the situation at the school.  During her inpatient psychiatric evaluation, H.R. stated that she wanted to hurt herself, and also that she wanted to take a gun and shoot herself.  She stated that she had recently seen a gun at her cousin's house and would take that gun to shoot herself.  She also said that about a week before being hospitalized, she tried to take a knife and cut herself, but her father stopped her.  H.R. remained at Children's National Hospital for approximately 24 hours.  Children's National Hospital diagnosed her with ADHD and ODD.

H.R. attended Moten Elementary School, a DCPS school, for first grade.  She attended Leckie Education Campus, another DCPS school, for grades two through four.  She is currently in the fifth grade and attends Saint Francis Xavier Catholic Academy, which is a private school in the District.  H.R. had an IEP for special education starting in the first grade, which remained in place while she was in public school.  She was made eligible for special education as a student with multiple disabilities, including emotional disturbance and "Other Health Impairment" (OHI), for her adjustment disorder, conduct disorder, and ADHD diagnoses.  In 2018, when H.R. was in the first grade, a school social worker completed a functional behavioral assessment of H.R., noting that H.R. has a history of exhibiting poor self-control, inability to accept responsibility for her actions, poor peer relations, and disrespectful communication.  The assessment also noted that absences were a major problem for H.R. because of medical appointments, as she had already accumulated 41 absences in the first grade.  H.R.'s IEP noted

that when H.R. is on task, her academic work is superior and near perfect.  But the IEP also noted that she often engaged in verbal and physical confrontations with other students and staff, if she believed she was treated unfairly or if people did not follow her rules.  The IEP provided her supports in academic areas, including mathematics, reading, and written expression, as well as in the area of emotional, social, and behavioral development.  Specifically, H.R. received art therapy and small group counseling.

I was not provided records from Saint Francis Xavier, but the family reports a positive experience at the school thus far.  H.R.'s mother told me that H.R. is in a mentoring program and she receives tutoring for math and reading.  H.R.'s mother also told me that Saint Francis Xavier is more structured than prior schools she has attended, which benefits H.R.  She is doing well academically.  She is also working on her interactions with others, self-control, and coping skills with school service providers, who the mother reports have been respectful and effective.

*Findings*

- In my opinion, H.R. has a serious emotional disturbance.  She has been diagnosed with DMDD, ADHD, and ODD.  These conditions have substantially impaired her mental health and have resulted in severe emotional and behavioral challenges among her family and at school.

- While H.R.'s outpatient medical services to treat her asthma have been effective, I do not think that H.R. has received effective outpatient mental health services.  Currently, H.R. is primarily receiving supports through her school.  Based on my interview with H.R.'s mother, she is receiving services with a psychotherapy specialist, but is not receiving any community-based outpatient mental health services.  Over the years, there have been periodic attempts at getting H.R.

individualized in-home supports with a number of different mental health providers, but none of them have been sustained for longer than a year.  I do not know why H.R. is not receiving community-based services, but I believe it is possible that her mother became frustrated with providers and ended services prematurely.

H.R.'s mother said that H.R.'s crisis plan is to go sit in her bean bag chair when she experiences a crisis like an anxiety attack.  If H.R. were receiving effective outpatient mental health treatment, it is likely that she would have a better crisis plan in place.

- Based on my interviews and review of H.R.'s records, I do not see that she has ever received ICBS.  H.R. did receive some individualized therapy in the home in 2018, but it was not continued beyond a few visits.  I do not know why the therapist stopped coming to the home, but from my experience, and my review of the records for this litigation, the turnover can be so high with community-based service providers that youth and families find it difficult to form a constructive working relationship with any provider.  What is effective is when a child can form a long-term relationship with the same person for an extended period of time.  H.R. would benefit enormously from this sort of relationship.

Neither H.R. nor her mother have been part of a child and family team.  When I asked her mother if she was ever invited to be part of a treatment team for H.R., she said she has not, but that it would have been really helpful.  The closest H.R. has come to receiving this would be her IEP meetings and her services through school, which were attuned to her behavioral support needs via counseling

services and art therapy.  But that is far from the ICBS that are needed by a child

with the mental health issues that H.R. experiences.

- In my opinion, H.R. currently needs ICBS to improve her mental health
  conditions for a number of reasons.  She has medical issues that complicate her
  life, impact her well-being, and interfere with usual childhood activities.  She has
  also displayed emotional regulation issues that mimic her mother's behavior and
  interfere with her functioning and that of other students at school.  Her home life
  seems very chaotic.  When I contacted H.R. at home to interview her for this
  assessment, her mother had the phone on speaker and could be heard screaming at
  another child about his schoolwork.  This made it difficult for H.R. to answer the
  very simple "ice-breaker" questions I was asking her (for example, to tell me the
  names of her siblings).  H.R.'s mother then took the phone and angrily asked me
  why I was asking questions about her other children.  H.R.'s mother seemed to be
  experiencing significant stress on the day that I interviewed her.  H.R.'s mother
  has formidable and stressful family responsibilities, particularly concerning the
  very real and dangerous medical conditions that H.R. has, plus caring for three
  other children, two of whom have ADHD diagnoses.  H.R.'s needs, and her whole
  family's needs, would be immediately apparent to anyone who came to the home.
  It would benefit H.R. and her family for a child and family team to be formed to
  design a service and support plan, with an intensive care coordinator to manage
  service planning and delivery.  H.R.'s mother is clearly overwhelmed, and a
  supportive child and family team might be able to bridge that gap and de-escalate
  the tension with which the family currently lives, giving H.R. a chance to improve

her emotional well-being.  The ideal team would be a group of people knowledgeable about her medical, school, and therapeutic needs, who could assess H.R. and put a plan in place.

Although H.R. should continue seeing a therapist one-on-one to help her deal with mental health struggles, her primary issues are emotional and behavioral, and are particularly evident in her school records.  H.R. would particularly benefit from in-home behavioral coaching to model constructive ways of dealing with stressful situations and assist her with emotional regulation.  In-home supports that involve a provider going into the home, observing family dynamics, and developing appropriate behavioral responses, would be particularly important for H.R. Finally, H.R.'s mother thinks that she would benefit from a big sister mentorship program, to provide mentoring, specific skill-building, and other supports in the home and the community.  I agree that this would be helpful for H.R.

- I think that H.R. is at risk of institutionalization.  She has already spent 24 hours in a psychiatric hospital for children, and could conceivably find herself re-admitted, repeatedly and/or for a longer stay, if she does not receive the services that she needs.  She could also be at risk of out-of-home placement in a residential treatment facility, if she does not receive comprehensive, home-based ICBS services.  A child and family team is particularly important for H.R. because of her contentious relationship with her mother; a team could provide the support needed to maintain positive family dynamics and ensure that H.R. remains in the home.  H.R. is not getting adequate support in the home and it is critical that there

be a team of supportive adults in this child's life monitoring her physical and

mental health needs.

**T.H.**

T.H. is a 19-year-old Black young man who recently graduated from high school.  T.H.'s

mother told me that he is respectful, he follows instructions well, he helps out at home, and he is

motivated to achieve his goals.  T.H.'s mother also described their family as able to "pull

together in hard times."  From speaking with T.H. and his mother, I got the sense that everything

good in T.H.'s life happened in the past.  It sounds as though he often sits at home now, not

doing much of anything with his days.

T.H. has been diagnosed with post-traumatic stress disorder (PTSD).  That is his only

diagnosis, although I detected potential symptoms of depression when I spoke with T.H.  He

does not take any psychotropic medications, despite having certain psychotropics medications

prescribed after a hospitalization.  He used to cope by smoking marijuana, although he does not

currently do that.  T.H. speaks with a stutter, although it lessened significantly as he became

more comfortable with me when we spoke.  I believe that he has been enrolled in the District's

Medicaid program.

I have reviewed records for T.H. from the District of Columbia Department of Youth

Rehabilitation Services (DYRS).  I have interviewed T.H.  I have also spoken twice with T.H.'s

mother for.  According to both of them, T.H. is currently receiving no therapeutic mental health

services, and neither he nor his mother were able to provide me with names of any significant

professionals in T.H.'s life.  Although I did not have many records to review, my conversations

with T.H. and his mother lead me to believe that this lack of records stems largely from the fact

that he has not received critical mental health services despite needing them.  Therefore, I am able to provide the following findings about T.H.

*Background*

T.H. lives at home with his mother, his sister, and his older brother. His younger sister, who is 14 years old, has multiple physical developmental disabilities.  His older brother, who is 20 years old, has been incarcerated on a charge of armed robbery and was recently released from prison.

T.H. told me that he used to attend church, but that he no longer goes.  There is a female pastor at the church who he calls every few weeks.  He used to be part of a church group, but he no longer attends.  When I asked T.H. how he spends his spare time when not in school, he said that he "lies down most of the time."  It seemed to me that he struggles to embrace life; he faces life, but does not enjoy it.

In March 2019, T.H. was arrested and charged with three firearms-related charges.  The records indicate that he was detained at the Youth Services Center (YSC), and it appears that he was only there overnight.  T.H. told me that he is on probation for seven to eight months.

Based on my interviews with T.H. and his mother, T.H. has had two psychiatric hospitalizations.  His mother told me that he had a "mental breakdown" in 2019.  One day, he had been smoking marijuana at home and began hallucinating and crying.  He stabbed himself with a knife and was taken to Children's National Hospital.  T.H.'s mother did not say how he was transported to the hospital.  T.H. told me that he thought the marijuana was laced with something unusual, and that that caused his symptoms during the episode.  T.H.'s mother thought the incident had to do with T.H.'s break-up with his girlfriend.  T.H. remained at the hospital for two weeks.

Later there was another incident that resulted in T.H.'s transport to Children's National Hospital.  He remained at the hospital for one month, and then checked himself out after turning 18.  He was prescribed certain psychotropic medications, but never filled his prescription.

After his second hospitalization, T.H. received outpatient services through Life Enhancement Services for approximately seven months.  T.H. reported to me that someone from Life Enhancement called him once a month to check on him, for about a five-minute conversation each time.  After seven months, T.H. decided to stop these services.  Currently, T.H. is receiving no therapeutic mental health services.  His mother thinks that he needs therapy. T.H.'s discussions with his pastor appear to have been therapeutic for him.

T.H. graduated from high school this year.  I did not obtain information from T.H. or his mother about his schooling before the fifth grade.  In the fifth grade, he started attending an arts and technology school.  After that, he attended Wheatley Middle School and H.D. Woodson High School, both DCPS schools.  T.H. told me that he had educational difficulties with reading and was assisted by a tutor in the tenth through twelfth grades.  He told me that he appreciated his tutor because she was nice and helpful to him.  I am not sure whether T.H. had an IEP.  In middle school, he played baseball, basketball, and football.  He liked basketball best.  He told me that one of his biggest regrets in life is quitting these sports at age 15.  T.H. told me that he has been suspended from school several times for fighting "because of the way people treated me."

Following graduation, T.H. wants to get a job.  His mother supports this goal, and wants him to obtain a driver's license as well.  T.H. is currently looking for a job, and is open to any type of work.

*Findings*

- I believe that T.H. has a serious emotional disturbance.  I was told that he has been diagnosed with PTSD, although I do not have much information about this diagnosis.  T.H.'s life experiences continue to impact his mental health and are having a negative impact on his future prospects as he transitions from high school to adult life.  Although I have not seen records stating formal diagnoses, today T.H. exhibits symptoms of depression, including sadness, loss of interest, low energy, and low self-esteem.  These symptoms were evident in the conversation I had with him.  His depressive symptoms appear to profoundly impact his ability to embrace life and find joy in life.

- I do not believe that T.H.'s outpatient services have been effective.  Although I do not have records from Life Enhancement, I can readily discern from my conversations with T.H. and his mother that these services did not benefit T.H.'s mental health.  He only received a phone call once a month that lasted about five minutes.  T.H. stopped these services because he did not want to participate in them anymore.  Based on what the family has told me, these are the only outpatient services that T.H. has ever received.  This is corroborated by the fact that I received no treatment records for T.H.

- Based on my interviews with T.H. and his mother, T.H. has not received ICBS in the past and is not currently receiving ICBS.  From the family's description of the services received through Life Enhancement, they clearly do not qualify as ICBS.  T.H. and his mother mentioned nothing that resembled wraparound services.  Based on my interviews, they were not part of a child and family team, T.H. did

not receive home-based individualized services such as mentoring or behavior coaching, and he did not receive community-based mobile crisis services.

- T.H. currently needs ICBS, to help support him and his mother and to develop and monitor a service plan that will address T.H.'s significant family stress and trauma. His mother is a single mom. His older brother was arrested for armed robbery and served time in prison; he was recently released and will be returning to the home. T.H. has also been involved in the juvenile delinquency system. His sister has multiple physical and developmental disabilities and requires physical therapy three times per week. He and his siblings witnessed their mother being harmed by incidents of domestic violence in their home, perpetrated by her then-significant other. That individual, according to the mother, is now serving a 12-to-15-year prison sentence stemming from the domestic violence. Because of these experiences, T.H. would benefit greatly from individualized therapeutic interventions provided in his home setting to address his emotional and behavioral needs. He also needs a child and family team, which could prescribe trauma-focused interventions for the entire family, which would benefit T.H. Finally, given T.H.'s history of experiencing mental health crises that result in psychiatric hospitalization, he would benefit from having access to community-based mobile crisis services. These services could meet him in the community and try to stabilize the crisis situation without resorting to institutionalization.

T.H. also needs support for his transition from high school to adulthood. He said he is looking for a job, but the search process he described is inadequate. He needs help learning how to approach his job search, including by helping him

complete an interest survey, practice interview skills, and learn how to present himself to potential employers.  Finally, I think T.H. would benefit from services that would connect him with activities and peers in the community; something to draw him into life.  These services are available but have not yet been employed.

- I do believe that T.H. is at risk of psychiatric institutionalization, either in a hospital or residential placement, or incarceration.  Although his mother is presently a strong support for T.H., he has past involvement with the juvenile delinquency system.  Without ICBS or other adequate community-based supports, it is possible that he will have future involvement with the juvenile delinquency system.  T.H. also has had multiple experiences with psychiatric hospitalization over the past few years, which places him at risk of future psychiatric institutionalization.

### *S.M.*

S.M. is a 17-year-old Black female teenager who resides at a residential boarding school in the District during the week and lives with her father on the weekends.  She is about to graduate from high school.  She greatly enjoys the creative aspects of school.  From a very early age, she was identified as having ADHD and depression.  She does not appear to have any stable family support, which she needs as she transitions from high school to adulthood.  The people involved in this child's life did not support her.

S.M.'s current mental health diagnoses are ADHD and depression.  She was diagnosed with ADHD at age 14 and received a positive depression screening a year later.  She has been prescribed Clonidine for her ADHD.  However, records from 2020 indicate that she was not taking her prescribed medication.  She told her mental health provider "Sometimes I feel like I

would be better off not being here, but I have never thought about hurting or killing myself."

Because of her ADHD, she has experienced behavioral challenges in school and her IEP states

that she "struggles with attending, focusing and grasping concepts."  She also has a Full Scale IQ

score of 66, and her cognitive impairments influence how she deals with her ADHD and

depression.  She has been enrolled in the District's Medicaid program.

I was provided with approximately 170 different documents relating to S.M., including

records from the DCPS and public charter schools she attended, and records from HSCSN.  I was

unable to interview S.M. or her father.  Nonetheless, due to the thoroughness of the records I

have reviewed, I am confident providing the below findings about S.M.

*Background*

When S.M. was approximately six or seven years old, her mother died of Graves'

disease.  At that time, her two siblings went to live with their maternal grandmother, while she

remained with her father.  After that separation, S.M.'s contact with her siblings was very

limited.  She may have lost contact with her maternal grandmother as well.

After S.M.'s mother passed away, S.M.'s negative behavior intensified.  In 2014, when

S.M. was 10, she was referred by a DCPS school psychologist to the Wendt Center for Loss and

Healing, a behavioral health service provider in the District, for treatment related to coping with

her mother's death.  She attended two or three sessions, but then stopped.  It was at this point that

S.M.'s father requested a psychiatric referral for her, and she was referred to the Paving the Way.

I have not reviewed records from Paving the Way.  Other records I reviewed indicate that S.M.

was supposed to start seeing a therapist at Life Enhancement Services in August of 2019,

although the Life Enhancement therapist did not show up for the first scheduled home visit and the records do not indicate whether these therapy services were ever received.

Over the years, S.M. has had a strained relationship with her father.  Her father has an intellectual disability, which might impact how he handles parenting.  In S.M.'s records, her father has stated that S.M. is "all about sex."  S.M. disclosed that she had sex one time when she was 13 years old, with a friend who was the same age.  After learning of this, S.M.'s father wanted her to get tested for sexually transmitted diseases.  His reaction to this situation likely strained their relationship, and this occurred around the time S.M. began running away from home.  In summer 2019, she ran away from home.  She did not return home until after a missing person report was filed.  On another occasion after S.M. ran away, she said it was because she was angry with her father.  She reported to a case worker that she runs away from home because her father lets some of their family members live in their home.  She told the case worker that "her space is invaded and she feels uncomfortable."  The father reported that the longest time that S.M. spent away from home was six months.  When a mental health provider asked what would make her stop running away, she replied "to get treated better."

In January 2018, S.M. told a social worker at school that her father hit her.  This led to a CFSA case being opened, although it was quickly closed.  It was around this time that the District's Department of Human Services (DHS) made a referral for S.M. and her father to its Strengthening Teens Enriching Parents (STEP) program, for youth who have a history of running away from home.  Based on the records I reviewed, services through the STEP program started in early 2018 when S.M. was 13 years old, but only lasted about one month.  The records state that S.M. was going to be referred to a social recreational group for girls, as well as for participation in DHS's youth ski trip.  However, the records state that no one ever reached out to

S.M.'s father to coordinate these opportunities.  STEP program services started again in July

2019, but her case was closed in November 2019 after she was enrolled in a high school

residential boarding school program.  However, the records indicate that S.M. continued her

pattern of running away while at the residential boarding school.

   In March 2021, S.M.'s HSCSN care manager reported that her father poses a barrier to

her mental health services because he does not engage with care coordination.  The records

contain extensive call logs revealing that the HSCSN care manager tried to contact S.M.'s father

to schedule medical appointments for her, but he would not pick up the phone.  HSCSN was able

to persuade S.M.'s father to take her to the dentist by providing a gift card.

   S.M. struggles with school and academics because of her impairments.  She has attended

a number of different District schools: for first and second grade, she attended Martin Luther

King Elementary School; for third grade she started at Whitley Elementary School and finished

the year at Browne Education Campus; for fourth and fifth grades she attended Seaton

Elementary School; for sixth grade she attended Johnson Middle School; for seventh and eighth

grades she attended the Somerset Preparatory Academy Public Charter School; and for ninth and

tenth grades she attended the Maya Angelou Public Charter School (MAPCS) - Evans High

School.  Based communication with MAPCS staff attempting to schedule an interview, I believe

she is still currently enrolled in the MAPCS residential boarding program for five days per week,

although I did not receive records for S.M.'s 2020-2021 school year.  The records indicate that

she returns home on weekends.  Her anticipated graduation date is June 2022.

   The first special education IEP that I have for S.M. is from the fourth grade.  Her school

records from this time contain a psychological evaluation, which was the first time she was

formally assessed.  It was determined that her Full Scale IQ was 66, although she scored higher

in the area of non-verbal cognitive abilities.  She was identified as having a Specific Learning

Disability.  This IEP also noted deficits in memory and comprehension.  In addition to academic

supports, S.M. received behavioral support services in the form of individual counseling and

small group counseling.  Her IEP from when she was fifteen and in the tenth grade, which is the

most recent IEP that I reviewed, continues to identify her as having a Specific Learning

Disability, with the primary areas of concern being math and reading.  She was assessed at a

Grade Level Equivalent of 2.6 for reading and 2.1 for math.  She received fifteen hours per week

of specialized instruction and 120 minutes per month of behavioral support services.

*Findings*

- In my view, S.M. has a serious emotional disturbance.  She has been diagnosed with
  ADHD and depression, and has experienced the trauma of losing her mother at a
  young age.  Her mental health conditions and experience with grief have substantially
  impaired her mental health and her ability to function at home and in school, most
  prominently demonstrated by her repeated attempts to run away from home.  S.M.'s
  impaired cognitive abilities co-occur with her mental health conditions and
  exacerbate their impact on her functioning.

- I do not believe that S.M.'s outpatient services have been effective.  In my opinion,
  S.M. would have benefited from more intensive follow-through on the referrals that
  were made for her to receive mental health services.  Although the referral to Paving
  the Way was a good first step, I have not seen records indicating the level of services
  that were provided there.  Moreover, based on the records I have reviewed, S.M.'s
  next referral, to Life Enhancement Services, did not result in her receiving effective
  mental health services.  And while the referral to the Wendt Center for grief

counseling was beneficial, those counseling services did not last long.  In addition to

the loss of her mother, S.M. experienced a loss of contact with her siblings and her

maternal grandmother.  When young children suffer the loss of significant

connections, they cannot necessarily connect the loss with their feelings.  Nor do they

know how to express their grief.  That is why more than a few sessions of grief

counseling would have been helpful for S.M.; she apparently missed out on these

important services.  Based on the records, S.M.'s outpatient services have consisted

of a series of referrals that did not result in her receiving effective services.  One

factor that contributed to this, however, was the lack of engagement on the part of

S.M.'s father.

- In my opinion, the records I reviewed do not indicate that S.M. has received ICBS.

  From my review of the records, the counseling support that S.M. has received was

  predominantly through her schools.  The schools' efforts were primarily related to her

  academic and behavioral needs in the school setting.  She needed a different level of

  intervention, focusing on her depression, loss, and other psychological issues.

  Moreover, her school supports focused on behavioral symptoms, rather than her

  underlying needs.  While concerning behaviors need to be dealt with, that will not

  resolve a child's challenges.  S.M. needed individualized therapeutic services and

  grief counseling on a sustained and consistent basis to address her losses.

  Over the years, S.M.'s records contain evidence that service planning was not

  effective, in that there were short-lived attempts at getting services in place.  It

  appears that her father struggled to maintain involvement in the services that were

  offered.  A full child and family team, including extended family, neighbors, and

other family connections, could have supported S.M. and her father.  In S.M.'s psychological evaluation from the fourth grade, the evaluator expressed the belief that the father himself could benefit from community support services.  I do not know if he ever received those services.  If there had been a team of supports wrapped around S.M. and her father, someone could have been assigned to assist him with getting S.M. to her appointments and therapy sessions.  A teaming approach is critical because it makes use of multiple sources of information to help develop an effective service plan, and it helps families get the most out of the services that are available. In the records, her father stated to a care manager that he was happy that S.M. would soon be an adult and that he would no longer be responsible for managing her appointments.

- S.M. would have benefited from ICBS following the wraparound approach over the past several years, and would benefit from ICBS now as she transitions to adulthood. S.M. is dealing with multiple issues – depression, ADHD, learning disabilities, loss and grief, and conflict at home.  She is being served by multiple providers; when that is the case, intensive care coordination (ICC) becomes very important.  To address her behaviors effectively, her caregivers, school supports, and therapists need to develop, agree on, and consistently use similar treatment approaches.  When a child and family team is developed and convened regularly, the team can work together to design complementary services, monitor progress, and track and adjust services for improved outcomes.  S.M. has received medical services, psychosocial services, and special education services, but has had only her father to help her navigate all of these services.  He struggled to meet the needed appointments and manage life at home.

Records show that several attempts were made at providing community-based services, but the father stated in the DHS records that the services offered never materialized.  My review of the records indicates that he became frustrated and eventually refused to speak with providers who tried to contact him.  At the same time, S.M. began running away, and was eventually placed in a residential boarding school.

S.M. would also benefit from community-based mobile crisis services, given her history of running away.  S.M. or her father could contact a mobile crisis hotline who could send a team, as appropriate, to help resolve whatever feelings of frustration may have driven S.M. to run away from her home or out-of-home placement.  When a child runs away from home, it is critical to find the child as soon as possible. A mobile crisis team that is able to quickly meet S.M. in the community and help de-escalate the crisis would be a very useful service for her.  If S.M. had a child and family team consisting of supportive adults in her life, there would be places for her to go in moments of crisis.

- S.M. also needs help with transition planning, including guidance on identifying appropriate vocational interests, planning for employment, and professional goal setting.  Her current goal is to attend college and become a social worker.  While this is an admirable goal, it would be helpful for S.M. to receive transition planning assistance to achieve this goal or to explore other possible options.  She would benefit from a mentor program that helps young people explore workable options for their future.

- In my opinion, S.M. is at risk of institutionalization.  She is currently placed out of the family home in a residential boarding school, largely because she did not receive ICBS when she needed them.  S.M. has a history of running away from home.  She has even run away from her residential boarding school placement.  In addition, her father has shown a growing lack of interest in being involved in her mental health treatment, and being involved with her day-to-day life.  Once S.M. graduates, I do not think she can support herself safely on her own.  I am concerned that she will soon face having to make adult decisions with inadequate support for making those life choices.  It would have been beneficial for S.M. to have received intensive individualized therapy and family therapy starting in her early adolescent years.  She might not have resorted to running away as a coping mechanism if such services had been in place.  S.M. has one more year in high school; if she receives ICBS and significant support in making decisions about her future, this could enable her to function independently as she transitions to adulthood.  Without speaking with S.M. and her father, however, I do not feel comfortable finding that S.M. is at serious risk of institutionalization.

**M.R.**

M.R. is a 12-year-old Black female.  She is in the sixth grade.  She lives with her grandmother, who has been her legal guardian since she was three years old.  M.R. was delightful to speak with, and she was very open and honest.  She has many strengths—she advocates for her needs, she is a strong reader, she relates well with her peers, and she asks for help when she needs it.  She particularly loves music and video games.

M.R. has been diagnosed with attention deficit hyperactivity disorder (ADHD), the hyperactive type, and post-traumatic stress disorder (PTSD). She also has asthma, for which she takes Albuterol. Although she has been prescribed Concerta, Ritalin, and Focalin for her ADHD, it is not clear from the records I reviewed whether she is currently taking these medications. M.R. was also recently diagnosed as borderline diabetic, which runs in her family, and has been prescribed Metformin. She has been enrolled in the District's Medicaid program.

I was provided with approximately 90 different documents relating to M.R., including records from the DCPS and public charter schools she has attended and records from Hillcrest, which provides services to M.R. I spoke with M.R. for this summary. I interviewed M.R.'s grandmother twice, as well as M.R.'s godmother. I also interviewed M.R.'s Hillcrest CBI worker, and M.R.'s team of teachers and aides at her current public charter school, the Social Justice School.

*Background*

When M.R.'s mother got pregnant with M.R., M.R.'s grandmother became upset and encouraged her to have an abortion. When M.R. was three years old, her mother died. M.R.'s grandmother has buried all four of her children, and she raised M.R. and her siblings, one sister and two brothers, all of whom are in their twenties. M.R. has had inconsistent contact with her father. M.R. told me that she wishes her brothers and sister would not fight, and that her grandmother would be jollier. M.R. also has a godmother who, until recently, played a significant role in her life. M.R.'s older sister identifies as gay and that has led to a great deal of turmoil in the family. According to M.R.'s community support worker, M.R. recently shared with her that she "believes she prefers girls to boys." This is something that she is uncomfortable sharing with her grandmother at this time.

M.R.'s past experiences include in-utero substance exposure, exposure to substance use in her mother's home, neglect and abuse by her mother from ages zero to three, and the death of her mother when she was three years old.  She witnessed domestic violence in the home perpetrated by one of her older brothers against a female partner.

When I spoke with the family, there had just been a contentious incident between H.R.'s grandmother and her godmother.  M.R. had gone to spend the weekend with her godmother.  Her grandmother and godmother had pooled their money to buy M.R. a new video game.  As M.R. was getting ready to go, her godmother wanted her to leave the game at her house.  When M.R.'s godmother asked M.R. where the videogame was, M.R. told her that she did not know.  M.R.'s godmother accused her of stealing the game.  This resulted in M.R. becoming extremely upset. In response, the police were called and arrived at the family's home.  M.R. threatened to hurt herself and the police told the family that they were required to take M.R. to the hospital.  The police agreed that M.R.'s older brother could take her, and he transported her to Children's National Hospital.  M.R.'s therapist met them at the hospital.  M.R. did not stay at the hospital long and was not admitted to the inpatient psychiatric unit.  M.R. told me that she is very unhappy with her godmother.  M.R. has not seen her godmother since the incident.  The dispute between M.R. and her godmother also resulted in tension between her grandmother and her godmother.  M.R.'s grandmother told me that there are no plans to reunite.

M.R. also has a troubled relationship with her grandmother.  After speaking with her grandmother, I think that she feels trapped.  She told me she is too old to raise a young girl.  She said that she wants M.R. out of her house, but she also recognizes that she has an obligation to raise and care for M.R.  The grandmother is hoping to put M.R. in a residential boarding school. M.R. and her grandmother do not speak to one another respectfully, and there is a great deal of

negativity in their relationship.  M.R.'s teachers at her current school told me that her grandmother speaks to her harshly, and that there is a tense home environment.  They said that M.R. responds well to a kinder approach.  During my interviews, I witnessed M.R.'s grandmother speaking harshly to her, and her grandmother spoke to me about M.R. in a very unforgiving manner.  One of M.R.'s treatment notes indicates that her behavioral problems are likely the result of verbal abuse in the home.  M.R.'s grandmother told me that one day, M.R. approached her and said she wanted to tell her a secret.  Her grandmother said okay, and M.R. said that she wanted to kill herself.  In response, M.R.'s grandmother told M.R. that she wanted to kill herself too.

M.R.'s first started receiving community-based mental health services in 2014, at age five.  Her grandmother was very proactive about getting M.R. mental health treatment and first took her to Parkside Health Center, a community health center in the District.  However, M.R.'s grandmother was not satisfied with the services they received at Parkside.  M.R. then transferred to Paving the Way in 2017.  This is where she first received the diagnosis of ADHD.   In 2018, M.R. enrolled and started receiving services at Hillcrest.  The last document that I have from Hillcrest is from June 2020.  While at Hillcrest, M.R. saw multiple different therapists before she started receiving services from a licensed social worker.  She participates in weekly individual therapy sessions with him at his office.  She currently continues to see her therapist once a week virtually.  M.R. told me that she likes her therapist and feels comfortable talking with him about uncomfortable subjects.  M.R.'s grandmother said that M.R.'s therapist is a trusted helper.  He sees both M.R. and her grandmother together once or twice each month.  M.R. also started receiving CBI services through Hillcrest.  At first, her grandmother said that there was a great deal of turnover in the Community Support workers that M.R. was assigned.  She had two

different Community Support workers who provided CBI services before she started to work with her current one.  M.R. has been working with her current Community Support worker once a week for more than a year, and the two were still working together at the time of our interview. One mental status exam from 2018 indicates that M.R. was fantasizing about death, in hopes of being closer to her mother, and said she wanted to kill herself.

M.R.'s treatment plan from 2020 indicates that some of her treatment goals were to "decrease her oppositional stance," and decrease incidences of lying, rule-breaking, and disrespect.  When I interviewed M.R.'s Community Support worker, I learned that she was not aware that M.R. was receiving therapy services until recently, when M.R. mentioned her therapist during one of their sessions.  Since learning of the therapist's involvement, M.R.'s Community Support worker contacted him and the two are now communicating about M.R.'s needs and treatment.  The Community Support worker has urged M.R.'s grandmother not to place her in a residential boarding school, as she thinks it would threaten M.R.'s well-being. However, she is not optimistic that her grandmother will give up her goal of sending M.R. away. M.R.'s Community Support worker thinks family therapy would be beneficial for M.R.  She tried to see both M.R. and her grandmother together, but has stopped doing this because they would get in arguments.

M.R. has attended a number of different schools over the years.  M.R. attended Friendship Public Charter School Blow Pierce Elementary School for kindergarten.  She attended The Children's Guild DC Public Charter School for first grade.  I do not have school records for second and third grade, but her grandmother said that she attended Appletree Public Charter School and the Washington School for Girls.  For fourth and fifth grades, M.R. attended

Maury Elementary School, a DCPS school.  She has just finished the sixth grade at the Social Justice School.

M.R.'s grandmother told me that she was repeatedly dissatisfied with the quality of services at M.R.'s schools.  For example, M.R.'s grandmother attempted to have M.R. approved for special education services starting at age five, but was denied.  This and similar incidences of dissatisfaction account for M.R.'s attendance at a number of different schools.

M.R. started receiving special education services in 2018, with a classification of "Other Heath Impairment" for her ADHD diagnosis.  M.R. told me that she enjoys school, and she has a number of academic strengths, including reading, which she greatly enjoys.  She is also very interested in art and music.  M.R.'s Community Support worker told me that M.R. is not currently involved in any extracurricular activities at school.  M.R.'s school records indicate that she struggles to stay on task, and is easily distracted.  Recently, M.R. has started to struggle even more in school because she is spending a great deal of her free time making YouTube videos.

Both M.R. and her grandmother are very pleased with the Social Justice School this year. I interviewed her teacher and the Director of Student Support Services.  M.R. participates in individual and group sessions with the social worker for a total of two hours per month.  M.R.'s school social worker has suggested to M.R.'s grandmother that there be a team of people working together on M.R.'s behalf, including the family.  She also provided a number of suggestions for her teachers and M.R.'s grandmother, including encouraging the grandmother to embrace M.R.'s uniqueness.  The grandmother struggles to raise a child with ADHD and hyperactivity.  The social worker mentioned a school grant for social and emotional support for families, but was concerned that M.R.'s grandmother would not agree to participate.

*Findings*

- I think that M.R. has a serious emotional disturbance.  She has been diagnosed with ADHD and PTSD.  She experienced the trauma of growing up without her mother.  These conditions and the early loss of her mother have substantially impaired her mental health, and she experiences severe emotional and behavioral challenges among her family and at school.

- I believe that M.R.'s recent outpatient mental health services have been effective in most areas.  I do not think M.R.'s CBI services were effective when she first started receiving them, due to high staff turnover.  But for at least one year, delivery of this community-based service has been consistent through Hillcrest, with M.R. receiving individualized therapy and CBI services from the same professionals that entire time.  Although I was not able to interview M.R.'s therapist, to help me assess the effectiveness or quality of the therapy M.R. receives, both M.R. and her grandmother are satisfied with him.  M.R. reports that she feels safe with him, and that both M.R. and her grandmother trust him.  M.R.'s therapist even occasionally speaks with the grandmother one-on-one, and talks with M.R. and her grandmother together.

  However, one significant deficiency with M.R.'s outpatient services has been the lack of coordination between the therapist and the Community Support worker.  It was not until recently that M.R.'s Community Support worker learned that M.R. has a therapist, and this was only because it came up by chance in conversation with M.R.  For months, there was no coordination between these two crucial components of M.R.'s outpatient mental health services.

- M.R. has needed ICBS, although she has not received all elements of this approach. M.R. has received consistent and beneficial mental health services as part of her treatment plan through Hillcrest. She has received individualized therapeutic interventions and has developed a close and trusting relationship with her therapist. M.R.'s therapist has worked closely with both M.R. and her grandmother, accomplishing a high degree of familial involvement in M.R.'s treatment. However, I have not seen evidence of intensive care coordination or a comprehensive child and family team consisting of everyone that would need to be involved. For example, as M.R.'s Community Support worker should be part of any team. Yet M.R.'s two mental health providers were not even aware of each other's existence until recently. With a child and family team facilitated by an intensive care coordinator, the services M.R. receives would not be isolated, and there would be robust coordination to develop, implement, and adjust her treatment plan.

  M.R. would have benefitted from community-based mobile crisis services in the past. For example, the incident where M.R. experienced a mental health crisis and the police directed that M.R. be taken to the hospital, could have been avoided if there had been adequate mobile crisis support available to her to help de-escalate the situation at her godmother's house.

- M.R. currently needs ICBS. Given the lack of coordination between M.R.'s two mental health providers, intensive care coordination that includes family is clearly needed in this situation. Consistent, positive messaging from a child and family team would likely produce positive behavioral outcomes. M.R. has a great uncle

and a brother whom she trusts who could both likely contribute to effective planning in a team setting.  She also has an older sister who might be of assistance.  Given that M.R. has recently started to express interest in her own gender and sexuality, she could benefit from the support and involvement of her older sister who identifies as gay.  In addition, with a child and family team, both M.R. and her grandmother could receive intensive behavior supports to learn how to communicate more positively and effectively.

The role of educators working with M.R. on her child and family team would also be important.  In speaking with her teacher and principal, they expressed concern about the harshness in the homes of M.R.'s two most significant relationships: her grandmother and her godmother.  Their knowledge of M.R. and how she performs in school, and socializes with others there, could be helpful information to the team as it develops a service plan for M.R.

At the age of 12, M.R. is reaching a developmental stage that puts her at risk of turning away from family to find support and encouragement, which she has recently begun to do through social media.  She is interested in using social media platforms, such as YouTube and Tik Tok, as a way to earn money because she wants to "make money without having to work."  M.R. is only twelve years old, and she is at risk of finding support from dangerous influences.

- Although I do not think M.R. is at immediate risk of institutionalization in a psychiatric setting, M.R. is at risk of being placed outside of the home because of her grandmother's concerns about her behavior.  There is a real possibility that her grandmother will decide to place her in a residential boarding school.  She is

tired and struggling to raise a young child.  I do not think she is currently at risk of institutionalization in a psychiatric treatment facility because her therapy and CBI treatment are going well.  Although not as detrimental as placement in a psychiatric facility or detention center, I think that placement in a residential boarding school would nonetheless be disruptive to M.R.'s emotional development and have a negative impact on her mental health symptoms and treatment.

**D.D.**

D.D. is a 15-year-old Black female who just completed the ninth grade.  She currently lives alone with her paternal grandmother, who is her legal guardian.  Her parents both have a history of substance use disorder.

D.D. has a number of notable strengths.  D.D.'s treatment records describe her as aware of her abilities and able to rectify challenging situations with a little encouragement.  She is also able to articulate in detail how she is feeling.  D.D. enjoys dancing and gymnastics.

D.D. has a number of mental health diagnoses.  She been diagnosed with unspecified depressive disorder, disruptive mood dysregulation disorder (DMDD), post-traumatic stress disorder (PTSD), attention deficit hyperactivity disorder (ADHD), and unspecified anxiety disorder.  One psycho-social factor that has been noted is conflict between parent/caregiver and adopted child.  It is unclear to me whether D.D.'s grandmother has adopted D.D. or has custody over D.D.  She has been prescribed Prozac and Concerta.  The records do not mention any medical conditions, but D.D. was exposed to PCP in utero.  She has been enrolled in the District's Medicaid program.

D.D. has experienced a great deal of trauma, and she displays emotional and behavioral symptoms consistent with chronic trauma, including low frustration tolerance, defiance, and poor anger management.  While she has received some helpful interventions, there is a continuing need for intensive services.

I have reviewed approximately 130 documents relating to D.D., including records from the public charter schools she has attended and records from Community Connections, her mental health service provider.  I have spoken twice with D.D.'s grandmother.

*Background*

D.D. lives at home with her paternal grandmother, who has full custody of her.  D.D.'s school records state that D.D. was removed from her biological mother's care in December 2014 due to neglect.  Her mother has lost custody of all four of her children.  The records indicate that D.D.'s father has been experiencing homelessness.  D.D. has a six-year-old brother who lives with their maternal grandmother.  She also has an older brother who she has never met and an adult sister who she does not see very often.  She visits with her maternal grandmother every other weekend, at which time she sees her mother.

D.D. has a history of neglect, witnessing domestic violence, witnessing parental substance use in her mother's house at the age of eight, and separation from her biological mother.  On one occasion, D.D. became very upset and emotional after witnessing her grandparents argue with each other, as this reminded her of witnessing domestic violence experienced by her mother years earlier.

D.D. and her paternal grandmother seem to have a good relationship.  D.D.'s grandmother has struggled with certain aspects of raising a teenager, including the way that D.D. expresses herself, and certain of her behaviors that are typical of teenagers.  Her grandmother

reported feeling overwhelmed by D.D.'s defiance as she transitions to adolescence.  For instance, the records contain a description of an incident where D.D.'s grandmother was upset that D.D. had worn an item of clothing to school that she had prohibited, and then tried to hide it from her. D.D.'s Community Support worker at the time facilitated a discussion between D.D. and her grandmother about healthy communication and boundary setting, and stressed the importance of validating each other's emotions.  D.D.'s grandmother is concerned about the influence that D.D.'s peers at school have on her, as well as D.D.'s visits with her maternal grandmother and mother.

At age nine, D.D. started receiving outpatient services from Community Connections, in March 2015.  At this time, she was assigned a Community Support worker who was supposed to meet weekly with D.D. to provide services "for the purpose of increasing safety in relationships."  Notes in the record also indicate that D.D. was supposed to work with a family and treatment team to "gain skills regarding emotion identification and health coping skills surrounding difficult memories of living with her mother."  However, the first comprehensive treatment plan and set of progress notes that I saw in the records were dated September 2019, so I do not know what services were provided to D.D. prior to September 2019.

In October 2018, D.D. was assigned a new Community Support worker, who she continued to see approximately two times per month until July 2020.  This Community Support worker had some creative ideas for treatment, especially during the COVID pandemic.  She conducted virtual video therapy with D.D., where the two watched videos on topics like adolescent development, study habits, and more.  Then the two talked about what they watched. The records indicate that D.D. was engaged and would ask lots of questions.  H.R.'s Community Support worker also worked on cognitive behavioral skill development with D.D., and would

plan therapeutic games for the purpose of skill building in particular areas, such as social skills. My call with D.D.'s grandmother ended before I had a chance to ask about D.D.'s relationship and experiences with her Community Support worker, but the records indicate that she was supportive to D.D. and her grandmother.  For example, she attended D.D.'s middle school graduation with the grandmother and helped the grandmother with her emotions during the ceremony.  At one time, D.D. reported to her Community Support worker that she was experiencing disparate methods of behavior management and discipline from various family members, including her uncle and his partner.  The records indicate that D.D.'s Community Support worker suggested a family and provider team meeting to resolve these issues, but it is not clear whether that occurred.  There was, however, no further mention of these discipline issues in the record.  Two psychiatrists at Community Connections have been managing and adjusting D.D.'s medication plan.

In January 2020, D.D.'s Community Support worker had a conversation with D.D. about graduating from services, as her treatment goals had generally been accomplished.  These goals included improving her communication with her grandmother, acting more effectively in family and social relationships, obtaining good grades in school and effectively managing academic stress, and gaining skills regarding emotion identification and healthy coping skills surrounding difficult memories of living with her mother.  D.D. told her Community Support worker that she would be open to ending services, as she saw the strengths that she had developed from receiving services.  In February 2020, D.D. told her Community Support worker that she feels she had met her treatment goals and would like to graduate from services.  Because I do not have records documenting services from D.D.'s Community Support worker beyond July 2020, and I do have other records from 2021, it seems likely that D.D. stopped seeing her at that time.

D.D. has no history of residential placement or hospitalization in a psychiatric facility.  In early 2020, when D.D. had a mental health crisis where she threatened suicide, her grandmother sent her to live temporarily with her uncle, who is the family's emergency contact.  After this crisis, her psychiatrist increased D.D.'s dose of Concerta.  He then reduced it back to the original level in January 2021.

D.D. attended the D.C. Preparatory Academy Public Charter School from pre-kindergarten until the eighth grade.  She just completed the ninth grade at the Thurgood Marshall Academy Public Charter High School and her plan is to stay there for the tenth grade next year. When D.D. was in the first grade, it was determined that she qualified for special education services under the category of "speech or language impairment."  D.D. also received IEP goals in the academic areas of reading, writing, and math.

In the third grade, D.D. was evaluated to determine her continuing eligibility for special education services.  The evaluator found that D.D. had shown "satisfactory growth" in her speech, language, and communication skills.  Specifically, D.D. was using language and speech appropriately for her age across various academic settings, and her speech and language skills were not negatively impacting her socially, emotionally, or academically.  Accordingly, the evaluator recommended that D.D. no longer receive speech therapy services.  At this time, D.D.'s Full Scale IQ score was determined to be 74.  D.D.'s school found that she did not qualify as a student with a "speech or language impairment" or a "specific learning disability," and determined that she was no longer eligible for special education services.  There was no indication in the records I reviewed that D.D. received special education services after the third grade.

The Community Connections records state that, prior to eighth grade, D.D. would often get suspended from school and behave badly.  In the eighth grade, however, she was on honor roll with As and Bs, had good attendance and timeliness, and received "principal cabinet."  Her eighth grade teacher described her as curious, hardworking, independent, and warm hearted. Records from 2021 indicate that D.D. has been continuing to do well since her graduation from middle school.  During the summer before starting ninth grade, she had a job.

*Findings*

- I believe that D.D. has a serious emotional disturbance.  She has been diagnosed with a number of mental health disorders, including DMDD, PTSD, ADHD, and anxiety.  She has also experienced significant trauma when she witnessed domestic violence in the home as a young child.  This trauma significantly impacts D.D. and substantially limits her functioning.  When she was around her grandparents during a fight they were having, it reminded her of witnessing domestic violence experienced by her mother years earlier.  Her anxiety increases when her grandparents argue.  As a result of this trauma and her mental health conditions, D.D. exhibits low frustration tolerance, defiance, and poor anger management, which have impacted her interactions with her family and her peers at school.

- In my opinion, the outpatient services that D.D. has received since 2018 have been effective.  However, she has not received all of the services that she needs. Since 2018, D.D.'s work with her Community Support worker has been consistent and effective in helping her improve her school performance.  She has talked extensively with her Community Support worker about the various ways she can

excel in school and deal with that aspect of her life.  In general, D.D.'s Community Support worker has taken a genuine interest in D.D.'s treatment and committed herself to bettering D.D.'s mental health and her relationship with her family.  Together, they worked on meaningful tasks and treatment games, appropriately selected for D.D.'s age and interests, and tailored to address her emotional and behavioral needs.  D.D.'s work with her Community Support worker was focused primarily on learning to cope with her anxiety.  D.D. also consistently takes her medications.  I believe there is room for improvement in strengthening D.D.'s family cohesion, but her grandmother is supportive and flexible in managing teenage behaviors.

- I do not believe that D.D. has ever received all components of ICBS in the past, despite needing these services.  At one point, D.D.'s Community Support worker suggested a family team meeting in response to D.D.'s concerns about the disparate behavioral expectations of different family members with whom she occasionally stayed.  D.D. was receiving mixed messages and this frustrated her.  However, the records do not indicate whether such a meeting ever took place.  Moreover, just one family team meeting for a discreet issue would not have been sufficient to provide ICBS and intensive care coordination.  D.D. has a lot of important family members in her life, and needs help constructing a working family support system in the absence of her mother and father.  A child and family team could develop this critical support system, while overseeing a plan for D.D.'s mental health services.

While D.D. did receive effective services from her Community Support worker, there are other therapeutic interventions from which she could have benefited. For example, I do not see in the records that D.D. ever received individualized, home-based therapy or behavioral supports.  At several points in 2018, D.D.'s Community Support worker said that she was working to improve D.D.'s therapy readiness and was working with the family to enroll D.D. in trauma-focused cognitive behavioral therapy (CBT), but I never saw any indication that this happened.

I also do not see in the records that D.D. ever received mobile crisis services. These services might have been beneficial for D.D., including in 2020 when she threatened to commit suicide.  Her grandmother relied on family support during this incident, but mobile crisis services might also have been helpful in providing more formal support in this situation.  These services could have met D.D. where she was in the community and de-escalated the situation.

- I believe that D.D. would currently benefit from ICBS.  D.D.'s treatment with her Community Support worker has been effective, but as I indicated above, it seems likely that she stopped working with D.D. around July 2020.  This was because both the Community Support worker and D.D. thought that D.D. had accomplished her treatment goals.  Overall, it appears that D.D.'s grandmother and family are, at present, effectively addressing her mental health needs.  But D.D. is only 15 and would still benefit from a child and family team that could address future mental health issues as they arise.  A child and family team would have communal awareness of D.D.'s history and needs, and would be able

recognize when more services are needed.  Because D.D. has presently improved

to the point where she is doing well without receiving intensive services, I do not

believe that she is at immediate risk of institutionalization.  However, D.D. has a

history of trauma related to witnessing domestic violence and has become upset

when her grandparents have argued.  I do not know enough about their family

situation at present, but if D.D.'s home environment deteriorated, it is possible

that she could be in more immediate risk of institutionalization in the future.  In

my opinion, D.D. may continue to need trauma-focused services because of her

experiences witnessing domestic violence in the home.

**Trends and Observations:**

Plaintiffs asked me to provide my observations about trends I identified among the seven youth

whose cases I have reviewed, including the services they have received and the placements they

have experienced.

- All seven youth have been and/or are enrolled in the District's Medicaid program.

- All seven youth have a serious emotional disturbance, as that term is defined in
  the District regulation that is cited in the Complaint.

- All seven youth have needed and continue to need ICBS, as defined in the
  Complaint, yet not received it.

- For all youth, except perhaps D.D., outpatient services have generally not been
  effective.  In several of the cases, I noticed a pattern of parents or caregivers
  changing their child's mental health provider due to frustration with the services
  received.  If parents or caregivers did not see significant progress or positive
  outcomes, which happened often, they tended to quit the services and seek

assistance with a new provider.  If there had been functional child and family teams for each of the youth whose cases I reviewed, these frequent shifts in providers might have been prevented.  One of the important functions of a child and family team is to track and adjust the efficacy of services.  When a team meets, the members assess what has been happening, whether the services are working and why, and what changes need to be made to remedy any issues. Rather than being on their own to make treatment decisions, the parents and caregivers would have support from the child's providers and other important adults in their child's life to help them strategize and make decisions.  Moreover, a child and family team is able to develop a prevention plan that anticipates potential problems or obstacles to the child's progress and provides contingency plans.

Another consistent problem that I observed is the high rate of turnover among mental health providers.  Many of the youth whose cases I reviewed worked with a number of different professionals, particularly Community Support workers, over relatively short periods of time.  It takes time to build trust, and when a child has to continually rebuild trust every time they are assigned a new person to work with, it makes it more difficult to form bonds.  Many of the youth whose cases I reviewed had experienced significant trauma, and having to repeat those stories to new workers can retraumatize them.  Children may eventually lose interest in receiving services if they are repeatedly switched between different workers.  A well-functioning mental health system provides support for its mental health professionals in order to promote job retention and reduce turnover.

In addition, the District appears to provide a standard set of mental health services to all youth consumers.  Among the youth whose cases I reviewed, I generally saw that they were assigned a Community Support worker and a therapist.  Based on the records, these two interventions were the bulk of services provided to the youth whose cases I reviewed.  Moreover, the treatment received generally sought to address symptoms, and not the underlying reasons the youth were experiencing the symptoms.  For the most part, the services have not been individually tailored to each child's needs, including to address root causes of certain behaviors.

- One trend I noted among the youth that I reviewed is that mental health providers have paid insufficient attention to what happens in the youths' school setting.  School is generally where a child's problematic behaviors emerge.  If their mental health needs are not adequately addressed, children cannot learn and get an effective education.  Teachers are uniquely and intimately knowledgeable about their students' lives, experiences, and needs.  E.F. was the only youth for whom someone from her school coordinated with her mental health providers.  E.F.'s school social worker, Community Support worker, and CFSA social worker would discuss her treatment, plan for her safety and wellbeing relevant to interactions with her peers and the community, and monitor her whereabouts.  Although this level of coordination is beneficial, and is more than I saw in any other case, it lacks the familial involvement and the intensive care coordination of a child and family team.  A child and family team that involves and incorporates the child's school-based support team would be highly beneficial for all of the youth whose cases I have reviewed.

- All of the youth, except perhaps for D.D., have been harmed because they have not received ICBS. For a number of the youth I reviewed, their relationships with their parents or caregivers have been significantly damaged. For S.M., M.R., E.F., and H.R., their parents or caregivers appear to have reached or be close to reaching a breaking point. The families of S.M., M.R., and E.F., in particular, have agreed to or have considered placing them out of the home in a residential boarding school or group home setting. For all of the youth, a child and family team with intensive care coordination could, where appropriate, engage parents and caregivers in planning for their child's mental health treatment, and give parents and caregivers support in managing their child's services. Friends and family on a child and family team could also give these exhausted and overwhelmed parents and caregivers respite when they need it.

  In addition, most of the youth have, at some point, experienced significant challenges in school, including issues relating to behavior, academics, attendance, suspension, and interactions with peers. E.F., A.W., T.H., and S.M. have all recently graduated from high school or are nearing graduation, and have not received adequate assistance with planning for their transition to college or the workforce.

- In my review, I did not see evidence of mobile crisis teams attempting to resolve crises in the community. For several youth – E.F. and H.R. – the records indicated that the ChAMPS mobile psychiatric service for children and adolescents was called. However, in each of these cases, calling the ChAMPS team resulted in inpatient psychiatric hospitalization. Moreover, there was no

indication in the records that the ChAMPS team made an effort to address the crisis where it occurred.  All of the youth whose cases I reviewed have experienced crises in which they would have benefited from having access to a community-based mobile crisis team, which could de-escalate crises onsite whenever possible, making it less likely that the child would be taken to the hospital.

- I believe that all of the youth, except for D.D., are at risk of institutionalization, through placement in residential treatment facilities or psychiatric hospitalizations, or placement out of the home.  Three of the youth that I have reviewed, H.R., E.F., and T.H., have been hospitalized in an inpatient psychiatric facility.  M.R. and A.W. have been taken to a psychiatric hospital for evaluation, but were not admitted.  Two of the youth that I have reviewed, E.F. and T.H., have had involvement with the juvenile delinquency system, and are also at risk of incarceration.  Although A.W. and S.M. do not have a history of residential psychiatric treatment or inpatient psychiatric hospitalization, I believe that they are at risk of institutionalization because they are not currently receiving ICBS. With ICBS, the youth and family receive a set of services that are individualized to the child's strengths and needs, and that are coordinated and monitored to ensure that the child benefits.  With this intensive and individualized set of services wrapped around the child and family, including whatever natural supports are available to support them, the child can get the supports they need at home, or in another home-like setting where appropriate, and not in a residential

placement or psychiatric hospital.  Only one of the youths whose cases I

reviewed, D.D., does not appear to be at immediate risk of institutionalization.


*Louise W. Missildine*
Louise W. Missildine                    07/16/2021
                                        Date

# APPENDIX A

**Louise (Lu) W. Missildine**
**40 Tucker's Point**
**Eclectic, AL 36024**
**(334) 233-5003**
**lumissildine@gmail.com**

**Education**
**B.S. Ed**. Auburn University, Auburn, Alabama, 1965
**M.S. Ed.** (Supervision and Administration) Troy University, Montgomery, Alabama, 1969
**MSSW** University of Texas at Arlington, 1976

**Licensure and Certification**
**ACSW**, National Association of Social Workers, 1978
**LCSW**, Alabama State Board of Social Work Examiners, License Number 1830C.

**Positions Held**
**2004-Present**
**Independent Consultant - Child Welfare Policy and Practice Group**
Work involves providing consultation to public and private agencies wishing to improve outcomes in their work with families who find themselves in need of services to address difficult issues impacting their lives, such as domestic violence, substance abuse, child neglect and abuse, poverty, and developmental, educational, and mental health challenges.
Work includes development and delivery of family-centered classroom training in Engagement Skills, Team Development and Family Team Conferencing, Assessment, Case Planning, Intervention, and Supervision.
Work includes development, coaching, and evaluation of local trainers for delivery of curriculum to support a Child and Family Team-based practice model.
Work includes coaching family-based practice with agency line staff, supervisors and administrators; modeling, coaching, and evaluating the development of Facilitators, Coaches, and Master Coaches in implementation of the Child and Family Team practice model through assisting in preparation of families, facilitating team meetings, debriefing staff, and assisting with follow-up.
Work includes facilitating development of state -level consultants in assisting local offices in improving direct practice with families in order to achieve improved outcomes in safety, well-being, and permanence.
Work also includes Quality Service Reviews, in which family case material is reviewed and 10-12 interviews are conducted with family members and professionals involved with the family. The well-being of the child and family and the functioning of the system on behalf of the family are scored using a protocol developed for the specific agency.  Findings are debriefed with staff and administrators, and a written report of the findings is provided to the agency.  QSR work includes one-on-one mentoring and coaching of mentees to develop in-house reviewers.
The work described in the paragraphs above has been performed in Alabama, California, Colorado, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, New Jersey, New

York, Oklahoma, Pennsylvania, Tennessee, Utah, Virginia, Washington, D.C., Wisconsin, and Wyoming.

**2004-2006**
**Targeted Case Management**
Work involved providing Medicaid Targeted Case Management services to a boot camp program for adolescent girls.  Records of girls served by the agency were reviewed and the girls involved were interviewed for the purpose of conducting needs assessments, which became a part of the girls' service plans.  Follow-up interviews were held monthly with each girl.  Work was conducted at an agency located in Lee County, Alabama.

**2004-2006**
**MAT (Multi-Dimensional Assessment Tool) Assessments**
Work involved conducting behavioral assessments of children in Therapeutic Foster Care or under consideration by Alabama DHR for placement into or step-down from TFC.  Work included review of case materials and interviews with social workers, foster parents, and children.  Information was rated according to a 65-item assessment tool and compared to a series of thresholds to determine the appropriate level of placement.  A written report for each child was provided to DHR.  MAT consultants attended Family Team Meetings upon invitation and shared MAT findings with the team. Work was conducted over a three-county region in east central Alabama.

**1998-2004**
**Lee County (AL) Department of Human Resources**
Served as Child Welfare Administrator in a mid-size county.  Work involved leading the county child welfare program through the process of reform as a System of Care, consistent with principles and practices developed through the RC Consent Decree.  Work included training, coaching, and modeling practice in keeping with System of Care guidelines and required consistent leadership of supervisory staff, encouraging them to embrace change and challenge, and guiding them through the process of managing change.  In 2002, Lee County achieved conversion and release by the Federal Court Monitor as a county exhibiting best practice.  Several practices, instituted only in Lee County, were recognized by State Quality Assurance as models of best practice for other counties to emulate.  Work was recognized for excellence by the Federal Court Monitor when he brought a group of administrators from another state to learn about Lee County's conversion process.

Served as co-chair of the Lee County Multi-Needs Committee, which coordinated services for children and families involved with multiple agencies.  Work required partnership and collaboration across agencies to serve children with challenging needs.

Served on numerous state policy development and review groups at request of Alabama SDHR.  Served on Information System design team and on a committee to develop the Child and Family Assessment Tool for use by all county departments.

**1990-1998**
**Alabama State Department of Human Resources, Division of Family and Children's**

74

**Services**
Served as Program Manager for statewide child welfare training program.  Work involved collaboration in selecting curriculum developers for Alabama Child Welfare Training (ACT), providing input on the Alabama system and its policies and practices to curriculum developers, reviewing curriculum and giving feedback throughout the development process.  During curriculum development, meetings with county directors were facilitated to solicit input and keep them abreast of plans; upon completion of curriculum, phased overviews of ACT training plan were presented to county directors in all 67 counties.  Participated in training of trainers by curriculum developers through a process of modeling and coaching the training of the eight-week, 3000-page curriculum.  Trained curriculum for six years, facilitating development of supervisors and then caseworkers in skills of engagement, assessment, case planning, and intervention with families. ACT curriculum was based on the principles and practices of the System of Care as developed through the RC Consent Decree, which became the basis of Alabama's Quality Assurance process, which later became the model for the Federal CFSR protocol.

Work included supervision of ten trainers (five teams), scheduling and arranging logistics of overlapping training sessions, and follow-up with county supervisors and administrators on trainee strengths and needs during and after each eight-week session.  Conducted supervisory site visits to observe trainers for quality assurance. Assisted in development and administration of certification exams in partnership with the University of Alabama School of Social Work.

Led search for preparation curriculum for foster and adoptive parents, which involved helping Alabama Department of Human Resources move toward a decentralized adoption system and co-preparation process of foster and adoptive parents.  Conducted training overviews of curriculum and preparation process for county supervisors and directors.  Developed and disseminated policy for county implementation of Model approach to Partnerships in Parenting/Group Preparation and Selection Program (MAPP/GPS).  Completed rigorous, multi-tiered process of becoming licensed trainer of group leaders in MAPP/GPS, which Alabama adopted and used in preparing foster and adoptive families.  Trained two-week Group Leader Preparation courses for five years, beginning with county foster care/foster home supervisors to ensure that they knew what staff should be doing and what was needed of supervisors to support staff efforts.  Supervised trainers and arranged and managed scheduling and logistics for MAPP/GPS program.  Conducted supervisory site visits to ensure training quality.  Work allowed development of relationships with caseworkers, supervisors, and county directors in all 67 counties.

Coordinated development of week-long training modules (ACT II) on Child Protection, Sexual Abuse, and Substance Abuse.  Arranged and managed scheduling and logistics for training sessions in four regional locations in the state.

Through work in managing training and interacting with county supervisors and directors, developed an understanding of strengths and needs of counties of various sizes and knowledge of how counties of different sizes manage the work of Family and Children's Services.


**1986-1990**
**Full-time parent of two children**

**1982-1986**
**Denton County, Texas**

Worked as a private contractor, providing federally mandated social services to clients in a dialysis clinic. Work involved assisting patients and their families in coping with End Stage Renal Disease, providing emotional support to them, and linking them with needed services. Work included participation on the Medical Treatment Team.

Worked as a private contractor with the Denton County Department of Child Welfare. Work involved conducting family and home studies for private adoptions, reporting findings to the agency and the probate judge.

**1978-1981**

**Mobile County Department of Human Resources (second largest county in Alabama)**

Served as a line social worker for a special needs foster care population. Work involved liaison with child placement providers across the state who served physically, developmentally, and mentally challenged children.

Supervised a foster care unit of five staff which served adolescents in group homes and residential placements, collaborating and partnering with statewide service providers.

Supervised the adoption unit in Mobile County, which involved training multiple groups of 15-20 potential adoptive parents and completing home studies for individual families for submittal to ALSDHR for approval and placement (centralized system). Prior experience in Texas (county-administered system) allowed for comparison and assessment of benefits and difficulties associated with each type of adoptive system.

**1976-1978**

**Dallas, Texas**

Line social worker in Child Protective Services, Dallas County Child Welfare, Dallas, Texas. Work involved providing initial direct services to children and families in which child neglect and/or abuse had been confirmed.

Supervised a foster home licensing unit of five staff and identified and addressed foster parent training needs and agency/parent partnership needs.

Supervised adoption unit of four staff in Dallas County, a county-run adoption system. This experience became a useful point of reference when the Alabama adoption system faced changes and decentralization during the R.C. reform.

**1974-1976**

**University of Texas at Arlington Graduate School of Social Work**

**1971-1974**

**State Office, Alabama Department of Human Resources**

Child Development Consultant. Worked on a project to establish Early Childhood Education Centers in the 35 northernmost counties in the state, considered a part of Appalachia. Work involved developing procedures for combining federal funds through the Appalachian Regional Commission with state funds from DHR and the Alabama Development Office to create ECE centers.

Served as DHR representative and liaison with other State of Alabama and Federal offices (HHS).

Developed a manual for the procedures and processes to be followed in combining state and federal funding streams and creating Early Childhood Centers.

Worked with local childcare and DHR representatives in urban and rural counties to identify suitable sites and to establish centers.

Guided center directors to ensure that program and physical plant standards were met; licensed centers when compliance with state and federal standards had been achieved.  Monitored continuing operation of centers for compliance with standards.

Achieved desired outcome of at least one Early Childhood Center in each of the 35 target counties.

**1965-1971**

**Montgomery County Public Schools**

Teacher of second and third graders in Montgomery, Alabama.  Classes composed of rural, low-income families.  In addition to teaching prescribed curriculum, focused efforts on identifying services needed by children and worked with local groups to provide them, e.g. obtaining eyeglasses through Lion's Club, sewing clothing for children in need, advocating for free breakfasts and lunches for children whose hunger and fatigue impeded learning.

For several summers, supervised 10-15 tutors in a program designed to strengthen academic skills for children with diagnosed Learning Disabilities.

# APPENDIX B

## Documents Reviewed

**E.F.**

| Beginning Bates Number | Document Name/Type | Agency/Provider/School | Date |
|---|---|---|---|
| MJ-PL-00039235 | Fact Sheet: [E.F.] (000012419) | DYRS | 10/30/18 |
| MJ-PL-00039237 | Education Acknowledgement | DYRS | 10/30/18 |
| MJ-PL-00045694 | Service Tracker | DCPS Office of Special Education | 05/04/21 |
| MJ-PL-00045763 | IEP Progress Report - Annual Goals, Service Tracker, Multiple Documents (76 pages) | DCPS Office of Special Education | Multiple Dates (2019-2021) |
| MJ-PL-00045839 | Student Schedule | DCPS Office of Special Education | 05/19/21 |
| MJ-PL-00045841 | Key Areas of E.F.'s Progress | DCPS Office of Special Education | 05/26/21 |
| MJ-PL-00045847 | DC Public Schools Transcript | DCPS Office of Special Education | 05/19/21 |
| MJ-PL-00045849 | Graduation Progress Summary | DCPS Office of Special Education | Undated |
| MJ-PL-00045853 | Child Encounter Notes | Hillcrest Children & Family Center | Multiple (2017-2018) |
| MJ-PL-00046974 | Multiple Documents (164 pages) | The Psychiatric Institute of Washington (PIW) | Multiple (2018-2020) |
| MJ-PL-00061679 | Multiple Documents (280 pages) | Community Connections | Multiple (2018-2020) |
| MJ-PL-00061959 | Treatment Plan Cover Pages, Child Psych Evaluation, Child Psychiatric Notes, Mental Status Exam (MSE), Demographic Information | Hillcrest Children & Family Center | Multiple (2017-2018) |
| MJ-PL-00063817 | Student Participant Written Input Form | DCPS Office of Special Education | 02/26/17 |
| MJ-PL-00063818 | Unspecified | DCPS Office of Special Education | 09/01/20 |

| MJ-PL-00063819 | Annual Enrollment Audit History | DCPS Office of Special Education | 2007-2019 |
|---|---|---|---|
| MJ-PL-00063820 | Attendance | DCPS Office of Special Education | 2015-2016 |
| MJ-PL-00063821 | Attendance | DCPS Office of Special Education | 2016-2017 |
| MJ-PL-00063822 | Attendance | DCPS Office of Special Education | 2017-2018 |
| MJ-PL-00063823 | Attendance | DCPS Office of Special Education | 2018-2019 |
| MJ-PL-00063824 | Attendance | DCPS Office of Special Education | 2019-2020 |
| MJ-PL-00063825 | Current Year Monthly Enrollment Snapshot | DCPS Office of Special Education | 2020-2021 |
| MJ-PL-00063826 | Current Year Monthly Enrollment Snapshot | DCPS Office of Special Education | 2020-2021 |
| MJ-PL-00063827 | Individualized Education Program (IEP) | Friendship Public Charter School Chamberlain Middle | 04/10/15 |
| MJ-PL-00063843 | District of Columbia Notice of IDEA Part B Procedural Safeguards Rights of Parents of Students with Disabilities | DCPS Office of Special Education | 04/06/16 |
| MJ-PL-00063844 | Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 06/15/16 |
| MJ-PL-00063846 | Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 06/17/13 |
| MJ-PL-00063848 | Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 03/21/16 |
| MJ-PL-00063849 | Unspecified (incomplete scan) | Friendship Public Charter School Chamberlain Middle | 04/06/16 |
| MJ-PL-00063850 | Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 06/03/13 |
| MJ-PL-00063852 | Evaluation Summary Report | Friendship Public Charter School Chamberlain Middle | 06/03/13 |
| MJ-PL-00063862 | Evaluation Summary Report | Friendship Public Charter School Chamberlain Middle | 06/17/16 |
| MJ-PL-00063869 | Acknowledgement of Referral for Special Education Services | Friendship Public Charter School Chamberlain Middle | 04/03/13 |
| MJ-PL-00063870 | Prior Written Notice - Identification | Friendship Public Charter School Chamberlain Middle | 06/21/13 |
| MJ-PL-00063872 | Final Eligibility Determination Report | Friendship Public Charter School Chamberlain Middle | 06/21/13 |
| MJ-PL-00063886 | Educational Update | Friendship Public Charter School Chamberlain Middle | 06/17/16 |

| MJ-PL-00063894 | Psychoeducational Evaluation | Friendship Public Charter School Chamberlain Middle | 03/19/13 |
|---|---|---|---|
| MJ-PL-00063912 | Psychoeducational Evaluation | Friendship Public Charter School Chamberlain Middle | 03/19/13 |
| MJ-PL-00063930 | Analysis of Existing Data | Friendship Public Charter School Chamberlain Middle | 04/03/13 |
| MJ-PL-00063936 | Analysis of Existing Data | Friendship Public Charter School Chamberlain Middle | 04/06/16 |
| MJ-PL-00063942 | Prior Written Notice - Evaluation | Friendship Public Charter School Chamberlain Middle | 04/03/13 |
| MJ-PL-00063944 | Quarter 3 Interim Progress Report | Friendship Public Charter School Chamberlain Middle | 04/02/13 |
| MJ-PL-00063945 | Student Progress Report | Friendship Public Charter School Chamberlain Middle | 04/06/16 |
| MJ-PL-00063976 | Consent for Initial Evaluation/Reevaluation | Friendship Public Charter School Chamberlain Middle | 03/12/13 |
| MJ-PL-00063977 | Consent for Initial Evaluation/Reevaluation | Friendship Public Charter School Chamberlain Middle | 04/06/16 |
| MJ-PL-00063978 | OSSE Medicaid Parental Consent Form Cover Sheet | Friendship Public Charter School Chamberlain Middle | 06/14/14 |
| MJ-PL-00063979 | OSSE Medicaid Parental Consent Form Cover Sheet | Friendship Public Charter School Chamberlain Middle | 06/13/14 |
| MJ-PL-00063981 | Extended School Year (ESY) Services Eligibility Worksheet | Friendship Public Charter School Chamberlain Middle | 06/06/14 |
| MJ-PL-00063982 | Extended School Year (ESY) Services Eligibility Worksheet | Friendship Public Charter School Chamberlain Middle | 07/11/13 |
| MJ-PL-00063983 | Extended School Year (ESY) Services Eligibility Worksheet | Friendship Public Charter School Chamberlain Middle | 04/10/15 |
| MJ-PL-00063984 | Extended School Year (ESY) Services Eligibility Worksheet | Friendship Public Charter School Chamberlain Middle | 04/06/16 |
| MJ-PL-00063985 | Consent for Initial Provision of Special Education and Related Services | Friendship Public Charter School Chamberlain Middle | 07/12/13 |
| MJ-PL-00063986 | Parent/Guardian Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 05/16/14 |
| MJ-PL-00063987 | Parent/Guardian Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 07/08/13 |
| MJ-PL-00063988 | Parent/Guardian Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 03/21/16 |
| MJ-PL-00063989 | Parent/Guardian Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 03/26/15 |

| MJ-PL-00063990 | Parent/Guardian Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 05/01/14 |
|---|---|---|---|
| MJ-PL-00063991 | Parent/Guardian Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 05/01/14 |
| MJ-PL-00063992 | Parent/Guardian Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 02/18/16 |
| MJ-PL-00063993 | Parent/Guardian Letter of Invitation | Friendship Public Charter School Chamberlain Middle | 02/18/16 |
| MJ-PL-00063994 | Disability Worksheet: Specific Learning Disability | Friendship Public Charter School Chamberlain Middle | 06/17/16 |
| MJ-PL-00063999 | Disability Worksheet: Specific Learning Disability | Friendship Public Charter School Chamberlain Middle | 06/20/13 |
| MJ-PL-00064004 | Unspecified | Friendship Public Charter School Chamberlain Middle | 02/08/13 |
| MJ-PL-00064005 | Unspecified | Friendship Public Charter School Chamberlain Middle | 02/08/13 |
| MJ-PL-00064006 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | Friendship Public Charter School Chamberlain Middle | 06/13/16 |
| MJ-PL-00064008 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | Friendship Public Charter School Chamberlain Middle | 06/17/16 |
| MJ-PL-00064010 | Prior Written Notice - Notice of Change in Placement | Friendship Public Charter School Chamberlain Middle | 11/18/16 |
| MJ-PL-00064012 | Prior Written Notice - Development of IEP | Friendship Public Charter School Chamberlain Middle | 04/10/15 |
| MJ-PL-00064014 | Prior Written Notice - Other Notice Related to Free and Appropriate Public Education (FAPE) | Friendship Public Charter School Chamberlain Middle | 05/28/15 |
| MJ-PL-00064016 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 06/20/14 |
| MJ-PL-00064020 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 01/23/15 |
| MJ-PL-00064024 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 10/31/14 |
| MJ-PL-00064028 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 10/31/16 |
| MJ-PL-00064033 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 01/29/16 |

| MJ-PL-00064040 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 04/01/15 |
|---|---|---|---|
| MJ-PL-00064044 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 06/15/16 |
| MJ-PL-00064050 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 04/14/16 |
| MJ-PL-00064055 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 11/03/15 |
| MJ-PL-00064062 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 06/12/15 |
| MJ-PL-00064069 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 11/15/13 |
| MJ-PL-00064073 | Extended School Year - IEP Progress Report | Friendship Public Charter School Chamberlain Middle | 07/29/15 |
| MJ-PL-00064075 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 02/02/14 |
| MJ-PL-00064080 | IEP Progress Report - Annual Goals | Friendship Public Charter School Chamberlain Middle | 04/08/14 |
| MJ-PL-00064085 | Manifestation Determination | Friendship Public Charter School Chamberlain Middle | 10/20/16 |
| MJ-PL-00064086 | Individualized Education Program (IEP) | DCPS Office of Special Education | 02/09/21 |
| MJ-PL-00064104 | Individualized Education Program (IEP) | DCPS Office of Special Education | 03/16/20 |
| MJ-PL-00064127 | Individualized Education Program (IEP) | DCPS Office of Special Education | 04/29/19 |
| MJ-PL-00064150 | Individualized Education Program (IEP) | DCPS Office of Special Education | 02/28/19 |
| MJ-PL-00064171 | Individualized Education Program (IEP) | DCPS Office of Special Education | 03/27/17 |
| MJ-PL-00064190 | Service Tracker | DCPS Office of Special Education | 02/04/20 |
| MJ-PL-00064192 | Miscellaneous Cover Sheet | DCPS Office of Special Education | 06/14/18 |
| MJ-PL-00064193 | Unspecified | DCPS Office of Special Education | 11/02/18 |
| MJ-PL-00064197 | Unspecified | DCPS Office of Special Education | 11/02/18 |
| MJ-PL-00064204 | Individual Student Safety Plan | DCPS Office of Special Education | 10/24/18 |
| MJ-PL-00064207 | Letter of Invitation | DCPS Office of Special Education | 11/12/18 |
| MJ-PL-00064209 | Letter of Invitation | DCPS Office of Special Education | 11/12/18 |
| MJ-PL-00064211 | Letter of Invitation | DCPS Office of Special Education | 01/25/19 |

| MJ-PL-00064213 | Final Eligibility Determination Report | DCPS Office of Special Education | 04/29/19 |
| MJ-PL-00064219 | Analysis of Existing Data | DCPS Office of Special Education | 04/05/19 |
| MJ-PL-00064222 | OSSE Medicaid Parental Consent Form Cover Sheet | DCPS Office of Special Education | 03/27/17 |
| MJ-PL-00064223 | Student Participant Written Input Form | DCPS Office of Special Education | Undated |
| MJ-PL-00064224 | Student Participant Written Input Form | DCPS Office of Special Education | Undated |
| MJ-PL-00064225 | Unspecified | DCPS Office of Special Education | Undated |
| MJ-PL-00064227 | Unspecified | DCPS Office of Special Education | Undated |
| MJ-PL-00064229 | Independent Living Assessment Instrument | Unspecified | 03/23/17 |
| MJ-PL-00064233 | Career Decision Making System Revised | DCPS Office of Special Education | Undated |
| MJ-PL-00064237 | Career Decision Making System Revised | DCPS Office of Special Education | Undated |
| MJ-PL-00064241 | Progress to College and Career Report | DCPS Office of Special Education | 08/22/16-06/14/17 |
| MJ-PL-00064246 | ESY Criteria Cover Sheet | DCPS Office of Special Education | 02/08/21 |
| MJ-PL-00064247 | Extended School Year (ESY) Services Eligibility Worksheet | DCPS Office of Special Education | 03/27/17 |
| MJ-PL-00064248 | ESY Criteria Cover Sheet | DCPS Office of Special Education | 02/26/18 |
| MJ-PL-00064249 | Extended School Year (ESY) Services Eligibility Worksheet | DCPS Office of Special Education | 03/16/20 |
| MJ-PL-00064250 | Extended School Year (ESY) Services Eligibility Worksheet | DCPS Office of Special Education | 03/16/20 |
| MJ-PL-00064251 | Unspecified | DCPS Office of Special Education | 03/03/17 |
| MJ-PL-00064252 | Standard IEP Amendment Form (LEA Initiated) | DCPS Office of Special Education | 03/01/16 |
| MJ-PL-00064253 | Standard IEP Amendment Form (LEA Initiated) | DCPS Office of Special Education | 03/10/17 |
| MJ-PL-00064255 | Standard IEP Amendment Form (LEA Initiated) | DCPS Office of Special Education | 03/10/17 |
| MJ-PL-00064256 | Transportation Criteria Easy FAX Cover Sheet | DCPS Office of Special Education | 02/08/21 |

| MJ-PL-00064257 | Eligibility Category Worksheet | DCPS Office of Special Education | 03/03/17 |
|---|---|---|---|
| MJ-PL-00064259 | Eligibility Category Worksheet | DCPS Office of Special Education | 03/27/17 |
| MJ-PL-00064261 | Transportation Criteria Easy FAX Cover Sheet | DCPS Office of Special Education | 02/26/18 |
| MJ-PL-00064262 | Transportation Criteria Easy FAX Cover Sheet | DCPS Office of Special Education | 03/02/20 |
| MJ-PL-00064263 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 02/27/20 |
| MJ-PL-00064264 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 11/09/18 |
| MJ-PL-00064265 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 01/23/18 |
| MJ-PL-00064266 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 02/05/21 |
| MJ-PL-00064267 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 02/26/18 |
| MJ-PL-00064268 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 02/09/17 |
| MJ-PL-00064269 | Student Letter of Invitation-IEP Meeting | DCPS Office of Special Education | 02/27/20 |
| MJ-PL-00064271 | Student Letter of Invitation-IEP Meeting | DCPS Office of Special Education | 11/09/18 |
| MJ-PL-00064273 | Student Letter of Invitation-IEP Meeting | DCPS Office of Special Education | 03/24/17 |
| MJ-PL-00064275 | Student Letter of Invitation-IEP Meeting | DCPS Office of Special Education | 02/05/21 |
| MJ-PL-00064277 | Student Letter of Invitation-IEP Meeting | DCPS Office of Special Education | 02/26/18 |
| MJ-PL-00064279 | Student Letter of Invitation-IEP Meeting | DCPS Office of Special Education | 02/13/17 |
| MJ-PL-00064280 | Disability Worksheet: Emotional Disturbance | DCPS Office of Special Education | 04/29/19 |
| MJ-PL-00064282 | Disability Worksheet: Specific Learning Disability | DCPS Office of Special Education | Undated (Grade 10) |
| MJ-PL-00064286 | Transfer of Rights Notice | DCPS Office of Special Education | Undated (Grade 12) |
| MJ-PL-00064288 | Transfer of Rights Notice | DCPS Office of Special Education | Undated (Grade 11) |
| MJ-PL-00064290 | Transfer of Rights Notice | DCPS Office of Special Education | Undated (Grade 12) |
| MJ-PL-00064292 | Transfer of Rights Notice | DCPS Office of Special Education | Undated (Grade 11) |

| MJ-PL-00064294 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | DCPS Office of Special Education | 04/29/19 |
|---|---|---|---|
| MJ-PL-00064296 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | DCPS Office of Special Education | 04/29/19 |
| MJ-PL-00064298 | Prior Written Notice - Development of IEP | DCPS Office of Special Education | 03/28/17 |
| MJ-PL-00064300 | Prior Written Notice - Development of IEP | DCPS Office of Special Education | 04/29/19 |
| MJ-PL-00064301 | Prior Written Notice - Development of IEP | DCPS Office of Special Education | 03/16/20 |
| MJ-PL-00064302 | Prior Written Notice - Other Notice Related to Free and Appropriate Public Education (FAPE) | DCPS Office of Special Education | 03/28/17 |
| MJ-PL-00064304 | Procedural Safeguards Documentation Cover Sheet | DCPS Office of Special Education | 03/27/17 |
| MJ-PL-00064306 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 04/10/17 |
| MJ-PL-00064312 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 04/13/18 |
| MJ-PL-00064317 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 06/09/17 |
| MJ-PL-00064323 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 06/13/18 |
| MJ-PL-00064328 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 01/26/18 |
| MJ-PL-00064334 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 01/27/17 |
| MJ-PL-00064340 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 11/01/17 |
| MJ-PL-00064346 | Unspecified | DCPS Office of Special Education | Multiple Dates (2012-2014) |
| MJ-PL-00064347 | Individualized Education Program (IEP) | | 07/11/13 |
| MJ-PL-00064359 | Individualized Education Program (IEP) | Friendship Public Charter School Chamberlain Middle | 04/06/16 |
| MJ-PL-00064372 | Individualized Education Program (IEP) | Friendship Public Charter School Chamberlain Middle | 04/06/16 |

| MJ-PL-00064385 | Individualized Education Program (IEP) | Friendship Public Charter School Chamberlain Middle | 06/06/14 |
|---|---|---|---|
| MJ-PL-00064401 | Final Eligibility Determination Report | Friendship Public Charter School Chamberlain Middle | 06/17/16 |
| MJ-PL-00064411 | Final Eligibility Determination Report | Friendship Public Charter School Chamberlain Middle | 06/17/16 |
| MJ-PL-00064412 | Individualized Education Program (IEP) | DCPS Office of Special Education | 03/27/17 |
| MJ-PL-00064413 | Letter of Invitation | DCPS Office of Special Education | 03/29/19 |
| MJ-PL-00064414 | Unspecified (incomplete scan) | DCPS Office of Special Education | 04/29/19 |
| MJ-PL-00064415 | Amended Individualized Education Program (IEP) | DCPS Office of Special Education | 03/03/17 |
| MJ-PL-00064416 | Amended Individualized Education Program (IEP) | DCPS Office of Special Education | 03/10/17 |
| MJ-PL-00064417 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 04/29/19 |
| MJ-PL-00064418 | PARCC and MSAA Assessment Results | DCPS Office of Special Education | 2014-2019 |
| MJ-PL-00064419 | Prior Years Enrollment History | DCPS Office of Special Education | 2012-2020 |
| MJ-PL-00064420 | PSAT | DCPS Office of Special Education | 2018 |
| MJ-PL-00064421 | Unspecified (encrypted scan) | DCPS Office of Special Education | Undated |
| MJ-PL-00064431 | Unspecified (encrypted scan) | DCPS Office of Special Education | Undated |
| MJ-PL-00064470 | Unspecified (encrypted scan) | DCPS Office of Special Education | Undated |
| MJ-PL-00064503 | Psychiatric Evaluation | Department of Behavioral Health (DBH) | 02/05/20 |
| MJ-PL-00064514 | Unspecified (encrypted scan) | Unspecified | Undated |
| MJ-PL-00064517 | Functional Behavior Assessment | DCPS Office of Special Education | 04/25/19 |
| MJ-PL-00064532 | Unspecified | Unspecified | 04/17/20 |
| MJ-PL-00064533 | Telehealth Consent Form - Therapy.pdf | DCPS Office of Special Education | 04/20/21 |
| MJ-PL-00064534 | Informed Consent for Telehealth - Therapy | DCPS Office of Special Education | Undated |
| MJ-PL-00064535 | Annual IEP Review Meeting Notes | DCPS Office of Special Education | 03/27/17 |
| MJ-PL-00064538 | Behavior Intervention Plan - Level II | DCPS Office of Special Education | 01/31/20 |

| MJ-PL-00064547 | Casey Life Skills Assessment | DCPS Office of Special Education | 08/25/17 |
| MJ-PL-00064553 | O*NET Interest Profiler: Score Report | DCPS Office of Special Education | 08/25/17 |
| MJ-PL-00064555 | Casey Life Skills Assessment | DCPS Office of Special Education | 08/25/17 |
| MJ-PL-00064561 | Unspecified | Unspecified | Undated |
| MJ-PL-00064562 | MDT Team Meeting Agenda/Notes | DCPS Office of Special Education | Undated |
| MJ-PL-00064564 | Unspecified | DCPS Office of Special Education | 12/16/19 |
| MJ-PL-00064566 | Standard IEP Amendment Form (LEA Initiated) | DCPS Office of Special Education | 03/10/17 |
| MJ-PL-00064567 | Confidential Comprehensive Psychological Re-Evaluation | DCPS Office of Special Education | 04/25/19 |
| MJ-PL-00064581 | Functional Behavior Assessment | DCPS Office of Special Education | 04/25/19 |
| MJ-PL-00064595 | Individual Student Safety Plan | DCPS Office of Special Education | 10/09/19 |

**A.W.**

| Beginning Bates Number | Document Name/Type | Agency/Provider/School | Date |
|---|---|---|---|
| MJ-PL-00042671 | Annual Enrollment Audit History (excel spreadsheet) | DCPS Office of Special Education | 2006-2019 |
| MJ-PL-00042672 | Attendance (excel spreadsheet) | DCPS Office of Special Education | 2016-2017 |
| MJ-PL-00042673 | Attendance (excel spreadsheet) | DCPS Office of Special Education | 2017-2018 |
| MJ-PL-00042674 | Attendance (excel spreadsheet) | DCPS Office of Special Education | 2018-2019 |
| MJ-PL-00042675 | Attendance (excel spreadsheet) | DCPS Office of Special Education | 2019-2020 |
| MJ-PL-00042676 | DC CAS Assessment Scores (excel spreadsheet) | DCPS Office of Special Education | 2011 |
| MJ-PL-00042677 | PARCC and MSAA (excel spreadsheet) | DCPS Office of Special Education | 2014-2018 |
| MJ-PL-00042678 | Prior Years Enrollment History (excel spreadsheet) | DCPS Office of Special Education | 2014-2020 |
| MJ-PL-00042679 | PSAT (excel spreadsheet) | DCPS Office of Special Education | 2016, 2018 |
| MJ-PL-00042680 | Individualized Education Program (IEP) | Paul Public Charter School | 03/16/18 |

| MJ-PL-00042696 | Service Tracker | Paul Public Charter School | 10/04/17 |
|---|---|---|---|
| MJ-PL-00042697 | Service Tracker | Paul Public Charter School | 04/16/19 |
| MJ-PL-00042699 | Service Tracker | Paul Public Charter School | 10/06/18 |
| MJ-PL-00042701 | Service Tracker | Paul Public Charter School | 05/08/19 |
| MJ-PL-00042702 | Service Tracker | Paul Public Charter School | 07/08/19 |
| MJ-PL-00042703 | Service Tracker | Paul Public Charter School | 04/16/19 |
| MJ-PL-00042705 | Service Tracker | Paul Public Charter School | 01/31/19 |
| MJ-PL-00042706 | Service Tracker | Paul Public Charter School | 06/25/17 |
| MJ-PL-00042710 | Service Tracker | Paul Public Charter School | 06/16/17 |
| MJ-PL-00042714 | Service Tracker | Paul Public Charter School | 07/07/19 |
| MJ-PL-00042715 | Request for Release of Records and Related Information | Paul Public Charter School | 10/02/18 |
| MJ-PL-00042722 | Sick Certificate | Paul Public Charter School | 09/26/18 |
| MJ-PL-00042736 | Multi-Disciplinary Team Participation Sign-in Sheet | Paul Public Charter School | 10/02/18 |
| MJ-PL-00042737 | Parent Team Meeting Sign-In | Paul Public Charter School | 09/05/19 |
| MJ-PL-00042740 | Justification and Plan for Dedicated Aide | Paul Public Charter School | 01/13/20-01/12/21 |
| MJ-PL-00042741 | Assignment of Aide | Paul Public Charter School | 01/21/20 |
| MJ-PL-00042742 | Justification and Plan for Dedicated Aide | Paul Public Charter School | 02/07/20-02/06/21 |
| MJ-PL-00042744 | Letter of Invitation | Paul Public Charter School | 05/16/19 |
| MJ-PL-00042746 | Consent for Initial Evaluation/Reevaluation | Paul Public Charter School | 05/06/19 |
| MJ-PL-00042750 | OSSE Medicaid Parental Consent Form Cover Sheet | Paul Public Charter School | 02/07/20 |
| MJ-PL-00042753 | Consent for Initial Evaluation/Reevaluation | Paul Public Charter School | 05/06/19 |
| MJ-PL-00042754 | OSSE Medicaid Parental Consent Form Cover Sheet | Paul Public Charter School | 02/07/20 |
| MJ-PL-00042756 | OSSE Medicaid Parental Consent Form Cover Sheet | Paul Public Charter School | 02/07/20 |

| MJ-PL-00042758 | OSSE Medicaid Parental Consent Form Cover Sheet | Paul Public Charter School | 10/02/18 |
|---|---|---|---|
| MJ-PL-00042760 | Student Participant Written Input Form | Paul Public Charter School | Undated (Grade 10) |
| MJ-PL-00042761 | Student Participant Written Input Form | Paul Public Charter School | Undated (Grade 11) |
| MJ-PL-00042762 | Student Participant Written Input Form | Paul Public Charter School | Undated (Grade 12) |
| MJ-PL-00042763 | Extended School Year (ESY) Services Eligibility Worksheet | Paul Public Charter School | 02/07/20 |
| MJ-PL-00042764 | Extended School Year (ESY) Services Eligibility Worksheet | Paul Public Charter School | 02/07/20 |
| MJ-PL-00042765 | Extended School Year (ESY) Services Eligibility Worksheet | Paul Public Charter School | 03/16/18 |
| MJ-PL-00042766 | Standard IEP Amendment Form (LEA Initiated) | Paul Public Charter School | 05/28/19 |
| MJ-PL-00042768 | Standard IEP Amendment Form (LEA Initiated) | Paul Public Charter School | 05/28/19 |
| MJ-PL-00042769 | Standard IEP Amendment Form (LEA Initiated) | Paul Public Charter School | 05/28/19 |
| MJ-PL-00042770 | Standard IEP Amendment Form (LEA Initiated) | Paul Public Charter School | 01/09/20 |
| MJ-PL-00042771 | Unspecified | Paul Public Charter School | Undated |
| MJ-PL-00042772 | Eligibility Category Worksheet | Paul Public Charter School | 03/16/18 |
| MJ-PL-00042774 | Parent/Guardian Letter of Invitation | Paul Public Charter School | 03/08/18 |
| MJ-PL-00042791 | Amended Individualized Education Program (IEP) | Paul Public Charter School | 07/30/19 |
| MJ-PL-00042808 | Parent/Guardian Letter of Invitation | Paul Public Charter School | 03/08/18 |
| MJ-PL-00042809 | Parent/Guardian Letter of Invitation | Paul Public Charter School | 04/06/17 |
| MJ-PL-00042810 | Parent/Guardian Letter of Invitation | Paul Public Charter School | 02/08/19 |
| MJ-PL-00042811 | Student Letter of Invitation - IEP Meeting | Paul Public Charter School | 03/08/18 |
| MJ-PL-00042813 | Student Letter of Invitation - IEP Meeting | Paul Public Charter School | 02/03/20 |
| MJ-PL-00042815 | Student Letter of Invitation - IEP Meeting | Paul Public Charter School | 04/15/17 |

| MJ-PL-00042816 | Student Letter of Invitation - IEP Meeting | Paul Public Charter School | 04/14/17 |
| MJ-PL-00042817 | Student Letter of Invitation - IEP Meeting | Paul Public Charter School | 02/08/19 |
| MJ-PL-00042819 | Disability Worksheet: Multiple Disabilities | Paul Public Charter School | 05/28/19 |
| MJ-PL-00042821 | Transfer of Rights Notice | Paul Public Charter School | Undated (Grade 10) |
| MJ-PL-00042823 | Transfer of Rights Notice | Paul Public Charter School | Undated (Grade 10) |
| MJ-PL-00042825 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | Paul Public Charter School | 05/28/19 |
| MJ-PL-00042827 | Prior Written Notice - Development of IEP | Paul Public Charter School | 07/30/19 |
| MJ-PL-00042829 | Prior Written Notice - Development of IEP | Paul Public Charter School | 07/30/19 |
| MJ-PL-00042831 | Prior Written Notice - Development of IEP | Paul Public Charter School | 04/16/18 |
| MJ-PL-00042832 | Prior Written Notice - Development of IEP | Paul Public Charter School | 02/18/20 |
| MJ-PL-00042834 | Prior Written Notice - Amendment of IEP | Paul Public Charter School | 01/21/20 |
| MJ-PL-00042836 | Prior Written Notice - Amendment of IEP | Paul Public Charter School | 07/30/19 |
| MJ-PL-00042838 | Procedural Safeguards Documentation Cover Sheet | Paul Public Charter School | 02/02/20 |
| MJ-PL-00042840 | Procedural Safeguards Documentation Cover Sheet | Paul Public Charter School | 02/07/20 |
| MJ-PL-00042842 | Procedural Safeguards Documentation Cover Sheet | Paul Public Charter School | 10/02/18 |
| MJ-PL-00042844 | IEP Progress Report - Annual Goals | Paul Public Charter School | 06/20/19 |
| MJ-PL-00042848 | IEP Progress Report - Annual Goals | Paul Public Charter School | 04/05/19 |
| MJ-PL-00042853 | IEP Progress Report - Annual Goals | Paul Public Charter School | 01/31/19 |
| MJ-PL-00042858 | IEP Progress Report - Annual Goals | Paul Public Charter School | 10/30/18 |
| MJ-PL-00042863 | IEP Progress Report - Annual Goals | Paul Public Charter School | 04/09/18 |
| MJ-PL-00042868 | IEP Progress Report - Annual Goals | Paul Public Charter School | 02/06/20 |
| MJ-PL-00042873 | IEP Progress Report - Annual Goals | Paul Public Charter School | 10/29/19 |

| MJ-PL-00042878 | IEP Progress Report - Annual Goals | Paul Public Charter School | 06/15/18 |
|---|---|---|---|
| MJ-PL-00042882 | Summary of Performance | Paul Public Charter School | 06/18/20 |
| MJ-PL-00042886 | Letter of Invitation | DCPS Office of Special Education | 06/16/16 |
| MJ-PL-00042888 | Letter of Invitation | DCPS Office of Special Education | 03/13/16 |
| MJ-PL-00042890 | Evaluation Summary Report | DCPS Office of Special Education | 03/13/16 |
| MJ-PL-00042895 | Evaluation Summary Report | DCPS Office of Special Education | 03/13/16 |
| MJ-PL-00042900 | Acknowledgement of Referral to Special Education Letter | DCPS Office of Special Education | 06/16/16 |
| MJ-PL-00042901 | Acknowledgement of Referral to Special Education Letter | DCPS Office of Special Education | 12/22/15 |
| MJ-PL-00042902 | Acknowledgement of Referral to Special Education Letter | DCPS Office of Special Education | 05/13/15 |
| MJ-PL-00042903 | Final Eligibility Determination Report | DCPS Office of Special Education | 04/06/16 |
| MJ-PL-00042910 | Analysis of Existing Data | DCPS Office of Special Education | 06/16/16 |
| MJ-PL-00042913 | Analysis of Existing Data | DCPS Office of Special Education | 05/19/15 |
| MJ-PL-00042916 | Analysis of Existing Data | DCPS Office of Special Education | 12/22/15 |
| MJ-PL-00042919 | Parental Consent for the Release of Records | DCPS Office of Special Education | 05/14/15 |
| MJ-PL-00042920 | Key Areas of [A.W.'s] Progress | DCPS Office of Special Education | 05/19/15 |
| MJ-PL-00042929 | Consent for Initial Evaluation/Reevaluation | DCPS Office of Special Education | 05/11/15 |
| MJ-PL-00042930 | Consent for Initial Evaluation/Reevaluation | DCPS Office of Special Education | 05/14/15 |
| MJ-PL-00042931 | Consent for Initial Evaluation/Reevaluation | DCPS Office of Special Education | 06/16/16 |
| MJ-PL-00042932 | Consent for Initial Provision of Special Education and Related Services | DCPS Office of Special Education | 06/16/16 |
| MJ-PL-00042933 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 06/17/16 |
| MJ-PL-00042934 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 03/13/16 |

| MJ-PL-00042935 | Student Letter of Invitation - IEP Meeting | DCPS Office of Special Education | 08/24/16 |
|---|---|---|---|
| MJ-PL-00042937 | Student Letter of Invitation - IEP Meeting | DCPS Office of Special Education | 03/13/16 |
| MJ-PL-00042939 | Disability Worksheet: Emotional Disturbance | DCPS Office of Special Education | Undated |
| MJ-PL-00042941 | Disability Worksheet: Emotional Disturbance | DCPS Office of Special Education | 06/20/16 |
| MJ-PL-00042943 | Disability Worksheet: Emotional Disturbance | DCPS Office of Special Education | Undated |
| MJ-PL-00042945 | Disability Worksheet: Other Health Impairment | DCPS Office of Special Education | 04/06/16 |
| MJ-PL-00042947 | Disability Worksheet: Other Health Impairment | DCPS Office of Special Education | 04/04/16 |
| MJ-PL-00042949 | Comprehensive Psychological Independent Educational Evaluation | DCPS Office of Special Education | 05/11/16, 05/13/16 |
| MJ-PL-00042967 | Unspecified | DCPS Office of Special Education | 06/16/16 |
| MJ-PL-00042969 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | DCPS Office of Special Education | 06/17/16 |
| MJ-PL-00042971 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | DCPS Office of Special Education | 05/19/15 |
| MJ-PL-00042973 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | DCPS Office of Special Education | 12/22/15 |
| MJ-PL-00042975 | Individualized Education Program (IEP) | Paul Public Charter School | 03/16/18 |
| MJ-PL-00042977 | Prior Written Notice - Do Not Proceed with Evaluation Process (Parent Refusal or Non-Response) | DCPS Office of Special Education | 05/19/15 |
| MJ-PL-00042979 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | DCPS Office of Special Education | 06/17/16 |
| MJ-PL-00042981 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | DCPS Office of Special Education | 04/07/16 |

| MJ-PL-00042983 | Prior Written Notice - Development of IEP | DCPS Office of Special Education | 06/17/16 |
| MJ-PL-00042985 | Individualized Education Program (IEP) | Paul Public Charter School | 04/28/17 |
| MJ-PL-00042988 | Individualized Education Program (IEP) | Paul Public Charter School | 02/07/20 |
| MJ-PL-00042991 | Individualized Education Program (IEP) | Paul Public Charter School | 02/22/19 |
| MJ-PL-00042994 | Draft Eligibility Determination Report | Paul Public Charter School | 05/28/19 |
| MJ-PL-00042996 | Parent/Guardian Letter of Invitation | Paul Public Charter School | 02/03/20 |
| MJ-PL-00042997 | Parent/Guardian Letter of Invitation | Paul Public Charter School | 02/03/20 |
| MJ-PL-00042998 | Individualized Education Program (IEP) | DCPS Office of Special Education | 06/16/16 |
| MJ-PL-00042999 | Draft Eligibility Determination Report | DCPS Office of Special Education | Undated |
| MJ-PL-00043000 | Service Tracker | Paul Public Charter School | 08/09/20 |
| MJ-PL-00043018 | Service Tracker | Paul Public Charter School | 03/07/18 |
| MJ-PL-00043032 | Eligibility Determination Meeting Agenda | Paul Public Charter School | 05/28/19 |
| MJ-PL-00043037 | C.I.T.E. Learning Styles Instrument Worksheet | Paul Public Charter School | Undated |
| MJ-PL-00043040 | Connecting To Your Future | Paul Public Charter School | Undated |
| MJ-PL-00043042 | Determining the Need for Independent Living Postsecondary Goal(s) | Paul Public Charter School | Undated |
| MJ-PL-00043044 | Confidential Re-Evaluation/Triennial | Paul Public Charter School | 05/22/19 |
| MJ-PL-00043055 | IEP Meeting Agenda | Paul Public Charter School | 02/22/19 |
| MJ-PL-00043060 | Diploma | Paul Public Charter School | 06/24/21 |
| MJ-PL-00043061 | Parent-Team Meeting Agenda | Paul Public Charter School | 09/05/19 |
| MJ-PL-00043065 | Wechsler Intelligence Scale for Children-Fifth Edition | Unspecified | 01/28/16 |
| MJ-PL-00043074 | Social History Assessment Report | DCPS Office of Special Education | 01/19/16 |
| MJ-PL-00043079 | Comprehensive Psychological Independent Educational Evaluation | DCPS Office of Special Education | 05/11/16, 05/13/16 |

| MJ-PL-00043097 | Draft Eligibility Determination Report | DCPS Office of Special Education | 04/06/16 |
| MJ-PL-00043099 | Confidential Comprehensive Psychological Initial Evaluation | DCPS Office of Special Education | 01/27/16 |
| MJ-PL-00043114 | Score Report, Woodcock Johnson IV | DCPS Office of Special Education | 01/19/16 |
| MJ-PL-00043117 | Unspecified | DCPS Office of Special Education | 11/25/16 |
| MJ-PL-00043118 | Progress Notes | Children's National Medical Center | 11/30/15 |
| MJ-PL-00043121 | Client Information Form | First Home Care | Multiple Dates (2014-2015) |
| MJ-PL-00043134 | Assessments for A. Wallace | Unspecified | 12/18/15 |
| MJ-PL-00043135 | Section 504 Eligibility Form | DCPS Office of Special Education | 12/21/15 |
| MJ-PL-00043140 | Consent for Initial Evaluation/Reevaluation | DCPS Office of Special Education | 12/11/15 |
| MJ-PL-00043141 | Standard Initial Referral Form | DCPS Office of Special Education | 05/11/15 |
| MJ-PL-00043142 | Special Education (excel spreadsheet) | DCPS Office of Special Education | Undated |
| MJ-PL-00046966 | Child Encounter Notes | Hillcrest Children & Family Center | 03/21/19, 03/14/19, 03/17/19, 2/28/19 |
| MJ-PL-00056863 | Treatment Plan Cover Pages | Hillcrest Children & Family Center | Multiple Dates (2018-2020) |
| MJ-PL-00060043 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | DCPS Office of Special Education | 05/19/15 |
| MJ-PL-00060064 | Prior Written Notice - Development of IEP | DCPS Office of Special Education | 06/17/16 |
| MJ-PL-00060220 | Assessment Details | HSCSN | 10/31/17 |
| MJ-PL-00060227 | Problem: 2019 PTSD/Anxiety & Depression | HSCSN | Multiple Dates (2019) |

| MJ-PL-00060231 | Problem: 2020 Depression/Anxiety/PTSD | HSCSN | Multiple Dates (2020) |
| MJ-PL-00060236 | Problem: 2019 Anxiety/Depression & PTSD | HSCSN | Multiple Dates (2019-2020) |
| MJ-PL-00060239 | Problem: 2020 Depression/PTSD/Anxiety | HSCSN | Multiple Dates (2020) |
| MJ-PL-00060244 | Problem: Mental Health | HSCSN | Multiple Dates (2019) |
| MJ-PL-00060248 | Assessment Details | HSCSN | 10/04/17 |
| MJ-PL-00060260 | Assessment Details | HSCSN | 06/12/20 |
| MJ-PL-00060263 | Assessment Details | HSCSN | 06/17/20 |
| MJ-PL-00060267 | Assessment Details | HSCSN | 04/01/19 |
| MJ-PL-00060273 | Multiple Documents (327 pages) | HSCSN | Multiple Dates (2017-2019) |
| MJ-PL-00060600 | Multiple Documents (161 pages) | HSCSN | Multiple Dates (2020-2021) |

**H.R.**

| Beginning Bates Number | Document Name/Type | Agency/Provider/School | Date |
| --- | --- | --- | --- |
| MJ-PL-00059003 | Children's National Medical Center Utilization Review Form | Children's National Medical Center | 08/09/18 |
| MJ-PL-00059007 | Inpatient | Children's National Medical Center | 08/09/18 |
| MJ-PL-00059009 | Children's National Medical Center Utilization Review Form | Children's National Medical Center | 08/09/18 |
| MJ-PL-00059012 | Children's National Medical Center Utilization Review Form | Children's National Medical Center | 08/09/18 |
| MJ-PL-00059016 | Children's National Medical Center Utilization Review Form | Children's National Medical Center | 08/09/18 |

| MJ-PL-00059021 | Behavior Intervention Plan - Level II | DCPS Office of Special Education | 03/21/18 |
| MJ-PL-00059027 | Problem: Severe Persistent Asthma | HSCSN | Multiple Dates (2021) |
| MJ-PL-00059031 | Problem: Severe Persistent Asthma | HSCSN | Multiple Dates (2019) |
| MJ-PL-00059036 | Problem: Severe Persistent Asthma | HSCSN | Multiple Dates (2019-2020) |
| MJ-PL-00059041 | Final Report | Children's National Medical Center | 02/14/19 |
| MJ-PL-00059054 | Sleep Lab Fax Cover Sheet | Children's National Medical Center | 04/06/17 |
| MJ-PL-00059060 | Sleep Lab Fax Cover Sheet | Children's National Medical Center | 08/11/17 |
| MJ-PL-00059072 | Child Psychiatry Discharge Summary | Children's National Medical Center | 12/13/17-12/14/17 |
| MJ-PL-00059075 | Children's National Medical Center Utilization Review Form | Children's National Medical Center | 10/03/17-10/06/17 |
| MJ-PL-00059079 | Sleep Lab Fax Cover Sheet | Children's National Medical Center | 10/28/19 |
| MJ-PL-00059093 | Children's National Medical Center Utilization Review Form | Children's National Medical Center | 10/03/17-10/06/17 |
| MJ-PL-00059096 | Initial Psychiatric Evaluation | Children's National Medical Center | 12/13/17 |
| MJ-PL-00059109 | Sleep Lab Fax Cover Sheet | Children's National Medical Center | 02/06/17 |
| MJ-PL-00059115 | Unspecified | Children's National Medical Center | 10/03/17 |
| MJ-PL-00059126 | Assessment Details | HSCSN | 08/19/20 |
| MJ-PL-00059132 | Assessment Details | HSCSN | 08/19/20 |
| MJ-PL-00059135 | Assessment Details | HSCSN | 03/17/19 |
| MJ-PL-00059139 | Unspecified | Children's National Medical Center | 10/03/17 |
| MJ-PL-00059141 | Unspecified | Children's National Medical Center | 12/13/17 |
| MJ-PL-00059143 | Progress Notes | Unity Health Care | 08/08/17 |
| MJ-PL-00059147 | Assessment Details | HSCSN | 12/15/17 |
| MJ-PL-00059148 | EPSDT Call Log Form (231 pages) | HSCSN | Multiple Dates |

| Beginning Bates Number | Document Name/Type | Agency/Provider/School | Date |
|---|---|---|---|
| | | | (2016-2021) |
| MJ-PL-00059379 | Progress Notes | Unity Health Care | 05/04/17 |
| MJ-PL-00061194 | Service Tracker | DCPS Office of Special Education | 06/15/18 |
| MJ-PL-00061339 | Service Tracker | DCPS Office of Special Education | 04/29/19 |
| MJ-PL-00061391 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 02/07/20 |

**T.H.**

| Beginning Bates Number | Document Name/Type | Agency/Provider/School | Date |
|---|---|---|---|
| MJ-PL-00068668 | Unspecified (image) | DYRS | Undated |
| MJ-PL-00068669 | Juvenile Arrest #JU1909479 | DYRS/Metropolitan Police Department | 03/23/19 |
| MJ-PL-00068672 | Youth Services Center Housing Assignment Form | DYRS | 03/24/19 |
| MJ-PL-00068673 | (Youth) Sexual Assault, Sexual Abuse, and Sexual Harassment Education Acknowledgement | DYRS | 03/24/19 |
| MJ-PL-00068674 | Fact Sheet | DYRS | Undated |
| MJ-PL-00068677 | Court Social Services Division Intake Services, Pre-Disposition and Supervision Overnight Release and Step-Down Designation Form | DYRS | 03/24/19 |

**S.M.**

| Beginning Bates Number | Document Name/Type | Agency/Provider/School | Date |
|---|---|---|---|
| MJ-PL-00042068 | DC CAS Assessment Scores (excel spreadsheet) | DCPS Office of Special Education | 2013, 2014 |
| MJ-PL-00042069 | Annual Enrollment Audit History (excel spreadsheet) | DCPS Office of Special Education | 2007-2019 |
| MJ-PL-00042070 | Attendance (excel spreadsheet) | DCPS Office of Special Education | 2016-2017 |
| MJ-PL-00042071 | Attendance (excel spreadsheet) | DCPS Office of Special Education | 2017-2018 |
| MJ-PL-00042072 | Attendance (excel spreadsheet) | DCPS Office of Special Education | 2018-2019 |

| MJ-PL-00042073 | Attendance (excel spreadsheet) | DCPS Office of Special Education | 2019-2020 |
|---|---|---|---|
| MJ-PL-00042074 | Attendance (excel spreadsheet) | DCPS Office of Special Education | 2021 |
| MJ-PL-00042075 | Current Enrollment | DCPS Office of Special Education | 2021 |
| MJ-PL-00042076 | Current Year Monthly Enrollment Snapshot (excel spreadsheet) | DCPS Office of Special Education | 2020-2021 |
| MJ-PL-00042077 | DC Science and Dynamic Learning Maps (excel spreadsheet) | DCPS Office of Special Education | 2018-2019 |
| MJ-PL-00042078 | PARCC_MSAA Assessment Results | DCPS Office of Special Education | 2014-2018 |
| MJ-PL-00042079 | Prior Years Enrollment History | DCPS Office of Special Education | 2011-2020 |
| MJ-PL-00042080 | IEP Progress Report - Annual Goals | Somerset Public Charter School | 02/03/17 |
| MJ-PL-00042086 | IEP Progress Report - Annual Goals | Somerset Public Charter School | 02/08/18 |
| MJ-PL-00042091 | IEP Progress Report - Annual Goals | Somerset Public Charter School | 11/14/17 |
| MJ-PL-00042095 | IEP Progress Report - Annual Goals | Somerset Public Charter School | 04/08/17 |
| MJ-PL-00042100 | IEP Progress Report - Annual Goals | Somerset Public Charter School | 06/08/17 |
| MJ-PL-00042105 | IEP Progress Report - Annual Goals | Somerset Public Charter School | 02/24/17 |
| MJ-PL-00042111 | Individualized Education Program (IEP) | Maya Angelou Public Charter School Evans High School | 11/06/19 |
| MJ-PL-00042130 | Individualized Education Program (IEP) | Maya Angelou Public Charter School Evans High School | 11/01/18 |
| MJ-PL-00042144 | Individualized Education Program (IEP) | Maya Angelou Public Charter School Evans High School | 11/05/20 |
| MJ-PL-00042163 | Service Tracker | Maya Angelou Public Charter School Evans High School | 06/19/19 |
| MJ-PL-00042165 | Service Tracker | Maya Angelou Public Charter School Evans High School | 03/20/19 |
| MJ-PL-00042166 | Letter of Invitation | Maya Angelou Public Charter School Evans High School | 03/24/20 |

| MJ-PL-00042168 | Final Eligibility Determination Report | Maya Angelou Public Charter School Evans High School | 04/23/20 |
| --- | --- | --- | --- |
| MJ-PL-00042175 | Analysis of Existing Data | Maya Angelou Public Charter School Evans High School | 04/23/20 |
| MJ-PL-00042178 | Student Participant Written Input Form | Maya Angelou Public Charter School Evans High School | Undated |
| MJ-PL-00042179 | Student Participant Written Input Form | Maya Angelou Public Charter School Evans High School | Undated |
| MJ-PL-00042180 | Student Participant Written Input Form | Maya Angelou Public Charter School Evans High School | Undated |
| MJ-PL-00042181 | Education Assessment Cover Sheet | Maya Angelou Public Charter School Evans High School | Undated |
| MJ-PL-00042182 | Education Assessment Cover Sheet | Maya Angelou Public Charter School Evans High School | Undated |
| MJ-PL-00042183 | ESY Criteria Cover Sheet | Maya Angelou Public Charter School Evans High School | Undated |
| MJ-PL-00042184 | Amended Individualized Education Program (IEP) | Maya Angelou Public Charter School Evans High School | 11/14/18 |
| MJ-PL-00042202 | Parent/Guardian Letter of Invitation | Maya Angelou Public Charter School Evans High School | 10/24/18 |
| MJ-PL-00042204 | Parent/Guardian Letter of Invitation | Maya Angelou Public Charter School Evans High School | 10/29/20 |
| MJ-PL-00042206 | Parent/Guardian Letter of Invitation | Maya Angelou Public Charter School Evans High School | 10/29/20 |
| MJ-PL-00042208 | Parent/Guardian Letter of Invitation | Maya Angelou Public Charter School Evans High School | 10/29/20 |
| MJ-PL-00042210 | Parent/Guardian Letter of Invitation | Maya Angelou Public Charter School Evans High School | 10/29/20 |
| MJ-PL-00042212 | Parent/Guardian Letter of Invitation | Maya Angelou Public Charter School Evans High School | 10/29/20 |

| MJ-PL-00042214 | Parent/Guardian Letter of Invitation | Maya Angelou Public Charter School Evans High School | 10/15/19 |
|---|---|---|---|
| MJ-PL-00042216 | Student Letter of Invitation - IEP Meeting | Maya Angelou Public Charter School Evans High School | 11/05/19 |
| MJ-PL-00042218 | Student Letter of Invitation - IEP Meeting | Maya Angelou Public Charter School Evans High School | 10/29/20 |
| MJ-PL-00042220 | Student Letter of Invitation - IEP Meeting | Maya Angelou Public Charter School Evans High School | 10/29/20 |
| MJ-PL-00042222 | Student Letter of Invitation - IEP Meeting | Maya Angelou Public Charter School Evans High School | 10/29/20 |
| MJ-PL-00042224 | Student Letter of Invitation - IEP Meeting | Maya Angelou Public Charter School Evans High School | 10/29/20 |
| MJ-PL-00042226 | Student Letter of Invitation - IEP Meeting | Maya Angelou Public Charter School Evans High School | 10/15/19 |
| MJ-PL-00042228 | Student Letter of Invitation - IEP Meeting | Maya Angelou Public Charter School Evans High School | 10/15/19 |
| MJ-PL-00042230 | Disability Worksheet: Specific Learning Disability | Maya Angelou Public Charter School Evans High School | Undated |
| MJ-PL-00042235 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | Maya Angelou Public Charter School Evans High School | 04/23/20 |
| MJ-PL-00042236 | Individualized Education Program (IEP) Amendment Proposed Services Change Form | Maya Angelou Public Charter School Evans High School | Undated |
| MJ-PL-00042237 | IEP Progress Report - Annual Goals | Maya Angelou Public Charter School Evans High School | 01/24/19 |
| MJ-PL-00042243 | Individualized Education Program (IEP) | Maya Angelou Public Charter School Evans High School | 02/02/16 |
| MJ-PL-00042256 | Individualized Education Program (IEP) | Maya Angelou Public Charter School Evans High School | 02/02/16 |

| MJ-PL-00042268 | Service Tracker | Maya Angelou Public Charter School Evans High School | 05/12/14 |
|---|---|---|---|
| MJ-PL-00042269 | Multidisciplinary Team (MDT) Special Education Team Meeting Notes | DCPS Office of Special Education | 04/10/14 |
| MJ-PL-00042272 | Miscellaneous Cover Sheet | DCPS Office of Special Education | Undated |
| MJ-PL-00042273 | Unspecified | DCPS Office of Special Education | 12/05/13 |
| MJ-PL-00042274 | MDT Meeting Notes | DCPS Office of Special Education | 03/12/15 |
| MJ-PL-00042279 | Unspecified | DCPS Office of Special Education | 09/22/15 |
| MJ-PL-00042280 | Miscellaneous Cover Sheet | DCPS Office of Special Education | Undated |
| MJ-PL-00042281 | Unspecified | DCPS Office of Special Education | 11/24/13 |
| MJ-PL-00042282 | Multidisciplinary Team (MDT) Meeting Notes | DCPS Office of Special Education | 01/09/14 |
| MJ-PL-00042286 | Unspecified (incomplete scan) | DCPS Office of Special Education | 04/03/14 |
| MJ-PL-00042287 | Letter of Invitation | DCPS Office of Special Education | 04/01/14 |
| MJ-PL-00042288 | Unspecified (incomplete scan) | DCPS Office of Special Education | 04/03/14 |
| MJ-PL-00042289 | Evaluation Summary Report | DCPS Office of Special Education | 04/07/14 |
| MJ-PL-00042292 | Acknowledgement of Referral to Special Education Letter | DCPS Office of Special Education | 02/11/14 |
| MJ-PL-00042293 | Final Eligibility Determination Report | DCPS Office of Special Education | 04/10/14 |
| MJ-PL-00042299 | Analysis of Existing Data | DCPS Office of Special Education | 02/11/14 |
| MJ-PL-00042301 | Consent for Initial Evaluation/Reevaluation | DCPS Office of Special Education | 02/11/14 |
| MJ-PL-00042302 | OSSE Medicaid Parental Consent Form Cover Sheet | DCPS Office of Special Education | 03/12/15 |
| MJ-PL-00042303 | OSSE Medicaid Parental Consent Form Cover Sheet | DCPS Office of Special Education | 04/29/14 |
| MJ-PL-00042305 | Extended School Year (ESY) Services Eligibility Worksheet | DCPS Office of Special Education | 03/12/15 |

| MJ-PL-00042306 | Extended School Year (ESY) Services Eligibility Worksheet | DCPS Office of Special Education | 04/10/14 |
|---|---|---|---|
| MJ-PL-00042307 | ESY Criteria Cover Sheet | DCPS Office of Special Education | Undated |
| MJ-PL-00042308 | Consent for Initial Provision of Special Education and Related Services | DCPS Office of Special Education | 04/10/14 |
| MJ-PL-00042309 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 04/07/14 |
| MJ-PL-00042310 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 01/08/16 |
| MJ-PL-00042312 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 03/10/15 |
| MJ-PL-00042313 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 02/02/16 |
| MJ-PL-00042315 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 02/24/15 |
| MJ-PL-00042317 | Student Letter of Invitation - IEP Meeting | DCPS Office of Special Education | 01/08/16 |
| MJ-PL-00042319 | Student Letter of Invitation - IEP Meeting | DCPS Office of Special Education | 02/02/16 |
| MJ-PL-00042321 | Disability Worksheet: Specific Learning Disability | DCPS Office of Special Education | 04/10/14 |
| MJ-PL-00042326 | Multidisciplinary Team (MDT) Meeting Notes | DCPS Office of Special Education | 01/09/14 |
| MJ-PL-00042329 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | DCPS Office of Special Education | 02/11/14 |
| MJ-PL-00042331 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | DCPS Office of Special Education | 04/10/14 |
| MJ-PL-00042332 | Prior Written Notice - Development of IEP | DCPS Office of Special Education | 03/12/15 |
| MJ-PL-00042333 | Prior Written Notice - Development of IEP | DCPS Office of Special Education | 04/10/14 |
| MJ-PL-00042335 | District of Columbia Notice of Procedural Safeguards Rights of Parents of Students with Disabilities | DCPS Office of Special Education | 03/12/15 |
| MJ-PL-00042337 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 10/29/15 |
| MJ-PL-00042343 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 04/30/15 |

| MJ-PL-00042349 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 06/19/14 |
|---|---|---|---|
| MJ-PL-00042353 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 03/08/15 |
| MJ-PL-00042357 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 07/10/15 |
| MJ-PL-00042363 | Service Tracker | Somerset Public Charter School | 05/06/18 |
| MJ-PL-00042364 | Service Tracker | Somerset Public Charter School | 12/05/17 |
| MJ-PL-00042365 | Service Tracker | Somerset Public Charter School | 02/02/18 |
| MJ-PL-00042366 | Service Tracker | Somerset Public Charter School | 11/03/17 |
| MJ-PL-00042367 | Service Tracker | Somerset Public Charter School | 06/13/18 |
| MJ-PL-00042368 | Service Tracker | Somerset Public Charter School | 02/15/18 |
| MJ-PL-00042369 | Unspecified | Somerset Public Charter School | Undated |
| MJ-PL-00042370 | Service Tracker | Somerset Public Charter School | 01/05/18 |
| MJ-PL-00042371 | Service Tracker | Somerset Public Charter School | 03/05/18 |
| MJ-PL-00042372 | Service Tracker | Somerset Public Charter School | 06/05/18 |
| MJ-PL-00042373 | Miscellaneous Cover Sheet | Somerset Public Charter School | Undated |
| MJ-PL-00042374 | Miscellaneous Cover Sheet | Somerset Public Charter School | Undated |
| MJ-PL-00042375 | Student Profile Report | Curriculum Associates | 11/07/17 |
| MJ-PL-00042401 | Letter of Invitation | Somerset Public Charter School | 02/17/17 |
| MJ-PL-00042402 | Unspecified | Somerset Public Charter School | Undated |
| MJ-PL-00042403 | Unspecified | Somerset Public Charter School | 03/17/17 |
| MJ-PL-00042404 | Unspecified | Somerset Public Charter School | 03/17/17 |
| MJ-PL-00042411 | Analysis of Existing Data | Somerset Public Charter School | 04/03/17 |
| MJ-PL-00042416 | Consent for Initial Evaluation/Reevaluation | Somerset Public Charter School | 01/18/17 |
| MJ-PL-00042420 | Consent for Initial Evaluation/Reevaluation | Somerset Public Charter School | 01/18/17 |

| | | | |
|---|---|---|---|
| MJ-PL-00042422 | Extended School Year (ESY) Services Eligibility Worksheet | Somerset Public Charter School | 01/18/17 |
| MJ-PL-00042456 | Extended School Year (ESY) Services Eligibility Worksheet | Somerset Public Charter School | 10/31/17 |
| MJ-PL-00042457 | Eligibility Category Worksheet | Somerset Public Charter School | 10/31/17 |
| MJ-PL-00042460 | Eligibility Category Worksheet | Somerset Public Charter School | 10/31/17 |
| MJ-PL-00042462 | Parent/Guardian Letter of Invitation | Somerset Public Charter School | 01/18/17 |
| MJ-PL-00042463 | Parent/Guardian Letter of Invitation | Somerset Public Charter School | 01/18/17 |
| MJ-PL-00042464 | Student Letter of Invitation - IEP Meeting | Somerset Public Charter School | 09/21/17 |
| MJ-PL-00042465 | Student Letter of Invitation - IEP Meeting | Somerset Public Charter School | 01/18/17 |
| MJ-PL-00042467 | Disability Worksheet: Specific Learning Disability | Somerset Public Charter School | 04/03/17 |
| MJ-PL-00042472 | Disability Worksheet: Specific Learning Disability | Somerset Public Charter School | 04/03/17 |
| MJ-PL-00042480 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | Somerset Public Charter School | 04/03/17 |
| MJ-PL-00042482 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | Somerset Public Charter School | 04/03/17 |
| MJ-PL-00042484 | Prior Written Notice - Development of IEP | Somerset Public Charter School | 11/07/17 |
| MJ-PL-00042486 | Prior Written Notice - Development of IEP | Somerset Public Charter School | 01/28/17 |
| MJ-PL-00042488 | IEP Progress Report - Annual Goals | Somerset Public Charter School | 04/26/18 |
| MJ-PL-00042493 | IEP Progress Report - Annual Goals | Somerset Public Charter School | 06/12/18 |
| MJ-PL-00042497 | IEP Progress Report - Annual Goals | Somerset Public Charter School | 03/06/17 |
| MJ-PL-00042503 | Individualized Education Program (IEP) | DCPS Office of Special Education | 04/10/14 |
| MJ-PL-00042513 | Individualized Education Program (IEP) | DCPS Office of Special Education | 04/10/14 |
| MJ-PL-00042523 | Individualized Education Program (IEP) | DCPS Office of Special Education | 03/12/15 |

| MJ-PL-00042536 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 04/10/14 |
|---|---|---|---|
| MJ-PL-00042537 | Individualized Education Program (IEP) | Somerset Public Charter School | 01/18/17 |
| MJ-PL-00042538 | Individualized Education Program (IEP) | Somerset Public Charter School | 01/18/17 |
| MJ-PL-00042553 | Individualized Education Program (IEP) | Somerset Public Charter School | 10/31/17 |
| MJ-PL-00042568 | Service Tracker | Somerset Public Charter School | 04/05/18 |
| MJ-PL-00042569 | Service Tracker | Somerset Public Charter School | 10/05/17 |
| MJ-PL-00042570 | Final Eligibility Determination Report | Somerset Public Charter School | 04/03/17 |
| MJ-PL-00042571 | Final Eligibility Determination Report | Somerset Public Charter School | 04/03/17 |
| MJ-PL-00042580 | Final Eligibility Determination Report | Somerset Public Charter School | 04/03/17 |
| MJ-PL-00042581 | Parent/Guardian Letter of Invitation | Somerset Public Charter School | 09/21/17 |
| MJ-PL-00042582 | Parent/Guardian Letter of Invitation | Somerset Public Charter School | 09/21/17 |
| MJ-PL-00042583 | Service Tracker | DCPS Office of Special Education | 09/21/17 |
| MJ-PL-00042596 | Service Tracker | DCPS Office of Special Education | 06/13/16 |
| MJ-PL-00042606 | Service Tracker | DCPS Office of Special Education | 06/07/17 |
| MJ-PL-00042620 | Standard IEP Amendment Form (LEA Initiated) | Maya Angelou Public Charter School Evans High School | 11/14/18 |
| MJ-PL-00042622 | Consent for Initial Evaluation/Reevaluation | Maya Angelou Public Charter School Evans High School | Undated |
| MJ-PL-00042623 | Confidential Report of Psychological Evaluation | Maya Angelou Public Charter School Evans High School | 03/10/14 |
| MJ-PL-00042643 | Confidential Report of Psychological Evaluation | Maya Angelou Public Charter School Evans High School | 03/10/14 |
| MJ-PL-00042663 | Special Education (excel spreadsheet) | DCPS Office of Special Education | 2020-2021 |
| MJ-PL-00052092 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 06/19/14 |
| MJ-PL-00052158 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 07/10/15 |

| MJ-PL-00052207 | Service Tracker | DCPS Office of Special Education | 06/13/16 |
|---|---|---|---|
| MJ-PL-00052248 | DHS Case Notes | D.C. Department of Human Services (DHS) | Multiple Dates (2017-2019) |
| MJ-PL-00052258 | Historical Grades | D.C. Department of Human Services (DHS) | Multiple Dates (2016-2018) |
| MJ-PL-00060816 | 2019 HSCSN General Care Management Plan | HSCSN | 11/14/19 |
| MJ-PL-00060824 | Assessment Attempt and Follow Up | HSCSN | 02/11/20 |
| MJ-PL-00060827 | Problem: Developmental Delay | HSCSN | 05/20/19-11/19/19 |
| MJ-PL-00060830 | Problem: Intellectual Disability | HSCSN | 12/09/19-06/10/20 |
| MJ-PL-00060834 | Problem: [S.M.] | HSCSN | 02/21/18-08/21/18 |
| MJ-PL-00060838 | Problem: [S.M.] | HSCSN | 11/15/18-05/15/19 |
| MJ-PL-00060842 | Medical Records | Unity Health Care | 12/09/17 |
| MJ-PL-00060863 | Assessment Details | HSCSN | 11/14/17 |
| MJ-PL-00060876 | Assessment Details | HSCSN | 11/01/19 |
| MJ-PL-00060879 | Assessment Details | HSCSN | 02/06/19 |
| MJ-PL-00060883 | Individualized Education Program (IEP) | Maya Angelou Public Charter School Evans High School | 11/06/19 |
| MJ-PL-00060903 | Progress Note | Unity Health Care | 01/12/18 |
| MJ-PL-00060907 | Assessment Details | HSCSN | 03/16/18 |
| MJ-PL-00060910 | Multiple Documents (147 pages) | HSCSN | Multiple Dates (2017-2021) |
| MJ-PL-00061057 | Unspecified | Unspecified | Undated |

**M.R.**

| Beginning Bates Number | Document Name/Type | Agency/Provider/School | Date |
|---|---|---|---|
| MJ-PL-00043262 | Annual Enrollment Audit History | DCPS Office of Special Education | 2013-2019 |

| MJ-PL-00043263 | Attendance | DCPS Office of Special Education | 2016-2017 |
|---|---|---|---|
| MJ-PL-00043264 | Attendance | DCPS Office of Special Education | 2018-2019 |
| MJ-PL-00043265 | Attendance | DCPS Office of Special Education | 2019-2020 |
| MJ-PL-00043266 | Attendance | DCPS Office of Special Education | 2020-2021 |
| MJ-PL-00043267 | Current Enrollment | DCPS Office of Special Education | 2021 |
| MJ-PL-00043268 | Current Year Monthly Enrollment Snapshot | DCPS Office of Special Education | 2021 |
| MJ-PL-00043269 | PARCC and MSAA Assessment Results | DCPS Office of Special Education | 2018-2019 |
| MJ-PL-00043270 | Prior Years Enrollment History | DCPS Office of Special Education | 2013-2020 |
| MJ-PL-00043271 | Miscellaneous Cover Sheet | The Children's Guild DC Public Charter School | Undated |
| MJ-PL-00043272 | Miscellaneous Cover Sheet | The Children's Guild DC Public Charter School | Undated |
| MJ-PL-00043273 | Letter of Invitation | The Children's Guild DC Public Charter School | 02/23/16 |
| MJ-PL-00043275 | Acknowledgement of Referral to Special Education Letter | The Children's Guild DC Public Charter School | 03/02/16 |
| MJ-PL-00043276 | Final Eligibility Determination Report | The Children's Guild DC Public Charter School | 03/02/16 |
| MJ-PL-00043281 | Consent for Initial Provision of Special Education and Related Services | The Children's Guild DC Public Charter School | 03/25/16 |
| MJ-PL-00043282 | Parent/Guardian Letter of Invitation | The Children's Guild DC Public Charter School | 02/19/16 |
| MJ-PL-00043283 | Disability Worksheet: Other Health Impairment | The Children's Guild DC Public Charter School | 03/02/16 |
| MJ-PL-00043285 | Referral Acknowledgement Documentation Cover Sheet | The Children's Guild DC Public Charter School | Undated |
| MJ-PL-00043286 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | The Children's Guild DC Public Charter School | 03/02/16 |
| MJ-PL-00043288 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | The Children's Guild DC Public Charter School | 03/02/16 |

| | | | |
|---|---|---|---|
| MJ-PL-00043290 | Letter of Invitation | Friendship Public Charter School Blow Pierce Elementary | 11/06/14 |
| MJ-PL-00043291 | Unspecified | Friendship Public Charter School Blow Pierce Elementary | 11/06/14 |
| MJ-PL-00043292 | Acknowledgement of Referral to Special Education Letter | Friendship Public Charter School Blow Pierce Elementary | 11/06/14 |
| MJ-PL-00043293 | Analysis of Existing Data | Friendship Public Charter School Blow Pierce Elementary | 11/06/14 |
| MJ-PL-00043295 | Consent for Initial Evaluation/Reevaluation | Friendship Public Charter School Blow Pierce Elementary | 11/25/14 |
| MJ-PL-00043296 | Prior Written Notice - Do not proceed further with Evaluation Process after IEP Team Analyzes Existing Data | Friendship Public Charter School Blow Pierce Elementary | 02/13/15 |
| MJ-PL-00043298 | Letter of Invitation | DCPS Office of Special Education | 10/31/18 |
| MJ-PL-00043300 | Letter of Invitation | DCPS Office of Special Education | 10/31/18 |
| MJ-PL-00043302 | Evaluation Summary Report | DCPS Office of Special Education | 11/28/18 |
| MJ-PL-00043305 | Acknowledgement of Referral to Special Education Letter | DCPS Office of Special Education | 10/01/18 |
| MJ-PL-00043306 | Final Eligibility Determination Report | DCPS Office of Special Education | 11/30/18 |
| MJ-PL-00043312 | Analysis of Existing Data | DCPS Office of Special Education | 10/01/18 |
| MJ-PL-00043313 | Information Reviewed Cover Sheet | DCPS Office of Special Education | Undated |
| MJ-PL-00043314 | OSSE Medicaid Parental Consent Form Cover Sheet | DCPS Office of Special Education | 12/03/19 |
| MJ-PL-00043315 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 12/05/19 |
| MJ-PL-00043316 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 12/06/18 |
| MJ-PL-00043317 | Parent/Guardian Letter of Invitation | DCPS Office of Special Education | 12/06/18 |
| MJ-PL-00043318 | Prior Written Notice - Proceed with Evaluation | DCPS Office of Special Education | 10/01/18 |

| | Process (After Referral or Prior to Reevaluation) | | |
|---|---|---|---|
| MJ-PL-00043319 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | DCPS Office of Special Education | 11/28/18 |
| MJ-PL-00043320 | Prior Written Notice - Development of IEP | DCPS Office of Special Education | 12/20/18 |
| MJ-PL-00043321 | Prior Written Notice - Development of IEP | DCPS Office of Special Education | 12/05/19 |
| MJ-PL-00043322 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 11/15/19 |
| MJ-PL-00043326 | Individualized Education Program (IEP) | DCPS Office of Special Education | 11/02/20 |
| MJ-PL-00043335 | Service Tracker | Social Justice Public Charter School | 10/27/20 |
| MJ-PL-00043337 | Service Tracker | Social Justice Public Charter School | 02/01/21 |
| MJ-PL-00043339 | Service Tracker | Social Justice Public Charter School | 11/30/20 |
| MJ-PL-00043340 | Service Tracker | Social Justice Public Charter School | 12/22/20 |
| MJ-PL-00043342 | Service Tracker | Social Justice Public Charter School | 10/29/20 |
| MJ-PL-00043344 | Amended Individualized Education Program (IEP) | Social Justice Public Charter School | 10/30/20 |
| MJ-PL-00043353 | IEP Team Mandatory Participant Excusal Form | Social Justice Public Charter School | 10/30/20 |
| MJ-PL-00043354 | Parent/Guardian Letter of Invitation | Social Justice Public Charter School | 01/12/21 |
| MJ-PL-00043355 | Parent/Guardian Letter of Invitation | Social Justice Public Charter School | 10/30/20 |
| MJ-PL-00043357 | Parent/Guardian Letter of Invitation | Social Justice Public Charter School | 10/30/20 |
| MJ-PL-00043359 | IEP Progress Report - Annual Goals | Social Justice Public Charter School | 12/15/20 |
| MJ-PL-00043362 | Service Tracker | DCPS Office of Special Education | 06/14/19 |
| MJ-PL-00043391 | IEP Progress Report - Annual Goals | DCPS Office of Special Education | 06/01/20 |
| MJ-PL-00043429 | Referral Acknowledgement Documentation Cover Sheet | The Children's Guild DC Public Charter School | Undated |
| MJ-PL-00043430 | Referral Acknowledgement Documentation Cover Sheet | The Children's Guild DC Public Charter School | Undated |

| MJ-PL-00043431 | Unspecified | Friendship Public Charter School Blow Pierce Elementary | 11/06/14 |
|---|---|---|---|
| MJ-PL-00043432 | Consent for Initial Evaluation/Reevaluation | DCPS Office of Special Education | 10/01/18 |
| MJ-PL-00043433 | Individualized Education Program (IEP) | DCPS Office of Special Education | 12/17/18 |
| MJ-PL-00043434 | Extended School Year (ESY) Services Eligibility Worksheet | DCPS Office of Special Education | 12/17/18 |
| MJ-PL-00043436 | Extended School Year (ESY) Services Eligibility Worksheet | DCPS Office of Special Education | 12/17/18 |
| MJ-PL-00043438 | Eligibility Category Worksheet | DCPS Office of Special Education | 12/17/18 |
| MJ-PL-00043445 | Eligibility Category Worksheet | DCPS Office of Special Education | 12/17/18 |
| MJ-PL-00043452 | Procedural Safeguards Documentation Cover Sheet | DCPS Office of Special Education | 12/17/18 |
| MJ-PL-00043454 | Procedural Safeguards Documentation Cover Sheet | DCPS Office of Special Education | 12/17/18 |
| MJ-PL-00043456 | IEP Team Meeting Agenda/Notes | DCPS Office of Special Education | Undated (Grade 4) |
| MJ-PL-00043461 | IEP Team Meeting Agenda/Notes | DCPS Office of Special Education | Undated (Grade 4) |
| MJ-PL-00043466 | Disability Worksheet: Other Health Impairment | DCPS Office of Special Education | 11/30/18 |
| MJ-PL-00043468 | Disability Worksheet: Other Health Impairment | DCPS Office of Special Education | 11/30/18 |
| MJ-PL-00043470 | Consent for Initial Provision of Special Education and Related Services | DCPS Office of Special Education | 11/28/18 |
| MJ-PL-00043471 | Consent for Initial Provision of Special Education and Related Services | DCPS Office of Special Education | 11/28/18 |
| MJ-PL-00043472 | Individualized Education Program (IEP) | DCPS Office of Special Education | 11/25/19 |
| MJ-PL-00043473 | Procedural Safeguards Documentation Cover Sheet | DCPS Office of Special Education | 12/03/19 |
| MJ-PL-00043475 | IEP Team Meeting Agenda/Notes | DCPS Office of Special Education | Undated (Grade 5) |
| MJ-PL-00043480 | Extended School Year (ESY) Services Eligibility Worksheet | DCPS Office of Special Education | 12/03/19 |
| MJ-PL-00043482 | Eligibility Category Worksheet | DCPS Office of Special Education | 12/03/19 |

| MJ-PL-00043489 | Confidential Comprehensive Psychological Evaluation | DCPS Office of Special Education | 11/15/18 |
|---|---|---|---|
| MJ-PL-00043509 | Confidential Comprehensive Psychological Evaluation | DCPS Office of Special Education | 11/15/18 |
| MJ-PL-00043529 | Unspecified | DCPS Office of Special Education | 10/01/18 |
| MJ-PL-00043530 | Standard IEP Amendment Form (Parent Initiated) | Social Justice Public Charter School | 09/14/20 |
| MJ-PL-00043532 | Special Education (excel spreadsheet) | DCPS Office of Special Education | 2020-2021 |
| MJ-PL-00045468 | Multiple Documents (126 pages) | Hillcrest Children & Family Center | Multiple Dates (2019-2021 |
| MJ-PL-00049305 | Multiple Documents (52 pages) | Hillcrest Children & Family Center | Multiple Dates (2018-2019) |
| MJ-PL-00049357 | Mental Status Exam (MSE) | Hillcrest Children & Family Center | 05/14/20 |
| MJ-PL-00049359 | Demographic Information | Hillcrest Children & Family Center | 05/14/20 |
| MJ-PL-00049363 | Mental Status Exam (MSE) | Hillcrest Children & Family Center | 07/11/18 |
| MJ-PL-00049365 | Demographic Information | Hillcrest Children & Family Center | 07/11/18 |
| MJ-PL-00049369 | Nursing Encounter Note | Hillcrest Children & Family Center | 12/14/18 |
| MJ-PL-00049371 | Child Psychiatric Note | Hillcrest Children & Family Center | 01/19/19 |
| MJ-PL-00049373 | Child Psychiatric Note | Hillcrest Children & Family Center | 12/19/18 |
| MJ-PL-00049375 | Child Psychiatric Note | Hillcrest Children & Family Center | 10/26/18 |
| MJ-PL-00049377 | Nursing Encounter Note | Hillcrest Children & Family Center | 10/03/18 |
| MJ-PL-00049379 | Child Psychiatric Note | Hillcrest Children & Family Center | 08/31/18 |
| MJ-PL-00049381 | Child Encounter Note | Hillcrest Children & Family Center | 10/23/18 |
| MJ-PL-00049383 | Treatment Plan Cover Page | Hillcrest Children & Family Center | 06/24/20 |
| MJ-PL-00049387 | Treatment Plan Cover Page | Hillcrest Children & Family Center | 12/21/19 |
| MJ-PL-00049391 | Treatment Plan | Hillcrest Children & Family Center | 02/08/19 |

| MJ-PL-00049395 | Treatment Plan | Hillcrest Children & Family Center | 08/15/18 |
| MJ-PL-00052282 | Prior Written Notice - Do not proceed further with Evaluation Process after IEP Team Analyzes Existing Data | Friendship Public Charter School Blow Pierce Elementary | 02/13/15 |
| MJ-PL-00052289 | Disability Worksheet: Other Health Impairment, Final Eligibility Determination Report | The Children's Guild DC Public Charter School | 03/02/16 |
| MJ-PL-00052302 | Multiple Documents (91 pages) | DCPS Office of Special Education | Multiple Dates (2018-2019) |
| MJ-PL-00052393 | Multiple Documents (55 pages) | DCPS Office of Special Education | Multiple Dates (2019-2020) |

**D.D.**

| Beginning Bates Number | Document Name/Type | Agency/Provider/School | Date |
|---|---|---|---|
| MJ-PL-00044496 | Multiple Documents (114 pages) | Community Connections | Multiple Dates (2019-2021) |
| MJ-PL-00062978 | Multiple Documents (114 pages) | Community Connections | Multiple Dates (2019-2021) |
| MJ-PL-00063473 | Unspecified | DC Preparatory Academy Public Charter School | 03/31/14 |
| MJ-PL-00063474 | Referral Acknowledgement Documentation Cover Sheet | DC Preparatory Academy Public Charter School | 02/23/16 |
| MJ-PL-00063475 | Unspecified | DC Preparatory Academy Public Charter School | Multiple years |
| MJ-PL-00063476 | Unspecified | DC Preparatory Academy Public Charter School | Undated |
| MJ-PL-00063477 | Unspecified | DC Preparatory Academy Public Charter School | Undated |
| MJ-PL-00063478 | Unspecified | DC Preparatory Academy Public Charter School | Undated |
| MJ-PL-00063479 | Unspecified | DC Preparatory Academy Public Charter School | Undated |

| MJ-PL-00063480 | Unspecified | DC Preparatory Academy Public Charter School | Undated |
|---|---|---|---|
| MJ-PL-00063481 | Unspecified | Thurgood Marshall Academy Public Charter High School | Undated |
| MJ-PL-00063482 | Unspecified | Thurgood Marshall Academy Public Charter High School | Undated |
| MJ-PL-00063483 | Unspecified | Thurgood Marshall Academy Public Charter High School | 2020-2021 |
| MJ-PL-00063484 | Service Tracker | DC Preparatory Academy Public Charter School | 01/12/15 |
| MJ-PL-00063485 | Service Tracker | DC Preparatory Academy Public Charter School | 11/01/13 |
| MJ-PL-00063486 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 11/01/13 |
| MJ-PL-00063487 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | Undated |
| MJ-PL-00063488 | Service Tracker | DC Preparatory Academy Public Charter School | 01/31/14 |
| MJ-PL-00063489 | Service Tracker | DC Preparatory Academy Public Charter School | 06/11/14 |
| MJ-PL-00063490 | Service Tracker | DC Preparatory Academy Public Charter School | 02/28/14 |
| MJ-PL-00063491 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | Undated |
| MJ-PL-00063492 | Service Tracker | DC Preparatory Academy Public Charter School | 11/04/14 |
| MJ-PL-00063493 | Service Tracker | DC Preparatory Academy Public Charter School | 09/30/14 |
| MJ-PL-00063494 | Service Tracker | DC Preparatory Academy Public Charter School | 05/01/14 |
| MJ-PL-00063495 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 09/30/13 |
| MJ-PL-00063496 | Service Tracker | DC Preparatory Academy Public Charter School | 09/27/13 |
| MJ-PL-00063497 | Service Tracker | DC Preparatory Academy Public Charter School | 06/18/13 |
| MJ-PL-00063498 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | Undated |
| MJ-PL-00063499 | Service Tracker | DC Preparatory Academy Public Charter School | 12/26/12 |
| MJ-PL-00063500 | Service Tracker | DC Preparatory Academy Public Charter School | 02/02/13 |
| MJ-PL-00063501 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 02/03/13 |
| MJ-PL-00063502 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 12/03/12 |

| MJ-PL-00063503 | Service Tracker | DC Preparatory Academy Public Charter School | 12/03/12 |
|---|---|---|---|
| MJ-PL-00063504 | Service Tracker | DC Preparatory Academy Public Charter School | 04/30/13 |
| MJ-PL-00063505 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | Undated |
| MJ-PL-00063506 | Service Tracker | DC Preparatory Academy Public Charter School | 09/27/12 |
| MJ-PL-00063507 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 09/27/12 |
| MJ-PL-00063508 | Service Tracker | DC Preparatory Academy Public Charter School | 06/08/12 |
| MJ-PL-00063509 | Service Tracker | DC Preparatory Academy Public Charter School | 06/03/13 |
| MJ-PL-00063511 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 11/01/12 |
| MJ-PL-00063512 | Service Tracker | DC Preparatory Academy Public Charter School | 11/01/12 |
| MJ-PL-00063513 | Service Tracker | DC Preparatory Academy Public Charter School | 03/09/15 |
| MJ-PL-00063514 | Service Tracker | DC Preparatory Academy Public Charter School | 03/09/15 |
| MJ-PL-00063515 | Service Tracker | DC Preparatory Academy Public Charter School | 03/04/13 |
| MJ-PL-00063516 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 03/04/13 |
| MJ-PL-00063517 | Service Tracker | DC Preparatory Academy Public Charter School | 09/03/13 |
| MJ-PL-00063518 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 03/29/13 |
| MJ-PL-00063519 | Service Tracker | DC Preparatory Academy Public Charter School | 03/29/13 |
| MJ-PL-00063520 | Service Tracker | DC Preparatory Academy Public Charter School | 05/02/12 |
| MJ-PL-00063521 | Service Tracker | DC Preparatory Academy Public Charter School | 12/04/14 |
| MJ-PL-00063522 | Service Tracker | DC Preparatory Academy Public Charter School | 01/14/14 |
| MJ-PL-00063523 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 01/14/14 |
| MJ-PL-00063524 | Service Tracker | DC Preparatory Academy Public Charter School | 01/14/14 |
| MJ-PL-00063525 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 01/14/14 |
| MJ-PL-00063526 | Service Tracker | DC Preparatory Academy Public Charter School | 01/14/14 |

| MJ-PL-00063527 | Service Tracker | DC Preparatory Academy Public Charter School | 01/14/14 |
| MJ-PL-00063528 | Service Tracker | DC Preparatory Academy Public Charter School | 06/03/14 |
| MJ-PL-00063529 | Service Tracker | DC Preparatory Academy Public Charter School | 04/02/14 |
| MJ-PL-00063530 | Service Tracker | DC Preparatory Academy Public Charter School | 03/16/15 |
| MJ-PL-00063531 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | DC Preparatory Academy Public Charter School | 03/13/15 |
| MJ-PL-00063532 | Evaluation Summary Report | DC Preparatory Academy Public Charter School | 03/13/15 |
| MJ-PL-00063545 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | DC Preparatory Academy Public Charter School | 03/13/15 |
| MJ-PL-00063547 | Analysis of Existing Data | DC Preparatory Academy Public Charter School | 01/17/12 |
| MJ-PL-00063550 | MDT Meeting Notes: IEP | DC Preparatory Academy Public Charter School | 03/17/15 |
| MJ-PL-00063551 | Miscellaneous Cover Sheet | DC Preparatory Academy Public Charter School | 05/08/14 |
| MJ-PL-00063552 | Meeting Notes: Annual IEP | DC Preparatory Academy Public Charter School | 03/14/14 |
| MJ-PL-00063555 | District of Columbia Notice of Procedural Safeguards Rights of Parents of Students with Disabilities | DC Preparatory Academy Public Charter School | 03/14/14 |
| MJ-PL-00063556 | Prior Written Notice - Amendment of IEP | DC Preparatory Academy Public Charter School | 03/14/14 |
| MJ-PL-00063557 | MDT Meeting Notes: IEP | DC Preparatory Academy Public Charter School | 03/14/14 |
| MJ-PL-00063567 | Miscellaneous Cover Sheet | DC Preparatory Academy Public Charter School | 02/24/16 |
| MJ-PL-00063568 | Letter of Invitation | DC Preparatory Academy Public Charter School | 03/03/15 |
| MJ-PL-00063570 | Letter of Invitation | DC Preparatory Academy Public Charter School | 04/11/12 |
| MJ-PL-00063572 | Evaluation Summary Report | DC Preparatory Academy Public Charter School | 03/13/15 |
| MJ-PL-00063585 | Evaluation Summary Report | DC Preparatory Academy Public Charter School | 04/11/12 |

| MJ-PL-00063591 | Acknowledgement of Referral to Special Education Letter | DC Preparatory Academy Public Charter School | 02/23/16 |
|---|---|---|---|
| MJ-PL-00063592 | Acknowledgement of Referral to Special Education Letter | DC Preparatory Academy Public Charter School | 01/13/12 |
| MJ-PL-00063593 | Prior Written Notice - Identification | DC Preparatory Academy Public Charter School | 04/11/12 |
| MJ-PL-00063595 | Final Eligibility Determination Report | DC Preparatory Academy Public Charter School | 04/11/12 |
| MJ-PL-00063604 | Final Eligibility Determination Report | DC Preparatory Academy Public Charter School | 03/12/15 |
| MJ-PL-00063611 | Confidential Psycho-Educational Evaluation | DC Preparatory Academy Public Charter School | 02/13/12 |
| MJ-PL-00063628 | Confidential Psycho-Educational Evaluation | DC Preparatory Academy Public Charter School | 02/13/12 |
| MJ-PL-00063645 | Confidential Psycho-Educational Evaluation | DC Preparatory Academy Public Charter School | 02/13/12 |
| MJ-PL-00063662 | Confidential Speech and Language Evaluation | DC Preparatory Academy Public Charter School | 03/15/12 |
| MJ-PL-00063667 | Confidential Speech and Language Evaluation | DC Preparatory Academy Public Charter School | 03/15/12 |
| MJ-PL-00063672 | Analysis of Existing Data | DC Preparatory Academy Public Charter School | 01/17/12 |
| MJ-PL-00063677 | Analysis of Existing Data | DC Preparatory Academy Public Charter School | 03/03/15 |
| MJ-PL-00063681 | Analysis of Existing Data | DC Preparatory Academy Public Charter School | 01/17/12 |
| MJ-PL-00063684 | Prior Written Notice - Evaluation | DC Preparatory Academy Public Charter School | 01/13/12 |
| MJ-PL-00063686 | Consent for Initial Evaluation/Reevaluation | DC Preparatory Academy Public Charter School | 12/09/14 |
| MJ-PL-00063687 | Consent for Initial Evaluation/Reevaluation | DC Preparatory Academy Public Charter School | 02/21/12 |
| MJ-PL-00063688 | Consent for Initial Evaluation/Reevaluation | DC Preparatory Academy Public Charter School | 04/17/12 |
| MJ-PL-00063689 | Prior Written Notice | DC Preparatory Academy Public Charter School | 03/19/13 |
| MJ-PL-00063691 | Prior Written Notice | DC Preparatory Academy Public Charter School | Undated |
| MJ-PL-00063693 | Prior Written Notice | DC Preparatory Academy Public Charter School | 05/03/12 |
| MJ-PL-00063695 | Extended School Year (ESY) Services Eligibility Worksheet | DC Preparatory Academy Public Charter School | Undated |

| MJ-PL-00063696 | Amended Individualized Education Program (IEP) | DC Preparatory Academy Public Charter School | 02/02/15 |
|---|---|---|---|
| MJ-PL-00063707 | Consent for Initial Provision of Special Education and Related Services | DC Preparatory Academy Public Charter School | 03/03/15 |
| MJ-PL-00063708 | Consent for Initial Provision of Special Education and Related Services | DC Preparatory Academy Public Charter School | 04/26/12 |
| MJ-PL-00063709 | Parent/Guardian Letter of Invitation | DC Preparatory Academy Public Charter School | 03/14/14 |
| MJ-PL-00063710 | Parent/Guardian Letter of Invitation | DC Preparatory Academy Public Charter School | 04/15/12 |
| MJ-PL-00063711 | Parent/Guardian Letter of Invitation | DC Preparatory Academy Public Charter School | 03/19/13 |
| MJ-PL-00063712 | Parent/Guardian Letter of Invitation | DC Preparatory Academy Public Charter School | 03/19/13 |
| MJ-PL-00063713 | Disability Worksheet: Specific Learning Disability | DC Preparatory Academy Public Charter School | 03/12/15 |
| MJ-PL-00063718 | Disability Worksheet: Specific Learning Disability | DC Preparatory Academy Public Charter School | 03/12/15 |
| MJ-PL-00063723 | Disability Worksheet: Speech or Language Impairment | DC Preparatory Academy Public Charter School | 03/13/15 |
| MJ-PL-00063725 | Disability Worksheet: Speech or Language Impairment | DC Preparatory Academy Public Charter School | 03/13/15 |
| MJ-PL-00063727 | Disability Worksheet: Speech or Language Impairment | DC Preparatory Academy Public Charter School | 04/11/12 |
| MJ-PL-00063729 | Prior Written Notice - Proceed with Evaluation Process (After Referral or Prior to Reevaluation) | DC Preparatory Academy Public Charter School | 03/13/15 |
| MJ-PL-00063731 | Prior Written Notice - Do not proceed further with Evaluation Process after IEP Team Analyzes Existing Data | DC Preparatory Academy Public Charter School | 02/24/16 |
| MJ-PL-00063733 | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | DC Preparatory Academy Public Charter School | 03/13/15 |
| MJ-PL-00063734 | Prior Written Notice - Amendment of IEP | DC Preparatory Academy Public Charter School | 03/14/14 |
| MJ-PL-00063735 | Procedural Safeguards Documentation Cover Sheet | DC Preparatory Academy Public Charter School | 02/24/16 |

| MJ-PL-00063736 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 02/10/14 |
|---|---|---|---|
| MJ-PL-00063742 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 02/05/15 |
| MJ-PL-00063746 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 11/14/14 |
| MJ-PL-00063750 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 11/05/13 |
| MJ-PL-00063756 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 06/18/13 |
| MJ-PL-00063760 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 05/01/13 |
| MJ-PL-00063764 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 02/06/13 |
| MJ-PL-00063768 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 06/11/12 |
| MJ-PL-00063772 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 11/08/12 |
| MJ-PL-00063776 | IEP Progress Report - Annual Goals | DC Preparatory Academy Public Charter School | 04/29/14 |
| MJ-PL-00063781 | Individualized Education Report (IEP) | DC Preparatory Academy Public Charter School | 03/14/14 |
| MJ-PL-00063782 | Individualized Education Report (IEP) | DC Preparatory Academy Public Charter School | 03/14/14 |
| MJ-PL-00063792 | Individualized Education Program (IEP) | DC Preparatory Academy Public Charter School | 03/19/13 |
| MJ-PL-00063801 | Individualized Education Program (IEP) | DC Preparatory Academy Public Charter School | 04/11/12 |
| MJ-PL-00063810 | Unspecified (incomplete scan) | DC Preparatory Academy Public Charter School | 06/03/12 |
| MJ-PL-00063811 | Service Tracker | DC Preparatory Academy Public Charter School | 06/03/12 |
| MJ-PL-00063812 | Unspecified | DC Preparatory Academy Public Charter School | Multiple date ranges |
| MJ-PL-00063813 | Unspecified | DC Preparatory Academy Public Charter School | Multiple date ranges |
| MJ-PL-00063814 | Consent for Initial Evaluation/Reevaluation | DC Preparatory Academy Public Charter School | 12/09/14 |
| MJ-PL-00063815 | Standard IEP Amendment Form (LEA Initiated) | DC Preparatory Academy Public Charter School | 01/26/15 |