UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et al., )<br><br>Plaintiffs, )<br><br>- against - )<br><br>The District of Columbia, et al., )<br><br>Defendants. ) | Civ. No. 1:18-cv-1901 (EGS) |

## DECLARATION OF NARELL JOYNER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Narell Joyner, of full age, hereby certify as follows:

1. I am over 18 years of age and I am competent to testify regarding the matters described herein.

2. Plaintiffs in the above-captioned action have retained me to act as an expert witness.

3. Attached hereto as Exhibit A is a true and accurate copy of my July 19, 2021 Report in support of Plaintiffs' Motion for Class Certification, and the appendices attached thereto (collectively, my "report").

4. My report describes the primary data and other information I considered in forming my opinions.

5. My CV is attached as Appendix A to my report, and sets forth my qualifications.

6. I have not testified as an expert witness in any federal or state court litigation within the last four years.

7. I am compensated for my work on this report at a rate of $125 per hour.

8. I respectfully adopt and incorporate into this Declaration my report, which describes the testimony I am offering in support of Plaintiffs' Motion for Class Certification.

9. I understand and intend that my report is to be presented to the Court with the same

weight and consequences as if I had stated the report orally, under oath, in a court of law.


I certify under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2021, in _Mint Hill, NC_ .


_Narell Joyner_
Narell Joyner

## EXHIBIT A - REPORT by Narell Joyner
### July 19, 2021
### *M.J., et al. v. District of Columbia, et al.*

**I.     Overview**

The Bazelon Center for Mental Health Law retained me as an expert witness in the *M.J., et al. v. District of Columbia, et al.* litigation. Specifically, I was asked to review a sample of children and youth to provide opinions, based on the information I reviewed, about whether they needed intensive community-based services (ICBS) and were currently institutionalized or at serious risk of institutionalization.  As part of my review, I read available treatment records, school records, court records, and other agency records; interviewed each child and their parents or caretakers, to the extent appropriate; and interviewed service providers, teachers, and other people involved in the child or youth's life.

It is my understanding that Plaintiffs filed this class action on behalf of children and youth who have mental health disabilities (defined in their Complaint with reference to the District's definition of "serious emotional disturbance") and need intensive community-based services (ICBS), and who are at risk of institutionalization (or are currently institutionalized).  I agree with the description of ICBS as defined in the Complaint, as it is consistent with my experience and expertise.  The ICBS that children and youth with significant mental health needs include intensive care coordination, intensive behavior supports, and mobile crisis services, described in the Complaint as:

- *Intensive care coordination* **("ICC")**—an intensive form of case management in which a provider convenes a "Child and Family Team," including the child, the child's family, service providers, and other individuals identified by the family, to design and supervise a plan that provides and coordinates services for children with mental health disabilities;

- *Intensive behavior support services*—individualized therapeutic interventions provided on a frequent and consistent basis that are designed to improve behavior and delivered to children and families in any setting where the child is naturally located; and

- *Mobile crisis services*—a mobile, onsite, in-person response, available at any time or place to a child experiencing a crisis, for the purpose of identifying, assessing, and stabilizing the situation and reducing any immediate risk of harm.  These services may be delivered in the child's home, school, or community.

Complaint, ¶ 39.  This description is consistent with the understanding of ICBS that I and the other experts reviewing the children and youth in our study used in making findings about what they have received or are currently receiving, and what they have needed or still need.

My opinion is that all five of the youth I reviewed are Medicaid eligible; have a serious emotional disturbance; and need ICBS and have not received them.  I also believe four of the five youth are currently institutionalized or at risk of institutionalization.

1

## II.    Background and Experience

I have over forty years of professional experience in the planning and delivery of mental health services for children and youth, including developing service, education, and behavior plans; coordinating care across multiple state agencies; and planning transitions to employment. I have acted as a consultant to human services agencies and service providers in at least seven states and the District of Columbia.  As a consultant, I have trained and coached caseworkers and supervisors in developing and implementing individualized plans for children with mental health needs, including crisis planning.  I have consulted with states engaged in reforming their practices to comply with consent decrees entered in class action litigation – including *J.K. v Eden* (Arizona) *and R.C. v. Hornsby* (Alabama).  I have also provided expert testimony for plaintiffs in a class action: *Rosie D. v. Romney* (Massachusetts).  In performing this work I have interviewed over one thousand children and youth and their family members, as part of a process of understanding the child's strengths and needs, and then identifying formal services and natural supports to help meet the child's needs.

For the past twenty years, I have served as a consultant for the Child Welfare Policy and Practice Group, based in Montgomery, Alabama.  I have also worked for MeckCares System of Care as a State Liaison and System of Care Consultant.  In this role, I helped officials in Charlotte and Mecklenberg County, North Carolina, to implement systems of care and develop individualized plans for youth involved in mental health, social services, and special education. From 1998 to 2005, I worked for the North Carolina Department of Health and Human Services Division of Mental Health as a Program Manager overseeing compliance efforts for the *Willie M.* class action litigation, which involved reforming systems serving children with significant behavior support needs in their own homes and communities in a 15-county region of the state. In this role, I worked with local mental health programs to improve their administrative and clinical practices, and to better understand the impact of those practices on individual children and families.

Prior to my tenure with the Division of Mental Health, I worked as a case management supervisor for Specialized Youth Services, monitoring the development, coordination, and evaluation of services for children aged eight to eighteen with mental health needs. From 1978 to 1982 and from 1984 until 1997, I worked for Project T.E.A.C.C.H., a state-funded service provider, as a Psychoeducational Therapist and then as a Vocational Director for autistic children and their families. Prior to this, I worked for the Murdoch Center, a residential care facility for adults with intellectual and developmental disabilities, as a Health Care Technician, Education Specialist, Unit Manager, and Division Director. As Division Director, I monitored the development, implementation, and evaluation of comprehensive treatment plans for children and adults with developmental disabilities, in addition to providing professional guidance and supervision to staff that included a psychologist, occupational therapists, physical therapists, speech therapists, teachers, a dietician, unit manager, and health care technicians.

I attended Winston Salem State University and graduated in 1976 with a B.A. in Psychology.  My Master's work is in Special Education. I attended the University of North Carolina at Chapel Hill.

A copy of my current curriculum vitae is attached as Appendix A to this report.

### III.    Structure of the Review

Plaintiffs' counsel retained me in 2019.  That year, I met with other consultants retained by Plaintiffs, Sara Boyd, Kimm Campbell, and Bruce Kamradt, and Plaintiffs' counsel to discuss the structure of our review of a sample of children and youth with experience receiving mental health services provided by the District.  We discussed our shared understanding of the ICBS that some children need to remain in their own homes and be successful in the community.  We also identified factors that might indicate that a child is at serious risk of institutionalization, such as whether the child had recently been institutionalized in a residential treatment facility, or experienced repeated psychiatric hospitalization.  I understand that Plaintiffs' counsel asked the District to identify children and youth with these experiences dating back two years before the filing of the Complaint.  I also understand that it was from this group that another expert, Sally Rogers, selected a random sample of children whose cases we would review, assuming that we could reach them and obtain consent to include them in our study.

The consultants also agreed on a process for obtaining information about the children and youth whom we would study.  This process would include  (1) a review of available records; (2) interviews with the children; (3) interviews with parents or guardians; (4) interviews with available key provider staff.  This is a process I am familiar with; gathering information about the child and family from multiple sources permits the reviewer to gain a thorough understanding of the child, the child's family, school, service, and placement history.  This process is used widely in evaluating the service needs of individual children, and in understanding how a mental health service delivery system meets the needs of children and families in the system.

We also agreed on the questions we would try to answer through our record reviews and that we would ask during our interviews.  We developed protocols for records reviews and interviews that included these questions.

Together, our consultant team developed a set of agencies, providers, and schools from which we asked Plaintiffs' counsel to request records.   We asked that records dating to the child's birth be obtained whenever possible, so that we could learn as much as possible about the child's early developmental and family history.  We also asked for psychological evaluations, clinical assessments, special education records including individualized education program (IEP) plans, juvenile justice case plans, and court reports.

We focused our interviews on corroborating findings in the records, resolving conflicts in the records, and gathering more information where records included vague or incomplete information – oftentimes to learn where to request additional records and who else to interview. We also wanted to see if the service notes in the records matched with the family's experience of receiving those services, and if interviewees expressed satisfaction about the services, including about whether the child's condition or behavior improved after receiving them.  We asked children and families about their strengths, needs, wants, concerns, and fears.  We also asked them what types of services and supports they believed would work for them.

The COVID-19 pandemic prevented us from meeting with families, youth, and providers in person and from conducting school-based observations or other placement observations.  In my experience, I gain more information from in-person interviews than from interviews conducted by phone or through videoconference, but it was not safe for us, the families, or the

providers to meet during the review timeframe.  For this reason, we attempted to conduct most of our interviews via Zoom or other video sharing platforms (where families and providers could access this technology).  Despite these limitations, I believe that I had sufficient information to make findings about the children's mental health needs, and their experiences with mental health services, and to make recommendations for what they need now.

To help ensure consistency, our expert team met about every three weeks during the review process, along with Plaintiffs' counsel, to discuss the children and youth whose cases we were reviewing.

## IV.    Summaries of Youth Reviewed

I reviewed records and conducted interviews between January 2021 and July 2021.  I understand that another expert randomly assigned the cases to each of the experts.  I was assigned seven children and youth that the District identified to Plaintiffs as having a serious emotional disturbance: A.J., M.B., M.T., W.H., D.G., D.C., and X.L.

Shortly after I was assigned to review A.J., he was released from incarceration.  Because he wanted to focus all of his energies on re-integrating into the community, he withdrew his consent to participate before I had a chance to speak with him and before I could review his records.

For the remaining six youth, I reviewed all records that the attorneys were able to obtain regarding the children and youth, which are listed in the attached Appendix B.  I did not receive any records for X.L., which prevented me from drawing conclusions about his service needs.  I interviewed each family, to the extent they were available and agreed to an interview, and a number of service provider staff who worked with them.  I have referenced the individuals I interviewed in each youth's summary.

I am being compensated for my work in this case at the rate of $125 per hour.  If I am asked to testify, my rate is $175 per hour.

## **M.B.**

M.B. is a 19-year-old Black male who has a serious emotional disturbance, who needs ICBS and has not received it, and who is currently incarcerated.

To write this summary, I interviewed M.B.'s mother, M.B., his probation officer, the principal at the Foundation School of Prince George's County (Foundation), an Academic Coordinator at The Pathways Schools (Pathways) and his Community Connections' Transition Age Youth (TAY) case manager.

M.B. has been described as someone who "stands up for the underdog."  He enjoys helping others, has a contagious grin, and is honest with his feelings.  He also enjoys boxing and playing basketball - he participated on his school's basketball team.  M.B. wants to be a professional boxer or perhaps a barber - he received barber training in the past and reports that he enjoyed it.  M.B. said that his mother is his hero and that he loves hanging out with her, going out to eat, and watching TV together.  M.B. says that he manages his frustrations by listening to music, calling his friends, and going for walks.  M.B.'s probation officer said that M.B. never

made excuses for his behavior, was never agitated or frustrated, and that he always showed up on time and answered questions.

While M.B. told me he does not wish to have friends right now (he believes his friends have let him down and negatively influenced him), he currently has a girlfriend, and has shown that he has been able to build meaningful relationships. M.B. received an award in fifth grade for caring, because he shared with his peers and checked in on them. M.B.'s mother said he has been a responsible caretaker for his younger siblings and worked successfully in a daycare program for pre-school children. In records and in our interview, M.B. also expressed an interest in learning to build houses for people experiencing homelessness. M.B. says that he gained this interest as a child after volunteering at homeless shelters to hand out food. Based on M.B.'s report, he is not spiritually connected and does not have a spiritual preference.

M.B.'s most recent diagnoses include Adjustment Disorder, Disruptive Mood Dysregulation Disorder (DMDD), ADHD, and a learning disability (reading disorder). He has had prior diagnoses of oppositional defiant disorder (ODD), receptive and expressive language disorder, "Education Maladjustment", "Adjustment Disorder", and a "rule out" (recommendation for additional evaluation to rule out) for Borderline Intellectual Functioning that was not, according to the records I reviewed, ruled out. M.B. has taken medication in the past – including Adderall and Concerta. He was also prescribed Metadate (although his mother and the provider agency were unable to find a supply of Metadate so he never took the medication). M.B. said he is not currently taking any medication, though he has reported that medication has helped him to focus in the past and he would consider medication now or in the future. M.B. has an extensive history of verbal and physical aggression. He is currently incarcerated on a charge of armed robbery.

Before his incarceration, M.B. lived with his mother and siblings. M.B.'s father has never lived with the family but visits the home occasionally. M.B. reports that domestic violence between his mother and father occurred during these visits, and he observed the violence as a young child. M.B.'s day-to-day relationship with his father ended when he was eight years old. Since that time, he has seen his father from time to time in the community, with the last reported interaction when M.B. was 16.

M.B. is the eldest of six siblings. M.B.'s other siblings are eighteen, sixteen, eleven, eight and four years old. M.B.'s maternal grandfather lived in his mother's home before his death. When asked, M.B. said his grandfather was his role model. He would like to act like his grandfather because he was "very laid back" (that is, his grandfather would not get angry). M.B.'s uncle occasionally lives with the family.

M.B.'s mother receives her primary income from Supplemental Security Income (SSI), a monthly stipend offered to low-income adults and children who have a disability. According to M.B., he was also receiving SSI prior to his incarceration, and he was enrolled in Medicaid. The family also receives Temporary Assistance for Needy Families (TANF) benefits.

M.B. told me that he has two children with his girlfriend, a one-year-old son and an eight-month-old daughter, and that his children live with his mother. However, M.B.'s mother denied that M.B. has children and said she has no children (other than her own) living with her.

<u>History of Behavioral Health Services</u>

M.B. experienced two seizures as an infant and has not experienced any seizures since that time, according to his mother.  At age two, M.B. fell and cut his face.  Apart from these minor incidents, and some speech delays, M.B.'s mother reports that he stayed on target with other developmental milestones. When M.B. was four years old, he began attending Birney Elementary School in the District for pre-kindergarten. It was during this year, 2005, that M.B.'s mother reported that she learned M.B. began to be bullied at school – kids called him "dumb" – and M.B. acted out in response.

M.B. enrolled at Savoy Elementary (Savoy) for kindergarten.  Savoy found M.B. eligible for special education services as a student with a Learning Disability (LD).  His IEP indicated difficulty with reading and articulation, with some negative behaviors.

M.B. was admitted to The Psychiatric Institute of Washington (PIW), an acute psychiatric hospital, when he was seven years old after he attempted to jump out of a third story window and said he wanted to die. While hospitalized, PIW diagnosed him with ODD and receptive and expressive language disorder.  At that time, M.B. scored a full scale IQ of 91.  However, it did not appear from records that PIW referred him to any behavioral health agency following his hospitalization.

In January 2009, when M.B. was in the second grade, Savoy Elementary changed his special education eligibility category from learning disability to "Emotional Disturbance" (ED) because school staff believed that his behavior negatively affected his ability to learn.  Savoy also recommended that M.B. attend a separate school full-time.  In the spring of 2009, M.B. began attending the Children's Guild School of Prince George's County - Chillum campus (Children's Guild), a nonpublic school in Maryland for students with disabilities.

Both immediately preceding, during, and following his transition from Savoy to Children's Guild, M.B.'s aggressive behaviors became more severe.  M.B. had suicidal ideations and began acting out in a sexual nature toward female students.  M.B.'s third grade IEP at Children's Guild called for M.B. to receive support in the classroom from a full-time, "dedicated" aide, counseling, speech therapy, behavior interventions to address bullying and physical aggression, specialized instruction in all academics, and crisis planning.  For the next two school years, his IEP changed minimally, and his school records showed very little, if any, progress in academics, particularly in reading.  He was prescribed medication at some point in the third grade, though the records I reviewed did not indicate the specific medication.

In 2011, M.B. began engaging in self-injurious behaviors at school (he bit and hit himself, and banged his head against the wall). His school therapist hypothesized that these behaviors likely resulted from an inability to communicate his feelings of need, and/or misinterpreting social cues.  During his fourth and fifth grade years, M.B. walked out of classrooms, left school grounds without permission, and had suicidal ideations.  He was suspended multiple times, and was reprimanded for other behavioral incidents on the school bus and in school.  Children's Guild recommended that M.B. receive emergency psychiatric hospitalization evaluation on several occasions, but M.B.'s mother did not agree.

At the end of his fifth grade school year, M.B. was still reading at a first grade level.  An administrator at Children's Guild talked to M.B. about moving him to another classroom because M.B. reported to the administrator that everyone in the class picked on him (I did not see that Children's Guild had the same discussion with his mother).  M.B. also reported that loud noises triggered his behaviors, and school records indicate that he began to show symptoms of paranoia.  He believed that others were talking about him negatively, even when people denied doing so.

In the 2012-2013 school year, M.B. was in the sixth grade at Children's Guild in a classroom with eight other children.  His records reported that his self-injurious behaviors decreased, but he still misinterpreted attention and often reacted with a fight-or-flight response.  His fighting behavior escalated, and he continued to leave his assigned area without permission.  M.B. had great difficulty with expressive and receptive language; there was extensive documentation of speech and language deficits throughout his school years.  M.B. believed peers made fun of him because he required so much individualized attention by teachers and aides to do his work.  Based on my review of the records, Children's Guild taught M.B. to ignore his peers when they picked on him for academic performance and did not effectively address his underlying behavioral issues and academic deficits.

In the 2013-2014 school year, M.B. was in the seventh grade at Children's Guild. This year appeared to be his most successful year both behaviorally and academically. His records indicate that he made a turnaround in his behavior.  He received one hour a week each of social work counseling, speech therapy, group therapy, and therapy focused on identifying triggers and coping skills.  His therapist wrote that his low reading level likely caused his anxiety about school and that new work often frustrated him.  Even though the therapist identified what I believe is the root of his behaviors at school, I did not see that anyone adjusted their instructional or therapeutic methods or added additional services to address his academic deficits.  Additionally, despite his progress this year, there was no discussion about whether he might be ready to transition back to a general education setting.  At the end of his seventh grade year, M.B. was sent home after the school discovered he had a water bottle that contained alcohol.

In the 2014-2015 school year, M.B. was in the eighth grade at Children's Guild.  His IEP was mostly the same; though notably many important team members did not attend the IEP review meeting - including M.B. himself, his special education teacher, and a general education teacher.  Again, M.B.'s IEP noted that his high anxiety stemmed from reading difficulties, and that his concerning behaviors occurred when someone asked him to read or if he was presented with a lot of information to read.  His IEP goals did not match these deficits: for example, one of his IEP goals was to identify vocabulary words at the fourth-grade level, but he continued to need assistance with anything above a second grade level.  M.B. continued to receive behavior support, including crisis intervention support, and he had a dedicated aide in the second part of the year.  His behaviors escalated: he punched a teacher in the stomach, he often shared that he wished he was dead or that someone would kill him, he used profanity, and his fight-or-flight responses to unwanted attention continued.  Children's Guild noted that exclusion from the classroom and from other students, including in the seclusion room, and physical restraint were needed to manage M.B.'s behavior.  Children's Guild staff used these methods regularly.  M.B. started missing school regularly.

Despite M.B.'s history, I did not see that M.B. received any services from a behavioral health agency until 2015.  I noted a discharge record from Community Connections for

successfully completing treatment from that year.  However, there was no associated Community Connections intake or prior treatment record.  The Community Connections TAY worker I interviewed (who served M.B. much later) could not access records preceding the discharge.

In the 2015-2016 school year, M.B. attended ninth grade at a new school: The Pathways Schools (Pathways), a special education school in Maryland for students with Emotional Disturbance who have IEPs.  According to the Pathways principal, the Pathways Schools does not practice seclusion or restraint.  The Pathways principal told me that in ninth grade M.B. was on a second-grade reading level, he could not travel independently, and that he failed almost every class.  The behavior intervention plan (BIP) for M.B. that the principal shared with me did not contain goals or plans specific to M.B.'s unique needs.  Instead, it identified general supports including access to a behavior specialist in their multi-sensory de-escalation room ("MSDR") room (in my experience, these are a low-stimulus environments where students can cool off), positive praise, and the possibility of winning raffle tickets or time with staff.  The principal said that his school-based therapy focused on IEP goals and did not deep dive into "underlying issues," and that outside providers would provide that service.  Though she said Pathways typically refers students to outside agencies or providers, she could not find a record that anyone did so for M.B.  I also did not see any record of referrals.

M.B. continued to be chronically absent from school, missing 45 days that year.  He reported to a therapist that he was bored and did not understand his classwork.  He was suspended six times that year, for eight days total, for fighting with peers, "pinn[ing] a girl down" and "not let[ting] her up," wandering the halls, and destroying school property.  He also threatened to bring a gun to school.  The principal said that M.B. had difficulty with peers, was "mouthy," and wanted to be listened to, but struggled to calm down so that others could listen to him.  The decision was made for M.B. to enroll in another school, according to the principal, "because [M.B.] was not successful."  M.B. told me that he was expelled.  Pathways did not have any communication logs indicating conversations with M.B.'s mother, except where they notified her of M.B.'s behavioral incidents.

In April 2016, Community Connections diagnosed M.B. with "Education Maladjustment" and Other Personality history of Adjustment Disorder.  From the records, it appears M.B. had minimal engagement in services - he met with a Community Support (CS) worker six times and with a psychiatrist once. CS typically involves a worker who is assigned to visit a child and family in the home and coordinate services, therapy, and medication management.

In the 2016-2017 school year, documents indicate that M.B. enrolled in The Foundation School of Prince George's County (Foundation).  He was enrolled in the ninth grade (for the second time).  He functioned at or below a third-grade level and was absent 42 days.  The Foundation School provided M.B. with a BIP.  Progress report data collected by school staff indicated that he was not in his assigned classroom setting 45 percent of the time and physically aggressive toward peers and staff 27 percent of the time.  There were more than a dozen incidences of aggression that the school responded to by physically restraining M.B., secluding him, or suspending him.

In 2017, Community Connections diagnosed M.B. with Mood Dysregulation Disorder, ADHD, a learning disability (reading disorder), and noted a need to rule out possible borderline intellectual functioning.

M.B. was absent from school 66 days during the 2017-2018 school year, his eleventh-grade year (records do not reflect information about M.B.'s tenth grade year).  M.B. still performed at or below a third-grade level in reading and received basically the same supports in his IEP.  Foundation staff reported that M.B.'s concerning behaviors decreased: he was now out of his area 13 percent of the time and verbally/physically aggressive 17 percent of the time, but in a different note, it says that other behaviors, such as destroying property and leaving school grounds, escalated.  M.B. continued to receive suspensions for his behavior.

In January 2018, Community Connections discharged M.B. due to a "lack of engagement."  At this time, M.B.'s mother reports receiving phone calls almost every day from Foundation about M.B. fighting and being sent home early.  In March 2018, Foundation disciplined M.B. for bringing marijuana to school.

In the 2018-2019 school year, his twelfth grade year, M.B. was absent 91 days – more days than he was present.  He was also suspended a total of 20 days.  His records noted that he read at a first grade level.  M.B.'s mother expressed a desire to explore other school placements, but he remained at Foundation.

Records do not indicate how M.B. re-entered Community Connections after his January 2018 discharge, but in November 2018, Community Connections conducted an intake with M.B. noting diagnoses of ADHD and potentially disruptive mood dysregulation disorder (DMDD), and that "he needed help expressing himself regarding his feelings due to the death of a loved one."  M.B. was on medication in 2018, but his records did not indicate which medication(s).  At one point, Community Connections prescribed Concerta, and M.B. reported the medication helped him focus.

In December 2018, Community Connections conducted a Child and Youth Assessment. They noted a trauma history including witnessing domestic violence and identified treatment goals that included additional supports in school.  Community Connections prescribed the community-based intervention (CBI) service for M.B. and admitted him in January 2019.  CBI is a time-limited in-home therapeutic model that includes psychiatry services for medication evaluation, prescription, and monitoring; and psychiatric services.  His CBI worker with Community Connections focused on conflict resolution, role modeling (where the CBI worker would provide M.B. with example responses), coordinating care around legal services (including his probation officer), identifying triggers for concerning behavior, discussing anger management, and meeting with his special education teacher to develop a safety plan at school. While M.B. received CBI, Community Connections staff seemed to be frequently involved in his day-to-day life at home and at school.  Still, I did not see that they addressed any of the underlying trauma M.B. experienced from his relationship with his father, the death of loved ones, the use of seclusion and restraints at school, or his embarrassment about his poor reading ability.

In February 2019, to help him make up for time missed from absences, M.B. was given a credit recovery project, which he completed.  Foundation suspended M.B. several times that

year, however.  He spit on staff, hit peers, and "evoked a riot" with a team at the end of a basketball game.  In May 2019, M.B. was arrested on robbery charges.

Community Connections prescribed Metadate for M.B.'s ADHD, but his mother and Community Connections could not find a supply and he did not receive the medication. On May 16, 2019, Community Connections replaced his Metadate prescription with Adderall.

In the fall of 2019, M.B. began attending the New Beginnings Vocational Program, a nonpublic school in the District.  At the time, M.B. had earned 7.5 credits toward graduation. His IEP contained essentially the same services and supports as he had received at Foundation, with the addition of postsecondary goals like independent living and career supports.  In September 2019, Community Connections discharged M.B. after he completed CBI, noting M.B.'s diagnoses as including personality adjustment disorder, DMDD, ADHD, learning disability (reading disorder), and again a "rule/out" for borderline intellectual functioning.

After completing the CBI program, Community Connections transitioned M.B. to their Transition Age Youth (TAY) program on December 12, 2018.  (Note: this transition occurred three months after M.B. completed CBI.)  TAY's goals for M.B. included improving symptom management, replacing concerning behaviors with constructive ones, helping M.B. secure a job, and reducing illegal conduct.  To reach those goals, M.B.'s service plan called for CS, psychotherapy groups, and participation in a supported employment counseling one time each week.  Despite the wide array of services noted, from the records it appeared that TAY focused almost exclusively on providing supported employment service to M.B.   I found very few notes from this time describing any other therapeutic approach or intervention to help him develop life skills.   In my interview with M.B.'s TAY support worker, he said M.B. had turnover in case management workers and "M.B. did not know what he wanted to do."  He also said that it was a challenge to reach M.B. on the phone.  Still, he stated that M.B. is capable of employment and making decisions for himself and could receive these services from Community Connections in the future.

M.B. was on probation from November 2019 through June 2020, after he received a charge for second-degree assault (of a peer on a school bus in Maryland).  M.B.'s probation officer reports that M.B. was on medication during that time.  During his probation, M.B. also received counseling through the District of Columbia Superior Court's Child Guidance Clinic. His probation officer reported that they offered him therapy in addition to what M.B. was supposed to receive from Community Connections, because Community Connections "took forever to get a therapist assigned."  Even though M.B. showed up to all of his appointments with his probation officer and answered all of her questions, he did not get involved in any of the Court's community programs.  He was also arrested in 2019 for armed robbery of a cell phone and placed on deferred probation disposition until February 26, 2020.

In February 2020, M.B. threw a hot cup of water on another student at school.  He was suspended for ten days.  On May 27, 2020, M.B. graduated from high school at New Beginnings – meeting all the District of Columbia Public Schools (DCPS) requirements for the receipt of a diploma.  Yet, just four months prior, his IEP still included goals like adding and subtracting, and his reading level was still at the first grade level.  I do not understand how DCPS allowed him to graduate when he had so few credits the year prior, and for all purposes could not read.

Since July 2, 2020, M.B. has been incarcerated in the District.  He told me that his charges included carjacking, armed robbery, and assault.  He was hospitalized for several days in April 2021 at St. Elizabeth's Hospital, the District's psychiatric hospital, in order to determine his competency to stand trial.  As part of this process, M.B. reports that he was handed a sheet of paper explaining the competency determination process and asked if he understood what the paper said.  He said yes, even though he reported to me that he struggled to read the paper.  The court found him competent to stand trial (according to M.B.).  His mother expressed an interest in becoming M.B.'s guardian because she does not feel that M.B. understands all of the legal proceedings against him.  She told me she also struggles to understand but would be more equipped to ask questions and gain information.  She said she believes he needs an advocate to help him make these important life decisions.

M.B. reports that he is not taking any medication and not receiving any treatment while detained.  M.B. said he is currently exercising on his own initiative while at the jail and is interested in gaining an education regarding parenting.  He says he lives by the quote "every day is another day closer to going home."

Findings

I believe M.B. has a serious emotional disturbance because he has several mental health conditions: ADHD, Disruptive Mood Disorder, and Major Depressive Disorder.  These conditions substantially limit his functioning in his family, at school, and in community activities.  M.B. has not been able to succeed in the community (or at school) and is likely currently incarcerated because no provider successfully helped him to manage his conditions or control his negative behaviors.  He spent so much time out of the classroom (due to absences, suspensions, and expulsions) that he is currently reading somewhere between a first and third grade level, even following high school graduation.  M.B. reported to me that he was never taught how to read, and he would like to learn how to read.  His inability to read limits him from achieving or maintaining almost any developmentally appropriate skill like caring for himself, being his own guardian, and making connections with the community.

I believe that M.B. has needed ICBS for a long time, but has not received them.  M.B. is a victim of the District's systems – the educational system, the mental health system, and now the legal system.  There were so many indicators that M.B. needed intensive support and there were many opportunities early in his life to provide a higher level of community-based services.  He was first hospitalized at age seven for a suicide attempt and diagnosed with ODD.  Yet, he did not receive any behavioral health support for many years.  If M.B. and his family had been engaged in ICBS following the initial hospitalization, it might have changed his outcome and prevented future hospitalizations.  M.B.'s high risk of institutionalization was cemented – in my opinion – in 2009 when he was placed in a separate school and remained in a separate school until 2020.

M.B. has not received Intensive Care Coordination or the support of a Child and Family Team.  A team could have addressed the numerous incidences of trauma in M.B.'s history at the time they occurred by updating or modifying M.B.'s service plan (or creating one in the first instance).  A team would have ensured frequent communication to identify the underlying causes of M.B.'s behaviors and to assist M.B. with positive coping mechanisms.  A team should have worked with his school to develop a BIP that built on his strengths and focused on decreasing the

11

number of triggers in M.B.'s school environment (noise, his poor performance in academics, his articulation difficulties, his expressive and receptive language disorder). It should have also provided him with the maximum number of hours of behavior support that he needed in order to thrive in the home, school, and community. In my interview with the principal at Foundation, she said "he needed a whole-person kind of treatment, and we are Monday-Friday 8:30-4:30." In my interview with Pathways, the principal indicated that underlying issues are for "outside therapy." Had his schools indicated a need for more intensive supports to a Child and Family Team, the Team could have pursued options to possibly prevent M.B. from needing seclusion, restraint, and segregation.

His school records referred to a crisis plan and a safety plan, but I could not find complete documentation of any of these plans. Given his physical aggression with teachers and peers, which in some cases may have resulted from his frustration with his inability to read and perform simple math functions, I would have expected his educators to engage in in-depth conversation with his mother and other service providers to change his IEP to provide different supports.

With intensive help to catch up to his peers, M.B. could have possibly transitioned to a general education setting in a District public school. Each year, his teachers should have evaluated his ability to return to a regular school setting and should have discussed with both M.B. and his mother what supports could be provided to accomplish that transition. According to the documents I reviewed, this never happened. The IEP process for M.B. did not help him overall. IEP meetings did not include all the relevant team members to provide input about what M.B. needed and how his needs could be met. M.B. rarely attended his own meetings to help the team understand what he wanted and needed. His mother's participation was typically by phone, which did not help her participate fully in decision-making. M.B.'s mother listened to school staff recommendations during the IEP process in his middle school and high school years, but did not feel this was reciprocated. She told me "DCPS never met his needs."

Moreover, there seemed to be a lack of communication between the schools, providers, and M.B.'s family, to keep everyone abreast of his behaviors and treatment needs. M.B.'s probation officer said that everyone working with M.B. worked independently, with some sharing of information, but nobody led the team. A Child and Family Team approach could have resolved these communication difficulties. Instead, DCPS separated him from "neurotypical peers" at school and in the community. As a result, I believe M.B. never had a chance to succeed.

M.B. has not received mobile crisis services. M.B.'s mother told me that she did not know about any behavioral health service apart from those Community Connection offered. Community Connections should have informed M.B. and his family about crisis services. These would have been especially beneficial for M.B. when his schools frequently contacted his mother to get her permission to hospitalize him for assessment. Had mobile crisis services been identified as part of a safety plan, and agreed to by his mother, an assessment could have been completed on site. M.B. also could have used mobile crisis services when he began engaging in illegal conduct. It is possible these services, in conjunction with a Child and Family Team to debrief and modify his behavior/safety plan, could have prevented his hospitalization and eventual incarceration.

M.B. has not received intensive behavior support services in his natural location.  Instead, M.B. received the same services repeatedly, without any demonstrable progress.  M.B. was a Community Connections client for a number of years.  Community Connections appears to have visited M.B. at school and home with some frequency, most significantly during his nine months receiving CBI.  However, the records do not indicate that Community Connections ever made any meaningful effort to address the root causes of M.B.'s behavior, even where identified.  They also did not engage M.B. in community activities that could have helped him develop important life skills, kept him engaged outside of school, or remediate his significant reading delay.  The TAY program focused exclusively on employment skills and did not help him develop the prerequisite functional skills to maintain stability in the community, let alone achieve employment (for example, reading).  Additionally, Community Connections provided inconsistent support to M.B.; there were many years in which the records did not indicate what supports the agency provided to him and whether they successfully engaged him in services.  Further, there was a lack of consistency in staffing; M.B. frequently experienced a change of workers within Community Connections.  It also does not appear that he received consistent medication management.

After M.B. completed treatment with Community Connections in 2015, he should have continued to receive intensive behavior supports but it does not appear that they provided him with any assistance.  Yet, he was re-enrolled in Community Connections in 2016 and offered the exact same services.  I do not understand why Community Connections did not indicate a higher level of services at that time.  Unsurprisingly, Community Connections admitted him again in 2018 with the same service offering.

Therapies should have more fully explored his trauma, and assisted him in working through the root causes of his behaviors at school, so that he could apply what he learned in a classroom setting with teachers and other students. While certain triggers were mentioned in his records, I did not see any indication that his providers actually concentrated on dealing with his experiences with domestic violence, his relationship with his father, the death of loved ones, and his overall feeling of inadequacy in the academic environment.

<u>Needs & Recommended Services</u>

M.B. has and continues to experience significant harm because he has not received ICBS.  M.B. is currently incarcerated and, without ICBS, is at a high risk of psychiatric institutionalization when he returns to the community.  M.B. needs a behavioral health provider who offers intensive care coordination that will provide or oversee the provision of services in the areas of supported employment, assistance with coordinating recreational activities, trauma-focused therapy, parenting classes (if indicated), educational and reading supports, and therapy to address identified mental health needs.

M.B. needs intensive therapy to resolve his inadequate feelings of performance in academic settings and resulting aggressive behavior, his experiences of seclusion and restraint at school, and the death and loss of family members and friends.  M.B. needs to feel that he can succeed in life, and to understand and address the trauma associated with his feelings of inadequacy.  M.B. told me repeatedly that he wishes he could go back in time, so that he could be a better student and learn what he knows now.  I firmly believe he needs ICBS to do this, and

to revisit past behavioral incidents and address the root causes that led to his behaviors. While he remains incarcerated, ICBS should be delivered to M.B. in that setting.

For M.B., ICBS should include the following:

1. M.B. needs ICC and for his coordinator to convene a Child and Family Team to coordinate his service plan. This team should likely include M.B. himself, his mother, his lawyer, his uncle, older siblings, a boxing coach or boxer, a job coach, his girlfriend (if appropriate), and a teacher. It would be helpful if this team could meet twice a month initially to confirm his identified needs, to identify services, and to ensure that the identified services are put in place. Once M.B. is consistently receiving services, the team could then meet once a month in order to monitor progress, or lack thereof.

2. The Child and Family Team should coordinate these services for M.B.:

    a. M.B. needs to improve his reading level and his reading comprehension. He is currently reading at a first to third grade level, yet graduated high school. M.B. continues to identify this as an area with which he needs help. M.B. should be provided a tutor to work with him on developing reading and math skills.
    b. M.B. and his mother need to discuss whether guardianship is appropriate. M.B. should be given sufficient information in a form that he understands, so that he can make an informed decision about whether they should pursue guardianship.
    c. M.B. needs employment that focuses on his areas of strength and interests. He will likely need help to gain and maintain employment, and to help him avoid walking off a job site in response to triggers. A job coach or someone in a similar position could likely help M.B. achieve and sustain employment.
    d. M.B. needs an opportunity to participate in recreational activities that can occupy him and keep him out of legal trouble. He has indicated that he would like to become a boxer or barber, and he expressed interest in building homes with Habitat for Humanity or a similar project. A team member or care coordinator should help coordinate these activities for him or with him.
    e. M.B. needs to be involved in a peer group with other young adults with similar experiences to develop his abilities to build and maintain relationships.
    f. M.B. needs to find a stable place to live and re-enroll with SSI when he is no longer incarcerated. M.B. should have assistance locating affordable housing in which to live independently – either through a housing authority or an independent living program, if indicated.
    g. M.B. needs an attorney to help him with his legal charges who understands his history and needs. His current attorney should participate on the Child and Family Team to ensure continuity of supports.

3. M.B. needs mobile crisis services to remain stable in the community.

    a. His team should develop a crisis plan that includes mobile crisis services.

4. M.B. needs intensive behavior support services where he is naturally located (currently: while incarcerated). After M.B. is released from detention, these supports could all be provided through an Assertive Community Treatment (ACT) team, a multi-disciplinary team of individuals who could work together to meet M.B.'s needs in the community.  These services should include:

   a. A provider to review his medical history and determine whether medication would be useful at this time.
   b. Trauma-focused therapy to address his experiences with domestic violence in his family home.  M.B. witnessed domestic violence between his mother and father, and it appears that this could have occurred for as many as eight years.  He needs to reconcile with this domestic violence, which likely affects his relationship with his father and others.
   c. Individualized therapy to address his relationship with his biological father and decide what kind of relationship, if any, he would like to have with his father.  Therapy can also help M.B. understand the responsibilities of being a parent, now and in the future - including how he can care for himself while caring for a child.
   d. Grief counseling, if indicated.  M.B. has suffered several losses – including his maternal grandmother, a grandfather, and classmate, and should have an opportunity to discuss whether he needs to process that grief.  He should have had this opportunity when these events occurred and needs this opportunity now.
   e. Therapy and instruction about sexual and emotional intimacy, to help him learn about how to have sexual or romantic relationships responsibly.  M.B. needs to improve his relationships with women.
   f. Anger management training to address his coping skills and to target strategies other than walking away.

Until M.B. receives these services in the form of ICBS, he is contained to a cell, he cannot read, and I do not think he understands the consequences of his legal predicament.  M.B. would like an opportunity to reverse course and re-do the past but is not receiving any help to do so.  In my opinion, M.B. was and is a victim of the system.

**M.T.**

M.T. is a 17-year-old Black female who has a serious emotional disturbance, needs ICBS and has not received it, and is at risk for institutionalization - psychiatric hospitalization and/or residential placement.

To conduct this review, I interviewed M.T., M.T.'s mother, and M.T.'s psychologist from Children's National Medical Center (CNMC).  I attempted to interview M.T.'s grandmother and spoke with her briefly, but she was unavailable after our initial conversation.

M.T. reports that she enjoys being outside with her cousins and going to the pool and beach.  M.T. says that her favorite people are her cousins and that her favorite memory is when her grandfather took her, her siblings, and cousins to the movies every Sunday before the COVID-19 pandemic.  She reports that currently she mostly stays inside the house and spends a

lot of time watching YouTube videos and TikTok, and listening to "old school music." She says she is a good reader but does not enjoy reading. M.T.'s records note that she can engage in reciprocal conversation, access the general education curriculum "without additional devices," is likeable and friendly, enjoys doing hair and nails, and wants to help people and make them feel better. In 2019, M.T. scored an IQ of 70. M.T. hopes to attend college and become a nurse or work in dentistry. She has held a couple of jobs and continues to seek employment. M.T. shared with me that she believes in God but does not attend church. M.T. also told me that she has a boyfriend and an ongoing relationship with her cousins, which indicates that she can develop and maintain social relationships.

In the next two years, M.T. told me that she would like to get her driver's license, graduate from high school, move into her own place, and decide between a career in nursing or dentistry. She reports, "Worrying about life in general," and when asked about her past, she admitted that she experienced a lot of trauma and that she is "getting over [her trauma], but [is] not over it yet."

According to the most recent records I reviewed, M.T. has the following diagnoses: Major Depressive Disorder (moderate recurring episode); Unspecified Anxiety Disorder; Unspecified Trauma Stressor Related Disorder; Borderline Intellectual Functioning; Diabetes Type 2; Sleep Apnea; Clinical Obesity; High Cholesterol; and Myopia. M.T. has been prescribed Fluoxetine for depression and Hydroxyzine for anxiety but was not taking any medication when I interviewed her. M.T. reports that she is supposed to wear glasses but does not. She also received gastric sleeve surgery and participated in CNMC's obesity program to manage her weight.

M.T. is temporarily living in a relative's home, with her mother and two younger siblings. The family needs to move when the relative returns to the country in July 2021. M.T.'s mother told me that she is not sure where she and her family will go. Previously, M.T., her siblings, and her mother lived at her grandmother's house, with a host of other family members – this is an option for their future move, but her mother says the house is already too crowded. M.T. and her siblings have also lived with their mother at a domestic violence shelter. M.T.'s mother reports that she was involved in an abusive relationship with her younger children's father (M.T. and her siblings do not share the same biological father), and that M.T. witnessed incidences of domestic violence, including what M.T.'s mother referred to as "the final incident," where her siblings' father tried to push M.T.'s mother into a well.

M.T.'s mother told me, "My life's just been a lot." M.T.'s mother left home as a teenager and has a personal history of trauma from seeing her parents' domestic violence and the murder of her best friend. She has been diagnosed with Manic Depression, Diabetes, Asthma, and High Cholesterol. In 2014, M.T.'s mother was battling substance abuse issues, so she asked her younger children's father to take them in. At that point, their father was also dealing with substance abuse issues, so he asked his sister to take care of them. His sister sent them to M.T.'s grandmother, who obtained legal custody for M.T. Between 2016 and 2018, M.T.'s aunt was set on fire and experienced severe burns. M.T.'s uncle was shot in 2017. These incidents were traumatizing for M.T. and her family. M.T.'s mother believes that her children are re-traumatized every time they see their aunt, who visits M.T.'s grandmother daily. In 2019, M.T.'s mother was incarcerated for three weeks on drug-related charges. M.T.'s father is currently incarcerated and, according to records, M.T. retains a phone relationship with him.

16

M.T.'s mother reports an overall frustration in raising her daughter and M.T.'s two siblings, and with her experience seeking services from schools and providers. She told me, "I gave D.C. schools hell because either you catch it or you don't, and if you don't, you fall through the cracks."

<u>History of Behavioral Health Services</u>

According to her mother, M.T. was born via caesarean delivery at 37 weeks and did not breathe at birth. While her mother said that M.T.'s developmental milestones (walking, talking, and toilet training) were otherwise within normal limits, she told me she always felt M.T. was "a little different." At two years of age, M.T. began playing with imaginary friends and seemed withdrawn.

According to her mother, M.T.'s medical issues first arose when she was in pre-kindergarten. Her mother reports that M.T. slept hard, was difficult to awaken, snored loudly, and slept all day in school. M.T.'s mother questioned the school about allowing M.T. to sleep in her classes all day, but she felt the school dismissed her concerns. At age six, M.T. was diagnosed with sleep apnea. She had surgery to remove her tonsils and adenoids and started using a sleep apnea machine. M.T.'s mother said the surgery helped tremendously with her sleeping. M.T. was easily distracted at school, however, and had difficulty following two-step directions. Again, M.T.'s mother said the school told her that M.T. would grow out of it.

M.T. began attending Houston Elementary School in Northeast D.C. I did not receive these records. According to M.T.'s mother, the school retained M.T. in either kindergarten or first grade. During M.T.'s third grade year, the family moved to North Carolina - her mother reports they moved to escape domestic violence - and M.T. enrolled in Princeton Elementary School in Johnston County, North Carolina. M.T.'s mother said Princeton administrators called her at one point during the year to share that M.T. had difficulties and needed an IEP evaluation. According to her mother, M.T. received an IEP and started to make better academic progress. I did not have these records to review. M.T. began cutting herself around this time at age 10.

According to M.T.'s mother, M.T.'s family returned to the District when she was in either the fifth grade (2014-2015 school year) or sixth grade (2015-2016 school year). M.T.'s mother assumed that her Princeton IEP would transfer to the District, but I have not seen it in any of M.T.'s DCPS school records. According to her mother, DCPS never implemented the Princeton IEP and M.T. received failing grades in both fifth and sixth grades.

In 2015, while her mother was dealing with her substance use issues, legal custody of M.T. was awarded to her grandmother, and M.T. moved into her home. In 2016, M.T.'s younger brother received an IEP and, at this point, M.T.'s mother realized that M.T.'s IEP from North Carolina was not being implemented by DCPS. She told me that she then began educating herself about IEPs but was unsuccessful in getting M.T. another IEP for many years.

In seventh grade (2016-2017 school year), M.T. attended two schools: Jefferson Middle School and Kelly Miller Middle School. At Kelly Miller, a group of girls at school jumped M.T. and posted the incident on social media. M.T. suffered bruises to her face and body, and the girls pulled out her hair. M.T. and her mother both told me that this was an extremely traumatic

incident for M.T.  Records indicate that this experience had a significant impact on M.T. - she failed most of her classes that school year.

In fall 2017, M.T. began attending eighth grade at St. Thomas More Catholic Academy in the District.  She also enrolled with Paving the Way Multi Service Institute, a mental health provider in the District.  M.T.'s mother told me that Paving the Way diagnosed M.T. with Depression, Severe Anxiety, and Post-Traumatic Stress Disorder (PTSD), but they did not deliver services to M.T. consistently.  M.T. did not attend school most of the year, and the school sent a letter warning about her truancy.

In the 2018-2019 school year, M.T. attended the ninth grade at Archbishop Carroll High School (Archbishop Carroll), another Catholic school in the District.  She failed all of her classes and struggled with school attendance.  Records and interviews indicated that, due to her anxiety about past trauma, M.T. would attempt to enter the school building, but would not attend classes within the school.  M.T.'s grandmother told me she did not feel as though the school did anything to control the bullying M.T. experienced, or her PTSD from the middle school incident.

In October 2018, M.T. began taking Metformin for her diabetes.  In November 2018, M.T.'s primary care medical physician referred her to Children's National Medical Center (CNMC) for an evaluation for Depression, Trauma, Anxiety, "familial conflict", and "academic problems".  CNMC diagnosed her with Chronic PTSD, Anxiety Disorder, and Dysrhythmia.  The psychologist recommended M.T. attend a weight loss clinic at CNMC and engage in trauma-focused therapy.  The psychologist also recommended that she receive a "504 plan" of accommodations for her conditions, or an IEP for special education, at school.  I did not see that she received trauma-focused therapy, or an IEP or 504 plan (until later).

In January 2019, M.T. called in a threat to set her high school, Archbishop Carroll, on fire.  Archbishop Carroll requested that she be withdrawn.  According to M.T.'s mother, the school said if M.T., her mother, and grandmother agreed to the withdrawal, the school's records for M.T. would not include the incident.  Archbishop Carroll also recommended that she receive mental health services following the threat, but I did not see any evidence of a referral to an agency providing these services.

In February 2019, M.T. was referred for partial hospitalization.  Partial hospitalization is usually a day treatment program that offers short-term therapeutic support.  M.T.'s psychologist believed that M.T. was "clinically elevated."  Based on her complex medical and behavior diagnoses and her "current fragile state and history of trauma," she thought it would be "dangerous for M.T. to attend a non-therapeutic placement" (I assume she meant a school placement based on my interview with her and records).  Had an agency implemented intensive behavior services following the trauma she experienced at Kelly Miller, they likely could have avoided a referral of this kind.

Inova Kellar Center, a facility that offers partial hospitalization in Virginia, conducted an intake with M.T., but did not accept her for services.  In March 2019, CNMC recommended that she attend a "therapeutic" high school, but she was not placed in such a setting.

In March 2019, M.T. was enrolled at H.D. Woodson High School (H.D. Woodson), a public DCPS school.  Within the first few days of school, she thought she saw one of the

students who jumped her at Kelly Miller Middle School.  After that, she refused to return to the school.  In April 2019, H.D. Woodson held a meeting with M.T.'s grandmother to discuss M.T.'s issues and history.  M.T.'s grandmother and her attorney signed a consent form to have M.T. evaluated at school.  M.T. had an initial special education eligibility determination meeting at H.D. Woodson and a psychiatric evaluation at CNMC.  The evaluation recommended that M.T. be found eligible for special education as a student with emotional disturbance, but H.D. Woodson did not find M.T. eligible for special education; the school said it needed additional data to support eligibility.  The evaluation also recommended that she attend a therapeutic summer school, which she did not according to the records I reviewed.

M.T.'s grandmother's attorney began an application with DCPS for home and hospital instruction (HHIP) for M.T.  M.T. was evaluated for HHIP in June 2019.  This evaluation did not recommend eligibility for special education; again, DCPS said that M.T.'s files contained insufficient data for the evaluator to review, because of her absences.  The evaluation recommended that the school develop a team approach to encourage M.T. to attend school and that M.T. could benefit from a functional behavior assessment (FBA) to try to identify the triggers for her behavior.  It also recommended that M.T. receive community-based individual and family counseling.  I agree with these recommendations, and believe that they support M.T.'s need for ICBS.

M.T. was hospitalized twice during the summer of 2019 at Adventist Hospital in Shady Grove, Maryland, after she expressed suicidal thoughts and ideation, and showed aggressive behavior toward her mother.  Her hospitalization in July 2019 lasted two weeks.

In fall 2019, M.T. began the ninth grade at H.D. Woodson.  M.T. continued having attendance issues - she frequently refused to enter the building, or cried after entering and refused to enter her classroom.  In October 2019, a school social worker visited M.T.'s home to complete an attendance plan, but M.T. became so upset that she left the meeting.  That same month, M.T. completed an intake for behavioral health services with Umbrella Therapeutic Services (Umbrella), another District provider.

Umbrella's treatment plan recommended: a psychiatrist follow-up to provide medications (at the time, she was taking Zoloft); psychoeducation for M.T. and her family to educate them about her medications and minimize impacts; counseling to learn new coping skills and how to deal with mood and attention; community support to encourage her to interact with her peers; and new problem-solving techniques to help M.T. learn and control her behavior at home, in school, and in the community.  However, the family reports that Umbrella did not have a doctor on staff and could not provide this therapy.  Instead, the family received visits at home from a community support worker, who they enjoyed and found helpful.

After gaining 165 pounds in six years, M.T. had gastric sleeve weight loss surgery in fall 2019.  M.T.'s mother told me she again sought services for M.T. after this surgery because she felt M.T. needed to "re-build" herself.  However, M.T.'s mother reports she struggled to get help because providers were always changing therapists and the family could not get consistent help with medication management.  M.T.'s mother decided to work with M.T. herself to rebuild her confidence.  She told me that they walked and talked as their own form of therapy, and that as a result M.T. successfully managed her diet and weight.

In December 2019, M.T. had another evaluation, which noted diagnoses of Anxiety Disorder, Borderline Intellectual Functioning, and a full scale IQ of 70.   In January 2020, after filing a due process complaint seeking that M.T. be made eligible for special education, M.T.'s grandmother agreed to enter a settlement agreement with DCPS.   The agreement required DCPS to develop an IEP for M.T., and then make a referral to the District of Columbia Office of the State Superintendent of Education (OSSE) to place M.T. in an approved nonpublic school. M.T.'s family continued to keep her at home, however, and she had 89 unexcused absences during the 2019-2020 school year.   M.T.'s mother believes it took more than five years to get M.T. an IEP after they returned from North Carolina because "the school system knew [she] did not know any better, and because [she] was not asking the right questions even though she kept asking for help from the school system and from mental health."

M.T.'s IEP included a reading goal and a behavior goal, that "with prompts and supports, [M.T. would] utilize positive coping strategies to gain control of herself when she becomes anxious and stressed in the academic setting."   The IEP, while specific, did not address how the school would successfully help M.T. enter the school and enter the classroom.   Because of her struggles with attendance, I would expect the IEP to include an aide for M.T. to help her enter the school.   I would have recommended that the aide work with M.T. at home for a brief period to develop a trusting relationship.   Then, the aide could help M.T. transition back to the school and stay with her as she began to attend classes in-person again.

In the fall 2020, M.T. transitioned to New Beginnings Vocational Program.   She received an updated IEP in February 2021; the IEP provided M.T. 27 hours of specialized instruction, 120 minutes a week of behavior supports, and included essentially the same behavior goals as did her 2019-2020 IEP.   Her most recent records indicate that M.T. still struggles to attend virtual classes and is often unavailable for virtual therapy.

M.T. is currently receiving mental health services from Better Morning, another District behavioral health service provider.   The family reports that they receive regular check-ins from a community support worker, but that M.T. is not currently taking medication or receiving therapy. M.T. told me that she has had more than ten therapists work with her, but that none of them has helped her.   M.T. says she does not want more therapy, and she does not want to take more medication.

<u>Findings</u>

Based on my review, it is my opinion that M.T. has a serious emotional disturbance because she has mental health conditions, including Major Depressive Disorder, Unspecified Anxiety Disorder, Unspecified Trauma Stressor Related Disorder, and Borderline Intellectual Functioning, which substantially limit her functioning in her family, at school, and in the community.   Because of her mental health conditions, she displays anxiety about entering school and attending classes, suicidal ideations, withdrawal and isolation, and she is unable to remain employed.   These behaviors limit her ability to achieve or maintain developmentally appropriate skills, like successfully attending and participating in classroom settings, engaging in part-time employment, and participating in family and community activities.

M.T. needs ICBS because she has experienced a great deal of trauma (domestic violence between her mother and her siblings' father; the shooting of her uncle; her aunt being burned; the

jumping by the group of girls in middle school and repeated bullying; and her fear of being re-traumatized).  M.T. needed therapy to navigate all these incidents, yet her mother struggled to find any agency to help.  When help was offered to M.T. sporadically, M.T. was unable to develop a continuous relationship with any provider.

I believe ICBS would have been especially beneficial for M.T. after the jumping incident at Kelly Miller Middle School.  ICBS could have helped her learn strategies to cope with her trauma so she could re-enter school.  Had ICBS been offered to her, M.T. likely would have received an IEP much sooner and would have likely prevented M.T.'s frequent change in school placement and her failing grades in high school due to lack of attendance.  Because she did not receive ICBS, she instead received many recommendations and referrals for hospitalization or intensive services in group settings outside of her community.

M.T. has not received any component of ICBS.

M.T. did not receive intensive care coordination, and a Child and Family Team was not convened and facilitated, to address her anxiety about returning to school.  H.D. Woodson's staff made numerous attempts to seek additional assessments and collect information from previous assessments.  This information was compiled and shared among several providers.  However, a team with all relevant parties was never convened to review this information to develop a specific plan to assist her in returning to school, to implement the plan, or to help M.T. gain control over suicidal thoughts, self-esteem, anxiety, and trauma.  Assembling all of the evaluators in one meeting - at least initially to interpret results and match services to recommendations - would have been most helpful as a foundation and as a jumpstart to the provision of intense, individualized strength-based services to meet M.T.'s needs.  If a team was in place, M.T. would have likely been given an opportunity to describe a school setting she was comfortable attending (not H.D. Woodson - where she believed she saw a girl that jumped her).

I did not see any documentation of M.T.'s use or referral for M.T.'s use of mobile crisis services.  Such services would have been valuable to her after the jumping incident at Kelly Middle School, and, later, at school when she displayed severe anxiety and refused to enter the building.  M.T. and/or the school should have been able to call mobile crisis services to help her calm down and address her anxiety.  She could have also used mobile crisis services following the jumping incident at Kelly Middle School.  Without an immediate response, M.T. failed to receive intensive interventions to decrease her anxiety and address her trauma.

M.T. has never received intensive behavior supports.  It is significant to me that, according to my review of available records, no agency offered M.T. community-based intervention (CBI) or Assertive Community Treatment (ACT) as an initial effort to engage her.  Providers recommended the same services in increasingly segregated settings, mostly without follow through to help the family achieve these placements.  Sporadic mental health services and hospitalizations were simply not enough for M.T. and as a result, she has remained at risk of psychiatric institutionalization for many years.  M.T. needed more.

<u>Needs & Recommended Services</u>

It is my opinion that M.T. currently needs ICBS.  M.T. needs a Child and Family Team so she can develop a trusting, consistent relationship with her service providers.  The Child and

Family Team should identify the most appropriate educational setting in which M.T. is comfortable attending and work with an aide to help her attend school.  She also needs therapeutic treatment to remediate familial relationships, her history with domestic violence, the neglect she experienced during her early years, her concerns about being re-traumatized when she goes into a school setting, and her lack of comfort with her appearance.  Intensive behavior supports should help her develop functional coping skills and strategies to respond to situational triggers and this history of trauma.

For M.T., ICBS should include the following:

1. M.T. needs ICC to convene a Child and Family Team that will coordinate an individualized, consistent care plan.  This team should include M.T., an identified friend, her grandmother and grandfather, her mother, her medical doctor, her CNMC psychologist, a school nurse (because of her medical diagnoses and her interest in becoming a nurse), a special education teacher, her CS worker from Better Morning, and her father could be included via phone.  Team members serving the adults in M.T.'s life (i.e., providers working with her mother and father) should also be included.  The team needs to meet initially at least every two weeks until M.T. settles in a school environment, the family settles in a home environment, and M.T. is attending and participating in therapy services consistently.

2. The Child and Family Team should coordinate these services into her service plan:

   a. M.T. needs to engage in therapeutic supports.  Because she is currently refusing therapy, M.T. is likely to have certain preferences about the therapist who will provide her therapy.  Allowing her to have a say in the selection of her therapist will likely increase her engagement.
   b. M.T. needs a crisis plan that is developed with M.T., her mother, and other critical team members that includes mobile crisis services and is updated regularly.
   c. M.T. needs to attend school and go to her classes consistently (even virtual classes).  If M.T. is unable to attend school in the fall, the school system should consider having an aide work with M.T. in the home briefly - for at least 20 hours a week for a maximum of two weeks - to build a trusting relationship with M.T.  The identified aide should transition with M.T. back to her identified school setting and work with her independently in the school at first.  Then, M.T. should transition with the aide back into her classes, and later be available within the school as a go-to person for M.T. should she begin to feel anxious.  This aide should also be a part of her Child and Family Team.
   d. M.T. needs a stable home environment that is not overcrowded, allows her privacy, and allows her family to regain stability.  A housing authority or similar service should help M.T.'s mother locate a home.  M.T.'s mother also needs assistance re-applying for supplemental security income to ensure the family's financial stability.
   e. M.T.'s mother needs to deal with her trauma and clinical conditions so that she can help M.T. make decisions as M.T. transitions into adulthood.

    f.   M.T. needs to find employment in a calm environment that is not overstimulating to her.  A job coach should assist M.T. with finding employment and coach her through job-related anxiety triggers.

    g.   M.T. needs to engage in community activities that develop her functional coping skills.  This might include technical training, hospital volunteering (like Junior Volunteers), or cooking classes.

    h.   M.T. needs to develop healthy friendships with peers her age.  She should attend a clinically based peer group with like peers to help M.T. with her depression, weight, and self-esteem.

    i.   M.T. needs medical assistance to help her maintain or progress with her weight loss, and to manage her other medical conditions like sleep apnea.  Her team should seek medical advice from her primary care physician.

3.  M.T. needs mobile crisis services when she experiences anxiety and is unable to participate in normal activities – including in classroom settings, employment, and community activities.

4.  M.T. needs intensive behavior support services where she is naturally located.  M.T. needs to develop a trusting and long-term relationship with a therapist in order to address her trauma history.  The therapist (described and/or identified by M.T. and the the Team) should engage M.T. by using her areas of interest.  This might include using YouTube videos and social media to engage her with resources regarding therapy techniques.  It could also entail providing her with psychoeducation through music or literature showing other teenagers who have experienced and benefitted from therapy.  M.T.'s therapy should provide:

    a.   Intensive trauma-focused therapy (individually for M.T. and family therapy), to deal with their history of trauma and to help M.T. find closure for the bullying incident.

    b.   Individual therapy so M.T. can reconcile the emotional abuse and neglect that she experienced in the past from her mother's drug use, and the frequency with which the family moved in her early years to escape the threat of domestic violence.  M.T. also needs to regain self-confidence and learn to feel good about herself.  She needs to associate positive emotions with her appearance, as well as her relationships with her mom, her siblings, and her father.

    c.   Interventions to help her develop appropriate coping skills other than withdrawing and suicidal thoughts (a reaction that M.T. has in response to feeling overwhelmed and anxious).  New coping skills should help her react more positively to situations and things that trigger her stress, frustration, and anxiety.

**W.H.**

W.H. is an 18-year-old Black male who has a serious emotional disturbance, who needs ICBS and has not received them, and who is at risk of institutionalization - incarceration, psychiatric institutionalization, or other residential placement.

To conduct this review, I interviewed W.H.'s mother and W. H's grandmother.  W.H. could not be located for an interview.

W.H. currently lives with his grandmother.  She and W.H.'s mother told me that W.H. likes to play sports and excels at basketball, football, and soccer.  They also told me he is very good at working with his hands and taking things apart (especially guns), he works well with computers and phones, he likes to go to amusement parks, and he is very efficient and honest.  W.H.'s mother said W.H.'s favorite saying is "stay dangerous."

The most current diagnoses I reviewed for W.H. included unspecified Bipolar Disorder, Cannabis Use Disorder; and a need to rule out ADHD, PTSD, OCD, anxiety disorder, and an eating disorder; "academic or educational problems"; "legal problems"; and "parent/child relationship problems."  W.H. is not currently taking any medication and, according to W.H.'s mother, he self-medicates with marijuana.  W.H.'s mother says he believes marijuana calms him.  W.H. has a history of strange eating habits that have not been diagnosed as a disorder.  However, W.H. will go two to three days without eating, according to his mother.

W.H.'s grandmother first sought custody of W.H. on October 24, 2003, when he was about five months old.  She said her daughter (W.H.'s mother) was hanging in the streets at that time and left W.H. in a home with her boyfriend.  W.H.'s mother and grandmother were awarded joint custody on October 19, 2004, when W.H. was about 1.5 years old.

W.H.'s mother spent time moving from shelter to shelter during her youth and was eventually placed in a facility.  W.H.'s mother described herself to me as "really fast" and as loving the streets.  At some point, she was incarcerated for selling drugs.  W.H.'s mother told me that she has worked hard to get her life on track.  She attended a school for four years with a focus on criminal justice and has worked as a beautician for 16 years.  In addition to W.H., she also has a 7-year-old daughter that lives with her.  W.H. has expressed feeling that W.H.'s mother has been more of a mother to her daughter than to him.  W.H.'s mother also has an uncle who, according to W.H.'s mother, was diagnosed with schizophrenia.

According to W.H.'s mother, W.H.'s father is a well-known boxer in the District and has been incarcerated for most of W.H.'s life.  At the time of W.H.'s birth, W.H.'s mother was 14 years old, and W.H.'s father was 39 years old.  W.H.'s grandmother pressed charges against W.H.'s father for having a sexual relationship with W.H.'s mother, but according to W.H.'s mother, the charges were dropped because W.H.'s mother lied to him about her age.  W.H.'s mother described W.H.'s father to me as a "sociopath."  W.H.'s father has, over the years, attempted to have a relationship with W.H. - sending money and making time to visit when he is not incarcerated.

W.H. has had multiple charges that have led to frequent arrests, detentions, probation, and transitions between institutional settings, group homes, and detention at the Youth Service Center (YSC), and his grandmother's and mother's home.  W.H.'s mother describes W.H. as a

"master of manipulation" who is out of control when he gets mad.  She said that W.H. has stolen items from family members such as money, electronic tablets, the keys to W.H.'s mother home, and per grandmother, he stole clothing from his uncle - who cut off a relationship with W.H. after the stealing incident.

W.H.'s mother said W.H. smokes marijuana regularly and sleeps all day, is sexually active, and stays out of the home all night.  W.H.'s grandmother says W.H. struggles with the death of his friends, and that he feels like he has to cover himself up while using public transportation because of inter-gang violence.  According to W.H.'s mother, W.H. is a rising senior but is not enrolled in school.

While the District made numerous efforts over the years to connect the family and W.H. to mental health agencies for support, the family had a difficult time enrolling in and receiving such services.  It also appears that W.H. regularly refused treatment and services.

History of Behavioral Health Services

W.H.'s mother reports that during her pregnancy, her boyfriend at the time (who was not W.H.'s father) physically abused her.  W.H. was born full-term and weighed 6.5 pounds.  W.H.'s mother told me (and records supported) that W.H.'s developmental milestones were within normal limits.  He sat at five months, walked at eleven months, and slept well as an infant.

W.H.'s mother reports (and his records also indicate) that W.H. started eating paper products as a toddler and refused to eat food.  W.H.'s grandmother said that milk was his main diet for a long period of time, that he was a picky eater, and he used to regurgitate at the sight of certain foods.  W.H.'s mother and grandmother sought medical attention for his eating behaviors, but the doctor said W.H. would grow out of it.

Both W.H.'s mother and W.H.'s grandmother said they first sought behavioral health services for W.H. from Kaiser Permanente when he was four or five years old because he angered easily.  Kaiser Permanente diagnosed W.H. with ADHD and prescribed him medication.  W.H.'s grandmother reports that she refused the medication because she was concerned that a doctor would diagnose a 5-year-old child and offer him medication after a one-hour visit.  W.H.'s grandmother switched his doctor within Kaiser Permanente and she began attending family therapy with W.H.'s mother and W.H.'s maternal uncle who was living in the home at the time.  W.H.'s mother said family therapy helped them make some progress because it enabled them to agree on responses to W.H.'s behaviors.  However, W.H.'s mother says W.H.'s behaviors did not change as a result.  W.H.'s mother indicated that family therapy helped but "it didn't end the chaos" and conflict in the family continued regarding how to discipline W.H.

W.H. attended day care in the District and enrolled at a DCPS elementary school in southeast D.C. for pre-kindergarten and elementary school.  These records were not available to me.  According to W.H.'s grandmother, W.H.'s school made him eligible for special education in either the first or the second grade.  W.H.'s mother and grandmother both said that W.H. did not exhibit any academic difficulties in elementary school and received above-average grades.   I did not review his IEP because it was not provided to me.

W.H.'s grandmother told me that a few incidents that occurred in elementary school changed W.H.'s attitude toward school.  First, his favorite teacher told W.H. that he was so much

of a bother that the teacher needed a vacation from dealing with him.  W.H.'s grandmother reported that she asked the school to remove W.H. from that class, but the school blamed W.H. for the incident and did not take it seriously.  W.H.'s grandmother said that another time W.H. came home from school wearing a "girl's necklace" that he claimed a teacher gave to him.  The teacher denied giving him the necklace, but W.H.'s grandmother heard that the teacher took W.H. off campus to lunch at one point.  W.H.'s grandmother was upset by the situation and expressed concerns that the teacher had an inappropriate relationship with W.H.  (This was never confirmed.)  In another incident, W.H.'s elementary school claimed he stole an item from CVS.  When W.H.'s grandmother watched the surveillance footage, she realized the school confused W.H. with another student.  However, W.H.'s grandmother said the school denied making this mistake and based on this incident and others, the school suspended him.  W.H.'s grandmother said she insisted that they homeschool him instead, and the school agreed.

After that, W.H.'s mother said he attended several different elementary and middle schools in the District and Virginia because the family relocated.  Although W.H.'s mother and grandmother reported different timelines, they agreed that at one point, the family moved from the District to Virginia.  According to behavioral health records, W.H. made the honor roll once and was selected as a "Young Achiever" in the seventh grade.

According to W.H.'s mother and grandmother, W.H. was admitted to a residential psychiatric treatment center in Richmond, Virginia and stayed there for 45 days (this placement is also documented in records, but no year is indicated).  The family's move out of Virginia back to the District ended this placement.

While in Virginia, W.H. received services from Kids in Focus (VA).  According to W.H.'s mother, Kids in Focus diagnosed W.H. with ADHD and ADD, and placed him on Concerta to alleviate sleeping problems.  His mother said Concerta helped him sleep.

In 2016, W.H. was hospitalized at the Psychiatric Institute of Washington (PIW) due to "temper tantrums." (according to his mother at the time of admission).  At the time, W.H. began smoking marijuana and his inappropriate behaviors - like destroying property and stealing - escalated.  After this hospitalization, he was referred for outpatient services (the records did not specify a provider).

W.H. then attended Drew-Freeman Middle School in Prince George's County, Maryland.  According to W.H.'s mother, the school called her almost every day because of W.H.'s behavior.  W.H. had numerous suspensions and failed most classes.  Eventually, W.H.'s mother said Drew-Freeman Middle School told her that they were not equipped to handle W.H. and that he needed a higher level of help.  She said they tried to send him to a school two hours away, but she did not agree to that placement.  Instead, she agreed to enroll him at The Foundation School of Prince George's County (Foundation) in Maryland.  Again, W.H. did not progress academically or behaviorally.

In the fall of 2017, W.H. was detained at Youth Service Center (YSC) three times on charges of property destruction and possession of prohibited weapons.  After the third detention, YSC released him to Buddy's Place, a group home.  There, W.H. attended one therapy session and stayed for a week before absconding.  As a result, he was placed on probation in Prince George's County, Maryland and the District.

In January 2018, W.H. was detained twice at YSC and evaluated by the District of Columbia Courts' Child Guidance Clinic.  The Clinic diagnosed him with Unspecific Bipolar and Related Disorder, Cannabis Use Disorder (mild), "academic problems", "problems related to legal circumstances", rule/out generalized anxiety disorder, rule/out PTSD, rule/out OCD, and rule/out feeding or eating disorder.  The Clinic's evaluation stated that W.H. would benefit from intense, evidence-based therapy such as multi systemic therapy (MST) or community-based intervention (CBI).  W.H. did not receive either.  The evaluation noted that if W.H. could not be stabilized in the community, he might benefit from a six- to nine-month period of stabilization in a secure residential facility that provides 24-hour residential treatment.

After his second detention at YSC in January 2018, YSC released him to the Kennedy Shelter.  According to records, Kennedy Shelter convened a team meeting to address W.H.'s needs.  W.H.'s mother and grandmother attended.  W.H.'s mother agreed to re-certify his Medicaid so he could receive a referral to a core service agency.  During this meeting, W.H. agreed to work with a mentor and a core service agency.

In February 2018, W.H. ran away.  Shortly thereafter, he entered into a plea agreement for property destruction.  W.H.'s probation officer filed a treatment plan for W.H. requiring him to stay at the Kennedy Shelter, follow his curfew, apply for services at a  core service agency, avoid re-arrest, and attend school daily and follow rules.  The probation officer recommended that DYRS retain custody for W.H. for a year, and that an educational attorney assist W.H.'s mother in advocating for supports and services at school.

A March 2018 report indicated that W.H. was failing all his classes at Foundation, leaving school without permission, and acting disrespectfully toward staff and peers.  W.H.'s mother said Foundation called her frequently and either suspended him or sent him home.  However, W.H.'s mother reported that when W.H. would smoke marijuana before attending school (as he did frequently) they rarely sent him home.  Instead, they would call W.H.'s mother to say he smelled like marijuana, but that he was "chilled."  W.H. reported he had access to a social worker and therapist at Foundation, but he did not take advantage of meeting with them frequently.

In April 2018, W.H. had a court-ordered psychological assessment.  The assessment documented that W.H. had witnessed shootings of people and had flashbacks of seeing dead bodies.  It also noted that W.H. was easily angered, punched holes in walls, did not like to be redirected, felt nervous that something bad would happen, was cautious around others, had a long history of restlessness, was hyperactive and easily distracted, and had significant mood swings at a rapid pace.  These behaviors support the need for ICBS, but the assessment did not recommend ICBS services.  Instead, it called for individual therapy, psychoeducational training for W.H.'s grandmother and mother, an educational advocate, and a substance abuse assessment.

A few days after this assessment, on April 19, 2018, W.H. ran away again from the Kennedy Shelter.  When he was apprehended (according to records), YSC sent him to a different shelter in the District, operated by Life Deeds, Inc.  W.H. remained at the Life Deeds shelter from April 24, 2018, through July 10, 2018.

At the end of April, Foundation "discharged" W.H., stating that he needed a residential placement.  However, W.H.'s mother said Foundation did not inform her or Life Deeds of the

discharge. As a result, Life Deeds transferred W.H. to a bus stop for two weeks so that he could take the bus to school (without knowing he was no longer enrolled or allowed at Foundation). W.H. was free to roam the community without supervision during school hours for two weeks. If W.H. had a Child and Family Team, this information would have been communicated to all team members.

On May 7, 2018, W.H. participated in a GAIN assessment (a substance abuse assessment) at Hillcrest Children and Family Center, a District provider agency. The evaluator noted that he was not involved in any structured activities and violated curfew. The evaluation recommended Level 2 outpatient substance abuse treatment after several positive tests for marijuana, and indicated that many of his behavioral issues stemmed from drug usage. The evaluator expressed a lack of confidence that W.H. could successfully complete a period of supervision in the community, and recommended a referral for the Northwest Balanced and Restorative Justice (BARJ) Drop-In Center, run by the District of Columbia Superior Court' Family Court Social Services Division. W.H.'s probation officer did not accept the recommendation, stating that the BARJ placement was not acceptable to meet the needs of W.H.'s IEP. I did not see that he received any new or different treatment after this evaluation.

On June 6, 2018, W.H. plead guilty to another property destruction charge. On July 4, 2018, W.H. left the Life Deeds shelter and returned to his grandmother's home. Two days later, he was detained for a probation violation and sent to YSC.

In the fall of 2018, W.H. was enrolled in the tenth grade at Foundation (records did not indicate when Foundation re-enrolled W.H. after his discharge that spring). W.H.'s mother said Foundation considered expelling him for truancy and lack of attendance. That November, W.H.'s friend was killed and he reported difficulty sleeping, sitting still, and focusing. W.H. expressed a need for help and a wish that he had died instead of his friend. His probation officer encouraged him to start medication for his ADHD, rather than self-medicate with marijuana. However, W.H. reported an allergic reaction to medication in December 2018 and refused to take medication for a month.

In January 2019, W.H. attended a mental health intake appointment with "Supportive Counseling" (per W.H.'s mother and grandmother), another District service provider, following a referral. W.H.'s mother and grandmother said he did not really engage in their services. These records were not available to me.

In the spring of 2019, W.H. failed all of his classes at Foundation because he did not attend; he regularly arrived late to school and left early. He had more than 80 absences. There were two DYRS Team Decision Making (TDM) meetings, in January and June 2019, with attendees that included a TDM coordinator, W.H.'s mother, her boyfriend, W.H., a peer advocate, and a representative from Inner City Family Services (records and interviews did not explain Inner City Family Services' involvement). The notes reported that during each TDM meeting, W.H.'s mother and W.H. were disruptive and threatened each other (the family had a referral for family therapy but had not received any). My understanding is that TDM meetings are held for all decisions involving a child's removal, change of placement, and/or reunification, or other permanency plan. To my understanding, TDM Meetings are not set up for a coordinator to monitor progress with any frequency and to share information with team members on an

ongoing basis.  While I believe these TDM meetings were certainly beneficial to W.H., it was not enough to stabilize him.

In March 2019, W.H. was charged as a fugitive for justice after he ran away from home for several weeks, stopped attending school, and violated the terms of his probation.

W.H. was detained at the Prince George County's detention center for 9 days in April 2019 and then transferred to a DYRS secure program for 8 days.  DYRS transferred him to Universal Healthcare Daybreak Youth Home (Daybreak), a group home, after he signed a waiver for a medium-level placement.  W.H.'s attorney argued for his placement to resume at home, but W.H.'s mother said she could not accommodate him in her home.  It does not appear that W.H. received any schooling during this time, and there is a note that he was not eligible for any school program in the District because of the short duration of his commitment.

W.H.'s mother said that at this time she made several calls to Community Connections. However, the person she was asked to contact was not available and she did not receive any calls back.  W.H. finally had an intake date set with Community Connections on June 10, 2019. However, he did not show up.  W.H. resided at Daybreak until June 21, 2019, when he was released and returned to his grandmother's home.

His commitment to DYRS supervision ended on July 10, 2019, and he worked for DC Greenworks, a District nonprofit that trains "at risk" youth, that summer.  In January 2020, W.H. was detained at YSC after receiving a charge for possession of a BB gun.  In May 2020, W.H. was arrested, charged for absconding, and detained again at DYRS.

Currently, W.H.'s mother reports that W.H. has an outstanding warrant for a probation violation, in addition to a current felony charge for an incident where (according to W.H.'s mother) he pointed a gun at a police officer.  She indicated that W.H. is currently on the run. W.H.'s mother says he is supposed to be living with her right now, but he is not. Instead, he is living at W.H.'s grandmother's home.  W.H.'s grandmother says he typically only shows up to her home to shower and change clothes.

W.H.'s mother said she believes that his grandmother shelters W.H., possibly out of fear. W.H.'s grandmother said, "I'm not scared of my grandson, he's not going to hurt me.  I try to help him when he needs it because he's a good kid, he's real smart, and he just needs help." W.H.'s grandmother said that he has recently calmed down and is not as "bad" as he used to be, but he still responds like "Dr. Jekyll and Mr. Hyde" when his behavior escalates.  She reported that W.H. has a bad appetite, food causes him to throw up, and she has difficulty persuading W.H. to care for his hygiene and keep his room clean.  W.H.'s grandmother expressed that W.H. needs an advocate in the family other than W.H.'s mother, should anything happen to W.H.'s grandmother; and said she would like to see W.H. and her son (W.H.'s uncle) mend their relationship.

<u>Findings</u>

I believe W.H. has a serious emotional disturbance because he has mental health conditions (Unspecified Bipolar Disorder and Cannabis Use Disorder) that substantially limit his functioning in his family, at school, and in the community.  He has a long history of legal issues, absconding, and anger outbursts that the family has described as "totally out of control."  These

29

behaviors limit his ability to achieve or maintain developmentally appropriate skills like academic progress in school, involvement in appropriate community activities, or living in a home environment without supports.

I believe that W.H. has needed ICBS due to serious emotional disturbance that manifested at an early age. W.H. would have greatly benefited from intensive behavior supports beginning in late elementary school (when he was first accused of stealing and acting out in the classroom). Because he did not receive supports, his suspensions and expulsions quickly accumulated. Had he received each component of ICBS, W.H. likely could have learned how to control his mood swings, understand the causes and triggers for his anger, and maintain a prescribed medication routine if indicated. These services could have helped him identify something other than marijuana (unless prescribed) to help him calm down. Instead, he continued to respond to triggers by running to the streets. ICBS could have possibly prevented admission to a psychiatric center in Richmond, Virginia, and his later hospitalization at PIW. As he aged, his frequent arrests, placement in shelters and group homes, and absconding demonstrated a clear need that he lacked a trusted network of support. No provider has attempted to interrupt this cycle with intensive behavioral therapy that involves wraparound supports, and therefore, W.H. has remained at high risk for institutionalization for many years.

W.H. has not received any component of ICBS.

W.H. has not received Intensive Care Coordination (ICC) or the support of a Child and Family Team. Because W.H. moved frequently, the team meetings he attended included new and different team members each time. W.H. needed a team that did not change and maintained a holistic view of W.H.'s behavioral health needs, rather than reacting solely to the most recent legal issue (or one aspect of his behavior – like truancy from school). Instead, he received services that were matched to a location and did not follow W.H. when he returned to the community, or when he transitioned to a new placement. Additionally, when services did not work for W.H. (for example, attending therapy at Community Connections while he resided in a group home), he needed a team to modify his service plan to match his individual needs. W.H. needed more intense coordination between service providers to promote his growth and provide him with a window of opportunity to stay in the community. W.H. once told a judge that he would not go to therapy because he did not believe he should talk to people he did not know. This is a strong indicator that W.H. needed ICC to engage in any form of therapeutic care.

W.H. has not received any mobile crisis services. W.H. could have benefitted from mobile crisis services when he experienced outbursts and when he felt the need to run away from a placement. Mobile crisis services may have decreased the number of times he absconded and became involved in illegal activity. His grandmother and mother could have benefitted from mobile crisis services when W.H.'s outbursts felt "out of control" to them, and when they disagreed about the best way to respond to these outbursts.

W.H. has not received intensive behavioral therapy. Though W.H. has received intensive care because of his psychiatric hospitalizations, these hospitalizations are needed for those who are a danger to themselves or others for stabilization. They do not provide treatment that encourages a functional change in the community and home environment. Additionally, W.H.'s involvement with other agencies were the result of court-ordered mandates by the legal system. However, the system continued to put in place the same array of mental health services with

30

higher levels of residential placement.  W.H. participated in some individual therapy and family therapy when he was in residential settings.  Documents reflect that W.H. was resistant to community-based therapies, and no agency made a meaningful effort to engage him.

W.H.'s mother and grandmother do not believe any services have helped W.H., apart from the family therapy they received early on.  W.H.'s mother believes that "being locked up" helped W.H. for about a two-week period post-detention, but his behaviors always returned.  W.H.'s mother said, "I have tried so many different avenues to get help, but the system has not helped me.  Nothing has worked."  Had his family received more intensive services, the family could have reconciled their differences on how to discipline and respond to W.H. in a more consistent way.  Instead, his three natural caregivers stayed in conflict continually about how to raise and discipline W.H.

<u>Needs & Recommended Services</u>

I believe that W.H. needs ICBS now more than ever to engage in services, to find stability in the community, to address his history therapeutically, and to break his cycle of arrest, placement in a residential facility, and absconding.  These services should meet W.H. where he is naturally located in the community (if he is incarcerated, the services should be delivered in that setting).  Prior to receiving ICBS, he needs a trusted team member to engage with him to help him participate in these services consistently.

W.H. is at risk for incarceration.  He has pending legal charges and a history of arrests, pleas, and charges.  If W.H. is not incarcerated, I believe he is at risk for institutionalization in a locked psychiatric setting, unless he is able to engage with a trusted group of service providers who can guide him toward mental health services and positive activities of interest.

For W.H., ICBS should include the following:

1. W.H. needs ICC and a Child and Family Team approach.  His Child and Family Team should include W.H. and people W.H. trusts: W.H.'s grandmother, perhaps a boxing or basketball coach, his probation officer, a representative from a mental health agency that has a male therapist, and his attorney.  Because of their history arguing in past team meetings, W.H.'s mother, should join with his father (via phone if he is incarcerated) during the second half of the team meeting.

2. The Child and Family Team should help W.H., and his family coordinate these services to meet his needs:

   a. W.H. needs to complete his education and earn a high school diploma.  W.H. should have an education advocate who can help him work toward enrollment in school with supports.
   b. W.H. needs continued assistance with his legal issues.  His defense attorney should participate in his Child and Family Team to understand his history and to represent him adequately in court.
   c. W.H. needs to abide by his probation rules and his grandmother's rules while he resides with her.  A male mentor should engage with him to influence positively his participation in services, and to help W.H. follow his

31

grandmother's house rules. A peer group could also address his concerns about safety in the community.

d. W.H. needs to pursue an activity that will keep him off the streets and involved in something positive; for example: boxing, basketball, football, soccer, or working on computers. A pass or admission to a recreational center that offers boxing, basketball, and other sports might help him re-engage in these activities.

a. W.H. needs to obtain employment in a setting that does not have many people (he is sensitive to overstimulation) in an area of interest - for example: An internship with a technical facility to enhance his skills with computers, at a gardening facility, or at a recreational center. Additionally, W.H. could use his love for guns in a positive way such as a gun instructor at a gun range, as stated by W.H.'s mother. A job coach should assist him in gaining employment and maintaining employment.

b. W.H. needs a medical provider to rule out an eating disorder. The medical provider should also address food sensitivities and encourage a more nutritious diet.

3. W.H. needs mobile crisis services to help him stay in the community. Before engaging in illegal activity, W.H. needs to understand how he can engage mobile crisis services to help him stabilize.

   a. W.H.'s Child and Family Team should help him create a safety plan that incorporates mobile crisis services and a trusted member of the team.

4. W.H. needs intensive behavior support services, delivered to him wherever he is naturally located. These services should include:

   a. A therapeutic relationship with someone he trusts - likely a male. W.H. needs to engage in mental health services and stop absconding.
   b. Individualized therapy to address his trauma and replace negative behaviors (anger outbursts, illegal activity, absconding). W.H. needs to understand and address the root cause of his anger episodes, which could be a result of trauma.
   c. Individualized therapy to mend his strained relationship with his mother, his father, and his uncle. He needs to deal with the feelings of abandonment that he associates with each relationship.
   d. Family therapy once the therapist providing individual therapy indicates it. W.H.'s family members need to mend their relationships and unify their responses to W.H.'s needs.
   e. Medication management or other coping mechanisms (like mindfulness) to help him calm down. W.H. needs to develop a coping mechanism other than using marijuana (unless prescribed) to help him relieve stress.

32

**D.G.**

D.G. is a 19-year-old Black female who, in my opinion, has a serious emotional disturbance.  D.G. has needed ICBS in the past and has not received them, and she currently needs ICBS to avoid psychiatric institutionalization.

To prepare this report, I interviewed D.G.'s mother.  D.G. did not agree to an interview.

D.G.'s mother describes D.G. as creative and artistic.  According to D.G.'s mother, she enjoys listening to music, is attached to her iPhone, and has explored postgraduate options - including the cinematic arts program at the University of Southern California.  D.G. would like to become an actor, writer, or director.  Records indicated that D.G. is well spoken and articulate, and that she is talented at drawing and singing.  In one report, D.G. shared that she has three wishes: 1) to look better, 2) to have money, and 3) to live alone with her mother.

D.G.'s mother described D.G. as a happy, smart child who attended daycare and received good grades (all As and Bs) throughout elementary school.  According to her mother, D.G. never had an IEP or "504 Plan."  She graduated from high school, and is now attending online classes at Northern Virginia Community College (NOVA).  Prior to COVID-19, D.G. worked at a Denny's Restaurant.  She is not currently working and receives unemployment benefits.  According to her mother, D.G. is enrolled in Medicaid.

D.G.'s diagnoses include Major Depressive Disorder (recurrent – severe without psychosis); a history of trauma; suicidal ideations; "uncomplicated bereavement" (I am unfamiliar with this as a diagnosis); "Educational Maladjustment" (again, I am unfamiliar with this as a diagnosis); and a possible eating disorder (as listed in a note, but not confirmed as a diagnosis).  D.G. has reported depression, concerns about her relationship with her younger sister, anxiety about attending school in the past because of bullying, poor sleep, and a fluctuating appetite.  These anxieties have manifested for D.G. as withdrawal, suicidal ideations, and self-injurious behaviors like cutting.

D.G. is not currently receiving mental health services.  D.G. was hospitalized once at Children's National Medical Center for suicidal ideations.  She shared with her providers at the time that she did not feel comfortable communicating with her mother about her ideations, because she believed it would make her mother too sad.  D.G. also participated in CBI services at Community Connections, but when staff attempted to transition her to a new CBI worker, D.G. stopped responding.  Shortly thereafter, Community Connections discharged her for her lack of response.  D.G. has been prescribed Zoloft and told Community Connections that she took the medication inconsistently (her mother said she never really took the medication).  D.G.'s mother is currently concerned about D.G.'s eating patterns and extreme weight loss, which she believes is a replacement for her past cutting behavior; continued self-harming behavior; her obsession with her phone; and her marijuana use.

In the first 18 months of D.G.'s life, her mother reports that the family experienced homelessness, but has had stable housing since that time.  D.G. currently lives at home with her mother and younger sister.

D.G. has an older brother, a younger sister, and a half-sister.  Records reflect that D.G.'s brother and his girlfriend lived with the family at one point, and D.G. had to shoulder a lot of the

housework and caretaking for her younger sister while her older family members (including her mother) worked.  She has a history of what her mother referred to as "sibling jealousy," especially with her younger sister.  D.G. speaks with her half-sister almost daily and they are very close, according to her mother.

D.G's mother is currently separated from her father.  According to D.G.'s mother, they have had an on-and-off relationship for many years.  She said D.G.'s father struggles with his mental health (other records corroborated this, but did not specify his mental health diagnoses) and that he has been incarcerated in the past.  He first appeared in D.G.'s life when she was five or six years old and would watch D.G. while D.G.'s mother worked.  D.G. reported in records that her father would smoke marijuana and that her parents fought – especially when they had been drinking.  D.G. claimed she did not care about having a relationship with her father because she is not fond of him.

D.G. reported in records that her brother has PTSD, Bipolar Disorder, and anger problems, and that her mother drinks to be happy and is more irritable when she does not drink. D.G.'s mother said that D.G.'s maternal grandmother used crack cocaine before her death, and told me that D.G. has experienced a lot of familial loss; her maternal grandmother, her maternal grandfather, and an uncle are all deceased.

History of Behavioral Health Services

According to D.G.'s mother, her pregnancy with D.G. was high-risk due to her own health complications, but she experienced an uncomplicated delivery.  She reports that D.G. met all development milestones.

Though D.G. and her family lived (and continue to live) in southeast D.C., her mother arranged for D.G. to attend elementary school in northeast D.C.  D.G.'s mother told me that she pursued this school because she needed to provide a better academic and social setting for D.G. to thrive.b D.G.'s mother typically drove D.G. to school across town, though they sometimes used public transportation.  D.G.'s mother also participated in after-school community activities in northeast D.C. with her children in order to avoid the negative activities within the community where they lived.

According to records from Community Connections, when D.G. was eight or nine years old, she was molested by an uncle who used to reside in the family home on weekends and shared a room with her brother.  D.G. disclosed this information in 2018.  At the time, D.G. was afraid of the dark and typically jumped into bed with her brother when she became frightened. She reported to her mother that, when she slept in her brother's room, the uncle touched her breasts under her shirt on many occasions.  According to records, D.G. said her mom pursued legal charges later, but police told her that the claims were not timely.   I saw no evidence of any legal charges or proceedings in the records I reviewed.  When I spoke with D.G.'s mother, she said that she believes these incidents occurred, but she also indicated that the uncle - who is the same age as D.G.'s brother, seven years older than D.G. - was also very young at the time. D.G.'s mother told me she was very confused about how to handle the situation even though she believed D.G.  D.G. reported in the past that she had not seen this uncle since her grandfather's funeral in 2017.  These incidents are likely an area of unresolved trauma for her.

34

Initially, D.G. attended middle school at Stuart-Hobson Middle School in northeast D.C. so she could continue with peers from elementary school. However, D.G.'s mother said that D.G. was often tardy due to the time and distance required to travel to this part of the city. Because of this tardiness, Stuart-Hobson had D.G. transferred to her neighborhood school, Kelly Miller Middle School. D.G.'s mother believes this transfer had a negative impact on D.G. When they transitioned her into a different, unfamiliar environment, her mother said everything started to go wrong - D.G. was bullied at school, became more reserved, and her grades worsened. Once staff knew that D.G. was experiencing extreme difficulty adjusting to this new school environment, Kelly Miller should have made a referral for D.G. to receive therapeutic services. It does not appear that they made any such referral.

In 2016, D.G.'s maternal grandfather, a person with whom D.G. was particularly close, passed away. D.G.'s mother said that around the same time, she noticed D.G. began to cut herself and left superficial marks on her body.

In 2017, D.G. began attending Eastern High School in the District. D.G.'s mother said D.G. lost the drive or motivation to do well early on in high school. D.G.'s mother reported in records that D.G. was stressed and expressed that school was not important to her. Her grades continued to drop, she lost friends, and she sat in the library to avoid going to class. D.G.'s mother thought her avoidance might have been linked to a particular teacher or subject. Of note, D.G.'s mother and her father separated around this time.

In 2018, D.G.'s mom said D.G. continued skipping school, hiding from others in her room, and sleeping a lot. Around this time, D.G. disclosed suicidal threats to her mother. Her mother said she struggled at times to take the threats seriously. She believed the threats sometimes came in reaction to instances where she would tell D.G. she could not do something, or asked her to do something D.G. did not want to do, like chores. A record from this time indicated that D.G. said her father had returned home and was "trying to be a father," but she feared he would leave again.

On February 2, 2018, Community Connections admitted D.G. Her symptoms at that time included expressions of sadness, irritability, low motivation, low mood, hopelessness, suicidal ideations, marking her arms with sharp objects, behavior in and out of school, poor attention, and fluctuating grades. On February 15, 2018, D.G. informed a counselor at school that she planned to hurt herself. D.G.'s mother transported her to the hospital at Children's National Medical Center (CNMC). CNMC admitted her overnight.

On February 21, 2018, Community Connections diagnosed D.G. with Major Depressive Disorder, "educational maladjustment", and "uncomplicated bereavement." On February 22, 2018, she participated in an intake at Community Connections. Community Connections developed a treatment plan, which included CBI, psychiatric services, and CS. The treatment plan included goals for D.G.'s mother to implement positive parenting strategies, to support family cohesion, communicate positively and demonstrate a willingness to hear D.G.'s concerns, identify barriers for school attendance, and implement effective strategies. Community Connections also developed a safety plan that focused on her triggers, her warning signs, and ways for D.G. to cope when feeling suicidal. In creating her safety plan, Community Connections asked D.G. if they should avoid any particular methods when she experienced a crisis. She responded, "Do not ask me the same questions over and over, and do not have my

little sister try to help."  The case plan identified her half-sister as someone that should be included.  I thought Community Connections individualized this safety plan to D.G.'s needs and included her preferences.  Her treatment plan was not individualized in the same way.

From February 2018 through November 2018, D.G.'s mother reported (and records reflect) that D.G. had a significant, trusting relationship with her Community Connection CBI worker. Her CBI treatment plan had several objectives: 1) to identify triggers to emotions, 2) to identify coping skills, 3) to create a safety plan to address suicide and self-harming, 4) to increase her understanding of depression, 5) to increase positive communication between D.G. and her mother, 6) to learn effective communication skills, 7) to improve self-awareness, self-acceptance, and self-esteem, and 8) to reduce isolation behaviors.

The CBI worker visited D.G. two to three times a week in school, and at least once in her home environment (according to records).  When school was not in session, the CBI worker engaged with D.G. via telephone, in the community or in the Community Connections office. She also met frequently with D.G.'s school counselors to discuss D.G.'s attendance and her grades.  The CBI worker made weekly phone calls to D.G.'s mother to share D.G.'s progress and to encourage engagement and convened at least two family meetings.  When I asked D.G.'s mother about these meetings, she said they were not really "family team meetings," – instead, the CBI worker and the CS worker would meet with D.G. and her mother together, and then they would ask D.G.'s mother to leave to speak with D.G. alone.  Based on this report, the meetings Community Connections convened do not provide the same level of care coordination as a Child and Family Team meeting.

In the spring of 2018, D.G.'s self-injurious behaviors increased.  She reported that she cut herself with knives and safety pins almost daily to feel and relieve pain, and at times, to try to commit suicide.  During this time, D.G. began talking more about her appetite - she reported not feeling hungry and not wanting to eat foods at home because she did not consider them healthy. She began reporting stomach troubles to her CBI worker, and the CBI worker made a note that she would continue to assess for an eating disorder.

According to records, she tried marijuana for the first time in April 2018, but told her CBI worker that it made her paranoid.  She felt like marijuana let her down and did not make her feel happy like it did for everyone else.  Her CBI worker documented D.G.'s report that she had sexual intercourse with a friend's boyfriend, and that D.G. believed the relationship was OK because she and the friend looked alike. To me, this indicates some difficulty with peer relationships and her perception of herself.  That month, Community Connections increased her Zoloft prescription to 50 mg per day, but notes indicated that she often forgot to take her medication, especially on weekends.  D.G.'s mother told me that D.G. almost never took her medication.

While participating in CBI, D.G. had 68 absences at school, failed most classes due to her poor attendance, and was noted as "at risk" of police involvement for truancy.  She was suspended at one point in the spring of 2018 for not wanting to give up her phone.  Her rationale for keeping the phone was because her safety plan was saved in a note on the phone.  Whether or not this is the actual reason she kept the phone close to her, it is clear that D.G. had a safety plan she relied upon and that was accessible to her.

36

Based on records and my interview with D.G.'s mother, D.G.'s CBI worker provided CBI consistently to D.G. for six months.  I believe her CBI worker approached underlying issues with D.G. but did not fully address them.  However, she did activate D.G.'s safety plan with fidelity to the plan.  Per records, D.G. often texted the CBI worker about her suicidal ideations.  The CBI worker would promptly contact D.G.'s mother and perform an assessment.  When she was unavailable, she would tell D.G. to contact the "on call" person.  Immediately thereafter, the CBI worker followed up with a letter to the "on call" person that shared D.G.'s safety plan and indicated how they should handle the crisis should D.G. call.

Despite some progress, near the end of her CBI treatment, D.G. began refusing pullouts from her classroom to meet with her CBI worker because she did not want to stop what she was doing.  In my view, D.G. should have received the service outside of school because she needed to attend her classes.

When D.G. completed CBI, she disengaged from Community Connections.  In November 2018, D.G.'s treatment plan called for D.G. to meet with a CS worker in the Community Connections office once or twice per month, but according to records, she never attended these sessions.  Her mother said she felt like she shared her whole life story with her CBI worker and did not want to start a relationship with someone new.  D.G.'s mother said Community Connections went from "hands on frequently to hands off office visits which just did not work" for D.G.  Community Connections discharged her on March 1, 2019, for lack of engagement.  This failed transition is indicative of a treatment plan that was not individualized to D.G. and did not take her need for continuity into consideration.

According to her mother, D.G. graduated from high school in 2020 and is currently taking community college classes online.

<u>Findings</u>

I believe that D.G. has a serious emotional disturbance because she has several mental health conditions:  Major Depressive Disorder, suicidal ideations, and perhaps an eating disorder.  These conditions limit her functioning with her family, at school, and in the community because of the way her conditions manifest, through low self-esteem, suicidal threats, eating and fluctuating weight issues, and withdrawal.  These behaviors inhibit her ability to achieve or maintain developmentally appropriate skills like creating and maintaining friendships, eating nutritionally, engaging in community activities, and caring for her own mental and physical health.  D.G.'s mother said D.G. is very reserved for her age and she struggles with peer relationships (her mother reports D.G. currently has no friends).  She told me that D.G. "acts naively."  She is not sure that D.G. even wants help.

I believe that D.G. needed ICBS and has never received any component of ICBS.

D.G. has not received Intensive Care Coordination (ICC).  A Child and Family Team has not been convened to assist her.  I believe she needed ICC and a Child and Family Team to be fully successful with CBI.  D.G. needed a host of people in her life to encourage her at school, with her self-esteem, and her artistic abilities.  A team that met frequently would have provided regular opportunities for D.G. and her mother to share information that could support them with modifications to her safety plan and her treatment plan.

Instead of a team approach, all the responsibilities for meeting D.G.'s support needs appeared to rest solely with her CBI worker. When D.G. disengaged from her CBI worker and, eventually, outpatient therapy with the CS worker, a team meeting should have been held to hear D.G.'s concerns and identify next steps, and perhaps offer different services in a different setting. Had the CBI worker received support through a team "wraparound" approach, D.G. might have been able to continue services with her CBI worker, someone she grew to trust, or she may have been able to transition successfully to another, less intensive behavior support service. Instead, when D.G. did not follow through with Community Connection's offerings in the way they offered it, the agency discharged her.

D.G. has not received mobile crisis services. These services would have been very helpful for her mother when D.G. disclosed threats of suicide. Although Community Connections referred D.G.'s mother to the District's Access Hotline for support and provided her information about Child and Adolescent Mobile Psychiatric Service (ChAMPS), I did not see that D.G. ever engaged with ChAMPS. D.G. needed an individualized response in her safety plan, and a trusted resource other than her CBI worker (especially after she completed CBI) to contact when experiencing suicidal ideations.

D.G. has not received intensive behavior support services. D.G.'s mother said that Community Connections' CBI service helped them, and she wished they could have continued working with her CBI worker. However, CBI was time-limited and Community Connections did not use what it learned from providing D.G. CBI to ensure her successful transition to other therapeutic services. I also believe CBI needed to address her underlying trauma in more depth. The progress notes written by the Community Connection worker provided more information about the worker's approach than D.G.'s response or results of the sessions. I would have expected more information about D.G.'s response to therapy. Moreover, Community Connections made no referrals to D.G. upon her discharge, though they offered her an opportunity to return. In my opinion, Community Connections pushed D.G. out without help when they should have focused on addressing her past trauma, decreasing her number of suicidal attempts, clarifying her possible eating disorder, and helping her build social relationships.

<u>Needs & Recommended Services</u>

I believe D.G. still has a serious emotional disturbance, for the same reasons as noted above, and needs ICBS. She is experiencing depression, has threatened suicide frequently, and it appears that she could possibly have an eating disorder. She needs intensive supports in the community to avoid psychiatric or crisis institutionalization.

I believe D.G. needs ICC to assist with her history of suicidal ideation, depression, self-esteem, marijuana use and weight loss, and to help ensure her success in community college. D.G.'s mother says that D.G. does not like to talk about her past, so it will be important for her Child and Family Team to help D.G. create and maintain a therapeutic relationship with a person D.G. can trust (like her past CBI worker). Several protective factors aid D.G. - most notably, a strong advocate in her mother, and a half-sister that is like a best friend to her. These positive supports appear to keep her at least somewhat productive and reasonably safe. I believe that a Child and Family Team is necessary to ensure that these reinforcements remain in place for D.G.'s progression towards stability. A Child and Family Team approach will hold D.G.

accountable and assist with her transition into adulthood, including with support for her artistic pursuits.

D.G. continues to need access to mobile crisis services because of her periodic suicidal ideations and her ongoing depression.  D.G. also needs more intensive behavioral therapy to help her replace inappropriate behaviors with alternative behaviors making use of her strengths, such as her artistic talents (drawing, acting).  It appeared to me that CBI worked well for D.G., and that D.G. can be successful over time at home, at school, and in the community with a more intensive level of therapeutic support during her transition into adulthood.

Once D.G. has received ICBS for a period and D.G. is stable, a step-down plan should connect her to a community-based mental health agency, for periodic check-ins at a minimum.  D.G. may need to continue to receive therapy for her depression and other conditions.  Without ICBS, D.G. will continue to be at risk, at least intermittently, for hospitalization because of her continued, frequent suicidal ideations and ongoing depression.

For D.G., ICBS should include the following:

1.  D.G. needs ICC to convene a Child and Family Team.  This team should consist of a case manager (likely a mental health case manager), her mother, her father if D.G. approves, her half-sister, her CBI worker from Community Connections, her brother and her brother's girlfriend (whom she trusts), an artist, a job coach if identified, a medical doctor, therapist or mental health counselor, and perhaps a substance abuse counselor.  The team should meet at least once a month for updates and check-ins, and as needed by D.G.

2.  D.G. needs the Child and Family Team to help D.G. and her family effectively match services to her needs within her service plan:

    a.  D.G. needs to address her weight loss, while maintaining a healthy, nutritional diet.  A medical doctor should assess any sort of eating disorder and address her weight loss.

    b.  D.G. needs to mature and become more responsible, according to D.G.'s mother.  A life coach should assist her with developmental maturity, and the transition from teenage years to young adulthood.

    c.  D.G. needs to utilize her artistic skills to pursue a career in the art field, or to find a way to use her art as a coping mechanism.  Her safety plan should incorporate art.

    d.  D.G. needs to continue with school to help her achieve her stated goal of becoming an actor, writer, and director.  A case manager or coordinator should help her pursue her artistic interests, and schooling needs.

    e.  D.G. needs to increase her independence by pursuing employment or an internship.  D.G. could benefit from a job coach to help her locate and attain employment or an internship in an artistic field, but likely does not need a job coach to help her maintain employment once secured.

    f.  D.G. needs to learn how to budget and/or contribute to a household.  A peer group of like peers working together to boost their self-esteem, life skills, and

maturity might be effective for her.  A life coach could also teach her these skills.

    g.  D.G. should discuss forms of birth control with her medical doctor, should she continue to be sexually active and if she is interested in birth control.

    h.  In my view, D.G. needs to continue living at home with her mother until she has reached a higher level of maturity and is no longer making frequent suicidal threats, or has demonstrated that she will consistently follow her safety plan for a period of time.  Her mother may need supports to help her understand how to support D.G. as she transitions to adult life, but the Child and Family Team can help assess the family's needs and develop a service plan to meet those needs.

3.  D.G. needs mobile crisis services to avoid psychiatric hospitalization.

    a.  D.G. needs to keep her safety plan with her at all times on an index card, on her phone, or another method that is convenient for her.

    b.  D.G. needs to develop the capacity to decide when she should contact a hospital or seek other professional help (including mobile crisis services) when experiencing depression, suicidal ideations, and cutting behaviors.

4.  D.G. needs intensive behavioral services wherever she is naturally located in the community.  D.G. needs to meet regularly with a psychiatrist and therapist.  She needs a consistent routine for visiting a psychiatrist and updating her safety plan with a therapist.  Therapeutic interventions with her therapist and psychiatrist should address:

    a.  Helping D.G. understand the triggers for her depression and things that make her feel sad, including zero to few friends, her relationship with her father, her inconsistent relationships with her mother and younger sister, and her self-acceptance.  These treatments should encourage her to decrease the amount of time she spends on social media and to gain an understanding of the way social media influences her life negatively.  According to D.G.'s mother, D.G. believes everything she sees on social media and that the whole world is happy, except for her.

    b.  Deciding whether taking medication consistently could help alleviate or manage her depression.  D.G. needs to understand the pros and cons of marijuana and its impact on her day-to-day activities.

    c.  Helping D.G. to grieve the loss of family members if D.G. has not done so.

**D.C.**

    D.C. is an 11-year-old Black male who has a serious emotional disturbance, who needs ICBS and has not received them in the past, and who currently needs ICBS.  D.C. has been at risk of institutionalization in the past and is at risk of institutionalization in the future if current

protective factors are removed - including his mother's support and advocacy, a psychiatrist he meets with consistently, and a supportive school placement with a supportive teacher.

For my review, I interviewed D.C., D.C.'s mother, D.C.'s favorite teacher, and D.C.'s former CS worker from Community Connections.

D.C. has many interests. He enjoys playing video games, listening to music, watching movies and basketball games, participating in the Black Boys Youth Group at his school, playing with his baby sister, going on walks with his mother, and learning about animals, especially cats and parrots. D.C. told me that he likes to play Roblox on his computer. His mother reports that he enjoys cooking and baking. He also likes to help with household chores and hopes to be a firefighter someday. His favorite memory is listening to "old school" music with his grandmother.

D.C.'s third grade teacher told me that he always attempts to do his work in school, completes homework on time, is polite, and that his grades are better for subjects he studies in the morning. He recently finished the fourth grade, is reading at the third-grade level, and is approaching grade level in math.

D.C.'s current diagnoses, according to his mother, are Bipolar Disorder, Attention Deficit Hyperactivity Disorder (ADHD), Disruptive Mood Disorder, and Major Depressive Disorder. He has had a prior diagnosis of Intermittent Explosive Disorder and has experienced suicidal ideations. He is currently treated with Oxcarbazepine (Trileptal), Bupropion Hcl XL (Wellbutrin), and Guanfacine. In the past, D.C. has taken a wide array of medications, including Vyvanse, Hydroxyzine, Concerta, Risperdal, and Abilify. He has had side effects with some medications – including, he reported, "funny feelings" in his arms and legs. D.C. was born with one kidney and currently has cysts growing on his remaining kidney. To treat his kidney disorder, D.C. follows a modified diet and activity limitations. D.C. often has trouble sleeping and has difficulty with his diet – according to his mother, he likes to sneak snacks at nighttime. D.C. is not aware of his diagnoses, but he understands that he is missing a kidney and his kidney condition requires him to avoid certain activities.

At a very young age, D.C. was exposed to domestic violence between his biological parents (who were married and living together at the time), and his father's alcoholism-related behavior. In his records, there is a report that D.C.'s father physically abused him. D.C.'s mother also reports that his father regularly bullied him, and that D.C. expressed feeling afraid of his father. His mother and father divorced in 2017 when D.C. was seven years old. According to his mother, they divorced because of the domestic violence. D.C.'s mother first noticed D.C.'s disruptive, angry, self-injurious, and aggressive tendencies escalate - especially at school - the same year as the divorce.

When D.C. was eight years old, he experienced another traumatic event when his maternal grandmother passed away. D.C. was close with his grandmother, as she lived only a few houses away and they spent a great deal of time together. That same year, D.C.'s mother remarried. His mother reports that D.C. did not cope well with his stepfather at first, but their relationship has since improved. Now, D.C. emulates his stepfather and copies his movements. D.C. currently lives with his mother, stepfather, younger sister, and older sister. The family has lived in the same home since D.C.'s birth. The family identifies as Muslim.

41

D.C.'s mother experiences migraines and receives full disability benefits for this condition.  D.C.'s father, as noted above, has a history of alcoholism.  One of D.C.'s teachers told me that D.C.'s father came to school while under the influence of alcohol.  The school asked his father to leave after that incident and not return.  His mother reports that his grandmother and aunt also experienced mental health issues.

History of Behavioral Health Services

D.C. was first diagnosed with ADHD as a two-year old in 2012 by the District's Department of Behavioral Health. None of the documents that I reviewed nor the interviews revealed that D.C. received any treatment or services following this diagnosis until 2017.  D.C. attended daycare and pre-kindergarten and, per his mother, had no reported problematic behaviors or concerning incidents.

D.C.'s behaviors escalated in 2017 during his first-grade year at Democracy Prep Congress Heights, a District public charter school, around the time that his parents divorced.  His behaviors at the time were described as choking himself, biting himself, explosive anger, beating himself, physical aggression toward peers – including punching other students, leaving the classroom, climbing on roofs, and suicidal ideations.  At this time, D.C.'s mother felt that his aggression was related to the domestic violence he had witnessed in the home.  She also noticed his struggles with math and reading.  She sought out behavioral health treatment for D.C.

In October 2017, First Home Care, another District service provider, evaluated D.C. and diagnosed him with ADHD and ODD.  D.C.'s mother wanted to transfer D.C. to another agency, so First Home Care discharged D.C. the next month.  In March 2018, D.C.'s mother requested an intake with Community Connections, after learning about the agency from friend.

Community Connections admitted D.C. in April 2018 and offered him Community Support (CS) and Community-Based Intervention (CBI).  CBI focused on identifying emotions, coping strategies, and assisting D.C.'s mother with her needs.  According to records, Community Connections met with D.C. consistently at his school, at his home, and in their office, initially two to three times a week, for visits ranging from fifteen minutes to an hour.  These visits gradually tapered off, partially due to family cancellations.  When Community Connections ended the CBI service after six months, D.C. received only one visit a week from the CS worker. According to the CS worker, her role was to teach skill development, and that "the next worker [was] the deeper worker."

Community Connections also set the following school-related goals for D.C.: teach him how to manage his emotions in the classroom, identify barriers to learning, and coordinate behavior supports with Democracy Prep.  Community Connections helped D.C.'s mother advocate for an IEP at Democracy Prep.  I did not review D.C.'s IEP because it was not made available to me.  However, according to Community Connections records, it does not appear that the IEP led to any improvement in D.C.'s behavior or academics.  Community Connections does not appear to have made progress on the other two goals.  Democracy Prep continued to be a triggering environment for D.C.  According to his CS worker at the time, D.C. did not feel like he had a healthy relationship with anyone at the school.  D.C.'s grades were low, and he made very little academic progress during his second first grade year.  He had to repeat the first grade in the 2017-2018 school year.

In February 2018, D.C. was hospitalized at Children's National Medical Center (CNMC) after he made a threat of suicide and attempted to harm himself.  D.C. stayed overnight at the hospital for an evaluation.  There are no other suicide-related hospitalizations documented in D.C.'s records.  It does not appear that Community Connections focused on D.C.'s suicide threat as part of their services, although his Community Connections workers assisted D.C. and his family in his return home following his hospitalization.  I did not see any mention of mobile crisis services referred to or utilized after this hospitalization.

According to his mother, Community Connections provided ineffective services to D.C. and she was very dissatisfied.  She said his workers mostly played games (card games, board games, etc.) with him.  It appears to me that they used the games to help him identify his emotions and identify various coping strategies.  However, the notes indicated that they did not spend time working on the root causes of D.C.'s behaviors.  The root causes of his behaviors appear to include the physical abuse he witnessed between his parents, his parents' divorce, his grandmother's death, his relationship with his father, his father's alcoholism and appearances in D.C.'s life under the influence, and the trauma he experienced at Democracy Prep.  While D.C. started to use some coping mechanisms to deal with his behaviors and emotions, such as deep breathing and squeezing his hands, his aggression continued at school and home.

According to his mother, D.C. met with a psychiatrist only once at Community Connections, while he was receiving CBI.  After that, she said Community Connections did not have a psychiatrist on staff.

His mother worked at Democracy Prep as a registrar, and despite her presence at school and the fact that she was immediately available to respond to D.C., his behaviors persisted.  The school asked her to take him home on several occasions, without a formal suspension.  D.C. ran away from Democracy Prep on several occasions.  One time he ran out of the school and climbed on the roof.  He was suspended at least three times for aggressive behavior toward peers.  His mother told me "Democracy Prep dropped the ball and really didn't do anything."  I agree: based on the information I reviewed, D.C. continued to act increasingly aggressively at Democracy Prep, and I did not see that the school changed interventions or facilitated any form of a team meeting to make informed decisions about D.C.'s needs.  D.C.'s mother eventually lost her job at Democracy Prep, and she believes her dismissal resulted from her continued advocacy for D.C.

At the end of D.C.'s second year of first grade, his mother pulled him out of Democracy Prep and enrolled him in Ingenuity Prep, another public charter school.  Other parents of children with behavioral needs and friends of D.C.'s mother had recommended the school to her.

In June 2018, D.C.'s grandmother passed away.  His mother felt that her passing was really hard on D.C.  His grandmother lived approximately five minutes away from the family and they spent a lot of time together.  D.C.'s mother said D.C. did not cry after she passed, and she believes he has never processed his emotions about her death.

In fall 2018, D.C. began second grade at Ingenuity Prep, and his behaviors dramatically improved - he became less aggressive and more engaged in the classroom.  His mother told me that the school offered him an array of services, including time with a social worker and a therapist.  He also received an updated IEP after a comprehensive psychological educational

evaluation.  The evaluation diagnosed D.C. with ADHD and Intermittent Explosive Disorder, and determined that he had a full scale IQ of 81.

In October 2018, D.C. reported to staff at Community Connections that his little sister fell off the bed at home and hit her head.  Community Connections filed a report with the District of Columbia Child and Family Services Agency (CFSA) about the incident.  I did not receive any information from CFSA about this incident and therefore I cannot confirm its occurrence.  If it occurred, it might indicate a lack of supervision at home.  Evidently it concerned D.C. enough to report it.  However, other circumstances may have contributed to the incident.

Despite feeling more supported by staff at Ingenuity Prep, his mother reported Community Connections was not meeting D.C.'s needs.  D.C. still exhibited depressive symptoms, decreased concentration and memory, continued suicidal gestures and ideation, decreased sleep, and irritable mood.  When D.C. ended his second-grade year in May 2019, his mother disenrolled him from Community Connections because of her frustration, and requested an intake from MBI, another service agency in the District.  D.C.'s mother learned about MBI through her network of friends and other parents in the community.

In D.C.'s third grade year (the 2019-2020 school year), Ingenuity Prep changed his IEP eligibility category from "Learning Disability" to "Other Health Impairment" and provided him three hours a week of specialized instruction and thirty minutes a week of behavior supports. During this year, D.C. shared a special relationship with his third grade teacher.  D.C.'s third grade teacher is a general education teacher with a background in special education, and she used many different techniques to engage D.C.  These included sitting with him at his desk, developing phrases for D.C. to use when he became frustrated and struggled to find words to express his feelings, and a technique called "push-pull-lift," where D.C. could push, pull, or lift a rubber ball when angered rather than aggressing or destroying property.  She also offered him a packet at the beginning of each day filled with tasks he needed to accomplish that day.  D.C. could pick three tasks from the folder and receive positive reinforcements for completing those tasks.  She recognized his difficulty with communicating when frustrated or angered; if he was having a particularly hard day, she made a diagram for him to help him explain his feelings.

According to D.C.'s mother, his teacher "never gave up and that was a positive turning point for D.C."  Despite making good progress, D.C.'s teacher said that D.C. still exhibited some behaviors in school, such as showing physical aggression toward others, fidgeting a lot, and being easily distracted.  She also said that before COVID-19, D.C. was on grade level for math, and made reading progress, but was still a grade level behind.

Had Community Connections and Democracy Prep identified the triggers and techniques that D.C.'s teacher identified, they could have helped D.C. communicate when frustrated and most likely make academic and behavioral progress in the classroom at Democracy Prep. Moreover, Community Connections or, later, MBI could have learned from D.C.'s teacher to apply these classroom strategies outside of Ingenuity Prep.

D.C. completed the fourth grade at Ingenuity Prep virtually due to COVID-19 (his mother opted not to send him in-person because of his kidney issues and weakened immune system) and he continued to receive special education services in a general education setting. D.C.'s third grade teacher regularly checks in with D.C. and his teachers, even though she is no

longer his teacher.  She described him as "relationship-oriented" and indicated that because he has continued their relationship and has made a relationship with his fourth grade teacher, he continues to progress at Ingenuity Prep.  She and D.C.'s mother both report that his current teachers have implemented many of the same effective behavior supports and practices.  His mother and D.C. both told me that he is less triggered by attending virtual school and that he enjoys math.

According to records from July 2020, MBI diagnosed D.C. with ADHD, "educational circumstances" (I am not familiar with this diagnosis), and bipolar disorder.  MBI's treatment plan for D.C. calls for medication management, community support, and individualized counseling.  He is not receiving therapy, nor does he have a community support worker per his treatment plan recommendations (D.C. was initially assigned to a clinical social worker, but that individual resigned in 2020 and has not been replaced).  However, D.C. currently only meets weekly with his psychiatrist.  His mother thinks that his sessions with his MBI psychiatrist are effective, as D.C. no longer expresses any suicidal ideation, but believes D.C. needs more.  His mother would like D.C. to receive all of the recommended services in MBI's treatment plan, as D.C. still exhibits anger and aggression at home. He continues to curse, have meltdowns, struggles to listen, and shows aggression toward his siblings.

D.C.'s mother believes that Ingenuity Prep is the reason D.C. has achieved some stability in the community, not the outside services he is receiving through MBI.  Teachers and staff at Ingenuity Prep have engaged D.C.'s mother in delivering behavior supports to D.C.  His mother explains that Ingenuity Prep has helped him make academic progress and develop strategies to deal with his emotions, including by asking for water or to take a walk.  In my opinion, Ingenuity Prep has a good understanding of D.C.'s needs and they are able to meet his educational and behavioral needs within the school setting.  His mother is comfortable with the services they are offering, and it appears that they have positively influenced at least some of his behaviors at home.  D.C.'s mother's advocacy for her son in seeking an appropriate educational placement was a "turning point" (in her words) for her son and for her family.  So too, I believe, was his good fortune in having his third grade teacher, who was able to integrate her knowledge of special education into her general education classroom.  This afforded D.C. the opportunity to succeed academically and behaviorally.

I do not believe that any of the behavioral health services D.C. has received have met D.C.'s needs, despite his mother's continued advocacy and his progress at Ingenuity Prep.

Findings

It is my opinion that D.C. has a serious emotional disturbance because he has several mental health conditions: Bipolar Disorder, ADHD, Disruptive Mood Disorder, and Major Depressive Disorder). These conditions substantially limit his functioning at school and in the community on a continuous basis - as reports from his years at Democracy Prep indicated. There, D.C. did not make any academic progress, he had to repeat the first grade, he experienced restraint and seclusion, and he was hospitalized.  However, I believe D.C. has thrived and can thrive with the right resources.  For example, his third grade teacher helped him make significant growth in school after establishing a relationship with him.  Without such supports, D.C. is limited in his ability to achieve or maintain developmentally appropriate skills.

I believe that D.C. has needed ICBS because he has experienced trauma in many forms. His disruptive, aggressive, and self-injurious behaviors appear to have coincided with new trauma and it appears that he has not reconciled with the domestic violence he experienced, or his grief.  However, D.C. has not received any component of ICBS.

D.C. has not received Intensive Care Coordination or the support of a Child and Family Team.  Ingenuity Prep used a team approach to routinely share information with D.C.'s mother and discuss the provision of services within the school.  Additionally, his third grade teacher indicated that she and D.C.'s mother worked closely to discuss D.C.'s needs - including meeting in the park to share ideas.  However, this information does not appear to have been discussed with his behavioral health providers.  Community Connections should have coordinated a Child and Family Team to benefit D.C. while he was enrolled at Democracy Prep, but it did not. Community Connections hosted two "family team meetings" in 2018 with only D.C. and his mother while he received the CBI service. Community Connections communicated with his mother, but according to D.C.'s mother did not ask her about ideas and techniques that might work with him.  Had a Child and Family Team been convened to develop a plan to implement, and met regularly to monitor the plan, he likely would have made progress academically and behaviorally, possibly avoided retention in the first grade, and increased his self-confidence at home, school, and the community.

D.C. has not received mobile crisis services.  D.C.'s past self-injurious behaviors, and suicidal ideations that have led to hospitalization identify a need for mobile crisis.  I believe that if mobile crisis services had been available to D.C. while he was with Community Connections, perhaps they could have offered interventions to prevent his eventual hospitalization at CNMC.

D.C. has not received intensive behavior support services, in the home or in the community, to address his trauma or diagnoses, or to provide therapeutic interventions to assist him with controlling his emotions.  There is evidence in the record that Community Connections and MBI have been effective in teaching D.C. some coping skills to deal with his anger, but there is no evidence that they have reached below the surface to address meaningfully the underlying traumas that D.C. has experienced over time.  I cannot specifically find in the records where behavioral health services have addressed the domestic violence D.C. has experienced, his relationship with his father, his father's alcoholism, an in-depth grieving process related to his grandmother's death (I saw one note indicating that the grieving process was explained to him when he reported to his CBI worker that his grandmother passed), or his experience with physical abuse.

As a result, the frequency of his behaviors increased while he attended Democracy Prep and he started exhibiting new behaviors.  There, D.C. spent significant time outside of the classroom, which severely impacted his academic performance and led to his retention in the first grade.  While Community Connections provided interventions at school and at home, they did not reach the level of intensity needed to decrease the behaviors that prevented D.C. from remaining in class, like his aggression toward peers and anger. Community Connections focused on identifying surface behaviors and coping strategies to deal with behaviors.   His behavior at school did not improve, nor his academic development until he reached Ingenuity Prep.

D.C.'s mother also shared that that family was overwhelmed with MBI's delivery of virtual services when they provided a therapist and a CS worker to D.C.  She said they frequently

attempted to schedule sessions on the same day, which was too much for the family.  The likelihood of D.C.'s participation in both sessions if his mother felt overwhelmed is minimal - so too is the likelihood that D.C. would gain helpful insight from multiple sessions in one day.

Currently, D.C. is only receiving psychiatric services from MBI and, while I have not had the opportunity to talk to his psychiatrist about her work with D.C., his mother reports that they have one contact per week.  I do not know exactly what his psychiatrist addresses in her sessions – it is unclear if it involves any type of therapy (he is not otherwise seeing a therapist) or simply medication management.  D.C.'s mother seems satisfied with her interactions and communications with MBI's psychiatrist.  She is not satisfied, however, with the fact that MBI has not provided him with a therapist or a CS worker, and that he is not involved in any community-based services.  I believe he needs all of these services in place consistently, and he would benefit from having a long-term relationship with an identified therapist and CS worker that does not have to change every six months.

For these reasons, I do not believe that D.C. has received or is receiving ICBS.  He has received a standard set of services the District appears to provide to meet the needs of children experiencing behavioral issues, but not individualized therapeutic services, coordinated by a team, to meet his specific needs or capitalize on his unique strengths.  I also believe D.C. has experienced harm from not receiving ICBS, including his lack of progress at Democracy Prep, the trauma he likely experienced there, and his hospitalization at CNMC.

D.C. has been at risk of institutionalization, when he attended Democracy Prep, when his self-injurious and suicidal behaviors resulted in hospitalization, and when his disruptive and aggressive behaviors resulted in school disciplinary incidents.

<u>Needs & Recommended Services</u>

D.C. needs ICBS to ensure his stability in the community. Though he is currently stable, his past behaviors could easily return if he does not receive supports to help him understand the root causes of his aggressive behaviors or his behavioral responses to triggers.

D.C. needs coordinated care with a Child and Family Team approach to ensure that his protective factors – his mother, his teachers at Ingenuity Prep, and his psychiatrist at MBI – remain in place while other services are added, and while he continues to grow academically with a likelihood of grade-level performance.  A Child and Family Team is needed to help him participate in community activities and to provide support to his mother and family, so they are better equipped to consistently respond to D.C.'s needs in any setting.  Should D.C.'s aggressive, self-injurious, or suicidal behaviors begin to escalate, or his grades begin to drop, this team would be available to immediately make modifications in his service plan and utilize D.C.'s strengths to ensure growth.  Because of D.C.'s continued suicidal ideations, D.C.'s mother and team members should receive training on how to engage with mobile crisis services.

D.C. also needs to receive intensive behavior support services at home and at school to develop a variety of coping strategies that are functional and that he can use effectively throughout his life. D.C. also needs to understand how his responses can impact his development.

I do not believe D.C. is currently at risk of institutionalization because of his current progress with virtual school, his mother's continued support, and his psychiatrist at MBI. However, D.C. could easily be at risk of institutionalization in the future should certain variables change - like removal from his school setting or a change in his psychiatrist. To prevent him from being at risk of institutionalization in the future, D.C. needs ICBS.

For D.C., ICBS should include the following:

1. D.C. needs ICC to convene a Child and Family Team approach. He needs a point person to coordinate his services and facilitate team meetings to develop and coordinate his service plan, and to continually educate his mother about available services within the community. His team should include D.C.; D.C.'s psychiatrist; a therapist; a community support worker; his mother; D.C.'s stepfather; his third grade teacher; his uncle who is involved with his family; his current special education teacher or a special education coordinator at Ingenuity Prep; Ingenuity Prep's social worker; the leader of the Black Boys Group; a firefighter (if possible, because of his interest in being a firefighter, but any other mentor would suffice); and a medical provider for his kidney disorder. Initially, D.C.'s support team would be most effective if they met at least once every two weeks to set and analyze progress toward specific behavioral goals. The team should evaluate his strengths and needs and design interventions that use his strengths to meet his needs. Later the team can meet once a month, as D.C. accomplishes his goals.

2. The ICC team should help D.C. and his family coordinate these services into his service plan:

   a. D.C. needs to be engaged socially with peers, and his family could benefit from interactions with a community of individuals who have experience with D.C.'s medical diagnoses (e.g., other parents, families). D.C. should participate in a peer group of children D.C.'s age who have the same medical diagnoses, with whom he could be involved in activities or attend group meetings. D.C. could possibly benefit from participating in a program like Al-Anon - for the children and families of persons dealing with alcoholism.

   b. If it exists, D.C. would benefit from a father and son group that meets periodically in the community, as an adjunct to individual therapy. This would be secondary to the specific therapeutic services for D.C. and his father.

   c. D.C.'s mother could use assistance navigating services and supports for D.C., in addition to learning about how to best support D.C. at home. She (and D.C.'s stepfather), should engage with a group that supports parents of children who share similar experiences.

   d. D.C.'s Multi-cystic kidney disease requires him to be on a specific diet and limits his physical interactions and activities, especially during COVID-19. He needs to maintain this diet and limited interaction during the pandemic per medical advice. The Child and Family Team should coordinate these services with his medical doctor.

   e. His behavioral health service provider should coordinate with Ingenuity Prep to address his behavioral needs within the school setting, including by updating his IEP and developing a BIP if one does not already exist.

    f.   D.C. told me that he needs more help with math.  Ingenuity Prep should include additional supports in his IEP that address deficits in math.

    g.   D.C. likes to learn (and share) facts and would benefit from community-based services that encourage his interest in remembering facts, such as visits to museums.  D.C. also wants to become a firefighter and needs community services to encourage his interest in this area, for example by engaging him in volunteer opportunities and visits with the fire department.

    h.   D.C.'s biological father should receive treatment for his alcoholism, as indicated. I believe that if D.C.'s father is healthy, he will be in a better position to establish a relationship with D.C., and avoid placing D.C. in situations that could further impair any progress toward building a positive relationship.

    i.   D.C.'s mother should receive an assessment to determine if she wants and/or needs specific therapies to help her address the domestic violence she has experienced in the past.  I believe this will help D.C.'s mother avoid future relationships that involve domestic violence and prevent D.C. from witnessing these interactions in the future and/or placing him at risk of domestic violence.

    j.   With D.C.'s mother's approval, a behavioral health agency should assess D.C.'s siblings to determine if they have any indicated needs for services.  I believe a mentally happy, healthy family increases D.C.'s likelihood of progressing, and adds to the protective factors that ensure his continued success in the community.

3.  D.C. needs mobile crisis services because of his past hospitalization for suicidal ideation and self-injurious behaviors.

    a.   D.C. and his mother need to be able to identify the triggers that occur prior to his suicidal thoughts and self-injurious behaviors and know that therapy focused on dealing with his trauma can re-surface these behaviors.  Both D.C. and his mother need to know who they can call on for help 24 hours a day, seven days a week.

4.  D.C. needs intensive behavior support services ideally in the home (perhaps virtually due to COVID-19), which should include:

    a.   Specific therapeutic services for D.C. and his biological father to address their relationship.  D.C. needs to resolve his issues related to the physical abuse he experienced from his father, his fear of his father, and perhaps work toward mending his relationship with his father.  D.C. also needs to deal with his father's alcoholism and the impact it has had on his life.

    b.   Individual therapy (that could lead to family therapy) that addresses the domestic violence between his mother and father, and his feelings associated with their divorce.  D.C. needs to understand his feelings associated with witnessing domestic violence between his mother and father, and his feelings associated with their divorce.

    c.   A grief assessment for D.C., and grief counseling as indicated in the assessment. D.C. needs to grieve his grandmother's death and his fond memories of his grandmother – including his favorite memory.

d.  A specific medication regime that helps to control his behaviors, helps him focus in the classroom, and does not cause him to experience "funny feelings."

e.  Interventions to help D.C. use coping strategies that are functional and that can be used effectively as he ages (i.e., strategies that do not include walking away; coping strategies that allow him to remain in the environment and be successful). D.C. needs to identify numerous strategies to use when he becomes angry and/or experiencing suicidal thoughts, and to understand the root causes of his behaviors – including death, grief, and trauma.

## X.L.

X.L. is a 20-year-old Black male.  Despite multiple outreaches and attempts to various providers and agencies, Plaintiffs' counsel did not obtain any records for X.L.  All of the information in this section is per X.L.'s report in an interview I conducted with him.  For this reason, I cannot provide an opinion on whether X.L. needs ICBS, but I believe it is likely X.L. has a serious emotional disturbance.  X.L. is currently incarcerated, but if he were not, I believe X.L. would be a danger to himself or others.

To prepare this report, I interviewed X.L. in a District detention facility using video conferencing software.

X.L. enjoys singing, rapping, and dancing.  He played sports including football, basketball, and skateboarding, and likes to play video games.  His favorite things are "getting money" and "getting fly."  He said he can make a variety of shapes using metal paper clips and knives, and because of this, he expressed some interest in welding.  However, his primary career ambition is to become a rapper.  In our interview, X.L. described rap songs he has written.  He performed one rap for me, "Pick Up a Book."  Of note, the rap contained the following lyrics: "I can use my gun or a pistol." "I can read or die." "I can learn or get killed."  When I asked him if he would practice what he rapped about in the song, he told me that he would do both – read and kill with a pistol, when necessary.

I do not know X.L.'s diagnoses.

X.L. is the oldest of five brothers.  X.L. worries about his younger siblings and wants to protect them.  He said he wants a lot of money so he can take care of them.  He also has half-brothers and half-sisters. X.L. reported his father worked as a D.C. Metro driver and had many children that X.L. does not know.  One of X.L.'s biggest fears is that he could date or become involved with a sibling without realizing it.  X.L. denies that his father's absence hurt him and says he is not sad that he does not have a relationship with him.

According to X.L., he lived with his mother and father in Maryland for some time and attended school in Silver Spring, Maryland.  He finished eleventh grade at H.D. Woodson High School in the District, passing with a "C" average.  X.L. told me that he has one year left in his schooling before he can graduate from high school, but that the jail will not provide him with any schooling because he does not have an IEP.  He told me that he enjoyed science in school.

<u>History of Behavioral Health Services</u>

X.L. told me that he started "getting into trouble" when he was around 13 or 14 years old. He said that he had to be aggressive to survive in the streets.  He described himself as a skinny kid with red hair and said he used to "get whippings" for not doing what he was supposed to do at home.  X.L. shared that he was incarcerated for a while, eventually moved to foster care, and was placed in a group home.  By August 2019, X.L. lived at home with his mother.  At that time, he was arrested for possession of a gun.  X.L. said he was really bothered when "they took away my rights to carry a gun."

X.L. said he was recently sentenced for 59 months on burglary charges.  He explained that he tried to sell guns to keep his brothers safe.  He talked at length about white supremacy and being brainwashed by white people in jail, and that he will pretend to be brainwashed so that he can escape the system.  When I asked him why he fell for the "trap" he described, he said he only "got smart" while incarcerated, and that he did not read books before jail.  He said that he has read many books while incarcerated, including books about the law of attraction, the law of seduction, psychological power, U.S. secrets, and chemical warfare.  X.L. reported that he is also exercising a lot in jail.

X.L. told me that prior to his incarceration, he smoked a lot of marijuana, did pure forms of the drug "ecstasy," or MDMA, sometimes mixed with methamphetamine.  X.L. said that his mother tried to get him mental health services, but he did not want to engage.  He said he used to take Adderall and Ritalin and the medication helped him to focus, but also made him feel sad.  He says the jail currently tries to give him medication, but he refuses.  He said he is not currently receiving other mental health services.

<u>Findings; Needs & Recommended Services</u>

During our interview, X.L. mostly provided information and answers to the questions I asked, but he seemed to enjoy ranting and raving.  I had to continuously redirect him to calm down and to respond to the specific questions.  When asked about his needs, he said that he "needs some pussy, needs studio time, needs money."  He also said he might need mental health services, including a therapist, but only if the therapist is a female who "he can love on" and who is "nice to look at, like her" (and pointed to another participant on our video call).

My overall impression is that X.L. likely has a serious emotional disturbance. I also believe that if X.L. were in the community and in the same emotional state, I would perceive him as a danger to himself and others.  I believe a psychologist should review his history and provide a diagnostic impression.  Without clinical records to review, I am unable to opine on whether X.L. needs ICBS or is at risk of future institutionalization.

## V.    Findings and Conclusions

Most of the families I interviewed seemed completely alone in their efforts to access and navigate the District's mental health services.  I did not see the District take any approach, consistent or otherwise, to link families to community health providers, or to provide information about the expertise of different providers to help families make decisions that matched their needs.  This was the case even where the child or youth's record clearly indicated that they had a serious emotional disturbance and needed more intensive support.  I did not see the District offer the intensive community-based services that I believe are necessary for each of the youth whose cases I reviewed.  As a result, the youth tended to cycle among providers, and often among institutional settings (including carceral settings).

To better support youth and their families (and their service providers), the District should offer Intensive Care Coordination (ICC).  None of the youth I reviewed received ICC.  ICC includes a Child and Family Team approach that includes natural supports - family members and others in the community who know and can support the child and family - as well as other team members who are knowledgeable about each child's history and family environment. Even where youth connected successfully with a community agency and saw some benefit from services, I saw minimal notes reflecting family member engagement (apart from D.G.'s mother during D.G.'s CBI treatment).  Agencies must engage with family members on a regular basis to deal with the child's and family's individualized needs, and help families adjust approaches over time.  These teams should meet as often as needed to engage with youth meaningfully and ensure continuity of services.

Regarding crisis services and crisis management, I saw only one instance of an effective crisis plan in the five sets of records I reviewed, D.G.'s CBI crisis plan.  This was also the only case in which I saw a crisis plan actually used.  Still, there was no mention of mobile crisis supports in D.G.'s plan or in any of the records of the other youth.  I understand that the District offers a mobile crisis service for youth, the ChAMPS program, but none of the youth whose cases I reviewed engaged with this service.  The District must make parents and school staff more aware of this service, so that it is more accessible to those youth who need it most.

In most of the cases I reviewed, the youth received CBI, CS, or some other periodic therapeutic group support.  Likewise, most of the youth I reviewed were involved in special education and had an IEP (some after years of struggle with the school).  However, in every case I reviewed, service providers did not provide the level of individualized support that these youth needed with any sort of continuity.  The District's services should focus more attention on the home and community and be geared toward capitalizing on the specific strengths of youth to address traumas that affect their behavior; identify triggers for concerning behavior; and to replace disruptive, aggressive, self-injurious, and other negative behaviors with more constructive behaviors.

Moreover, most of the youth I reviewed experienced service interruptions due to support worker transition and turnover.  Every family member I spoke with mentioned staff turnover as a major area of concern.  I understand that the District offers CBI in a time-limited duration.  Yet, the youth that I reviewed who completed CBI did not "graduate" to less intensive services.  They were discharged by their providers shortly after the CBI concluded, usually for "lack of engagement."  The District's core agencies must provide youth with a more seamless transition

between providers and between services to ensure that youth continue receiving the care they need.  The District needs to ensure that youth are able to build trusting, lasting relationships with all of their service providers and team members.  Without continuity of care, youth and their parents will decline help from new providers in order to avoid having to rehash their trauma.

Another frequent gap in the District's service system is the failure of mental health service providers to coordinate with the youth's schools – including separate schools that enroll only students with emotional disturbance.  I saw many instances where a school dis-enrolled a youth due to behavioral health issues, re-enrolled them after a time, and did nothing to ensure that the student (or the student's family) was linked to mental health services, including during the transition from one educational placement to another.  A Child and Family Team can ensure that behavioral health services remain consistent, even when a youth changes schools.

The District must do more to ensure that these youth with serious emotional disturbance receive the intensive community-based supports that they need, where they are naturally located, in their family or foster homes, in their schools, and elsewhere in the community.

Based on my full review of five youth[1], it is my opinion that:

- All five youth are enrolled in Medicaid or are eligible for Medicaid: M.B., M.T., W.H., D.G., and D.C.
- All five youth have a serious emotional disturbance: M.B., M.T., W.H., D.G., and D.C.
- All five youth need ICBS, as defined in Plaintiffs' complaint, and have not received them: M.B., M.T., W.H., D.G., and D.C.
- Four of the five youth I reviewed are currently institutionalized or at risk of institutionalization because they have not received ICBS.  M.B. is currently incarcerated and is at risk of institutionalization upon his return to the community.  W.H. has pending charges, is likely to be incarcerated soon, and is otherwise at risk of institutionalization.  M.T. and D.G. are at risk of institutionalization.
  - I do not believe D.C. is currently at risk for institutionalization because his school and his mother are providing positive supports.  If these guardrails disappeared, I believe D.C. could be at risk of institutionalization in the future.
- Four of the five youth meet the class definition that Plaintiffs propose as Medicaid-eligible youth who have a serious emotional disturbance, who need ICBS, have not received ICBS and who, as a result, are either currently institutionalized or at risk of institutionalization: M.B., M.T., W.H., and D.G.


_____
Narell Joyner

_____
July 16, 2021
Date

---

[1] I am not able to provide a conclusion for X.L. based on the lack of records available for review.

# APPENDIX A

**Narell C. Joyner**
6509 Robin Hollow Drive, Charlotte, NC 28227
(704) 545-5006 (home); (704)-953-0271 (cell); stephnar@aol.com

## HIGHLIGHTS

40 years of professional experience in youth mental health services planning and
delivery, including crafting education and behavior plans, coordinating care across
multiple state agencies, and planning for transition to employment.

Acted as consultant to human services agencies and service providers in at least seven
states and the District of Columbia.

## PROFESSIONAL EXPERIENCE

**Consultant**, Child Welfare Policy and Practice Group. Present.

**State Liaison/ System of Care Consultant,** MeckCares System of Care. 2005–2012.
Collaborate with other state officials regarding system of care implementation efforts
within North Carolina. Develop and provide training to assist staff in the development of
individualized plans for youth aged 8-18 who were involved with mental health, social
services and special education.

**Director,** Scholars, Inc. 1998–2005.
Directed residential services for children with severe mental health needs. Monitored the
development and implementation of individualized service plans.

**Regional _Willie M._ Program Manager,** N.C. Division of Mental Health, Developmental
Disability, and Substance Abuse Services. 1992–1998.
Managed the compliance efforts to meet the dictates of the _Willie M_. class action lawsuit
on behalf of children with assaultive behaviors in a fifteen-county region. Identification
of systemic and clinical issues within local mental health programs, including impact
upon individual consumers. Program analysis and monitoring of total services and budget
utilization. Training and technical assistance to enhance service design.

**Case Management Coordinator,** Specialized Youth Services. 1988–1992.
Monitored the development, coordination and evaluation of a comprehensive continuum
of care for children aged 5-18 who had mental health needs, including assessment, case
management and outpatient and inpatient services.

**Vocational Director,** Project T.E.A.C.C.H. 1988–1997.
Completed grant proposal and received funding to establish a vocational component for
autistic adolescents.

**Psychoeducational Therapist,** Project T.E.A.C.C.H. 1984–1987.
Administered and interpreted psychological testing to children with autism and/or
communication impairments. Conducted treatment sessions with autistic children,
adolescents, adults and their families. Acted as consultant to Mental Health agencies and

Special Education classes within fourteen counties. Provided training in the areas of autism, behavior management and assessment.

**Division Director**, Murdoch Center. 1982–1984.
Monitored the development, implementation and evaluation of comprehensive treatment plans for children and adults with developmental disabilities. Provided professional guidance and supervision for eighty staff, including psychologist, Occupational Therapists, Physical Therapists, Speech Therapists, Special Education Teachers, Dietician, Unit Manager and Health Care Technicians.

**Psychoeducational Therapist,** Project T.E.A.C.C.H. 1978–1982.
Administered and interpreted psychological testing to children with autism and/or communication impairments. Conducted treatment sessions with autistic children, adolescents, adults and their families. Acted as consultant to Mental Health agencies and Special Education classes within fourteen counties. Provided training in the areas of autism, behavior management and assessment.

**Unit Manager,** Murdoch Center. 1977–1978.
Coordinated services with supportive staff to develop and implement individualized service plans for adults with developmental disabilities. Supervised thirty-one employees.

**Educational Specialist,** Murdoch Center. June–October 1977.
Developed individualized lesson plans for students (children and adults) with developmental disabilities within the residential facility and provided educational classes daily. Acted as resource for direct line staff to assist them in goal planning, data collection and development of behavior plans.

**Health Care Technician,** Murdoch Center. 1976–1977.
Therapist for an intense research program regarding the utilization of time-out procedures for children who exhibited self-injurious and aggressive behaviors.

## EDUCATION

**B.A., Psychology**: May, 1976, Winston Salem State University, Winston Salem, NC.

**Master's work, Special Education**: 1982-1984, University of North Carolina, Chapel Hill, NC.

## CONSULTATIONS

**Department of Social Services**, Pensacola, FL. 2011.
Trained and coached caseworkers and supervisors re: the development and implementation of individualized plans for children with mental health needs, including crisis planning.

**Foundations,** Washington, D.C.  2009–2011.
Trained and coached caseworkers and supervisors on the development and implementation of individualized plans for children with mental health needs, including crisis planning.

**Department of Youth and Family Services**, New Jersey. 2009–2011.
Trained and coached caseworkers and supervisors on the development and implementation of individualized plans for children with mental health needs, including crisis planning.

**Durham Mental Health,** Durham, N.C.  2008.
Provided training to public agency on implementation of system of care for children with mental health needs, including wraparound and crisis planning.

**Arizona Behavioral Health,** Phoenix, AZ. 2003–2007.
Trained and coached clinicians and health care professionals in the development of individualized services plans and provision of home-based services to children and youth in need of mental health or substance abuse services, pursuant to the consent decree in *J.K. v Eden*.

**New Directions Hull House**, Chicago, IL. 1997–1998.
Trained and coached case workers, social workers, and other staff on best practices for serving children and families with mental health needs.

**F.R.I.E.N.D.S.,** Brooklyn, NY. 1996–1997.
Trained and coached case workers on planning and providing wraparound services to children with mental health needs and/or developmental disabilities.

**Department of Human Resources**, Alabama. 1991–1996.
Guided Department of Children's Services, a subagency of DHR, in its overhaul of its system of care for DHR-involved children as required by *R.C. v. Hornsby* consent decree, including reform of statewide policies and county practices. This landmark consent decree established many of the basic principles of child and family mental health services delivery that are currently accepted as standard practice.

**Autistic Group Homes**, Greensboro, NC. *c.* 1989–1991.
Provided training and guidance on the development of behavior management and vocational plans.

**Johnston YMCA,** Charlotte, NC. 1988–1990.
Developed behavior management plans with families and recreational staff to allow participation by adults with developmental disabilities in YMCA's recreational programs.

**Slice of Life Bakery**. Charlotte, NC 1989–1991.
Provided consultation services to a nonprofit bakery on how to encourage employment opportunities for autistic and developmentally disabled adults.

## EXPERT TESTIMONY

*K.B.* Litigation, Boston, MA.
Conducted record reviews, interviews, observations and provided expert testimony for plaintiffs in class action litigation.

# APPENDIX B

# List of Documents Reviewed

| Name | Beg. Bates | End Bates | Agency, Provider, School | Doc. Type | Date |
|------|-----------|-----------|--------------------------|-----------|------|
| M.B. | MJ-PL-00039912 | MJ-PL-00039912 | DC Public Schools Office of Special Education | DCPS Assessment Scores | 3/11/2021 |
| M.B. | MJ-PL-00039913 | MJ-PL-00039913 | DC Public Schools Office of Special Education | Enrollment History | 3/11/2021 |
| M.B. | MJ-PL-00039914 | MJ-PL-00039914 | DC Public Schools Office of Special Education | Attendance Record | 2015 |
| M.B. | MJ-PL-00039915 | MJ-PL-00039915 | DC Public Schools Office of Special Education | Attendance Record | 2015 |
| M.B. | MJ-PL-00039916 | MJ-PL-00039916 | DC Public Schools Office of Special Education | Attendance Record | 2016 |
| M.B. | MJ-PL-00039917 | MJ-PL-00039917 | DC Public Schools Office of Special Education | Attendance Record | 2019 |
| M.B. | MJ-PL-00039918 | MJ-PL-00039918 | DC Public Schools Office of Special Education | Attendance Record | 2020 |
| M.B. | MJ-PL-00039919 | MJ-PL-00039919 | DC Public Schools Office of Special Education | Attendance Record | 2021 |
| M.B. | MJ-PL-00039920 | MJ-PL-00039920 | DC Public Schools Office of Special Education | School Assessment | 3/11/2021 |
| M.B. | MJ-PL-00039921 | MJ-PL-00039921 | DC Public Schools Office of Special Education | Enrollment History | 3/11/2021 |
| M.B. | MJ-PL-00039922 | MJ-PL-00039942 | DC Public Schools Office of Special Education | Individualized Education Program | 04/07/2017 |
| M.B. | MJ-PL-00039943 | MJ-PL-00039957 | DC Public Schools Office of Special Education | Individualized Education Program | 09/26/2014 |
| M.B. | MJ-PL-00039958 | MJ-PL-00039969 | DC Public Schools Office of Special Education | Individualized Education Program | 05/24/2011 |
| M.B. | MJ-PL-00039970 | MJ-PL-00039991 | DC Public Schools Office of Special Education | Individualized Education Program | 10/11/2019 |
| M.B. | MJ-PL-00039992 | MJ-PL-00039992 | DC Public Schools Office of Special Education | Individualized Education Program | 12/21/2009 |
| M.B. | MJ-PL-00039993 | MJ-PL-00040013 | DC Public Schools Office of Special Education | Individualized Education Program | 12/21/2009 |
| M.B. | MJ-PL-00040014 | MJ-PL-00040014 | DC Public Schools Office of Special Education | Cover Sheet for Dedicated Aid Request | 10/28/2009 |
| M.B. | MJ-PL-00040015 | MJ-PL-00040015 | DC Public Schools Office of Special Education | Supporting Documentation Cover Sheet | 04/29/2016 |
| M.B. | MJ-PL-00040016 | MJ-PL-00040016 | DC Public Schools Office of Special Education | Student Transportation Form | 10/05/2010 |
| M.B. | MJ-PL-00040017 | MJ-PL-00040018 | DC Public Schools Office of Special Education | Student Transportation Form | 07/02/2012 |
| M.B. | MJ-PL-00040019 | MJ-PL-00040019 | DC Public Schools Office of Special Education | Student Transportation Form | 11/04/2009 |
| M.B. | MJ-PL-00040020 | MJ-PL-00040021 | DC Public Schools Office of Special Education | Student Transportation Form | 07/05/2011 |
| M.B. | MJ-PL-00040022 | MJ-PL-00040023 | DC Public Schools Office of Special Education | Student Transportation Form | 08/24/2011 |
| M.B. | MJ-PL-00040024 | MJ-PL-00040025 | DC Public Schools Office of Special Education | Student Transportation Form | 04/04/2011 |

| M.B. | MJ-PL-00040026 | MJ-PL-00040027 | DC Public Schools Office of Special Education | Student Transportation Form | 04/04/2011 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00040028 | MJ-PL-00040028 | DC Public Schools Office of Special Education | Student Transportation Form | 05/24/2011 |
| M.B. | MJ-PL-00040029 | MJ-PL-00040029 | DC Public Schools Office of Special Education | Student Transportation Form | 07/01/2013 |
| M.B. | MJ-PL-00040030 | MJ-PL-00040031 | DC Public Schools Office of Special Education | Student Transportation Form | 08/27/2012 |
| M.B. | MJ-PL-00040032 | MJ-PL-00040032 | DC Public Schools Office of Special Education | Student Transportation Form | 04/04/2011 |
| M.B. | MJ-PL-00040033 | MJ-PL-00040037 | DC Public Schools Office of Special Education | Speech and Language Re-Evaluation | 01/12/2009 |
| M.B. | MJ-PL-00040038 | MJ-PL-00040038 | DC Public Schools Office of Special Education | Evaluation Cover Sheet | 01/13/2009 |
| M.B. | MJ-PL-00040039 | MJ-PL-00040052 | DC Public Schools Office of Special Education | Confidential Report of Psychological Evaluation | 01/10/2008 |
| M.B. | MJ-PL-00040053 | MJ-PL-00040053 | DC Public Schools Office of Special Education | Placement Review Summary Document | Undated |
| M.B. | MJ-PL-00040054 | MJ-PL-00040054 | DC Public Schools Office of Special Education | Placement Review Summary Document | Undated |
| M.B. | MJ-PL-00040055 | MJ-PL-00040055 | DC Public Schools Office of Special Education | Progress Notes | 05/17/2016 |
| M.B. | MJ-PL-00040056 | MJ-PL-00040056 | DC Public Schools Office of Special Education | Service Tracker | 05/04/2016 |
| M.B. | MJ-PL-00040057 | MJ-PL-00040057 | DC Public Schools Office of Special Education | Service Tracker | 04/09/2013 |
| M.B. | MJ-PL-00040058 | MJ-PL-00040058 | DC Public Schools Office of Special Education | Service Tracker | 05/04/2016 |
| M.B. | MJ-PL-00040059 | MJ-PL-00040059 | DC Public Schools Office of Special Education | Progress Notes | 05/17/2016 |
| M.B. | MJ-PL-00040060 | MJ-PL-00040060 | DC Public Schools Office of Special Education | Service Tracker | 06/11/2013 |
| M.B. | MJ-PL-00040061 | MJ-PL-00040061 | DC Public Schools Office of Special Education | Service Tracker | 10/12/2012 |
| M.B. | MJ-PL-00040062 | MJ-PL-00040062 | DC Public Schools Office of Special Education | Progress Notes | 10/12/2012 |
| M.B. | MJ-PL-00040063 | MJ-PL-00040063 | DC Public Schools Office of Special Education | Service Tracker | 01/14/2009 |
| M.B. | MJ-PL-00040064 | MJ-PL-00040064 | DC Public Schools Office of Special Education | Signatory Sheet | 01/28/2009 |
| M.B. | MJ-PL-00040065 | MJ-PL-00040065 | DC Public Schools Office of Special Education | Service Tracker | 06/19/2014 |
| M.B. | MJ-PL-00040066 | MJ-PL-00040066 | DC Public Schools Office of Special Education | Service Tracker | 07/30/2015 |
| M.B. | MJ-PL-00040067 | MJ-PL-00040067 | DC Public Schools Office of Special Education | Service Tracker | 03/10/2015 |
| M.B. | MJ-PL-00040068 | MJ-PL-00040068 | DC Public Schools Office of Special Education | Service Tracker | 05/17/2016 |
| M.B. | MJ-PL-00040069 | MJ-PL-00040069 | DC Public Schools Office of Special Education | Service Tracker | 12/19/2014 |
| M.B. | MJ-PL-00040070 | MJ-PL-00040071 | DC Public Schools Office of Special Education | Service Tracker | 05/22/2015 |
| M.B. | MJ-PL-00040072 | MJ-PL-00040072 | DC Public Schools Office of Special Education | Service Tracker | 10/15/2013 |

| M.B. | MJ-PL-00040073 | MJ-PL-00040073 | DC Public Schools Office of Special Education | Service Tracker | 10/16/2008 |
|------|----------------|----------------|-----------------------------------------------|-----------------|------------|
| M.B. | MJ-PL-00040074 | MJ-PL-00040074 | DC Public Schools Office of Special Education | Service Tracker | 01/14/2009 |
| M.B. | MJ-PL-00040075 | MJ-PL-00040075 | DC Public Schools Office of Special Education | Signatory Sheet | 01/14/2009 |
| M.B. | MJ-PL-00040076 | MJ-PL-00040076 | DC Public Schools Office of Special Education | Service Tracker | 05/07/2019 |
| M.B. | MJ-PL-00040077 | MJ-PL-00040077 | DC Public Schools Office of Special Education | Service Tracker | 01/14/2009 |
| M.B. | MJ-PL-00040078 | MJ-PL-00040078 | DC Public Schools Office of Special Education | Service Tracker | 10/05/2012 |
| M.B. | MJ-PL-00040079 | MJ-PL-00040079 | DC Public Schools Office of Special Education | Progress Notes | 10/05/2012 |
| M.B. | MJ-PL-00040080 | MJ-PL-00040081 | DC Public Schools Office of Special Education | Service Tracker | 03/23/2015 |
| M.B. | MJ-PL-00040082 | MJ-PL-00040082 | DC Public Schools Office of Special Education | Progress Notes | 03/26/2013 |
| M.B. | MJ-PL-00040083 | MJ-PL-00040083 | DC Public Schools Office of Special Education | Service Tracker | 03/26/2013 |
| M.B. | MJ-PL-00040084 | MJ-PL-00040084 | DC Public Schools Office of Special Education | Service Tracker | 03/14/2016 |
| M.B. | MJ-PL-00040085 | MJ-PL-00040085 | DC Public Schools Office of Special Education | Service Tracker | 05/02/2016 |
| M.B. | MJ-PL-00040086 | MJ-PL-00040086 | DC Public Schools Office of Special Education | Service Tracker | 04/28/2016 |
| M.B. | MJ-PL-00040087 | MJ-PL-00040087 | DC Public Schools Office of Special Education | Service Tracker | 01/29/2015 |
| M.B. | MJ-PL-00040088 | MJ-PL-00040088 | DC Public Schools Office of Special Education | Service Tracker | 05/09/2016 |
| M.B. | MJ-PL-00040089 | MJ-PL-00040089 | DC Public Schools Office of Special Education | Service Tracker | 01/29/2015 |
| M.B. | MJ-PL-00040090 | MJ-PL-00040090 | DC Public Schools Office of Special Education | Service Tracker | 12/11/2018 |
| M.B. | MJ-PL-00040091 | MJ-PL-00040092 | DC Public Schools Office of Special Education | Service Tracker | 06/26/2015 |
| M.B. | MJ-PL-00040093 | MJ-PL-00040093 | DC Public Schools Office of Special Education | Service Tracker | 12/11/2018 |
| M.B. | MJ-PL-00040094 | MJ-PL-00040095 | DC Public Schools Office of Special Education | Service Tracker | 03/30/2015 |
| M.B. | MJ-PL-00040096 | MJ-PL-00040096 | DC Public Schools Office of Special Education | Service Tracker | 05/04/2016 |
| M.B. | MJ-PL-00040097 | MJ-PL-00040097 | DC Public Schools Office of Special Education | Signatory Sheet | 05/17/2016 |
| M.B. | MJ-PL-00040098 | MJ-PL-00040098 | DC Public Schools Office of Special Education | Service Tracker | 12/11/2018 |
| M.B. | MJ-PL-00040099 | MJ-PL-00040099 | DC Public Schools Office of Special Education | Service Tracker | 06/07/2016 |
| M.B. | MJ-PL-00040100 | MJ-PL-00040100 | DC Public Schools Office of Special Education | Service Tracker | 12/14/2015 |
| M.B. | MJ-PL-00040101 | MJ-PL-00040101 | DC Public Schools Office of Special Education | Service Tracker | 06/24/2019 |
| M.B. | MJ-PL-00040102 | MJ-PL-00040102 | DC Public Schools Office of Special Education | Service Tracker | 01/02/2020 |

| M.B. | MJ-PL-00040103 | MJ-PL-00040103 | DC Public Schools Office of Special Education | Service Tracker | 11/27/2019 |
| M.B. | MJ-PL-00040104 | MJ-PL-00040104 | DC Public Schools Office of Special Education | Service Tracker | 06/16/2016 |
| M.B. | MJ-PL-00040105 | MJ-PL-00040105 | DC Public Schools Office of Special Education | Service Tracker | 10/23/2019 |
| M.B. | MJ-PL-00040106 | MJ-PL-00040107 | DC Public Schools Office of Special Education | Service Tracker | 02/18/2016 |
| M.B. | MJ-PL-00040108 | MJ-PL-00040108 | DC Public Schools Office of Special Education | Service Tracker | 05/09/2019 |
| M.B. | MJ-PL-00040109 | MJ-PL-00040109 | DC Public Schools Office of Special Education | Service Tracker | 06/04/2014 |
| M.B. | MJ-PL-00040110 | MJ-PL-00040110 | DC Public Schools Office of Special Education | Service Tracker | 07/31/2014 |
| M.B. | MJ-PL-00040111 | MJ-PL-00040111 | DC Public Schools Office of Special Education | Service Tracker | 07/31/2014 |
| M.B. | MJ-PL-00040112 | MJ-PL-00040112 | DC Public Schools Office of Special Education | Service Tracker | 11/06/2018 |
| M.B. | MJ-PL-00040113 | MJ-PL-00040114 | DC Public Schools Office of Special Education | Service Tracker | 06/17/2015 |
| M.B. | MJ-PL-00040115 | MJ-PL-00040115 | DC Public Schools Office of Special Education | Service Tracker | 07/31/2014 |
| M.B. | MJ-PL-00040116 | MJ-PL-00040116 | DC Public Schools Office of Special Education | Service Tracker | 05/03/2013 |
| M.B. | MJ-PL-00040117 | MJ-PL-00040117 | DC Public Schools Office of Special Education | Service Tracker | 04/30/2013 |
| M.B. | MJ-PL-00040118 | MJ-PL-00040118 | DC Public Schools Office of Special Education | Service Tracker | 05/31/2019 |
| M.B. | MJ-PL-00040119 | MJ-PL-00040119 | DC Public Schools Office of Special Education | Service Tracker | 01/05/2015 |
| M.B. | MJ-PL-00040120 | MJ-PL-00040120 | DC Public Schools Office of Special Education | Service Tracker | 05/31/2019 |
| M.B. | MJ-PL-00040121 | MJ-PL-00040121 | DC Public Schools Office of Special Education | Service Tracker | 09/16/2015 |
| M.B. | MJ-PL-00040122 | MJ-PL-00040122 | DC Public Schools Office of Special Education | Service Tracker | 03/23/2016 |
| M.B. | MJ-PL-00040123 | MJ-PL-00040123 | DC Public Schools Office of Special Education | Service Tracker | 07/24/2013 |
| M.B. | MJ-PL-00040124 | MJ-PL-00040124 | DC Public Schools Office of Special Education | Service Tracker | 02/04/2010 |
| M.B. | MJ-PL-00040125 | MJ-PL-00040125 | DC Public Schools Office of Special Education | Service Tracker, continued | 02/04/2010 |
| M.B. | MJ-PL-00040126 | MJ-PL-00040126 | DC Public Schools Office of Special Education | Service Tracker | 07/24/2013 |
| M.B. | MJ-PL-00040127 | MJ-PL-00040128 | DC Public Schools Office of Special Education | Service Tracker | 05/28/2015 |
| M.B. | MJ-PL-00040129 | MJ-PL-00040129 | DC Public Schools Office of Special Education | Service Tracker | 01/21/2020 |
| M.B. | MJ-PL-00040130 | MJ-PL-00040131 | DC Public Schools Office of Special Education | Service Tracker | 11/02/2012 |
| M.B. | MJ-PL-00040132 | MJ-PL-00040132 | DC Public Schools Office of Special Education | Service Tracker | 04/08/2019 |
| M.B. | MJ-PL-00040133 | MJ-PL-00040133 | DC Public Schools Office of Special Education | Service Tracker | 05/26/2016 |

| M.B. | MJ-PL-00040134 | MJ-PL-00040134 | DC Public Schools Office of Special Education | Service Tracker | 01/30/2020 |
|------|----------------|----------------|----------------------------------------------|-----------------|------------|
| M.B. | MJ-PL-00040135 | MJ-PL-00040136 | DC Public Schools Office of Special Education | Service Tracker | 05/01/2015 |
| M.B. | MJ-PL-00040137 | MJ-PL-00040137 | DC Public Schools Office of Special Education | Service Tracker | 01/30/2020 |
| M.B. | MJ-PL-00040138 | MJ-PL-00040138 | DC Public Schools Office of Special Education | Service Tracker | 01/30/2020 |
| M.B. | MJ-PL-00040139 | MJ-PL-00040160 | DC Public Schools Office of Special Education | Service Tracker | 06/19/2012 |
| M.B. | MJ-PL-00040161 | MJ-PL-00040161 | DC Public Schools Office of Special Education | Service Tracker | 12/09/2019 |
| M.B. | MJ-PL-00040162 | MJ-PL-00040162 | DC Public Schools Office of Special Education | Service Tracker | 09/26/2013 |
| M.B. | MJ-PL-00040163 | MJ-PL-00040163 | DC Public Schools Office of Special Education | Service Tracker | 10/04/2013 |
| M.B. | MJ-PL-00040164 | MJ-PL-00040164 | DC Public Schools Office of Special Education | Service Tracker | 09/02/2014 |
| M.B. | MJ-PL-00040165 | MJ-PL-00040165 | DC Public Schools Office of Special Education | Service Tracker | 04/22/2014 |
| M.B. | MJ-PL-00040166 | MJ-PL-00040166 | DC Public Schools Office of Special Education | Service Tracker | 10/03/2014 |
| M.B. | MJ-PL-00040167 | MJ-PL-00040167 | DC Public Schools Office of Special Education | Service Tracker | 09/22/2011 |
| M.B. | MJ-PL-00040168 | MJ-PL-00040168 | DC Public Schools Office of Special Education | Service Tracker | 09/15/2011 |
| M.B. | MJ-PL-00040169 | MJ-PL-00040169 | DC Public Schools Office of Special Education | Service Tracker | 11/22/2013 |
| M.B. | MJ-PL-00040170 | MJ-PL-00040170 | DC Public Schools Office of Special Education | Service Tracker | 11/22/2013 |
| M.B. | MJ-PL-00040171 | MJ-PL-00040171 | DC Public Schools Office of Special Education | Progress Notes | 10/18/2012 |
| M.B. | MJ-PL-00040172 | MJ-PL-00040172 | DC Public Schools Office of Special Education | Service Tracker | 10/17/2012 |
| M.B. | MJ-PL-00040173 | MJ-PL-00040173 | DC Public Schools Office of Special Education | Service Tracker | 06/12/2019 |
| M.B. | MJ-PL-00040174 | MJ-PL-00040174 | DC Public Schools Office of Special Education | Progress Notes | 02/10/2014 |
| M.B. | MJ-PL-00040175 | MJ-PL-00040175 | DC Public Schools Office of Special Education | Service Tracker | 02/10/2014 |
| M.B. | MJ-PL-00040176 | MJ-PL-00040176 | DC Public Schools Office of Special Education | Service Tracker | 06/06/2016 |
| M.B. | MJ-PL-00040177 | MJ-PL-00040177 | DC Public Schools Office of Special Education | Signatory Sheet | 02/28/2013 |
| M.B. | MJ-PL-00040178 | MJ-PL-00040178 | DC Public Schools Office of Special Education | Service Tracker | 10/21/2019 |
| M.B. | MJ-PL-00040179 | MJ-PL-00040179 | DC Public Schools Office of Special Education | Service Tracker | 04/15/2014 |
| M.B. | MJ-PL-00040180 | MJ-PL-00040180 | DC Public Schools Office of Special Education | Signatory Sheet | 12/18/2013 |
| M.B. | MJ-PL-00040181 | MJ-PL-00040181 | DC Public Schools Office of Special Education | Service Tracker | 12/18/2013 |
| M.B. | MJ-PL-00040182 | MJ-PL-00040182 | DC Public Schools Office of Special Education | Service Tracker | 08/28/2009 |

| M.B. | MJ-PL-00040183 | MJ-PL-00040183 | DC Public Schools Office of Special Education | Service Tracker | 08/28/2009 |
|------|----------------|----------------|----------------------------------------------|----------------|------------|
| M.B. | MJ-PL-00040184 | MJ-PL-00040186 | DC Public Schools Office of Special Education | Service Tracker | 01/15/2013 |
| M.B. | MJ-PL-00040187 | MJ-PL-00040187 | DC Public Schools Office of Special Education | Service Tracker | 04/15/2014 |
| M.B. | MJ-PL-00040188 | MJ-PL-00040188 | DC Public Schools Office of Special Education | Service Tracker | 05/30/2020 |
| M.B. | MJ-PL-00040189 | MJ-PL-00040189 | DC Public Schools Office of Special Education | Progress Notes | 05/20/2014 |
| M.B. | MJ-PL-00040190 | MJ-PL-00040190 | DC Public Schools Office of Special Education | Service Tracker | 05/20/2014 |
| M.B. | MJ-PL-00040191 | MJ-PL-00040192 | DC Public Schools Office of Special Education | Service Tracker | 11/22/2013 |
| M.B. | MJ-PL-00040193 | MJ-PL-00040193 | DC Public Schools Office of Special Education | Service Tracker | 02/28/2020 |
| M.B. | MJ-PL-00040194 | MJ-PL-00040194 | DC Public Schools Office of Special Education | Service Tracker | 11/19/2018 |
| M.B. | MJ-PL-00040195 | MJ-PL-00040197 | DC Public Schools Office of Special Education | Service Tracker | 07/18/2019 |
| M.B. | MJ-PL-00040198 | MJ-PL-00040198 | DC Public Schools Office of Special Education | Service Tracker | 11/19/2018 |
| M.B. | MJ-PL-00040199 | MJ-PL-00040199 | DC Public Schools Office of Special Education | Service Tracker | 11/29/2019 |
| M.B. | MJ-PL-00040200 | MJ-PL-00040200 | DC Public Schools Office of Special Education | Service Tracker | 11/22/2013 |
| M.B. | MJ-PL-00040201 | MJ-PL-00040201 | DC Public Schools Office of Special Education | Progress Notes | 11/22/2013 |
| M.B. | MJ-PL-00040202 | MJ-PL-00040202 | DC Public Schools Office of Special Education | Service Tracker | 04/11/2019 |
| M.B. | MJ-PL-00040203 | MJ-PL-00040203 | DC Public Schools Office of Special Education | Service Tracker | 04/30/2020 |
| M.B. | MJ-PL-00040204 | MJ-PL-00040204 | DC Public Schools Office of Special Education | Service Tracker | 03/30/2020 |
| M.B. | MJ-PL-00040205 | MJ-PL-00040205 | DC Public Schools Office of Special Education | Service Tracker | 01/03/2019 |
| M.B. | MJ-PL-00040206 | MJ-PL-00040206 | DC Public Schools Office of Special Education | Service Tracker | 12/20/2019 |
| M.B. | MJ-PL-00040207 | MJ-PL-00040207 | DC Public Schools Office of Special Education | Service Tracker | 01/03/2019 |
| M.B. | MJ-PL-00040208 | MJ-PL-00040208 | DC Public Schools Office of Special Education | Service Tracker | 02/17/2014 |
| M.B. | MJ-PL-00040209 | MJ-PL-00040209 | DC Public Schools Office of Special Education | Service Tracker | 02/17/2014 |
| M.B. | MJ-PL-00040210 | MJ-PL-00040210 | DC Public Schools Office of Special Education | Service Tracker | 01/03/2019 |
| M.B. | MJ-PL-00040211 | MJ-PL-00040211 | DC Public Schools Office of Special Education | Service Tracker | 09/30/2019 |
| M.B. | MJ-PL-00040212 | MJ-PL-00040212 | DC Public Schools Office of Special Education | Service Tracker | 06/11/2019 |
| M.B. | MJ-PL-00040213 | MJ-PL-00040213 | DC Public Schools Office of Special Education | Service Tracker | 06/11/2019 |
| M.B. | MJ-PL-00040214 | MJ-PL-00040214 | DC Public Schools Office of Special Education | Service Tracker | 06/11/2019 |

6

| M.B. | MJ-PL-00040215 | MJ-PL-00040215 | DC Public Schools Office of Special Education | Service Tracker | 10/06/2013 |
|------|----------------|----------------|----------------------------------------------|-----------------|------------|
| M.B. | MJ-PL-00040216 | MJ-PL-00040216 | DC Public Schools Office of Special Education | Service Tracker | 10/06/2013 |
| M.B. | MJ-PL-00040217 | MJ-PL-00040217 | DC Public Schools Office of Special Education | Service Tracker | 02/07/2016 |
| M.B. | MJ-PL-00040218 | MJ-PL-00040218 | DC Public Schools Office of Special Education | Service Tracker | 12/06/2019 |
| M.B. | MJ-PL-00040219 | MJ-PL-00040219 | DC Public Schools Office of Special Education | Service Tracker | 05/26/2016 |
| M.B. | MJ-PL-00040220 | MJ-PL-00040220 | DC Public Schools Office of Special Education | Service Tracker | 02/11/2016 |
| M.B. | MJ-PL-00040221 | MJ-PL-00040221 | DC Public Schools Office of Special Education | Service Tracker | 12/21/2015 |
| M.B. | MJ-PL-00040222 | MJ-PL-00040222 | DC Public Schools Office of Special Education | Service Tracker | 03/17/2016 |
| M.B. | MJ-PL-00040223 | MJ-PL-00040223 | DC Public Schools Office of Special Education | Service Tracker | 09/23/2013 |
| M.B. | MJ-PL-00040224 | MJ-PL-00040224 | DC Public Schools Office of Special Education | Service Tracker | 09/23/2013 |
| M.B. | MJ-PL-00040225 | MJ-PL-00040225 | DC Public Schools Office of Special Education | Service Tracker | 03/21/2013 |
| M.B. | MJ-PL-00040226 | MJ-PL-00040226 | DC Public Schools Office of Special Education | Service Tracker | 03/21/2013 |
| M.B. | MJ-PL-00040227 | MJ-PL-00040227 | DC Public Schools Office of Special Education | Service Tracker | 04/16/2014 |
| M.B. | MJ-PL-00040228 | MJ-PL-00040228 | DC Public Schools Office of Special Education | Service Tracker | 11/01/2019 |
| M.B. | MJ-PL-00040229 | MJ-PL-00040229 | DC Public Schools Office of Special Education | Service Tracker | 12/22/2014 |
| M.B. | MJ-PL-00040230 | MJ-PL-00040230 | DC Public Schools Office of Special Education | Service Tracker | 10/02/2018 |
| M.B. | MJ-PL-00040231 | MJ-PL-00040231 | DC Public Schools Office of Special Education | Service Tracker | 02/21/2014 |
| M.B. | MJ-PL-00040232 | MJ-PL-00040232 | DC Public Schools Office of Special Education | Service Tracker | 06/22/16 |
| M.B. | MJ-PL-00040233 | MJ-PL-00040233 | DC Public Schools Office of Special Education | Signatory Sheet | 06/22/2016 |
| M.B. | MJ-PL-00040234 | MJ-PL-00040234 | DC Public Schools Office of Special Education | Service Tracker | 02/21/2014 |
| M.B. | MJ-PL-00040235 | MJ-PL-00040235 | DC Public Schools Office of Special Education | Service Tracker | 02/21/2014 |
| M.B. | MJ-PL-00040236 | MJ-PL-00040236 | DC Public Schools Office of Special Education | Service Tracker | 02/21/2014 |
| M.B. | MJ-PL-00040237 | MJ-PL-00040237 | DC Public Schools Office of Special Education | Service Tracker | 02/21/2014 |
| M.B. | MJ-PL-00040238 | MJ-PL-00040238 | DC Public Schools Office of Special Education | Service Tracker | 10/24/2019 |
| M.B. | MJ-PL-00040239 | MJ-PL-00040239 | DC Public Schools Office of Special Education | Progress Notes | 06/21/2016 |
| M.B. | MJ-PL-00040240 | MJ-PL-00040240 | DC Public Schools Office of Special Education | Service Tracker | 06/21/2016 |
| M.B. | MJ-PL-00040241 | MJ-PL-00040241 | DC Public Schools Office of Special Education | Service Tracker | 05/28/2013 |

| M.B. | MJ-PL-00040242 | MJ-PL-00040242 | DC Public Schools Office of Special Education | Progress Notes | 05/28/2013 |
|------|------|------|------|------|------|
| M.B. | MJ-PL-00040243 | MJ-PL-00040244 | DC Public Schools Office of Special Education | Service Tracker | 06/20/2013 |
| M.B. | MJ-PL-00040245 | MJ-PL-00040247 | DC Public Schools Office of Special Education | Service Tracker | 06/20/2013 |
| M.B. | MJ-PL-00040248 | MJ-PL-00040249 | DC Public Schools Office of Special Education | Service Tracker | 02/02/2015 |
| M.B. | MJ-PL-00040250 | MJ-PL-00040250 | DC Public Schools Office of Special Education | Service Tracker | 03/17/2019 |
| M.B. | MJ-PL-00040251 | MJ-PL-00040252 | DC Public Schools Office of Special Education | Service Tracker | 03/17/2019 |
| M.B. | MJ-PL-00040253 | MJ-PL-00040254 | DC Public Schools Office of Special Education | Service Tracker | 05/15/2014 |
| M.B. | MJ-PL-00040255 | MJ-PL-00040256 | DC Public Schools Office of Special Education | Service Tracker | 01/29/2015 |
| M.B. | MJ-PL-00040257 | MJ-PL-00040259 | DC Public Schools Office of Special Education | Service Tracker | 05/26/2015 |
| M.B. | MJ-PL-00040260 | MJ-PL-00040261 | DC Public Schools Office of Special Education | Service Tracker | 05/26/2015 |
| M.B. | MJ-PL-00040262 | MJ-PL-00040262 | DC Public Schools Office of Special Education | Service Tracker | 11/06/2019 |
| M.B. | MJ-PL-00040263 | MJ-PL-00040264 | DC Public Schools Office of Special Education | Proposed Areas of Concern | Undated |
| M.B. | MJ-PL-00040265 | MJ-PL-00040265 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 04/13/11 |
| M.B. | MJ-PL-00040266 | MJ-PL-00040267 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 10/19/2011 |
| M.B. | MJ-PL-00040268 | MJ-PL-00040268 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 08/26/2011 |
| M.B. | MJ-PL-00040269 | MJ-PL-00040269 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 10/24/2012 |
| M.B. | MJ-PL-00040270 | MJ-PL-00040270 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 10/23/2012 |
| M.B. | MJ-PL-00040271 | MJ-PL-00040271 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 03/24/2017 |
| M.B. | MJ-PL-00040272 | MJ-PL-00040272 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 03/24/2017 |
| M.B. | MJ-PL-00040273 | MJ-PL-00040274 | DC Public Schools Office of Special Education | Prior Written Notice - Identification | 05/27/2011 |
| M.B. | MJ-PL-00040275 | MJ-PL-00040275 | DC Public Schools Office of Special Education | Welcome to the 2012-2013 School Year | 10/10/2012 |
| M.B. | MJ-PL-00040276 | MJ-PL-00040280 | The Children's Guild, Inc | Student Intervention Report | 11/11/2014 |
| M.B. | MJ-PL-00040281 | MJ-PL-00040283 | The Children's Guild, Inc | Student Intervention Report | 03/13/2015 |
| M.B. | MJ-PL-00040284 | MJ-PL-00040285 | The Pathways Schools | Interim Progress Report | 12/14/2015 |
| M.B. | MJ-PL-00040286 | MJ-PL-00040286 | Office of the State Superintendent of Education | Latch Key Student Release Statement | 03/10/2016 |
| M.B. | MJ-PL-00040287 | MJ-PL-00040287 | DC Public Schools Office of Special Education | Miscelaneous Cover Sheet | 02/14/2018 |
| M.B. | MJ-PL-00040288 | MJ-PL-00040290 | The Children's Guild, Inc | Student Intervention Report | 09/23/2014 |

| M.B. | MJ-PL-00040291 | MJ-PL-00040295 | The Children's Guild, Inc | Student Intervention Report | 10/02/2014 |
|------|----------------|----------------|---------------------------|-----------------------------|------------|
| M.B. | MJ-PL-00040296 | MJ-PL-00040310 | The Children's Guild, Inc | Student Intervention Report | 10/16/2014 |
| M.B. | MJ-PL-00040311 | MJ-PL-00040315 | The Children's Guild, Inc | Student Intervention Report | 10/24/2014 |
| M.B. | MJ-PL-00040316 | MJ-PL-00040325 | The Children's Guild, Inc | Student Intervention Report | 12/01/2014 |
| M.B. | MJ-PL-00040326 | MJ-PL-00040330 | The Children's Guild, Inc | Student Intervention Report | 12/04/2014 |
| M.B. | MJ-PL-00040331 | MJ-PL-00040335 | The Children's Guild, Inc | Student Intervention Report | 12/23/2014 |
| M.B. | MJ-PL-00040336 | MJ-PL-00040339 | The Children's Guild, Inc | Student Intervention Report | 01/30/2015 |
| M.B. | MJ-PL-00040340 | MJ-PL-00040342 | The Children's Guild, Inc | Student Intervention Report | 02/23/2015 |
| M.B. | MJ-PL-00040343 | MJ-PL-00040343 | DC Public Schools Office of Special Education | Miscellaneous Cover Sheet | 03/12/2020 |
| M.B. | MJ-PL-00040344 | MJ-PL-00040344 | DC Public Schools Office of Special Education | Speech Therapy | 09/24/2015 |
| M.B. | MJ-PL-00040345 | MJ-PL-00040345 | DC Public Schools | Miscellaneous Cover Sheet | 08/04/2009 |
| M.B. | MJ-PL-00040346 | MJ-PL-00040347 | The Children's Guild, Inc | Accumulative Attendance 2010-2011 | 06/24/2011 |
| M.B. | MJ-PL-00040348 | MJ-PL-00040348 | DC Public Schools Office of Special Education | Miscellaneous Cover Sheet | 10/08/2019 |
| M.B. | MJ-PL-00040349 | MJ-PL-00040349 | DC Public Schools Office of Special Education | Miscellaneous Cover Sheet | 11/11/2015 |
| M.B. | MJ-PL-00040350 | MJ-PL-00040350 | DC Public Schools Office of Special Education | Miscellaneous Cover Sheet | 02/10/2016 |
| M.B. | MJ-PL-00040351 | MJ-PL-00040351 | The Children's Guild, Inc | Teacher's Evaluation of Performance | 03/19/2012 |
| M.B. | MJ-PL-00040352 | MJ-PL-00040353 | The Children's Guild, Inc | Teacher's Evaluation of Performance | 04/26/2011 |
| M.B. | MJ-PL-00040354 | MJ-PL-00040354 | The Foundation School | IEP Team Meeting Sign in Sheet | 03/27/2017 |
| M.B. | MJ-PL-00040355 | MJ-PL-00040367 | The Children's Guild, Inc | Teacher's Evaluation of Performance | 08/04/2009 |
| M.B. | MJ-PL-00040368 | MJ-PL-00040369 | The Pathways Schools | Progress Report - 1st Quarter Mid term | 10/01/2015 |
| M.B. | MJ-PL-00040370 | MJ-PL-00040373 | The Children's Guild, Inc | IEP Eligibility Meeting Notes | 05/24/2011 |
| M.B. | MJ-PL-00040374 | MJ-PL-00040374 | DC Public Schools Office of Special Education | Miscellaneous Cover Sheet | 03/10/2018 |
| M.B. | MJ-PL-00040375 | MJ-PL-00040375 | The Foundation School | IEP Team Meeting Sign in Sheet | 04/27/2017 |
| M.B. | MJ-PL-00040376 | MJ-PL-00040376 | The Foundation School | Reminder IEP Scheduled | 03/20/2017 |
| M.B. | MJ-PL-00040377 | MJ-PL-00040377 | The Foundation School | Notice of Updated IEP & PWN | 04/03/2017 |
| M.B. | MJ-PL-00040378 | MJ-PL-00040378 | DC Public Schools Office of Special Education | Notice of Unexcused Absences | 04/29/2013 |
| M.B. | MJ-PL-00040379 | MJ-PL-00040379 | DC Public Schools Office of Special Education | Miscellaneous Cover Sheet | 06/18/2013 |

| M.B. | MJ-PL-00040380 | MJ-PL-00040385 | The Children's Guild, Inc | IEP Meeting Notes | 10/03/2013 |
|------|------|------|------|------|------|
| M.B. | MJ-PL-00040386 | MJ-PL-00040386 | DC Public Schools Office of Special Education | Miscellaneous Cover Sheet | 10/03/2013 |
| M.B. | MJ-PL-00040387 | MJ-PL-00040393 | The Children's Guild, Inc | IEP Meeting Notes | 11/08/2012 |
| M.B. | MJ-PL-00040394 | MJ-PL-00040394 | Office of the State Superintendent of Education | Notice of Procedural Safeguards | 11/09/2012 |
| M.B. | MJ-PL-00040395 | MJ-PL-00040396 | The Children's Guild, Inc | IEP Report Card | 08/28/2014 |
| M.B. | MJ-PL-00040397 | MJ-PL-00040397 | New Beginnings Vocational Program | 2nd Quarter Report Card | 01/13/2020 |
| M.B. | MJ-PL-00040398 | MJ-PL-00040405 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 06/23/2016 |
| M.B. | MJ-PL-00040406 | MJ-PL-00040406 | DC Public Schools Office of Special Education | Compensatory Education Plan Notes | 09/22/2014 |
| M.B. | MJ-PL-00040407 | MJ-PL-00040408 | DC Public Schools | IEP | 12/01/2008 |
| M.B. | MJ-PL-00040409 | MJ-PL-00040410 | DC Public Schools Office of Special Education | Justification and Plan for Dedicated Aide | 05/04/2016 |
| M.B. | MJ-PL-00040411 | MJ-PL-00040412 | DC Public Schools Office of Special Education | Justification and Plan for Dedicated Aide | 10/08/2019 |
| M.B. | MJ-PL-00040413 | MJ-PL-00040414 | DC Public Schools Office of Special Education | Justification and Plan for Dedicated Aide | 04/07/2017 |
| M.B. | MJ-PL-00040415 | MJ-PL-00040416 | DC Public Schools Office of Special Education | Justification and Plan for Dedicated Aide | 03/12/2018 |
| M.B. | MJ-PL-00040417 | MJ-PL-00040418 | DC Public Schools Office of Special Education | Justification and Plan for Dedicated Aide | 10/28/2009 |
| M.B. | MJ-PL-00040419 | MJ-PL-00040420 | DC Public Schools Office of Special Education | Justification and Plan for Dedicated Aide | 02/25/2019 |
| M.B. | MJ-PL-00040421 | MJ-PL-00040422 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 02/28/2020 |
| M.B. | MJ-PL-00040423 | MJ-PL-00040424 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 04/12/2017 |
| M.B. | MJ-PL-00040425 | MJ-PL-00040427 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 05/24/2011 |
| M.B. | MJ-PL-00040428 | MJ-PL-00040429 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 02/19/2020 |
| M.B. | MJ-PL-00040430 | MJ-PL-00040431 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 03/26/2014 |
| M.B. | MJ-PL-00040432 | MJ-PL-00040433 | DC Public Schools Office of Special Education | Disability Worksheet | 05/24/2011 |
| M.B. | MJ-PL-00040434 | MJ-PL-00040435 | DC Public Schools Office of Special Education | Prior Written Notice - Identification | 05/24/2011 |
| M.B. | MJ-PL-00040436 | MJ-PL-00040443 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 06/02/2017 |
| M.B. | MJ-PL-00040444 | MJ-PL-00040452 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 03/12/2020 |
| M.B. | MJ-PL-00040453 | MJ-PL-00040457 | DC Public Schools Office of Special Education | Analysis of Existing Data | 06/01/2017 |
| M.B. | MJ-PL-00040458 | MJ-PL-00040463 | DC Public Schools Office of Special Education | Analysis of Existing Data | 03/12/2020 |
| M.B. | MJ-PL-00040464 | MJ-PL-00040469 | DC Public Schools Office of Special Education | Analysis of Existing Data | 05/24/2011 |

| M.B. | MJ-PL-00040470 | MJ-PL-00040471 | DC Public Schools Office of Special Education | Prior Written Notice - Evaluation | 05/24/2011 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00040472 | MJ-PL-00040473 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 11/08/2012 |
| M.B. | MJ-PL-00040474 | MJ-PL-00040474 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 02/04/2020 |
| M.B. | MJ-PL-00040475 | MJ-PL-00040476 | DC Public Schools Office of Special Education | Prior Written Notice | 11/15/2011 |
| M.B. | MJ-PL-00040477 | MJ-PL-00040478 | DC Public Schools Office of Special Education | Prior Written Notice | 11/08/2012 |
| M.B. | MJ-PL-00040479 | MJ-PL-00040479 | DC Public Schools Office of Special Education | Statewide Alternate Assessment Plan Cover | 02/23/2018 |
| M.B. | MJ-PL-00040480 | MJ-PL-00040480 | DC Public Schools Office of Special Education | OSSE Medicaid Parental Consent Form Cover | 10/08/2019 |
| M.B. | MJ-PL-00040481 | MJ-PL-00040482 | DC Public Schools Office of Special Education | OSSE Medicaid Parental Consent Form Cover | 04/07/2017 |
| M.B. | MJ-PL-00040483 | MJ-PL-00040483 | DC Public Schools Office of Special Education | OSSE Medicaid Parental Consent Form Cover | 03/15/2019 |
| M.B. | MJ-PL-00040484 | MJ-PL-00040488 | DC Public Schools Office of Special Education | Student Participant Writing Input Form | 03/13/2017 |
| M.B. | MJ-PL-00040489 | MJ-PL-00040493 | DC Public Schools Office of Special Education | Student Participant Writing Input Form | 02/12/2018 |
| M.B. | MJ-PL-00040494 | MJ-PL-00040494 | DC Public Schools Office of Special Education | Independent Living Assessment Cover Sheet | 02/15/2019 |
| M.B. | MJ-PL-00040495 | MJ-PL-00040495 | DC Public Schools Office of Special Education | Independent Living Assessment Cover Sheet | 02/15/2018 |
| M.B. | MJ-PL-00040496 | MJ-PL-00040502 | The Foundation School | Casey Life Skills Assessment | 04/04/2017 |
| M.B. | MJ-PL-00040503 | MJ-PL-00040503 | DC Public Schools Office of Special Education | Employment Assessment Cover Sheet | 02/15/2019 |
| M.B. | MJ-PL-00040504 | MJ-PL-00040505 | My Next Move | O*Net Interest Profiler Score Report | 02/15/2018 |
| M.B. | MJ-PL-00040506 | MJ-PL-00040507 | My Next Move | O*Net Interest Profiler Score Report | 04/04/2017 |
| M.B. | MJ-PL-00040508 | MJ-PL-00040508 | DC Public Schools Office of Special Education | Education Assessment Cover Sheet | 02/15/2019 |
| M.B. | MJ-PL-00040509 | MJ-PL-00040509 | DC Public Schools Office of Special Education | Extended School Year Services Eligibility Worksheet | 10/11/2019 |
| M.B. | MJ-PL-00040510 | MJ-PL-00040510 | DC Public Schools Office of Special Education | Extended School Year Services Eligibility Worksheet | 04/04/2017 |
| M.B. | MJ-PL-00040511 | MJ-PL-00040511 | DC Public Schools Office of Special Education | ESY Criteria Cover Sheet | 09/26/2014 |
| M.B. | MJ-PL-00040512 | MJ-PL-00040512 | DC Public Schools Office of Special Education | Extended School Year Services Eligibility Worksheet | 11/15/2011 |
| M.B. | MJ-PL-00040513 | MJ-PL-00040513 | DC Public Schools Office of Special Education | ESY Criteria Cover Sheet | 10/03/2013 |
| M.B. | MJ-PL-00040514 | MJ-PL-00040514 | DC Public Schools Office of Special Education | Extended School Year Services Eligibility Worksheet | 11/08/2012 |
| M.B. | MJ-PL-00040515 | MJ-PL-00040515 | DC Public Schools Office of Special Education | ESY Criteria Cover Sheet | 09/14/2015 |

11

| M.B. | MJ-PL-00040516 | MJ-PL-00040516 | DC Public Schools Office of Special Education | ESY Criteria Cover Sheet | 08/11/2016 |
|------|----------------|----------------|-----------------------------------------------|---------------------------|------------|
| M.B. | MJ-PL-00040517 | MJ-PL-00040518 | DC Public Schools Office of Special Education | Standard IEP Amendment Form (LEA Initiated) | 05/04/2016 |
| M.B. | MJ-PL-00040519 | MJ-PL-00040520 | DC Public Schools Office of Special Education | Standard IEP Amendment Form (LEA Initiated) | 10/31/2019 |
| M.B. | MJ-PL-00040521 | MJ-PL-00040522 | DC Public Schools Office of Special Education | Standard IEP Amendment Form (LEA Initiated) | 10/02/2017 |
| M.B. | MJ-PL-00040523 | MJ-PL-00040524 | DC Public Schools Office of Special Education | Eligibility Category Worksheet | 10/11/2019 |
| M.B. | MJ-PL-00040525 | MJ-PL-00040525 | DC Public Schools Office of Special Education | Transportation Criteria Easy FAX Cover Sheet | 04/07/2017 |
| M.B. | MJ-PL-00040526 | MJ-PL-00040526 | DC Public Schools Office of Special Education | Transportation Criteria Easy FAX Cover Sheet | 09/26/2014 |
| M.B. | MJ-PL-00040527 | MJ-PL-00040527 | DC Public Schools Office of Special Education | Transportation Criteria Easy FAX Cover Sheet | 08/11/2016 |
| M.B. | MJ-PL-00040528 | MJ-PL-00040545 | DC Public Schools Office of Special Education | Amended Individualized Education Program | 05/04/2016 |
| M.B. | MJ-PL-00040546 | MJ-PL-00040563 | DC Public Schools Office of Special Education | Amended Individualized Education Program | 04/03/2016 |
| M.B. | MJ-PL-00040564 | MJ-PL-00040584 | DC Public Schools Office of Special Education | Amended Individualized Education Program | 10/02/2017 |
| M.B. | MJ-PL-00040585 | MJ-PL-00040585 | DC Public Schools Office of Special Education | IEP Team Mandatory Participant Excusal Form | 09/19/2014 |
| M.B. | MJ-PL-00040586 | MJ-PL-00040586 | DC Public Schools Office of Special Education | IEP Team Mandatory Participant Excusal Form | 09/02/2016 |
| M.B. | MJ-PL-00040587 | MJ-PL-00040587 | DC Public Schools Office of Special Education | Additional Participant Consent Form | 08/19/2015 |
| M.B. | MJ-PL-00040588 | MJ-PL-00040589 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 09/12/2019 |
| M.B. | MJ-PL-00040590 | MJ-PL-00040591 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 05/04/2016 |
| M.B. | MJ-PL-00040592 | MJ-PL-00040592 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 09/19/2014 |
| M.B. | MJ-PL-00040593 | MJ-PL-00040594 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 08/19/2015 |
| M.B. | MJ-PL-00040595 | MJ-PL-00040596 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 10/02/2017 |
| M.B. | MJ-PL-00040597 | MJ-PL-00040597 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 04/05/2017 |
| M.B. | MJ-PL-00040598 | MJ-PL-00040598 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 02/03/2019 |
| M.B. | MJ-PL-00040599 | MJ-PL-00040599 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 11/14/2011 |
| M.B. | MJ-PL-00040600 | MJ-PL-00040600 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 11/14/2011 |
| M.B. | MJ-PL-00040601 | MJ-PL-00040602 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 09/05/2016 |
| M.B. | MJ-PL-00040603 | MJ-PL-00040603 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 09/25/2013 |
| M.B. | MJ-PL-00040604 | MJ-PL-00040604 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 11/08/2012 |
| M.B. | MJ-PL-00040605 | MJ-PL-00040605 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 11/08/2012 |

| M.B. | MJ-PL-00040606 | MJ-PL-00040606 | DC Public Schools Office of Special Education | Adult Student Letter of Invitation -IEP Meeting | 02/28/2020 |
|------|----------------|----------------|----------------------------------------------|------------------------------------------------|------------|
| M.B. | MJ-PL-00040607 | MJ-PL-00040607 | DC Public Schools Office of Special Education | Adult Student Letter of Invitation -IEP Meeting | 02/19/2020 |
| M.B. | MJ-PL-00040608 | MJ-PL-00040608 | DC Public Schools Office of Special Education | Adult Student Letter of Invitation -IEP Meeting | 02/13/2020 |
| M.B. | MJ-PL-00040609 | MJ-PL-00040610 | DC Public Schools Office of Special Education | Student Letter of Invitation - IEP Meeting | 09/12/2019 |
| M.B. | MJ-PL-00040611 | MJ-PL-00040612 | DC Public Schools Office of Special Education | Student Letter of Invitation - IEP Meeting | 04/05/2017 |
| M.B. | MJ-PL-00040613 | MJ-PL-00040614 | DC Public Schools Office of Special Education | Disability Worksheet: Emotional Disturbance | 04/08/2014 |
| M.B. | MJ-PL-00040615 | MJ-PL-00040616 | DC Public Schools Office of Special Education | Transfer of Rights Notice | Indeterminate |
| M.B. | MJ-PL-00040617 | MJ-PL-00040618 | DC Public Schools Office of Special Education | Transfer of Rights Notice | Indeterminate |
| M.B. | MJ-PL-00040619 | MJ-PL-00040620 | DC Public Schools Office of Special Education | Transfer of Rights Notice | Indeterminate |
| M.B. | MJ-PL-00040621 | MJ-PL-00040622 | DC Public Schools Office of Special Education | Transfer of Rights Notice | Indeterminate |
| M.B. | MJ-PL-00040623 | MJ-PL-00040623 | DC Public Schools Office of Special Education | ESY - Related Transportation Cover Sheet | 09/26/2014 |
| M.B. | MJ-PL-00040624 | MJ-PL-00040624 | DC Public Schools Office of Special Education | ESY - Related Transportation Cover Sheet | 03/25/2016 |
| M.B. | MJ-PL-00040625 | MJ-PL-00040625 | DC Public Schools Office of Special Education | ESY - Related Transportation Work Sheet | 05/09/2014 |
| M.B. | MJ-PL-00040626 | MJ-PL-00040626 | DC Public Schools Office of Special Education | ESY - Related Transportation Cover Sheet | 11/08/2012 |
| M.B. | MJ-PL-00040627 | MJ-PL-00040628 | DC Public Schools Office of Special Education | Prior Written Notice - Proceed with Evaluation Process | 03/12/2020 |
| M.B. | MJ-PL-00040629 | MJ-PL-00040629 | DC Public Schools Office of Special Education | Prior Written Notice - Determination of Special Education Eligibility | 06/01/2017 |
| M.B. | MJ-PL-00040630 | MJ-PL-00040631 | DC Public Schools Office of Special Education | Prior Written Notice - Development of IEP | 10/03/2013 |
| M.B. | MJ-PL-00040632 | MJ-PL-00040632 | DC Public Schools Office of Special Education | Prior Written Notice - Development of IEP | 09/17/2015 |
| M.B. | MJ-PL-00040633 | MJ-PL-00040633 | DC Public Schools Office of Special Education | Prior Written Notice - Development of IEP | 09/06/2016 |
| M.B. | MJ-PL-00040634 | MJ-PL-00040635 | DC Public Schools Office of Special Education | Prior Written Notice - Other Notice Related to FAPE | 09/03/2019 |
| M.B. | MJ-PL-00040636 | MJ-PL-00040637 | DC Public Schools Office of Special Education | Prior Written Notice - Proceed with Evaluation Process | 03/12/2020 |
| M.B. | MJ-PL-00040638 | MJ-PL-00040638 | DC Public Schools Office of Special Education | Proceedural Safeguards Documentation Cover Sheet | 09/21/2015 |

13

| M.B. | MJ-PL-00040639 | MJ-PL-00040645 | DC Public Schools Office of Special Education | Proceedural Safeguards Documentation Cover Sheet | 10/08/2019 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00040646 | MJ-PL-00040646 | DC Public Schools Office of Special Education | Letter Of Invitation to a Meeting of the IEP Team | 09/13/2010 |
| M.B. | MJ-PL-00040647 | MJ-PL-00040656 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 12/13/2019 |
| M.B. | MJ-PL-00040657 | MJ-PL-00040664 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 06/23/2016 |
| M.B. | MJ-PL-00040665 | MJ-PL-00040670 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 11/13/2014 |
| M.B. | MJ-PL-00040671 | MJ-PL-00040677 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 06/30/2015 |
| M.B. | MJ-PL-00040678 | MJ-PL-00040685 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 06/19/2019 |
| M.B. | MJ-PL-00040686 | MJ-PL-00040693 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 02/21/2019 |
| M.B. | MJ-PL-00040694 | MJ-PL-00040701 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 04/03/2019 |
| M.B. | MJ-PL-00040702 | MJ-PL-00040706 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 02/23/2012 |
| M.B. | MJ-PL-00040707 | MJ-PL-00040714 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 06/24/2020 |
| M.B. | MJ-PL-00040715 | MJ-PL-00040718 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 06/17/2011 |
| M.B. | MJ-PL-00040719 | MJ-PL-00040724 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 02/08/2015 |
| M.B. | MJ-PL-00040725 | MJ-PL-00040734 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 02/05/2020 |
| M.B. | MJ-PL-00040735 | MJ-PL-00040742 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 11/12/2018 |
| M.B. | MJ-PL-00040743 | MJ-PL-00040746 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 03/21/2013 |
| M.B. | MJ-PL-00040747 | MJ-PL-00040749 | DC Public Schools Office of Special Education | Extended School Year - IEP Progress Report | 07/31/2013 |
| M.B. | MJ-PL-00040750 | MJ-PL-00040750 | DC Public Schools Office of Special Education | Evaluation Cover Sheet | 01/13/2009 |
| M.B. | MJ-PL-00040751 | MJ-PL-00040751 | DC Public Schools Office of Special Education | Evaluation Cover Sheet | 01/13/2009 |
| M.B. | MJ-PL-00040752 | MJ-PL-00040752 | DC Public Schools Office of Special Education | Evaluation Cover Sheet | 01/13/2009 |
| M.B. | MJ-PL-00040753 | MJ-PL-00040755 | DC Public Schools Office of Special Education | Signatory Sheet | 10/03/2013 |
| M.B. | MJ-PL-00040756 | MJ-PL-00040759 | DC Public Schools Office of Special Education | BIP | 04/04/2017 |
| M.B. | MJ-PL-00040760 | MJ-PL-00040762 | DC Public Schools Office of Special Education | BIP | 09/26/2014 |
| M.B. | MJ-PL-00040763 | MJ-PL-00040766 | DC Public Schools Office of Special Education | BIP | 03/07/2018 |
| M.B. | MJ-PL-00040767 | MJ-PL-00040770 | DC Public Schools Office of Special Education | BIP | 11/21/2016 |
| M.B. | MJ-PL-00040771 | MJ-PL-00040776 | DC Public Schools Office of Special Education | Signatory Sheet & FBA | 10/03/2013 |
| M.B. | MJ-PL-00040777 | MJ-PL-00040782 | DC Public Schools Office of Special Education | FBA | 09/26/2014 |

| M.B. | MJ-PL-00040783 | MJ-PL-00040784 | DC Public Schools Office of Special Education | Manifestation Determination | 02/25/2019 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00040785 | MJ-PL-00040796 | DC Public Schools Office of Special Education | Summary of Performance | 04/28/2020 |
| M.B. | MJ-PL-00040797 | MJ-PL-00040797 | DC Public Schools Office of Special Education | Device Justification Cover Sheet | 09/02/2016 |
| M.B. | MJ-PL-00040798 | MJ-PL-00040798 | DC Public Schools Office of Special Education | Device Justification Cover Sheet | 09/06/2016 |
| M.B. | MJ-PL-00040799 | MJ-PL-00040799 | DC Public Schools Office of Special Education | Progress Notes | 06/21/2013 |
| M.B. | MJ-PL-00040800 | MJ-PL-00040800 | DC Public Schools | Student Information IEP Meeting Participants | 01/13/2009 |
| M.B. | MJ-PL-00040801 | MJ-PL-00040807 | DC Public Schools | Student Information IEP Meeting Participants | 01/14/2009 |
| M.B. | MJ-PL-00040808 | MJ-PL-00040808 | DC Public Schools Office of Special Education | Individualized Education Program | 08/11/2016 |
| M.B. | MJ-PL-00040809 | MJ-PL-00040824 | DC Public Schools Office of Special Education | Individualized Education Program | 10/03/2013 |
| M.B. | MJ-PL-00040825 | MJ-PL-00040825 | DC Public Schools Office of Special Education | Individualized Education Program | 03/12/2018 |
| M.B. | MJ-PL-00040826 | MJ-PL-00040842 | DC Public Schools Office of Special Education | Individualized Education Program | 10/05/2010 |
| M.B. | MJ-PL-00040843 | MJ-PL-00040863 | DC Public Schools Office of Special Education | Individualized Education Program | 10/05/2010 |
| M.B. | MJ-PL-00040864 | MJ-PL-00040877 | DC Public Schools Office of Special Education | Individualized Education Program | 11/08/2012 |
| M.B. | MJ-PL-00040878 | MJ-PL-00040893 | DC Public Schools Office of Special Education | Individualized Education Program | 11/15/2011 |
| M.B. | MJ-PL-00040894 | MJ-PL-00040917 | DC Public Schools Office of Special Education | Individualized Education Program | 11/15/2011 |
| M.B. | MJ-PL-00040918 | MJ-PL-00040936 | DC Public Schools Office of Special Education | Individualized Education Program | 05/24/2011 |
| M.B. | MJ-PL-00040937 | MJ-PL-00040942 | DC Public Schools Office of Special Education | Student Information IEP Meeting Participants | 11/02/2008 |
| M.B. | MJ-PL-00040943 | MJ-PL-00040943 | DC Public Schools Office of Special Education | Service Tracker | 10/01/2009 |
| M.B. | MJ-PL-00040944 | MJ-PL-00040944 | DC Public Schools Office of Special Education | Service Tracker | 02/25/2010 |
| M.B. | MJ-PL-00040945 | MJ-PL-00040945 | DC Public Schools Office of Special Education | Signatory Sheet SLP Therapy | 11/30/2015 |
| M.B. | MJ-PL-00040946 | MJ-PL-00040946 | DC Public Schools Office of Special Education | Service Tracker | 11/30/2015 |
| M.B. | MJ-PL-00040947 | MJ-PL-00040947 | DC Public Schools Office of Special Education | Signatory Sheet SLP Therapy | 11/30/2015 |
| M.B. | MJ-PL-00040948 | MJ-PL-00040948 | DC Public Schools Office of Special Education | Service Tracker | 03/03/2016 |
| M.B. | MJ-PL-00040949 | MJ-PL-00040949 | DC Public Schools Office of Special Education | Service Tracker | 02/04/2015 |
| M.B. | MJ-PL-00040950 | MJ-PL-00040950 | DC Public Schools Office of Special Education | Service Tracker | 08/25/2011 |
| M.B. | MJ-PL-00040951 | MJ-PL-00040951 | DC Public Schools Office of Special Education | Service Tracker | 02/19/2013 |
| M.B. | MJ-PL-00040952 | MJ-PL-00040952 | DC Public Schools Office of Special Education | Service Tracker | 07/31/2013 |

| M.B. | MJ-PL-00040953 | MJ-PL-00040953 | DC Public Schools Office of Special Education | Service Tracker | 11/03/2014 |
|------|----------------|----------------|-----------------------------------------------|-----------------|------------|
| M.B. | MJ-PL-00040954 | MJ-PL-00040954 | DC Public Schools Office of Special Education | Service Tracker | 05/04/2016 |
| M.B. | MJ-PL-00040955 | MJ-PL-00040955 | DC Public Schools Office of Special Education | Progress Notes | 05/17/2016 |
| M.B. | MJ-PL-00040956 | MJ-PL-00040956 | DC Public Schools Office of Special Education | Service Tracker | 09/30/2015 |
| M.B. | MJ-PL-00040957 | MJ-PL-00040957 | DC Public Schools Office of Special Education | Service Tracker | 05/30/2016 |
| M.B. | MJ-PL-00040958 | MJ-PL-00040958 | DC Public Schools Office of Special Education | Service Tracker | 05/30/2016 |
| M.B. | MJ-PL-00040959 | MJ-PL-00040959 | DC Public Schools Office of Special Education | Service Tracker | 07/11/2013 |
| M.B. | MJ-PL-00040960 | MJ-PL-00040960 | DC Public Schools Office of Special Education | Service Tracker | 07/18/2013 |
| M.B. | MJ-PL-00040961 | MJ-PL-00040961 | DC Public Schools Office of Special Education | Service Tracker | 06/14/2013 |
| M.B. | MJ-PL-00040962 | MJ-PL-00040962 | DC Public Schools Office of Special Education | Service Tracker | 06/17/2014 |
| M.B. | MJ-PL-00040963 | MJ-PL-00040963 | DC Public Schools Office of Special Education | Service Tracker | 06/17/2014 |
| M.B. | MJ-PL-00040964 | MJ-PL-00040964 | DC Public Schools Office of Special Education | Progress Notes | 06/17/2014 |
| M.B. | MJ-PL-00040965 | MJ-PL-00040965 | DC Public Schools Office of Special Education | Service Tracker | 02/04/2010 |
| M.B. | MJ-PL-00040966 | MJ-PL-00040966 | DC Public Schools Office of Special Education | Service Tracker | 02/04/2010 |
| M.B. | MJ-PL-00040967 | MJ-PL-00040967 | DC Public Schools Office of Special Education | Service Tracker | 03/05/2019 |
| M.B. | MJ-PL-00040968 | MJ-PL-00040968 | DC Public Schools Office of Special Education | Service Tracker | 12/01/2014 |
| M.B. | MJ-PL-00040969 | MJ-PL-00040969 | DC Public Schools Office of Special Education | Progress Notes | 11/17/2014 |
| M.B. | MJ-PL-00040970 | MJ-PL-00040970 | DC Public Schools Office of Special Education | Service Tracker | 11/17/2014 |
| M.B. | MJ-PL-00040971 | MJ-PL-00040971 | DC Public Schools Office of Special Education | Progress Notes | 01/29/2015 |
| M.B. | MJ-PL-00040972 | MJ-PL-00040972 | DC Public Schools Office of Special Education | Service Tracker | 01/29/2015 |
| M.B. | MJ-PL-00040973 | MJ-PL-00040973 | DC Public Schools Office of Special Education | Service Tracker | 11/12/2013 |
| M.B. | MJ-PL-00040974 | MJ-PL-00040974 | DC Public Schools Office of Special Education | Service Tracker | 11/12/2013 |
| M.B. | MJ-PL-00040975 | MJ-PL-00040975 | DC Public Schools Office of Special Education | Service Tracker | 04/07/2014 |
| M.B. | MJ-PL-00040976 | MJ-PL-00040976 | DC Public Schools Office of Special Education | Progress Notes | 04/07/2014 |
| M.B. | MJ-PL-00040977 | MJ-PL-00040977 | DC Public Schools Office of Special Education | Service Tracker | 03/09/2015 |
| M.B. | MJ-PL-00040978 | MJ-PL-00040978 | DC Public Schools Office of Special Education | Service Tracker | 03/09/2015 |
| M.B. | MJ-PL-00040979 | MJ-PL-00040979 | DC Public Schools Office of Special Education | Progress Notes | 03/09/2015 |

16

| M.B. | MJ-PL-00040980 | MJ-PL-00040980 | DC Public Schools Office of Special Education | Service Tracker | 11/03/2009 |
|------|----------------|----------------|---------------------------------------------|-----------------|------------|
| M.B. | MJ-PL-00040981 | MJ-PL-00040981 | DC Public Schools Office of Special Education | Service Tracker | 10/05/2009 |
| M.B. | MJ-PL-00040982 | MJ-PL-00040982 | DC Public Schools Office of Special Education | Service Tracker | 10/05/2009 |
| M.B. | MJ-PL-00040983 | MJ-PL-00040983 | DC Public Schools Office of Special Education | Service Tracker | 10/05/2009 |
| M.B. | MJ-PL-00040984 | MJ-PL-00040984 | DC Public Schools Office of Special Education | Progress Notes | 06/21/2013 |
| M.B. | MJ-PL-00040985 | MJ-PL-00040985 | DC Public Schools Office of Special Education | Progress Notes | 06/21/2013 |
| M.B. | MJ-PL-00040986 | MJ-PL-00040986 | DC Public Schools Office of Special Education | Service Tracker | 06/21/2013 |
| M.B. | MJ-PL-00040987 | MJ-PL-00040987 | DC Public Schools Office of Special Education | Progress Notes | 06/21/2013 |
| M.B. | MJ-PL-00040988 | MJ-PL-00040988 | DC Public Schools Office of Special Education | Service Tracker | 09/30/2014 |
| M.B. | MJ-PL-00040989 | MJ-PL-00040989 | DC Public Schools Office of Special Education | Service Tracker | 09/30/2014 |
| M.B. | MJ-PL-00040990 | MJ-PL-00040990 | DC Public Schools Office of Special Education | Service Tracker | 07/29/2013 |
| M.B. | MJ-PL-00040991 | MJ-PL-00040992 | The Pathways School | First Quarter Report Card | 11/05/2015 |
| M.B. | MJ-PL-00040993 | MJ-PL-00041000 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 11/04/2015 |
| M.B. | MJ-PL-00041001 | MJ-PL-00041007 | DC Public Schools Office of Special Education | Disability Impacts | 04/08/2014 |
| M.B. | MJ-PL-00041008 | MJ-PL-00041008 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 04/08/2014 |
| M.B. | MJ-PL-00041009 | MJ-PL-00041017 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 05/24/2011 |
| M.B. | MJ-PL-00041018 | MJ-PL-00041018 | DC Public Schools Office of Special Education | Amended Individualized Education Program | 01/08/2020 |
| M.B. | MJ-PL-00041019 | MJ-PL-00041025 | DC Public Schools Office of Special Education | Eligibility Meeting Report | 01/13/2009 |
| M.B. | MJ-PL-00041026 | MJ-PL-00041028 | DC Public Schools Office of Special Education | Signatory Sheet | 11/15/2011 |
| M.B. | MJ-PL-00041029 | MJ-PL-00041030 | DC Public Schools Office of Special Education | Signatory Sheet | 11/09/2009 |
| M.B. | MJ-PL-00041031 | MJ-PL-00041033 | DC Public Schools Office of Special Education | Signatory Sheet - BIP | 11/08/2012 |
| M.B. | MJ-PL-00041034 | MJ-PL-00041035 | DC Public Schools Office of Special Education | Signatory Sheet | 05/24/2011 |
| M.B. | MJ-PL-00041036 | MJ-PL-00041037 | DC Public Schools Office of Special Education | Signatory Sheet | 10/05/2010 |
| M.B. | MJ-PL-00041038 | MJ-PL-00041043 | DC Public Schools Office of Special Education | Signatory Sheet | 11/15/2011 |
| M.B. | MJ-PL-00041044 | MJ-PL-00041048 | DC Public Schools Office of Special Education | Signatory Sheet | 07/23/2010 |
| M.B. | MJ-PL-00041049 | MJ-PL-00041053 | DC Public Schools Office of Special Education | Signatory Sheet | 05/27/2011 |
| M.B. | MJ-PL-00041054 | MJ-PL-00041058 | DC Public Schools Office of Special Education | Signatory Sheet | 10/05/2010 |

17

| M.B. | MJ-PL-00041059 | MJ-PL-00041064 | DC Public Schools Office of Special Education | Signatory Sheet - FBA | 11/08/2012 |
|------|------|------|------|------|------|
| M.B. | MJ-PL-00041065 | MJ-PL-00041075 | DC Public Schools Office of Special Education | Service Tracker | 06/18/2010 |
| M.B. | MJ-PL-00041076 | MJ-PL-00041128 | DC Public Schools Office of Special Education | Service Tracker | 06/19/2012 |
| M.B. | MJ-PL-00041129 | MJ-PL-00041171 | DC Public Schools Office of Special Education | Extended School Year IEP Progress Report | 07/31/2013 |
| M.B. | MJ-PL-00041172 | MJ-PL-00041185 | DC Public Schools Office of Special Education | Multiple Service Trackers (6) | 02/28/2013 |
| M.B. | MJ-PL-00041186 | MJ-PL-00041188 | DC Public Schools Office of Special Education | Service Tracker | 01/14/2009 |
| M.B. | MJ-PL-00041189 | MJ-PL-00041193 | DC Public Schools Office of Special Education | Multiple Service Trackers (4) | 2010 |
| M.B. | MJ-PL-00041194 | MJ-PL-00041223 | DC Public Schools Office of Special Education | Multiple Documents (30 pages) | 06/2012 |
| M.B. | MJ-PL-00041224 | MJ-PL-00041240 | DC Public Schools Office of Special Education | Multiple Service Trackers (17 pages) | 06/2012 |
| M.B. | MJ-PL-00041241 | MJ-PL-00041246 | DC Public Schools Office of Special Education | Service Trackers (3) | 10/11/2011 |
| M.B. | MJ-PL-00041247 | MJ-PL-00041269 | DC Public Schools Office of Special Education | ESY IEP Progress Report + Services Trackers (23 pages) | 07/31/2013 |
| M.B. | MJ-PL-00041270 | MJ-PL-00041278 | DC Public Schools Office of Special Education | Mulitple Service Trackers (5) | 2013 |
| M.B. | MJ-PL-00041279 | MJ-PL-00041281 | DC Public Schools Office of Special Education | Multiple Service Trackers (3) | 2013 |
| M.B. | MJ-PL-00041282 | MJ-PL-00041291 | DC Public Schools Office of Special Education | Mulitple Service Trackers (5) | 2013 |
| M.B. | MJ-PL-00041292 | MJ-PL-00041299 | DC Public Schools Office of Special Education | Multiple Service Trackers | 2014 |
| M.B. | MJ-PL-00041300 | MJ-PL-00041301 | DC Public Schools Office of Special Education | Service Tracker | 06/19/2014 |
| M.B. | MJ-PL-00041302 | MJ-PL-00041304 | DC Public Schools Office of Special Education | Service Tracker | 05/20/2014 |
| M.B. | MJ-PL-00041305 | MJ-PL-00041311 | DC Public Schools Office of Special Education | Multiple Service Trackers (3) | 2014 |
| M.B. | MJ-PL-00041312 | MJ-PL-00041323 | DC Public Schools Office of Special Education | Multiple Service Trackers (6) | 2013-14 |
| M.B. | MJ-PL-00041324 | MJ-PL-00041328 | DC Public Schools Office of Special Education | Multiple Service Trackers (3) | 2013 |
| M.B. | MJ-PL-00041329 | MJ-PL-00041357 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 06/19/2014 |
| M.B. | MJ-PL-00041358 | MJ-PL-00041416 | DC Public Schools Office of Special Education | Multiple Service Trackers (59 pages) | 2015-16 |
| M.B. | MJ-PL-00041417 | MJ-PL-00041468 | DC Public Schools Office of Special Education | Multiple Documents (52 pages) | 2016-17 |
| M.B. | MJ-PL-00041469 | MJ-PL-00041515 | DC Public Schools Office of Special Education | Multiple Documents (47 pages) | 2017-18 |
| M.B. | MJ-PL-00041516 | MJ-PL-00041521 | DC Public Schools Office of Special Education | IEP Meeting Agenda and Notes | Undated |
| M.B. | MJ-PL-00041522 | MJ-PL-00041527 | DC Public Schools Office of Special Education | IEP Meeting Agenda and Notes | Undated |
| M.B. | MJ-PL-00041528 | MJ-PL-00041528 | The Pathways School | Transcript | 06/21/2016 |

18

| M.B. | MJ-PL-00041529 | MJ-PL-00041529 | The Foundation School | Interim Report | 2017-18 |
|------|----------------|----------------|-----------------------|----------------|---------|
| M.B. | MJ-PL-00041530 | MJ-PL-00041530 | The Foundation School | Interim Report | 2017-18 |
| M.B. | MJ-PL-00041531 | MJ-PL-00041535 | The Foundation School | Restraint & Seclusion Incident Report | 01/26/2018 |
| M.B. | MJ-PL-00041536 | MJ-PL-00041539 | DC Public Schools Office of Special Education | Service Tracker | 01/21/2016 |
| M.B. | MJ-PL-00041540 | MJ-PL-00041543 | DC Public Schools Office of Special Education | Service Tracker | 01/31/2016 |
| M.B. | MJ-PL-00041544 | MJ-PL-00041547 | DC Public Schools Office of Special Education | Service Tracker | 01/31/2016 |
| M.B. | MJ-PL-00041548 | MJ-PL-00041548 | The Foundation School | Report Card Quarter 2 | 2016-17 |
| M.B. | MJ-PL-00041549 | MJ-PL-00041550 | The Foundation School | 10 Unexcused Absences | 01/24/2018 |
| M.B. | MJ-PL-00041551 | MJ-PL-00041552 | DC Public Schools | Eligibility Category Worksheet | 03/12/2018 |
| M.B. | MJ-PL-00041553 | MJ-PL-00041554 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 03/27/2017 |
| M.B. | MJ-PL-00041555 | MJ-PL-00041555 | M.B.'s Mother | Note of Excused Absence | 01.03.2019 |
| M.B. | MJ-PL-00041556 | MJ-PL-00041556 | Community Connections | Confirmation of Attendance of Service | 01/09/2019 |
| M.B. | MJ-PL-00041557 | MJ-PL-00041558 | DC Public Schools Office of Special Education | Disability Worksheet: Emotional Disturbance | 06/01/2017 |
| M.B. | MJ-PL-00041559 | MJ-PL-00041564 | The Foundation School | Restraint & Seclusion Incident Report | 04/06/2017 |
| M.B. | MJ-PL-00041565 | MJ-PL-00041565 | New Beginnings | MDT/IEP Meeting sign in sheet | 02/14/2020 |
| M.B. | MJ-PL-00041566 | MJ-PL-00041569 | DC Public Schools Office of Special Education | IEP Team Meeting Agenda/Notes | Undated |
| M.B. | MJ-PL-00041570 | MJ-PL-00041571 | New Beginnings | 4th Quarter Report Card | 10/28/2020 |
| M.B. | MJ-PL-00041572 | MJ-PL-00041572 | DC Public Schools | Extended School Year Services Eligibility WS | 02/25/2019 |
| M.B. | MJ-PL-00041573 | MJ-PL-00041573 | DC Public Schools Office of Special Education | Graduation with Diploma | 10/26/2020 |
| M.B. | MJ-PL-00041574 | MJ-PL-00041578 | The Foundation School | Notice of Out of School Suspension | 05/15/2018 |
| M.B. | MJ-PL-00041579 | MJ-PL-00041582 | DC Public Schools Office of Special Education | Service Tracker | 01/01/2016 |
| M.B. | MJ-PL-00041583 | MJ-PL-00041586 | DC Public Schools Office of Special Education | Service Tracker | 01/10/2016 |
| M.B. | MJ-PL-00041587 | MJ-PL-00041590 | DC Public Schools Office of Special Education | Service Tracker | 01/10/2016 |
| M.B. | MJ-PL-00041591 | MJ-PL-00041593 | The Children's Guild | Student Intervention Report | 03/19/2014 |
| M.B. | MJ-PL-00041594 | MJ-PL-00041600 | The Children's Guild | Student Intervention Report | 11/28/2013 |
| M.B. | MJ-PL-00041601 | MJ-PL-00041605 | The Foundation School | Notice of Out of School Suspension | 12/19/2018 |
| M.B. | MJ-PL-00041606 | MJ-PL-00041610 | The Foundation School | Notice of Out of School Suspension | 12/19/2018 |

19

| M.B. | MJ-PL-00041611 | MJ-PL-00041612 | DC Public Schools | Eligibility Category Worksheet | 02/25/2019 |
|------|------|------|------|------|------|
| M.B. | MJ-PL-00041613 | MJ-PL-00041613 | DC Public Schools Office of Special Education | Signatory Sheet | 02/19/2019 |
| M.B. | MJ-PL-00041614 | MJ-PL-00041615 | DC Public Schools Office of Special Education | Student Letter of Invitation - IEP Meeting | 09/15/2015 |
| M.B. | MJ-PL-00041616 | MJ-PL-00041620 | DC Public Schools Office of Special Education | Student Participant Written Input Form | 01/15/2019 |
| M.B. | MJ-PL-00041621 | MJ-PL-00041622 | DC Public Schools Office of Special Education | Standard IEP Amendment Form LEA | 03/25/2016 |
| M.B. | MJ-PL-00041623 | MJ-PL-00041623 | DC Public Schools | Extended School Year Services Eligibility Worksheet | 03/12/2018 |
| M.B. | MJ-PL-00041624 | MJ-PL-00041624 | The Foundation School | Interim Report | 2018-19 |
| M.B. | MJ-PL-00041625 | MJ-PL-00041626 | The Foundation School | 10 Unexcused Absences Report | 06/18/2016 |
| M.B. | MJ-PL-00041627 | MJ-PL-00041628 | The Foundation School | 15 Unexcused Absences Report | 06/18/2018 |
| M.B. | MJ-PL-00041629 | MJ-PL-00041629 | DC Public Schools Office of Special Education | Student Participant Written Input Form | 10/03/2019 |
| M.B. | MJ-PL-00041630 | MJ-PL-00041632 | The Children's Guild | Student Intervention Report | 05/12/2014 |
| M.B. | MJ-PL-00041633 | MJ-PL-00041634 | DC Public Schools Office of Special Education | Disability Worksheet: Emotional Disturbance | 03/12/2020 |
| M.B. | MJ-PL-00041635 | MJ-PL-00041635 | The Pathways School | 3rd Quarter Report Card | 2015-16 |
| M.B. | MJ-PL-00041636 | MJ-PL-00041641 | The Foundation School | Incident Report Restraint & Seclusion | 04/07/2017 |
| M.B. | MJ-PL-00041642 | MJ-PL-00041642 | Office of the State Superintendent of Education | Notice of Procedural Safeguards | 03/12/2018 |
| M.B. | MJ-PL-00041643 | MJ-PL-00041643 | New Beginnings | Email re: M.B. Absent | 02/28/2020 |
| M.B. | MJ-PL-00041644 | MJ-PL-00041644 | The Foundation School | Interim Report | 2018-19 |
| M.B. | MJ-PL-00041645 | MJ-PL-00041650 | Office of the State Superintendent of Education | OSSE Incident Report Form | 02/11/2020 |
| M.B. | MJ-PL-00041651 | MJ-PL-00041651 | New Beginnings | Suspension Notice | 02/10/2020 |
| M.B. | MJ-PL-00041652 | MJ-PL-00041652 | DC Public Schools Office of Special Education | Service Tracker | 02/26/2016 |
| M.B. | MJ-PL-00041653 | MJ-PL-00041656 | DC Public Schools Office of Special Education | IEP Team Meeting Agenda/Notes | Undated |
| M.B. | MJ-PL-00041657 | MJ-PL-00041662 | The Children's Guild | Student Intervention Report | 04/22/2014 |
| M.B. | MJ-PL-00041663 | MJ-PL-00041664 | The Foundation School | Notice failure to meet academic requirements for graduation | 04/10/2019 |
| M.B. | MJ-PL-00041665 | MJ-PL-00041669 | The Foundation School | Incident Report Restraint & Seclusion | 10/13/2017 |
| M.B. | MJ-PL-00041670 | MJ-PL-00041670 | DC Public Schools Office of Special Education | Service Tracker | 11/20/2015 |
| M.B. | MJ-PL-00041671 | MJ-PL-00041671 | Unspecified | Activity Report | 02/19/2016 |

| M.B. | MJ-PL-00041672 | MJ-PL-00041672 | The Foundation School | Interim Report | 2016-17 |
|------|------|------|------|------|------|
| M.B. | MJ-PL-00041673 | MJ-PL-00041673 | The Foundation School | Report Card Quarter 1 | 2016-17 |
| M.B. | MJ-PL-00041674 | MJ-PL-00041682 | The Foundation School | Multiple IEP Documents | 2019 |
| M.B. | MJ-PL-00041683 | MJ-PL-00041687 | The Foundation School | Incident Report Restraint & Seclusion | 03/12/2018 |
| M.B. | MJ-PL-00041688 | MJ-PL-00041691 | Unspecified | Speech Therapy Absences | 2015 |
| M.B. | MJ-PL-00041692 | MJ-PL-00041695 | Unspecified | Speech Therapy Absences | 2015 |
| M.B. | MJ-PL-00041696 | MJ-PL-00041701 | DC Public Schools Office of Special Education | IEP Team Meeting Agenda/Notes | 09/02/2016 |
| M.B. | MJ-PL-00041702 | MJ-PL-00041702 | DC Public Schools Office of Special Education | IEP Amendment Proposed Services Change Form | 05/04/2016 |
| M.B. | MJ-PL-00041703 | MJ-PL-00041722 | DC Public Schools Office of Special Education | Amended Individualized Education Program | 05/04/2016 |
| M.B. | MJ-PL-00041723 | MJ-PL-00041724 | The Foundation School | Report Card Quarter 4 | 2017-18 |
| M.B. | MJ-PL-00041725 | MJ-PL-00041726 | The Foundation School | Cumulative Transcript Summary | Unspecified |
| M.B. | MJ-PL-00041727 | MJ-PL-00041729 | DC Public Schools Office of Special Education | Transportation Criteria | 09/14/2015 |
| M.B. | MJ-PL-00041730 | MJ-PL-00041732 | DC Public Schools Office of Special Education | BIP | 09/17/2015 |
| M.B. | MJ-PL-00041733 | MJ-PL-00041733 | The Foundation School | Interim Report | 2017-18 |
| M.B. | MJ-PL-00041734 | MJ-PL-00041747 | DC Public Schools Office of Special Education | IEP | 09/17/2015 |
| M.B. | MJ-PL-00041748 | MJ-PL-00041749 | DC Public Schools Office of Special Education | Extended School Year Services Eligibility Worksheet | 09/17/2015 |
| M.B. | MJ-PL-00041750 | MJ-PL-00041750 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 09/15/2015 |
| M.B. | MJ-PL-00041751 | MJ-PL-00041752 | DC Public Schools Office of Special Education | Student Letter of Invitation - IEP Meeting | 09/15/2015 |
| M.B. | MJ-PL-00041753 | MJ-PL-00041753 | DC Public Schools Office of Special Education | Plan to Make-up Missed Services | 03/22/2019 |
| M.B. | MJ-PL-00041754 | MJ-PL-00041754 | The Foundation School | Report Card Quarter 3 | 2018-19 |
| M.B. | MJ-PL-00041755 | MJ-PL-00041756 | DC Public Schools Office of Special Education | Observation Form | 01/15/2015 |
| M.B. | MJ-PL-00041757 | MJ-PL-00041759 | DC Public Schools Office of Special Education | Individualized Education Program | 02/22/2019 |
| M.B. | MJ-PL-00041760 | MJ-PL-00041763 | The Foundation School | Transition Readiness Survey | 02/16/2019 |
| M.B. | MJ-PL-00041764 | MJ-PL-00041764 | M.B.'s Mother | Note of Excused Absence | 12/2018 |
| M.B. | MJ-PL-00041765 | MJ-PL-00041765 | Rolin S. Henry, DDS | Note of Excused Absence | 11/13/2018 |
| M.B. | MJ-PL-00041766 | MJ-PL-00041770 | The Foundation School | Incident Report Restraint & Seclusion | 03/24/2017 |

| M.B. | MJ-PL-00041771 | MJ-PL-00041771 | The Pathways School | Suspension Notice | 04/27/2016 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00041772 | MJ-PL-00041772 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 02/25/2019 |
| M.B. | MJ-PL-00041773 | MJ-PL-00041777 | The Foundation School | Incident Report Restraint & Seclusion | 09/22/2017 |
| M.B. | MJ-PL-00041778 | MJ-PL-00041778 | Office of the State Superintendent of Education | Notice of IDEA Part B Procedural Safeguards | 03/06/2019 |
| M.B. | MJ-PL-00041779 | MJ-PL-00041779 | Office of the State Superintendent of Education | Notification Regarding Access to Public Benefits | 03/06/2019 |
| M.B. | MJ-PL-00041780 | MJ-PL-00041780 | The Foundation School | MB Reduced Services Justification | 02/25/2019 |
| M.B. | MJ-PL-00041781 | MJ-PL-00041781 | Community Connections | Appointment Attendance Confirmation | 01/16/2019 |
| M.B. | MJ-PL-00041782 | MJ-PL-00041782 | The Pathways School | Report Card Quarter 2 | 2015-16 |
| M.B. | MJ-PL-00041783 | MJ-PL-00041784 | The Foundation School | 5 Unexcused Absences Q4 | 05/24/2018 |
| M.B. | MJ-PL-00041785 | MJ-PL-00041785 | The Pathways School | Progress Report 4th Quarter | 05/20/2016 |
| M.B. | MJ-PL-00041786 | MJ-PL-00041786 | The Foundation School | Report Card Quarter 3 | 2017-18 |
| M.B. | MJ-PL-00041787 | MJ-PL-00041794 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 05/04/2016 |
| M.B. | MJ-PL-00041795 | MJ-PL-00041795 | The Foundation School | Report Card Quarter 1 | 2017-18 |
| M.B. | MJ-PL-00041796 | MJ-PL-00041800 | The Foundation School | Incident Report Restraint & Seclusion | 02/22/2017 |
| M.B. | MJ-PL-00041801 | MJ-PL-00041806 | New Beginnings | Casey Life Skills Assessment | 10/07/2019 |
| M.B. | MJ-PL-00041807 | MJ-PL-00041812 | The Foundation School | Incident Report Restraint & Seclusion | 11/01/2017 |
| M.B. | MJ-PL-00041813 | MJ-PL-00041818 | New Beginnings | Casey Life Skills Assessment | 10/07/2019 |
| M.B. | MJ-PL-00041819 | MJ-PL-00041822 | DC Public Schools Office of Special Education | IEP Team Meeting Agenda/Notes | Undated |
| M.B. | MJ-PL-00041823 | MJ-PL-00041828 | The Foundation School | Notice of Suspension/Incident Report | 03/15/2019 |
| M.B. | MJ-PL-00041829 | MJ-PL-00041829 | New Beginnings | 5 Unexcused Absences Notice | 01/06/2020 |
| M.B. | MJ-PL-00041830 | MJ-PL-00041832 | New Beginnings | Attendance Checklist 5 Absences | Undated |
| M.B. | MJ-PL-00041833 | MJ-PL-00041833 | The Foundation School | Interim Report Quarter 3 | 2017-18 |
| M.B. | MJ-PL-00041834 | MJ-PL-00041838 | The Foundation School | Incident Report Restraint & Seclusion | 05/24/2017 |
| M.B. | MJ-PL-00041839 | MJ-PL-00041839 | The Foundation School | Interim Report Quarter 1 | 2017-18 |
| M.B. | MJ-PL-00041840 | MJ-PL-00041840 | The Foundation School | Interim Report Quarter 4 | 2018-19 |
| M.B. | MJ-PL-00041841 | MJ-PL-00041842 | Oswald N Thompson DDS | Excuse Slip | 09/24/2018 |
| M.B. | MJ-PL-00041843 | MJ-PL-00041850 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 02/09/2016 |

| M.B. | MJ-PL-00041851 | MJ-PL-00041851 | The Foundation School | Report Card Quarter 2 | 2017-18 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00041852 | MJ-PL-00041852 | DC Public Schools | Final Graduation Documents | 11/30/2020 |
| M.B. | MJ-PL-00041853 | MJ-PL-00041871 | DC Public Schools Office of Special Education | Summary of Performance Documents.pdf | |
| M.B. | MJ-PL-00041872 | MJ-PL-00041893 | DC Public Schools Office of Special Education | Final IEP | |
| M.B. | MJ-PL-00041894 | MJ-PL-00041898 | The Foundation School | Incident Report Restraint & Seclusion | 04/28/2017 |
| M.B. | MJ-PL-00041899 | MJ-PL-00041904 | The Foundation School | Incident Report Restraint & Seclusion | 04/28/2017 |
| M.B. | MJ-PL-00041905 | MJ-PL-00041910 | The Foundation School | Incident Report Restraint & Seclusion | 04/28/2017 |
| M.B. | MJ-PL-00041911 | MJ-PL-00041911 | The Pathways School | Suspension Notice | 04/27/2016 |
| M.B. | MJ-PL-00041912 | MJ-PL-00041912 | The Pathways School | Suspension Notice | 04/07/2016 |
| M.B. | MJ-PL-00041913 | MJ-PL-00041913 | The Pathways School | Suspension Notice | 03/22/2016 |
| M.B. | MJ-PL-00041914 | MJ-PL-00041916 | New Beginnings | Official High School Transcript | 05/27/2020 |
| M.B. | MJ-PL-00041917 | MJ-PL-00041917 | The Pathways School | Suspension Notice | 03/15/2016 |
| M.B. | MJ-PL-00041918 | MJ-PL-00041918 | Unspecified | Attendance and Absences | 04/05/2016 |
| M.B. | MJ-PL-00041919 | MJ-PL-00041919 | The Pathways School | Suspension Notice | 03/03/2016 |
| M.B. | MJ-PL-00041920 | MJ-PL-00041920 | The Pathways School | Suspension Notice | 02/29/2016 |
| M.B. | MJ-PL-00041921 | MJ-PL-00041923 | The Foundation School | IEP Meeting Sign In and Manifestation Determination | 03/22/2019 |
| M.B. | MJ-PL-00041924 | MJ-PL-00041928 | The Foundation School | Incident Report Restraint & Seclusion | 07/18/2017 |
| M.B. | MJ-PL-00041929 | MJ-PL-00041930 | DC Public Schools Office of Special Education | Make-up Missed Services Plan | 02/19/2020 |
| M.B. | MJ-PL-00041931 | MJ-PL-00041931 | The Pathways School | Suspension Notice | 04/07/2016 |
| M.B. | MJ-PL-00041932 | MJ-PL-00041936 | The Foundation School | Incident Report Restraint & Seclusion | 02/08/2019 |
| M.B. | MJ-PL-00041937 | MJ-PL-00041940 | The Foundation School | Critical Emergency Incident Report | 06/07/2017 |
| M.B. | MJ-PL-00041941 | MJ-PL-00041945 | The Foundation School | Suspension Notice | 02/28/2019 |
| M.B. | MJ-PL-00041946 | MJ-PL-00041951 | The Foundation School | Incident Report Restraint & Seclusion | 03/15/2019 |
| M.B. | MJ-PL-00041952 | MJ-PL-00041953 | The Foundation School | 5 or More Truant Absences in Quarter 3 | 03/20/2018 |
| M.B. | MJ-PL-00041954 | MJ-PL-00041955 | DC Public Schools Office of Special Education | Observation Form | Undated |
| M.B. | MJ-PL-00041956 | MJ-PL-00041959 | The Foundation School | Critical Emergency Incident Report | 09/18/2017 |
| M.B. | MJ-PL-00041960 | MJ-PL-00041964 | The Foundation School | Incident Report Restraint & Seclusion | 01/24/2017 |

| M.B. | MJ-PL-00041965 | MJ-PL-00041970 | The Foundation School | Notice of Suspension/Incident Report | 10/26/2018 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00041971 | MJ-PL-00041971 | The Pathways School | 5 Unexcused Absences Notice | 10/07/2015 |
| M.B. | MJ-PL-00041972 | MJ-PL-00041977 | The Foundation School | Notice of Suspension/Incident Report | 11/20/2018 |
| M.B. | MJ-PL-00041978 | MJ-PL-00041982 | The Foundation School | Incident Report Restraint & Seclusion | 02/08/2019 |
| M.B. | MJ-PL-00041983 | MJ-PL-00041983 | The Pathways School | Suspension Notice | 03/03/2016 |
| M.B. | MJ-PL-00041984 | MJ-PL-00041984 | The Pathways School | 10 Unexcused Absences Notice | 03/28/2016 |
| M.B. | MJ-PL-00041985 | MJ-PL-00041985 | The Pathways School | 5 Unexcused Absences Notice | 03/07/2015 |
| M.B. | MJ-PL-00041986 | MJ-PL-00041987 | The Foundation School | 20 Unexcused Absences Notice | 06/25/2018 |
| M.B. | MJ-PL-00041988 | MJ-PL-00041988 | The Foundation School | Interim Report Quarter 4 | 2017-18 |
| M.B. | MJ-PL-00041989 | MJ-PL-00041993 | The Foundation School | Incident Report Restraint & Seclusion | 01/27/2017 |
| M.B. | MJ-PL-00041994 | MJ-PL-00041994 | The Foundation School | Report Card Quarter 2 | 2018-19 |
| M.B. | MJ-PL-00041995 | MJ-PL-00041995 | The Foundation School | Notice of Not on Pace to Pass | 02/01/2019 |
| M.B. | MJ-PL-00041996 | MJ-PL-00041996 | The Foundation School | Course Plan | 08/28/2018 |
| M.B. | MJ-PL-00041997 | MJ-PL-00042001 | The Foundation School | Incident Report Restraint & Seclusion | 03/19/2018 |
| M.B. | MJ-PL-00042002 | MJ-PL-00042002 | The Foundation School | Report Card Quarter 3 | 2016-17 |
| M.B. | MJ-PL-00042003 | MJ-PL-00042003 | The Pathways School | Suspension Notice | 03/22/2016 |
| M.B. | MJ-PL-00042004 | MJ-PL-00042008 | The Foundation School | Incident Report Restraint & Seclusion | 05/01/2017 |
| M.B. | MJ-PL-00042009 | MJ-PL-00042009 | The Foundation School | Interim Report Quarter 3 | 2018-19 |
| M.B. | MJ-PL-00042010 | MJ-PL-00042013 | DC Public Schools Office of Special Education | Areas of Concern Report | Undated |
| M.B. | MJ-PL-00042014 | MJ-PL-00042018 | DC Public Schools Office of Special Education | Annual Review of MB | 09/26/2014 |
| M.B. | MJ-PL-00042019 | MJ-PL-00042019 | The Foundation School | Report Card Quarter 4 | 2018-19 |
| M.B. | MJ-PL-00042020 | MJ-PL-00042022 | The Foundation School | Cumulative Transcript Summary | Undated |
| M.B. | MJ-PL-00042023 | MJ-PL-00042027 | Unspecified | Attendance Report | 2018-19 |
| M.B. | MJ-PL-00042028 | MJ-PL-00042028 | The Foundation School | Transcript | 06/26/2019 |
| M.B. | MJ-PL-00042029 | MJ-PL-00042029 | The Pathways School | Suspension Notice | 02/29/2016 |
| M.B. | MJ-PL-00042030 | MJ-PL-00042030 | The Pathways School | Suspension Notice | 03/15/2016 |

| M.B. | MJ-PL-00042031 | MJ-PL-00042031 | The Foundation School | Interim Report Quarter 3 | 2016-17 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00042032 | MJ-PL-00042036 | The Foundation School | Incident Report Restraint & Seclusion | 10/17/2016 |
| M.B. | MJ-PL-00042037 | MJ-PL-00042041 | The Foundation School | Incident Report Restraint & Seclusion | 09/20/2016 |
| M.B. | MJ-PL-00042042 | MJ-PL-00042046 | The Foundation School | Incident Report Restraint & Seclusion | 05/18/2018 |
| M.B. | MJ-PL-00042047 | MJ-PL-00042047 | The Foundation School | Report Card Quarter 4 | 2016-17 |
| M.B. | MJ-PL-00042048 | MJ-PL-00042048 | The Foundation School | Interim Report Quarter 1 | 2016-17 |
| M.B. | MJ-PL-00042049 | MJ-PL-00042049 | The Foundation School | Interim Report Quarter 2 | 2016-17 |
| M.B. | MJ-PL-00042050 | MJ-PL-00042050 | WRAT 5 | Blue Record Form Evaluation | 08/29/2019 |
| M.B. | MJ-PL-00042051 | MJ-PL-00042051 | OSSE | Independent Student Drop Off Consent | 03/21/2016 |
| M.B. | MJ-PL-00042052 | MJ-PL-00042052 | New Beginnings | Suspension Notice | 11/12/2019 |
| M.B. | MJ-PL-00042053 | MJ-PL-00042053 | OSSE | Suspension Notice | 04/11/2016 |
| M.B. | MJ-PL-00042054 | MJ-PL-00042056 | The Children's Guild | Student Intervention Report | 04/03/2014 |
| M.B. | MJ-PL-00042057 | MJ-PL-00042061 | The Foundation School | Incident Report Restraint & Seclusion | 02/22/2017 |
| M.B. | MJ-PL-00042062 | MJ-PL-00042062 | The Foundation School | 5 or More Unexcused Absences | 11/05/2018 |
| M.B. | MJ-PL-00042063 | MJ-PL-00042063 | The Foundation School | Truancy Notification for MB | 11/05/2018 |
| M.B. | MJ-PL-00042064 | MJ-PL-00042065 | DC Public Schools Office of Special Education | Make-up Missed Services Plan | 02/19/2020 |
| M.B. | MJ-PL-00042066 | MJ-PL-00042066 | OSSE | | |
| M.B. | MJ-PL-00042067 | MJ-PL-00042067 | Special Education-3_11_2021 | | |
| M.B. | MJ-PL-00055454 | MJ-PL-00055454 | DYRS | Notice of Zero Tolerance for Harassment | 05/29/2019 |
| M.B. | MJ-PL-00055455 | MJ-PL-00055455 | DYRS | YSC Housing Assignment Form | 05/29/2019 |
| M.B. | MJ-PL-00055456 | MJ-PL-00055456 | Unspecified | Pixelated Photo of Young Black Male | Undated |
| M.B. | MJ-PL-00055457 | MJ-PL-00055458 | Unspecified | Face Sheet | Undated |
| M.B. | MJ-PL-00055459 | MJ-PL-00055460 | DC Metropolitan Police Department | Juvenile Arrest #JU1917474 - R1 | 05/28/2019 |
| M.B. | MJ-PL-00055461 | MJ-PL-00055461 | Court Social Services Division | Intake Services, Pre-Disposition & Supervision | 05/28/2019 |
| M.B. | MJ-PL-00057047 | MJ-PL-00057108 | The Children's Guild | Multiple Documents (62 pages) | 08/04/2009 |
| M.B. | MJ-PL-00057109 | MJ-PL-00057140 | DC Public Schools Office of Special Education | Multiple Documents (32 pages) | 2010 |
| M.B. | MJ-PL-00057141 | MJ-PL-00057236 | The Children's Guild | Multiple Documents (96 pages) | Multiple |

| | | | | |
|---|---|---|---|---|
| M.B. | MJ-PL-00057237 | MJ-PL-00057325 | DC Public Schools Office of Special Education | Multiple Documents (89 pages) | Multiple |
| M.B. | MJ-PL-00057326 | MJ-PL-00057425 | DC Public Schools Office of Special Education | Multiple Documents (100 pages) | Multiple |
| M.B. | MJ-PL-00057426 | MJ-PL-00057584 | DC Public Schools Office of Special Education | Multiple Documents (159 pages) | Multiple |
| M.B. | MJ-PL-00057585 | MJ-PL-00057750 | DC Public Schools Office of Special Education | Multiple Documents (166 pages) | Multiple |
| M.B. | MJ-PL-00057751 | MJ-PL-00058113 | DC Public Schools Office of Special Education | Multiple Documents (363 pages) | Multiple |
| M.B. | MJ-PL-00058114 | MJ-PL-00058365 | DC Public Schools Office of Special Education | Multiple Documents (252 pages) | Multiple |
| M.B. | MJ-PL-00058366 | MJ-PL-00058547 | DC Public Schools Office of Special Education | Multiple Documents (182 pages) | Multiple |
| M.B. | MJ-PL-00058548 | MJ-PL-00058743 | DC Public Schools Office of Special Education | Multiple Documents (196 pages) | Multiple |
| M.B. | MJ-PL-00058744 | MJ-PL-00058924 | DC Public Schools Office of Special Education | Multiple Documents (181 pages) | Multiple |
| M.B. | MJ-PL-00058925 | MJ-PL-00058931 | New Beginnings | Final Graduation Documents | 11/30/2020 |
| M.B. | MJ-PL-00058932 | MJ-PL-00058950 | Summary of Performance Documents.pdf | Prior Written Notice - FAPE | 10/28/2020 |
| M.B. | MJ-PL-00058951 | MJ-PL-00058972 | Final IEP | IEP 2019 | 2019 |
| | | | | | |
| M.T. | MJ-PL-00043533 | MJ-PL-00043533 | | | |
| M.T. | MJ-PL-00043534 | MJ-PL-00043534 | Client Portal | YTD Billing to M.T.'s mother | 02/2021 |
| M.T. | MJ-PL-00043535 | MJ-PL-00043556 | DC Public Schools Office of Special Education | Amended Individualized Education Program | 02/19/2020 |
| M.T. | MJ-PL-00043557 | MJ-PL-00043561 | Unspecified | Woodcock Johnson - III Educational Assessment | 12/05/2019 |
| M.T. | MJ-PL-00043562 | MJ-PL-00043568 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 01/27/2020 |
| M.T. | MJ-PL-00043569 | MJ-PL-00043577 | DC Public Schools Office of Special Education | Functional Behavior Assessment - II | 01/27/2020 |
| M.T. | MJ-PL-00043578 | MJ-PL-00043601 | DC Public Schools Office of Special Education | Individualized Education Program | 02/09/2021 |
| M.T. | MJ-PL-00043602 | MJ-PL-00043606 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 04/23/2021 |
| M.T. | MJ-PL-00043607 | MJ-PL-00043620 | DC Public Schools Office of Special Education | Meeting Notes | 05/21/2019 |
| M.T. | MJ-PL-00043621 | MJ-PL-00043627 | DC Public Schools Office of Special Education | Review of Independent Educational Evaluation | 06/05/2019 |
| M.T. | MJ-PL-00043628 | MJ-PL-00043628 | DC Public Schools Office of Special Education | Service Tracker | 01/01/2021 |
| M.T. | MJ-PL-00043629 | MJ-PL-00043629 | DC Public Schools Office of Special Education | Service Tracker | 03/01/2021 |
| M.T. | MJ-PL-00043630 | MJ-PL-00043630 | DC Public Schools Office of Special Education | Service Tracker | 02/01/2021 |
| M.T. | MJ-PL-00043631 | MJ-PL-00043631 | DC Public Schools Office of Special Education | Service Tracker | 04/01/2021 |

| M.T. | MJ-PL-00043632 | MJ-PL-00043634 | DC Public Schools Office of Special Education | Settlement Letter | 01/31/2020 |
|---|---|---|---|---|---|
| M.T. | MJ-PL-00061430 | MJ-PL-00061436 | Umbrella Therapeutic Services | Independent Clinical Diagnosis | 10/29/2019 |
| M.T. | MJ-PL-00062604 | MJ-PL-00062645 | Excel Spreadsheet | | |
| M.T. | MJ-PL-00062646 | MJ-PL-00062646 | Client Portal | YTD Billing to M.T.'s mother | 2021 |
| M.T. | MJ-PL-00062647 | MJ-PL-00062653 | Umbrella Therapeutic Services | Independent Clinical Diagnosis | 10/29/2019 |
| M.T. | MJ-PL-00067109 | MJ-PL-00067109 | OSSE - Annual Enrollment Audit History | School Enrollment | Multiple |
| M.T. | MJ-PL-00067110 | MJ-PL-00067110 | OSSE - Attendance_2020 | School Record | 2020 |
| M.T. | MJ-PL-00067111 | MJ-PL-00067111 | OSSE - Attendance_2021 | School Record | 2021 |
| M.T. | MJ-PL-00067112 | MJ-PL-00067112 | OSSE - Attendance_SY16-17 | Instructional Days Present | Undated |
| M.T. | MJ-PL-00067113 | MJ-PL-00067113 | OSSE - Attendance_SY18-19 | Instructional Days Present | Undated |
| M.T. | MJ-PL-00067114 | MJ-PL-00067114 | OSSE - Attendance_SY19-20 | Instructional Days Present | Undated |
| M.T. | MJ-PL-00067115 | MJ-PL-00067115 | OSSE - Current Enrollment-4_27_2021 | Enrollment Stage | 08/31/2020 |
| M.T. | MJ-PL-00067116 | MJ-PL-00067116 | OSSE - Monthly Enrollment Snapshot-4_27_2021 | Snapshot Dates | Multiple |
| M.T. | MJ-PL-00067117 | MJ-PL-00067140 | DC Public Schools Office of Special Education | Individualized Education Program | 02/09/2021 |
| M.T. | MJ-PL-00067141 | MJ-PL-00067141 | DC Public Schools Office of Special Education | Service Tracker | 06/26/2020 |
| M.T. | MJ-PL-00067142 | MJ-PL-00067142 | DC Public Schools Office of Special Education | Service Tracker | 11/03/2020 |
| M.T. | MJ-PL-00067143 | MJ-PL-00067143 | DC Public Schools Office of Special Education | Service Tracker | 06/25/2020 |
| M.T. | MJ-PL-00067144 | MJ-PL-00067144 | DC Public Schools Office of Special Education | Service Tracker | 07/02/2020 |
| M.T. | MJ-PL-00067145 | MJ-PL-00067145 | DC Public Schools Office of Special Education | Service Tracker | 07/02/2020 |
| M.T. | MJ-PL-00067146 | MJ-PL-00067147 | DC Public Schools Office of Special Education | Special Education Meeting Notes | 01/27/2020 |
| M.T. | MJ-PL-00067148 | MJ-PL-00067150 | DC Public Schools Office of Special Education | Special Education Meeting Notes | 01/27/2020 |
| M.T. | MJ-PL-00067151 | MJ-PL-00067152 | DC Public Schools Office of Special Education | Behavior Intervention Plan Level II | 01/27/2020 |
| M.T. | MJ-PL-00067153 | MJ-PL-00067166 | DC Public Schools Office of Special Education | Meeting Notes | 05/21/2019 |
| M.T. | MJ-PL-00067167 | MJ-PL-00067168 | DC Public Schools Office of Special Education | Letter of Invitation | 01/23/2020 |
| M.T. | MJ-PL-00067169 | MJ-PL-00067170 | DC Public Schools Office of Special Education | Letter of Invitation | 09/11/2019 |
| M.T. | MJ-PL-00067171 | MJ-PL-00067172 | DC Public Schools Office of Special Education | Letter of Invitation | 09/11/2019 |
| M.T. | MJ-PL-00067173 | MJ-PL-00067174 | DC Public Schools Office of Special Education | Letter of Invitation | 11/11/2019 |

| M.T. | MJ-PL-00067175 | MJ-PL-00067176 | DC Public Schools Office of Special Education | Letter of Invitation | 11/11/2019 |
|---|---|---|---|---|---|
| M.T. | MJ-PL-00067177 | MJ-PL-00067180 | DC Public Schools Office of Special Education | Evaluation Summary Report | 01/27/2020 |
| M.T. | MJ-PL-00067181 | MJ-PL-00067181 | DC Public Schools Office of Special Education | Acknowledgement of Referral to Special Education Letter | 04/01/2019 |
| M.T. | MJ-PL-00067182 | MJ-PL-00067188 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 01/27/2020 |
| M.T. | MJ-PL-00067189 | MJ-PL-00067192 | DC Public Schools Office of Special Education | Analysis of Existing Data | 09/25/2019 |
| M.T. | MJ-PL-00067193 | MJ-PL-00067193 | DC Public Schools Office of Special Education | Information Reviewed Cover Sheet | 09/24/2019 |
| M.T. | MJ-PL-00067194 | MJ-PL-00067195 | DC Public Schools Office of Special Education | OSSE Medicaid Parental Consent Form Cover Sheet | 02/24/2020 |
| M.T. | MJ-PL-00067196 | MJ-PL-00067196 | DC Public Schools Office of Special Education | Student Participant Written Input Form | 02/07/2020 |
| M.T. | MJ-PL-00067197 | MJ-PL-00067197 | DC Public Schools Office of Special Education | Student Participant Written Input Form | 01/12/2021 |
| M.T. | MJ-PL-00067198 | MJ-PL-00067198 | DC Public Schools Office of Special Education | Independent Living Assessment Cover Sheet | 02/07/2020 |
| M.T. | MJ-PL-00067199 | MJ-PL-00067199 | DC Public Schools Office of Special Education | Employment Assessment Cover Sheet | 02/07/2020 |
| M.T. | MJ-PL-00067200 | MJ-PL-00067200 | DC Public Schools Office of Special Education | Education Assessment Cover Sheet | 02/07/2020 |
| M.T. | MJ-PL-00067201 | MJ-PL-00067201 | DC Public Schools Office of Special Education | Extended School Year Services Eligibility WS | 07/08/2020 |
| M.T. | MJ-PL-00067202 | MJ-PL-00067202 | DC Public Schools Office of Special Education | Extended School Year Services Eligibility WS | 07/08/20 |
| M.T. | MJ-PL-00067203 | MJ-PL-00067203 | DC Public Schools Office of Special Education | Standard IEP Amendment Form LEA Initiated | 02/12/2020 |
| M.T. | MJ-PL-00067204 | MJ-PL-00067204 | DC Public Schools Office of Special Education | Standard IEP Amendment Form LEA Initiated | 02/12/2020 |
| M.T. | MJ-PL-00067205 | MJ-PL-00067205 | DC Public Schools Office of Special Education | Eligibility Category Worksheet | 02/10/2020 |
| M.T. | MJ-PL-00067206 | MJ-PL-00067206 | DC Public Schools Office of Special Education | Eligibility Category Worksheet | 02/10/2020 |
| M.T. | MJ-PL-00067207 | MJ-PL-00067228 | DC Public Schools Office of Special Education | Amended Individualized Education Program | 02/19/2020 |
| M.T. | MJ-PL-00067229 | MJ-PL-00067229 | DC Public Schools Office of Special Education | IEP Team Mandatory Participant Excusal Form | 02/10/2020 |
| M.T. | MJ-PL-00067230 | MJ-PL-00067230 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 02/06/2020 |
| M.T. | MJ-PL-00067231 | MJ-PL-00067231 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 02/06/2020 |
| M.T. | MJ-PL-00067232 | MJ-PL-00067232 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 01/27/2020 |
| M.T. | MJ-PL-00067233 | MJ-PL-00067233 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 01/05/2021 |
| M.T. | MJ-PL-00067234 | MJ-PL-00067234 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 01/05/2021 |
| M.T. | MJ-PL-00067235 | MJ-PL-00067235 | DC Public Schools Office of Special Education | Student Letter of Invitation - IEP Meeting | 02/06/2020 |

| M.T. | MJ-PL-00067236 | MJ-PL-00067237 | DC Public Schools Office of Special Education | Student Letter of Invitation - IEP Meeting | 01/27/2020 |
|---|---|---|---|---|---|
| M.T. | MJ-PL-00067238 | MJ-PL-00067239 | DC Public Schools Office of Special Education | Student Letter of Invitation - IEP Meeting | 01/05/2021 |
| M.T. | MJ-PL-00067240 | MJ-PL-00067241 | DC Public Schools Office of Special Education | Disability Worksheet: Emotional Disturbance | 01/27/2020 |
| M.T. | MJ-PL-00067242 | MJ-PL-00067243 | DC Public Schools Office of Special Education | Disability Worksheet: Multiple Disabilities | 01/27/2020 |
| M.T. | MJ-PL-00067244 | MJ-PL-00067245 | DC Public Schools Office of Special Education | Disability Worksheet: Other Health Impairment | 01/27/2020 |
| M.T. | MJ-PL-00067246 | MJ-PL-00067247 | DC Public Schools Office of Special Education | Transfer of Rights Notice | 01/27/2020 |
| M.T. | MJ-PL-00067248 | MJ-PL-00067249 | DC Public Schools Office of Special Education | Transfer of Rights Notice | 01/27/2020 |
| M.T. | MJ-PL-00067250 | MJ-PL-00067254 | DC Public Schools | Meeting Notes | 04/01/2019 |
| M.T. | MJ-PL-00067255 | MJ-PL-00067255 | DC Public Schools Office of Special Education | Letter of Dissent of Eligibility for Services | 01/27/2020 |
| M.T. | MJ-PL-00067256 | MJ-PL-00067256 | DC Public Schools Office of Special Education | Letter of Disagreement | 01/27/2020 |
| M.T. | MJ-PL-00067257 | MJ-PL-00067257 | DC Public Schools Office of Special Education | Prior Written Notice - Proceed with Evaluation Process | 09/23/2019 |
| M.T. | MJ-PL-00067258 | MJ-PL-00067258 | DC Public Schools Office of Special Education | Prior Written Notice - Determination of SpEd Eligibility or Non-Eligibility | 01/27/2020 |
| M.T. | MJ-PL-00067259 | MJ-PL-00067259 | DC Public Schools Office of Special Education | Prior Written Notice - Notice of Change in Placement | 02/14/2020 |
| M.T. | MJ-PL-00067260 | MJ-PL-00067260 | DC Public Schools Office of Special Education | Prior Written Notice - Development of IEP | 02/11/2020 |
| M.T. | MJ-PL-00067261 | MJ-PL-00067261 | DC Public Schools Office of Special Education | Prior Written Notice - Amendment of IEP | 02/19/2020 |
| M.T. | MJ-PL-00067262 | MJ-PL-00067262 | DC Public Schools Office of Special Education | Individualized Education Program | 02/12/2020 |
| M.T. | MJ-PL-00067263 | MJ-PL-00067264 | DC Public Schools Office of Special Education | Procedural Safeguards Documentation Cover Sheet | 02/24/2020 |
| M.T. | MJ-PL-00067265 | MJ-PL-00067265 | DC Public Schools Office of Special Education | Procedural Safeguards Documentation Cover Sheet | 02/09/2021 |
| M.T. | MJ-PL-00067266 | MJ-PL-00067270 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 07/06/2020 |
| M.T. | MJ-PL-00067271 | MJ-PL-00067275 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 04/23/2021 |
| M.T. | MJ-PL-00067276 | MJ-PL-00067280 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 05/05/2020 |
| M.T. | MJ-PL-00067281 | MJ-PL-00067285 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 11/18/2020 |
| M.T. | MJ-PL-00067286 | MJ-PL-00067303 | DC Public Schools Office of Special Education | Disability Worksheet: Orthopedic Impairment | 07/05/2019 |
| M.T. | MJ-PL-00067304 | MJ-PL-00067304 | DC Public Schools Office of Special Education | Individualized Education Program | 02/10/2020 |

29

| | | | | | |
|---|---|---|---|---|---|
| M.T. | MJ-PL-00067305 | MJ-PL-00067305 | DC Public Schools | Enrollment Stage | 2014-2017 |
| M.T. | MJ-PL-00067306 | MJ-PL-00067306 | DC Public Schools | Enrollment Stage | 2011-2020 |
| M.T. | MJ-PL-00067307 | MJ-PL-00067308 | DC Public Schools Office of Special Education | Woodcock Johnson IV Score Report | 01/31/2020 |
| M.T. | MJ-PL-00067309 | MJ-PL-00067310 | New Beginnings | Service Tracker | 09/25/2020 |
| M.T. | MJ-PL-00067311 | MJ-PL-00067312 | New Beginnings | Service Tracker | 10/27/2020 |
| M.T. | MJ-PL-00067313 | MJ-PL-00067313 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 04/29/2019 |
| M.T. | MJ-PL-00067314 | MJ-PL-00067314 | New Beginnings | Report Card | 02/12/2021 |
| M.T. | MJ-PL-00067315 | MJ-PL-00067315 | DC Public Schools Office of Special Education | Extended School Year Services Eligibility WS | 03/09/2021 |
| M.T. | MJ-PL-00067316 | MJ-PL-00067317 | DC Public Schools Office of Special Education | Eligibility Category Worksheet | 03/09/2021 |
| M.T. | MJ-PL-00067318 | MJ-PL-00067318 | DC Public Schools Office of Special Education | Service Tracker | 04/01/2021 |
| M.T. | MJ-PL-00067319 | MJ-PL-00067319 | DC Public Schools Office of Special Education | Service Tracker | 01/01/2021 |
| M.T. | MJ-PL-00067320 | MJ-PL-00067328 | DC Public Schools Office of Special Education | Functional Behavior Assessment - II | 01/27/2020 |
| M.T. | MJ-PL-00067329 | MJ-PL-00067329 | DC Public Schools Office of Special Education | Report Card | 06/22/2020 |
| M.T. | MJ-PL-00067330 | MJ-PL-00067332 | DC Public Schools Office of Special Education | Settlement Letter | 01/31/2020 |
| M.T. | MJ-PL-00067333 | MJ-PL-00067333 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 05/02/2019 |
| M.T. | MJ-PL-00067334 | MJ-PL-00067334 | New Beginnings | Parental Consent | 04/11/2021 |
| M.T. | MJ-PL-00067335 | MJ-PL-00067340 | Unspecified | Casey Life Skills Assessment | 01/30/2020 |
| M.T. | MJ-PL-00067341 | MJ-PL-00067345 | Unspecified | Woodcock Johnson - III Educational Assessment | 12/12/2019 |
| M.T. | MJ-PL-00067346 | MJ-PL-00067348 | O*Net Interest Profiler | Job Zone at My Next Move | 01/29/2020 |
| M.T. | MJ-PL-00067349 | MJ-PL-00067350 | O*Net Interest Profiler | Interest Profiler: Score Report | 01/29/0202 |
| M.T. | MJ-PL-00067351 | MJ-PL-00067357 | DC Public Schools Office of Special Education | Review of Independent Educational Evaluation | 09/2019 |
| M.T. | MJ-PL-00067358 | MJ-PL-00067359 | DC Public Schools Office of Special Education | Independent Educational Review Checklist | 06/05/2019 |
| M.T. | MJ-PL-00067360 | MJ-PL-00067360 | DC Public Schools Office of Special Education | Service Tracker | 03/01/2021 |
| M.T. | MJ-PL-00067361 | MJ-PL-00067361 | New Beginnings | Service Tracker | 09/30/2020 |
| M.T. | MJ-PL-00067362 | MJ-PL-00067362 | DC Public Schools Office of Special Education | Service Tracker | 02/01/2021 |
| M.T. | MJ-PL-00067363 | MJ-PL-00067363 | New Beginnings | Class Schedule | 2020/21 |
| M.T. | MJ-PL-00067364 | MJ-PL-00067366 | DC Public Schools Office of Special Education | Independent Educational Review Checklist | 01/21/20 |

| M.T. | MJ-PL-00067367 | MJ-PL-00067368 | New Beginnings | Service Tracker | 01/28/2021 |
|---|---|---|---|---|---|
| M.T. | MJ-PL-00067369 | MJ-PL-00067373 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 02/12/2021 |
| | | | | | |
| W.H. | #s not yet available | #s not yet available | Community Connections, Inc. | Child & Youth Assessment | 06/10/2019 |
| W.H. | #s not yet available | #s not yet available | DHCF | Recovery Case Itemization of Payment | 04/13/2021 |
| W.H. | #s not yet available | #s not yet available | DHCF | Recovery Case Itemization of Payment | 04/13/2021 |
| W.H. | #s not yet available | #s not yet available | Psychiatric Institute of Washington | Records Request for W.H. (55 Pages) | Multiple |
| W.H. | #s not yet available | #s not yet available | DC Metro Police Department | FACE Sheet, Multiple Documents (86 pages) | Multiple |
| W.H. | #s not yet available | #s not yet available | Government of the District of Columbia | Multiple Documents (210 pages) | Multiple |
| W.H. | #s not yet available | #s not yet available | DYRS | Classification Assessment | 04/23/2018 |
| | | | | | |
| D.G. | MJ-PL-00056591 | MJ-PL-00056862 | Community Connections, Inc. | Treatment Records (272 Pages) | 02/19/2021 |
| | | | | | |
| D.C. | MJ-PL-00048518 | MJ-PL-00048520 | Community Connections, Inc. | Transfer/Discharge/Death Summary | 12/05/2019 |
| D.C. | MJ-PL-00048521 | MJ-PL-00048530 | Community Connections, Inc. | Child and Youth Assessment | 04/09/2018 |
| D.C. | MJ-PL-00048531 | MJ-PL-00048540 | Community Connections, Inc. | Treatment Plan | 04/19/2019 |
| D.C. | MJ-PL-00048541 | MJ-PL-00048571 | Community Connections, Inc. | Treatment Plan | 10/21/2018 |
| D.C. | MJ-PL-00048572 | MJ-PL-00048675 | Community Connections, Inc. | Treatment Plan | 04/24/2018 |
| D.C. | MJ-PL-00048780 | MJ-PL-00048784 | Community Connections, Inc. | Informational Note | 03/28/2018 |
| D.C. | MJ-PL-00048785 | MJ-PL-00048814 | Department of Behavioral Health | Request for Records, D.C. (30 pages) | 12/01/2020 |
| D.C. | MJ-PL-00048837 | MJ-PL-00048844 | Hillcrest Children & Family Center | Request for Records, D.C. | 12/07/20 |
| D.C. | MJ-PL-00048845 | MJ-PL-00049010 | MBI Health Services LLC. | Request for Records, D.C. (166 pages) | 10/16/2020 |
| D.C. | MJ-PL-00056901 | MJ-PL-00056913 | ELLIS | Comp. Psychoeducational Evaluation | 12/19/2019 |
| D.C. | MJ-PL-00056914 | MJ-PL-00056923 | Ingenuity Prep PCS | Individualized Education Program | 12/10/2020 |
| D.C. | MJ-PL-00058973 | MJ-PL-00058982 | Ingenuity Prep PCS | Amended IEP | 08/15/2019 |
| D.C. | MJ-PL-00058983 | MJ-PL-00058992 | Ingenuity Prep PCS | Individualized Education Program | 02/06/2019 |
| D.C. | MJ-PL-00058993 | MJ-PL-00059002 | Ingenuity Prep PCS | Individualized Education Program | 01/09/2020 |
| | | | | | |
| X.L. | N/A | | | | |