UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et. al.,<br><br>   Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Civil Action No. 1:18-cv-1901 (EGS) |

**DECLARATION OF BRENDA STAR ADAMS**
**IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Brenda Star Adams, declare as follows:

1. My name is Brenda Star Adams. I serve as counsel for the plaintiffs in the above-mentioned case.

2. I am an attorney practicing with the National Center for Youth Law, located at 1212 Broadway, Suite 600, Oakland, CA 94612. My phone number is (510) 899-6581.

3. I am a member in good standing of the Bar of California (CA Bar No. 248746). Pursuant to the new local rules, L.Civ.R. 83.2(c) and L.Cr.R. 44.1(c), I have requested and obtained a "Certificate of Standing" from the State Bar of California. A true and correct copy of the Certificate is attached hereto and labeled Exhibit A. The California Bar does not issue certificates of "good" standing. However, it is clear from the text of the certificate that I am an active licensee and that no recommendation for discipline for professional or other misconduct

has ever been made against me. This Certificate was issued within the last thirty (30) days.

4. I have also been admitted in the Northern District of California since 11/23/21.

5. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

6. I am not currently admitted to practice in the United States District Court for the District of Columbia.

7. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

8. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

9. I will, if admitted for all purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 7/1/22

Respectfully submitted,

Brenda Star Adams (CA Bar No. 248746)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
(510) 899-6581

# EXHIBIT A

# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

June 13, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRENDA STAR ADAMS, #248746 was admitted to the practice of law in this state by the Supreme Court of California on April 25, 2007 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

David Carranza
Custodian of Records