UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| - against - ) | Civ. No. 1:18-cv-1901 (EGS) |
| ) | |
| The District of Columbia, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF CORNELIUS R. BIRD IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Cornelius R. Bird, of full age, hereby certify as follows:

1. I am over 18 years of age and competent to testify regarding the matters described herein.

2. I have been retained to act as an expert witness for Plaintiffs in the above-captioned action.

3. Attached hereto as Exhibit A is a true and accurate copy of my Report in support of Plaintiffs' Motion for Class Certification, and the exhibits attached thereto (collectively, my "report").

4. My report describes the primary data and other information I considered in forming my opinions.

5. My CV is attached as Appendix A to my report, and sets forth my qualifications.

6. I have not provided testified as an expert witness in any federal or state court litigation within the last four years.

7. I am compensated for work on my report at a rate of $150 per hour.

8. I respectfully adopt and incorporate into this Declaration my report, which describes the testimony I am offering in support of Plaintiffs' Motion for Class Certification.

9.  I understand and intend that my report is to be presented to the Court with the same

weight and consequences as if I had stated the report orally, under oath, in a court of law.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of July, 2021, in Dekalb County, Atlanta Gа

_____
Cornelius R. Bird

**Report of Cornelius R. Bird**

*M.J., et al. v. District of Columbia, et al.*

I have been retained by the Bazelon Center for Mental Health Law to serve as an expert witness in the action *M.J., et al. v. District of Columbia, et al*.  I was asked to review a sample of children and youth who may be class members in this action.  To perform this work, I reviewed records relating to each youth, including school records and records from agencies that provided mental health services to the youth, such as psychosocial and psychoeducational evaluations.  I also interviewed the youth themselves, their parents or caretakers, and others with knowledge of the child and family, including clinicians, teachers, and advocates.

Plaintiffs' counsel asked me to gather this information and to provide for each youth a summary of my findings about their experiences, including their experiences with mental health services in the District; my opinions about the effectiveness of the services they have received; and my initial recommendations about services they currently need, including whether they need intensive community-based services.

I have read the Complaint in this action, which describes "intensive community-based services" (ICBS) as a set of services including

- ***Intensive care coordination* ("ICC")**—an intensive form of case management in which a provider convenes a "child and family team," including the child, the child's family, service providers, and other individuals identified by the family, to

design and supervise a plan that provides and coordinates services for children

with mental health disabilities;

- ***Intensive behavior support services***—individualized therapeutic interventions

  provided on a frequent and consistent basis that are designed to improve behavior

  and delivered to children and families in any setting where the child is naturally

  located; and

- ***Mobile crisis services***—a mobile, onsite, in-person response, available at any time

  or place to a child experiencing a crisis, for the purpose of identifying, assessing,

  and stabilizing the situation and reducing any immediate risk of harm.  These

  services may be delivered in the child's home, school, or community.

Complaint, ¶ 39.

I agree with this description, as it is consistent with my experience and knowledge about

working with mental health services for children and youth.  This description of ICBS

incorporates an individualized planning process that focuses on the strengths and needs of the

child while including the family as a full partner in supporting the child.  The child and family

team is the setting for developing, implementing, and monitoring the child's service and support

plan.  The team tracks progress and makes changes to the plan to meet the child's and family's

needs.  Assessments of needs should be based on the child's and family's underlying conditions,

and family members should have a meaningful role in designing and implementing the plan.

This approach focuses on individualized services, and a coordinated service delivery

process, and is often referred to as a "wraparound" approach or model.  Mental health services,

including mobile crisis services, are "wrapped around" the child and family in the home, the

2

school, and the community.  Children and families should have access to a comprehensive array
of services; if services are not available to meet their needs, they should be created.

All of the youth whose cases I reviewed have been enrolled in the District's Medicaid
program and have mental health disabilities, in that they have a serious emotional disturbance.
All of the youth have needed and still needed ICBS as defined in the Complaint, to address their
mental health needs, but none of them have received the ICBS they need.  Four of the five youth
are at risk of institutionalization, through out-of-home residential placements or repeated or
extended psychiatric hospitalizations.  These four youth are also at risk of incarceration.

**Background and Experience:**

I have worked with children and families for about 45 years.  Since 1998, I have been a
consultant to the Child Welfare Policy and Practice Group (CWPPG), which is based in
Montgomery, Alabama.  As a consultant, I design training strategies for professionals working
with children and families involved with behavioral health service systems, child welfare
agencies, and delinquency (juvenile justice) agencies. I also provide coaching to child and family
teams working to design and monitor service plans for children and youth, to help them achieve
positive outcomes.  I have been the primary lead for the CWPPG in designing training and
coaching work to improve systems in Pennsylvania, Arizona, the District of Columbia, Georgia,
Florida, Illinois, Indiana, Iowa, Kentucky, Missouri, New Jersey, New York, Oklahoma, Utah,
Wisconsin, and Wyoming.  Currently, I am consulting with the state of Illinois on policies and
practices for evaluating the strengths and needs of children and youth, convening and facilitating
child and family teams, and helping the state monitor the performance of its private providers of
services.  I also consult with New York City's Administration for Children's Services (ACS), on
designing coaching for its court-ordered supervision programs, and on promoting collaboration

between ACS and private agencies providing evidence-based services to children under ACS supervision, including multi-systemic therapy (MST) and functional family therapy (FFT).

In this work, I have been part of the child and family teams for thousands of youth since the CWPPG began implementing the child and family team/"wraparound" model in the late 1990s. In Arizona alone, as a consultant I participated in approximately three child and family team meetings each workday, three weeks every month, over a five-year period. Through the child and family team process, we were able to bring close to 300 adolescents out of residential placements and back home to Arizona, and diverted many others from residential placements.

Before consulting with the CWPPG, I worked for five years with the Child Welfare Institute, based in Atlanta, Georgia, which created training programs and provided other consulting services to child welfare agencies across the country and around the world. Before that, between 1991 and 1993 I was the Project Director for the Children and Family Service Training Academy, which was based at Western Washington University and provided training to foster care and child protective services caseworkers for the Washington State Department of Child and Family Services. My work with the Academy also included training Court Appointed Special Advocates (CASA) workers as part of the initial implementation of that program in Seattle, Washington. I have also worked in employment services centers for adults and youth in Washington state; at a domestic violence resource center in Washington County, Oregon; as a coordinator of an Upward Bound Program in Olympia, Washington; and as the director of a program for high school dropouts returning to school for the Tacoma Urban League.

My CV is attached to my report as Appendix A.

**Methodology:**

I was retained by Plaintiffs in February 2020.  Before I was retained, other experts working with Plaintiffs, Kimmberly Campbell, Narell Joyner, Sara Boyd, and Bruce Kamradt, designed the client review process.  This is described in their expert reports and declarations.  Among other things, the other experts developed a set of protocols that included questions we hoped to answer through our record reviews and interviews.  I provided input into these protocols after I was retained and before I began reviewing cases.  The protocols helped me ensure that my review of each case was consistent with what the other experts were doing, and also helped ensure that my review of each case was complete.

I was assigned a sample of five youth to review.  Plaintiffs' counsel told me that another expert assigned these cases to me at random.  I reviewed their developmental, family, school, and service histories, including significant life events, and analyzed their strengths and needs, including their need for ICBS.  I assessed the children's strengths and needs, and made recommendations for services and supports to meet their needs, in the same way that I would do if I were training and coaching workers in children's mental health and child welfare agencies to work with child and family teams.

I was provided with a variety of available records, including school records and records maintained by the youth's treatment providers.  Some of the youth whose cases I reviewed are or have been incarcerated, and I reviewed court records and records from the DC Department of Youth Rehabilitation Services (DYRS) and the DC Department of Corrections (DOC) for these youth.  Reviewing these records helped me understand what has taken place in the youth's life, and what has been documented about the agency's relationship to the youth and family.  A list of the documents I reviewed is attached as Appendix B to my report.

For each youth whose case I reviewed, following my record review I tried to interview the youth and their parent or caretaker, to ask them questions about the services they received. I also spoke with other individuals identified in the records or by the youth or parent, including siblings, clinicians, mentors, teachers, and attorneys or other advocates for the youth. Conducting these interviews helps me understand how the youth and family experienced the services they were supposed to receive – whether the service was actually delivered, whether the youth believes they benefitted from the services, and how they and their parents or caretakers perceive the quality of the services.

I performed this work during the first half of 2021. Because of the COVID pandemic, all of my interviews were conducted through phone calls or videoconferencing. Although I typically try to perform interviews in person, I believe that videoconferencing technology gave me adequate opportunities to ask questions and elicit and gauge responses. Before beginning our case reviews, the other experts and I met several times to discuss the protocols for reviewing records and for interviews. We also spoke generally about approaches to interviews, so that our interview process would be more consistent. While we were reviewing cases, we met about every three weeks to present cases to each other – to discuss our findings, and so that we could all ask each other questions about our findings about individual children and youth.

I have billed Plaintiffs for my work at the rate of $125 per hour, which is my usual hourly rate for work I perform as a consultant. Should I have to testify in this matter, in deposition or at trial, my rate will be $175 per hour.

**Youth Reviewed:**

**_K.R.B._**

K.R.B. is a 20-year-old Black male.  K.R.B. and his family have been enrolled in the District's Medicaid program.  When I interviewed him, he had resided at the District of Columbia Central Detention Facility (DC Jail) since May 2020.  He has now been transferred to a federal detention center in Cumberland, Maryland, and is awaiting transfer to a federal prison.

K.R.B. has many strengths.  He is very personable, and seems to connect well with others.  He has a loving relationship with his mother, and she has been a strong advocate for him in school and in his treatment and service programs.  His sister told me that he is a great brother and uncle to her two-year-old son.  K.R.B. is athletic, and has been interested in playing team sports, but he has been hampered in doing that because of cost, because of school attendance issues, and because he has experienced a number of out-of-home placements.

K.R.B.'s records indicate that when he is with a teacher with whom he has a good working relationship, he will follow directions and meet expectations in the classroom.  K.R.B. has goals for the future, including finishing his high school coursework and receiving a diploma, and then working, including self-employment.  He wants to be an entrepreneur.

K.R.B. has a number of mental health diagnoses.  He was diagnosed with attention deficit hyperactivity disorder (ADHD) while he was in elementary school.  At about age 11, he was hospitalized after engaging in suicidal behavior, and was diagnosed with ADHD and depression.  He has also been diagnosed with bipolar disorder (as has his mother), mood disorder, conduct disorder, oppositional defiant disorder (ODD), substance use (cannabis) disorder, and specific learning impairments that affect his performance in language arts classes, including reading, and

in mathematics.  He also has asthma.  K.R.B. has been prescribed medication, but has not taken any over the last four to five years.

I reviewed about 200 different documents relating to K.R.B., including records from the District of Columbia public schools that he attended, from his treatment provider, and from DYRS.  I also interviewed K.R.B. twice, for about an hour each time, and interviewed his mother on four separate occasions for about an hour each time.  I also interviewed K.R.B.'s sister, and met his 15-year-old brother on a video call with his mother.  I also interviewed persons identified in K.R.B.'s records, including the facilitator of his DYRS Team Decision Making (TDM) meetings, and the Health Services Program Manager at DYRS, who works to help youth transition from DYRS custody back to the community.  I also interviewed individuals who mentored K.R.B. through the DYRS Credible Messenger program, and also his supervisor in a group home placement while he was under DYRS custody.

*Background*

According to his mother, K.R.B did not experience delays in early childhood development. His developmental milestones were achieved within normal expectations.  He walked at 12 months and spoke in sentences at 24 months, although his mother noted that his speech patterns were unclear until he was three years old.  His mother also reports that he had many temper tantrums as a young child, and hated to be told "no."

K.R.B. began preschool at C.W. Harris Elementary School in the District.  K.R.B.'s teachers called his mother to the school to observe that he was fidgety and had trouble sitting still, which the teachers ascribed to ADHD.  He also had difficulty with academic subjects, including language arts (reading and writing) and math.  K.R.B. was evaluated for special education in second grade.   Among other things, he scored a full scale IQ of 71.  K.R.B. was

made eligible for special education as a student with a specific learning disability.  He received

an Individualized Education Program (IEP) plan that provided him classroom supports.

K.R.B.'s mother told me that as a child K.R.B. became more and more affected by his

father's absence from his life.  He became depressed and angry due to his estrangement from his

father.  K.R.B would take out his anger and frustration on his mother.  In 2012, when K.R.B. was

about 11 he got angry when his mother would not let him leave their home after he misbehaved.

He got mad, broke a window, and then put a belt around his neck.  His mother interpreted this as

a suicide attempt.  K.R.B was hospitalized at Children National Hospital for four days.

Shortly after his hospitalization, K.R.B.'s father was released from prison.  For a few

months, K.R.B. visited frequently with his father.  According to his mother, K.R.B.'s father

began to question if K.R.B was his son.  He purchased and took a paternity test, and told

K.R.B.'s mother that the result was negative.  She never saw the results, and believes that the

father lied about this to her and K.R.B.  This created tension between K.R.B.'s mother and his

father. Soon after, K.R.B.'s relationship with his father began to deteriorate.  Today they do not

interact with each other.

K.R.B. became more aggressive.  His mother told me that he had an increasingly hard

time with the word "no," and that he would hit her when he did not get his way.  He also

engaged in aggressive behavior at home with his younger brother, and in school.

When K.R.B. was 14, in 2015, his mother advocated with his school to change his IEP so

that it provided him more support for his behavior.  His IEP team reviewed his plan, including to

determine whether K.R.B. should be found eligible for special education either as a student with

an emotional disability or as a student with an "Other Health Impairment," because of his

ADHD. An independent evaluator noted that K.R.B. had difficulties controlling his impulses and

his emotions, initiating and completing tasks, and with interpersonal interactions.  The evaluator also noted concerns with his ability to handle stress and adversity.  Despite the evaluation noting these concerns, K.R.B. continued to receive special education as a student with a specific learning disability, although the school provided him with 120 minutes per month of "behavior support" in the classroom.  It does not appear as though the IEP team considered K.R.B.'s treatment records from Children's National when it was revising his IEP.

The additional supports provided by the school do not appear to have had much positive effect on K.R.B.  He started missing classes, and did not attend school most days.  He received a number of punishments for his behavior, including after he threw a desk out a classroom window.  He brought a knife to school that he said belonged to his mother.  After this, K.R.B. was expelled from school.  It was recommended that K.R.B. attend the C.H.O.I.C.E. Academy, the District of Columbia Public Schools' alternative school for students who are removed from their neighborhood school for disciplinary reasons.  I see from the DCPS records that I reviewed that he did attend C.H.O.I.C.E.

K.R.B. started receiving mental health services from a community-based provider, First Home Care, when he was 14 years old.  At First Home Care, he was offered a service called functional family therapy (FFT), which is an evidence-based approach to working with a youth and their family in the home (and requires the participation of both), but the service did not effectively engage K.R.B., and he never meaningfully participated in the sessions.  First Home Care also assigned K.R.B. a "Community Support" worker who was supposed to help him manage life in the community.  Her notes indicated that she worked with K.R.B. on coping skills and anger management skills, and that she supported K.B.'s mother.  K.R.B. eventually avoided speaking with her, however, and both the FFT and Community Support services were terminated

after four months. The First Home Care records indicate the K.R.B. was "discharged" due to improved behavior, but also for non-compliance with the program.

K.R.B. was also prescribed some medication for his ADHD and his behavior, including Trazodone, Concerta, and Abilify, and also melatonin for sleep, but the medication ran out and was never refilled, and after that K.R.B. refused to take any medication.

K.R.B. then received psychiatric and counseling services through Community Connections, another agency that provide mental health services to District children and youth. Community Connections prescribed him Focalin for ADHD and Escitalopram for depression. Eventually K.R.B. stopped taking this medication, too.

K.R.B. was first placed under DYRS custody when he was 15 years old.  He experienced about 15 different out-of-home placements while under DYRS custody, including at the Youth Service Center (YSC), the District's detention center for youth, and a series of different group homes.  He did not stay in any of these placements, other than YSC, for very long.  He would run away.  When he was on the run, he witnessed and experienced physical violence, including being pistol-whipped.  Sometimes he would break into his mother's home, and she would call the police.

When DYRS knew about his whereabouts, either because he was at YSC or because he was in a group home placement, DYRS would refer K.R.B. for services, but he never went.  He has participated in the DYRS Credible Messenger program, which pairs mentors with experience with incarceration with youth who are involved with the delinquency and criminal systems.  This service has been helpful to a degree, but has not helped K.R.B. avoid risky situations and behavior in the community.

K.R.B.'s last group home placement was in a home operated by Winn Family Services. In May 2020, K.R.B. stole the group home supervisor's car.  He was eventually apprehended and convicted for the theft, and for assault with a deadly weapon.  He was detained at the DC jail, which is where he was when I interviewed him.  He reported that he is not receiving any mental health services at the jail.  He was awaiting sentencing on his most recent charges when I spoke with him in April 2021.  In June 2021, his mother told me that he had been sentenced and transferred to the FCI-Cumberland federal prison in Maryland, and was awaiting transfer to another federal prison.

*Findings*

- **<u>Serious Emotional Disturbance:</u>**  I believe that K.R.B. has a serious emotional disturbance, as that term is defined in District regulation.[1]  He has been diagnosed with conditions, including ADHD, depression, and other disorders, which have substantially impaired his mental health, and these conditions, exacerbated by various traumas and related to his aggressive behavior, have significantly disrupted his academic progress and family and interpersonal relationships. K.R.B. continues to struggle with needs related to his self-control and anger, and continues to become physically aggressive when he gets upset.  In many ways, these are the same behaviors his mother sought help with when K.R.B. was in elementary school.

---

[1] Under District law, a child has a "serious emotional disturbance" when (a) the child has a mental health condition and (b) that condition causes the child to have a functional impairment that—on an episodic, recurrent, or continuous basis—either substantially limits the child's functioning in family, school, or community activities; or limits the child from achieving or maintaining one or more developmentally appropriate social, behavioral, cognitive, communicative, or adaptive skills.  D.C. Mun. Regs. Tit. 22-A, § 1201.1 (2002).

12

- **Service History:**  I do not believe that K.R.B. has received effective outpatient services.  Although he was offered and participated in some services, those services never addressed the root causes of his behaviors, including the trauma associated from the absence of this father, and then later his rejection by his father.  K.R.B. was triggered easily and often by the words or actions of others, but the reasons for why he was triggered were never effectively addressed.  Provider staff working with K.R.B. would try to help him develop coping skills, but it does not appear that they addressed the reasons for his aggressive behavior.  When a person experiences trauma, they are more alert to potential threats, and will engage in protective behaviors, such as fighting, running away, or disassociating from what is taking place.  When K.R.B. experiences potential threats, he may punch the wall, or often he will punch another person.  You can try to address those behaviors by trying to teach the individual alternative or replacement behaviors, but you also have to understand why he behaves in the way that he does, and address that.  It would have been appropriate to engage his father in the therapeutic process or at least address this loss as a therapeutic goal.  K.R.B.'s mother believes that the counseling K.R.B. received never effectively addressed the root causes of his behavior.  Based on my review of his records and my interviews, I agree.

    There are trauma-informed treatment approaches that can be effective in addressing behaviors that are related to past trauma, such as trauma-focused cognitive behavioral therapy (TF-CBT), and that address the root causes of the behavior.  K.R.B. might have benefitted from such approaches (and still may), but

he has not received treatment that incorporates such approaches, and if he is in prison I do not think such approaches will be available, or effective.

K.R.B. also needed more intensive community-based behavior supports.  At least for a time following the onset of his more aggressive behavior, he needed a behavior coach who could be with him a lot of the time, and help him develop skills for responding to social situations at school and in the community, and process how his behavior affects himself and other people.  His mother also needed help with how she parented K.R.B., including someone to help get him out of bed and off to school.  Even when K.R.B. and his mother were receiving FFT and Community Support, the level of intensity that K.R.B. needed from those services was not there.

The records I reviewed indicate that K.R.B. was never fully engaged in the services that were provided to him.  K.R.B.'s mother appears to have been fully engaged, and willing to act on homework assignments from the therapist.  But K.R.B.'s participation was minimal.  It is my experience that young people often do not like participating in something that feels like "talk" therapy.  Youth are more likely to participate meaningfully in therapeutic approaches involving groups of individuals working toward similar treatment goals, but I do not see that this approach was tried with K.R.B.  I do not see that any other therapeutic approaches were tried after K.R.B.'s FFT experience was unsuccessful.

I did not see any reference in the records to a mobile crisis team being called when K.R.B. engaged in concerning behavior. His mother reports that she was unaware of this service while he was living with her.  When she found out about

14

it, he was no longer living in her home.  She told me that she would call the police when he would break into the home, but they would tell her that there was little they could do because at the time he was a minor.

- **<u>No Past ICBS:</u>**  Although K.R.B. and his mother have participated in different team approaches to planning services and placements while in school and under DYRS custody, and have received services in the home, I do not see that K.R.B. ever received ICBS as it is defined in the Complaint.  K.R.B. and his family, including his mother but also his grandmother and sister, who have been supports for K.R.B., have never participated in a child and family team in which the team, led by K.R.B. and his mother, evaluated K.R.B.'s strengths and needs and developed and monitored his service plan.

DYRS held "family group conferences" where K.R.B.'s placements and services were discussed, but this team usually only consisted of professionals who apparently only spoke by phone.  K.R.B.'s mother and grandmother participated by phone in one of these meetings.  Neither K.R.B., nor any other people who could support K.R.B., such as teachers or others at his schools, were included in these meetings.

DYRS also facilitated a "Team Decision Making" (TDM) process, including meetings that were attended by K.R.B., his mother, DYRS staff, and individuals working with K.R.B. through the Credible Messenger program.  But these meetings appear to have focused on making placement decisions – discussing whether K.R.B. was successful in a particular group home placement, and if not where else could he be placed – and did not focus holistically on his strengths and

15

meeting his needs, by looking at how he functioned at home, at school, and in the community.  This should have included looking at how he could develop resiliency around issues arising from past trauma.

In ICBS, a child and family team evaluates both the youth's and family's strengths, the youth's and family's needs, and makes use of the youth's strengths to develop a service plan that will meet the youth's needs.  Working together, the child and family team identifies the root causes for the youth's behavior during this evaluation, and tries to ensure that formal services and natural supports address them.  Based on my review of K.R.B.'s records and my interviews with K.R.B. and people who know him (and could be members of his team), I do not see that this ever took place.

- **<u>Need for ICBS:</u>**  K.R.B. still needs and would benefit from the strengths- and needs-based team approach associated with ICBS, including to prepare for his re-entry to the community from incarceration.  Through this approach, K.R.B. and individuals he chooses, who could include his mother, his grandmother, his aunt, his sister, and/or his Credible Messengers, would work together with provider staff and school staff.  Such a team could take a thorough look at K.R.B.'s underlying needs, review whether treatment approaches that have been tried have been effective, and determine what treatments and services should be tried in the future.  The team would help organize a service plan that the team believes will meet K.R.B.'s needs, including concrete and positive community-based supports. In my view, this should probably include trauma-based therapeutic approaches. Any therapies should be delivered consistently; K.R.B. needs consistency in his

life, including from clinicians who are working with him.  Credible Messengers or other types of community-based mentoring supports could also be helpful. Someone from a mobile crisis service could also be a welcome addition to K.R.B.'s team, to educate the team on how to call for a mobile crisis team, and not the police, when needed, and to help the team create a crisis or safety plan for K.R.B.

K.R.B. needs this team approach so that a service plan can be developed that will support his re-entry into the community, a plan that builds a system of supports to meet his concrete needs, with a team that understands why he behaves in the way that he does.  Professionals cannot always know this, but family members and other team members who know him well can.

The team can also help K.R.B.'s mother understand why K.R.B. behaves in the ways that he does, and how to help meet his concrete needs.  Resolution of his relationship with his father could be critical for him.

- **Risk of Institutionalization:**  K.R.B. is currently institutionalized, but in a prison setting.  He is at risk of incarceration being a permanent setting for him.  K.R.B. knows how to survive in the community, and will probably learn how to survive in prison.  Unless there is a therapy program in prison that will work with him to address his trauma, I do not think he will make progress at addressing his mental health issues.

    K.R.B. has been institutionalized in various settings for years.  When he was in the community, he was at serious risk of institutionalization, given his behavior and the absence of effective therapeutic interventions.  It appears that K.R.B.

17

refused to participate in treatments offered to him, but it also seems that clinicians working with him did not know how to reach him.

- The adults in K.R.B.'s life, including family members but also many service providers, have failed him.  His mother did not have the skills to help him.  He wanted to make connections with others, wanted to be a part of something, but – as his sister expressed to me – the rewards he found for what he wanted all involved negative behaviors.  The systems with which he has been involved did not have the right answers for him.

*__M.B.__*

M.B. is a 19-year-old Black male. M.B. has been enrolled in the District's Medicaid program.  He has resided at the Youth Service Center (YSC) since August 2020.

M.B. has significant strengths.  He is insightful.  He maintains a sense of hope that his life will get better.  He is engaging, and can build strong relationships with others.  He is said to be polite, and he was respectful during our interviews.  He has leadership abilities, and when he is in a leadership role with his peers he excels.  Individuals who have worked with him recently believe that he is a "good kid," with a strong will who wants to overcome his past, at least in part because he has a young daughter.  Several adults are and want to be strong advocates for M.B.  He is also a good advocate for himself, and is willing to ask for help when he needs it.

M.B. has been diagnosed with a number of mental health conditions, including ADHD, persistent depressive disorder, and substance use (cannabis) disorder.  His challenging relationships with his parents have been noted in his records.  He has also experienced significant trauma, including sexual abuse.  His scores on I.Q. tests have supported a finding of borderline intellectual functioning.  He also has asthma.

18

I have reviewed over 100 records pertaining to M.B., including school records and records maintained by DYRS. I have interviewed M.B. twice, for a total of about one hour. I have spoken briefly with M.B.'s father. I have spoken with another Credible Messenger mentor who works with M.B., and with his supervisor in a group home placement. I have spoken with a supervisor from Sasha Bruce Youthwork, which provides housing and services to homeless, abused, and neglected youth and their families in the District. I have spoken with a psychologist who has evaluated him in conjunction with court proceedings. I have also spoken with his criminal defense attorney from the District's Public Defender Service, who represents M.B. in delinquency and criminal proceedings, and with his educational rights attorney from the School Justice Project. I also interviewed M.B.'s forensic counselor from the Public Defender Service.

*Background*

I have not reviewed contemporaneous records from M.B.'s early childhood, when he lived in turn with his mother, his maternal great-grandmother, his maternal grandmother, and the mother of the man whom his mother told him was his actual father. When he was five years old, he then moved in with another man, C.B., who asserted that he was M.B.'s actual father. It is unclear whether any paternity test has been administered to prove or disprove C.B.'s claim. M.B. has reported that, on a few occasions, he contacted the District's Child Protective Services (CPS) office to report that C.B. was beating him. CPS investigated M.B.'s report but, after C.B. assured investigators that he had not abused M.B., I do not see that CPS substantiated M.B.'s allegations. M.B. also reported that when a guest visited C.B.'s home, M.B. was expected to give up his room for the visitor. M.B.'s records indicate that he and C.B., and C.B.'s partner, participated in family therapy after M.B. moved in, but M.B.'s participation was minimal, because of his strained relationship with C.B.

C.B. asked that M.B.'s school evaluate him for special education early in M.B.'s school history. M.B. was evaluated for special education eligibility at least twice, but the school did not find that he qualified. His full scale I.Q. score was 76, although he seemed more thoughtful than that score would indicate when we spoke. He missed a lot of school while he was growing up, but a note in his records indicates that when he missed school he was able to catch up when he returned. Still, it appears as though M.B. has been "socially promoted" at school; that is, he was advanced from grade to grade without having met grade-level academic standards. At YSC, he was taking advanced algebra, even though records indicate that he was performing in math at a fourth-grade level.

M.B. did not have an individualized education program (IEP) plan for special education until 2020, when his educational rights attorney advocated with the school at YSC for him to receive one, based on behaviors relating to his ADHD, depression, and trauma.

A forensic evaluation references M.B.'s admission to Children's National Hospital at about age 13, following an episode of apparent suicidal behavior. Around the same time, M.B. started to run away from C.B.'s home. He has reported that he ran away to escape the beatings by C.B. There is a report in his records that at one point he was staying with a friend and an older man present in the friend's home sexually assaulted M.B. I do not see that he was provided any therapeutic service after this experience, and I do not see that he ever received services that effectively addressed his diagnoses. There were recommendations in his records for multi-systemic therapy (MST), but for that to be effective the clinician must work with both the youth and the youth's caregiver. In my view, MST was unlikely to be successful with M.B., given his strained relationship with C.B. Trauma-focused cognitive behavioral therapy (TF-CBT) was also recommended, but I do not see that that happened. At one point M.B. was assessed to

determine if he was at risk for sex trafficking or other sexual victimization, but I do not see that there was any follow-up.

Although M.B. has been prescribed medication, including Seroquel, for his ADHD and to help him sleep, he reports that he is not currently taking any medication, and in recent years has not taken any medication consistently.

I did not see any indication that M.B. received support from a mobile crisis service.

M.B. entered DYRS custody in 2017, when he was 15 years old.  He has been in at least 18 different out-of-home placements between 2017 and 2020, including in a number of group homes and at YSC.  He often ran away from these placements, when he could.  He was constantly on the run during much of this period.  He would go from place to place while on the run, staying no more than about two or three days in any particular location, such as a friend's house or on the street.  During this time, he participated in activities for which he was charged with offenses, and experienced street violence including the shooting death of a friend.

In 2018, M.B. completed a course of treatment at Silver Oak Academy in Maryland. After that, beginning in 2019 M.B. was placed in a foster home. I interviewed M.B.'s supervisor in this home.  M.B. stayed in the home for 231 days, M.B.'s longest place of residence since he lived with C.B.  He formed a strong relationship with the supervisor, and also benefitted from his relationship with his Credible Messenger mentor, who helped him look for work and for other, more permanent housing options (although these were limited before M.B. turned 18).  M.B. described both of these men as the father he wished he had.  This appears to have been a rare opportunity for M.B. to experience nurturing and stability.

At the time he was living in this foster home, M.B. was also attending therapy sessions at Hillcrest Children and Family Center, an agency contracting with DBH to provide behavioral

21

health services, although it is unclear whether he was effectively engaged in those services. Toward the end of his stay in this home, DYRS informed M.B. that he would be placed in another group home.  This administrative decision meant that M.B.'s opportunity for stability in the home was lost.  M.B. ran away.  Eventually he was apprehended on additional charges and taken back to YSC, which is where he was living when I interviewed him in May and June 2021. I was told that M.B. is facing sentencing to federal prison for crimes for which he was charged. He hopes his sentencing can be postponed until he receives his high school diploma at YSC. M.B. believes that he can graduate this December, but his education attorney told me that this may be an unrealistic goal, because he lacks so many credits.

*Findings*

- **Serious Emotional Disturbance:**  In my view, M.B. has a serious emotional disturbance.  He has been diagnosed with ADHD and persistent depressive disorder, and has experienced significant trauma that has gone unaddressed. These conditions and experiences have substantially impaired his mental health, and have significantly disrupted his academic progress and family and interpersonal relationships.  M.B. appears motivated and engaged in school but struggles to perform at grade level, because of his cognitive function and ADHD.[2]

---

[2] The forensic evaluation I reviewed documented another evaluation by the Child Guidance Clinic, a branch of the District of Columbia Superior Court that evaluates court-involved youth, when M.B. was 15.  The Child Guidance Clinic evaluation diagnosed him with Borderline Intellectual Functioning, ADHD, and described test results revealing social withdrawal, depression, and symptoms of post-traumatic stress disorder (PTSD), ascribed to his exposure to an unusual number and variety of traumatic experiences.  The evaluation also assigned a formal diagnosis of Persistent Depressive Disorder, a type of chronic depression, which the Child Guidance Clinic attributed primarily to his family history experiences.  According to this evaluation, M.B.'s "lack of certainty of his biological father and inconsistent relationship with his mother likely contributes to feeling disconnected from others, and may contribute to his poor decision making including his engagement in unlawful behaviors."

- **<u>Service History:</u>** I do not see that M.B. has been effectively engaged in outpatient therapeutic services.  He has been offered intensive services, such as MST, and others have been suggested by evaluators, such as TF-CBT, but there is no indication in his records that these services have actually been delivered.  For MST to be effective both M.B. and C.B. would have to be engaged and work together to address M.B.'s behavior, but M.B. rejects C.B. as his father.  There is no indication that M.B. agreed to participate in MST when it was offered.  M.B.'s former group home supervisor reports that in DYRS team decision making meetings, C.B. would often "yell and scream" at M.B.  For that reason, the supervisor thinks that the meetings were not very helpful for M.B.  That may have happened in therapy sessions, too, if they took place.  C.B. needed help with M.B.'s transition into his home, but I do not see that he got that help.
  M.B. really needed help with his feelings of abandonment, and therapeutic approaches that would help him process and grieve the relationships he lost when he moved in with C.B., including with his mother, his grandmother, and his great-grandmother after her death.  He needed services that would help him find stability in his life.  He was not engaged in such services.

- **<u>No Past ICBS:</u>** I do not see that M.B. has ever received anything resembling ICBS.  ICBS would have been extremely effective for M.B. after his placement at Silver Oak Academy, and while he was finding his way to the group home where he experienced some stability.  Had a child and family team been formed with a focus on building on M.B.'s strengths, and building on the strengths of his relationships with individuals like his group home supervisor and his Credible

Messenger mentor, M.B. and the team could then explore ways to meet his underlying needs.  The team could have included the group home supervisor with whom M.B. had a positive relationship, M.B.'s Credible Messenger mentor, his former dean/principal, his daughter's mother, and peers and others who know M.B. and could provide him with consistency.  The team could have examined the root causes of M.B.'s behavior, including the traumas that he has experienced, and put together a plan for housing, formal services, and informal supports that would focus on building structure, and trust.

- **Need for ICBS:**  M.B. has needed and still needs ICBS, including to prepare for re-entry to the community following incarceration.  M.B.'s team – people who are ready, willing, and able to be there for him – can help develop supports for him that will address his traumas and give him structure and predictability.

  M.B. needs a circle of support that can validate him as he works to create a positive image of self.  He would benefit from the nurture and guidance of mentors, like M.B.'s Credible Messenger mentor, and help M.B. learn how to utilize existing positive connections, such as the connection he has with his former group home supervisor, who could help provide him guidance on community responsibility.  Mentors in the community who participate on his team could work with him on reciprocity – developing values around resiliency and giving back to others, which are the basis of restorative justice approaches. Mentors could also engage with M.B. using positive behavior supports, such as developing self-regulation skills and social skills, and teaching M.B. replacement behaviors for behaviors of concern.

24

The team should address M.B.'s potential need for mobile crisis services after re-entry.  M.B.'s journey will not be easy.  Based on his documented history of trauma, I believe M.B. will experience setbacks.  Crisis planning will be critical.  Developing M.B.'s "what could go wrong plan" will require discussing and planning for what should happen if M.B. experiences stressors and needs the help of mobile crisis workers, as an alternative to calling the police.

M.B.'s forensic counselor believes that he needs grief and loss counseling to address family abandonment and instability.  He needs to be able to contextualize and mourn the loss of his maternal great grandmother, and the traditional relationship he desires from his mother.

M.B. would also benefit from participating in a fatherhood program, to help him learn parenting skills that he can practice with his daughter and her mother.  Mentors he engages with through such a program could join his team, and help give him positive images of what it means to be a father.

- **<u>Risk of Institutionalization:</u>**  M.B. is currently incarcerated.  His attorneys believe that he is likely to be sentenced to up to eight years in federal prison.  He needs effective trauma-focused services and supports that he is unlikely to receive in prison.  I believe that M.B. will be so stimulated in prison that he may engage in automatic survival responses to the behavior of others that may get him in additional trouble.  Without appropriate supports, this will continue after his release.  He is a thoughtful young man, but his potential to achieve has never been nurtured.  His potential will be lost unless he finds effective supports in prison.

- The systems that should have supported M.B. and his family failed him. Interviewees told me that his mother told him stories about his father that may be untrue.  C.B. accepted him into his home, but M.B. rejected him.  C.B. likely needed a lot of help to be a good parent to M.B., but he was in a difficult situation.  I see no evidence that the agencies that should have provided M.B. and C.B. with supports as M.B. grew up did so.  Eventually M.B. found himself in a number of unstable settings.  His traumatic experiences and need for stability have still not been effectively addressed.

### *K.P.*

K.P. is a 21-year-old young man.  He identifies his race as "Moorish."  He has been enrolled in the District's Medicaid program.  In May 2021, he was released from incarceration at the DC Jail.  It is unclear to me where in the District he is living, although he is spending time with his girlfriend.  He reports that he is attending school at "New Beginnings": this may be the New Beginnings Vocational Program in the District.

K.P. has strengths.  He likes to read, he likes to draw, and he is very good at repairing electronics.  He is very personable; people who have worked with him say that they like him and that he is a "nice guy."  He can be engaging, and he is able to build relationships with others. K.P. is supported by a number of people who have advocated for him in the past.  This indicates the quality of the relationships he has developed with professionals in his life.

K.P. has also been diagnosed with significant mental health conditions, including ADHD, depression, substance use (cannabis, K2, and inhalants) disorder, oppositional defiant disorder (ODD), conduct disorder, schizoaffective disorder-bipolar type, and bipolar disorder with psychotic features.  It is unclear whether he has an intellectual disability – one full scale I.Q. test

score is 81, but another is 68 – but I do not see that evaluators have focused on this condition, and I do not see that he has received services that address this.

K.P. has been prescribed Seroquel for symptoms related to schizoaffective disorder, and for help with sleep, and Trazodone for his depression.  He has also been prescribed Adderall and Concerta for his ADHD, and Pneumovax, a pneumonia vaccine, but it is unclear if he is currently taking these medications.  In the past, he has been prescribed injectable medication for his schizoaffective disorder, including Zyprexa and Invega, but it is unclear whether he is still receiving these medications.

K.P. also has asthma.  He was stabbed in 2020, which led to his having a collapsed lung. It is unclear from the records whether treatment for his lung condition has been successful.  At about the same time, K.P.'s stepfather, who reportedly had a good relationship with K.P., was shot and killed.

I have reviewed a number of records for K.P., many of them records generated by the courts, including pre-sentencing evaluations conducted by Sara Boyd, another expert working with Plaintiffs for this litigation, or by the Department of Corrections, mostly records relating to his mental health services while incarcerated, and his suicide attempts.  I have also reviewed records from the Psychiatric Institute of Washington (PIW), where he was hospitalized as a child.  I have also reviewed service records from the agency First Home Care, and records from his residential placement at Devereux Advanced Behavioral Health Georgia, a psychiatric residential treatment facility in Cobb County, Georgia.  I also reviewed a 2017 psychoeducational evaluation from the Child Guidance Clinic.

I have spoken briefly with K.P. on at least four different occasions.  I also spoke briefly with his mother.  I have spoken with Dr. Boyd about K.P., and with his advocate from the DC

27

Jail and Prison Advocacy Project at Disability Rights DC, who began working with him earlier this year. I also spoke with his former juvenile rights attorney from the Public Defender Service, who represented K.P. for a number of years and is still in regular contact with him.

*Background*

According to his records, K.P.'s mother delivered him at full term, with no perinatal complications. He met developmental milestones for sitting up, crawling, and walking, but was late in attaining language-related milestones, including a delay in speaking in brief (three to four word) sentences until he was four years old. K.P. told Dr. Boyd that he was told he was dropped on his head as an infant. Records indicate that K.P.'s mother told staff at the Psychiatric Institute of Washington (PIW) that she was first aware of his significant behaviors of concern when he was four years old. These behaviors included hyperactive behavior, aggressive behavior toward teachers in school, and banging his head against the wall.

K.P. was diagnosed with ADHD when he was five years old. He was diagnosed with depression when he was nine years old. He experienced several hospitalizations as a young child. At age seven, he was hospitalized at PIW after he threatened others with a knife. At age nine, he was hospitalized at PIW after engaging in aggressive behavior toward his siblings. At age 10, he was hospitalized at PIW after he set some papers on fire in his brother's room. According to his records, he said he heard voices telling him to do that. He was eventually diagnosed with schizoaffective disorder. He has also been hospitalized a number of times at Children's National Hospital.

K.P. has a family history of mental health issues. His sister has been diagnosed with bipolar disorder and has a history of suicidal and homicidal ideation. One of his older brothers has also received mental health services, including for substance use.

K.P. was placed under DYRS custody in 2014, after being charged with first-degree sexual abuse.  I have not been provided with records about his charges; his former juvenile rights attorney told me that K.P. touched an older youth's breast at a bus stop.  After this, in 2014 DYRS placed K.P. in Devereux Advanced Behavioral Health Georgia, for treatment for his sexual behavior.  An initial intake record from Devereux recounts K.P.'s multiple legal issues, including assault charges, and his aggressive behavior at school.  He told staff that he hears voices telling him to hurt others, or set fires, but that the voices decrease when he uses medication.  He reported also using the drug "K2" to "cancel" his destructive thoughts.

Records from Devereux included a psychological evaluation that indicated that K.P. had a full scale I.Q. score of 68, on the Wechsler Intelligence Scale for Children, but there is little detail about this testing in the records.  A 2017 evaluation by the Child Guidance Clinic indicated that K.P.'s full scale I.Q. is 81, with the lowest scores in the areas of verbal comprehension and processing speed.

K.P. was at Devereux for 16 months.  Records indicate that he was not successful there; he continued to behave aggressively toward others, often required one-to-one supervision, and did not respond to treatment.  Devereux ended K.P.'s treatment program in February 2016.

I did not see that K.P. had a plan for his transition back to the District from Devereux. Records indicate that his mother would not agree to his return to her home, because she couldn't handle him anymore.  DYRS placed him in a group home operated by Boys Town for a month. After that, K.P. was placed DYRS placed him in a series of other group homes, and at YSC and New Beginnings.  He was also placed at the Abraxas Academy in Pennsylvania, but this placement ended after 45 days when Abraxas said it could not meet K.P.'s treatment needs. (Both Devereux and Abraxas frequently used physical restraints to control K.P.'s behavior and

for safety, an approach that Dr. Boyd's thought was contraindicated, given his diagnoses and symptoms, and would cause him further harm.)  At another point, DYRS placed K.P. in Mountain Manor Treatment Center, an inpatient drug and alcohol rehabilitation center in Maryland, for treatment for his drug use.

During this time, K.P. would stay briefly with his family between institutional placements.  K.P.'s mother sought services for K.P. from First Home Care, which was also providing services to his brother.  These services appear to have begun in 2017.  First Home Care assigned K.P. to a licensed clinical social worker (LCSW) who worked with a team to provide Community-Based Intervention (CBI) to K.P.  Although there is mention in the records of family members stating that certain CBI team members were not doing things they had promised to do for K.P., in general the First Home Care social worker appeared to engage K.P. The service was short-lived, however, as First Home Care ended its District operations in 2018.

Shortly after receiving treatment at Howard University Hospital in early 2020 for his collapsed lung (which took place shortly after his stepfather was killed), in March 2020 K.P. was transported involuntarily by the Child and Adolescent Mobile Psychiatric Service (ChAMPS), the District's mobile crisis service for youth, to the DC Department of Behavioral Health's (DBH) Comprehensive Psychiatric Emergency Program, for emergency psychiatric services and observation.  The Metropolitan Police Department was also involved in the transport.  Although the records are unclear, he was charged with robbery and was transferred to and detained at YSC, and eventually transferred to the DC Jail.  While at the jail, he engaged in behavior and made statements that indicated suicidal ideations.  I interviewed him shortly after his release from the jail in June 2021.

K.P. told me that he is currently attending "New Beginnings," which may be the New Beginnings Vocational Program, a nonpublic educational program in the District.  I have not been provided with full educational records for K.P., but he reports that he receives special education services.  Records indicate that he was made eligible for special education as a student with emotional disturbance.  He is reported to function at an eighth grade level in some academic content areas, and at a third grade level in others.  K.P.'s educational records note his challenges in paying attention and remaining focused in school.

In June 2021, K.P.'s case worker from the DC Jail and Prison Advocacy Project told me that he has helped K.P. apply for an Assertive Community Treatment (ACT) service.  Under the ACT model, a multidisciplinary team provides mental health, medical, social work, crisis, and peer support services, among others, to a client with a mental health disability, in the client's home and in the community.

K.P. reports that he has two children, a nine-year-old and a five-year-old, but I have not confirmed these reports from his records or from my interviews.

*Findings*

- **Serious Emotional Disturbance:**  In my opinion, K.P. has a serious emotional disturbance.  K.P. has been diagnosed with mental health conditions, including his schizoaffective disorder bipolar type, which means he has symptoms of schizophrenia like delusions and paranoia, and also manic episodes typically associated with bipolar disorder.  (Dr. Boyd believe that K.P. meets diagnostic criteria for bipolar disorder with psychotic features.)  These conditions have substantially impaired his mental health, and have significantly disrupted his academic progress and family and interpersonal relationships.  Individuals with a

31

history of trauma are at increased risk for developing bipolar disorder, as are

individuals with limitations in cognitive functioning.

Dr. Boyd's evaluation of K.P. states that she believes he also meets criteria for

post-traumatic stress disorder, and that his history of attachment issues with his

family, the serious traumatic stressor events he has experienced, and his lack of

access to appropriate treatment have all disrupted his relationships with others and

functioning in the home and in school, and limited his ability to respond to less

intensive therapeutic interventions.

- **Service History:**  I do not think that K.P. has received effective outpatient

  services.  He made progress for a short time when First Home Care provided him

  with CBI.  In particular, his Community Support worker appeared to appreciate

  that K.P. would benefit from a team-based approach.  I do not see that First Home

  Care's services for K.P. engaged him in a consistent, long-term therapeutic

  relationship, however.

  I also think that the services K.P. has received, during his hospitalizations and

  then his out-of-home placements under DYRS custody, appear to have focused on

  preventing his aggressive behaviors, and not enough on his family history and

  experiences growing up.  So many members of K.P.'s family experienced mental

  health issues.  What was the impact of growing up in a household where behavior

  symptomatic of these conditions was common?  The behavior that was identified

  in K.P.'s records, including his sexual abuse history, his fire-starting behavior,

  and his aggression toward others, is all consistent with a history of abuse and

  neglect as a young child.  I do not see that service providers tried to learn more

about K.P.'s childhood experiences; this knowledge could have been used to
design services that addressed whatever traumas he may have experienced.  I also
do not see that his services addressed whatever intellectual disability or
developmental delay K.P. may have.

- **No Past ICBS:**  K.P. has needed, but has not received, ICBS.  In 2017 and 2018,
  his First Home Care CBI worker tried to organize a team to support him, but it
  does not appear that a team was actually convened.  ICBS would have been
  critical for K.P. at that time.  Such a team could have included people who know
  K.P. – and he appears to be well-liked by many people working with him – and
  could have helped him figure out what has happened with his family
  relationships, identify how he may have experienced trauma in the past, and
  determine what services would help him be successful in the future.  K.P. reports
  that when he was in residential placements he just wanted to go home.  But K.P.'s
  mother did not want him to come home.  K.P.'s child and family team could have
  included individuals who could create a family structure for him, and play roles in
  providing formal services and informal supports for him.  At some point, his
  mother and father could have joined the team.

- **Need for ICBS:**  K.P. still needs ICBS to support him in the community.  I do not
  see, and would not expect to see, that K.P. received anything like ICBS while he
  was incarcerated.  It is critically important that he receive intensive services in the
  community in the future.  His ACT team, should he be successfully enrolled in
  one, will need to coordinate his counseling, medication, and community living
  needs.  As K.P. accesses an ACT team that provides that service with fidelity, he

may receive services with the intensity that he needs.  I do not understand that this has happened yet, however, and it is a failure of the system for preparing him for re-entry that he was released without ICBS, including intensive care coordination and a child and family team.  K.P. needs a team around him that he trusts.  This team can help him navigate the community.  It can provide him with the behavior coaching and mentoring that he needs.  The team can also help him comply with his medication regimen.  K.P. will need help with maintaining his medication. The team should consider the benefit of engaging K.P. in community-based dialectical behavior therapy (DBT), which has been shown to be effective in treating individuals with symptoms like K.P.  He may need accommodations for DBT, to help him process written material that is used in this therapeutic approach.  The provider should have some experience working with individuals who are early in their course of their schizophrenic disorder, and who have an intellectual or developmental disabilities.  A trauma-informed approach would also be helpful, given what seems to be a significant overlap between K.P.'s trauma history and his mood and specific manifestations of psychoses.

K.P. also needs help finding and being successful in a place to live.  The ACT team should be able to help him with this.  He would also benefit from mentoring relationships with other young people who may have had similar experiences growing up, people his age or a few years older that he can share stories with, build positive relationships with, and model positive behavior after.  Organized peer groups following the Alcoholics Anonymous model could ultimately become networks of natural supports for K.P., and could help him navigate life.

34

K.P. has a history of aggressive behavior that is linked to his mental health conditions.  As his ACT service and new living arrangements and housing supports are implemented, his team must develop a "what could go wrong" plan. This plan should include positive response to crises that are understood by everyone on the team.  The team should engage mobile crisis services, to help it design an approach to K.P.'s concerning behavior, including identifying who to call to respond to perceived crises or an escalation of behavior, words or phrases others can use to help deescalate behavior, and other actions to take in such situations.  The plan should respond to Dr. Boyd's belief that use of physical restraints are contraindicated for K.P., and identify which verbal de-escalation techniques are most likely to be successful.  The team can share this plan with mobile crisis services as appropriate (although under the ACT model it is the ACT team itself that are "first responders" to clients in crisis).

- **<u>Risk of Institutionalization:</u>**  K.P. is at serious risk of re-institutionalization. K.P. has just returned to the community after being incarcerated for over a year. He has been repeatedly institutionalized and hospitalized in the past.  Although I do not think that K.P. wants to be institutionalized or incarcerated again, it may be a familiar situation for him, and easier in some respects than living successfully in the community, if he does not have a team wrapped around him to support him.

- K.P.'s situation is unclear in some respects.  I cannot tell if he has all the conditions with which he has been diagnosed.  I do not know enough about what happened to him as a young child, and how that has affected his behavior as he has matured.  He has "people skills," but needs help applying these skills so that

he can build positive relationships with others.  He will need significant support in

the community to be successful, but if he receives such support he can be.

### *K.B.*

K.B. is a 12-year-old Black male.  He is enrolled in the District's Medicaid program.  He

currently resides with his maternal grandmother, who is his guardian, in Washington, D.C.

K.B. has many strengths.  He has demonstrated that he can achieve academically.  His

teachers report that he can be distracted in the classroom, but that he can do the work.  They also

say that he is very likable.  He makes friends very easily.  He is interested in playing football.

K.B. has been diagnosed with several mental health conditions, including ADHD, major

depressive disorder with anxiety features, ODD, adjustment disorder, parent-child conflict, and

conduct disorder.  K.B. also has asthma, and uses an inhaler.  His grandmother reports that he is

not taking any medication at this time.

I have reviewed a number of records for K.B.  I reviewed his school records, including

his IEPs and his behavior intervention plan (BIP), from Noyes Elementary School and Brookland

Middle School, both District public schools.  I have also reviewed treatment records from two

behavioral health agencies working with K.B., Hillcrest and MBI Health Services.  I have spoken

twice with K.B.'s grandmother, each time for about an hour.  His grandmother's fiancé, who also

lives in the home, joined her for our second call.  I have also spoken with K.B.'s school

psychologist, case manager, and special education teacher from Brookland Middle School.

*Background*

K.B.'s grandmother reports that he was born at full term, and was not delayed in child

developmental milestones such as walking, talking, and building an attachment with his mother.

She told me that K.B.'s mother experienced depression during her pregnancy and after K.B.'s

36

birth.  She did not use alcohol or drugs during pregnancy, but began using drugs after that.  After

a finding that she neglected K.B. and his brother, K.B.'s grandmother was granted temporary

custody and then full guardianship for both children in 2013.  K.B. has lived with his

grandmother since he was about five years old.  Since they came to live with their grandmother,

their birth mother has visited often; K.B.'s grandmother reports that his mother sees him

frequently.  K.B.'s father also visits from time to time, but his grandmother says that he does not

interact well with K.B.

    K.B.'s records indicate that his behavior became challenging as a toddler and that he

would tantrum frequently when he did not get what he wanted.  In 2015 he was diagnosed with

ADHD, and prescribed Concerta to help control his impulsivity.  However, according to records

his grandmother stopped giving him his medication due to unwanted side effects such as a flat

affect, increased irritability, and stomach aches.

    The records indicate that in October 2016 K.B. engaged in challenging behavior

including disobeying teachers and staff, following rules in the classroom and at home, stealing

items at school and at home, and lying and other dishonest behavior.  The assistant principal at

Noyes referred K.B. to the School Behavioral Health Program.  He received school-based

counseling at Noyes beginning in 2016 for behaviors related to his ODD and adjustment

disorder.  He was also prescribed Guanfacine and Strattera to help him with his behavior.

    In fourth grade at Noyes, K.B. received a "504 plan," a service and accommodations plan

for students who are not eligible for special education, which included some classroom

accommodations, 120 minutes per month of behavioral supports, and an "asthma action plan."

(The asthma plan eventually lapsed and was not reinstated.)  He was evaluated for special

education eligibility in fifth grade.  He was found eligible for special education as a student with

emotional disturbance and received an IEP that included 120 minutes of behavior supports each month, along with classroom accommodations (such as breaks) for his language arts and math classes.  The IEP also included a behavior intervention plan (BIP).  Among the interventions identified in the BIP was for K.B. to attend group activities focused on social-emotional development.  (There was also a recommendation that K.B. receive a functional behavioral assessment (FBA), to better understand the reasons for his behavior, but it is unclear whether the FBA was completed, or whether there was any assessment of his behavior in the home and community.)

This IEP and BIP followed K.B. to Brookland Middle School.  K.B. mostly attended school virtually during the 2020-2021 school year.  It is unclear whether and how the social-emotional group recommended in the BIP met and what the group was able to accomplish.  His special education teacher, who was assigned to his class in February 2021, felt that she did not have a good connection with K.B.  The teacher reached out multiple times to his grandmother to discuss K.B. and his participation in the virtual classroom, but she was unavailable.  When they did connect, K.B.'s grandmother said that she was helpless in getting K.B. to participate in lessons in class.

K.B. was enrolled with MBI for behavioral health services in 2016.  Records from his initial evaluation state that K.B. was "experiencing emotional distress that was inhibiting his relationships," and was "likely experiencing mood dysregulation that is affecting his life skills like controlling his anger and engaging with peers."  He was prescribed outpatient cognitive behavioral therapy in 2016, and was also to receive in-home support from a Community Support worker, but his records indicate that the services were not provided consistently.  In 2017, his

case was closed at MBI, with a note that his grandmother indicated that she was not satisfied with the services K.B. received.

There is a note in the records that in June 2017 K.B. was suspended from school after making sexually inappropriate comments to and touching a female classmate.  The records indicate that K.B.'s grandmother made an intake appointment for K.B. at SMILE Therapy Services, another District service provider, but I have not reviewed records from SMILE and do not know if K.B. actually received any services from this provider.

After a few months, his grandmother enrolled him with Hillcrest, where he was supposed to receive individual and group therapy, and Community Support, but again K.B. was not engaged in the services, and they ended within five months.  In March 2019, his grandmother re-enrolled him at MBI for services.  An evaluation from this time states that K.B. was engaging in "risky" behavior, including stealing and staying out late.  MBI services were initiated in May 2019 and appear to have continued through July 2019, but then dropped off.  The MBI records document the staff's efforts to reach K.B. in late 2019, and in January 2020.  MBI terminated service after these efforts yielded no response.  During this time, because of his behavior at school K.B. was made eligible for special education as a student with emotional disturbance.  He was not receiving any treatment when I spoke with his grandmother in May 2021.

I do not see that K.B. has received any mobile crisis services.

K.B.'s grandmother reports that K.B.'s concerning behaviors have continued.  He continues to turn off his computer and leave the home during school time.  He leaves and enters her home at all hours of the night.  His friends' parents have called her to accuse K.B. of stealing items like cell phones.  She told me that she has placed a lock on her freezer so that K.B. will not take food from her.  She reports that his grades are poor, and that his teachers have called her to

39

tell her that he is not completing classroom assignments.  She has been told that K.B. may be retained and required to repeat the sixth grade during the 2021-2022 school year.

K.B. may be permitted to attend virtual summer school this summer.  He may also visit his paternal grandparents in North Carolina.  His grandmother has asked the school whether K.B. can attend classes virtually from North Carolina.

*Findings*

- **Serious Emotional Disturbance:**  I believe that K.B. has a serious emotional disturbance.  As evaluations by his school and his service provider have indicated, K.B. has been diagnosed with conditions, including ADHD, major depressive disorder, and conduct disorder that have substantially impaired his mental health, and have significantly disrupted his academic progress and family and interpersonal relationships.

- **Service History:**  K.B.'s grandmother believes, and I concur, that to date the outpatient mental health services that K.B. has been provided have not been effective.  K.B.'s behaviors have only gotten more concerning over time.  The limited amount of behavioral support he was offered through the school – apparently, only 30 minutes of counseling each week, which I doubt he received virtually during the pandemic – and his inconsistent engagement with services at MBI and Hillcrest have not been enough to change his trajectory.  He has needed, but does not appear to have received, a trauma-informed assessment to better understand and address the root causes of his behavior.  His removal from his mother's home appears to have triggered his challenging behaviors, but I do not see that service providers have drilled down to learn more about this or engaged

40

K.B. in approaches that will address the causes of his behavior, and help him create a different identity for himself.

K.B.'s records indicate a complex set of life experiences.  His father comes to the home infrequently.  His mother is more regularly present but does not appear to play a parenting role.  K.B.'s grandmother hopes that his mother will take on a parenting relationship with him, but is not optimistic.  School and mental health records document K.B.'s grandmother's frustration with her caregiving role.  She told me she would prefer not to have to be his caregiver.

- **<u>No Past ICBS:</u>**  Based on my review of his records, and my interviews with his grandmother, K.B. has not received ICBS.  No entity has convened a child and family team for K.B. and his family, including his grandmother but also his mother and father.  I do not see that a child and family team has worked together to evaluate K.B.'s strengths and needs, and then developed a plan for services that would make use of his strengths to meet his needs, including supports for his grandmother so that she can better meet K.B.'s needs.  School staff I spoke with told me that they know about the child and family team/wraparound process, and would attend a team meeting if invited, but have not been invited.

- **<u>Need for ICBS:</u>**  K.B. needs ICBS, including so that such a team can be convened.  With assistance, the team can conduct an assessment that identifies whatever traumas K.B. has experienced, including his removal from his mother's home.  The team can include people who can mentor him – both through formal in-home behavior support services but also by identifying natural supports.  With help from formal and informal behavior coaches and mentors, he can explore his

own family history, and develop a stronger sense of self and identity.  In-home mentors, working as often as needed, can help him build the self-regulation and social skills he needs to navigate the world around him.  He appears to have experienced a series of broken attachments with the adults in his life.  K.B. will need consistent supports from members of his team to be able to build trust. Whoever works with him must prepare for K.B. to struggle, fight, disappear, and otherwise test their staying power.

Among other things, I do not see that K.B. has ever had the opportunity to participate in recreational activities in the community, like football.  His grandmother has not been able to afford items like a football uniform for K.B. She did not know how to access outside resources to pay for that.  Under the ICBS model, if K.B.'s child and family team, including K.B. himself, determine that this is a priority for him and would have a therapeutic benefit, the team can avail itself of resources that will help pay for sports equipment.  The team could also obtain resources to pay for any other services or items that K.B. can use for activities he enjoys and that may give him more of a sense of identity and belonging.

K.B. needs and would benefit from individualized, intensive in-home supports. Although some services have been provided in the home, they focused on his concerning behavior and focused on teaching skills for improving it (emphasizing the need to be respectful), and did not address the underlying root causes of K.B.'s behavior, which could include his separation from and loss of his parents, and the need for a supportive caregiver .

K.B. also needs mobile crisis services.  K.B.'s grandmother has needed immediate help with his behavior, only to be told that she would have to schedule an appointment.  She tells me that on such occasions she becomes frustrated and gives up.  A mobile crisis service that can respond by coming to the home to address behavioral crisis and that is was available to K.B. and his grandmother 24 hours a day, seven days a week would be of great benefit.

In our interviews, K.B.'s grandmother expressed clear frustration with her grandson, as well as with his school and service providers.  I have heard her raise her voice to K.B. during our interviews, and say demeaning things to him.  His grandmother appears to need supports that would give her some respite from taking care of her grandchildren.  She is tired of constant caregiving, and lacks viable help with providing care, nurture, and guidance for her grandson.  She believes she is failing K.B., and wants out.  A respite service, and a mentoring or support group for grandparents raising their grandchildren, could be helpful.

K.B.'s grandmother told me that his mother is also receiving services through the public behavioral health system.  His mother has a case manager who is helping her look for stable housing, so that K.B. can come live with her – which his grandmother would welcome.  This could be an opportunity for the whole family to come together to engage in a set of services that will support K.B.

- **Risk of Institutionalization:**  K.B. is at great risk of one form of institutionalization or another as he matures.  He is at great risk of involvement with the delinquency and criminal systems.  His teachers believe that he is at great risk of dropping out of school.  His grandmother and her fiancé believe that he is

on the way to jail.  Neither his mother nor his father appear to parent him, or

connect appropriately with him.  He really has no adult guidance in his life.

I believe that K.B.'s risk of institutionalization began when he moved into his

grandmother's home.  That is when his aggressive and concerning behaviors

seems to have started or were exacerbated.  I see no evidence that K.B. has

received the support that he needed and that would address the root causes of his

behaviors, including whatever trauma he experienced in early childhood and

when he moved out of his mother's home.  As a result, his grandmother and his

teachers report no improvement in his behavior.  In fact, his behavior seems to

have gotten worse.

K.B. is 12 years old now, and adults may tolerate his concerning behavior now,

but they may not as he transitions into adolescence.  K.B is a Black youth whose

behavior may be viewed by others from a "criminal" lens, instead of a "trauma"

lens.  This in turn may mean that the systems with which K.B. is involved will be

less likely to implement ICBS, and a child and family team, to keep K.B. in the

community so that his education and mental health needs can be met.   His

grandmother lacks confidence that his school or his mental health provider will

find solutions for K.B.  She predicts that he is going to jail.  I worry that his path

to adulthood will be the same path that has led the other youths to incarceration.

- K.B.'s situation is bleak.  Without ICBS, he may be on the same road to

  institutionalization and incarceration as the older youth whose cases I have

  reviewed.  (I wish that K.P. or M.B. had the opportunity to talk with K.B. about

  his future.)  With ICBS, there is hope for K.B.  A motivated team working

together can develop and monitor an effective plan for services and supports for

K.B., and mentor him as he learns how to break out of his current patterns of

responding to others, and develops more constructive ways to interact with the

world.

### *G.P.*

G.P. is an 18-year-old African-American female.  She uses the pronouns she, her, and

hers.  She is enrolled in the District's Medicaid program.  She resides with her mother, her

maternal grandmother, and two younger sisters in her (recently deceased) maternal grandfather's

home in Washington, D.C.

G.P. has many strengths.  Individuals who know her describe her as resourceful and

creative.  Although she told me that she does not like making friends, she has been able to

engage with others.  She is self-aware, and resilient.  She has strong relationships with her

mother and her sisters.  Her mother has been a strong advocate for her.  G.P. is also active in her

church, and has participated in school activities including cheerleading, flag football, and dance.

G.P. has participated in therapy, and her records indicate that she took therapy seriously,

including by practicing activities at home that her therapist suggested.  When she felt like she

needed support, she called her therapist and CBI worker.  She was not afraid to ask for help.

G.P. has many professional goals, including in cosmetology.  She is an avid reader of

self-help books.  She is working at the restaurant Ben's Next Door.  She also works with Real

Talk DC, a group of peer advocates for mental health and sexual health education affiliated with

the nonprofit Whitman Walker Health.  She has the confidence to speak about her mental health

needs, and wants to support others so that they can do the same.

45

G.P. has been diagnosed with unspecified anxiety disorder, which manifests in panic attacks, and post-traumatic stress disorder (PTSD).  Among the possible causes of her PTSD are her experiences with domestic violence and physical abuse in the family home, two sexual assaults outside the home, and repeated bullying at school.  She has expressed suicidal thoughts, and has engaged in self-harming behaviors.  She reports taking Zoloft for her anxiety "when she feels like she needs it," and has taken Trazodone for depression.  She also has asthma.

I have reviewed a number of records for G.P., including her records from Community Connections, which provides outpatient and community-based services to children and youth in the District.  I have spoken three times with G.P., for a total of almost three hours, and spoken three times with G.P.'s mother, for a total of about two and one half hours.

*Findings*

G.P. has always lived in her family home.  G.P.'s mother told me that her daughter had a "very normal" early childhood.  She met all of her developmental milestones, and was a good student during her early school years.

According to her records, G.P. witnessed incidents of domestic violence between her mother and father while she was growing up.  Her father also engaged in behavior that G.P. and her mother believe was physically abusive to G.P.

In 2010, G.P.'s parents divorced.  Her mother sought and received counseling for G.P. through her elementary school, where G.P. was experiencing bullying.  G.P.'s mother told me that the school counselor was a licensed therapist, and she hired her to provide counseling to G.P.  As G.P. entered middle school, her mother sought additional community-based services. At first, she, G.P. and G.P.'s sisters participated in family therapy through Family Matters,

46

another service provider that has operated in the District, in 2011.  Family Matters discontinued this service when G.P. was in eighth grade.

In 2017, her mother enrolled G.P. with Community Connections.  She thought G.P. needed help addressing her trauma, depression, and anxiety, including from witnessing her parents' relationship, and her own relationship with her father.  Community Connections assessed G.P.'s functioning, and recommended that she receive CBI and trauma-focused cognitive behavioral therapy (TF-CBT).  She received these services from Community Connections for about three years.

G.P. and her mother told me they felt a close connections with G.P.'s therapist and her CBI worker.  They reported a high degree of satisfaction with the Community Connections services.  Although they did not participate in a child and family team with fidelity to the ICBS/wraparound model, both G.P. and her mother felt that they were part of a team with G.P.'s therapist, her CBI worker, and her psychiatrist, who worked with G.P. on medication management.  According to records, G.P.'s therapist and CBI worker from Community Connections would meet her at her school and pull her out of class to provide therapeutic supports at school.  Sometimes they would take her off-campus to get something to eat.  G.P. trusted the team to share information with her mother, who was active in G.P.'s therapeutic process.  G.P. also felt that the team listened to her concerns about medications.

G.P.'s mother, who told me about her own mental health history, also received psychoeducation services focused on trauma from Community Connections, which helped her make the connection between the trauma G.P. experienced and her behavior.  She also participated in parenting and peer services through programs at Community Connections.  She reported that these supports were helpful, but that she did not continue with them after

Community Connections closed its office on Martin Luther King, Jr. Drive, and asked clients to go to its office at 801 Pennsylvania Avenue SE for outpatient services and programs.

After about three years, both G.P.'s therapist and her CBI worker left the agency. G.P. felt the loss of her Community Connections team. G.P. told me that she tried to work with other staff at Community Connections, but did not establish a trusted working relationship with any of them. She also said that she was always retelling her story, which made her relive her trauma. In 2019 she ended therapy services with Community Connections, although she continues to receive help with medication management from her psychiatrist.

G.P. attended Stuart Hobson Middle School, Eastern High School, and Coolidge High School in the District before graduating in 2020. Her mother reports that G.P. was a "solid C" student. G.P. reports being bullied at all three schools. She experienced significant anxiety about going to school, and panic attacks. G.P. was never evaluated for special education. She reports that she had a "504 plan" in middle school, but her mother did not remember this. G.P. told me that her 504 plan included accommodations for when she experienced anxiety and panic attacks, including allowing her Community Connections workers to come to the school to help her, but she does not think that school personnel understood her need for these accommodations, and said they would question whether she needed them. Eventually, G.P. withdrew from the District of Columbia Public Schools (DCPS), and was homeschooled by her mother for her senior year of high school. She feared that she would miss graduating with her class because she was homeschooled, but because of the COVID pandemic, no student had a typical high school graduation in 2020. G.P. participated virtually in a graduation ceremony last year that featured Michelle Obama.

G.P. experienced two sexual assaults when she was 15 years old, one at school, and one at a friend's house.  Talking about her feelings about these incidents was a significant aspect of her therapy at Community Connections.  G.P. has also made use of online therapeutic services from other providers.  She told me that on one occasion she called the District's "suicide helpline" to talk to someone.  She said that she was anxious and trying to avoid a panic attack, but was not suicidal.  The helpline dispatched the police to G.P.'s house to perform a "wellness check."  Because of this response, which she felt was an overreaction to her call for help, G.P. expressed hesitancy about calling this service again, although she continues to seek other supports online.

For years, G.P.'s mother and father have shared custody of G.P. and her sisters, with G.P. living with her mother and seeing her father on some weekends.  G.P. reports that she has a strained relationship with her father and his girlfriend, and so now that she is 18 she is considering not going to stay with them in the future.  She says that she has gone in the past to protect her younger sisters, who do not have a choice whether to stay with their father.

*Findings*

- **<u>Serious Emotional Disturbance:</u>**  I believe that G.P. has a serious emotional disturbance.  She is a survivor, but still experiences trauma associated with her relationship with her father, her sexual assault history, and the bullying she experienced in school.  She still has panic attacks and anxiety.  She was involved in trauma-focused cognitive behavioral therapy (TF-CBT) at Community Connections, but it is unclear whether this treatment effectively addressed her trauma around her father.  She still is vulnerable to self-harming behaviors.  One of her solutions to this behavior is to draw on her arms with colorful pencils,

49

instead of cutting them, but this is still a vulnerability, and she is not currently involved with counseling or a support group.  She also reports placing herself in risky sexual situations.

- **<u>Service History:</u>** G.P. has received outpatient services that were at least partially effective.  Both she and her mother seem to have had a good working relationship with her therapist and CBI worker from Community Connections.  They worked together over a number of years, and gave her some coping skills.  G.P. does not feel as though these services "got to the heart of the matter," the traumas that she has experienced.  The progress notes that I reviewed in G.P.'s records describe a psychoeducational approach between her therapist and CBI worker, including asking G.P. open-ended questions, making suggestions, and affirming G.P.'s responses.  This may have been helpful, and G.P. reports that she had a strong relationship with her CBI worker in particular.  When G.P.'s therapist and CBI worker both left Community Connections at about the same time, her relationship with them ended abruptly, without appropriate termination.  She was exposed to other Community Connections staff, but did not build a relationship with them.

- **<u>No Past ICBS:</u>** Although G.P.'s mother referred to G.P.'s therapist and CBI worker as her 'team,' G.P. has not received ICBS consistent with the wraparound approach.  Community Connections could have put together such a team, with G.P., her mother, her Community Connections staff, including her psychiatrist, other family members, and her peers who attended other schools, or peers from Real Talk DC, but this did not happen.  This was a missed opportunity.  G.P. had conflicts within the family home, with her sisters and her grandparents who lived

there, and outside the home, with her father and his girlfriend.  There were missed opportunities to use the child and family team approach to work with the family, and to strengthen their relationships with G.P. and with each other, which would have benefitted G.P.  Her family members were important natural supports who the child and family team could have asked to help support G.P. in addressing her traumas.  But this did not happen.

- **Need for ICBS:**  G.P. needs and would still benefit from ICBS.  Her child and family team could include professionals who are trained in trauma-informed approaches, and who work with adolescents who cope with their feelings through self-harming or risky behaviors.  Team members with trauma training could help G.P.'s mother and her other family members understand G.P.'s triggers, why she engages in the behavior she uses to cope with her triggers and traumas.  The team should also include informal supports who know the family, and are ready and willing to contribute the child and family's plan.  Family members and peers on the team can help the adults on the team better understand G.P.'s behavior. Team members can help build a big picture understanding of G.P.'s strengths and needs.  Information gained from all members can be used as part of a trauma-informed evaluation of G.P.'s and her family's, hopes, dreams, strengths, and underlying needs.  The child and family team could then use this evaluation to develop a service plan, which could include a trauma-informed therapeutic approach that is more consistent with the TF-CBT model.  The team would monitor success in meeting the child and family's plan and make adjustment to the plan when needed.

G.P. told me that she doesn't make friends easily.  A behavior coach could help her with building skills so that she can better navigate her community and build trust in and friendships with people who are outside of her family.

G.P. may also benefit from peer support groups.  She isolates herself because she does not believe that anyone else has had experiences that are similar to hers.  A support group of peers who have similar experiences, including with domestic violence or sexual assault, could help her normalize her understanding of her own experiences.

There were a couple of instances in the past when G.P. expressed that life was not worth living.  Her therapist and CBI worker asked her if she wanted to be hospitalized, and she said no.  G.P. is still vulnerable to anxiety and panic attacks that need to be addressed.  As she learns to navigate life, including its "ups and downs," her safety net should include being able to access mobile crisis services whenever she needs them.  Her child and family team can share their plan for G.P. with the mobile crisis services provider, to help coordinate emergency responses with G.T., her mother, and the team.

- **<u>No Risk of Institutionalization:</u>**  I do not believe that G.P. is currently at risk of institutionalization, because of the strong support system she has in her family, and because of the benefits she obtained from her therapeutic relationships with the Community Connections staff.  They listened to her, including when she expressed reluctance about taking medication, and that affirmed her.  Her mother has also been a strong advocate for her, at school and with her mental health providers.  For all of these reasons, G.P. has skills that should sustain her in the

community.  She has a level of self-awareness that should serve her well as she becomes more independent.

### *Trends Among the Youth*

I have noted the following trends among the five youth whose cases I reviewed:

- All of the youth are or have been enrolled in the District's Medicaid program.

- All of the youth have a serious emotional disturbance, as that term is defined in the District of Columbia regulation that is cited in the Complaint.

- All of the youth are Black/African American.  All of them attended elementary school in the District.  Four out of five of the youth received mental health services beginning in elementary school.

- All five youth were exposed to violence in their home, school, and community. Black youth who are exposed to violence are at a 25 percent greater risk for post-traumatic stress disorder (PTSD) than are other youth.  Black Americans are also more likely to be exposed to factors that increase the risk for developing a mental health condition, such as homelessness and exposure to violence.

- All of the youth's parents or caregivers requested an evaluation for special education services.  Four out of the five had accommodations through an individualized education program (IEP) plan or a "504 plan" beginning in elementary school.

- All of the youth have indicated that they wanted to harm themselves.  Two out of the five youth have been hospitalized at PIW or Children's National Hospital.

- All of the youth's parents and caregivers have expressed dissatisfaction with the mental health services being provided to their child.

- All of the youth have experienced parental neglect or rejection of one kind or another, experienced violence in the home and in the community, and have lacked a stable home and parental figures with whom they have a supportive relationship. All five youth lacked a stable father figure; where one was present, as with M.B., that individual constantly rejected him.  K.R.B. also experienced rejection from a father figure.  It does not seem as though any of the youth, with the possible exception of G.P., have received services that effectively addressed their traumas. G.P. received therapeutic services that came closest to meeting her needs, but they were disrupted when her therapist and Community Support worker left her provider agency, and she was not comfortable with the new staff who were assigned to her.

- As a general matter, what treatment the youth have received has not been effective.  Services have not been consistently delivered.  Based on the records I reviewed, when services were provided, they mostly consisted of outpatient "talk" therapy in the provider's office, or sometimes at school, instead of working with the youth in the community.  When provider staff went to the home, they did not address the root causes of the youth's behavior, including the traumas the youth experienced.  Services did not generally include working with a "natural support," a parent or other person in the youth's life who the youth has a connection with, to help them learn how to work through challenges, and navigate home, school, and the community.  Nor did services involve such individuals in developing a support plan, or to be involved in creating a "what could go wrong" plan to

address crises.  The results have been further isolation of youth within the family, and from a frustrated parent or caregiver.

Only G.P. had a different experience.  She had a parent who was interested in getting help for her daughter, and who participated in psychoeducation to learn about her daughter's behavioral responses to traumatic experiences, and how she might herself trigger her daughter's behaviors.  G.P. and her mother both described themselves and G.P.'s providers from Community Connections as a team.

- All of the youth have needed and still need ICBS, as defined in the Complaint. Through ICBS and the "wraparound" approach, services can be organized by a child and family team so that they are available to the youth within the home and the community, and take advantage of the family's informal helping system.  The team looks at the entire environment – the home, the school, and the community. The team creates a plan that is designed to keep the youth safe throughout the entire community. Some of the youth whose cases I reviewed have participated in team approaches, such as the DYRS TDM meetings.  But these meetings were provider-led and mostly concerned with placement within the DYRS system and did not follow the ICBS/wraparound child-and-family-*centered* model.  With rare exceptions, these teams did not include the youth, the parent or caregiver, and persons who know the youth (and whom the youth could choose), who could have helped identify the youth's strengths and helped support the youth.

- Youth who receive ICBS have a child and family team that assesses their strengths and needs, and then makes use of the youth's strengths to identify

formal services and natural supports that will meet the youth's needs.  In the records I reviewed, where "strengths" were identified they were mostly what I would call "inventory statements," or value statements such as "he's a good kid," or "he loves his parents."  They did not identify actual strengths – things the youth is good at doing, such as "he is good at electronics."  For the most part, strength statements in the records did not identify strengths that service providers could build on in the therapeutic process.  K.P. is good at electronics, but I did not see that anyone noticed this and tried to engage him in work, including paid work, as an electrician or with repairing electronic devices.  Further, some records indicated that the youth made progress on treatment goals, but did not identify the youth's strengths at all.  The "strengths" section of the evaluation form was blank. With respect to needs, clinicians seemed to be preoccupied with stopping the youth from behaving in destructive or concerning ways, which is good, but they did not work hard enough at understanding why the youth behaved in the way that they did – identifying the root causes for behavior, and how they related to what triggers the youth's concerning behavior.

- With the exception of G.P., providers have not effectively engaged the parents, guardians, or caretakers of the youth in work to help them understand the youth's behavior and underlying trauma, and to help them relate to the child at home in ways that are consistent with the therapeutic approaches being employed.  Where parents play some role in the child's life, but may not be consistently present, or may have played a role in traumas the child has experienced, as appropriate the

child and family team can engage in planning about how to bring the parent into the planning process, and into the child's life.

- Providers also have not effectively engaged school personnel who know the youth in participating in developing and monitoring the youth's service plan, and supporting the youth.  Teachers have a wealth of knowledge about how and why children and youth behave as they do, and about their conflicts with others.  They could be very valuable members of the youth's team, if they are invited to attend. But the teachers I spoke with told me they had never been invited to share their knowledge about a youth, or to attend a youth's child and family team meeting. They said it would have been helpful to be part of the planning process with the family. The District should encourage its behavioral health service providers to collaborate with the schools in the child and family teaming process.

- As noted above, the consistency of the mental health workforce working with the youth has to be addressed.  All of the youth told me that telling their story over and over to new staff was very painful.  The District's system should support behavioral health services providers so that they can retain workers, and understand how to match the right clinician or worker with the youth and family in the first place, to minimize later disruption.  Also, as noted above therapeutic approaches will not be successful unless clinicians are working with a parent or other significant family member who can carry out interventions with the youth that are consistent with the therapeutic approaches being employed.

- I did not see that mobile crisis teams consistently provided services to any of the youth that resolved crises in the community.  When G.P. contacted a hotline for

help when she was experiencing distress, police came to the house to the home. When mobile crisis was called to assist with K.P., the team helped transport him to the DBH Comprehensive Psychiatric Emergency Program.  For the other youth, I did not see reference to mobile crisis services in the records.  Two parents told me that they were not aware of the ChAMPS service, and that had they known would have taken advantage of the services.  G.P. also told me that she was not aware of ChAMPS; if she had known, she would have called ChAMPS to help her with anxiety or to avoid a panic attack.

- The youth have been harmed because they have not received ICBS.  They have not been successful in school.  Three of them have been under DYRS supervision, and have experienced multiple out-of-home placements, including in YSC, the District's detention facility for youth, and the D.C. Jail.

- Four of the youth – K.R.B., M.B., K.P., and K.B. – are at risk of institutionalization, through placement in residential treatment facilities or repeated hospitalizations.  Two of these youth are currently incarcerated; one was just released from the jail, and his housing situation appears to be unstable.  K.B. is also at risk of incarceration, or placement in a residential treatment facility. Only one of the youth whose cases I reviewed, G.P., is not currently institutionalized or incarcerated, and does not appear to be at risk of institutionalization or incarceration in the immediate future.

  For the most part, I did not see that any of the youth who were institutionalized benefitted from that placement, when they returned home or to the community.  I do not see that out-of-home residential placements resulted in changed behavior.

For K.R.B., M.B., and K.P., their multiple placements and the short time between them indicate to me that the youth did not benefit from the placements.  M.B. experienced one group home placement in which he began to thrive.  He built a positive relationship with the supervisor there, and with the Credible Messenger mentor who was working with him on employment and long-term housing.  All that ended when M.B. was notified that he would have to "step down" to another group home.   This disrupted relationships and deprived him of the benefits of those relationships.  He ran off, and then ended up detained again at YSC.

Cornelius R. Bird

Date   July 16, 2021

59

# APPENDIX A

# CORNELIUS R. BIRD

### Founder & CEO | Entrepreneur | Leader & Mentor | Innovator | Course Developer | Consultant

---

(678) 427-5600 

Atlanta, GA 

myrenebird@aol.com 

linkedin.com/in/corneliusbird 

## EXECUTIVE SUMMARY

Dynamic and solution-oriented professional making a positive impact across the World driving innovation, training & developing people from various different backgrounds, developing robust programs, managing & executing complex projects, improving processes, building high performing teams, and engaging with key stakeholders & partners. Strong leadership, communication, collaboration, organizational, time management, problem solving, team building, storytelling, and attention-to-detail skills.

---

## EDUCATIONAL BACKGROUND

**Graduate School of Education: Student Personnel Administration**
*Western Washington University*
Bellingham, WA [58 Credits: 1985]

**Bachelor of Arts in Anthropology**
*Western Washington University*
Bellingham, WA

**Associate of Arts**
*Pierce College*
Tacoma, WA

## AREAS OF EXPERTISE

Leadership & Mentoring
Diversity, Equity & Inclusion
Strategic Planning & Execution
Stakeholder Engagement
Budget Management
Project Management
Building Positive Relationships
Program Development
Designing Training Material
Course Development
Grant Writing
Administrative Support
Community Outreach
Supervising Employees
Client Satisfaction & Retention
Higher Education
Performing Assessments
Legal & Regulatory Compliance

## PROFESSIONAL EXPERIENCE

### FOUNDER & CEO
Bridging Information Resources and Design (Atlanta, GA) | February 1998 – Present

- Successfully facilitated over 100+ trainings and providing 1,000+ hours of field coaching while partnering with several child welfare, behavioral/mental health, and youth correction & probation professionals.
- Serve as the primary lead improving child and family outcomes through effective model engagement, assessments, collaboration, and strategic planning.
- Design training and coaching framework to help promote system reform efforts in Allegheny County, Arizona, District of Columbia, Georgia, Florida, Illinois, Indiana, Iowa, Kentucky, Missouri, New Jersey, New York, Oklahoma, Utah, Wisconsin and Wyoming.
- Develop strength and needs based curriculum for new hires, supervisors, and administrators.
  - Course topics include performance leadership, supervisor effectiveness, safety and risk interventions, individualized service/treatment planning, safety & crisis planning, cultural agility, transitional service, planning and intervening with families, making visits matter, and child & family team facilitation.

Key Accomplishments
- New Jersey DCF Fellows Program: Partnered in the development of the NJ Fellows program titled "Managing by Data to Improve Child Welfare Outcomes".

### ASSOCIATE
Child Welfare Institute (Atlanta, GA) | May 1993 – February 1998

- Recognized as a valuable leader who consistently performed well and made a positive impact across the organization, which led to being promoted from Director of Client Services to Associate.
- Identified user and human service requirements, developed robust curriculums, and effectively coach & prepared trainers to deliver trainings on custom designed Statewide Automated Child Welfare Information System (SACWIS) in Connecticut and Rhode Island.
- Led focus groups with child welfare administrators, supervisors, workers and families to develop reform solutions.

1

- Designed and implemented training programs for new and experienced child welfare personnel from different backgrounds.
- Provided organizational development and human resource consultation on child welfare matters.  Caseworker certification training in (The Model Approach in Partnerships in Parenting Programs) foster parent training and certification.
- Supported day to day business operations that included performing front-end marketing/sells of CWI training & organization development services, crafting cost proposals & work plans for state, local and private agencies.
- Ensured that training and consultation services were completed according always in a timely manner.
- Oversaw client services, contracts, program coordination, editorial production, publications, and shipping services.

## PROJECT DIRECTOR, CHILDREN AND FAMILY SERVICE TRAINING ACADEMY

Western Washington University (Bellingham, WA) | February 1991 – May 1993

- Managed the university-based training academy for public child welfare caseworkers and home support staff employed with the Division of Children and Families Services.
- Responsible for coaching & training faculty and consultant staff, implementing child abuse and neglect new worker core & advance training programs, and ensuring policies & procedures were being followed.
- Served as a liaison with State, Tribes, and Federal agencies regarding child maltreatment issues.
- Conducted consultations geared towards child abuse and neglect, caseworker core training, diversity, and child welfare supervision.

## PROGRAM COORDINATOR

Washington State Employment Security (Olympia, WA) | April 1986 – April 1991

- Managed the university-based training academy for public child welfare caseworkers and home support staff employed with the Division of Children and Families Services.  Supported the Job Service Center staff by providing technical assistance, training, and enhancing the employment service program.
- Coached and mentored trainers from various backgrounds through goal-setting workshops helping improve their leadership capabilities and counseling skills.
- Collaborated with leaders across the organization on task forces with strategic planning and policy analysis.
- Valuable contributor of the development of programs, policies, employment training, case management services, and job placement for the Family Independence Program (WA State Welfare Reform Project).
- Developed the framework for a basic skills employment training program which was critical to the Employment Security Department of the State's Higher Education system.

Key Accomplishments

- New Jersey DCF Fellows Program: Partnered in the development of the NJ Fellows program titled "Managing by Data to Improve Child Welfare Outcomes". Produced a report on the state's JTPA youth programs.  The report, "Statewide Overview of JTPA Youth Services", is a descriptive piece of research which describes JTPA youth services and highlights programs serving at-risk youth.
- Wrote a successful Title III discretionary proposal ($1,000,000) to address training and retraining needs of workers dislocated from the wood products industries.

## COURSES DEVELOPED

- o  Quality Supervision
- o  Supervisory Effectiveness Training
- o  Developing Working Agreements
- o  Performance Coaching
- o  Advance Safety Planning for Child Welfare Workers
- o  Building Trust Based Relationships with Family
- o  Facilitating Family Team Meeting with Families with DV History
- o  Facilitating Child and Family Team Meeting
- o  Assessment and Understanding
- o  Managing by Data to Improve Outcomes for Children and Families
- o  Solution Focused Supervision
- o  Enhancing Quality Supervision
- o  Essential in the Quality Review Process
- o  Planning and Intervening with Families
- o  Making Visits Matter

**COORDINATOR OF YOUTH PROGRAMS**

Oregon Human Development Corporation (Hillsboro, OR) | September 1985 – April 1986
- Responsible for managing the JTPA, Title II-A and Title II-B youth employment program, supervising staff, writing grants, developing programs, performing community outreach, and ensuring department expenses aligned with the budget.

**LEAD COUNSELOR/FACILITATOR**

The Shelter Domestic Violence Resource Center (Portland, OR) | November 1985 – April 1986
- Designed, developed and implemented an anger management program for men who have a pattern or tendency towards violence. [95% of the group membership were court referrals]
- Provided individual and couple counseling that included writing reports to the courts and other therapists.

**BIOFEEDBACK TRAINER AND CLINICIAN**

Portland Pain Clinic, Emmanuel Hospital (Portland, OR) | June 1985 – April 1986
- Worked closely with the pain center team helping address & resolve patient needs in relaxation, electromyography, electrodermography, temperature training biofeedback, and teach stress management courses.

**BIOFEEDBACK TRAINER**

Biofeedback and Stress Management Center, Western Washington University (Bellingham, WA) | September 1984 – June 1985
- Conducted electromyography, electrodermography, and temperature training biofeedback. Dealt with a variety of stress-related illness among the student population in addition to teaching stress management classes.

**EDUCATION COORDINATOR**

The Evergreen State College, Upward Bound (Olympia, WA) | October 1979 – October 1985
- Held multiple roles such as Education Coordinator, Freshman Level College Instructor and Resident Hall Director making a positive impact on the students while always maintaining a high-level professionalism.
- Trained and supervised academic year tutorial, summer residence, and counseling team members. Tested and assessed student academic needs and developed individualized academic programs.
- Assisted with the preparation of federal grants with the Department of Education, Department of Agriculture, and Summer Youth Employment and Training programs sponsored through the Job Training Partnership Act.

**RESEARCH ASSISTANT AND DATA PLOTTER**

Department of Human Development (Tacoma, WA) | March 1979 – October 1979
- Researched and implemented the Social Indicator Project to produce a social profile of Tacoma by census tract.  Provided administrative support that included grant writing and compliance monitoring.

**DIRECTOR**

The Diagnostic Motivation Program, Tacoma Urban League (Tacoma, WA) | November 1978 – March 1979
- Managed the counseling, instructional and support staff in addition to overseeing all grants, and department budget.
- Worked closely with dropouts regarding their reentry back to school through providing life & transitional counseling services and GED preparation.

**ITERIM DIRECTOR**

Pierce College, Minority Affairs Department (Tacoma, WA) | May 1978 – September 1978
- Provided counseling and academic advising to students while leading a team of minority student advisors. Managed the minority recruitment program and compiled a comprehensive listing of financial aid resources for minority students.
- Served as the Minority Student Advisor partnering with the African American Student Advisor helping provide assistance to African American students to achieve academic and personal success.

## ADDITIONAL EXPERIENCE, EDUCATION & TRAINING

⇒ Life Coach [March 2018 – Present]
⇒ Managing and Leading Through Data [Jan 2011 – July 2012]
⇒ Quality Service Reviewer and Trainer [1999 to Present]
⇒ Church School Superintendent (MZ AME Church) [2010 to Present]

3

⇒ Family Team Meeting Facilitator and Master Coach [1998 to Present]

⇒ Men's Group Facilitator (Domestic Violence) [1983 to Present]

⇒ Contributing Author "Guideline to Facilitating Family Team Meeting (Domestic Violence) [2003]

⇒ Excellence in Training, University of Dundee, Dundee Scotland [1992]

⇒ Life Centered Learning, Consultant [January 1984 - August 1985]

⇒ Towards a Positive Pluralism, President [January 1984 -May 1993]

⇒ Western Washington University; Biofeedback & Stress Management Center, Practitioner, Bellingham, Washington [1985]

⇒ Fairhaven School of Massage:  Bellingham, WA [1985]

⇒ Trager Institute for Psychophysical Integration:  Mill Valley, CA [1985]

⇒ The Western Foundation, Inc., Graduate Intern, Western Washington University [January 1984 - June 1984]

⇒ National Youth Professionals' Institute [1987 − 1988]

⇒ Pure Arts Associates (Promotion Agency), Vice President:  Tacoma, WA [May 1978 - September 1981]

⇒ Anthropology Department, Western Washington State College, Teaching Assistant [1976]

⇒ Resource staff to the Training and Retraining Task Force, Washington State Economic Development Board [1987]

# APPENDIX B

## List of Documents Reviewed

| Study Participant | Beg. Bates | End Bates | Agency Name | Doc.Type/Name | Date |
|---|---|---|---|---|---|
| G.P. | MJ-PL-00061997 | MJ-PL-00061997 | FACETS Medical Claim | Medical Claim Details | 03/19/2021 |
| G.P. | MJ-PL-00061998 | MJ-PL-00061998 | FACETS Medical Claim | Medical Claim Details | 03/19/2021 |
| G.P. | MJ-PL-00061999 | MJ-PL-00061999 | FACETS Medical Claim | Medical Claim Details | 03/19/2021 |
| G.P. | MJ-PL-00062000 | MJ-PL-00062000 | FACETS Medical Claim | Medical Claim Details | 03/19/2021 |
| G.P. | MJ-PL-00062001 | MJ-PL-00062001 | FACETS Medical Claim | Medical Claim Details | 03/19/2021 |
| G.P. | MJ-PL-00062002 | MJ-PL-00062007 | Excel Spreadsheet | Pharmaceutical Report | Undated |
| G.P. | MJ-PL-00062008 | MJ-PL-00062249 | Bazelon et al. Request for Records | Multiple Records Submitted (242 pages) | 03/15/2021 |
| G.P. | MJ-PL-00062250 | MJ-PL-00062335 | Community Connections | Multiple Records Submitted (86 pages) | 2018 |
| G.P. | MJ-PL-00062336 | MJ-PL-00062603 | Request for Records | Multiple Records Submitted (268 pages) | 2019 |
| G.P. | MJ-PL-00065011 | MJ-PL-00065011 | Stuart Hobson MS | Test Scale | 2011-2014 |
| G.P. | MJ-PL-00065012 | MJ-PL-00065012 | DC Public Schools, Multiple | Enrollment Record | Multiple |
| G.P. | MJ-PL-00065013 | MJ-PL-00065013 | Unspecified | Instructional Days Present | Undated |
| G.P. | MJ-PL-00065014 | MJ-PL-00065014 | Unspecified | Instructional Days Present | Undated |
| G.P. | MJ-PL-00065015 | MJ-PL-00065015 | Coolidge High School | Instructional Days Present | Undated |
| G.P. | MJ-PL-00065016 | MJ-PL-00065016 | DC Public Schools, Multiple | Enrollment Record | 2014-2018 |
| G.P. | MJ-PL-00065017 | MJ-PL-00065017 | DC Public Schools, Multiple | Enrollment Record | 2014-2019 |
| G.P. | MJ-PL-00065018 | MJ-PL-00065018 | Unspecified | Unspecified | 2017-18 |
| K.R.B. | MJ-PL-00039238 | MJ-PL-00039238 | DYRS | Service Tracker | 10/3/2019 |
| K.R.B. | MJ-PL-00039239 | MJ-PL-00039240 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 01/10/2011 |
| K.R.B. | MJ-PL-00039241 | MJ-PL-00039242 | DC Public Schools Office of Special Education | Multidisciplinary Team Meeting Notes | 03/18/2014 |
| K.R.B. | MJ-PL-00039243 | MJ-PL-00039244 | DC Public Schools Office of Special Education | Manifestation Determination Worksheet | 03/30/2015 |
| K.R.B. | MJ-PL-00039245 | MJ-PL-00039247 | DC Public Schools Office of Special Education | Multidisciplinary Team Meeting Notes | 11/05/2012 |
| K.R.B. | MJ-PL-00039248 | MJ-PL-00039251 | DC Public Schools Office of Special Education | Manifestation Determination Worksheet | 04/27/2015 |
| K.R.B. | MJ-PL-00039252 | MJ-PL-00039254 | DC Public Schools Office of Special Education | IEP Team Meeting Agenda Notes | 06/08/2015 |
| K.R.B. | MJ-PL-00039255 | MJ-PL-00039263 | DC Public Schools Office of Special Education | Review of Independent Educational Evaluation | 06/03/15 |

| K.R.B. | MJ-PL-00039264 | MJ-PL-00039272 | DC Public Schools Office of Special Education | Review of Independent Educational Evaluation | 06/03/2015 |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00039273 | MJ-PL-00039274 | DC Public Schools Office of Special Education | Multidisciplinary Team Meeting Notes | 12/17/2014 |
| K.R.B. | MJ-PL-00039275 | MJ-PL-00039275 | DC Public Schools Office of Special Education | Consent for Medicaid Reimbursement | 03/15/11 |
| K.R.B. | MJ-PL-00039276 | MJ-PL-00039277 | DC Public Schools Office of Special Education | Multidisciplinary Team Meeting Notes | 10/03/2013 |
| K.R.B. | MJ-PL-00039278 | MJ-PL-00039282 | DC Public Schools Office of Special Education | Manifestation Determination Review | 01/28/2015 |
| K.R.B. | MJ-PL-00039283 | MJ-PL-00039284 | CW Harris Elementary School | Educational Evaluation | 03/15/2012 |
| K.R.B. | MJ-PL-00039285 | MJ-PL-00039287 | CW Harris Elementary School | Educational Evaluation | 03/15/2012 |
| K.R.B. | MJ-PL-00039288 | MJ-PL-00039289 | CW Harris Elementary School | Educational Evaluation (upside down scan) | 03/15/2012 |
| K.R.B. | MJ-PL-00039290 | MJ-PL-00039291 | CW Harris Elementary School | Educational Evaluation (upside down scan) | 03/15/2012 |
| K.R.B. | MJ-PL-00039292 | MJ-PL-00039293 | CW Harris Elementary School | Educational Evaluation (upside down scan) | 03/15/2012 |
| K.R.B. | MJ-PL-00039294 | MJ-PL-00039295 | CW Harris Elementary School | Educational Evaluation (upside down scan) | 03/15/2012 |
| K.R.B. | MJ-PL-00039296 | MJ-PL-00039299 | DC Public Schools Office of Special Education | Settlement Agreement | 04/27/2015 |
| K.R.B. | MJ-PL-00039300 | MJ-PL-00039300 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 04/27/2015 |
| K.R.B. | MJ-PL-00039301 | MJ-PL-00039301 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 12/17/2014 |
| K.R.B. | MJ-PL-00039302 | MJ-PL-00039303 | DC Public Schools Office of Special Education | Prior Written Notice | 01/10/2011 |
| K.R.B. | MJ-PL-00039304 | MJ-PL-00039305 | DC Public Schools Office of Special Education | Prior Written Notice | 11/05/2012 |
| K.R.B. | MJ-PL-00039306 | MJ-PL-00039306 | DC Public Schools Office of Special Education | Student Participant Written Input Form | 11/29/2018 |
| K.R.B. | MJ-PL-00039307 | MJ-PL-00039308 | Unspecified | Tips Transition Planning-Guide Student & Family Interview | 11/29/2018 |
| K.R.B. | MJ-PL-00039309 | MJ-PL-00039309 | Unspecified | Extended School Year Services Eligibility Worksheet | 06/08/15 |
| K.R.B. | MJ-PL-00039310 | MJ-PL-00039310 | Unspecified | Extended School Year Services Eligibility Worksheet | 11/24/2018 |
| K.R.B. | MJ-PL-00039311 | MJ-PL-00039311 | Unspecified | Eligibility Category Worksheet | 11/29/2018 |
| K.R.B. | MJ-PL-00039312 | MJ-PL-00039313 | Unspecified | Eligibility Category Worksheet | 11/30/2018 |
| K.R.B. | MJ-PL-00039314 | MJ-PL-00039314 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 12/17/2014 |
| K.R.B. | MJ-PL-00039315 | MJ-PL-00039319 | DC Public Schools Office of Special Education | Disability Worksheet: Specific Learning Disablity | 12/18/2014 |
| K.R.B. | MJ-PL-00039320 | MJ-PL-00039324 | DC Public Schools Office of Special Education | Disability Worksheet: Specific Learning Disablity | 6/8/2015 |

| K.R.B. | MJ-PL-00039325 | MJ-PL-00039329 | DC Public Schools Office of Special Education | Disability Worksheet: Specific Learning Disablity | 5/15/2018 |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00039330 | MJ-PL-00039334 | DC Public Schools Office of Special Education | Disability Worksheet: Specific Learning Disablity | 3/26/2012 |
| K.R.B. | MJ-PL-00039335 | MJ-PL-00039338 | DC Public Schools Office of Special Education | IEP Progress Report — Annual Goals | 4/2/2015 |
| K.R.B. | MJ-PL-00039339 | MJ-PL-00039342 | DC Public Schools Office of Special Education | IEP Progress Report — Annual Goals | 2/3/2011 |
| K.R.B. | MJ-PL-00039343 | MJ-PL-00039347 | DC Public Schools Office of Special Education | IEP Progress Report — Annual Goals | 11/10/2010 |
| K.R.B. | MJ-PL-00039348 | MJ-PL-00039361 | DC Public Schools Office of Special Education | Psychological Evaluation | 6/15/2009 |
| K.R.B. | MJ-PL-00039362 | MJ-PL-00039365 | Unspecified | Manifestation Meeting Notes | 12/18/2015 |
| K.R.B. | MJ-PL-00039366 | MJ-PL-00039366 | Unspecified | Extended School Year Services Eligibility Worksheet | 12/18/2015 |
| K.R.B. | MJ-PL-00039367 | MJ-PL-00039368 | Friendship PCS Collegiate Academy | Disability Worksheet: Multiple Disablities | 10/15/2015 |
| K.R.B. | MJ-PL-00039369 | MJ-PL-00039370 | DYRS | Service Tracker | 1/3/2020 |
| K.R.B. | MJ-PL-00039371 | MJ-PL-00039371 | DYRS | Service Tracker | 1/3/2020 |
| K.R.B. | MJ-PL-00039372 | MJ-PL-00039372 | DYRS | Service Tracker | 2/3/2020 |
| K.R.B. | MJ-PL-00039373 | MJ-PL-00039373 | DYRS | Service Tracker | 3/2/2020 |
| K.R.B. | MJ-PL-00039374 | MJ-PL-00039374 | DYRS | Service Tracker | 11/1/2019 |
| K.R.B. | MJ-PL-00039375 | MJ-PL-00039375 | DYRS | Service Tracker | 11/1/2019 |
| K.R.B. | MJ-PL-00039376 | MJ-PL-00039376 | DYRS | Service Tracker | 12/3/2019 |
| K.R.B. | MJ-PL-00039377 | MJ-PL-00039377 | DYRS | Service Tracker | 12/3/2019 |
| K.R.B. | MJ-PL-00039378 | MJ-PL-00039384 | DC Public Schools | Transcript | 2/3/2020 |
| K.R.B. | MJ-PL-00039385 | MJ-PL-00039388 | DYRS | Student Participant Written Input Form | 11/18/2019 |
| K.R.B. | MJ-PL-00039389 | MJ-PL-00039397 | DYRS | Casey Life Skills Assessment | 11/26/2019 |
| K.R.B. | MJ-PL-00039398 | MJ-PL-00039402 | Unspecified | Kuder Career Interests Assessment | 7/2/2019 |
| K.R.B. | MJ-PL-00039403 | MJ-PL-00039405 | Maya Angelou Academy | Woodstock Johnston IV Test of Achievement | 11/26/2019 |
| K.R.B. | MJ-PL-00039406 | MJ-PL-00039406 | Unspecified | Extended School Year Services Eligibility Worksheet | 12/2/2019 |
| K.R.B. | MJ-PL-00039407 | MJ-PL-00039407 | DYRS | IEP Team Mandatory Participant Excusal Form | 11/18/2019 |
| K.R.B. | MJ-PL-00039408 | MJ-PL-00039408 | DYRS | Adult Student Letter of Invitation IEP Meeting | 2/3/2020 |
| K.R.B. | MJ-PL-00039409 | MJ-PL-00039410 | DYRS | Prior Written Notice Other Notice FAPE | 1/19/2021 |

| K.R.B. | MJ-PL-00039411 | MJ-PL-00039411 | DC Public Schools Office of Special Education | Individualized Education Program | 12/3/2018 |
|--------|----------------|----------------|-----------------------------------------------|----------------------------------|-----------|
| K.R.B. | MJ-PL-00039412 | MJ-PL-00039412 | DC Public Schools | Individualized Education Program | 10/26/2009 |
| K.R.B. | MJ-PL-00039413 | MJ-PL-00039413 | DC Public Schools Office of Special Education | Individualized Education Program | 12/18/2014 |
| K.R.B. | MJ-PL-00039414 | MJ-PL-00039423 | DC Public Schools Office of Special Education | Individualized Education Program | 12/18/2014 |
| K.R.B. | MJ-PL-00039424 | MJ-PL-00039424 | DC Public Schools Office of Special Education | Individualized Education Program | 1/10/2011 |
| K.R.B. | MJ-PL-00039425 | MJ-PL-00039426 | DC Public Schools Office of Special Education | Individualized Education Program | 1/10/2011 |
| K.R.B. | MJ-PL-00039427 | MJ-PL-00039427 | DC Public Schools Office of Special Education | Individualized Education Program | 10/27/2017 |
| K.R.B. | MJ-PL-00039428 | MJ-PL-00039444 | DC Public Schools Office of Special Education | IEP Transfer of Educational Rights | 10/27/2017 |
| K.R.B. | MJ-PL-00039445 | MJ-PL-00039445 | DC Public Schools Office of Special Education | Individualized Education Program | 10/27/2017 |
| K.R.B. | MJ-PL-00039446 | MJ-PL-00039446 | DC Public Schools Office of Special Education | Individualized Education Program | 5/15/2018 |
| K.R.B. | MJ-PL-00039447 | MJ-PL-00039447 | DC Public Schools Office of Special Education | Individualized Education Program | 11/5/2012 |
| K.R.B. | MJ-PL-00039448 | MJ-PL-00039448 | DC Public Schools Office of Special Education | Individualized Education Program | 10/3/2013 |
| K.R.B. | MJ-PL-00039449 | MJ-PL-00039449 | DC Public Schools Office of Special Education | Individualized Education Program | 10/3/2013 |
| K.R.B. | MJ-PL-00039450 | MJ-PL-00039450 | DC Public Schools Office of Special Education | Individualized Education Program | 6/8/2015 |
| K.R.B. | MJ-PL-00039451 | MJ-PL-00039451 | DC Public Schools Office of Special Education | Individualized Education Program | 3/8/2014 |
| K.R.B. | MJ-PL-00039452 | MJ-PL-00039453 | DCPS Youth Services | Student Service Alignment Plan | 5/31/2016 |
| K.R.B. | MJ-PL-00039454 | MJ-PL-00039454 | DC Public Schools Office of Special Education | Letter of Invitation to a Meeting | 3/27/2012 |
| K.R.B. | MJ-PL-00039455 | MJ-PL-00039455 | DC Public Schools Office of Special Education | Draft Eligibility Determination Report | 5/15/2018 |
| K.R.B. | MJ-PL-00039456 | MJ-PL-00039456 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 6/8/2015 |
| K.R.B. | MJ-PL-00039457 | MJ-PL-00039464 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 6/8/2015 |
| K.R.B. | MJ-PL-00039465 | MJ-PL-00039474 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 4/12/2012 |
| K.R.B. | MJ-PL-00039475 | MJ-PL-00039475 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 3/12/2012 |
| K.R.B. | MJ-PL-00039476 | MJ-PL-00039476 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 3/13/2012 |
| K.R.B. | MJ-PL-00039477 | MJ-PL-00039477 | Friendship PCS Collegiate Academy | Manfestation Determination | 10/15/2015 |
| K.R.B. | MJ-PL-00039478 | MJ-PL-00039478 | DYRS | Individualized Education Program | 12/2/2019 |

| K.R.B. | MJ-PL-00039479 | MJ-PL-00039479 | DYRS | Individualized Education Program | 12/14/2019 |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00039480 | MJ-PL-00039480 | DYRS | Service Tracker | 10/18/2019 |
| K.R.B. | MJ-PL-00039481 | MJ-PL-00039508 | DC Public Schools Division of Special Education | Progress Report | 5/11/2009 |
| K.R.B. | MJ-PL-00039509 | MJ-PL-00039537 | DC Public Schools Office of Special Education | IEP Progress Report — Annual Goals | 6/21/2010 |
| K.R.B. | MJ-PL-00039538 | MJ-PL-00039581 | DC Public Schools Office of Special Education | Prior Written Notice Identification | 3/19/2012 |
| K.R.B. | MJ-PL-00039582 | MJ-PL-00039604 | DC Public Schools Office of Special Education | IEP Progress Report — Annual Goals | 6/17/2013 |
| K.R.B. | MJ-PL-00039605 | MJ-PL-00039620 | DC Public Schools Office of Special Education | IEP Progress Report — Annual Goals | 6/18/2014 |
| K.R.B. | MJ-PL-00039621 | MJ-PL-00039656 | DC Public Schools Office of Special Education | Service Tracker | 6/19/2015 |
| K.R.B. | MJ-PL-00039657 | MJ-PL-00039716 | DC Public Schools Office of Special Education | Service Tracker | 6/2/2016 |
| K.R.B. | MJ-PL-00039717 | MJ-PL-00039734 | DYRS | Service Tracker | 7/5/2017 |
| K.R.B. | MJ-PL-00039735 | MJ-PL-00039823 | DC Public Schools Office of Special Education | Service Tracker | 6/4/2018 |
| K.R.B. | MJ-PL-00039824 | MJ-PL-00039859 | DYRS | IEP Progress Report — Annual Goals | 7/10/2019 |
| K.R.B. | MJ-PL-00039860 | MJ-PL-00039891 | DYRS | IEP Progress Report — Annual Goals | 6/2/2020 |
| K.R.B. | MJ-PL-00039892 | MJ-PL-00039894 | DC Public Schools Office of Special Education | Eligibility Category Worksheet | 11/3/2018 |
| K.R.B. | MJ-PL-00039895 | MJ-PL-00039896 | DC Public Schools Office of Special Education | Extended School Year Services Eligibility Worksheet | 11/6/2018 |
| K.R.B. | MJ-PL-00039897 | MJ-PL-00039901 | DC Public Schools Office of Special Education | Functional Behavioral Assessment | 5/19/2015 |
| K.R.B. | MJ-PL-00039902 | MJ-PL-00039906 | DC Public Schools Office of Special Education | Functional Behavioral Assessment | 5/19/2015 |
| K.R.B. | MJ-PL-00039907 | MJ-PL-00039911 | DC Public Schools Office of Special Education | Confidential Data Summary Report | 4/30/2018 |
| K.R.B. | MJ-PL-00047486 | MJ-PL-00047551 | Department of Behavioral Health | Request for Records, K.R.B. (66 pages) | 12/1/2020 |
| K.R.B. | MJ-PL-00047610 | MJ-PL-00047684 | Department of Behavioral Health | Records for K.R.B. (75 pages) | 11/27/2020 |
| K.R.B. | MJ-PL-00047760 | MJ-PL-00047815 | Department of Behavioral Health | Records for K.R.B. (56 pages) | 11/27/2020 |
| K.R.B. | MJ-PL-00047872 | MJ-PL-00047949 | Department of Behavioral Health | Records for K.R.B. (78 pages) | 11/27/2020 |
| K.R.B. | MJ-PL-00048028 | MJ-PL-00048088 | Department of Behavioral Health | Records for K.R.B. (61 pages) | 11/27/2020 |
| K.R.B. | MJ-PL-00048150 | MJ-PL-00048224 | Department of Behavioral Health | Records for K.R.B. (75 pages) | 11/27/2020 |
| K.R.B. | MJ-PL-00048300 | MJ-PL-00048368 | Department of Behavioral Health | Records for K.R.B. (69 pages) | 11/27/2020 |
| K.R.B. | MJ-PL-00048438 | MJ-PL-00048477 | MBI Health Service LLC | Records for K.R.B. (40 pages) | 2017 |

| | | | | | |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00051268 | MJ-PL-00051312 | DC Public Schools Office of Special Education | Psychological Evaluation | 5/14/2009 |
| K.R.B. | MJ-PL-00051313 | MJ-PL-00051357 | DC Public Schools Office of Special Education | Psychological Evaluation | 5/14/2009 |
| K.R.B. | MJ-PL-00051358 | MJ-PL-00051386 | DC Public Schools Office of Special Education | IEP Progress Report — Annual Goals | 6/21/2010 |
| K.R.B. | MJ-PL-00051387 | MJ-PL-00051406 | DC Public Schools Office of Special Education | Prior Written Notice | 1/10/2011 |
| K.R.B. | MJ-PL-00051407 | MJ-PL-00051453 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 5/11/2009 |
| K.R.B. | MJ-PL-00051454 | MJ-PL-00051479 | DC Public Schools Office of Special Education | IEP Progress Report — Annual Goals | 6/17/2013 |
| K.R.B. | MJ-PL-00051480 | MJ-PL-00051517 | DC Public Schools Office of Special Education | IEP Progress Report — Annual Goals | 6/18/2014 |
| K.R.B. | MJ-PL-00051518 | MJ-PL-00051629 | DC Public Schools Office of Special Education | Service Tracker, IEP, Multiple Documents (112 Pages) | 6/19/2015 |
| K.R.B. | MJ-PL-00051630 | MJ-PL-00051665 | DC Public Schools Office of Special Education | Service Tracker, IEP, Multiple Documents (36 Pages) | 6/2/2016 |
| K.R.B. | MJ-PL-00051666 | MJ-PL-00051670 | DC Public Schools Office of Special Education | Service Tracker, Sign in Sheet | 1/4/2017 |
| K.R.B. | MJ-PL-00051671 | MJ-PL-00051768 | DC Public Schools Office of Special Education | Service Tracker, IEP, Multiple Documents (98 pages) | 6/4/2018 |
| K.R.B. | MJ-PL-00051769 | MJ-PL-00051809 | DC Public Schools Office of Special Education | Service Tracker, Multiple Documents (41 pages) | 1/2/2019 |
| K.R.B. | MJ-PL-00055462 | MJ-PL-00055472 | The Bazelon Center, et al. | Agreement to Participate | 10/19/2020 |
| K.R.B. | MJ-PL-00055473 | MJ-PL-00055477 | Government of the District of Columbia | Intake Interview New Beginning | 12/28/2016 |
| K.R.B. | MJ-PL-00055478 | MJ-PL-00055478 | DYRS | Housing Assignment Form | 3/21/2019 |
| K.R.B. | MJ-PL-00055479 | MJ-PL-00055480 | Superior Court of the District of Columbia | Order for Custody | 4/29/2019 |
| K.R.B. | MJ-PL-00055481 | MJ-PL-00055481 | DYRS | Notice of Zero Tolerance of Harassment | 3/21/2019 |
| K.R.B. | MJ-PL-00055482 | MJ-PL-00055483 | Government of the District of Columbia | Interstate Compact for Placement of Children Transmittal Sheet | 6/17/2016 |
| K.R.B. | MJ-PL-00055484 | MJ-PL-00055485 | Superior Court of the District of Columbia | Notice of Intent - NOI to Recommend Commitment | 4/7/2016 |
| K.R.B. | MJ-PL-00055486 | MJ-PL-00055488 | Baltimore County Public Schools | Invoice to DYRS | 10/24/2016 |
| K.R.B. | MJ-PL-00055489 | MJ-PL-00055490 | DYRS | Uninalysis Referral Form | 6/20/2019 |
| K.R.B. | MJ-PL-00055491 | MJ-PL-00055491 | DYRS | Letter of Introduction by Care Coordinator | 5/30/2019 |
| K.R.B. | MJ-PL-00055492 | MJ-PL-00055494 | DYRS | Memorandum: Notice of Youth Release | 2/19/2020 |
| K.R.B. | MJ-PL-00055495 | MJ-PL-00055495 | DC Metro | Metro Card with $28 balance | 3/12/2020 |
| K.R.B. | MJ-PL-00055496 | MJ-PL-00055500 | Unspecified | Structured Decision Making | Undated |
| K.R.B. | MJ-PL-00055501 | MJ-PL-00055505 | Unspecified | Structured Decision Making | Undated |

| K.R.B. | MJ-PL-00055506 | MJ-PL-00055506 | DYRS | Community Status Review Request | 3/24/2020 |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00055507 | MJ-PL-00055510 | Friendship PCS Collegiate Academy | Report Card | 2015-16 |
| K.R.B. | MJ-PL-00055511 | MJ-PL-00055511 | District of Columbia Department of Health | Certificate of Live Birth | 4/16/2004 |
| K.R.B. | MJ-PL-00055512 | MJ-PL-00055516 | Government of the District of Columbia | Intake Interview New Beginning | 7/18/2016 |
| K.R.B. | MJ-PL-00055517 | MJ-PL-00055517 | DYRS | Releae Authorization and Contact | 2/27/2020 |
| K.R.B. | MJ-PL-00055518 | MJ-PL-00055532 | DYRS | Memorandum: Notice of Youth Release | 2/19/2020 |
| K.R.B. | MJ-PL-00055533 | MJ-PL-00055536 | DC Metropolitan Police Department | Juvenile Arrest #JU1740441 - R1 | 9/27/2017 |
| K.R.B. | MJ-PL-00055537 | MJ-PL-00055538 | Superior Court of the District of Columbia | Notice to DYRS and CSS of Disposition | 5/1/2019 |
| K.R.B. | MJ-PL-00055539 | MJ-PL-00055539 | DYRS | Memorandum: Case Closure | 10/26/2017 |
| K.R.B. | MJ-PL-00055540 | MJ-PL-00055540 | Superior Court of the District of Columbia | Notice of Intent - NOI to Recommend Commitment | 04/08/2016 |
| K.R.B. | MJ-PL-00055541 | MJ-PL-00055541 | Unspecified | Pixelated Photo Scan of Young Black Male | Undated |
| K.R.B. | MJ-PL-00055542 | MJ-PL-00055542 | Unspecified | Pixelated Photo Scan of Young Black Male | Undated |
| K.R.B. | MJ-PL-00055543 | MJ-PL-00055543 | Unspecified | Pixelated Photo Scan of Young Black Male | 6/4/2019 |
| K.R.B. | MJ-PL-00055544 | MJ-PL-00055545 | Government of the District of Columbia | Unusal Incident Report | 4/1/2017 |
| K.R.B. | MJ-PL-00055546 | MJ-PL-00055547 | Government of the District of Columbia | Unusal Incident Report | 4/9/2017 |
| K.R.B. | MJ-PL-00055548 | MJ-PL-00055549 | DYRS | Request for Withdrawel of a Custody Order | 4/4/2017 |
| K.R.B. | MJ-PL-00055550 | MJ-PL-00055551 | DYRS | Request for Withdrawel of a Custody Order | 4/2/2017 |
| K.R.B. | MJ-PL-00055552 | MJ-PL-00055553 | Government of the District of Columbia | Unusal Incident Report | 4/9/2017 |
| K.R.B. | MJ-PL-00055554 | MJ-PL-00055555 | Superior Court of the District of Columbia | Restrictive Commitment to DYRS | 5/27/2016 |
| K.R.B. | MJ-PL-00055556 | MJ-PL-00055558 | Baltimore County Bureau of Behavioral Health | Counseling Referral Form | 2016 |
| K.R.B. | MJ-PL-00055559 | MJ-PL-00055562 | Government of the District of Columbia | Community Placement Agreement | 6/7/2017 |
| K.R.B. | MJ-PL-00055563 | MJ-PL-00055567 | DYRS | Release Authorization and Contact | 3/3/2017 |
| K.R.B. | MJ-PL-00055568 | MJ-PL-00055572 | DYRS | Release Authorization and Contact | 6/19/2016 |
| K.R.B. | MJ-PL-00055573 | MJ-PL-00055577 | DYRS | Release Authorization and Contact | 10/18/2016 |
| K.R.B. | MJ-PL-00055578 | MJ-PL-00055582 | DYRS | Release Authorization and Contact | 11/29/2016 |
| K.R.B. | MJ-PL-00055583 | MJ-PL-00055587 | DYRS | Release Authorization and Contact | 1/4/2017 |
| K.R.B. | MJ-PL-00055588 | MJ-PL-00055590 | Superior Court of the District of Columbia | Order for Custody | 1/17/2017 |

| K.R.B. | MJ-PL-00055591 | MJ-PL-00055594 | Superior Court of the District of Columbia | Order for Custody | 8/11/2017 |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00055595 | MJ-PL-00055623 | Department of Behavioral Health | Suitablity & Psychiatric Evaluation | 12/17/2015 |
| K.R.B. | MJ-PL-00055624 | MJ-PL-00055626 | Government of the District of Columbia | Unusual Incident Report | 7/14/2016 |
| K.R.B. | MJ-PL-00055627 | MJ-PL-00055627 | The Children's Home | Request for 72 Hour Removal | 10/12/2016 |
| K.R.B. | MJ-PL-00055628 | MJ-PL-00055631 | Universal Healthcare Management Services | Discharge Summary Form | 12/26/2016 |
| K.R.B. | MJ-PL-00055632 | MJ-PL-00055634 | Government of the District of Columbia | Unusual Incident Report | 3/23/2020 |
| K.R.B. | MJ-PL-00055635 | MJ-PL-00055642 | Government of the District of Columbia | Psychiatric Evaluation | 12/16/2015 |
| K.R.B. | MJ-PL-00055643 | MJ-PL-00055646 | Government of the District of Columbia | Unusual Incident Report | 8/20/2016 |
| K.R.B. | MJ-PL-00055647 | MJ-PL-00055721 | Government of the District of Columbia | Interstate Compact for Placement of Children Transmittal Sheet | 6/9/2016 |
| K.R.B. | MJ-PL-00055722 | MJ-PL-00055738 | DC Public Schools Office of Special Education | Individualized Education Program | 10/27/2017 |
| K.R.B. | MJ-PL-00055739 | MJ-PL-00055742 | Government of the District of Columbia | Unusual Incident Report | 10/6/2016 |
| K.R.B. | MJ-PL-00055743 | MJ-PL-00055744 | Government of the District of Columbia | Unusual Incident Report | 3/19/2017 |
| K.R.B. | MJ-PL-00055745 | MJ-PL-00055746 | Government of the District of Columbia | Unusual Incident Report | 3/19/2017 |
| K.R.B. | MJ-PL-00055747 | MJ-PL-00055749 | Government of the District of Columbia | Unusual Incident Report | 10/2/2016 |
| K.R.B. | MJ-PL-00055750 | MJ-PL-00055753 | Government of the District of Columbia | Unusual Incident Report | 9/4/2016 |
| K.R.B. | MJ-PL-00055754 | MJ-PL-00055756 | Government of the District of Columbia | Unusual Incident Report | 10/9/2016 |
| K.R.B. | MJ-PL-00055757 | MJ-PL-00055757 | Baltimore County Public Schools | Interim Report | 10/19/2016 |
| K.R.B. | MJ-PL-00055758 | MJ-PL-00055768 | The Children's Home | Quarterly Review: Individual Service Plan | 7/15/2016 |
| K.R.B. | MJ-PL-00055769 | MJ-PL-00055779 | The Children's Home | Quarterly Review: Individual Service Plan | 8/15/2016 |
| K.R.B. | MJ-PL-00055780 | MJ-PL-00055781 | Government of the District of Columbia | Unusual Incident Report | 4/7/2017 |
| K.R.B. | MJ-PL-00055782 | MJ-PL-00055783 | Government of the District of Columbia | Unusual Incident Report | 4/7/2017 |
| K.R.B. | MJ-PL-00055784 | MJ-PL-00055788 | Government of the District of Columbia | Intake Interview New Beginning DYRS | 6/4/2019 |
| K.R.B. | MJ-PL-00055789 | MJ-PL-00055793 | Government of the District of Columbia | Intake Interview New Beginings DYRS | 4/10/2017 |
| K.R.B. | MJ-PL-00055794 | MJ-PL-00055794 | DYRS | Notice of Zero Tolerance of Harassment | 6/4/2019 |
| K.R.B. | MJ-PL-00055795 | MJ-PL-00055795 | DYRS | Notice of Zero Tolerance of Harassment | 5/2/2019 |
| K.R.B. | MJ-PL-00055796 | MJ-PL-00055796 | DYRS | Checklist for Release | 6/15/2016 |

| | | | | | |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00055797 | MJ-PL-00055797 | Superior Court of the District of Columbia | Interstate Compact for Placement of Children Transmittal Sheet | 6/1/2016 |
| K.R.B. | MJ-PL-00055798 | MJ-PL-00055798 | DYRS | Path to Success Monitoring Report | 11/8/2017 |
| K.R.B. | MJ-PL-00055799 | MJ-PL-00055807 | Superior Court of the District of Columbia | Order for Detention Pending Further Division Action | 8/1/2017 |
| K.R.B. | MJ-PL-00055808 | MJ-PL-00055813 | DYRS | DSA Release Form | 8/4/2017 |
| K.R.B. | MJ-PL-00055814 | MJ-PL-00055817 | Government of the District of Columbia | Community Placement Agreement | 6/7/2017 |
| K.R.B. | MJ-PL-00055818 | MJ-PL-00055819 | Government of the District of Columbia | Mental Health Diagnosis DSM-V | 9/28/2017 |
| K.R.B. | MJ-PL-00055820 | MJ-PL-00055824 | Government of the District of Columbia | Intake Interview | 10/25/2016 |
| K.R.B. | MJ-PL-00055825 | MJ-PL-00055829 | Government of the District of Columbia | Intake Interview | 8/1/2017 |
| K.R.B. | MJ-PL-00055830 | MJ-PL-00055834 | Government of the District of Columbia | Intake Interview | 8/4/2017 |
| K.R.B. | MJ-PL-00055835 | MJ-PL-00055835 | DYRS | Notice of Zero Tolerance of Harassment | 11/25/2018 |
| K.R.B. | MJ-PL-00055836 | MJ-PL-00055837 | DYRS | Release Authorization and Contact | 6/7/2017 |
| K.R.B. | MJ-PL-00055838 | MJ-PL-00055838 | Circuit Court for Baltimore County | Remand Sheet | 5/24/2017 |
| K.R.B. | MJ-PL-00055839 | MJ-PL-00055840 | Government of the District of Columbia | Unusual Incident Report | 10/24/2016 |
| K.R.B. | MJ-PL-00055841 | MJ-PL-00055841 | DYRS | Release Authorization and Contact | 6/15/2016 |
| K.R.B. | MJ-PL-00055842 | MJ-PL-00055855 | Superior Court of the District of Columbia | Social Study Re: K.R.B. | 5/6/2019 |
| K.R.B. | MJ-PL-00055856 | MJ-PL-00055918 | FAMCare Reports | Case Notes for 1000082527 | 8/25/2020 |
| K.R.B. | MJ-PL-00055919 | MJ-PL-00055926 | Unspecified | Face Sheet: K.R.B. (1000082527) | 5/23/2019 |
| K.R.B. | MJ-PL-00055927 | MJ-PL-00055930 | Government of the District of Columbia | Unusual Incident Report | 12/26/2016 |
| K.R.B. | MJ-PL-00055931 | MJ-PL-00055934 | Government of the District of Columbia | Community Placement Agreement | 7/19/2016 |
| K.R.B. | MJ-PL-00055935 | MJ-PL-00055935 | Government of the District of Columbia | Emergency Youth GPS Transport Check List | 7/19/2016 |
| K.R.B. | MJ-PL-00055936 | MJ-PL-00055940 | Government of the District of Columbia | Intake Interview | 6/1/2016 |
| K.R.B. | MJ-PL-00055941 | MJ-PL-00055941 | Government of the District of Columbia | Unusual Incident Report | 3/21/2017 |
| K.R.B. | MJ-PL-00055942 | MJ-PL-00055942 | Government of the District of Columbia | Unusual Incident Report | 4/7/2017 |
| K.R.B. | MJ-PL-00055943 | MJ-PL-00055943 | Government of the District of Columbia | Unusual Incident Report | 4/7/2017 |
| K.R.B. | MJ-PL-00055944 | MJ-PL-00055944 | DYRS | Discharge Summary Form | 8/1/2017 |
| K.R.B. | MJ-PL-00055945 | MJ-PL-00055948 | DYRS | Emergency Youth GPS Transport Check List | 10/18/2016 |
| K.R.B. | MJ-PL-00055949 | MJ-PL-00055952 | DYRS | Emergency Youth GPS Transport Check List | 1/4/2017 |

| K.R.B. | MJ-PL-00055953 | MJ-PL-00055956 | DYRS | Emergency Youth GPS Transport Check List | 3/3/2017 |
|--------|----------------|----------------|------|------------------------------------------|----------|
| K.R.B. | MJ-PL-00055957 | MJ-PL-00055960 | DYRS | Emergency Youth GPS Transport Check List | 5/12/2017 |
| K.R.B. | MJ-PL-00055961 | MJ-PL-00055964 | DYRS | Emergency Youth GPS Transport Check List | 2/27/2020 |
| K.R.B. | MJ-PL-00055965 | MJ-PL-00055969 | Government of the District of Columbia | Intake Interview | 10/14/2016 |
| K.R.B. | MJ-PL-00055970 | MJ-PL-00055974 | Government of the District of Columbia | Intake Interview | 1/23/2017 |
| K.R.B. | MJ-PL-00055975 | MJ-PL-00055977 | Government of the District of Columbia | Unusual Incident Report | 10/3/2016 |
| K.R.B. | MJ-PL-00055978 | MJ-PL-00055981 | Government of the District of Columbia | Unusual Incident Report | 8/10/2016 |
| K.R.B. | MJ-PL-00055982 | MJ-PL-00055982 | DYRS | Court Authorized Release | 1/31/2019 |
| K.R.B. | MJ-PL-00055983 | MJ-PL-00055983 | Court Social Services Division | Intake Services, Pre-Disposition & Supervision | 3/20/2019 |
| K.R.B. | MJ-PL-00055984 | MJ-PL-00055984 | DYRS | Release Authorization and Contact | 8/10/2017 |
| K.R.B. | MJ-PL-00055985 | MJ-PL-00055992 | Superior Court of the District of Columbia | Social Study Re: K.R.B. | 5/6/2019 |
| K.R.B. | MJ-PL-00055993 | MJ-PL-00056000 | DYRS | Release Authorization and Contact | 11/17/2017 |
| K.R.B. | MJ-PL-00056001 | MJ-PL-00056001 | DYRS | Court Authorized Release | 4/18/2019 |
| K.R.B. | MJ-PL-00056002 | MJ-PL-00056002 | Superior Court of the District of Columbia | Order for Custody | 2/4/2019 |
| K.R.B. | MJ-PL-00056003 | MJ-PL-00056003 | DYRS | Court Authorized Release | 6/14/2019 |
| K.R.B. | MJ-PL-00056004 | MJ-PL-00056015 | DYRS | Discharge Summary Form | 1/23/2020 |
| K.R.B. | MJ-PL-00056016 | MJ-PL-00056019 | Government of the District of Columbia | Community Placement Agreement | 2/27/2020 |
| K.R.B. | MJ-PL-00056020 | MJ-PL-00056066 | Life Deeds, Inc. Therapeutic Group Home | Discharge Summary Form | 4/11/2017 |
| K.R.B. | MJ-PL-00056067 | MJ-PL-00056068 | Government of the District of Columbia | Unusual Incident Report | 3/30/2017 |
| K.R.B. | MJ-PL-00056069 | MJ-PL-00056069 | DC Metropolitan Police Department | Juvenile Arrest #JU1539086 - R1 | 11/2/2015 |
| K.R.B. | MJ-PL-00056070 | MJ-PL-00056071 | DC Metropolitan Police Department | Juvenile Arrest #JU1641354 - R1 | 11/29/2016 |
| K.R.B. | MJ-PL-00056072 | MJ-PL-00056072 | DC Metropolitan Police Department | Juvenile Arrest #JU1543662 - R1 | 12/15/2015 |
| K.R.B. | MJ-PL-00056073 | MJ-PL-00056074 | DC Metropolitan Police Department | Juvenile Arrest #JU1909032 - R1 | 3/20/2019 |
| K.R.B. | MJ-PL-00056075 | MJ-PL-00056076 | DC Metropolitan Police Department | Juvenile Arrest #JU1609053 - R1 | 3/22/2016 |
| K.R.B. | MJ-PL-00056077 | MJ-PL-00056080 | DC Metropolitan Police Department | Juvenile Arrest #JU1730996 - R1 | 7/31/2017 |
| K.R.B. | MJ-PL-00056081 | MJ-PL-00056084 | DYRS | YSC Classification Assessment | 10/2/2017 |
| K.R.B. | MJ-PL-00056085 | MJ-PL-00056088 | Government of the District of Columbia | Community Placement Agreement | 6/15/2016 |

| K.R.B. | MJ-PL-00056089 | MJ-PL-00056092 | The Children's Home | Discharge Summary Form | 7/19/2016 |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00056093 | MJ-PL-00056093 | DYRS | DSA Release Form | 6/1/2016 |
| K.R.B. | MJ-PL-00056094 | MJ-PL-00056096 | Hillcrest Children & Family Center | Addiction Recovery & Wellness Referral Form | 3/23/2016 |
| K.R.B. | MJ-PL-00056097 | MJ-PL-00056099 | DYRS | GPS Basic Guidelines Agreement Contract | 11/29/2016 |
| K.R.B. | MJ-PL-00056100 | MJ-PL-00056111 | DC Public Schools Office of Special Education | Individualized Education Program | 4/20/2016 |
| K.R.B. | MJ-PL-00056112 | MJ-PL-00056114 | Life Deeds, Inc. Theraputic Group Home | Youth Progress Report | 3/1/2017 |
| K.R.B. | MJ-PL-00056115 | MJ-PL-00056115 | Superior Court of the District of Columbia | Mental Health Or Medical Alert | 3/21/2019 |
| K.R.B. | MJ-PL-00056116 | MJ-PL-00056116 | DYRS | Medical Alert Cleared to Participate | 5/16/2019 |
| K.R.B. | MJ-PL-00056117 | MJ-PL-00056117 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 1/19/2016 |
| K.R.B. | MJ-PL-00056118 | MJ-PL-00056118 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 1/23/2017 |
| K.R.B. | MJ-PL-00056119 | MJ-PL-00056128 | Superior Court of the District of Columbia | Order for Detention Pending Further Division Action | 1/31/2019 |
| K.R.B. | MJ-PL-00056129 | MJ-PL-00056129 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 1/5/2016 |
| K.R.B. | MJ-PL-00056130 | MJ-PL-00056130 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 10/12/2017 |
| K.R.B. | MJ-PL-00056131 | MJ-PL-00056131 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 10/25/2016 |
| K.R.B. | MJ-PL-00056132 | MJ-PL-00056133 | Superior Court of the District of Columbia | Order for Release | 11/5/2017 |
| K.R.B. | MJ-PL-00056134 | MJ-PL-00056134 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 11/29/2016 |
| K.R.B. | MJ-PL-00056135 | MJ-PL-00056139 | Superior Court of the District of Columbia | Order for Detention Pending Further Division Action | 11/3/2015 |
| K.R.B. | MJ-PL-00056140 | MJ-PL-00056140 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 12/16/2015 |
| K.R.B. | MJ-PL-00056141 | MJ-PL-00056141 | Superior Court of the District of Columbia | Order for Continuance | 2/2/2016 |
| K.R.B. | MJ-PL-00056142 | MJ-PL-00056143 | Superior Court of the District of Columbia | Order for Release Upon Conditions Pending Further Division Action | 2/9/2016 |
| K.R.B. | MJ-PL-00056144 | MJ-PL-00056144 | Superior Court of the District of Columbia | Prisoner Transfer Request US Marshals | 2/9/2016 |
| K.R.B. | MJ-PL-00056145 | MJ-PL-00056146 | Superior Court of the District of Columbia | Prisoner Transfer Request to YSH | 3/21/2016 |
| K.R.B. | MJ-PL-00056147 | MJ-PL-00056148 | Superior Court of the District of Columbia | Order to Return to Custody Pursuant to Prior Order | 3/21/2019 |
| K.R.B. | MJ-PL-00056149 | MJ-PL-00056151 | Superior Court of the District of Columbia | Order for Detention Pending Further Division Action | 3/23/2016 |
| K.R.B. | MJ-PL-00056152 | MJ-PL-00056154 | Superior Court of the District of Columbia | Order for Detention Pending Further Division Action | 3/23/2016 |
| K.R.B. | MJ-PL-00056155 | MJ-PL-00056155 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 3/27/2019 |

| K.R.B. | MJ-PL-00056156 | MJ-PL-00056156 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 4/22/2016 |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00056157 | MJ-PL-00056158 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 4/7/2016 |
| K.R.B. | MJ-PL-00056159 | MJ-PL-00056163 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 5/10/2016 |
| K.R.B. | MJ-PL-00056164 | MJ-PL-00056164 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 5/2/2019 |
| K.R.B. | MJ-PL-00056165 | MJ-PL-00056170 | Superior Court of the District of Columbia | Order for Commitment to the Custody of DYRS | 5/23/2019 |
| K.R.B. | MJ-PL-00056171 | MJ-PL-00056171 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 5/23/2019 |
| K.R.B. | MJ-PL-00056172 | MJ-PL-00056173 | Superior Court of the District of Columbia | Restrictive Commitment to DYRS | 5/27/2016 |
| K.R.B. | MJ-PL-00056174 | MJ-PL-00056174 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 5/7/2019 |
| K.R.B. | MJ-PL-00056175 | MJ-PL-00056175 | Superior Court of the District of Columbia | Arraignment/Presentment | 5/8/2020 |
| K.R.B. | MJ-PL-00056176 | MJ-PL-00056180 | Superior Court of the District of Columbia | Order for Detention Pending Further Division Action | 8/1/2017 |
| K.R.B. | MJ-PL-00056181 | MJ-PL-00056181 | Superior Court of the District of Columbia | Order for Release | 8/28/2020 |
| K.R.B. | MJ-PL-00056182 | MJ-PL-00056184 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 9/28/2017 |
| K.R.B. | MJ-PL-00056185 | MJ-PL-00056185 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant to Prior Order | 9/28/2017 |
| K.R.B. | MJ-PL-00056186 | MJ-PL-00056186 | DYRS | Notice of Zero Tolerance of Harassment | 3/21/2019 |
| K.R.B. | MJ-PL-00056187 | MJ-PL-00056187 | DYRS | Notice of Zero Tolerance of Harassment | 8/5/2017 |
| K.R.B. | MJ-PL-00056188 | MJ-PL-00056197 | Susan K. Theut, MD, MPH | Phychiatric and Medication Evaluation | 6/23/2019 |
| K.R.B. | MJ-PL-00056198 | MJ-PL-00056205 | DYRS | Release Authorization and Contact | 11/1/2016 |
| K.R.B. | MJ-PL-00056206 | MJ-PL-00056206 | DYRS | Release Authorization and Contact | 11/1/2016 |
| K.R.B. | MJ-PL-00056207 | MJ-PL-00056207 | Subway Gift Card | Sandwich Gift Card, Undisclosed Amount | 4/23/2016 |
| K.R.B. | MJ-PL-00056208 | MJ-PL-00056209 | DC Public Schools Office of Special Education | Transcript | 2015-16 |
| K.R.B. | MJ-PL-00056210 | MJ-PL-00056211 | Government of the District of Columbia | Unusual Incident Report | 10/24/2016 |
| K.R.B. | MJ-PL-00056212 | MJ-PL-00056215 | DYRS | YSC Classification Assessment | 11/4/2015 |
| K.R.B. | MJ-PL-00056216 | MJ-PL-00056217 | DC Metro Police Department | Report of Physical Altercation Resulting in Injury & Hospitalization | 5/13/2019 |
| K.R.B. | MJ-PL-00056218 | MJ-PL-00056218 | DYRS | Notice of Zero Tolerance of Harassment | 5/3/2019 |
| K.R.B. | MJ-PL-00056219 | MJ-PL-00056222 | DYRS | YSC Classification Assessment | 12/17/2015 |
| K.R.B. | MJ-PL-00056223 | MJ-PL-00056226 | DYRS | YSC Classification Assessment | 3/24/2016 |

| K.R.B. | MJ-PL-00056227 | MJ-PL-00056230 | DYRS | YSC Classification Assessment | 8/4/2017 |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00056231 | MJ-PL-00056231 | DYRS | Notice of Zero Tolerance of Harassment | 8/4/2017 |
| K.R.B. | MJ-PL-00056232 | MJ-PL-00056232 | DYRS | Notice of Zero Tolerance of Harassment | 10/2/2017 |
| K.R.B. | MJ-PL-00056233 | MJ-PL-00056234 | DC Metro Police Department | Reporting of Physical Altercations Resulting in Injury & Hospitalization | 3/22/2019 |
| K.R.B. | MJ-PL-00056235 | MJ-PL-00056235 | DYRS | Notice of Zero Tolerance of Harassment | 3/22/2019 |
| K.R.B. | MJ-PL-00056236 | MJ-PL-00056238 | Government of the District of Columbia | Unusual Incident Report | 10/11/2016 |
| K.R.B. | MJ-PL-00056239 | MJ-PL-00056241 | Government of the District of Columbia | Unusual Incident Report | 10/1/2016 |
| K.R.B. | MJ-PL-00056242 | MJ-PL-00056244 | Government of the District of Columbia | Unusual Incident Report | 10/2/2016 |
| K.R.B. | MJ-PL-00056245 | MJ-PL-00056247 | Government of the District of Columbia | Unusual Incident Report | 10/2/2016 |
| K.R.B. | MJ-PL-00056248 | MJ-PL-00056250 | Government of the District of Columbia | Unusual Incident Report | 10/7/2016 |
| K.R.B. | MJ-PL-00056251 | MJ-PL-00056253 | Government of the District of Columbia | Unusual Incident Report | 8/28/2016 |
| K.R.B. | MJ-PL-00056254 | MJ-PL-00056256 | Government of the District of Columbia | Unusual Incident Report | 8/19/2016 |
| K.R.B. | MJ-PL-00056257 | MJ-PL-00056257 | DYRS | Notice of Zero Tolerance of Harassment | 4/11/2017 |
| K.R.B. | MJ-PL-00056258 | MJ-PL-00056258 | Government of the District of Columbia | Theraputic Treatment Refusal | 9/12/2017 |
| K.R.B. | MJ-PL-00056259 | MJ-PL-00056262 | Walmart and Gift Cards | Receipt for $40.16 and scans of gift cards | 6/23/2017 |
| K.R.B. | MJ-PL-00056263 | MJ-PL-00056263 | DYRS | Release Authorization and Contact | 11/27/2017 |
| K.R.B. | MJ-PL-00056264 | MJ-PL-00056264 | DYRS | Release Authorization and Contact | 11/27/2017 |
| K.R.B. | MJ-PL-00056265 | MJ-PL-00056265 | DYRS | Release Authorization and Contact | 11/27/2017 |
| K.R.B. | MJ-PL-00056266 | MJ-PL-00056266 | DYRS | Court Authorized Release | 12/28/2016 |
| K.R.B. | MJ-PL-00056267 | MJ-PL-00056267 | DYRS | DSA Release Form | 2/11/2016 |
| K.R.B. | MJ-PL-00056268 | MJ-PL-00056268 | DYRS | DSA Release Form | 4/10/2017 |
| K.R.B. | MJ-PL-00056269 | MJ-PL-00056269 | DYRS | Release Authorization and Contact | 11/27/2017 |
| K.R.B. | MJ-PL-00056270 | MJ-PL-00056270 | DYRS | DSA Release Form | 8/1/2017 |
| K.R.B. | MJ-PL-00056271 | MJ-PL-00056271 | DYRS | DSA Release Form | 8/10/2017 |
| K.R.B. | MJ-PL-00056272 | MJ-PL-00056272 | DYRS | DSA Release Form | 8/4/2017 |
| K.R.B. | MJ-PL-00056273 | MJ-PL-00056273 | DYRS | Detained Services Administration Release Notification | 4/18/2019 |

| K.R.B. | MJ-PL-00056274 | MJ-PL-00056275 | Superior Court of the District of Columbia | Order for Custody | 4/29/2019 |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00056276 | MJ-PL-00056283 | Prince George's County Public Schools | Attendance Record | 3/10/2020 |
| K.R.B. | MJ-PL-00056284 | MJ-PL-00056285 | CAFAS | Functional Assessment Review & Report | 1/13/2020 |
| K.R.B. | MJ-PL-00056286 | MJ-PL-00056286 | CAFAS | Functional Assessment Review & Report | 8/23/2019 |
| K.R.B. | MJ-PL-00056287 | MJ-PL-00056287 | CAFAS | Functional Assessment Review & Report | 10/1/2019 |
| K.R.B. | MJ-PL-00056288 | MJ-PL-00056290 | DYRS | Case Closing Summary | 5/23/2019 |
| K.R.B. | MJ-PL-00056291 | MJ-PL-00056294 | Government of the District of Columbia | Unusual Incident Report | 7/25/2017 |
| K.R.B. | MJ-PL-00056295 | MJ-PL-00056297 | Government of the District of Columbia | Unusual Incident Report | 8/4/2016 |
| K.R.B. | MJ-PL-00056298 | MJ-PL-00056298 | DYRS | Check-In with Ibukun A. | 5/22/2020 |
| K.R.B. | MJ-PL-00056299 | MJ-PL-00056300 | Undisclosed | Hand-written, unsigned letter to Mr. A. | Undated |
| K.R.B. | MJ-PL-00056301 | MJ-PL-00056301 | Gift Card | Scan of a $25 Gift Card | 3/12/2020 |
| K.R.B. | MJ-PL-00056302 | MJ-PL-00056304 | Government of the District of Columbia | Unusual Incident Report | 3/23/2020 |
| K.R.B. | MJ-PL-00056305 | MJ-PL-00056305 | DC Metropolitan Police Department | BOLO Flier for Kareen Boyd | 4/4/2020 |
| K.R.B. | MJ-PL-00056306 | MJ-PL-00056306 | DC Metropolitan Police Department | Delinquency Report | 6/10/2015 |
| K.R.B. | MJ-PL-00056307 | MJ-PL-00056308 | Government of the District of Columbia | Team Decision Making Sign In Sheet | 10/23/2019 |
| K.R.B. | MJ-PL-00056309 | MJ-PL-00056309 | Government of the District of Columbia | Team Decision Making Sign In Sheet | 11/3/2016 |
| K.R.B. | MJ-PL-00056310 | MJ-PL-00056310 | DYRS | Notice of Zero Tolerance of Harassment | 12/29/2016 |
| K.R.B. | MJ-PL-00056311 | MJ-PL-00056311 | DYRS | Notice of Zero Tolerance of Harassment | 1/24/2017 |
| K.R.B. | MJ-PL-00056312 | MJ-PL-00056312 | Government of the District of Columbia | Team Decision Making Sign In Sheet | 2/8/2017 |
| K.R.B. | MJ-PL-00056313 | MJ-PL-00056313 | Government of the District of Columbia | Discharge Meeting Sign In Sheet | 5/10/2017 |
| K.R.B. | MJ-PL-00056314 | MJ-PL-00056314 | DYRS | Housing Assignment Form | 3/21/2019 |
| K.R.B. | MJ-PL-00056315 | MJ-PL-00056315 | DYRS | Housing Assignment Form | 5/2/2019 |
| K.R.B. | MJ-PL-00056316 | MJ-PL-00056319 | Government of the District of Columbia | Team Decision Making Sign In Sheet | 10/5/2017 |
| K.R.B. | MJ-PL-00056320 | MJ-PL-00056320 | WIN Family Services | Welcome Letter: Theraputic Foster Care | 1/14/2020 |
| K.R.B. | MJ-PL-00056321 | MJ-PL-00056325 | Maryland Department of Human Resources | Interstate Compact for Placement of Children Transmittal Sheet | 6/10/2016 |
| K.R.B. | MJ-PL-00056326 | MJ-PL-00056328 | Superior Court of the District of Columbia | Notice of Intent - NOI to Recommend Commitment | 5/3/2019 |
| K.R.B. | MJ-PL-00056329 | MJ-PL-00056330 | DC Metro Police Department | Juvenile Arrest #JU1641354 - R1 | 11/29/2016 |

| | | | | | |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00056331 | MJ-PL-00056331 | Superior Court of the District of Columbia | Waiver of Trial and Plea of Guilty | 4/18/2019 |
| K.R.B. | MJ-PL-00056332 | MJ-PL-00056332 | DYRS | Pre-Commitment Report | 4/21/2016 |
| K.R.B. | MJ-PL-00056333 | MJ-PL-00056333 | DYRS | Memorandum on Residential Placement | 6/7/2016 |
| K.R.B. | MJ-PL-00056334 | MJ-PL-00056347 | Government of the District of Columbia | Unusual Incident Report | 11/6/2015 |
| K.R.B. | MJ-PL-00056348 | MJ-PL-00056365 | Superior Court of the District of Columbia | SEALED Confidential Psycho-Educational Evaluation | 12/15/2015 |
| K.R.B. | MJ-PL-00056366 | MJ-PL-00056366 | DYRS | Release Authorization and Contact | 11/27/2017 |
| K.R.B. | MJ-PL-00056367 | MJ-PL-00056370 | Youth Service Center DC Public Schools | Progress Report | 11/21/2017 |
| K.R.B. | MJ-PL-00056371 | MJ-PL-00056374 | DYRS | Request for the Issuance of a Custody Order for a Juvenile Neglect Absconder | 3/23/2020 |
| K.R.B. | MJ-PL-00056375 | MJ-PL-00056377 | CAFAS | Treatment Plan | 5/9/2016 |
| K.R.B. | MJ-PL-00056378 | MJ-PL-00056379 | CAFAS | Treatment Plan | 8/8/2016 |
| K.R.B. | MJ-PL-00056380 | MJ-PL-00056382 | CAFAS | Treatment Plan | 11/3/2016 |
| K.R.B. | MJ-PL-00056383 | MJ-PL-00056385 | CAFAS | Treatment Plan | 2/1/2017 |
| K.R.B. | MJ-PL-00056386 | MJ-PL-00056388 | CAFAS | Treatment Plan | 5/2/2017 |
| K.R.B. | MJ-PL-00056389 | MJ-PL-00056391 | CAFAS | Treatment Plan | 8/9/2017 |
| K.R.B. | MJ-PL-00056392 | MJ-PL-00056394 | CAFAS | Treatment Plan | 11/7/2017 |
| K.R.B. | MJ-PL-00056395 | MJ-PL-00056396 | CAFAS | Treatment Plan | 5/20/2019 |
| K.R.B. | MJ-PL-00056397 | MJ-PL-00056398 | CAFAS | Treatment Plan | 8/23/2019 |
| K.R.B. | MJ-PL-00056399 | MJ-PL-00056400 | CAFAS | Treatment Plan | 10/1/2019 |
| K.R.B. | MJ-PL-00056401 | MJ-PL-00056402 | CAFAS | Treatment Plan | 1/3/2020 |
| K.R.B. | MJ-PL-00056403 | MJ-PL-00056405 | CAFAS | Treatment Plan | 7/13/2020 |
| K.R.B. | MJ-PL-00056406 | MJ-PL-00056408 | CAFAS | Treatment Plan | 4/6/2020 |
| K.R.B. | MJ-PL-00056409 | MJ-PL-00056409 | DYRS | Blank Scan of Restoratife Justice Referral Form | Undated |
| K.R.B. | MJ-PL-00056410 | MJ-PL-00056422 | Superior Court of the District of Columbia | Status/Trial Case Information | 1/4/2016 |
| K.R.B. | MJ-PL-00056423 | MJ-PL-00056423 | DYRS | Notice of Commitment | Undated |
| K.R.B. | MJ-PL-00056424 | MJ-PL-00056424 | DYRS | Waiver of Community Status Review Hearing | 1/4/2017 |
| K.R.B. | MJ-PL-00056425 | MJ-PL-00056425 | DC Metro Police Department | Delinquency Report | 7/25/2014 |
| K.R.B. | MJ-PL-00056426 | MJ-PL-00056427 | DC Public Schools | Transcript | 11/21/2017 |

| K.R.B. | MJ-PL-00056428 | MJ-PL-00056429 | New Beginnings Youth Center | Unusual Incident Report | 10/22/2017 |
|--------|----------------|----------------|------------------------------|--------------------------|-----------|
| K.R.B. | MJ-PL-00056430 | MJ-PL-00056431 | New Beginnings Youth Center | Unusual Incident Report | 4/6/2016 |
| K.R.B. | MJ-PL-00056432 | MJ-PL-00056433 | New Beginnings Youth Center | Unusual Incident Report | 5/4/2016 |
| K.R.B. | MJ-PL-00056434 | MJ-PL-00056435 | New Beginnings Youth Center | Unusual Incident Report | 6/9/2016 |
| K.R.B. | MJ-PL-00056436 | MJ-PL-00056437 | New Beginnings Youth Center | Unusual Incident Report | 6/12/2016 |
| K.R.B. | MJ-PL-00056438 | MJ-PL-00056439 | New Beginnings Youth Center | Unusual Incident Report | 6/13/2016 |
| K.R.B. | MJ-PL-00056440 | MJ-PL-00056441 | New Beginnings Youth Center | Unusual Incident Report | 6/5/2016 |
| K.R.B. | MJ-PL-00056442 | MJ-PL-00056443 | New Beginnings Youth Center | Unusual Incident Report | 10/27/2016 |
| K.R.B. | MJ-PL-00056444 | MJ-PL-00056445 | New Beginnings Youth Center | Unusual Incident Report | 1/25/2017 |
| K.R.B. | MJ-PL-00056446 | MJ-PL-00056447 | New Beginnings Youth Center | Unusual Incident Report | 2/19/2017 |
| K.R.B. | MJ-PL-00056448 | MJ-PL-00056449 | New Beginnings Youth Center | Unusual Incident Report | 4/10/2017 |
| K.R.B. | MJ-PL-00056450 | MJ-PL-00056451 | New Beginnings Youth Center | Unusual Incident Report | 4/24/2017 |
| K.R.B. | MJ-PL-00056452 | MJ-PL-00056453 | New Beginnings Youth Center | Unusual Incident Report | 8/2/2017 |
| K.R.B. | MJ-PL-00056454 | MJ-PL-00056455 | New Beginnings Youth Center | Unusual Incident Report | 8/2/2017 |
| K.R.B. | MJ-PL-00056456 | MJ-PL-00056457 | New Beginnings Youth Center | Unusual Incident Report | 8/4/2017 |
| K.R.B. | MJ-PL-00056458 | MJ-PL-00056459 | Youth Service Center DC Public Schools | Unusual Incident Report | 10/6/2017 |
| K.R.B. | MJ-PL-00056460 | MJ-PL-00056461 | Youth Service Center DC Public Schools | Unusual Incident Report | 5/15/2019 |
| K.R.B. | MJ-PL-00056462 | MJ-PL-00056463 | New Beginnings Youth Center | Unusual Incident Report | 9/22/2019 |
| K.R.B. | MJ-PL-00056464 | MJ-PL-00056465 | New Beginnings Youth Center | Unusual Incident Report | 9/29/2019 |
| K.R.B. | MJ-PL-00056466 | MJ-PL-00056467 | New Beginnings Youth Center | Unusual Incident Report | 10/22/2019 |
| K.R.B. | MJ-PL-00056468 | MJ-PL-00056469 | New Beginnings Youth Center | Unusual Incident Report | 12/30/2019 |
| K.R.B. | MJ-PL-00056470 | MJ-PL-00056471 | New Beginnings Youth Center | Unusual Incident Report | 1/4/2020 |
| K.R.B. | MJ-PL-00056472 | MJ-PL-00056473 | New Beginnings Youth Center | Unusual Incident Report | 1/31/2020 |
| K.R.B. | MJ-PL-00056474 | MJ-PL-00056475 | New Beginnings Youth Center | Unusual Incident Report | 2/13/2020 |
| K.R.B. | MJ-PL-00056476 | MJ-PL-00056477 | Government of the District of Columbia | Unusual Incident Report | 4/4/2017 |
| K.R.B. | MJ-PL-00056478 | MJ-PL-00056479 | Government of the District of Columbia | Unusual Incident Report | 4/4/2017 |
| K.R.B. | MJ-PL-00056480 | MJ-PL-00056481 | Government of the District of Columbia | Unusual Incident Report | 11/28/2016 |

| | | | | | |
|---|---|---|---|---|---|
| K.R.B. | MJ-PL-00056482 | MJ-PL-00056483 | DYRS | Unusual Incident Report | 3/23/2020 |
| K.R.B. | MJ-PL-00056484 | MJ-PL-00056485 | Government of the District of Columbia | Unusual Incident Report | 12/13/2016 |
| K.R.B. | MJ-PL-00056486 | MJ-PL-00056489 | Government of the District of Columbia | Unusual Incident Report | 8/9/2016 |
| K.R.B. | MJ-PL-00056490 | MJ-PL-00056491 | Government of the District of Columbia | Unusual Incident Report | 4/4/2017 |
| K.R.B. | MJ-PL-00056492 | MJ-PL-00056493 | Government of the District of Columbia | Unusual Incident Report | 4/5/2017 |
| K.R.B. | MJ-PL-00056494 | MJ-PL-00056495 | Government of the District of Columbia | Unusual Incident Report | 11/8/2016 |
| K.R.B. | MJ-PL-00056496 | MJ-PL-00056499 | Government of the District of Columbia | YAU Report | 7/6/2019 |
| K.R.B. | MJ-PL-00061437 | MJ-PL-00061438 | CAFAS | Treatment Plan | 5/20/2019 |
| K.R.B. | MJ-PL-00061439 | MJ-PL-00061441 | Unspecified | Treatment Plan | 3/25/2021 |
| K.R.B. | MJ-PL-00061442 | MJ-PL-00061444 | Unspecified | Treatment Plan | 3/25/2021 |
| K.R.B. | MJ-PL-00061445 | MJ-PL-00061447 | Unspecified | Treatment Plan | 3/25/2021 |
| K.R.B. | MJ-PL-00061448 | MJ-PL-00061449 | Unspecified | Treatment Plan | 3/25/2021 |
| K.R.B. | MJ-PL-00061450 | MJ-PL-00061458 | HSCSN General Care Management | Evaluation | 4/17/2020 |
| K.R.B. | MJ-PL-00061459 | MJ-PL-00061490 | Children's National | Multiple Documents (32 pages) | 2018 |
| K.R.B. | MJ-PL-00061491 | MJ-PL-00061504 | DYRS | Medical Intake | 7/30/2019 |
| K.R.B. | MJ-PL-00061505 | MJ-PL-00061512 | Superior Court of the District of Columbia | Social Study Re: K.R.B. | 5/6/2019 |
| K.R.B. | MJ-PL-00061513 | MJ-PL-00061515 | Superior Court of the District of Columbia | Notice of Intent - NOI to Recommend Commitment | 5/13/2019 |
| K.R.B. | MJ-PL-00061516 | MJ-PL-00061663 | Medical Records | Multiple Documents (148 pages) | Multiple |
| K.R.B. | MJ-PL-00061664 | MJ-PL-00061666 | Medical Records | Assessment Details | 4/17/2020 |
| K.R.B. | MJ-PL-00061667 | MJ-PL-00061670 | Medical Records | Transition Readiness Assessment | 4/17/2020 |
| K.R.B. | MJ-PL-00061671 | MJ-PL-00061671 | DYRS | Medical Alert Cleared to Participate | 5/16/2019 |
| K.R.B. | MJ-PL-00061672 | MJ-PL-00061677 | Superior Court of the District of Columbia | Order of Committment to the Custody of DYRS | 5/23/2019 |
| K.R.B. | MJ-PL-00061678 | MJ-PL-00061678 | Superior Court of the District of Columbia | Waiver of Trial and Plea of Guilty | 4/18/2019 |
| K.B. | MJ-PL-00051810 | MJ-PL-00051825 | Hillcrest Children & Family Center | Medical Record - K.B. | 02/15/2021 |
| K.B. | MJ-PL-00051826 | MJ-PL-00051934 | MBI Health Services LLC. | Medical Record - K.B. (109 Pages) | 09/30/2020 |
| K.B. | MJ-PL-00053703 | MJ-PL-00053776 | Department of Behavioral Health | Medical Record - K.B. (74 pages) | 02/11/2021 |
| K.B. | MJ-PL-00060761 | MJ-PL-00060761 | DC Public Schools | Student Attendance History | 03/16/2021 |

| K.B. | MJ-PL-00060762 | MJ-PL-00060767 | DC Public Schools Office of Special Education | Behavior Intervention Plan Level II | 04/28/2020 |
|------|----------------|----------------|-----------------------------------------------|-------------------------------------|------------|
| K.B. | MJ-PL-00060768 | MJ-PL-00060779 | DC Public Schools Office of Special Education | Individualized Education Program | 04/28/2020 |
| K.B. | MJ-PL-00060780 | MJ-PL-00060811 | DC Public Schools Office of Special Education | Confidential Comprehensive Psychological Evaluation | 05/06/2019 |
| K.B. | MJ-PL-00060812 | MJ-PL-00060815 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 02/05/2021 |
| K.B. | MJ-PL-00063092 | MJ-PL-00063092 | Noyes Elementary School | Enrollment Status | 2014-2019 |
| K.B. | MJ-PL-00063093 | MJ-PL-00063093 | Unspecified | Instructional Days Present | Undated |
| K.B. | MJ-PL-00063094 | MJ-PL-00063094 | Unspecified | Instructional Days Present | Undated |
| K.B. | MJ-PL-00063095 | MJ-PL-00063095 | Noyes Elementary School | Instructional Days Present | Undated |
| K.B. | MJ-PL-00063096 | MJ-PL-00063096 | Noyes Elementary School | Instructional Days Present | Undated |
| K.B. | MJ-PL-00063097 | MJ-PL-00063097 | Brookland MS | Instructional Days Present | Undated |
| K.B. | MJ-PL-00063098 | MJ-PL-00063098 | Brookland MS | Instructional Days Present | 08/31/2020 |
| K.B. | MJ-PL-00063099 | MJ-PL-00063099 | Brookland MS | Snapshot Date | 2020-21 |
| K.B. | MJ-PL-00063100 | MJ-PL-00063111 | DC Public Schools Office of Special Education | Individualized Education Program | 04/28/2020 |
| K.B. | MJ-PL-00063112 | MJ-PL-00063124 | DC Public Schools Office of Special Education | Individualized Education Program | 04/06/2021 |
| K.B. | MJ-PL-00063125 | MJ-PL-00063137 | DC Public Schools Office of Special Education | Individualized Education Program | 05/23/2019 |
| K.B. | MJ-PL-00063138 | MJ-PL-00063139 | DC Public Schools Office of Special Education | Service Tracker | 11/26/2020 |
| K.B. | MJ-PL-00063140 | MJ-PL-00063141 | DC Public Schools Office of Special Education | Service Tracker | 11/26/2020 |
| K.B. | MJ-PL-00063142 | MJ-PL-00063143 | DC Public Schools Office of Special Education | Service Tracker | 04/07/2020 |
| K.B. | MJ-PL-00063144 | MJ-PL-00063145 | DC Public Schools Office of Special Education | Service Tracker | 06/03/2020 |
| K.B. | MJ-PL-00063146 | MJ-PL-00063146 | DC Public Schools Office of Special Education | Service Tracker | 06/17/2019 |
| K.B. | MJ-PL-00063147 | MJ-PL-00063148 | DC Public Schools Office of Special Education | Service Tracker | 06/17/2019 |
| K.B. | MJ-PL-00063149 | MJ-PL-00063150 | DC Public Schools Office of Special Education | Service Tracker | 05/05/2020 |
| K.B. | MJ-PL-00063151 | MJ-PL-00063152 | DC Public Schools Office of Special Education | Service Tracker | 03/13/2020 |
| K.B. | MJ-PL-00063153 | MJ-PL-00063154 | DC Public Schools Office of Special Education | Service Tracker | 02/24/2020 |
| K.B. | MJ-PL-00063155 | MJ-PL-00063157 | DC Public Schools Office of Special Education | Service Tracker | 11/10/2019 |
| K.B. | MJ-PL-00063158 | MJ-PL-00063159 | DC Public Schools Office of Special Education | Service Tracker | 10/07/2019 |

| K.B. | MJ-PL-00063160 | MJ-PL-00063162 | DC Public Schools Office of Special Education | Service Tracker | 12/07/2019 |
|------|----------------|----------------|-----------------------------------------------|-----------------|------------|
| K.B. | MJ-PL-00063163 | MJ-PL-00063163 | DC Public Schools Office of Special Education | Service Tracker | 09/08/2019 |
| K.B. | MJ-PL-00063164 | MJ-PL-00063164 | DC Public Schools Office of Special Education | Miscelaneous Cover Sheet | 09/16/2019 |
| K.B. | MJ-PL-00063165 | MJ-PL-00063166 | DC Public Schools Office of Special Education | Letter of Invitation | 04/09/2019 |
| K.B. | MJ-PL-00063167 | MJ-PL-00063168 | DC Public Schools Office of Special Education | Letter of Invitation | 03/18/2019 |
| K.B. | MJ-PL-00063169 | MJ-PL-00063173 | DC Public Schools Office of Special Education | Evaluation Summary Report | 05/05/2019 |
| K.B. | MJ-PL-00063174 | MJ-PL-00063174 | DC Public Schools Office of Special Education | Acknowledgement of Referral to Special Education Letter | 03/26/2019 |
| K.B. | MJ-PL-00063175 | MJ-PL-00063183 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 05/16/2019 |
| K.B. | MJ-PL-00063184 | MJ-PL-00063190 | DC Public Schools Office of Special Education | Functional Behavior Assessment | 05/10/2019 |
| K.B. | MJ-PL-00063191 | MJ-PL-00063222 | DC Public Schools Office of Special Education | Confidential Comprehensive Psychological Evaluation | 05/06/2019 |
| K.B. | MJ-PL-00063223 | MJ-PL-00063230 | DC Public Schools Office of Special Education | Social History Assessment Report | 05/10/2019 |
| K.B. | MJ-PL-00063231 | MJ-PL-00063231 | DC Public Schools Office of Special Education | Report Cover Sheet (Social History Assessment) | 05/10/2019 |
| K.B. | MJ-PL-00063232 | MJ-PL-00063234 | DC Public Schools Office of Special Education | Analysis of Existing Data | 03/27/2019 |
| K.B. | MJ-PL-00063235 | MJ-PL-00063235 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 03/26/2019 |
| K.B. | MJ-PL-00063236 | MJ-PL-00063236 | DC Public Schools Office of Special Education | OSSE Medicaid Parental Consent Form Cover Sheet | 06/03/2019 |
| K.B. | MJ-PL-00063237 | MJ-PL-00063237 | DC Public Schools Office of Special Education | Student Participation Written Input Form | 03/28/2021 |
| K.B. | MJ-PL-00063238 | MJ-PL-00063238 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 04/28/2020 |
| K.B. | MJ-PL-00063239 | MJ-PL-00063239 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 03/03/2021 |
| K.B. | MJ-PL-00063240 | MJ-PL-00063240 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 09/09/2019 |
| K.B. | MJ-PL-00063241 | MJ-PL-00063241 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 05/17/2019 |
| K.B. | MJ-PL-00063242 | MJ-PL-00063243 | DC Public Schools Office of Special Education | Disability Worksheet: Emotional Disturbance | 05/15/2019 |
| K.B. | MJ-PL-00063244 | MJ-PL-00063245 | DC Public Schools Office of Special Education | Prior Written Notice - Proceed with Evaluation Process | 03/27/2019 |
| K.B. | MJ-PL-00063246 | MJ-PL-00063247 | DC Public Schools Office of Special Education | Prior Written Notice - Determination of Special Education Eligibility or Non-Eligibility | 05/16/2019 |
| K.B. | MJ-PL-00063248 | MJ-PL-00063249 | DC Public Schools Office of Special Education | Prior Written Notice - Initial Provisions of Services | 05/23/2019 |

| K.B. | MJ-PL-00063250 | MJ-PL-00063251 | DC Public Schools Office of Special Education | Prior Written Notice - Development of IEP | 04/28/2020 |
|---|---|---|---|---|---|
| K.B. | MJ-PL-00063252 | MJ-PL-00063252 | DC Public Schools Office of Special Education | Prior Written Notice - Development of IEP | 03/29/2021 |
| K.B. | MJ-PL-00063253 | MJ-PL-00063256 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 11/16/2020 |
| K.B. | MJ-PL-00063257 | MJ-PL-00063262 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 05/11/2021 |
| K.B. | MJ-PL-00063263 | MJ-PL-00063268 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 04/23/2021 |
| K.B. | MJ-PL-00063269 | MJ-PL-00063272 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 02/05/2021 |
| K.B. | MJ-PL-00063273 | MJ-PL-00063276 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 06/01/2020 |
| K.B. | MJ-PL-00063277 | MJ-PL-00063282 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 06/18/2019 |
| K.B. | MJ-PL-00063283 | MJ-PL-00063288 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 02/03/2020 |
| K.B. | MJ-PL-00063289 | MJ-PL-00063294 | DC Public Schools Office of Special Education | IEP Progress Report - Annual Goals | 11/07/2019 |
| K.B. | MJ-PL-00063295 | MJ-PL-00063295 | Excel Spreadsheet | | Unknown |
| K.B. | MJ-PL-00063296 | MJ-PL-00063296 | DC Public Schools Office of Special Education | Extended School Year Serives Eligibility Worksheet | 03/30/2020 |
| K.B. | MJ-PL-00063297 | MJ-PL-00063301 | Word Document | Warning Message on attempt to open | Unknown |
| K.B. | MJ-PL-00063302 | MJ-PL-00063302 | Word Document | Warning Message on attempt to open | Unknown |
| K.B. | MJ-PL-00063303 | MJ-PL-00063333 | DC Public Schools Office of Special Education | Confidential Comprehensive Psychological Evaluation | 05/06/2019 |
| K.B. | MJ-PL-00063334 | MJ-PL-00063365 | DC Public Schools Office of Special Education | Confidential Comprehensive Psychological Evaluation | 05/06/2019 |
| K.B. | MJ-PL-00063366 | MJ-PL-00063366 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 09/09/2019 |
| K.B. | MJ-PL-00063367 | MJ-PL-00063367 | DC Public Schools Office of Special Education | Consent for Initial Provision of Special Education and Related Services | 05/15/2019 |
| K.B. | MJ-PL-00063368 | MJ-PL-00063369 | DC Public Schools Office of Special Education | Informed Consent for Telehealth - Therapy | 01/19/2021 |
| K.B. | MJ-PL-00063370 | MJ-PL-00063370 | DC Public Schools Office of Special Education | Extended School Year Serives Eligibility Worksheet | 03/30/2020 |
| K.B. | MJ-PL-00063371 | MJ-PL-00063376 | DC Public Schools Office of Special Education | Behavior Intervention Plan - Level II | 04/28/2020 |
| K.B. | MJ-PL-00063377 | MJ-PL-00063377 | DC Public Schools Office of Special Education | Extended School Year Serives Eligibility Worksheet | 03/05/2021 |
| K.B. | MJ-PL-00063378 | MJ-PL-00063378 | DC Public Schools Office of Special Education | Referral for Evaluation from 504 Team | 03/12/2019 |
| K.B. | MJ-PL-00063379 | MJ-PL-00063384 | DC Public Schools Office of Special Education | Behavior Intervention Plan - Level II | 09/16/2019 |
| K.B. | MJ-PL-00063385 | MJ-PL-00063385 | DC Public Schools Office of Special Education | Parent/Guardian Letter of Invitation | 04/08/2020 |

| K.B. | MJ-PL-00063386 | MJ-PL-00063389 | Noyes Elementary School | Test Results | 05/01/2019 |
|---|---|---|---|---|---|
| K.P. | MJ-PL-00045890 | MJ-PL-00045991 | Department of Behavioral Health | Request for Records (102 pages) | 05/20/2021 |
| K.P. | MJ-PL-00045992 | MJ-PL-00046043 | Department of Behavioral Health | Request for Records (52 pages) | 05/20/2021 |
| K.P. | MJ-PL-00046044 | MJ-PL-00046109 | Department of Behavioral Health | Request for Records (66 pages) | 05/20/2021 |
| K.P. | MJ-PL-00046110 | MJ-PL-00046151 | Department of Behavioral Health | Request for Records (42 pages) | 05/20/2021 |
| K.P. | MJ-PL-00065019 | MJ-PL-00065120 | Department of Behavioral Health | Request for Records (102 pages) | 05/20/2021 |
| K.P. | MJ-PL-00065121 | MJ-PL-00065172 | Department of Behavioral Health | Request for Records (52 pages) | 05/20/2021 |
| K.P. | MJ-PL-00065173 | MJ-PL-00065238 | Department of Behavioral Health | Request for Records (66 pages) | 05/20/2021 |
| K.P. | MJ-PL-00065239 | MJ-PL-00065280 | Department of Behavioral Health | Request for Records (42 pages) | 05/20/2021 |
| K.P. | MJ-PL-00065281 | MJ-PL-00065290 | DC Public Schools | Service Tracker/Multiple Documents | 06/23/2009 |
| K.P. | MJ-PL-00065291 | MJ-PL-00065363 | DC Public Schools Office of Special Education | Multiple Documents (73 pages) | 2010 |
| K.P. | MJ-PL-00065364 | MJ-PL-00065414 | DC Public Schools Office of Special Education | Multiple Documents (51 pages) | 2011 |
| K.P. | MJ-PL-00065415 | MJ-PL-00065514 | DC Public Schools Office of Special Education | Multiple Documents (100 pages) | 2012 |
| K.P. | MJ-PL-00065515 | MJ-PL-00065598 | DC Public Schools Office of Special Education | Multiple Documents (84 pages) | 2013 |
| K.P. | MJ-PL-00065599 | MJ-PL-00065700 | DC Public Schools Office of Special Education | Multiple Documents (102 pages) | 2014 |
| K.P. | MJ-PL-00065701 | MJ-PL-00065989 | Government of the District of Columbia, Various | Incident Reports, Multiple (289 pages) | Multiple |
| K.P. | MJ-PL-00065990 | MJ-PL-00066357 | DYRS, DCPS, Multiple | Multiple Documents (368 pages) | Multiple |
| K.P. | MJ-PL-00066358 | MJ-PL-00066535 | DC Public Schools Office of Special Education | Multiple Documents (178 pages) | Multiple |
| K.P. | MJ-PL-00066536 | MJ-PL-00066752 | DC Public Schools Office of Special Education | Multiple Documents (217 pages | Multiple |
| K.P. | MJ-PL-00066753 | MJ-PL-00066911 | DC Public Schools Office of Special Education | Multiple Documents (159 pages) | Multiple |
| K.P. | MJ-PL-00066912 | MJ-PL-00066939 | DC Public Schools Office of Special Education | Multiple Documents (28 pages) | Multiple |
| K.P. | MJ-PL-00066940 | MJ-PL-00067072 | DC Public Schools Office of Special Education | Multiple Documents (133 pages) | Multiple |
| K.P. | MJ-PL-00067073 | MJ-PL-00067075 | Unspecified | Report on K.P. | 2016 |
| K.P. | MJ-PL-00067076 | MJ-PL-00067078 | Unspecified | Report on K.P. | 2018 |
| K.P. | MJ-PL-00067079 | MJ-PL-00067082 | Unspecified | Report on K.P. | 2017 |
| K.P. | MJ-PL-00067083 | MJ-PL-00067084 | Unspecified | Report on K.P. | 2019 |

| K.P. | MJ-PL-00067085 | MJ-PL-00067087 | Unspecified | Report on K.P. | 2016 |
|---|---|---|---|---|---|
| K.P. | MJ-PL-00067088 | MJ-PL-00067091 | HSCSN | General Care Reassessment | 02/19/2018 |
| K.P. | MJ-PL-00067092 | MJ-PL-00067100 | HSCSN | General Care Reassessment | 11/26/2018 |
| K.P. | MJ-PL-00067101 | MJ-PL-00067101 | HSCSN | General Care Reassessment | 04/13/2017 |
| M.B. | MJ-PL-00043181 | MJ-PL-00043181 | (DC CAS) Assessment Scores-3_16_2021.xlsx | | |
| M.B. | MJ-PL-00043182 | MJ-PL-00043182 | Annual Enrollment Audit History-3_16_2021.xlsx | | |
| M.B. | MJ-PL-00043183 | MJ-PL-00043183 | Current Year Monthly Enrollment Snapshot-3_16_2021.xlsx | | |
| M.B. | MJ-PL-00043184 | MJ-PL-00043184 | PARCC and MSAA Assessment Results-3_16_2021.xlsx | | |
| M.B. | MJ-PL-00043185 | MJ-PL-00043185 | Prior Years Enrollment History-3_16_2021.xlsx | | |
| M.B. | MJ-PL-00043186 | MJ-PL-00043199 | Paul PCS | Consent for Initial Evaluation/Reevaluation | 11/09/2017 |
| M.B. | MJ-PL-00043200 | MJ-PL-00043200 | DC Public Schools Office of Special Education | Service Tracker | 02/05/2021 |
| M.B. | MJ-PL-00043201 | MJ-PL-00043202 | DC Public Schools Office of Special Education | Letter of Invitation | 02/25/2021 |
| M.B. | MJ-PL-00043203 | MJ-PL-00043203 | DC Public Schools Office of Special Education | Acknowledgement of Referral to Special Education Letter | 12/16/2020 |
| M.B. | MJ-PL-00043204 | MJ-PL-00043204 | DC Public Schools Office of Special Education | Acknowledgement of Referral to Special Education Letter | 12/14/2020 |
| M.B. | MJ-PL-00043205 | MJ-PL-00043208 | DC Public Schools Office of Special Education | Analysis of Existing Data | 12/01/2020 |
| M.B. | MJ-PL-00043209 | MJ-PL-00043211 | DC Public Schools Office of Special Education | Analysis of Existing Data | 02/09/2021 |
| M.B. | MJ-PL-00043212 | MJ-PL-00043213 | DC Public Schools Office of Special Education | Transfer of Rights Notice- To Parent | Undated |
| M.B. | MJ-PL-00043214 | MJ-PL-00043215 | DC Public Schools Office of Special Education | Transfer of Rights Notice- To Adult Student | Undated |
| M.B. | MJ-PL-00043216 | MJ-PL-00043217 | DC Public Schools Office of Special Education | Transfer of Rights Notice- To Parent | Undated |
| M.B. | MJ-PL-00043218 | MJ-PL-00043219 | DC Public Schools Office of Special Education | Transfer of Rights Notice- To Adult Student | Undated |
| M.B. | MJ-PL-00043220 | MJ-PL-00043221 | DC Public Schools Office of Special Education | Prior Written Notice- Proceed with Evaluation Process | 02/09/2021 |
| M.B. | MJ-PL-00043222 | MJ-PL-00043222 | DC Public Schools Office of Special Education | Prior Written Notice- Proceed with Evaluation Process | 12/14/2020 |
| M.B. | MJ-PL-00043223 | MJ-PL-00043240 | D. M., Ph.D. Forensic Psych. | Re: US v. M.B. | 10/22/2020 |
| M.B. | MJ-PL-00043241 | MJ-PL-00043242 | School of Justice Project | Referral for Special Education Services | 11/24/2020 |
| M.B. | MJ-PL-00043243 | MJ-PL-00043260 | D.M, Ph.D. Forensic Psych. | Re: US v. M.B. | 10/22/2020 |

| M.B. | MJ-PL-00043261 | MJ-PL-00043261 | DC Public Schools Office of Special Education | Consent for Initial Evaluation/Reevaluation | 01/28/2021 |
|------|----------------|----------------|---------------------------------|------------------------------|------------|
| M.B. | MJ-PL-00045464 | MJ-PL-00045467 | Hillcrest Children's Center | Child Encounter Note | 11/06/2017 |
| M.B. | MJ-PL-00051224 | MJ-PL-00051267 | Hillcrest Children's Center | Medical Record | 02/15/2021 |
| M.B. | MJ-PL-00054562 | MJ-PL-00054562 | DYRS | | |
| M.B. | MJ-PL-00054563 | MJ-PL-00054563 | DYRS | | |
| M.B. | MJ-PL-00054564 | MJ-PL-00054564 | DYRS | | |
| M.B. | MJ-PL-00054565 | MJ-PL-00054565 | DPHHS-CFS Interstate Compact on the Placement of Children | Report on Child's Placement Status | 06/12/2018 |
| M.B. | MJ-PL-00054566 | MJ-PL-00054566 | DPHHS-CFS Interstate Compact on the Placement of Children | Report on Child's Placement Status | 03/09/2018 |
| M.B. | MJ-PL-00054567 | MJ-PL-00054568 | DYRS | Team Decision Meeting Sign In Sheet | 11/20/2018 |
| M.B. | MJ-PL-00054569 | MJ-PL-00054571 | DYRS | GPS Basic Guideline Agreement Contract | 02/11/2019 |
| M.B. | MJ-PL-00054572 | MJ-PL-00054574 | DYRS | GPS Basic Guideline Agreement Contract | 02/12/2019 |
| M.B. | MJ-PL-00054575 | MJ-PL-00054578 | Superior Court of the District of Columbia | Order Authorizing Article VI Placement of Respondent | 02/22/2018 |
| M.B. | MJ-PL-00054579 | MJ-PL-00054579 | DYRS | Care Coordinator Letter from Rukie Wilson | 02/12/2018 |
| M.B. | MJ-PL-00054580 | MJ-PL-00054583 | DYRS | Community Placement Agreement | 07/11/2018 |
| M.B. | MJ-PL-00054584 | MJ-PL-00054587 | DYRS | Community Placement Agreement | 07/11/2018 |
| M.B. | MJ-PL-00054588 | MJ-PL-00054588 | Prince George's County Public Schools | Tuition Contract | 08/21/2018 |
| M.B. | MJ-PL-00054589 | MJ-PL-00054590 | DYRS | Urinalysis Referral Form | 10/02/2018 |
| M.B. | MJ-PL-00054591 | MJ-PL-00054592 | Prince George's County Public Schools | Report Card | 12/13/2018 |
| M.B. | MJ-PL-00054593 | MJ-PL-00054593 | Metro Alerts Card | Scan of Metro Alerts Card B1442451 | 07/13/2018 |
| M.B. | MJ-PL-00054594 | MJ-PL-00054595 | Capital Guardian Youth Challenge Academy | Acceptance Letter | 06/22/2018 |
| M.B. | MJ-PL-00054596 | MJ-PL-00054597 | Capital Guardian Youth Challenge Academy | Acceptance Letter | 06/22/2018 |
| M.B. | MJ-PL-00054598 | MJ-PL-00054601 | PAUL PCS | Cummulative School Attendance | 12/04/2017 |
| M.B. | MJ-PL-00054602 | MJ-PL-00054602 | Superior Court of the District of Columbia | Prisoner Return to DYRS | 03/13/2020 |
| M.B. | MJ-PL-00054603 | MJ-PL-00054603 | Superior Court of the District of Columbia | Prisoner Return to DYRS | 02/18/2020 |
| M.B. | MJ-PL-00054604 | MJ-PL-00054605 | DC Metro Police Department | Juvenile Arrest Record #JU1903384 | 02/06/2019 |
| M.B. | MJ-PL-00054606 | MJ-PL-00054616 | Superior Court of the District of Columbia | Pre-Petition Order for Custody | 03/04/2019 |

| M.B. | MJ-PL-00054617 | MJ-PL-00054618 | DC Metro Police Department | Juvenile Arrest Record #JU1920355 | 06/25/2019 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00054619 | MJ-PL-00054620 | DC Metro Police Department | Juventile Arrest Record #JU1921816 | 07/09/2019 |
| M.B. | MJ-PL-00054621 | MJ-PL-00054621 | Superior Court of the District of Columbia | Order For Return To Custody Pursuant Prior Order | 07/12/2019 |
| M.B. | MJ-PL-00054622 | MJ-PL-00054624 | Superior Court of the District of Columbia | Order For Custody | 07/02/2019 |
| M.B. | MJ-PL-00054625 | MJ-PL-00054626 | DYRS | Case Closing Summary | 08/05/2019 |
| M.B. | MJ-PL-00054627 | MJ-PL-00054627 | Unspecified | Pixelated Photo of Youth | Undated |
| M.B. | MJ-PL-00054628 | MJ-PL-00054628 | Unspecified | Pixelated Photo of Young Black Male | 02/10/2020 |
| M.B. | MJ-PL-00054629 | MJ-PL-00054629 | DYRS | Parent/Guardian Consent Form | 02/05/2018 |
| M.B. | MJ-PL-00054630 | MJ-PL-00054644 | Superior Court of the District of Columbia | Plea Agreement | 11/06/2017 |
| M.B. | MJ-PL-00054645 | MJ-PL-00054646 | Superior Court of the District of Columbia | Order for Custody | 01/20/2019 |
| M.B. | MJ-PL-00054647 | MJ-PL-00054648 | Superior Court of the District of Columbia | Order for Custody | 02/13/2019 |
| M.B. | MJ-PL-00054649 | MJ-PL-00054649 | | | |
| M.B. | MJ-PL-00054650 | MJ-PL-00054654 | Arlington County Police Department | Detainer Request: Warrant #2365 and 2366 | 02/08/2020 |
| M.B. | MJ-PL-00054655 | MJ-PL-00054655 | | | |
| M.B. | MJ-PL-00054656 | MJ-PL-00054656 | Superior Court of the District of Columbia | Notification of Pending Commitment | 12/04/2017 |
| M.B. | MJ-PL-00054657 | MJ-PL-00054657 | DYRS | Flexible Funding Request Form | 07/18/2018 |
| M.B. | MJ-PL-00054658 | MJ-PL-00054660 | DYRS | Flexible Funding Request Form | 06/28/2018 |
| M.B. | MJ-PL-00054661 | MJ-PL-00054757 | Superior Court of the District of Columbia | Multiple Documents (97 pages) | 2018 |
| M.B. | MJ-PL-00054758 | MJ-PL-00054767 | DC Public Schools Office of Special Education | Analysis of Existing Data | 07/12/2017 |
| M.B. | MJ-PL-00054768 | MJ-PL-00054773 | Government of the District of Columbia | Unusual Incident Report | 08/28/2017 |
| M.B. | MJ-PL-00054774 | MJ-PL-00054774 | Silver Oak Academy to DYRS | Acceptance Letter | 03/02/2018 |
| M.B. | MJ-PL-00054775 | MJ-PL-00054775 | WIN Family Services | Acceptance to Theraputic Foster Care | 05/16/2018 |
| M.B. | MJ-PL-00054776 | MJ-PL-00054777 | Glen Mills School | Denial of Placement to DYRS | 01/19/2018 |
| M.B. | MJ-PL-00054778 | MJ-PL-00054778 | Government of the District of Columbia | GPS Monitoring Referral Form | 05/30/2018 |
| M.B. | MJ-PL-00054779 | MJ-PL-00054779 | Government of the District of Columbia | GPS Monitoring Referral Form | 05/30/2018 |
| M.B. | MJ-PL-00054780 | MJ-PL-00054780 | DYRS | Youth Services Center Housing Assignment Form | 06/20/2019 |
| M.B. | MJ-PL-00054781 | MJ-PL-00054781 | DYRS | Notice of Zero Tolerance of Harassment | 06/20/2019 |

| M.B. | MJ-PL-00054782 | MJ-PL-00054788 | FACE Sheet | M.B. (000008973) | 08/05/2019 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00054789 | MJ-PL-00054793 | Court Document | Structured Decision Making | Undated |
| M.B. | MJ-PL-00054794 | MJ-PL-00054798 | DYRS | Youth Status Report | 08/08/2019 |
| M.B. | MJ-PL-00054799 | MJ-PL-00054799 | DYRS | Path to Success Montoring Report | 12/11/2017 |
| M.B. | MJ-PL-00054800 | MJ-PL-00054800 | DYRS | Path to Success Montoring Report | 12/11/2017 |
| M.B. | MJ-PL-00054801 | MJ-PL-00054917 | FAMCare | Case Notes for 000008973 (117 pages) | 02/23/2021 |
| M.B. | MJ-PL-00054918 | MJ-PL-00054919 | Superior Court of the District of Columbia | Commitment to DYRS Family Court | 02/05/2018 |
| M.B. | MJ-PL-00054920 | MJ-PL-00054920 | DYRS | Youth Services Center Housing Assignment Form | 07/09/2019 |
| M.B. | MJ-PL-00054921 | MJ-PL-00054921 | DYRS | Youth Services Center Housing Assignment Form | 08/06/2019 |
| M.B. | MJ-PL-00054922 | MJ-PL-00054922 | DYRS | Youth Services Center Housing Assignment Form | 09/11/2019 |
| M.B. | MJ-PL-00054923 | MJ-PL-00054927 | Government of the District of Columbia | DYRS New Beginning Intake Interview | 02/14/2018 |
| M.B. | MJ-PL-00054928 | MJ-PL-00054928 | DYRS | Notice of Zero Tolerance of Harassment | 09/11/2019 |
| M.B. | MJ-PL-00054929 | MJ-PL-00054929 | DYRS | Notice of Zero Tolerance of Harassment | 02/06/2018 |
| M.B. | MJ-PL-00054930 | MJ-PL-00054930 | DYRS | Youth Services Center Housing Assignment Form | 02/08/2020 |
| M.B. | MJ-PL-00054931 | MJ-PL-00054931 | DYRS | Notice of Zero Tolerance of Harassment | 02/08/2020 |
| M.B. | MJ-PL-00054932 | MJ-PL-00054932 | DYRS | Notice of Zero Tolerance of Harassment | 07/09/2019 |
| M.B. | MJ-PL-00054933 | MJ-PL-00054939 | Silver Oak Academy | Monthly Multi-Disciplinary Team Treatment Plan/Court Report | 03/30/2018 |
| M.B. | MJ-PL-00054940 | MJ-PL-00054940 | DYRS | Notice of Zero Tolerance of Harassment | 02/09/2019 |
| M.B. | MJ-PL-00054941 | MJ-PL-00054943 | Superior Court of the District of Columbia | Order of the Intermediate Review of Commitment or Placement | 02/20/2018 |
| M.B. | MJ-PL-00054944 | MJ-PL-00054944 | Superior Court of the District of Columbia | Arraignment/Presentment for Armed Robbery | 02/10/2020 |
| M.B. | MJ-PL-00054945 | MJ-PL-00054945 | DYRS | Youth Services Center Housing Assignment Form | 02/10/20 |
| M.B. | MJ-PL-00054946 | MJ-PL-00054950 | DYRS | Intake Interview | 02/10/2020 |
| M.B. | MJ-PL-00054951 | MJ-PL-00054952 | DYRS | Notice of Zero Tolerance of Harassment | 02/10/2020 |
| M.B. | MJ-PL-00054953 | MJ-PL-00054953 | DYRS | Youth Services Center Housing Assignment Form | 09/11/2019 |
| M.B. | MJ-PL-00054954 | MJ-PL-00054960 | Susan K. T., MD, MPH | Psychiatric Evaluation | 06/13/2017 |
| M.B. | MJ-PL-00054961 | MJ-PL-00054967 | Susan K. T., MD, MPH | Psychiatric Evaluation | 06/13/2017 |

| M.B. | MJ-PL-00054968 | MJ-PL-00054976 | Susan K. Theur, MD, MPH | Updated Psychiatric Evaluation with Recommendations | 08/05/2017 |
|------|----------------|----------------|-------------------------|-----------------------------------------------------|------------|
| M.B. | MJ-PL-00054977 | MJ-PL-00054993 | Superior Court of the District of Columbia | Confidential Psychoeducational Evaluation | 05/16/2017 |
| M.B. | MJ-PL-00054994 | MJ-PL-00055010 | Superior Court of the District of Columbia | Confidential Psychoeducational Evaluation | 05/16/2017 |
| M.B. | MJ-PL-00055011 | MJ-PL-00055012 | District of Columbia DYRS | Request for Issuance of Custody Order for Juvenile/Neglect Absconder | 01/30/2019 |
| M.B. | MJ-PL-00055013 | MJ-PL-00055013 | Government of the District of Columbia | Certificate of Live Birth, M.B. | 02/25/2002 |
| M.B. | MJ-PL-00055014 | MJ-PL-00055014 | Government of the District of Columbia | AmeriHealth Card | Undated |
| M.B. | MJ-PL-00055015 | MJ-PL-00055030 | DYRS | Release Forms | 06/28/2019 |
| M.B. | MJ-PL-00055031 | MJ-PL-00055042 | DYRS | Release Forms | 08/11/2019 |
| M.B. | MJ-PL-00055043 | MJ-PL-00055043 | DC Court Social Services Division | Intake Services, Pre-Disposition & Supervision | 08/05/2019 |
| M.B. | MJ-PL-00055044 | MJ-PL-00055045 | Superior Court of the District of Columbia | Prisoner Return to DYRS | 11/10/2020 |
| M.B. | MJ-PL-00055046 | MJ-PL-00055046 | Superior Court of the District of Columbia | Notice of Case Dismissal/Closure | 06/15/2017 |
| M.B. | MJ-PL-00055047 | MJ-PL-00055047 | Superior Court of the District of Columbia | Order For Return To Custody Pursuant Prior Order | 06/26/2017 |
| M.B. | MJ-PL-00055048 | MJ-PL-00055052 | DYRS | Release Authorization and Contact | 08/05/2019 |
| M.B. | MJ-PL-00055053 | MJ-PL-00055053 | DYRS | DSA Release Form | 02/14/2018 |
| M.B. | MJ-PL-00055054 | MJ-PL-00055058 | DYRS | Release Authorization and Contact | 05/20/2018 |
| M.B. | MJ-PL-00055059 | MJ-PL-00055059 | Superior Court of the District of Columbia | Record of No Paper Action | 09/11/2019 |
| M.B. | MJ-PL-00055060 | MJ-PL-00055060 | DYRS | DSA Release Form | 02/10/2020 |
| M.B. | MJ-PL-00055061 | MJ-PL-00055061 | DYRS | DSA Release Form | 09/16/2019 |
| M.B. | MJ-PL-00055062 | MJ-PL-00055062 | Court Social Services Division | Intake Services, Pre-Disposition & Supervision | 06/25/2019 |
| M.B. | MJ-PL-00055063 | MJ-PL-00055064 | Circuit Court for Prince George's County Maryland | Writ of Body Attachment JA-19-0069 | 04/16/2019 |
| M.B. | MJ-PL-00055065 | MJ-PL-00055065 | DYRS | Notice of Zero Tolerance of Harassment | 02/15/2018 |
| M.B. | MJ-PL-00055066 | MJ-PL-00055088 | DC Metro Police Department | Juvenile Arrest #JU1919862 | 06/20/2019 |
| M.B. | MJ-PL-00055089 | MJ-PL-00055099 | DC Metro Police Department | Juvenile Arrest #JU1920355 | 06/25/2019 |
| M.B. | MJ-PL-00055100 | MJ-PL-00055103 | DC Metro Police Department | Juvenile Arrest #JU1924721 | 08/05/2019 |
| M.B. | MJ-PL-00055104 | MJ-PL-00055112 | DC Metro Police Department | D-1 Arrest 3521928433 | 09/10/2019 |
| M.B. | MJ-PL-00055113 | MJ-PL-00055113 | Chipotle Restaurant | $10 Gift Card | 10/02/2018 |

| M.B. | MJ-PL-00055114 | MJ-PL-00055114 | DYRS | DSA Release Form | 03/29/2017 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00055115 | MJ-PL-00055115 | DYRS | Scheduled Hearing for M.B. | 11/30/2020 |
| M.B. | MJ-PL-00055116 | MJ-PL-00055116 | DYRS | Scheduled Hearing for M.B. | 01/25/2021 |
| M.B. | MJ-PL-00055117 | MJ-PL-00055117 | DYRS | Scheduled Hearing for M.B. | 11/05/20 |
| M.B. | MJ-PL-00055118 | MJ-PL-00055118 | DYRS | Scheduled Hearing for M.B. | 01/21/21 |
| M.B. | MJ-PL-00055119 | MJ-PL-00055119 | DYRS | Scheduled Hearing for M.B. | 01/27/21 |
| M.B. | MJ-PL-00055120 | MJ-PL-00055120 | Government of the District of Columbia | GPS Monitoring Referral Form | 02/12/2019 |
| M.B. | MJ-PL-00055121 | MJ-PL-00055122 | IHOP | Scans of two gift cards for $25 each | 07/13/2018 |
| M.B. | MJ-PL-00055123 | MJ-PL-00055124 | Chipotle Restaurant | Scans of two gift cards for $10 each | 11/07/2018 |
| M.B. | MJ-PL-00055125 | MJ-PL-00055125 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 01/22/2018 |
| M.B. | MJ-PL-00055126 | MJ-PL-00055126 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 01/05/2018 |
| M.B. | MJ-PL-00055127 | MJ-PL-00055130 | Superior Court of the District of Columbia | Order for Detention Pending Further Division Action | 11/30/2017 |
| M.B. | MJ-PL-00055131 | MJ-PL-00055131 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 12/18/2017 |
| M.B. | MJ-PL-00055132 | MJ-PL-00055132 | Superior Court of the District of Columbia | Arraignment/Presentment for Armed Robbery | 02/10/2020 |
| M.B. | MJ-PL-00055133 | MJ-PL-00055133 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 02/10/2020 |
| M.B. | MJ-PL-00055134 | MJ-PL-00055137 | Superior Court of the District of Columbia | Order of the Intermediate Review of Commitment or Placement | 02/20/2018 |
| M.B. | MJ-PL-00055138 | MJ-PL-00055139 | Superior Court of the District of Columbia | Commitment to DYRS Family Court | 02/05/2018 |
| M.B. | MJ-PL-00055140 | MJ-PL-00055142 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 02/06/2019 |
| M.B. | MJ-PL-00055143 | MJ-PL-00055143 | Superior Court of the District of Columbia | Order to appear for Juvenile Secure Detention Status Hearing | 03/13/2020 |
| M.B. | MJ-PL-00055144 | MJ-PL-00055148 | Superior Court of the District of Columbia | Order for Detention Pending Further Division Action | 03/25/2017 |
| M.B. | MJ-PL-00055149 | MJ-PL-00055149 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 04/25/2016 |
| M.B. | MJ-PL-00055150 | MJ-PL-00055154 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 05/18/2017 |
| M.B. | MJ-PL-00055155 | MJ-PL-00055157 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 06/01/2017 |
| M.B. | MJ-PL-00055158 | MJ-PL-00055160 | Superior Court of the District of Columbia | Order for Release Upon Condition Pending | 06/21/2019 |
| M.B. | MJ-PL-00055161 | MJ-PL-00055163 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 06/21/2019 |
| M.B. | MJ-PL-00055164 | MJ-PL-00055175 | Superior Court of the District of Columbia | Order for Detention Pending Further Court Action | 06/26/2019 |

| M.B. | MJ-PL-00055176 | MJ-PL-00055179 | Superior Court of the District of Columbia | Order for Detention Pending Further Division Action | 06/06/2017 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00055180 | MJ-PL-00055180 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 06/08/2017 |
| M.B. | MJ-PL-00055181 | MJ-PL-00055184 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 06/10/2017 |
| M.B. | MJ-PL-00055185 | MJ-PL-00055187 | Superior Court of the District of Columbia | Order for Return To Custody Pursuant Prior Order | 07/12/2019 |
| M.B. | MJ-PL-00055188 | MJ-PL-00055188 | Circuit Court for Prince George's County Maryland | Merits Hearing JA-10-0091 | 07/02/2019 |
| M.B. | MJ-PL-00055189 | MJ-PL-00055189 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant Prior Order | 07/26/2019 |
| M.B. | MJ-PL-00055190 | MJ-PL-00055190 | Superior Court of the District of Columbia | Order Granting Request to Continue Hearings | 07/31/2019 |
| M.B. | MJ-PL-00055191 | MJ-PL-00055193 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant Prior Order | 07/09/2019 |
| M.B. | MJ-PL-00055194 | MJ-PL-00055196 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant Prior Order | 08/02/2019 |
| M.B. | MJ-PL-00055197 | MJ-PL-00055205 | Superior Court of the District of Columbia | Order for Detention in Delinquency Case Pending Further Court Action | 08/06/2019 |
| M.B. | MJ-PL-00055206 | MJ-PL-00055208 | Superior Court of the District of Columbia | Order for Release Upon Condition Pending | 09/11/2019 |
| M.B. | MJ-PL-00055209 | MJ-PL-00055209 | Superior Court of the District of Columbia | US v. M.B. 2019 TRC 12 | 09/11/2019 |
| M.B. | MJ-PL-00055210 | MJ-PL-00055213 | Superior Court of the District of Columbia | Order for Detention in Delinquency Case Pending Further Court Action | 09/11/2019 |
| M.B. | MJ-PL-00055214 | MJ-PL-00055219 | Scans of Multiple Gift Cards | Various funded amounts | 06/14/2018 |
| M.B. | MJ-PL-00055220 | MJ-PL-00055225 | Scans of Multiple Gift Cards | Various funded amounts | 06/14/2018 |
| M.B. | MJ-PL-00055226 | MJ-PL-00055226 | Superior Court of the District of Columbia | Prisoner Return to DYRS | 02/13/2020 |
| M.B. | MJ-PL-00055227 | MJ-PL-00055228 | DYRS | Release Authorization and Contact | 08/18/2020 |
| M.B. | MJ-PL-00055229 | MJ-PL-00055229 | Subway Gift Card | Scan of $10 Gift Card | 06/29/2018 |
| M.B. | MJ-PL-00055230 | MJ-PL-00055230 | Subway Gift Card | Scan of $10 Gift Card | 06/06/2018 |
| M.B. | MJ-PL-00055231 | MJ-PL-00055231 | Subway Gift Card | Scan of $10 Gift Card | 09/12/2018 |
| M.B. | MJ-PL-00055232 | MJ-PL-00055233 | Superior Court of the District of Columbia | Order for DYRS Transport for Evaluation | 05/04/2017 |
| M.B. | MJ-PL-00055234 | MJ-PL-00055234 | Superior Court of the District of Columbia | Order for DYRS Transport for Evaluation | 04/27/2017 |
| M.B. | MJ-PL-00055235 | MJ-PL-00055245 | Prince George's County Public Schools | Verification of Enrollment, Bowie HS | 01/29/2019 |
| M.B. | MJ-PL-00055246 | MJ-PL-00055247 | Gift Cards | Scans of 3 $25 gift cards | 12/13/2018 |
| M.B. | MJ-PL-00055248 | MJ-PL-00055249 | Gift Cards | Scans of 3 $25 gift cards | 12/13/2018 |
| M.B. | MJ-PL-00055250 | MJ-PL-00055252 | Government of the District of Columbia | Transportation for Booking | 06/25/2019 |

| M.B. | MJ-PL-00055253 | MJ-PL-00055266 | Prince George's County Public Schools | Attendance History | 01/29/2019 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00055267 | MJ-PL-00055270 | DYRS | YSC Classification Assessment | 04/26/2017 |
| M.B. | MJ-PL-00055271 | MJ-PL-00055271 | DYRS | Notice of Zero Tolerance of Harassment | 04/26/2017 |
| M.B. | MJ-PL-00055272 | MJ-PL-00055272 | Government of the District of Columbia | Refusal of Medical Treatment | 03/03/2018 |
| M.B. | MJ-PL-00055273 | MJ-PL-00055274 | DC Metro Police Department | Juvenile Arrest #JU1720350-R1 | 05/25/2017 |
| M.B. | MJ-PL-00055275 | MJ-PL-00055275 | DYRS | Release Authorization and Contact | 08/18/2020 |
| M.B. | MJ-PL-00055276 | MJ-PL-00055276 | DYRS | DSA Release Form | 05/18/2017 |
| M.B. | MJ-PL-00055277 | MJ-PL-00055277 | DYRS | DSA Release Form | 06/01/2017 |
| M.B. | MJ-PL-00055278 | MJ-PL-00055278 | DYRS | DSA Release Form | 07/11/2017 |
| M.B. | MJ-PL-00055279 | MJ-PL-00055279 | Government of the District of Columbia | Team Decision Meeting Sign In Sheet | Undated |
| M.B. | MJ-PL-00055280 | MJ-PL-00055280 | Superior Court of the District of Columbia | Order for Continuance | 03/03/2020 |
| M.B. | MJ-PL-00055281 | MJ-PL-00055282 | Government of the District of Columbia | DSM-V Mental Health Diagnosis | 05/10/2018 |
| M.B. | MJ-PL-00055283 | MJ-PL-00055287 | DYRS | Release Authorization and Contact | 03/09/2018 |
| M.B. | MJ-PL-00055288 | MJ-PL-00055291 | Government of the District of Columbia | Community Placement Agreement | 03/09/2018 |
| M.B. | MJ-PL-00055292 | MJ-PL-00055305 | DC Metro Police Department | Juvenille Arrest #JU2004076 - R1 | 02/08/2020 |
| M.B. | MJ-PL-00055306 | MJ-PL-00055306 | Superior Court of the District of Columbia | Arraignment/Presentment for Armed Carjacking | 03/12/2020 |
| M.B. | MJ-PL-00055307 | MJ-PL-00055310 | DC Metro Police Department | Report of Physial Altercation Resulting in Injury & Hospitalization | 07/10/2019 |
| M.B. | MJ-PL-00055311 | MJ-PL-00055311 | Superior Court of the District of Columbia | Notice to Return to Court | 02/13/2020 |
| M.B. | MJ-PL-00055312 | MJ-PL-00055315 | DYRS | YSC Classification Assessment | 03/27/2017 |
| M.B. | MJ-PL-00055316 | MJ-PL-00055316 | DYRS | Notice of Zero Tolerance of Harassment | 03/27/2017 |
| M.B. | MJ-PL-00055317 | MJ-PL-00055322 | Unspecified | My Safety Plan Workbook | 09/12/2019 |
| M.B. | MJ-PL-00055323 | MJ-PL-00055323 | DYRS | Notice of Zero Tolerance of Harassment | 06/02/2017 |
| M.B. | MJ-PL-00055324 | MJ-PL-00055324 | DYRS | Notice of Zero Tolerance of Harassment | 06/02/2017 |
| M.B. | MJ-PL-00055325 | MJ-PL-00055325 | DYRS | Notice of Zero Tolerance of Harassment | 06/17/2017 |
| M.B. | MJ-PL-00055326 | MJ-PL-00055329 | DYRS | YSC Classification Assessment | 06/07/2017 |
| M.B. | MJ-PL-00055330 | MJ-PL-00055333 | DYRS | YSC Classification Assessment | 12/01/2017 |
| M.B. | MJ-PL-00055334 | MJ-PL-00055334 | DYRS | Notice of Zero Tolerance of Harassment | 12/01/2017 |

| M.B. | MJ-PL-00055335 | MJ-PL-00055336 | DC Metro Police Department | Report of Physial Altercation Resulting in Injury & Hospitalization | 09/12/2019 |
|---|---|---|---|---|---|
| M.B. | MJ-PL-00055337 | MJ-PL-00055337 | DYRS | Notice of Zero Tolerance of Harassment | 09/12/2019 |
| M.B. | MJ-PL-00055338 | MJ-PL-00055338 | Government of the District of Columbia | Refusal of Medical Treatment | 02/19/2018 |
| M.B. | MJ-PL-00055339 | MJ-PL-00055339 | Government of the District of Columbia | Refusal of Medical Treatment | 02/16/2018 |
| M.B. | MJ-PL-00055340 | MJ-PL-00055340 | Government of the District of Columbia | Refusal of Medical Treatment | 02/27/2018 |
| M.B. | MJ-PL-00055341 | MJ-PL-00055341 | DYRS | Housing Assignment Form | 02/06/2019 |
| M.B. | MJ-PL-00055342 | MJ-PL-00055342 | DYRS | Notice of Zero Tolerance of Harassment | 07/10/2019 |
| M.B. | MJ-PL-00055343 | MJ-PL-00055343 | Government of the District of Columbia | Team Decision Meeting Sign In Sheet | 08/29/2018 |
| M.B. | MJ-PL-00055344 | MJ-PL-00055347 | DC Metro Police Department | Report of Physial Altercation Resulting in Injury & Hospitalization | 06/21/2019 |
| M.B. | MJ-PL-00055348 | MJ-PL-00055348 | DYRS | Notice of Zero Tolerance of Harassment | 06/21/2019 |
| M.B. | MJ-PL-00055349 | MJ-PL-00055352 | DC Metro Police Department | Juvenille Arrest #JU19198706 - R1 | 06/20/2019 |
| M.B. | MJ-PL-00055353 | MJ-PL-00055358 | DYRS | YSC Classification Assessment | 05/11/2012 |
| M.B. | MJ-PL-00055359 | MJ-PL-00055359 | DYRS | Notice of Zero Tolerance of Harassment | 02/09/2018 |
| M.B. | MJ-PL-00055360 | MJ-PL-00055360 | DYRS | Notice of Zero Tolerance of Harassment | 05/11/2018 |
| M.B. | MJ-PL-00055361 | MJ-PL-00055361 | DYRS | Notice of Zero Tolerance of Harassment | 05/11/2018 |
| M.B. | MJ-PL-00055362 | MJ-PL-00055362 | DYRS | Notice of Zero Tolerance of Harassment | 02/09/2018 |
| M.B. | MJ-PL-00055363 | MJ-PL-00055364 | Court Social Services Division | Acknowledgement of Reciept for Notice of Intent | 12/08/2017 |
| M.B. | MJ-PL-00055365 | MJ-PL-00055366 | DYRS | Report to Court Liason Office Re: M.B. | 12/06/2017 |
| M.B. | MJ-PL-00055367 | MJ-PL-00055367 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant Prior Order | 02/13/2020 |
| M.B. | MJ-PL-00055368 | MJ-PL-00055384 | Superior Court of the District of Columbia | Confidential Psychoeducational Evaluation | 05/16/2017 |
| M.B. | MJ-PL-00055385 | MJ-PL-00055385 | Government of the District of Columbia | GPS Monitoring Referral Form | 08/01/2019 |
| M.B. | MJ-PL-00055386 | MJ-PL-00055388 | Superior Court of the District of Columbia | Order for Release Upon Condition Pending | 06/21/2019 |
| M.B. | MJ-PL-00055389 | MJ-PL-00055391 | Unspecified | CAFAS Treatment Plan | 01/02/2018 |
| M.B. | MJ-PL-00055392 | MJ-PL-00055394 | Unspecified | CAFAS Treatment Plan | 04/13/2018 |
| M.B. | MJ-PL-00055395 | MJ-PL-00055397 | Unspecified | CAFAS Treatment Plan | 05/15/2018 |
| M.B. | MJ-PL-00055398 | MJ-PL-00055400 | Unspecified | CAFAS Treatment Plan | 08/01/2018 |

| M.B. | MJ-PL-00055401 | MJ-PL-00055403 | Unspecified | CAFAS Treatment Plan | 11/26/2018 |
|------|------|------|------|------|------|
| M.B. | MJ-PL-00055404 | MJ-PL-00055406 | Unspecified | CAFAS Treatment Plan | 02/11/2019 |
| M.B. | MJ-PL-00055407 | MJ-PL-00055409 | Unspecified | CAFAS Treatment Plan | 07/29/2019 |
| M.B. | MJ-PL-00055410 | MJ-PL-00055410 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant Prior Order | 06/21/2019 |
| M.B. | MJ-PL-00055411 | MJ-PL-00055411 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant Prior Order | 06/21/2019 |
| M.B. | MJ-PL-00055412 | MJ-PL-00055412 | Superior Court of the District of Columbia | Order for Return to Custody Pursuant Prior Order | 07/09/2019 |
| M.B. | MJ-PL-00055413 | MJ-PL-00055413 | Prince George's County Public Schools | School Attendance Absent/Tardy Total Report | 01/24/2019 |
| M.B. | MJ-PL-00055414 | MJ-PL-00055423 | DC Public Schools Office of Special Education | School Attendance Absent/Tardy Total Report | 06/26/2017 |
| M.B. | MJ-PL-00055424 | MJ-PL-00055426 | DYRS | GPS Basic Guideline Agreement Contract | 09/21/2018 |
| M.B. | MJ-PL-00055427 | MJ-PL-00055429 | DYRS | GPS Basic Guideline Agreement Contract | 06/28/2018 |
| M.B. | MJ-PL-00055430 | MJ-PL-00055431 | New Beginnings | Incident Detail Report | 03/01/2018 |
| M.B. | MJ-PL-00055432 | MJ-PL-00055433 | Youth Services Center | Incident Detail Report | 09/12/2019 |
| M.B. | MJ-PL-00055434 | MJ-PL-00055435 | New Beginnings | Incident Detail Report | 02/26/2020 |
| M.B. | MJ-PL-00055436 | MJ-PL-00055437 | New Beginnings | Incident Detail Report | 07/13/2020 |
| M.B. | MJ-PL-00055438 | MJ-PL-00055439 | New Beginnings | Incident Detail Report | 07/29/2020 |
| M.B. | MJ-PL-00055440 | MJ-PL-00055441 | New Beginnings | Incident Detail Report | 08/07/2020 |
| M.B. | MJ-PL-00055442 | MJ-PL-00055443 | Youth Services Center | Incident Detail Report | 10/28/2020 |
| M.B. | MJ-PL-00055444 | MJ-PL-00055445 | Youth Services Center | Incident Detail Report | 01/28/2021 |
| M.B. | MJ-PL-00055446 | MJ-PL-00055447 | Youth Services Center | Incident Detail Report | 02/20/2021 |
| M.B. | MJ-PL-00055448 | MJ-PL-00055451 | Government of the District of Columbia | Unusual Incident Report | 03/22/2019 |
| M.B. | MJ-PL-00055452 | MJ-PL-00055453 | DYRS | Youth Assessment Unit Report | 02/05/2018 |
| M.B. | MJ-PL-00056924 | MJ-PL-00056991 | DC Public Schools Office of Special Education | Final Eligibility Determination Report | 07/19/2017 |
| M.B. | MJ-PL-00056992 | MJ-PL-00057002 | Paul PCS | Prior Written Notice | 09/08/2017 |
| M.B. | MJ-PL-00057003 | MJ-PL-00057046 | DC Public Schools Office of Special Education | Multiple Documents (44 pages) | 02/25/2021 |