# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J. *et al.*, | |
| **Plaintiff,** | |
| **v.** | Civil Action No. 1:18-cv-1901-ACR |
| **DISTRICT OF COLUMBIA,** *et al.*, | |
| **Defendants.** | |

### DECLARATION OF MEGHAN SULLIVAN

Pursuant to 28 U.S.C. § 1746, I, Meghan Sullivan, declare and state as follows:

1.      I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration and testify based on my personal knowledge acquired in the course of my official duties.

2.      I am the Interim Deputy Director of Children/Youth Services at the District of Columbia Department of Behavioral Health (DBH).  In this role, I provide senior leadership and direction for planning, organizing, developing, and implementing a continuum of care of behavioral health services across the system for children, youth and their families in the District of Columbia (the District).  I am responsible for overseeing the coordination of all programs and service and staff activities.  I oversee an administration of over 130 staff in six divisions and serve as principal advisor to the Director on services for children, youth and their families.

3.      I have a Doctorate in Clinical Psychology from Xavier University.  I am a Licensed Clinical Psychologist in the District.

4.      I provide this declaration to describe the provision of mental health services to Medicaid-eligible children and youth under the age of twenty-one (referred to collectively as children) with severe emotional disturbance (SED) in the District.

5.      The mission of DBH is to support prevention, treatment, resilience, and recovery for District residents with behavioral health disorders—including services for children with SED—through the delivery of high-quality, integrated services.

6.      DBH provides a robust system of behavioral health services for children with SED.  Over the past decade, the District has worked to comprehensively reform its children's behavioral health system of care, including implementing 11 evidence-based practices, providing a robust array of intensive community-based services for children, and coordinating across agencies to reduce unnecessary placements in more restrictive settings, such as hospitals and Psychiatric Residential Treatment Facilities (PRTFs).

7.      These reforms have significantly reduced the number of annual PRTF placements over the last several years.  In fiscal year 2019 (FY19), 40 Medicaid-enrolled children in the District with a classification of SED were placed in PRTFs.  In fiscal year 2020 (FY20), 31 D.C. Medicaid-enrolled children with a classification were placed in PRTFs.  In fiscal year 2021 (FY21), only 23 children were placed in PRTFs.   And in fiscal year 2022 (FY22) just 16 children were admitted to a PRTF.

8.      The District provides a slate of services called Community-Based Intervention (CBI), which appear to serve the same function as what plaintiffs call "intensive behavior support services."  *See* Sec. Am. Compl. ¶ 41.  CBI consists of intensive, evidence-based mental health services provided 24 hours per day, 365 days a year, and delivered to children up to age 21 in collaboration with their families.  CBI services are provided in non-institutional settings,

including in the child's home, school, or community, and are intended to prevent the child's out-of-home therapeutic placement or detention. CBI services are individually designed by the provider for each child and their family to minimize intrusion, maximize independence, and achieve treatment goals.

9.      Prior to November 2022, the District provided four levels of CBI services. On November 18, 2022, Functional Family Therapy (FFT), described below, and previously CBI Level IV, was removed from CBI as it was determined to be a low acuity service that is more appropriate as a standalone Evidence-Based Practice (EBP). In practice, however, the District continues to provide the same services—three levels of CBI plus FFT. The levels do not denote a hierarchy of service intensity but different modalities of intervention. Community providers who are certified by DBH to provide CBI determine whether and what level of CBI is appropriate for each child they evaluate. District regulations and DBH policies governing CBI provide admission criteria for each level of CBI services. Central to each level of CBI is family involvement. DBH-certified CBI providers are required to conduct a child and family team meeting within seven days of CBI admission for children in the community, and 14 days of CBI admission for children discharged from an acute care facility. Care coordination is also an integral part of CBI services, of which family teaming is a component.

10.     DBH has standardized the authorization process for CBI services to reduce barriers to service access. District regulations governing CBI services establish general criteria that all children must meet to receive CBI services. A child may access CBI services by contacting the DBH Access HelpLine, a telephone hotline that is operated by DBH 24 hours per day, seven days per week, year-round to link callers to ongoing help or immediate care.

3

11.     The District is currently serviced by five total CBI providers—one provider that offers CBI Level I, II and III; and four providers that offer CBI Levels II and III.

12.     CBI Level I is delivered using the Multisystemic Therapy (MST) treatment model.  MST is an intensive evidence- and community-based practice for children ages 12 through 17 that are living with, or returning to, their biological family or other long-term caregivers within 30 days of referral for services.  CBI Level I services are intended for children who are experiencing SED and either: (a) a documented behavioral concern with externalizing (aggressive or violent) behaviors; or (b) a history of chronic juvenile offenses that have or may result in involvement with the juvenile justice system.  MST's primary focus is to empower the child's parent or guardian to establish control in the home by implementing behavior plans and safety strategies that target the child's risk behaviors and re-engage the parent or guardian with multiple systems surrounding the child, including the home, community, school, and peers. Consequently, a child's permanent caregiver must participate with the CBI Level I provider for the duration of treatment.

13.     DBH-certified providers served children with CBI Level I with MST in preceding fiscal years as follows: in FY19, 29 children were served; in FY20, 25 children were served; in FY21, 44 children were served; in FY22, 54 Children were served.  In the past four fiscal years, most children who received CBI Level I services were successfully discharged, which means that on the date of discharge the child remained in their home, attended school or work, and had incurred no new legal charges.  Specifically, in FY19, 100% of children who received CBI Level I services were successfully discharged; in FY20, 81% of children who received CBI Level I services were successfully discharged; in FY21, 78% of children who received CBI services

4

were successfully discharged; and in FY22, 90% of children who received CBI Level I services were successfully discharged.

14.     CBI Levels II and III are delivered using the Intensive Home and Community-Based Services (IHCBS) model, which is an intensive, time-limited mental health service for children with SED up to age 21 and their families.  IHCBS is provided in a child's home, school, or community and aims to stabilize the child's mental health concerns so that the child can safely remain in the least restrictive, most normative environment.

15.     CBI Level II is provided to children for up to 180 days per service unit.[1]  Children who are referred to CBI Level II have at least one of the following: (a) a history of involvement with the District of Columbia Child and Family Services Agency (CFSA), Court Social Service (CSS), or the Department of Youth Rehabilitation Services (DYRS); (b) a history of negative involvement with schools for behavioral-related issues; or (c) a history of chronic or recurrent episodes of negative behavior that have resulted or may result in out-of-home placement. *See* 22-A DCMR § 3425.12.

16.     CBI Level III is utilized for short-term crisis stabilization, and as such, is provided for up to 90 days per service unit.[2]  Children who are referred to CBI Level III have at least one of the following: (a) situational behavioral problems that require short-term intensive treatment; (b) ongoing stressor situations like trauma or violence that require coping skills development and management; (c) a recent out-of-home placement that requires communication and coping skills development to manage the placement change; (d) an ongoing transition from

---

[1]     Children may receive as many CBI Level II service units as clinically indicated.

[2]     Children may receive as many CBI Level III service units as clinically indicated.

adolescence to adulthood that requires skills and supports to manage the transition; (e) a recent

discharge from an inpatient setting; or (f) an adult parent or caregiver with a clinically significant

mental health concern who will be parenting the child upon return from a residential treatment

center within 90 days.  In FY20, DBH-certified providers served 518 children with CBI II and III

utilizing the IHCBS model.  In FY21, providers served 568 youth; and in FY22, providers served

475 youth.

17.      Functional Family Therapy (FFT) is a family focused intervention for at-risk and

juvenile justice-involved children ages 11 through 18.  The focus of FFT is to re-establish family

communication, bonding, and alignment to sustain the child in the home and community.  To

that end, FFT requires the participation of the child and their parent/guardian in each session

throughout treatment to sustain family alignment.  Children who are referred to FFT must: (a)

have a documented history of moderate to serious behavioral problems which impair functioning

in at least one area, such as in school or in the home; (b) exhibit significant externalizing

behavior, which impairs functioning in at least one area; or (c) be at risk of a placement

disruption, and be: (1) willing to participate with service providers for the duration of treatment

services; or (2) involved with a caregiver who is willing to participate with service providers for

the duration of FFT.

18.      DBH-certified providers served children through FFT in preceding fiscal years as

follows: in FY19, 117 children were served; in FY20, 141 children were served; in FY21, 139

children were served; and in FY 22, 134 children were served.  Most children who received FFT

services were successfully discharged during the preceding three fiscal years, meaning, on the

date of discharge, the child remained in their home, attended school or work, and had incurred no

new legal charges.  Specifically, 65% of children who received FFT services in FY19 were

6

successfully discharged; 74% of children who received FFT services in FY20 were successfully discharged; 68% of children who received FFT services in FY21 were successfully discharged; and 58% of children who received FFT services in FY22 were successfully discharged.

19.     I have reviewed Plaintiffs' declarations in support of class certification.  Some of Plaintiffs' declarants conclude that the District's CBI model is insufficient to meet the needs of Medicaid-eligible children in the District with SED.  *See, e.g.*, Declaration of Kimberly Perry [112-18] (Perry Decl.) ¶ 20; Declaration of Betsy A. Biben [112-4] (Biben Decl.) ¶ 34; Declaration of Bruce J. Kamradt [112-5] (Kamradt Decl.) ¶ 45.  However, those conclusions are based on incorrect assumptions about the District's CBI program and its method for service delivery.  Most notably, some of Plaintiffs' declarants assert that the District's CBI providers do not engage children's families or other natural supports in service delivery.  *See, e.g.*, Biben Decl. ¶ 42.  This is incorrect.  All CBI providers in the District are required by regulation to provide services with a family focus and to engage families and natural supports, where applicable, through a team-based approach.  *See* 22-A DCMR §§ 3425.30(a)-(k).

20.     All CBI providers must also offer services that reduce family conflict, stabilize the family unit, and increase family support.  *See* 22-A DCMR § 3425.6(b).  CBI providers are required to engage the child's family to provide supports and interventions that "develop and improve the ability of parents, legal guardians, or significant others to care for the [child's] behavioral and emotional disturbance(s)," including skills training related to parenting techniques to assist the family with managing the child's SED.  *See* 22-A DCMR §§ 3425.6 (d)– (e).

21.     At least one of Plaintiffs' declarants also incorrectly states that the District's CBI model, by relying on FFT and MST models, precludes children who lack a permanent caregiver

from participating in services. *See* Kamradt Decl. ¶ 46. CBI Levels II and III services are provided according to the IHCBS model, which is flexible and permits children who are in CFSA custody or the juvenile justice system and lack a permanent caregiver to receive clinically appropriate CBI services. For example, named Plaintiff M.W. received CBI Level II services while in a foster care placement. Although biological family members most commonly participate with the child in CBI Levels II and III, the IHCBS model permits the provider to work with a child's "built family," which may include foster parents and kinship caregivers.

22.     At least one of Plaintiffs' declarants also incorrectly states that the District's CBI services are inadequate because they are time limited to 180 days for CBI I, II, and IV (now FFT) and 90 days for CBI III. *See* Kamradt Decl. ¶ 48. These initial time limits for CBI services are merely administrative controls related to authorizations and billing. There is no time limit for FFT. CBI services can be—and routinely are—extended for as long as the services are medically necessary for the child. *See* 22-A DCMR §§ 3425.11, 3425.15, 3425.19, 3425.23. As clinically indicated, children may receive multiple units of CBI services consecutively. For example, named Plaintiffs L.R., B.T., and M.W. each received CBI services for more than 180 days, and B.T. and M.W. received multiple levels of CBI services. L.R. received two authorizations for 180 days each for CBI Level II. B.T. received one authorization for 180 days for CBI Level I and three authorizations for 180 days each for CBI Level II. M.W. received one authorization for 180 days for CBI Level I, which was extended by an additional 90 days. M.W. also received three authorizations for CBI Level II for 180 days for each authorization. In addition, M.W. received an authorization for CBI Level III for 90 days.

23.     At least one of Plaintiffs' declarants also incorrectly states that DBH-certified providers maintain insufficient CBI capacity to meet demand. *See* Biben Decl. ¶ 34. This is also

8

inaccurate. There are currently no waitlists for CBI services at any level. DBH has not

experienced waitlists for such services since FY20, when DBH maintained short waitlists for

CBI I and IV (now FFT) services.[3]

24.     Additionally, at least one of Plaintiffs' declarants criticizes CBI as lacking a

robust care coordination component. *See* Kamradt Decl. ¶ 45. By regulation, CBI providers

must coordinate and link children to other Medicaid-covered services and supports to prevent the

utilization of residential treatment, including: (a) providing referrals to other Medicaid-covered

behavioral health or medical providers; (b) assisting children to transition to less restrictive

services; or (c) supporting and consulting with the child's family or support system directed

exclusively to the child's well-being and benefit. *See* 22-A DCMR § 3425.6(f). Children and

youth receiving CBI who require more robust care coordination are referred to High Fidelity

Wraparound (HFW) services (described further below) in conjunction with CBI.

25.     At least one of Plaintiffs' declarants inaccurately alleges that CBI is not

consistently provided to fidelity. *See* Perry Decl. ¶ 20. DBH currently contracts with Evidence

Based Associates (EBA) to conduct fidelity audits for each of the CBI providers.[4] As currently

structured, EBA provides fidelity reports to DBH for CBI Level I and FFT on a quarterly basis;

and CBI Levels II and III on an annual basis. All DBH-certified CBI providers meet fidelity

standards according to the independent audits.

26.     In addition to CBI, the District also provides High Fidelity Wraparound (HFW)

services through a contract with MBI Health Services, LLC (MBI). In FY23, the District

---

[3]     Children and families referred for CBI Level I or IV had the option of receiving CBI
Level II or III, or other medically necessary Mental Health Rehabilitation Services while the wait
list was in effect.

[4]     DBH previously contracted with Case Western Reserve University to conduct fidelity
audits for each of the CBI providers.

received additional funding to expand and include HFW in the array of school-based services.
DBH contracted with an additional provider, MECCA Group, and MBI to provide HFW in 12
District Public and Public Charter schools for 120 additional youth. The contracts have been
signed and the services will begin at the start of school in August 2023. HFW serves the same
function as what Plaintiffs call "intensive care coordination." *See* Second Am. Compl. ¶ 41.
HFW is a collaborative team-based care planning process provided in the community to children
ages five to 21 who require intensive services and supports to manage their complex emotional
and behavioral health needs.

  27. HFW providers in the District must adhere to the National Wraparound Initiative
Model, in which the family and the team implement, track, and adapt an individualized plan of
care to help the child achieve positive outcomes at home, in school, and in the community.
Providers incorporate a range of treatment services and supports, including intensive community-
based care coordination, emergency response teams, programs in child development centers and
public schools, evidence-based practices, substance use disorder prevention and treatment
programs, and ongoing services provided by community-based providers. The District's HFW
services are individualized, holistic, community-based, committed to the practice of
unconditional care, family-driven, intensive, coordinated, comprehensive, and culturally and
linguistically competent.

  28. In HFW, children and their families work with a Wraparound Care Coordinator to
build a wraparound team, which may include friends, contacts in the wider community, the
referring agency, the child's therapist or psychiatrist, and representatives of other public and
private agencies who are delivering services to the family. With the help of the team, the child
and family create a Wraparound Plan, which involves choosing a team vision, setting goals, and

developing creative and individualized services and supports to achieve them.  The Care

Coordinator oversees and facilitates the Wraparound Plan, including linking the child and family

to appropriate services in the community (both Medicaid and non-Medicaid funded), identifying

appropriate natural and informal supports for the family, and collaborating with community

providers to develop responsive and flexible resources to facilitate appropriate community-based

interventions and supports.  Regularly, the team meets to actualize wraparound goals, support the

family, and modify goals as necessary.

     29.    Children who meet the following criteria are eligible to be screened for HFW

services:

    1.    Ages five to 21 years;

    2.    D.C. Medicaid eligible; and

    3.    Involved with at least two of the following District agencies: (a) CFSA; (b) DYRS; (c) District of Columbia Public Schools; or (d) DBH; or

    4.    At risk of placement disruption or returning from a PRTF, residential treatment center or psychiatric hospital; or

    5.    At risk or removed from home to current placement; or

    6.    Exhibit significant behavioral concerns that impact their daily functioning at home, school and community, are at risk of services in a PRTF, have had three or more hospitalizations with a six-month period, truancy issues, are engaged in juvenile delinquent behavior or at risk of placement outside of their home.

These eligibility requirements are substantively identical to those delineated in the Wraparound

Milwaukee Enrollment Criteria Policy.  *See* Wraparound Milwaukee, Enrollment Criteria,

December 2019, available at http://wraparoundmke.com/wp-content/uploads/2013/07/017-

Enrollment-Criteria-Wraparound-REACH-O-YEAH.pdf.

30.     In FY20 and FY21, the District had the capacity under the MBI contract to

provide HFW to 85 children at any time.  During FY20, 93 unique children were enrolled in

HFW with MBI.  In FY21, 91 unique children received HFW with MBI.  In FY22, 76 youth

were engaged in HFW.

31.     A number of Plaintiffs' declarants conclude that the District's HFW program is

insufficient and cannot meet the needs of District families based on a series of incorrect

assumptions and unsupported generalizations.  One declarant, for instance, alleges that the

District's HFW model fails to engage children's families and community contacts in the HFW

process.  *See* Biben Decl. ¶ 41.  This is factually untrue.  The District's HFW contracts

specifically stipulate that providers must provide HFW using the National Wraparound Initiative

Model.  Family voice and choice, family teaming, engagement of natural supports, and

collaboration are all core tenants of the National Wraparound Initiative Model, which are

required by contract to be part of the District's HFW service delivery system.  *See* National

Wraparound Initiative, Ten Principles of the Wraparound Process (2004),

https://nwi.pdx.edu/pdf/TenPrincWAProcess.pdf.

32.     The District's HFW contract with MBI (and now the MBI and MECCA Group

school-based contracts) specifically requires that the child's family and natural supports

participate in the wraparound process as members of the Wraparound Team responsible for

creating the Wraparound Plan.  A copy of the MBI contract is attached here as Exhibit A.  At

least one of Plaintiffs' declarants incorrectly asserts that the District's HFW program fails to

provide flex funding that would "support clients with more flexible or nontraditional services

12

that could be individualized to meet a client's needs and interests," incorrectly concluding that "these resources are no longer available." *See* Declaration of Rachel Russo [112-29] ¶ 26. Children in the HFW program currently receive up to $1,000.00 in flex funding to cover non-Medicaid funded services and supports that are components of the Wraparound Plan or are otherwise needed to support the family to maintain the child in the community. Flex funding is often used to provide services like tutoring, lessons, and family recreation, but such funding is inherently flexible to provide the family resources needed to meet the Wraparound Plan. The District's use of flex funding as a component of HFW services is largely aligned with the standards delineated in the Milwaukee Wraparound Discretionary Funds Policy, available at http://wraparoundmke.com/wp-content/uploads/2013/07/015-Discretionary-Funds-2021.pdf.

33.     At least one of Plaintiffs' declarants incorrectly concludes that the District fails to provide effective and efficient care coordination services as a component of HFW. *See* Biben Decl. ¶ 38. As discussed above, the District's HFW contract with MBI (and the MBI and MECCA Group contracts for school-based HFW) requires MBI to adhere to the tenants of HFW service delivery as established by the National Wraparound Initiative. The National Wraparound Initiative delineates strict guidelines for how all components of the HFW process must be delivered, including but not limited to, care coordination. *See* National Wraparound Initiative, Phases and Activities of the Wraparound Process, https://nwi.pdx.edu/pdf/PhaseActivWAProcess.pdf.

34.     At least one of Plaintiffs' declarants also concludes that HFW is not provided to fidelity based on the incorrect assumption that DBH fails to provide oversight for the service. *See* Biben Decl. ¶ 39. Under the terms of the HFW contracts, MBI and Mecca Group are required to submit to DBH monthly reports detailing statistics about enrollment, discharge, and

13

flex funding expenditures. Currently, MBI communicates with DBH regarding administrative and clinical needs, participates in meetings, and holds sessions to inform community members of the availability of HFW to increase utilization. DBH provides further oversight of the HFW program through individual case file reviews and through monthly meetings with MBI's HFW program manager. These same requirements are contained in the MBI and MECCA Group school-based contract. Most children who received HFW in FY19 and FY20 experienced considerable benefit from the services according to data provided by MBI. Specifically, of the children who received HFW in FY19 at the time of discharge: 97% had been diverted from a PRTF; 91% had incurred no new criminal charges; 89% maintained their school placement; 71% improved school attendance; 74% decreased suspensions/detentions; 67% experienced improved academic achievement; and only 7% had experienced an abscondence during the time they received HFW. Of the children who received HFW in FY20: 97% had been diverted from PRTF placement; 91% had incurred no new charges; 83% maintained their school placement; 61% improved school attendance; 69% decreased suspensions/detentions; 51% experienced improved academic achievement; and only 8% had experienced an abscondence during the time they received HFW services. Of the children who participated in HFW in FY22, 99% were diverted from PRTF; 94% did not incur new charges; 85% maintained placement; 71% improved school attendance; and 68% decreased suspension/detentions.

35.     Another component of the District's mental health service system is Emergency Mobile Crisis Response Services (Mobile Crisis Services). The District, through a mobile crisis hotline operated by Children and Adolescent Mobile Psychiatric Services (ChAMPS), provides Mobile Crisis Services to children and families who are experiencing behavioral health crises. No child is required to be preapproved for ChAMPS services or have mobile crisis services listed

as part of their crisis plan as a prerequisite to accessing ChAMPS. Mobile Crisis Services are available 24 hours a day, 365 days a year, and are provided in home, school, and community settings. After contacting the mobile crisis hotline, the mobile crisis team evaluates the call to determine whether it can be resolved by providing guidance or resources over the phone or whether the mobile crisis team must be deployed.

36.     Through the District's Mobile Crisis model, providers are dispatched to engage a child in psychiatric stabilization, screen for mental health and/or substance use disorder services, develop rapport, and provide support while assisting with a child and his family's immediate behavioral health needs. Mobile Crisis Services aim to prevent unnecessary law enforcement involvement, emergency room use, hospitalization, and placement disruption for children experiencing behavioral health emergencies.

37.     DBH certifies providers to furnish Mobile Crisis Services, which are reimbursable through D.C. Medicaid. Currently, DBH maintains a contract with the Anchor Mental Health of Catholic Charities of the Archdiocese of Washington to operate ChAMPS. ChAMPS providers administer onsite assessments and endeavor to effectively stabilize children in the community to avert inpatient hospitalization and placement disruptions. In FY20, 710 unique children were served by ChAMPS through 1,634 total encounters. In FY21, 416 unique children were served by ChAMPS through 1,237 total encounters.[5] In FY22, ChAMPS received 1555 calls. Of the 1555 calls, 607 were unique children.

38.     DBH monitors ChAMPS's performance through two mechanisms. As a certified provider, ChAMPS is required to meet and maintain all certification standards established by 22-

---

[5]     The decline in ChAMPS utilization in FY20 was due to the closure of schools during the COVID-19 public health emergency. School personnel are a significant source of ChAMPS calls.

A DCMR Chapter 80, and as a District contractor, ChAMPS must provide DBH monthly reports and meet with DBH monthly pursuant to its mobile crisis contract. ChAMPS has timely met all reporting and meeting requirements under its contract.

39. Several of Plaintiffs' declarants allege that ChAMPS is not adequate because it fails to diffuse crises and to properly link families to services. *See* Perry Decl. ¶ 25; Biben Decl. ¶ 31. Those conclusions are based on unsupported anecdotes. DBH has not received any grievance or formal complaints alleging that ChAMPS has failed to provide linkages or to adequately de-escalate a call. Rather, during the past four fiscal years, ChAMPS has resolved the overwhelming majority of calls received without referring the child for hospitalization. Specifically, in FY19, only 15% of all ChAMPS deployments resulted in a hospitalization; in FY20, 13% of ChAMPS deployments resulted in a hospitalization; and in FY21, 11% of ChAMPS deployments resulted in a hospitalization. In FY22, only 5% of deployments resulted in hospitalization.

40. At least one of Plaintiffs' declarants alleges that law enforcement is required to respond to calls in conjunction with ChAMPS, which results in families hesitating to call for mobile crisis services during an emergency. *See* Biben Decl. ¶ 30. This is incorrect. Law enforcement is not a regular component of DBH's mobile crisis model and is only asked to support the mobile crisis team when a child escalates to violence or displays homicidal tendencies. In fact, one goal of the mobile crisis program is to *reduce and prevent* unnecessary law enforcement involvement.

41. At least one of Plaintiffs' declarants alleges that Mobile Crisis Services are not available to children involved in the delinquency system. *See* Biben Decl. ¶ 30. This is

16

incorrect—Mobile Crisis Services are available to children in the District regardless of their involvement in the delinquency system.

42.     Some transitional aged youth over age 18 (youth) also receive intensive community-based services through Assertive Community Treatment (ACT).  ACT is an intensive, integrated, rehabilitative treatment, providing-mental health community support services and crisis emergency support services delivered 24 hours per day, seven days per week. ACT teams provide a comprehensive and integrated set of medical and psychosocial services for the treatment of the child's mental health condition in non-office settings.  These services include: (a) mental health-related medication prescription, administration, and monitoring; (b) crisis assessment and intervention; (c) symptom assessment, management, and individual supportive therapy; (d) substance use treatment for consumers with a co-occurring addictive disorder; (e) psychosocial rehabilitation and skill development; (f) interpersonal, social, and interpersonal skill training; and (g) education, support, and consultation to consumers' families and their support system which is directed exclusively to the well-being and benefit of the child.

43.     DBH contracts with three providers to offer youth-specific ACT through Transition Age Community Treatment (TACT) teams designed to cater to young adults ages 18 through 29.[6] TACT teams operate using the Transition to Independence Process (TIP) model, which is a youth-driven, strength-based, evidence-supported framework that focuses on providing developmentally appropriate, non-stigmatizing, culturally competent, and appealing supports to young adults with emotional and behavioral difficulties.  The TIP model involves young adults, their families, and other natural supports working to prepare and facilitate the

---

[4]     Young adults age 18 and older may alternatively receive services from adult-serving ACT teams.

young person in their movement toward greater self-sufficiency and successful achievement of their goals related to their relevant transition domains. In addition, DBH contracts with one provider to offer TIP services outside of ACT services delivery. In FY20, DBH-certified providers served 48 youth ages 18 through 21 by TACT teams. In FY21, 47 youth ages 18 through 21 were served by TACT teams.

44.     Several of Plaintiffs' declarants allege that ACT services delivered by DBH-certified providers are not provided consistently to fidelity. *See* Perry Decl. ¶ 20; Declaration of Jane Brown [112-15] ¶ 20. That is incorrect. DBH contracts with the University of North Carolina at Chapel Hill Institute for Best Practices (UNC) to conduct annual fidelity reviews for all DBH-certified ACT providers using the Tool for the Measurement of Assertive Community Treatment to ensure that all ACT providers are adhering to the ACT model. Presently, UNC is conducting Quality Reviews for all DBH-certified ACT providers who are due for a fidelity review. Providers who do not pass fidelity audits may be subject to corrective action, de-certification, and/or adverse action under their contract with DBH.

45.     At least one of Plaintiffs' declarants criticizes the ACT program because it is not offered to children under age 18. *See* Biben Decl. ¶ 35. However, by its nature, ACT is designed to be delivered to adults and would not benefit most children. ACT is an evidenced-based practice intended to help adults with severe mental illness lead more stable lives in the community. Because ACT's evidence base has been researched in adult populations, it is generally viewed as a service that is appropriate for adults ages 18 and older. Further, the treatment goal for children who receive high-acuity behavioral health services is to prevent the need for child to receive services like ACT in adulthood. To that end, DBH offers children CBI services as a corollary to adult ACT services, as well as to prevent out-of-home placements.

18

Adults who receive ACT services may spend their entire adult lives engaged in the service; CBI, however, is designed to be relatively brief and intensive; it is not meant to follow children into adulthood.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on    6/7/2023

Meghan Sullivan
Meghan Sullivan

19

Exhibit A

# AWARD/CONTRACT

| | |
|---|---|
| 1. Reserved for later use | Page of Pages |
| | **1** / **81** |

| 2. Contract Number **CW102596** | 3. Effective Date See Section 20C | 4. Requisition/Purchase Request/Project No. |
|---|---|---|

| 5. Issued By: | Code | 6. Administered by (If other than line 5) |
|---|---|---|
| Office of Contracting and Procurement (OCP) On Behalf of the Department of Behavioral Health 64 New York Avenue, Northeast 2nd Floor West Washington, DC 20002 | | Department of Behavioral Health Agency Program/Division: BHA 64 New York Ave NE – 2nd Floor Washington, DC 20002 |

| 7. Name and Address of Contractor (No. street, city, county, state and Zip Code) | 8. Delivery |
|---|---|
| MBI Health Services, LLC. 413 Hunt Place NW, Washington DC, 20019 Email: mblack@mbihs.com | ☐ FOB Origin   ☒ Other |

9. Discount for prompt payment:

10. Submit invoices to the Address shown in Section G.2 (2 copies unless otherwise specified)

Accounts Payable
Office Department of Behavioral Health
64 New York Avenue – 4th Floor
Washington, DC 20002

| Duns No. | TIN |
|---|---|

| 11. Ship to/Mark For | Code | 12. Payment will be made by | Code |
|---|---|---|---|

13. Remit Address:

14. Accounting and Appropriation Data
    Encumbrance Code:

| 15A. Item | 15B. Supplies/Services | 15C. Qty. | 15D. Unit | 15E. Unit Price | 15F. Amount |
|---|---|---|---|---|---|
| 1 | High Fidelity Wraparound Services | 1 | | See Price Schedule B | |
| | | | | Total Amount of Contract ☞ | $1,657,650 |

### 16. Table of Contents

| (X) | Section | Description | Page | (X) | Section | Description | Page |
|---|---|---|---|---|---|---|---|
| | | **PART I – THE SCHEDULE** | | | | **PART II – CONTRACT CLAUSES** | |
| | A | Contract Form | 1 | | I | Contract Clauses | 66 |
| | B | Supplies or Services & Cost/Price | 2 | | | **PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| | C | Specifications/Work Statement | 6 | | J | List of Attachments | 82 |
| | D | Packing and Marking | 19 | | | **PART IV – REPRESENTATIONS AND INSTRUCTIONS** | |
| | E | Inspection and Acceptance | 20 | | K | Representations, Certifications and Other Statements of Offerors | |
| | F | Period of Performance/Deliverables | 21 | | | | |
| | G | Contract Administration data | 24 | | L | Instructions, conditions & notices to offerors | |
| | H | Special Contract Requirements | 32 | | M | Evaluation factors for award | |

Contracting Officer will complete Item 17 or 18 as applicable

| 17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return it to the issuing office.) Contractor agrees to furnish and deliver all items, perform all the services set forth or otherwise identified above and on any continuation sheets, for the consideration stated herein. The rights and obligations of the parties to this Agreement shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, as amended, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☐ AWARD (Contractor is required to sign this document.) Your offer on Solicitation Number     including the additions or changes made by which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|

| 19A. Name and Title of Signer (Type or print) Kwabena Andoh, Sr. Director | 20A. Name of Contracting Officer Habibatu Jalloh |
|---|---|
| 19B. *(Signature of person authorized to sign)* | 19C. Date Signed 12/08/2022 |
| 20B. District of Columbia *(Signature of Contracting Officer)* | 20C. Date Signed 02/27/2023 |

DC OCP 201 (7-99)

**SECTION B:  CONTRACT TYPE, SUPPLIES OR SERVICES AND PRICE/COST**

**B.1**    The Government of the District of Columbia's Office of Contracting and Procurement (OCP), on behalf of Department of Behavioral Health (DBH), awards a contract to MBI Health Services, LLC, to provide High Fidelity Wraparound Services as described in Section C, specifications, and work statement.

**B.2    LETTER CONTRACT**

This is the definitized Contract, as contemplated by the awarded Letter Contract, on November 01, 2022. The Letter Contract is merged herewith and is superseded by this Definitized Contract. The Definitized Contract shall be for one year, from November 1, 2022, through October 31, 2023.

**B.3**    The contemplated definitized Contract is an Indefinite Delivery Indefinite Quantity (IDIQ) Fixed-Unit-Price contract(s) with a cost reimbursement component not-to-exceed (NTE) amount, in accordance with 27 DCMR Chapter 24.

B.3.1   This is an IDIQ contract for the supplies or services specified, and effective for the period stated.

B.3.1.1    The Contractor shall furnish to the District, the services specified in the Schedule, up to and including the maximum quantity of approximately 145 enrollees.  The district will order at least a minimum quantity of 2 enrollees. The district will issue a task order at the start of the Contract, which shall be valid for the base period of performance, which shall be one (1) year from date of award.

B.3.1.2    The flex funds are cost reimbursable line items and the maximum amount annually, shall not exceed $500 per enrollee.

B.3.1.3    There is no limit on the number of orders that may be issued.

B.3.1.4    Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order.  The contract shall govern the Contractor's and District's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period, provided that the contractor shall not be required to make any deliveries under this contract after five (5) years from the date of award of this contract.

## B.4    PRICE SCHEDULE

### B.4.1    BASE YEAR PRICE SCHEDULE – NOT-TO-EXCEED (NTE)

| Contract Line-Item No. CLIN | Item Description | Unit | Unit Price Per Month | Number of Months | Minimum Quantity | Minimum Total Price | Maximum Quantity | Maximum Total Price |
|---|---|---|---|---|---|---|---|---|
| 0001 | Community Wraparound Services | Enrollee | $833 | 12 | 2 | $19,999 | 85 | $849,946 |
| 0002 | School wraparound services | Enrollee | $1,021 | 12 | 2 | $24,507 | 60 | $735,204 |
| 0003 | Community flex-fund allowance for CLIN 0001 | Enrollee | $42 | 12 | 2 | $1,000 | 85 | $42,500 |
| 0004 | School flex-fund allowance for CLIN 0002 | Enrollee | $42 | 12 | 2 | $1,000 | 60 | $30,000 |
| | | | | | | **BASE YEAR GRAND TOTAL PRICE** | | **$1,657,650** |

### B.4.2    OPTION YEAR ONE PRICE SCHEDULE – NTE

| Contract Line-Item No. CLIN | Item Description | Unit | Unit Price Per Month | Number of Months | Minimum Quantity | Minimum Total Price | Maximum Quantity | Maximum Total Price |
|---|---|---|---|---|---|---|---|---|
| 1001 | Community Wraparound Services | Enrollee | $858 | 12 | 2 | $20,599 | 85 | $875,445 |
| 1002 | School wraparound services | Enrollee | $1,052 | 12 | 2 | $25,242 | 60 | $757,260 |
| 1003 | Community flex-fund allowance for CLIN 0001 | Enrollee | $42 | 12 | 2 | $1,000 | 85 | $42,500 |
| 1004 | School flex-fund allowance for CLIN 0002 | Enrollee | $42 | 12 | 2 | $1,000 | 60 | $30,000 |
| | | | | | | **OPTION YEAR ONE GRAND TOTAL PRICE** | | **$1,705,205** |

### B.4.3    OPTION YEAR TWO PRICE SCHEDULE- NTE

| Contract Line-Item No. CLIN | Item Description | Unit | Unit Price Per Month | Number of Months | Minimum Quantity | Minimum Total Price | Maximum Quantity | Maximum Total Price |
|---|---|---|---|---|---|---|---|---|
| 2001 | Community Wraparound Services | Enrollee | $884 | 12 | 2 | $21,217 | 85 | $901,708 |
| 2002 | School wraparound services | Enrollee | $1,083 | 12 | 2 | $25,999 | 60 | $779,978 |
| 2003 | Community flex-fund allowance for CLIN 0001 | Enrollee | $42 | 12 | 2 | $1,000 | 85 | $42,500 |
| 2004 | School flex-fund allowance for CLIN 0002 | Enrollee | $42 | 12 | 2 | $1,000 | 60 | $30,000 |
| | | | | | | **OPTION YEAR TWO GRAND TOTAL PRICE** | | **$1,754,186** |

## B.4.4   OPTION YEAR THREE PRICE SCHEDULE - NTE

| Contract Line-Item No. CLIN | Item Description | Unit | Unit Price Per Month | Number of Months | Minimum Quantity | Minimum Total Price | Maximum Quantity | Maximum Total Price |
|---|---|---|---|---|---|---|---|---|
| 3001 | Community Wraparound Services | Enrollee | $911 | 12 | 2 | $21,853 | 85 | $928,759 |
| 3002 | School wraparound services | Enrollee | $1,116 | 12 | 2 | $26,779 | 60 | $803,377 |
| 3003 | Community flex-fund allowance for CLIN 0001 | Enrollee | $42 | 12 | 2 | $1,000 | 85 | $42,500 |
| 3004 | School flex-fund allowance for CLIN 0002 | Enrollee | $42 | 12 | 2 | $1,000 | 60 | $30,000 |
| | | | | | | OPTION YEAR THREE GRAND TOTAL PRICE | | $1,804,636 |

## B.4.5   OPTION YEAR FOUR PRICE SCHEDULE- NTE

| Contract Line-Item No. CLIN | Item Description | Unit | Unit Price Per Month | Number of Months | Minimum Quantity | Minimum Total Price | Maximum Quantity | Maximum Total Price |
|---|---|---|---|---|---|---|---|---|
| 4001 | Community Wraparound Services | Enrollee | $938 | 12 | 2 | $22,509 | 85 | $956,622 |
| 4002 | School wraparound services | Enrollee | $1,149 | 12 | 2 | $27,583 | 60 | $827,478 |
| 4003 | Community flex-fund allowance for CLIN 0001 | Enrollee | $42 | 12 | 2 | $1,000 | 85 | $42,500 |
| 4004 | School flex-fund allowance for CLIN 0002 | Enrollee | $42 | 12 | 2 | $1,000 | 60 | $30,000 |
| | | | | | | OPTION YEAR FOUR GRAND TOTAL PRICE | | $1,856,601 |

## B.4.5   GRAND TOTAL PRICE- NTE

| Section | Period of Performance | TOTAL PRICE NOT-TO-EXCEED (NTE) |
|---|---|---|
| B.4.1 | Base Year | $1,657,650 |
| B.4.2 | Option year One | $1,705,205 |
| B.4.3 | Option year Two | $1,754,186 |
| B.4.4 | Option Year Three | $1,804,636 |
| B.4.5 | Option Year Four | $1,856,601 |
| | GRAND TOTAL PRICE NOT-TO-EXCEED | **$8,778,278** |

**B.5    NONPROFIT FAIR COMPENSATION ACT OF 2020, D.C. CODE § 2-222.01 *ET SEQ*.**

**B.5.1**  Nonprofit organizations, as defined in the Act, shall include in their rates the indirect costs incurred in provision of goods or performance of services under this contract pursuant to the nonprofit organization's unexpired Negotiated Indirect Cost Rate Agreement (NICRA). If a nonprofit organization does not have an unexpired NICRA, the nonprofit organization may elect to instead include in its rates its indirect costs:

   (1)  As calculated using a *de minimis* rate of 10% of all direct costs under this contract.
   (2)  By negotiating a new percentage indirect cost rate with the awarding agency
   (3)  As calculated with the same percentage indirect cost rate as the nonprofit organization negotiated with any District agency within the past 2 years; however, a nonprofit organization may request to renegotiate indirect costs rates in accordance with B.5.2; or
   (4)  As calculated with a percentage rate and base amount, determined by a certified public accountant, as defined in the Act, using the nonprofit organization's audited financial statements from the immediately preceding fiscal year, pursuant to the OMB Uniform Guidance, and certified in writing by the certified public accountant.

**B.5.2**  If this contract is funded by a federal agency, indirect costs shall be consistent with the requirements for pass-through entities in 2 C.F.R. § 200.331, or any successor regulations.

**B.5.3**  The Contractor shall pay its subcontractors which are nonprofit organizations the same indirect cost rates as the nonprofit organization subcontractors would have received as a prime contractor.

**\*\*\* END OF SECTION B \*\*\***

**SECTION C:  SPECIFICATIONS/WORK STATEMENT**

**C.1    SCOPE OF WORK:**

The Contractor shall utilize the National Wraparound Initiative (NWI) standards to provide a facilitated, team-based service and support planning process for children and youth involved in more than one system within the District of Columbia to include but not limited to child welfare and juvenile justice with severe emotional disturbances that impact their ability to function in home, community, and school.  Children and youth engaged in High Fidelity Wraparound (Wraparound) require intensive services and supports to manage their complex emotional as well as behavioral health needs along with their families. They often are at risk or are involved with the child welfare and/or juvenile justice system, have high utilization of acute care, and are at risk of out of home or residential placement.  In addition, youth returning to the community from a psychiatric residential treatment facility (PRTF) also need support transitioning and engaging in the community.

The Contractor shall provide Wraparound to children and youth identified and referred from the community and DC public education school system through partnership with the Office of State Superintendent of Education (OSSE).

**C.2    APPLICABLE DOCUMENTS**

The following documents are applicable to this procurement and are hereby incorporated by this reference:

| Item | Document Type | Title | Document Link |
|---|---|---|---|
| 1 | Manual | Ten Principles of the Wraparound Process | www.nwi.pdx.edu/pdf/TenPrincWAProcess.pdf |
| 2 | Resource Guide | The Wraparound Process: An Overview of Implementation Essentials | National Wraparound Initiative (NWI) (pdx.edu) https://dbh.dc.gov/node/876552 |
| 3 | Resource Guide | Phases and Activities of the Wraparound Process | www.nwi.pdx.edu/pdf/PhaseActivWAProcess.pdf |
| 4 | Resource | Wraparound Fidelity Index (WFl-4). | Wraparound Fidelity Index-4 (pdx.edu) |

## C.3     DEFINITIONS AND ACRONYMS

### C.3.1     Definitions

C.3.1.1   Care management entity (CME) – An organization that serves as a centralized hub to coordinate all care for children and youth with complex behavioral health needs, who are involved in multiple systems, and their families.

C.3.1.1   Children – Persons between the ages of birth to 14 years.

C.3.1.2   Flexible Funds - Dollars used for non MHRS services and support identified during Child and Family Team Meeting and documented on Individualized Treatment Plan.

C.3.1.3   High Fidelity Wraparound – An intensive individualized process which is facilitated by a Care Coordinator that coordinates a child and family team meeting in order to develop, track and monitor an individualized treatment plan that incorporates goals to assist the youth in reaching maximum potential and success.

C.3.1.4   iCAMS – Integrated Care Applications Management System (iCAMS) is the DBH database system.

C.3.1.5   Youth – Persons between the age of 15 – 18; and up to 21 if involved with the Child Welfare System.

C.3.1.6   Enrollee- refer to children and youth enrolled in the wraparound services.

### C.3.2     Acronyms

| Acronym | Description |
|---------|-------------|
| CA | Contract Administrator |
| CAFAS | Child and Adolescent Functional Assessment Scale |
| CBE | Certified Business Enterprise |
| CFSA | Child and Family Services Agency |
| CME | Care Management Entity |
| CO | Contracting Officer |
| DSLBD | D.C. Department of Small and Local Business Development |
| HIPPA | Health Insurance Portability and Accountability Act |
| ICAMS | Integrated Care Applications Management System |
| MHRS | Mental Health Rehabilitative Service |
| OCP | Office of Contracting and Procurement |
| SBE | Small Business Enterprise |
| SOW | Statement of Work |
| DBH | Department of Behavioral Health |
| DCPS | District of Columbia Public Schools |

| DYRS | Department of Youth Rehabilitative Services |
|------|---------------------------------------------|
| DHS  | Department of Human Services                |

## C.4    BACKGROUND

The Department of Behavioral Health (DBH) in its efforts to sustain a coordinated system of care for children, youth, and their families that promotes early identification, prevention of behavioral health issues, continuity of care, diversion from the juvenile justice system, and community based treatment proven to improve functioning in the family, at school, and in the community have a recurring need for a Contractor to implement wraparound services to support children and families with the most complex needs in the public mental health system.

Wraparound in the District of Columbia incorporates a broad range of treatment and support services through the mental health rehabilitative service (MHRS) and non-Medicaid reimbursable services, including emergency response teams, programs in child development centers and public schools, evidence-based practices, substance use disorder prevention and treatment, and ongoing services through community-based providers.

The ten principles of Wraparound are:

a. Family voice and choice,

b. Team based,

c. Natural support,

d. Collaboration,

e. Community based,

f. Culturally competent,

g. Individualized,

h. Strengths based,

i. Unconditional, and

j. Outcome based.

Parallel with the DBH practice and expectations within the District, the DBH objective is to ensure that children and their families have easy access to a family driven and youth guided system of care that is community-based, culturally and linguistically competent, and able to meet the multiple and changing needs of the children and families served.

To explore outcome measures the District is requiring Contractor to integrate the child and adolescent functional assessment scale (CAFAS) into its business processes. The CAFAS is the gold standard tool for assessing a youth's day-to-day functioning and for tracking changes in functioning over time. The CAFAS is backed by over 20 years of research supporting its validity and sensitivity to detecting change in behaviors of children 5 to 19. It is widely used to inform decisions about type and intensity of treatment, level of care, and placement.  This allows the District to measure individual youth and

family outcomes as well as the overall quality and effectiveness of the entire program. Utilization of the CAFAS will require the Contractor to train staff in how to use the instrument as well as in how to use the data from the instrument to improve the quality of its services.

The Contractor will have to include the CAFAS into its everyday practices in order to shift from simply providing services, to measuring services to determine if they are effective, and make adjustments accordingly to assure effective support and treatment is in place to support positive change and success through wraparound.  Incorporating the CAFAS in everyday practice will also include the Contractor working closely with the lead agencies such as Child and Family Services Agency (CFSA), District of Columbia Public Schools (DCSP), Department of Youth Rehabilitative Service (DYRS) and Department of Human Services (DHS) who also conduct the CAFAS for children engaged in their system.

The Surgeon General has embraced the effectiveness of community-based services like Wraparound, both in the Surgeon General's Report on Mental Health and the Report on Youth violence. Moreover, wraparound not only has better outcomes but also costs far less than more restrictive institutional and group care settings. Studies have found that children served using a wraparound approach are hospitalized less often; have fewer arrests and stays in detention; sustain their mental health improvements; have less suicidal behavior; and have better school attendance and achievement. Failure to procure these services will undoubtedly have a significant impact on the lives of the District's most vulnerable children, youth, and their families.

## C.5    REQUIREMENTS

The Contractor shall provide community and/or school wraparound services as specified in Sections C.5.1 through C.6.1 of this solicitation.

C.5.1   The Contractor shall provide a per diem rate for wraparound for 85 youth referred through the community and/or 60 children and youth referred through identified DCPS schools at one time to address the behavioral and socio-emotional needs of children and youth which impact their learning and functioning in the home, school, and community.

C.5.2   The Contractor shall provide wraparound along with administrative and fiscal oversight in managing the provider network. A pool of dollars that shall provide flexible funds to purchase a flexible array of supports that are currently not covered by Medicaid or other available funding streams, such as mentoring, tutoring, recreational activities, etc. The Contractor shall manage these funds and ensure the use of these funds is directly tied to services delineated in the wraparound plan.

C.5.3   The Contractor shall be responsible for assuring that a wraparound team is created and engaged around each child referred to wraparound.  Through wraparound planning, the Contractor supports development of a wraparound plan that to assures a unique, individualized set of community services along with natural supports that are wrapped around the child and family to achieve their desired outcomes. Consistent with the Wraparound philosophy, the Contractor shall assure that all Care Coordinators it hires will be trained in the wraparound.

C.5.4   The Contractor shall be certified and/or trained in high fidelity wraparound.  If the Contractor is neither trained nor certified in high fidelity wraparound, the Contractor shall attend training and coaching sessions provided through DBH at date of award.

C.5.5   The Contractor shall have at least four years of experience working with children, youth, and families and/or experience as a child serving behavioral health service provider.  Preference will be given to offerors with experience providing Wraparound for at least two years.

C.5.6   The Contractor shall coordinate with DBH, CFSA, DYRS and OSSE, D.C. Family Court and family run organizations (FROs) and insurance providers.  Administrative costs for coordination with FROs and managing flexible funds must be incorporated into the proposed per diem Cost for Care Coordination.

C.5.7   Community Wraparound -The Contractor shall provide wraparound for up to 85 children and/or youth enrolled through the community using the National Wraparound Initiative for District children receiving  support  services  from one or more Public or Private agencies including but not limited to, CFSA, DBH, DYRS and DCPS.

Children and / or youth referred for Wraparound (1) exhibit significant behavioral concerns that impact their daily functioning at home, school, and community; (2) are at risk of services in a psychiatric residential treatment facility; (3) have had three or more hospitalizations within a six (6) month period; (4) are experiencing truancy issues, (5) are engaged in juvenile delinquent behavior, or (6) are at risk of or are placed outside of their home.

C.5.8   **School Wraparound** - The Contractor shall provide wraparound services for up to 60 children and/ youth, using the National Wraparound Initiative, in schools identified by DCPS through partnership with OSSE.  The goal of Wraparound through the school system is to support students' academic success, social, emotional, and behavioral well-being, create a school climate that is welcoming and positive, and foster a strong partnership with the school, along with coordinated, effective delivery of services and supports within the school.

C.5.9   Each school will have a full time Care Coordinator working with those children and/ youth identified as most vulnerable to academic and behavioral challenges. The Care Coordinator shall carry a caseload of no more than ten (10) students at any one time.

C.5.10  The Contractor shall have the capability to provide Data Sets as follows:

a. Children and/ youth diverted from PRTF

b. Children and/ youth who did not pick up new charges

c. School placement at time of referral maintained

d. Improved school attendance

e. Improved behaviors while engaged in wraparound to include decrease in suspensions, detentions.

f. Academic achievement

g. Change in placement

1. Return to caregiver/permanency plan

2. Hospitalizations

3. Foster Placements - foster and group homes

4. Detention/Jail/Shelter Home

h. Abscondence

i. CAFAS score

## C.6 SPECIFIC REQUIREMENTS

### C.6.1 Care Coordination Service

The Contractor shall provide care coordination services for children and/ youth enrolled in Wraparound in the community and schools identified by OSSE and DCPS.  Care coordination is guided by the following wraparound values:

a. Commitment to the practice of unconditional care (never give up);

b. A focus on individual and family strengths

c. A family-driven process

d. An individualized approach

e. An emphasis on serving families in their communities

f. A commitment to culturally and linguistically competent care
1. A process that uses wraparound teams
2. An emphasis on interagency collaboration; and
3. A net result of cost-effectiveness and an outcome driven process.

g. The following care coordination service elements shall be required:

1. Wraparound Plan - the wraparound plan reflects the decisions     of the wraparound team and details tasks to be completed to assure identified supports and services are appropriately engaged.

2. Wraparound (child and family) Team - The Contractor must create a wraparound team with each family participating in the program. This team is comprised of the Care Coordinator, the family, and any advocates and/or any natural supports identified by the family, the referring agency, the child's/youth's therapist and/or psychiatrist, and representatives of other public and private agencies who are delivering services to the family and other persons influential in the child/youth or family's life that can be instrumental in developing effective services. The team is responsible for the wraparound plan.

3. 24/7 Availability - The Contractor shall provide 24 hours a day, 7 days a week crisis access to their assigned families. Furthermore, the Contractor shall assure that each child/family has an individualized crisis and safety plan.

4. Relationship with the direct service provider community - The Care Coordinator must have an ongoing awareness of the community resources that could potentially be useful to the child/youth and family and be able to develop positive relationships with these providers in order to ensure

access and quality services to the family. The Care Coordinator shall assure that families exercise their right to informed choice concerning services and supports and informed choice with respect to the provider of such services.

5. Understanding of informal supports - The Care Coordinator shall initiate a strength needs and cultural discovery process with the family that shall identify extended family, natural and informal supports that can be integrated into the wraparound team and the wraparound plan.

6. Outcomes focused approach - The wraparound plan shall be regularly evaluated by the wraparound team and the Contractor Clinical Supervisor to determine the effectiveness of the wraparound plan while strengthening the family's ability to achieve their desired outcomes.

7. Use of the wraparound philosophy - wraparound is not a service or program; rather, it is a definable process that results in a unique set of community services and natural supports that are individualized for a child and family to achieve a positive set of outcomes.

8. The Contractor shall work with community providers to develop responsive and flexible resources that facilitate community-based interventions and supports that correspond with the needs of children/youth and their families. Care Coordination using a Wraparound philosophy enables timely response to the needs of all family members across several life domains, incorporates formal supports, and develops realistic intervention strategies that complement the child's natural environment.

C.6.1.1  The Contractor shall ensure that weekly in person contact occur with the family regarding the wraparound plan.

C.6.1.2  The Contractor shall ensure that regular contacts and meetings shall occur with the wraparound team and the family regarding the Wraparound Plan.

C.6.1.3  The Contractor shall ensure that their approach to services is aligned with the values of National Wraparound Initiative.

C.6.1.4  The Contractor shall be able to identify community formal and informal supports to fulfill the Wraparound Plan.

C.6.1.5  The Contractor shall provide 24 hours a day, 7 days-a-week crisis access to their assigned families.

C.6.1.6  The Contractor shall ensure wraparound teams meet monthly and assess the plan, making modifications as appropriate. Any crisis shall trigger a reconvene of the team.

C.6.1.7  The Contractor shall ensure that the wraparound plan include a customized service mix unique and is responsive to the family's strengths and needs using both formal services and natural supports.

C.6.1.8  The Contractor shall ensure that all services to the family are culturally and linguistically competent, including the work of the wraparound team.

C.6.1.9    The Contractor shall ensure that an adequate number of Care Coordinators are employed to adhere to the required 10 caseload per coordinator limit.

C.6.1.10   The Contractor shall ensure that they adhere to the unique expectations of each phase of the wraparound.

C.6.1.11   The Contractor shall ensure that each family has a Care Coordinator within 24-72 hours and a wraparound team within 14 days of enrollment.

C.6.1.12   The Contractor shall develop and implement a wraparound plan within 14 days of enrollment.

C.6.1.13   The Contractor shall ensure that each family has written strengths, needs, vision and cultural discovery documented within the strengths and needs assessment which is conducted within 14 days of referral. The document shall be distributed at the first wraparound team meeting.

C.6.1.14   The ten principles of the wraparound process, developed by the National Wraparound Initiative, is adopted as the District model. DBH expects the successful Contractor shall incorporate these principles across the scope of the Contractor operation.

C.6.1.15   Obtain further information on wraparound standards and strategies by visiting the National Wraparound Initiative web site:  https://nwi.pdx.edu/

**C.6.2    Network Management**

C.6.2.1    The provider network shall include providers of an array of Medicaid and local dollar funded services and supports. These providers are varied and include public Child Serving Agencies, Mental Health Providers certified by DBH, private agencies, individual practitioners, etc.

C.6.2.2    The wraparound plan shall include an array of services that are both Medicaid and non-Medicaid funded. Medicaid funded services are accessed via the DBH-operated MHRS system; the contractor shall coordinate all access to these services via the Core Service Agency and/or DBH's Access Helpline. Non- Medicaid funded services include services paid under contracts between D.C. agencies and private providers. The Contractor shall assure these services are incorporated into the wraparound plan and that existing contractual services are neither duplicative nor supplanted by local-dollar, flex funded-services.

The Contractor shall develop a network of nontraditional providers that can deliver services and supports that meet the needs of individual children/families as identified in the wraparound plan.

C.6.2.3    The Contractor shall work collaboratively with the DBH funded family support organization to identify a network of providers of nontraditional services/supports. The Contractor shall develop a credentialing plan, subject to DBH approval, for all Nontraditional Providers of flex fund services. Such plan shall assure all hires are made in compliance with D.C. law with respect to individuals and organizations providing services to children.

**C.6.3    Responsibilities of Care Coordinators**

C.6.3.1   Each Care Coordinator shall maintain a maximum caseload of 10 families.

C.6.3.2   Care Coordinators shall meet with the child and/or youth and family within 24-72 hours of enrollment, depending on level of urgency specified in the referral, and assemble a wraparound team meeting within two weeks of enrollment.

C.6.3.3   Care Coordinators' initial engagement shall focus on orienting the family to the wraparound process and beginning the strengths, needs, vision and cultural discovery process.

C.6.3.4   If the family is in crisis, the Care Coordinator will work to stabilize the crisis and assure necessary supports are in place. Within the first two weeks, the crisis and safety plan shall be developed with the family.

C.6.3.5   Care Coordinators shall meet with child and/or youth and families face-to-face at least weekly and conduct wraparound team meetings monthly or as otherwise indicated by the child's progress or lack thereof. A formal wraparound plan meeting with the wraparound team is required within 14 days of enrollment and at least every 30 days thereafter.

C.6.3.6   Care Coordinators shall assure meetings are facilitated, plans are documented and distributed to the team members, and that team members adhere to the wraparound plan, thus assuring that all elements of the plan are delivered.

C.6.3.7   Care Coordinators shall comply with all required documentation and data collection in support of the program's implementation and evaluation strategy.

C.6.3.8   Care Coordinators shall comply with Medicaid freedom of choice rules as related to direct service providers.

C.6.3.9   Care Coordinators shall participate in training efforts funded by DBH to support their work.

**C.6.4   Responsibilities of Supervisors**

C.6.4.1   Supervisors shall not maintain an active caseload but shall be prepared to provide coverage for families among the caseloads maintained by Care Coordinators under their supervision. In addition, they shall not supervise other programs within the agency.

    a.   Supervisors shall support, train, and supervise the Care Coordinators as they carry out the duties of their jobs.

    b.   Supervisors shall participate in training efforts funded by DBH that support their responsibilities.

**C.6.5   Evaluation of the Contractor's Performance**

C.6.5.1   The Contractor shall review Care Coordination services adherence to the wraparound principles and activities as demonstrated by a process evaluation consisting of feedback from the child or youth and family on the wraparound team meeting process and the DBH evaluator's interviews with children and/ or youth, families, and team members using the wraparound fidelity index (WFI-4). Regarding the WFI-4, a score of 75% or above shall indicate adequate fidelity to the wraparound model.

C.6.5.2   The Contractor shall achieve a score that meets or exceeds 75% by the end of the first year and 85% or higher by the end of the second year. Failure to meet these milestones shall

result in actions taken by DBH including but not limited to the submission of a correction action plan.

C.6.5.3    The Contractor shall maximize the likelihood that children and their families achieve their Wraparound Plan goals; and

C.6.5.4    The Contractor shall positively impact children and/ or youth and their families as demonstrated by the following program performance measures:

    a.    The child and/ or youth moves to or maintains the least restrictive setting

    b.    The child participates in school/work or other regular daily activity for at least 80% of the time.

    c.    The child's and/ or youth's clinical and social functioning improvement as measured by the child and/ or youth and adolescent functional assessment scale (CAFAS) assessment tool or other functional assessment tool approved by DBH.

    d.    The family successfully graduates from the wraparound process within 18 to 24 months of enrollment; and

    e.    The family satisfaction with the wraparound process as measured by the wraparound fidelity index (WFI-4).  Wraparound Fidelity Index-4 (pdx.edu).

## C.6.6    Reporting Requirements

C.6.6.1    By the tenth of each month, the Contractor shall submit a written report in hard and/or soft copy that includes all children and/ or youth enrolled in and discharged from wraparound and the number of children and/ or youth enrolled for the period.

C.6.6.2    For any children and/ or youth discharged from the program, the report shall include reason for discharge; if unsuccessful due to not meeting stated goals or treatment in a psychiatric residential treatment facility, efforts made to prevent discharge should be noted.

C.6.6.3    In addition, the monthly report shall also include aggregate expenditures and expenditures per child of flex funds.

C.6.6.4    On a quarterly and annual basis, the Contractor shall report on performance according to the above evaluation measures.

C.6.6.5    The Contractor shall prepare monthly reports to include admission and discharges that summarize information regarding both such as referral source, type of discharge.

C.6.6.6    The Contractor shall produce additional reporting on a schedule to be negotiated as necessary when requested by DBH.

## C.6.7    Data collection and Record Keeping

C.6.7.1    The Contractor shall be responsible for specific data collection and record- keeping tasks that are mandated by DBH and wraparound guidelines.

C.6.7. 2   Maintain accurate and complete case record files: The Contractor shall establish a unique case file for each child. The file shall contain documentation of family/child characteristics, including their demographic information, case history, level of clinical and social functioning, progress toward meeting goals as identified in the wraparound plan and all activity relative to the child and/ or youth and family.

C.6.7.3   Case record files shall be examined as part of the project oversight. Case record files must be up to date and complete.

C.6.7.4   The contractor shall ensure that work areas adequately comply with the Health Insurance Portability and Accountability Act (HIPAA) confidentiality requirements; case records must not be publicly accessible nor in a public area of the workplace.

C.6.7.5   The Contractor shall retain all case records and other documents consistent with District regulations, at its own expense. Service records in any form generated or arising from the use of State funds provided under this Contract are the sole and exclusive property of the District.

C.6.7.6   The Contractor shall track timeliness of District Government Agencies and Community Agency Partners in approving and taking other actions that are necessary for the fulfillment of the wraparound plan.

C.6.7.7   The Contractor shall work with DBH staff to determine if this information can be collected using iCAMS or if it shall be necessary to establish a separate simple database for tracking this information. The Contractor shall either enter information into iCAMS or maintain a database that partially integrates with iCAMS to track data and outcomes.

C.6.7.8   The clinical records created and/or maintained by the Contractor or its employees shall be compatible with the Department of Behavioral Health (DBH) policy standards and DBH Medical Records Policy and also meet CMS, JACHO standards.

C.6.7.9   All records of care, treatment, supervision, and support created under this Contract shall become part of the treatment records of the DBH. For confidentiality and security, records should be kept in a locked file controlled by appropriate Contractor staff, but available for routine DBH monitoring activities. Disclosure of treatment information by the Contractor and to the Contractor by employees of the District of Columbia is subject to all provisions applicable to District and Federal Laws, as well as HIPPA.

C.6.7.10   Contractor shall enter and update case information into District Case Management database.

C.6.7.11   The Contractor shall utilize iCAMS as appropriate or provide data to upload in system to assist with tracking and monitoring children and youth involved in wraparound including but not limited to contact information, progress notes, action plans, and any tasks assigned that are necessary to complete the wraparound plan.

**C.6.8     Fiscal  Requirements**

C.6.8.1   The Contractor must deliver care coordination services within the proposed rate resulting from the Contractor's response to this RFP.

C.6.8.2    The Contractor proposed budget must be reasonable and related to the costs required to perform the required care coordination services for the number of families to be served by the District's Child Serving Agencies.

C.6.8.3    The Contractor shall maintain effective fiscal and program management to ensure cost effectiveness in the delivery of services and adherence to the budget established for each family's wraparound plan.

C.6.8.4    Expenditure of flex funds shall include documentation that the Contractor has exhausted all other community resources for providing these services without expenditure of local District dollars and/or that the expenditure of flex funds does not duplicate District dollars already obligated for the child/youth with another District Agency.

C.6.8.5    Expenditure of flex funds must be directly tied to funding needs Wraparound Plan.

C.6.8.6    Contractor shall attach invoices for all services and/or receipts for all activities allowable for flex fund expenditures after charges are incurred on a monthly basis. Requests for payment shall be reviewed by the CA prior to approval of payment.

C.6.8.7    This Contractor shall incorporate the utilization of the adopted District model that includes the applicable service group: discretion/flex fund codes 5583/commodity baby box, 5584/commodity emergency household box, 5581/commodity food 5582/commodity personal, 5587/commodity special and 5580/discretionary funds.

C.6.8.8    Administrative and/or indirect costs must be kept to a minimum.

C.6.8.9    The Contractor must submit a proposed budget that lists direct service and administrative fees on a per client, per month basis for children and youth engaged in wraparound through the school and community.

C.6.8.10  Flex funds are not to exceed $1000 per child or youth.  Additional funds over $1000 must have prior approval by DBH in order to be reimbursed.

C.6.8.11  The Contractor shall have financial reserves sufficient to pay staff devoted to this effort for a period of a minimum of three (3) months.

## C.7    CONTRACTOR MINIMUM QUALIFICATIONS

The Contractor shall address the following Contractor's minimum qualifications in their responses to this solicitation:

**C.7.1**    The Contractor shall:

C.7.1.1    Demonstrate at least four years of knowledge/expertise in providing administrative oversight to a network of providers and delivering care coordination services, using the wraparound philosophy, for families and their children with intensive needs; or

C.7.1.1    Demonstrate at least four years of expertise in home and community-based services delivered in the District of Columbia.

C.7.1.1    Have at least four years' experience working directly with families with children with intense and complex emotional and behavioral needs or disabilities.

C.7.1.2   Have at least four years' experience working with culturally diverse families who may not be proficient in the English language.

C.7.1.3   Have at least four years' experience developing and implementing wraparound plans that involve collaborating with public child-serving agencies and direct service providers.

C.7.1.4   Have the demonstrated capacity to initiate and implement the wraparound process according to the time frame set forth by DBH.

C.7.1.5   Demonstrate their recognition of their need for and progress in gaining cultural competence.

C.7.1.6   Provide a workforce that reflects the cultural and linguistic diversity of the families being served. Appropriate interpreter services shall be secured, as needed, for families who are not English language proficient. Children and youth shall not serve as interpreters for non-English language proficient adult family members.

C.7.1.7   The Contractor shall have as part of its supervision process the goal of individual staff professional development, in order ensure staff have a supportive workplace culture, personnel policies and supervisory practices that minimize direct services staff turnover due to job stress.

C.7.1.8   The Contractor shall have an administrative structure that provides ample supervision for the Care Coordinators, by ensuring they have staff configuration that safeguards successful Care Coordination services that include the provision of the needed array of informal and formal services as identified in the wraparound plan.

**C.7.2      Staff Requirements**

C.7.2.1   Care Coordinators hired by the Contractor shall possess a minimum of B.A or B.S. degree in Social Work, Psychology, or related field. Have at least 3 years of experience in a human services profession. At a minimum four years in the human service field may be substituted for a bachelor's degree at the discretion of the contractor.

C.7.2.2   Care Coordinator Supervisors shall have at least two years of supervisory experience and five years of experience in case management and possess a master's degree in social work, psychology, or other related profession.

C.7.2.3   The Contractor shall ensure that an adequate number of Care Coordinators are employed to adhere to the required caseload limit.

C.7.2.4   The Contractor shall ensure that adequate supervision of the Care Coordinators occur to support the values and elements of care coordination, Wraparound, and sound clinical practice.

C.7.2.5   The Contractor shall ensure that employees performing services under this Contract have ongoing training and staff development, especially in the wraparound process.

C.7.2.6   The Contractor shall ensure a supportive workplace culture that works to retain high quality personnel who interact directly with families.

C.7.2.7   The Contractor shall take active steps to ensure that the diversity of their workforce matches the diversity of the families served and culturally competent service delivery are implemented.

C.7.2.8   The Contractor shall ensure that staff understand and place high priority on engaging and maintaining the active involvement of families as partners in their wraparound plans.

C.7.2.9   The Contractor shall have a plan for expanding staff and other organizational resources in order to serve an increasing number of cases as approved by DBH.

C.7.2.10  The Contractor shall have network management experience to develop a provider network and provide fiscal oversight and quality assurance to ensure good outcomes for children and families.

C.7.2.11  The Contractor shall assure that all relevant staff, including executive leadership, management staff, care coordinators, supervisors and clinical staff participate in DBH funded training efforts.

## C.8   ELIGIBILITY OF PARTICIPANTS

C.8.1   Wraparound shall consist of 60 school slots and up to 85 community slots for youth who meet the eligibility criteria. The Care Management Entity (Contractor) for the school wraparound shall not serve more than 60 youth at any one point in time without prior approval from DBH; the Contractor for the community wraparound shall not serve more than 85 youth at any one point without prior approval from DBH. To be eligible a youth shall meet all of the following criteria:

    a.   Age 5-21 years; school wraparound 11-21 years of age for students enrolled in middle and high school;

    b.   Fee for service Medicaid (eligible);

    c.   Complex needs and/or risk factors that cross many life domains;

    d.   Involved in two or more public agencies: CFSA, DYRS, DCPS, DBH;

    e.   Deemed to be at risk of placement or returning from a PRTF, RTC or psychiatric hospital; and

    f.   At risk or removed from home to current placement.

C.8.2   For school wraparound, additional criteria to be considered are:

    g.   Significant truancy which warrants referral to Office of Attorney General's Office; and

    h.   Deemed to be at risk of nonpublic school placement or returning to neighborhood school from nonpublic school placement.

**\*\*\* END OF SECTION C \*\*\***

**SECTION D: PACKAGING AND MARKING**

D.1    The packaging and marking requirements for this contract shall be governed by clause number (2), Shipping Instructions-Consignment, of the Government of the District of Columbia's Standard Contract Provisions for use with Supplies and Services Contracts, dated July 2010. (Attachment J.1)

**\*\*\* END OF SECTION D \*\*\***

**SECTION E:   INSPECTION AND ACCEPTANCE**

**E.1**   The inspection and acceptance requirements for this contract shall be governed by clause number six (6) Inspection of Services of the Government of the District of Columbia's Standard Contract Provisions for use with Supplies and Services Contracts, dated July 2010. (Attachment J.1)

**\*\*\* END OF SECTION E \*\*\***

**SECTION F:   PERIOD OF PERFORMANCE AND DELIVERABLES**

**F.1    TERM OF CONTRACT**

This is the definitized Contract, as contemplated by the awarded Letter Contract, on November 01, 2022. The Letter Contract is merged herewith and is superseded by this Definitized Contract. The Definitized Contract shall be for one year, from November 1, 2022, through October 31, 2023.

**F.2    OPTION TO EXTEND THE TERM OF THE CONTRACT**

F.2.1   The District may extend the term of this contract for four (4) additional years, in one-year option period increments, or successive fractions thereof, by written notice to the Contractor before the expiration of the contract; provided that the District will give the Contractor preliminary written notice of its intent to extend at least thirty (30) days before the contract expires. The preliminary notice does not commit the District to an extension. The exercise of this option is subject to the availability of funds at the time of the exercise of this option. The Contractor may waive the thirty (30) day preliminary notice requirement by providing a written waiver to the Contracting Officer prior to expiration of the contract.

F.2.2   If the District exercises this option, the extended contract shall be considered to include this option provision.

F.2.3   The price for the option period shall be as specified in the Section B of the contract.

F.2.4   The total duration of this contract, including the exercise of any options under this clause, shall not exceed five (5) years.

**F.3    DELIVERABLES**

f.3.1   The Contractor shall perform the activities required to successfully complete the District's requirements and submit each deliverable to the Contract Administrator (CA) identified in section G.9 in accordance with the following. The Contractor and CA will set a fixed schedule and standard formats for reports including due dates if not otherwise specified in the Contract, except for those reports that will be provided on an ad hoc basis or upon CA request. The CA will inspect and approve submitted reports and deliverables in accordance with Section E.

| CLIN | Deliverable | Format/Method of Delivery | Due Date |
|------|-------------|---------------------------|----------|
| C.5.1 – C.5.9 | Report on children and youth enrolled in and discharged from High Fidelity Wrapround through Community and each assigned school. | Monthly report; electronic | 10th of each month. |
| C.5.3 | Progress of youth involved in program utilizing defined data elements. | Monthly report; electronic | 10th of each month |

| C.5.4 | Completed the High-Fidelity Wraparound trainings Certification and staff are certified | Quarterly electronic report | 10th January, April, July and October |
|---|---|---|---|
| C.5.7-C.5.9 | Wraparound services provided to targeted individuals and periodic report submitted to CA | Electronic monthly report | 10th of each month |
| C.6.1 | Provided Care Coordination Services for children enrolled in Wraparound in the Community and Schools identified by OSSE and DCPS, and report submitted to CA to meet and exceed all requirements outlined in section C.6.1. | Monthly Report; electronically | 10th of each month |
| C.6.2 | Completed Network management activities as described in section C.6.2 and its sub-sections, and periodic report is submitted to CA. | Quarterly electronic report | 10th of January, April, July and October |
| C.6.3 – C.6.4 | Followed and complied with roles responsibilities of Care Coordinators, meet and exceed the requirement stipulated under these sections | Monthly electronic report | 10th of each month |
| C.6.5 | Completed process evaluation consisting of feedback on the Wraparound team meetings and interviews with youth and provide periodic report to CA a narrative description to verify requirement of section C.6.5.1 through C.6.5.4 are met and exceed. | Quarterly | 10th of January, April, July and October |
| C.6.6 | Completed Data collection and Record Keeping meeting and exceed the requirement. Report submitted to CA | Monthly. Hard and Electronic reports | 10th of January, April, July and October |
| C.6.7 | An accurate and complete case records files are maintained, data collected, examined and updated regularly to meet the district regulations. Discussion coordinated with the District for use of the right database. | Monthly. Hard and Electronic reports | |
| C.6.8 | The Program Fiscal requirements are met and required reports submitted. | Monthly invoicing via portal. | Before 10th of each month. |

F.3.2   The Contractor shall submit to the District, as a deliverable, the report described in section H.7.5 that is required by the 51% District Residents New Hires Requirements and First Source Employment Agreement.  If the Contractor does not submit the report as part of the deliverables, final payment to the Contractor shall not be paid pursuant to section G.3.2.

**\*\*\* END OF SECTION F \*\*\***

**SECTION G:   CONTRACT ADMINISTRATION**

**G.1   INVOICE PAYMENT**

G.1.1   The District will make payments to the Contractor, upon the submission of proper invoices, at the prices stipulated in this contract, for supplies delivered and accepted or services performed and accepted, less any discounts, allowances or adjustments provided for in this contract.

G.1.2   The District will pay the Contractor on or before the 30th day after receiving a proper invoice from the Contractor.

**G.2   INVOICE SUBMITTAL**

G.2.1   The Contractor shall create and submit payment requests in an electronic format through the DC Vendor Portal, https://vendorportal.dc.gov/

G.2.2   To constitute a proper invoice, the Contractor shall submit the following information on the invoice:

G.2.2.1   Contractor's name, federal tax ID and invoice date (date invoices as of the date of mailing or transmittal);

G.2.2.2   Contract number and invoice number.

G.2.2.3   Description, price, quantity, and the date(s) that the supplies or services were delivered or performed.

G.2.2.4   Other supporting documentation or information, as required by the Contracting Officer.

G.2.2.5   Name, title, telephone number and complete mailing address of the responsible official to whom payment is to be sent.

G.2.2.6   Name, title, phone number of persons preparing the invoice.

G.2.2.7   Name, title, phone number and mailing address of person (if different from the person identified in G.2.2.6 above) to be notified in the event of a defective invoice; and Authorized signature.

**G.3   FIRST SOURCE AGREEMENT REQUEST FOR FINAL PAYMENT**

G.3.1   For contracts subject to the 51% District Residents New Hires Requirements and First Source Employment Agreement requirements, final request for payment must be accompanied by the report or a waiver of compliance discussed in section H.6.5.

G.3.2   The District shall not make final payment to the Contractor until the agency CFO has received the CO's final determination or approval of waiver of the Contractor's compliance with 51% District Residents New Hires Requirements and First Source Employment Agreement requirements.

**G.4     PAYMENT**

Unless otherwise specified in this contract, payment will be made on partial deliveries of services accepted by the District based upon sections B.3, and F.3 if:

a)  The amount due on the deliveries warrants it; or

b)  The Contractor requests it and the amount due on the deliveries is in accordance with the following:

c)  "Payment will be made on completion and acceptance of each item for which the price is stated in the Schedule in Section B.3, and F.3 (deliverables)."

d)  Presentation of a properly executed invoice.

**G.5     ORDERING CLAUSE**

G.5.1   Any supplies and services to be furnished under this contract must be ordered by issuance of delivery orders or task orders by the CO. Such orders may be issued during the term of this contract.

G.5.2   All delivery orders or task orders are subject to the terms and conditions of this contract.  In the event of a conflict between a delivery order or task order and this contract, the contract shall control.

G.5.3   If mailed, a delivery order or task order is considered "issued" when the District deposits the order in the mail.  Orders may be issued by facsimile or by electronic commerce methods.

**G.6     COST REIMBURSEMENT CEILING**

G.6.1   **Cost reimbursement ceiling for this contract is set forth in Section B.3.1.2**

G.6.2   The costs for performing this contract shall not exceed the cost reimbursement ceiling specified in Section B.3.1.2.

G.6.3   The Contractor agrees to use its best efforts to perform the work specified in this contract and to meet all obligations under this contract within the cost reimbursement ceiling.

G.6.4   The Contractor must notify the CO, in writing, whenever it has reason to believe that the total cost for the performance of this contract will be either greater or substantially less than the cost reimbursement ceiling.

G.6.5   As part of the notification, the Contractor must provide the CO a revised estimate of the total cost of performing this contract.

G.6.6   The District is not obligated to reimburse the Contractor for costs incurred in excess of the cost reimbursement ceiling specified in Section B.3.1.2, and the Contractor is not obligated to continue performance under this contract (including actions under the Termination clauses of this contract),  or otherwise incur costs in excess of the cost reimbursement ceiling specified in Section B.3.1.2 until the CO notifies the Contractor, in writing, that the estimated cost has been increased and provides revised cost reimbursement ceiling for performing this contract.

G.6.7   No notice, communication, or representation in any form from any person other than the CO shall change the cost reimbursement ceiling.  In the absence of the specified notice, the District is not obligated to reimburse the Contractor for any costs in excess of the costs reimbursement ceiling, whether such costs were incurred during the course of contract performance or as a result of termination.

G.6.8   If any cost reimbursement ceiling specified in Section B.3.1.2 is increased, any costs the Contractor incurs before the increase that are in excess of the previous cost reimbursement ceiling shall be allowable to the same extent as if incurred afterward, unless the CO issues a termination or other notice directing that the increase is solely to cover termination or other specified expenses.

G.6.9   A change order shall not be considered an authorization to exceed the applicable cost reimbursement ceiling specified in Section B.3.1.2, unless the change order specifically increases the cost reimbursement ceiling.

G.6.10  Only costs determined in writing to be reimbursable in accordance with the cost principles set forth in rules issued pursuant to Title V of the D.C. Procurement Practices Reform Act of 2010 shall be reimbursable.


## G.7   ASSIGNMENT OF CONTRACT PAYMENTS

G.7.1   In accordance with 27 DCMR 3250, the Contractor may assign to a bank, trust company, or other financing institution funds due or to become due as a result of the performance of this contract.

G.7.2   Any assignment shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party.

G.7.3   Notwithstanding an assignment of contract payments, the Contractor, not the assignee, is required to prepare invoices.  Where such an assignment has been made, the original copy of the invoice must refer to the assignment and must show that payment of the invoice is to be made directly to the assignee as follows:

"Pursuant to the instrument of assignment dated _____, make payment of this invoice to (name and address of assignee)."

## G.8   THE QUICK PAYMENT ACT

### G.8.1   Interest Penalties to Contractors

G.8.1.1 The District will pay interest penalties on amounts due to the Contractor under the Quick Payment Act, D.C. Official Code § 2-221.01 *et seq*., as amended, for the period beginning on the day after the required payment date and ending on the date on which payment of the amount is made. Interest shall be calculated at the rate of at least 1.5% per month. No interest

penalty shall be paid if payment for the completed delivery of the item of property or service is made on or before the required payment date.  The required payment date shall be:

G.8.1.1.1 The date on which payment is due under the terms of the contract.

G.8.1.1.2 Not later than 7 calendar days, excluding legal holidays, after the date of delivery of meat or meat food products.

G.8.1.1.3 Not later than 10 calendar days, excluding legal holidays, after the date of delivery of a perishable agricultural commodity; or

G.8.1.1.4 30 calendar days, excluding legal holidays, after receipt of a proper invoice for the amount of the payment due.

G.8.1.2   No interest penalty shall be due to the Contractor if payment for the completed delivery of goods or services is made on or after:

G.8.1.2.1 3rd day after the required payment date for meat or a meat food product.

G.8.1.2.2 5th day after the required payment date for an agricultural commodity; or

G.8.1.2.3 15th day after any other required payment date.

G.8.1.3   Any amount of an interest penalty which remains unpaid at the end of any 30-day period shall be added to the principal amount of the debt and thereafter interest penalties shall accrue on the added amount.

**G.9.2      Payments to Sub Contractors**

G.9.2.1   The Contractor must take one of the following actions within seven (7) days of receipt of any amount paid to the Contractor by the District for work performed by any sub- Contractor under the contract:

G.9.2.1.1 Pay the Sub-Contractor(s) for the proportionate share of the total payment received from the District that is attributable to the sub-contractor(s) for work performed under the contract; or

G.9.2.1.2 Notify the CO and the sub-contractor(s), in writing, of the Contractor's intention to withhold all or part of the sub-contractor's payment and state the reason for the nonpayment.

G.9.2.2   The Contractor must pay any sub-contractor or supplier interest penalties on amounts due to the sub-contractor or supplier beginning on the day after the payment is due and ending on the date on which the payment is made. Interest shall be calculated at the rate of at least 1.5% per month. No interest penalty shall be paid on the following if payment for the completed delivery of the item of property or service is made on or before the:

G.9.2.2.1 3rd day after the required payment date for meat or a meat product.

G.9.2.2.2  5th day after the required payment date for an agricultural commodity; or

G.9.2.2.3  15th day after any other required payment date.

G.9.2.3    Any amount of an interest penalty which remains unpaid by the Contractor at the end of any 30-day period shall be added to the principal amount of the debt to the sub-contractor and thereafter interest penalties shall accrue on the added amount.

G.9.2.4    A dispute between the Contractor and sub-contractor relating to the amounts or entitlement of a sub-contractor to a payment or a late payment interest penalty under the Quick Payment Act does not constitute a dispute to which the District is a party. The District may not be interpleaded in any judicial or administrative proceeding involving such a dispute.

G.9.3      **Subcontract requirements**.  The Contractor shall include in each subcontract under this contract a provision requiring the sub-contractor to include in its contract with any lower-tier sub-contractor or supplier the payment and interest clauses required under paragraphs (1) and (2) of D.C. Official Code § 2-221.02(d).

## G.10    CONTRACTING OFFICER (CO)

Contracts will be entered into and signed on behalf of the District only by contracting officers. The contact information for the Contracting Officer is:

> Ms. Habibatu Jalloh, CPPB
> Deputy Chief Contracting Officer
> Office of Contracting and Procurement
> 84 New York Ave, 2nd floor| Washington, DC 20002
> E-mail address: habibatu.jalloh@dc.gov

## G.11    AUTHORIZED CHANGES BY THE CONTRACTING OFFICER

G.11.1 The CO is the only person authorized to approve changes in any of the requirements of this contract.

G.11.2 The Contractor shall not comply with any order, directive or request that changes or modifies the requirements of this contract, unless issued in writing and signed by the CO.

G.11.3 In the event the Contractor effects any change at the instruction or request of any person other than the CO, the change will be considered to have been made without authority and no adjustment will be made in the contract price to cover any cost increase incurred as a result thereof.

## G.12    CONTRACT ADMINSTRATOR (CA)

G.12.1 The CA is responsible for general administration of the contract and advising the CO as to the Contractor's compliance or noncompliance with the contract. The CA has the responsibility of

ensuring the work conforms to the requirements of the contract and such other responsibilities and authorities as may be specified in the contract.  These include:

G.12.1.1   Keeping the CO fully informed of any technical or contractual difficulties encountered during the performance period and advising the CO of any potential problem areas under the contract.

G.12.1.2   Coordinating site entry for Contractor personnel, if applicable.

G.12.1.3   Reviewing invoices for completed work and recommending approval by the CO if the Contractor's costs are consistent with the negotiated amounts and progress is satisfactory and commensurate with the rate of expenditure.

G.12.1.4   Reviewing and approving invoices for deliverables to ensure receipt of goods and services. This includes the timely processing of invoices and vouchers in accordance with the District's payment provisions; and

G.12.1.5   Maintaining a file that includes all contract correspondence, modifications, records of inspections (site, data, equipment) and invoice or vouchers.

G.112.2   The address and telephone number of the CA is:

> Patrina Anderson, LICSW, LCSW-C
> Division Director
> D.C. Department of Behavioral Health
> Office of Programs and Policy
> Child, Adolescent and Family Services Administration
> 84 NY Avenue, NE
> Washington, DC 20002
> Office - 202-871-2910
> Fax - 202-845-8428
> E-mail:  patrina.anderson@dc.gov

G.12.3 The CA shall NOT have the authority to:

1. Award, agree to, or sign any contract, delivery order or task order. Only the CO shall make contractual agreements, commitments, or modifications.
2. Grant deviations from or waive any of the terms and conditions of the contract.
3. Increase the dollar limit of the contract or authorize work beyond the dollar limit of the contract,
4. Authorize the expenditure of funds by the Contractor.
5. Change the period of performance; or
6. Authorize the use of District property, except as specified under the contract.

G.12.4   The Contractor will be fully responsible for any changes not authorized in advance, in writing, by the CO; may be denied compensation or other relief for any additional work

performed that is not so authorized; and may also be required, at no additional cost to the District, to take all corrective action necessitated by reason of the unauthorized changes.

**\*\*\* END OF SECTION G \*\*\***

# SECTION H:    SPECIAL CONTRACT REQUIREMENTS

## H.1    HIRING OF DISTRICT RESIDENTS AS APPRENTICES AND TRAINEES

H.1.1   For all new employment resulting from this contract or subcontracts hereto, as defined in Mayor's Order 83-285 and implementing instructions, the Contractor shall use its best efforts to comply with the following basic goal and objectives for utilization of bona fide residents of the District of Columbia in each project's labor force:

H.1.1.1   At least fifty-one (51) percent of apprentices and trainees employed shall be residents of the District of Columbia registered in programs approved by the District of Columbia Apprenticeship Council.

H.1.2   The Contractor shall negotiate an Employment Agreement with the Department of Employment Services (DOES) for jobs created as a result of this contract. The DOES shall be the Contractor's first source of referral for qualified apprentices and trainees in the implementation of employment goals contained in this clause.

## H.2    DEPARTMENT OF LABOR WAGE DETERMINATIONS

The Contractor shall be bound by the Wage Determination No. 2015-4281 Revision No. 24, dated 08/27/2022, issued by the U.S. Department of Labor in accordance with the Service Contract Act, 41 U.S.C. § 351 *et seq*., and incorporated herein as Section J.2.  The Contractor shall be bound by the wage rates for the term of the contract subject to revision as stated herein and in accordance with clause 24 of the SCP.  If an option is exercised, the Contractor shall be bound by the applicable wage rates at the time of the exercise of the option.  If the option is exercised and the CO obtains a revised wage determination, the revised wage determination is applicable for the option periods and the Contractor may be entitled to an equitable adjustment.

## H.3    DIVERSION, REASSIGNMENT AND REPLACONTRACTORNT OF KEY PERSONNEL

The key personnel specified in the contract are considered to be essential to the work being performed hereunder. Prior to diverting any of the specified key personnel for any reason, the Contractor shall notify the CO at least thirty (30) calendar days in advance and shall submit justification, including proposed substitutions, in sufficient detail to permit evaluation of the impact upon the contract. The Contractor shall obtain written approval of the CO for any proposed substitution of key personnel.

## H.4    AUDITS AND RECORDS

**H.4.1**   As used in this clause, "records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

**H.4.2   Examination of Costs.**  If this is a cost-reimbursement, incentive, time-and-materials, labor-hour, or price re-determinable contract, or any combination of these, the Contractor shall

maintain and the CO, or an authorized representative of the CO, shall have the right to examine and audit all records and other evidence sufficient to reflect properly all costs claimed to have been incurred or anticipated to be incurred directly or indirectly in performance of this contract. This right of examination shall include inspection at all reasonable times of the Contractor's plants, or parts of them, engaged in performing the contract.

**H.4.3  Cost or pricing data.**  If the Contractor has been required to submit cost or pricing data in connection with any pricing action relating to this contract, the CO, or an authorized representative of the CO, in order to evaluate the accuracy, completeness, and currency of the cost or pricing data, shall have the right to examine and audit all of the Contractor's records, including computations and projections, related to:

a)   The proposal for the contract, subcontract, or modification.
b)   The discussions conducted on the proposal(s), including those related to negotiating.
c)   Pricing of the contract, subcontract, or modification; or
d)   Performance of the contract, subcontract, or modification.

**H.4.4  Comptroller General**

**H.4.4.1**  The Comptroller General of the United States, or an authorized representative, shall have access to and the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract or a subcontract hereunder.

**H.4.4.2**   This paragraph may not be construed to require the Contractor or subcontractor to create or maintain any record that the Contractor or subcontractor does not maintain in the ordinary course of business or pursuant to a provision of law.

**H.4.5  Reports.**  If the Contractor is required to furnish cost, funding, or performance reports, the CO or an authorized representative of the CO shall have the right to examine and audit the supporting records and materials, for the purpose of evaluating:

a)   The effectiveness of the Contractor's policies and procedures to produce data compatible with the objectives of these reports; and
b)   the data reported.

**H.4.8  Availability.**  The Contractor shall make available at its office at all reasonable times the records, materials, and other evidence described in clauses H.**X**.1 through H.**X**.5, for examination, audit, or reproduction, until three (3) years after final payment under this contract or for any shorter period specified in the solicitation, or for any longer period required by statute or by other clauses of this contract.   In addition:

a)   If this contract is completely or partially terminated, the Contractor shall make available the records relating to the work terminated until thee (3) years after any resulting final termination settlement; and
b)   The Contractor shall make available records relating to appeals under the Disputes clause or to litigation or the settlement of claims arising under or

relating to this contract until such appeals, litigation, or claims are finally resolved.

**H.4.7**  The Contractor shall insert a clause containing all the terms of this clause, including this section H.**4**.7, in all subcontracts under this contract that exceed the small purchase threshold of $100,000, and:

> a) That are cost-reimbursement, incentive, time-and-materials, labor-hour, or price-re-determinable type or any combination of these.
> b) b)   For which cost, or pricing data are required; or
> c) c)  That requires the subcontractor to furnish reports as discussed in H.4.5 of this clause.

## H.5    PREGNANT WORKERS FAIRNESS

**H.5.1**  The Contractor shall comply with the Protecting Pregnant Workers Fairness Act of 2018, D.C. Official Code § 32-1231.01 *et seq*. (PPWF Act).

**H.5.2**  The Contractor shall not:

**(a)** Refuse to make reasonable accommodations to the known limitations related to pregnancy, childbirth, related medical conditions, or breastfeeding for an employee, unless the Contractor can demonstrate that the accommodation would impose an undue hardship;

**(b)** Take an adverse action against an employee who requests or uses a reasonable accommodation in regard to the employee's conditions or privileges of employment, including failing to reinstate the employee when the need for reasonable accommodations ceases to the employee's original job or to an equivalent position with equivalent:

**(1)** Pay;

**(2)** Accumulated seniority and retirement;

**(3)** Benefits; and

**(4)** Other applicable service credits;

**(c)** Deny employment opportunities to an employee, or a job applicant, if the denial is based on the need of the employer to make reasonable accommodations to the known limitations related to pregnancy, childbirth, related medical conditions, or breastfeeding;

**(d)** Require an employee affected by pregnancy, childbirth, related medical conditions, or breastfeeding to accept an accommodation that the employee chooses not to accept if the employee does not have a known limitation related to pregnancy, childbirth, related medical conditions, or breastfeeding or the accommodation is not necessary for the employee to perform her duties;

(e) Require an employee to take leave if a reasonable accommodation can be provided; or

(f)  Take adverse action against an employee who has been absent from work as a result of a pregnancy-related condition, including a pre-birth complication.

**H.5.3**   The Contractor shall post and maintain in a conspicuous place a notice of rights in both English and Spanish and provide written notice of an employee's right to a needed reasonable accommodation related to pregnancy, childbirth, related medical conditions, or breastfeeding pursuant to the PPWF Act to:

(a) New employees at the commencement of employment;

(b) Existing employees; and

(c) An employee who notifies the employer of her pregnancy, or other condition covered by the PPWF Act, within 10 days of the notification.

**H.5.4**   The Contractor shall provide an accurate written translation of the notice of rights to any non-English or non-Spanish speaking employee.

**H.5.5**   Violations of the PPWF Act shall be subject to civil penalties as described in the Act.

**H.8**     **UNEMPLOYED ANTI-DISCRIMINATION**

**H.8.1**   The Contractor shall comply with the Unemployed Anti-Discrimination Act of 2012, D.C. Official Code § 32-1381 *et seq*.

**H.8.2**   The Contractor shall not:

(a) Fail or refuse to consider for employment, or fail or refuse to hire, an individual as an employee because of the individual's status as unemployed; or

(b) Publish, in print, on the Internet, or in any other medium, an advertisement or announcement for any vacancy in a job for employment that includes:

(1) Any provision stating or indicating that an individual's status as unemployed disqualifies the individual for the job; or

(2) Any provision stating or indicating that an employment agency will not consider or hire an individual for employment based on that individual's status as unemployed.

**H.8.3**   Violations of the Unemployed Anti-Discrimination Act shall be subject to civil penalties as described in the Act.

## H.7  51% DISTRICT RESIDENTS' NEW HIRES REQUIREMENTS AND FIRST SOURCE EMPLOYMENT AGREEMENT

**H.7.1**   For contracts for services in the amount of $300,000 or more, the Contractor shall comply with the First Source Employment Agreement Act of 1984, as amended, D.C. Official Code § 2-219.01 et seq. (First Source Act).

**H.7.2**   The Contractor shall enter into and maintain during the term of the contract, a First Source Employment Agreement (Employment Agreement) with the District of Columbia Department of Employment Service's (DOES), in which the Contractor shall agree that:

(a)   The first source for finding employees to fill all jobs created in order to perform the contract shall be the First Source Register; and

(b)   The first source for finding employees to fill any vacancy occurring in all jobs covered by the Employment Agreement shall be the First Source Register.

**H.7.3**   The Contractor shall not begin performance of the contract until its Employment Agreement has been accepted by DOES. Once approved, the Employment Agreement shall not be amended except with the approval of DOES.

**H.7.4**   The Contractor agrees that at least 51% of the new employees hired to perform the contract shall be District residents.

**H.7.5**   The Contractor's hiring and reporting requirements under the First Source Act and any rules promulgated thereunder shall continue for the term of the contract.

**H.7.8**   The CO may impose penalties, including monetary fines of 5% of the total amount of the direct and indirect labor costs of the contract, for a willful breach of the Employment Agreement, failure to submit the required hiring compliance reports, or deliberate submission of falsified data.

**H.7.7**   If the Contractor does not receive a good faith waiver, the CO may also impose an additional penalty equal to 1/8 of 1% of the total amount of the direct and indirect labor costs of the contract for each percentage by which the Contractor fails to meet its hiring requirements.

**H.7.8**   Any Contractor which violates, more than once within a 10-year timeframe, the hiring or reporting requirements of the First Source Act shall be referred for debarment for not more than five (5) years.

**H.7.9**   The Contractor may appeal any decision of the CO pursuant to this clause to the D.C. Contract Appeals Board as provided in **clause 14 of the SCP, Disputes**.

**H.7.10** The provisions of the First Source Act do not apply to nonprofit organizations which employ 50 employees or less.

**H.8     HIPAA BUSINESS ASSOCIATE COMPLIANCE AGREEMENT CLAUSE**

For the purpose of this Business Associate Agreement ("BAA") clause, Department of Behavioral Health (DBH), a covered component within the District of Columbia's ("District") Hybrid Entity will be referred to as a "Covered Entity" as that term is defined by the Health Insurance Portability and Accountability Act of 1998, as amended ("HIPAA") and associated regulations promulgated at 45 C.F.R. §§ 180, 182 and 184 as amended (the "HIPAA Regulations") and The MBI Health Services, LLC, as a recipient of Protected Health Information ("PHI") or electronic PHI from DBH, is a "Business Associate" as that term is defined by HIPAA.

Terms used, but not otherwise defined, in this BAA shall have the same meaning as those terms in the HIPAA Regulations.

1.   Definitions

   a.   *Business Associate* means a person or entity, who, on behalf of the District or of an Organized Health Care Arrangement (as defined in this section) in which the Covered Entity participates, but other than in the capacity of a member of the Workforce of the District government or Organized Health Care Arrangement, creates, receives, maintains, or transmits PHI for a function or activity for the District, including claims processing or administration, data analysis, processing or administration, utilization review, quality assurance, patient safety activities listed at 42 C.F.R § 3.20, billing, benefit management, practice management, and repricing; or provides, other than in the capacity of a member of the Workforce of such Covered Entity, legal, actuarial, accounting, consulting, Data Aggregation (as defined in 45 C.F.R § 184.501), management, administrative, accreditation, or financial services to or for the District, or to or for an Organized Health Care Arrangement in which the District participates, where the provision of the service involves the disclosure of PHI from the District or arrangement, or from another Business Associate of the District or arrangement, to the person. A Covered Entity may be a Business Associate of another Covered Entity.

A Business Associate includes, (i) a Health Information Organization, e-prescribing gateway, or other person that provides data transmission services with respect to PHI to a Covered Entity and that requires access on a routine basis to such PHI; (ii) a person that offers a personal health record to one or more individuals on behalf of the District; (iii) a subcontractor that creates, receives, maintains, or transmits PHI on behalf of the Business Associate.

A *Business Associate* does not include: (i) a health care provider, with respect to disclosures by a Covered Entity to the health care provider concerning the treatment of the individual; (ii) a plan sponsor, with respect to disclosures by a group health plan (or by a health insurance issuer or health maintenance organization, HMO, with respect to a group health plan) to the plan sponsor, to the extent that the requirements of 45 C.F.R § 184.504(f) apply and are met; (iii) a government agency, with respect to determining eligibility for, or enrollment in, a government health plan that provides

public benefits and is administered by another government agency, or collecting PHI for such purposes, to the extent such activities are authorized by law; (iv) a Covered Entity participating in an Organized Health Care Arrangement that performs a function, activity or service included in the definition of a Business Associate above for or on behalf of such Organized Health Care Arrangement.

b.   *Covered Entity* means a health plan, a health care clearinghouse, or a health care provider who transmits any health information in electronic form in connection with a transaction covered by 45 C.F.R. §§ 180 and 184.  With respect to this BAA, *Covered Entity* shall also include the designated Health Care Components of the District government's Hybrid Entity or a District agency following HIPAA's implementing regulations and best practices.

c.   *Covered Functions* means those functions of a Covered Entity the performance of which makes the entity a health plan, health care provider, or health care clearinghouse.

d.   *Data Aggregation* means, with respect to PHI created or received by a Business Associate in its capacity as the Business Associate of a Covered Entity, the combining of such PHI by the Business Associate with the PHI received by the Business Associate in its capacity as a Business Associate of another Covered Entity, to permit data analyses that relate to the health care operations of the respective Covered Entities.

e.   *Designated Record Set* means a group of records maintained by or for a Covered Entity that are:

   i.   The medical records and billing records about individuals maintained by or for a covered health care provider;

   ii.   The enrollment, payment, claims adjudication, and case or medical management record systems maintained by or for a health plan; or

   iii.   Records used, in whole or in part, by or for the Covered Entity to make decisions about individuals.

f.   *Health Care* means care, services, or supplies related to the health of an individual. Health care includes, but is not limited to, the following:

   i.   Preventive, diagnostic, therapeutic, rehabilitative, maintenance, or palliative care, and counseling, service, assessment, or procedure with respect to the physical or mental condition, or functional status, of an individual or that affects the structure or function of the body; and

   ii.   Sale or dispensing of a drug, device, equipment, or other item in accordance

with the prescription.

g.   *Health Care Components* means a component or a combination of components of a Hybrid Entity designated by a Hybrid Entity in accordance with 45 CFR § 184.105(a)(2)(iii)(D). *Health Care Components* must include non-Covered Functions that provide services to the Covered Functions for the purpose of facilitating the sharing of PHI with such functions of the Hybrid Entity without Business Associate agreements or individual authorizations.

*Health Care Operations* shall include (1) conducting quality assessment and improvement activities, including outcomes evaluation and development of clinical guidelines, provided that the obtaining of generalizable knowledge is not the primary purpose of any studies resulting from such activities; patient safety activities (as defined in 42 C.F.R § 3.20); population-based activities relating to improving health or reducing health care costs, protocol development, case management and care coordination, contacting of health care providers and patients with information about treatment alternatives; and related functions that do not include treatment; (2) reviewing the competence or qualifications of health care professionals, evaluating practitioner and provider performance, health plan performance, conducting training programs in which students, trainees, or practitioners in areas of health care learn under supervision to practice or improve their skills as health care providers, training of non-health care professionals, accreditation, certification, licensing, or credentialing activities; (3) except as prohibited under 45 C.F.R. § 184.502(a)(5)(i), underwriting, enrollment, premium rating, and other activities related to the creation, renewal, or replacement of a contract of health insurance or health benefits, and ceding, securing, or placing a contract for reinsurance of risk relating to claims for health care (including stop-loss insurance and excess of loss insurance), provided that the requirements of 45 C.F.R. § 184.514(g) are met, if applicable; (4) conducting or arranging for medical review, legal services, and auditing functions, including fraud and abuse detection and compliance programs; (5) business planning and development, such as conducting cost-management and planning- related analyses related to managing and operating the entity, including formulary development and administration, development or improvement of methods of payment or coverage policies; and (8) business management and general administrative activities of the entity, including, but not limited to: (i) management activities relating to implementation of and compliance with the requirements of this subchapter; (ii) customer service, including the provision of data analyses for policy holders, plan sponsors, or other customers, provided that PHI is not disclosed to such policy holder, plan sponsor, or customer.(iii) resolution of internal grievances;(iv) The sale, transfer, merger, or consolidation of all or part of the Covered Entity with another Covered Entity, or an entity that following such activity will become a Covered Entity and due diligence related to such activity; and(v) consistent with the applicable requirements of 45 C.F.R. § 184.514, creating de-identified health information or a limited data set, and fundraising for the benefit of the Covered Entity..

h.   *Hybrid Entity* means a single legal entity that is a Covered Entity and whose business activities include both covered and non-Covered Functions, and that designates Health Care Components, in accordance with 45 C.F.R. § 184.105(a)(2)(iii)(C). A *Hybrid Entity* is required to designate Health Care Components, any other components of the entity that provide services to the Covered Functions for the purpose of facilitating the sharing of PHI with such

functions of the Hybrid Entity without Business Associate agreements or individual authorizations. The District is a Hybrid Covered Entity. Hybrid Entities are required to designate and include functions, services and activities within its own organization, which would meet the definition of Business Associate and irrespective of whether performed by employees of the Hybrid Entity, as part of its Health Care Components for compliance with the Security Rule and privacy requirements under this BAA.

i.   *Individual* shall mean the person who is the subject of PHI in accordance with 45 C.F.R. § 180.103. The term *individual* shall also include the individual's personal representative in accordance with 45 C.F.R. § 184.502(g).

j.   *Individually Identifiable Health Information* shall mean information that is a subset of health information, including demographic information collected from an individual, and;

     i.   Is created or received by a health care provider, health plan, employer, or health care clearinghouse;

     ii.  Relates to the past, present, or future physical or mental health or condition of an individual; or the past, present, or future payment for the provision of health care to an individual; and

     iii. That identifies the individual or with respect to which there is a reasonable basis to believe the information can be used to identify the individual.

k.   *National Provider Identifier (NPI)* shall mean the Standard Unique Health Identifier for Healthcare Providers as defined at 42 C.F.R. § 182.408.

l.   *Organized Health Care Arrangement* shall mean (1) a clinically integrated care setting in which individuals typically receive health care from more than one health care provider;(2) an organized system of health care in which more than one Covered Entity participates and in which the participating Covered Entities: (i) hold themselves out to the public as participating in a joint arrangement; and (ii) participate in joint activities that include at least one of the following: (a) utilization review, in which health care decisions by participating Covered Entities are reviewed by other participating Covered Entities or by a third party on their behalf; (b) quality assessment and improvement activities, in which treatment provided by participating Covered Entities is assessed by other participating Covered Entities or by a third party on their behalf; or (c) payment activities, if the financial risk for delivering health care is shared, in part or in whole, by participating Covered Entities through the joint arrangement and if PHI created or received by a Covered Entity is reviewed by other participating Covered Entities or by a third party on their behalf for the purpose of administering the sharing of financial risk in accordance with 42 C.F.R. § 180.103.

m.   *Personal Representative:* shall mean a person authorized, under District or other applicable law, to act on behalf of the subject of PHI in accordance with

42 C.F.R. § 184.502(g).

n.    *Privacy and Security Official:*  shall mean the person or persons designated by the District, a Hybrid Entity, who is/are responsible for developing, maintaining, implementing and enforcing the District-wide Privacy Policies and Procedures, and for overseeing full compliance with HIPAA Regulations, and other applicable federal and state privacy laws.

o.    *Privacy Officer* shall mean the person designated by the District's Privacy and Security Official or one of the District's covered components within its Hybrid Entity, who is responsible for overseeing compliance with a Covered Agency's Privacy Policies and Procedures, the HIPAA Regulations and other applicable federal and state privacy laws. Also referred to as the agency Privacy Officer, the individual  shall follow the guidance of the District's Privacy and Security Official and shall be responsive to and report to the District's Privacy and Security Official on matters pertaining to HIPAA compliance.

p.    *Privacy Rule* shall mean the Standards for Privacy of Individually Identifiable Health Information at 45 C.F.R. parts 180 and 184, subparts A and E.

q.    *Protected Health Information ("PHI")* means individually identifiable health information, including electronic information ("ePHI"), that is created or received by the Business Associate from or on behalf of the Covered Entity, or agency following HIPAA best practices, which is:

      i.    Transmitted by, created or maintained in electronic media; or

      ii.    Transmitted or maintained in any other form or medium;

      iii.    PHI or ePHI does not include individually identifiable health information: (i) In education records covered by the Family Educational Rights and Privacy Act, as amended, 20 U.S.C. § 1232g; (ii) In records described at 20 U.S.C. § 1232(g)(a)(4)(B)(iv); (iii) In employment records held by a Covered Entity in its role as employer; and (iv) Regarding a person who has been deceased for more than 50 years.

r.    *Record* shall mean any item, collection, or grouping of information that includes PHI and is maintained, collected, used, or disseminated by or for a Covered Entity.

s.    *Required By Law* means a mandate contained in law that compels an entity to make a use or disclosure of PHI and that is enforceable in a court of law. Required by law includes, but is not limited to, court orders and court-ordered warrants; subpoenas or summons issued by a court, grand jury, a governmental or tribal inspector general, or an administrative body authorized to require the production of information; a civil or an authorized investigative demand; Medicare conditions of

participation with respect to health care providers participating in the program; and statutes or regulations that require the production of information, including statutes or regulations that require such information if payment is sought under a government program providing public benefits pursuant to 45 C.F.R. § 184.103.

t.   *Secretary* means the person serving as Secretary of the United States Department of Health and Human Services (HHS) or any other officer or employee of HHS to whom the authority involved has been delegated.

u.   *Security Officer* means the person designated by the Security Official or one of the District of Columbia's designated Health Care Components, who is responsible for overseeing compliance with the Covered Agency's Privacy Policies and Procedures, the Security Rules, and other applicable federal and state privacy law(s).  The Covered Agency's security officer shall follow the guidance of the District's Security Official, as well as the Associate Security Official within the Office of the Chief Technology Officer, and shall be responsive to the same on matters pertaining to HIPAA compliance.

v.   *Security Rule*  shall mean the Standards for Security of Individually Identifiable Health Information at 45 C.F.R. parts 180, 182 and 184, subpart C.

w.   Unsecured PHI shall mean PHI that is not rendered unusable, unreadable, or indecipherable to unauthorized persons through the use of a technology or methodology specified by the U.S. Department of Health and Human Services Secretary in the guidance issue under § 13402(h)(2) of the Health Information Technology Economic and Clinical Health Act (HITECH), enacted at part of the American Recovery and Reinvestment Act of 2009 (ARRA)(Pub.L 111-5, 123 Stat 115), approved February 17, 2009.

x.   *Workforce* shall mean employees, volunteers, trainees, and other persons whose conduct, in the performance of work for a Covered Entity or Business Associate, is under the direct control of such Covered Entity, whether or not they are paid by the Covered Entity or Business Associate.

2.   Obligations and Activities of Business Associate

Business Associate agrees to comply with applicable federal and District confidentiality and security laws, including, but not limited to the Privacy Rule and Security Rule and the following:

a.   Business Associate agrees not to use or disclose PHI or ePHI (other than as permitted or required by this BAA or as Required by Law.

b.   Business Associate agrees to use appropriate safeguards and comply with administrative, physical, and technical safeguards requirements described at 45 C.F.R. §§ 184.308, 184.310, 184.312 and 184.318 as required by § 13401 of the Health Information Technology Economic and Clinical Health Act ("HITECH"), enacted as part of the American Recovery and Reinvestment Act of 2009

("ARRA")(Pub.L 111-5, 123 Stat 115) approved February 17, 2009, to maintain the security of the PHI and to prevent use or disclosure of such PHI other than as provided for by this BAA.  Business Associate acknowledges that, pursuant § 13401, Business Associate must comply with the Security Rule and privacy provisions detailed in this BAA.

The additional requirements of § 13401of HITECH that relate to security and apply to a Covered Entity shall also apply to Business Associate and shall be incorporated into an agreement between the Business Associate and the Covered Entity. Business Associate shall be directly liable for any violations of this BAA or HIPAA Regulations. A summary of HIPAA Security Standards for the Protection of ePHI, found at Appendix A to Subpart C or 45 C.F.R. Part 184 is as follows:

Administrative Safeguards

| Security Management Process | 184.308(a)(1) | Risk Analysis (R) Risk Management (R) Sanction Policy (R) Information System Activity Review (R) |
|---|---|---|
| Assigned Security Responsibility | 184.308(a)(2) | (R) |
| Workforce Security | 184.308(a)(3) | Authorization and/or Supervision (A) Workforce Clearance Procedure Termination Procedures (A) |
| Information Access Management | 184.308(a)(4) | Isolating Health care Clearinghouse Function (R) Access Authorization (A) Access Establishment and Modification (A) |
| Security Awareness and Training | 184.308(a)(5) | Security Reminders (A) Protection from Malicious Software (A) Log-in Monitoring (A) Password Management (A) |
| Security Incident Procedures | 184.308(a)(8) | Response and Reporting (R) |
| Contingency Plan | 184.308(a)(7 | Data Backup Plan (R) Disaster Recovery Plan (R) Emergency Mode Operation Plan (R) Testing and Revision Procedure (A) Applications and Data Criticality Analysis (A) |
| Evaluation | 184.308(a)(8) | (R) |
| Business Associate Contracts and Other Arrangement | 184.308(b)(1) | Written Contract or Other Arrangement (R) |

Physical Safeguards

| Facility Access Controls | 184.310(a)(1) | Contingency Operations (A) |
|---|---|---|

| | | Facility Security Plan (A) Access Control and Validation Procedures (A) Maintenance Records (A) |
|---|---|---|
| Workstation Use | 184.310(b) | (R) |
| Workstation Security | 184.310(c) | (R) |
| Device and Media Controls | 184.310(d)(1) | Disposal (R) Media Re-use (R) Accountabilit y (A) Data Backup and Storage (A) |

Technical Safeguards (see § 184.312)

| Access Control | 184.312(a)(1) | Unique User Identification (R) Emergency Access Procedure (R) Automatic Logoff (A) Encryption and Decryption (A) |
|---|---|---|
| Audit Controls | 184.312(b) | (R) |
| Integrity | 184.312(c)(1) | Mechanism to Authenticate Electronic Protected Health Information (A) |
| Person or Entity Authentication | 184.312(d) | (R) |
| Transmission Security | 184.312(e)(1) | Integrity Controls (A) Encryption (A) |

c.  The Business Associate agrees to name a Privacy and/or Security Officer who is accountable for developing, maintaining, implementing, overseeing the compliance of and enforcing compliance with this BAA, the Security Rule and other applicable federal and state privacy law within the Business Associate's business. The Business Associate reports violations and conditions to the District-wide Privacy and Security Official and/or the Agency Privacy Officer of the covered component within the District's Hybrid Entity.

d.  The Business Associate agrees to establish procedures for mitigating, and to mitigate to the extent practicable, any deleterious effects that are known to the Business Associate of a use or disclosure of PHI by the Business Associate in violation of the requirements of this BAA.

e.  The Business Associate agrees to report to Covered Entity, in writing, any use or disclosure of the PHI not permitted or required by this BAA or other incident or condition arising out the Security Rule, including breaches of unsecured PHI as required at 45 C.F.R § 184.410, to the District-wide Privacy and Security Official or agency Privacy Officer within ten (10) business days from the time the Business Associate becomes aware of such unauthorized use or

disclosure. However, if the Business Associate is an agent of the District (i.e., performing delegated essential governmental functions), the Business Associate must report the incident or condition immediately. Upon the determination of an actual data breach, and in consultation with the District's Privacy and Security Official, the Business Associate will handle breach notifications to individuals, the U.S. Department of Health and Human Services, Office for Civil Rights (OCR), and potentially the media, on behalf of the District.

f.    The Business Associate agrees to ensure that any Workforce member or any agent, including a subcontractor, agrees to the same restrictions and conditions that apply through this BAA with respect to PHI received from the Business Associate, PHI created by the Business Associate, or PHI received by the Business Associate on behalf of the Covered Entity.

g.    In accordance with 45 C.F.R §§ 184.502(e)(1)(ii) and 184.308(b)(2), if applicable, ensure that any subcontractors that create, receive, maintain, or transmit PHI on behalf of the Business Associate agree to the same restrictions, conditions, and requirements that apply to the Business Associate with respect to such information

h.    Initially, within ten (10) business days following the commencement of this Contract, or within ten (10) business days of a new or updated agreement with a subcontractor, the Business Associate agrees to provide the District a list of all subcontractors who meet the definition of a Business Associate. Additionally, Business Associate agrees to ensure its subcontractors understanding of liability and monitor, where applicable, compliance with the Security Rule and applicable privacy provisions in this BAA.

i.    The Business Associate agrees to provide access within five (5) business days, at the request of the Covered Entity or an Individual, at a mutually agreed upon location, during normal business hours, and in a format as directed by the District Privacy Official or agency Privacy Officer, or as otherwise mandated by the Privacy Rule or applicable District laws, rules and regulations, to PHI in a Designated Record Set, to the Covered Entity or an Individual, to facilitate the District's compliance with the requirements under 45 C.F.R. §184.524.

j.    The Business Associate agrees to make any amendment(s) within five (5) business days to the PHI in a Designated Record Set that the Covered Entity directs or agrees to pursuant to 45 C.F.R § 184.528 in a format or as directed by the District Privacy Official or agency Privacy Officer in order to facilitate the District's compliance with the requirements under 45 C.F.R. §184.528.

k.    The Business Associate agrees to use the standard practices of the Covered Entity to verify the identification and authority of an Individual who requests the PHI in a Designated Record Set of a recipient of services from or through

the Covered Entity.  The Business Associate agrees to comply with the applicable portions of the, attached hereto as  Exhibit A and incorporated by reference.

l.      The Business Associate agrees to record authorizations and log such disclosures of PHI and information related to such disclosures as would be required for the Covered Entity to respond to a request by an Individual for an accounting of disclosures of PHI in accordance with 45 C.F.R. § 184.528 and applicable District laws, rules and regulations.

m.     The Business Associate agrees to provide to the Covered Entity or an Individual, within five (5) business days of a request at a mutually agreed upon location, during normal business hours, and in a format designated by the District's Privacy and Security Official or agency Privacy Officer and the duly authorized Business Associate Workforce member, information collected in accordance with Paragraph (i) of this Section above, to permit  the Covered Entity to respond to a request by an Individual for an accounting of disclosures of PHI in accordance with 45 C.F.R. § 184.528, and applicable District laws, rules and regulations.

n.      The Business Associate agrees to make internal practices, books, and records, including policies and procedures, and PHI, relating to the use and disclosure of PHI received from the Business Associate, or created, or received by the Business Associate on behalf of the Covered Entity, available to the Covered Entity, or to the Secretary, within five (5) business days of their request and at a mutually agreed upon location, during normal business hours, and in a format designated by the District Privacy and Security Official or agency Privacy Officer and the duly authorized Business Associate Workforce member, or in a time and manner designated by the Secretary, for purposes of the Secretary in determining compliance of the Covered Entity with the Privacy Rule.

o.      To the extent the Business Associate is to carry out one or more of Covered Entity's obligation(s) under Subpart E of 45 C.F.R Part 184,the Business Associate agrees to comply with the requirements of Subpart E that apply to the Covered Entity in the performance of such obligation(s).

p.      As deemed necessary by the District, the Business Associate agrees to the monitoring and auditing of items listed in paragraph 2 of this BAA, as well as data systems storing or transmitting PHI, to verify compliance.

q.      The Business Associate may aggregate PHI in its possession with the PHI of other Covered Entities that Business Associate has in its possession through its capacity as a Business Associate to other Covered Entities provided that the purpose of the Data Aggregation is to provide the Covered Entity with data analyses to the Health Care Operations of the Covered Entity.  Under no circumstances may the Business Associate disclose PHI of one Covered Entity

to another Covered Entity absent the explicit written authorization and consent of the Privacy Officer/Liaison or a duly authorized Workforce member of the Covered Entity.

r.  Business Associate may de-identify any and all PHI provided that the de-identification conforms to the requirements of 45 C.F.R. § 184.514(a)-(b) and any associated HHS guidance.  Pursuant to 45 C.F.R. § 184.502(d)(2), de-identified information does not constitute PHI and is not subject to the terms of this BAA.

s.  If the Business Associate has not submitted the District's Business Associate Questionnaire prior to contract award, the Business Associate shall file the Questionnaire with the Agency Privacy Officer/Liaison or the Agency Privacy Contract Administrator within 30 days after contract award.  Business Associate shall file and submit an updated Questionnaire to the Agency Privacy Officer/Liaison or the Agency Contract Administrator on or before October 1st of each contract year.  At the discretion of the Agency Privacy Officer/Liaison, Business Associates with limited access to PHI may be granted a written waiver to file a letter attesting to their HIPAA compliance on or before October 1st of each contract year.  A copy of the Business Associate Questionnaire can be located at www.ocp.dc.gov /OCP Solicitations /Required Solicitation Documents.

3.  <u>Permitted Uses and Disclosures by the Business Associate</u>

a.  Except as otherwise limited in this BAA, the Business Associate may use or disclose PHI to perform functions, activities, or services for, or on behalf of, the Covered Entity as specified in the Contract, provided that such use or disclosure would not violate Subpart E of 45 C.F.R Part 184 if the same activity were performed by the Covered Entity or would not violate the minimum necessary policies and procedures of the Covered Entity.

b.  Except as otherwise limited in this BAA, the Business Associate may use PHI for the proper management and administration of the Business Associate or to carry out the legal responsibilities of the Business Associate.

c.  Except as otherwise limited in this BAA, the Business Associate may disclose PHI for  the management and administration of the Business Associate, provided that the disclosures are Required By Law, or the Business Associate obtains reasonable  assurances from the person to whom the information is disclosed that it will remain confidential and used, or further disclosed, only as Required By Law, or for the purpose for which it was disclosed to the person, and the person notifies the Business Associate of any instances of which it has knowledge that the confidentiality of the information has been breached.

d.  Except as otherwise limited in this BAA, the Business Associate may use PHI

to provide Data Aggregation services to the Covered Entity as permitted by 45 C.F.R. § 184.504(e)(2)(i)(B).

e.  Business Associate may use PHI to report violations of this BAA or the HIPAA Regulations to the appropriate federal and District of Columbia authorities, consistent with 45 C.F.R. § 184.502(j)(1)-(2).

4.  <u>Additional Obligations of the Business Associate</u>

a.  Business Associate shall submit a written report to the Covered Entity that identifies the files and reports that constitute the Designated Record Set of the Covered Entity.  Business Associate shall submit said written report to the Privacy Officer no later than thirty (30) business days after the commencement of this BAA.  In the event that Business Associate utilizes new files or reports which constitute the Designated Record Set, Business Associate shall notify the Covered Entity of said event within thirty (30) days of the commencement of the file's or report's usage.   The Designated Record Set file shall include, but not be limited to the identity of the following:

i.    Name of the Business Associate of the Covered Entity;

ii.   Title of the Report/File;

iii.  Confirmation that the Report/File contains PHI(Yes or No);

iv.   Description of the basic content of the Report/File;

v.    Format of the Report/File (Electronic or Paper);

vi.   Physical location of Report/File;

vii.  Name and telephone number of current member(s) of the Workforce of the Covered Entity or other District Government agency responsible for receiving and processing requests for PHI; and

viii. Supporting documents if the recipient/personal representative has access to the Report/File.

b.  Business Associate must provide assurances to the Covered Entity that it will continue to employ sufficient administrative, technical and physical safeguards, as described under the Security Rule, to protect and secure (the Covered Entity's) ePHI entrusted to it. These safeguards include:

i.    The Business Associate agrees to administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the ePHI that the Business Associate creates, receives, maintains or transmits on behalf of the Covered Entity.

ii.     The Business Associate agrees to report to the Covered Entity any security incident of which it becomes aware, including any attempts to access ePHI, whether those attempts were successful or not.

iii.    This BAA may be terminated if the Covered Entity determines that the Business Associate has materially breached the agreement.

iv.     The Business Associate agrees to make all policies and procedures, and documents relating to security, available to the Secretary of HHS for the  purposes of determining the Covered Entity's compliance with HIPAA.

v.      This BAA continues in force for as long as the Business Associate retains any access to the Covered Entity's ePHI.

vi.     With respect to the subset of PHI known as electronic PHI (ePHI) as defined by HIPAA Security Standards at 45 C.F.R. §§ 180 and 184, subparts A and C (the "Security Rule"), if in performing the Services, Business Associate, its employees, agents, subcontractors and any other individual permitted by  Business Associate will have access to any computer system, network, file, data or software owned by or licensed to Provider that contains ePHI, or if Business Associate otherwise creates, maintains, or transmits ePHI on Provider's behalf, Business Associate shall take reasonable security measures necessary to protect the security of all such computer systems, networks, files, data and software. With respect to the security of ePHI, Business Associate shall: (a) Implement administrative, physical and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the ePHI that it creates, receives, maintains, or transmits on behalf of the Provider; (b) Ensure that any agent, including a subcontractor, to whom it provides such information agrees to implement reasonable and appropriate safeguards to protect it; and (c) Report to the Provider any security incident of which it becomes  aware.

vii.    Business Associate agrees not to electronically transmit or permit access to PHI unless such transmission or access is authorized by this BAA and further agrees that it shall only transmit or permit such access if such information is secured in a manner that is consistent with applicable law, including the Security Rule.  For purposes of this BAA "encrypted" shall mean the reversible conversion of readable information into unreadable, protected form so that only a recipient who has the appropriate "key" can convert the information back into original readable form.  If  the Covered Entity stores, uses or maintains PHI in encrypted form, or in any other secured form acceptable under the security regulations, Covered Entity shall promptly, at  request,

provide  with the key or keys to decrypt such information and will otherwise assure that such PHI is accessible by  upon reasonable request.

    viii.    In the event Business Associate performs functions or activities involving the use or disclosure of PHI on behalf of Covered Entity that involve the installation or maintenance of any software (as it functions alone or in combination with any hardware or other software), Business Associate shall ensure that all such software complies with all applicable standards and specifications required by the HIPAA Regulations and shall inform  of any software standards or specifications not compliant with the HIPAA Regulations.

    c.    At the request of the Covered Entity, the Business Associate agrees to amend this BAA to comply with all HIPAA mandates.

5.    <u>Sanctions</u>

Business Associate agrees that its Workforce members, agents and subcontractors who violate the provisions of HIPAA or other applicable federal or District privacy law will  be subject to discipline in accordance with Business Associate's internal Personnel Policy and applicable collective bargaining agreements.  Business Associate agrees to impose sanctions consistent with Business Associate's personnel policies and procedures and applicable collective bargaining agreements with respect to persons employed by it. Members of the Business Associate Workforce who are not employed by Business Associate are subject to the policies and applicable sanctions for violation of this BAA  In the event Business Associate imposes sanctions against any member of its Workforce, agents and subcontractors for violation of the provisions of HIPAA or other applicable federal or District privacy laws, the Business Associate shall inform the District Privacy Official or the agency Privacy Officer/Liaison of the imposition of sanctions.

6.    <u>Obligations of the Covered Entity</u>

    a.    The Covered Entity shall notify the Business Associate of any limitation(s) in its Notice of Privacy Practices of the Covered Entity in accordance with 45 C.F.R. § 184.520, to the extent that such limitation may affect the use or disclosure of PHI  by the Business Associate.

    b.    The Covered Entity shall notify the Business Associate of any changes in, or revocation of, permission by the Individual to the use or disclosure of PHI, to the extent that such changes may affect the use or disclosure of PHI by the Business Associate.

    c.    The Covered Entity shall notify the Business Associate of any restriction to the

use or disclosure of PHI that the Covered Entity has agreed to in accordance with 45 C.F.R. § 184.522, to the extent that such restriction may affect the use or disclosure of PHI by the Business Associate.

7.   Permissible Requests by Covered Entity

Covered Entity shall not request the Business Associate to use or disclose PHI in any manner that would not be permissible under the Privacy Rule and Subpart E of 45 C.F.R Part 184 if done by the Covered Entity.

8.   Representations and Warranties.

The Business Associate represents and warrants to the Covered Entity:

a.   That it is duly organized, validly existing, and in good standing under the laws of the jurisdiction in which it is organized or licensed, it has the full power to execute this BAA and it, its employees, agents, subcontractors, representatives and members of its Workforce are licensed and in good standing with the applicable agency, board, or governing body to perform its obligations hereunder, and that the performance by it of its obligations under this BAA has been duly authorized by all necessary corporate or other actions and will not violate any provision of any license, corporate charter or bylaws;

b.   That it, its employees, agents, subcontractors, representatives and members of its Workforce are in good standing with the District, that it, its employees, agents, subcontractors, representatives and members of its Workforce will submit a letter of good standing from the District, and that it, its employees, agents, subcontractors, representatives and members of its Workforce have not been de-barred from being employed as a contractor by the federal government or District;

c.   That neither the execution of this BAA, nor its performance hereunder, will directly or indirectly violate or interfere with the terms of another agreement to which it is a party,  or give any governmental entity the right to suspend, terminate, or modify any of its governmental authorizations or assets required for its performance hereunder.  The Business Associate represents and warrants to the Covered Entity that it will not enter into any agreement the execution or performance of which would violate or interfere with this BAA;

d.   That it is not currently the subject of a voluntary or involuntary petition in

bankruptcy, does not currently contemplate filing any such voluntary petition, and is not aware of any claim for the filing of an involuntary petition;

e.    That all of its employees, agents, subcontractors, representatives and members of its Workforce, whose services may be used to fulfill obligations under this BAA are or shall be appropriately informed of the terms of this BAA and are under legal obligation to the Business Associate, by contract or otherwise, sufficient to enable the Business Associate to fully comply with all provisions of this BAA. Modifications or limitations that the Covered Entity has agreed to adhere to with regards to the use and disclosure of PHI of any individual that materially affects or limits the uses and disclosures that are otherwise permitted under the Privacy Rule will be communicated to the Business Associate, in writing, and in a timely fashion;

f.    That it will reasonably cooperate with the Covered Entity in the performance of the mutual obligations under this Agreement;

g.    That neither the Business Associate, nor its shareholders, members, directors, officers, agents, subcontractors, employees or members of its Workforce have been excluded or served a notice of exclusion or have been served with a notice of proposed exclusion, or have committed any acts which are cause for exclusion, from participation in, or had any sanctions, or civil or criminal penalties imposed under, any federal or District healthcare program, including but not limited to Medicare or Medicaid, or have been convicted, under federal or District law (including without limitation following a plea of *nolo contendere* or no contest or participation in a first offender deferred adjudication or other arrangement whereby a judgment of conviction has been withheld), of a criminal offense related to (a) the neglect or abuse of a patient, (b) the delivery of an item or service, including the performance of management or administrative services related to the delivery of an item or service, under a federal or District healthcare program, (c) fraud, theft, embezzlement, breach of fiduciary responsibility, or other financial misconduct in connection with the delivery of a healthcare item or service or with respect to any act or omission in any program operated by or financed in whole or in part by any federal, state, or local government agency (d) the unlawful, manufacture, distribution, prescription or dispensing of a controlled substance, or (e) interference with or obstruction of any investigation into any criminal offense described in (a) through (d) above. The Business Associate further agrees to notify the Covered Entity immediately after the Business Associate becomes aware that any of the foregoing representations and warranties may be inaccurate or may become incorrect

9.    <u>Term and Termination</u>

a.   *Term.*  The requirements of this BAA shall be effective as of the date of the contract award, and shall terminate when all of the PHI provided by the Covered Entity to the Business Associate, or created or received by the Business Associate on behalf of the Covered Entity, is confidentially destroyed or returned to the Covered Entity within five (5) business days of its request. The PHI shall be returned in a format mutually agreed upon by and between the Privacy Official and/or Privacy Officer or their designee and the appropriate and duly authorized Workforce member of the Business Associate.; If it is infeasible to return or confidentially destroy the PHI, protections shall be extended to  such information, in accordance with the termination provisions in this Section and communicated to the Privacy Official or Privacy Officer or their designee. The requirement to return PHI to the District at the end of the contract term or if the contract  is terminated applies irrespective of whether the Business Associate is also a Covered Entity under HIPAA.  Where a Business Associate is also a Covered Entity, PHI provided by the District, or created or received by the Business Associate on behalf of the District, a duplicate of the record may be acceptable if mutually agreed.

b.   *Termination for Cause.*  Upon the Covered Entity's knowledge of a material breach of this BAA by the Business Associate, the Covered Entity shall either:

i.   Provide an opportunity for the Business Associate to cure the breach within a period of ten (10) days(or such longer period as the District may authorize in writing) after receipt of notice from the Contracting Officer specifying such failure or end the violation and terminate the Contract if the Business Associate does not cure the breach or end the violation within the time specified by the Covered Entity; or

ii.   Immediately terminate the Contract if the Business Associate breaches a material term of this BAA and a cure is not possible. If  neither termination nor cure is feasible, the Covered Entity shall report the violation to the Secretary of HHS.

c.   *Effect of Termination.*

i.   Except as provided in paragraph (ii) of this section, upon termination of the Contract, for any reason, the Business Associate shall return in a mutually agreed upon format or confidentially destroy all PHI received

from the Covered Entity, or created or received by the Business Associate on behalf of the Covered Entity within five (5) business days of termination. This provision shall apply to PHI that is in the possession of ALL subcontractors, agents or Workforce members of the Business Associate. The Business Associate shall retain no copies of PHI in any form.

ii.  In the event that the Business Associate determines that returning or destroying the PHI is infeasible, the Business Associate shall provide written notification to the Covered Entity of the conditions that make the return or confidential destruction infeasible. Upon determination by the agency Privacy Officer/Liaison that the return or confidential destruction of the PHI is infeasible, the Business Associate shall extend the protections of this BAA to such PHI and limit further uses and disclosures of such PHI for so long as the Business Associate maintains such PHI. Additionally, the Business Associate shall:

(1)  Retain only that PHI which is necessary for Business Associate to continue its proper management and administration or to carry out its legal responsibilities;

(2)  Return to Covered Entity [or, if agreed to by Covered Entity, destroy] the remaining PHI that the Business Associate still maintains in any form;

(3)  Continue to use appropriate safeguards and comply with Subpart C of 45 C.F.R Part 184 with respect to ePHI to prevent use or disclosure of the PHI, other than as provided for in this section, for as long as Business Associate retains the PHI;

(4)  Not use or disclose the PHI retained by Business Associate other than for the purposes for which such PHI was retained and subject to the same conditions set out at [Insert section number related to paragraph (ender "Permitted Uses and Disclosures By The Business Associate"] which applied prior to termination; and

(5)  Return to Covered Entity [or, if agreed to by Covered Entity, destroy] the Protected Health Information retained by Business Associate when it is no longer needed by Business Associate for its proper management and administration or to carry out its legal responsibilities.

      iii. The obligations outlined in <u>Section 2. Obligations and Activities of Business Associate</u> shall survive the termination of this Contract.

10. <u>Miscellaneous</u>

    a. *Regulatory References.* A reference in this BAA to a section in the Privacy Rule means the section as in effect or as amended.

    b. *Amendment.* A Covered Entity and Business Associate ("the Parties") agree to take such action as is necessary to amend this BAA from time to time as is necessary for the Covered Entity to comply with the requirements of the Privacy Rule and HIPAA Regulations. Except for provisions Required By Law as defined herein, no provision hereof shall be deemed waived unless in expressed in writing and signed by duly authorized representatives of the Parties. A waiver with respect to one event shall not be construed as continuing, or as a bar to or waiver of any other right or remedy under this BAA.

    c. *Survival.* The respective rights and obligations of the Business Associate under <u>Section 9. Term and Termination</u> of this HIPAA Compliance BAA and Sections 9 and 20 of the Standard Contract Provisions for use with the District of Columbia Government Supply and Services Contracts shall survive termination of the Contract.

    d. *Interpretation.* Any ambiguity in this BAA shall be resolved to permit compliance with applicable federal and District laws, rules and regulations, and the HIPAA Rules, and any requirements, rulings, interpretations, procedures, or other actions related thereto that are promulgated, issued or taken by or on behalf of the Secretary; provided that applicable federal and District laws, rules and regulations shall supersede the Privacy Rule if, and to the extent that they impose additional requirements, have requirements that are more stringent than or provide greater protection of patient privacy or the security or safeguarding of PHI than those of the HIPAA Regulations.

The terms of this BAA amend and supplement the terms of the Contract. In the event of a conflict between the terms of the BAA and the terms of the Contract, the terms of this BAA shall control; provided, however, that this BAA shall not supersede any other federal or District law or regulation governing the legal relationship of the Parties, or the confidentiality of records or information, except to the extent that the Privacy Rule preempts those laws or regulations. In the event of any conflict between the provisions of the Contract (as amended by this BAA) and the Privacy Rule, the Privacy Rule shall control.

e.  *No Third-Party Beneficiaries*.  The Covered Entity and the Business Associate are the only parties to this BAA and are the only parties entitled to enforce its terms.  Except for the rights of Individuals, as defined herein, to have access to and amend their PHI, and to an accounting of the uses and disclosures thereof, in accordance with paragraphs (2)(f),(g) and (j) of this BAA, nothing in the BAA gives, is intended to give, or shall be construed to give or provide any benefit or right, whether directly, indirectly, or otherwise, to third persons.

f.  *Compliance with Applicable Law*.  The Business Associate shall comply with all federal and District laws, regulations, executive orders and ordinances, as they may be amended from time to time during the term of this BAA and the Contract; to the extent they are applicable to this BAA and the Contract.

g.  *Governing Law and Forum Selection*.  This Contract shall be construed broadly to implement and comply with the requirements relating to the Privacy Rule, and other applicable laws and regulations.  All other aspects of this Contract shall be governed under the laws of the District.  The Covered Entity and the Business Associate agree that all disputes which cannot be amicably resolved by the Covered Entity and the Business Associate regarding this BAA shall be litigated before the District of Columbia Contract Appeals Board, the District of Columbia Court of Appeals, or the United States District Court for the District of Columbia having jurisdiction, as the case may be.  The Covered Entity and the Business Associate expressly waive any and all rights to initiate litigation, arbitration, mediation, negotiations and/or similar proceedings outside the physical boundaries of the District of Columbia and expressly consent to the jurisdiction of the above tribunals.

h.  *Indemnification*.  The Business Associate shall indemnify, hold harmless and defend the Covered Entity from and against any and all claims, losses, liabilities, costs, and other expenses incurred as a result or arising directly or indirectly out of or in connection with (a) any misrepresentation, breach of warranty or non-fulfillment of any undertaking of  the Business Associate under this BAA; and (b) any claims, demands, awards, judgments, actions and proceedings made by any person or organization, arising out of or in any way connected with the performance of the Business Associate under this BAA.

i.  *Injunctive Relief*.  Notwithstanding any rights or remedies under this BAA or provided by law, the Covered Entity retains all rights to seek injunctive relief to prevent or stop the unauthorized use or disclosure of PHI by the Business Associate, its Workforce, any of its subcontractors, agents, or any third party who has received PHI from the Business Associate.

j.   *Assistance in litigation or administrative proceedings*.  The Business Associate shall  make itself and any agents, affiliates, subsidiaries, subcontractors or its Workforce assisting the Business Associate in the fulfillment of its obligations under this HIPAA Compliance BAA and the Contract, available to the Covered Entity, to testify as witnesses, or otherwise, in the event of litigation or administrative proceedings being commenced against the Covered Entity, its directors, officers or employees based upon claimed violation of HIPAA, the Privacy Rule or other laws relating to security and privacy, except where the Business Associate or its agents, affiliates, subsidiaries, subcontractors or its Workforce are a named adverse party.

k.   *Notices.*  Any notices between the Parties or notices to be given under this BAA shall be given in writing and delivered by personal courier delivery or overnight courier delivery, or by certified mail with return receipt requested, to the Business Associate or to the Covered Entity, to the addresses given for each Party below or to the address either Party hereafter gives to the other Party.  Any notice, being addressed and mailed in the foregoing manner, shall be deemed given five (5) business days after mailing.  Any notice delivered by personal courier delivery or overnight courier delivery shall be deemed given upon notice upon receipt.

   If to the Business Associate, to               If to the Covered Entity, to

   _____          _____

   _____          _____

   _____          _____

a.   *Headings*.  Headings are for convenience only and form no part of this BAA and shall not affect its interpretation.

b.   *Counterparts; Facsimiles*.  This BAA may be executed in any number of counterparts, each of which shall be deemed an original.  Facsimile copies hereof shall be deemed to  be originals.

c.   *Successors and Assigns*.  The provisions of this BAA shall be binding upon and shall inure to the benefit of the Parties hereto and their respective successors and permitted assigns, if any.

d.   *Severance*.  In the event that any provision of this BAA is held by a court of

competent jurisdiction to be invalid or unenforceable, the remainder of the provisions of this BAA will remain in full force and effect.  In addition, in the event a Party believes in good faith that any provision of this BAA fails to comply with the then-current requirements of the Privacy Rule, such party shall notify the other Party in writing, in the manner set forth in <u>Section 10. Miscellaneous, Paragraph k. Notices</u>.  Within ten (10) business days from receipt of notice, the Parties shall address in good faith such concern and amend the terms of this BAA, if necessary to bring the contested provision(s) into compliance.

e.   *Independent Contractor*.  The Business Associate will function as an independent contractor and shall not be considered an employee of the Covered Entity for any purpose.  Nothing in this BAA shall be interpreted as authorizing the Business Associate Workforce, its subcontractor(s) or its agent(s) or employee(s) to act as an agent or representative for or on behalf of the Covered Entity.

f.   *Entire Agreement*.  This BAA, as may be amended from time to time pursuant to <u>Section10. Miscellaneous, Paragraph b. Amendment,</u> which incorporates by reference specific procedures from the District of Columbia Department of Health Privacy Policy Operations Manual, constitutes the entire agreement and understanding between the Parties and supersedes all prior oral and written agreements and understandings between them with respect to applicable District and federal laws, rules and regulations, HIPAA and the Privacy Rule, and any rules, regulations, requirements, rulings, interpretations, procedures, or other actions related thereto that are promulgated, issued or taken by or on behalf of the Secretary of HHS.

## H.9    SUBCONTRACTING REQUIREMENTS

### H.9.1   <u>Mandatory Subcontracting Requirements</u>

**H.9.1.1**   For all contracts in excess of $250,000, at least 12% of the dollar volume of the contract shall be subcontracted to qualified small business enterprises (SBEs).

**H.9.1.2**   If there are insufficient SBEs to completely fulfill the requirement of paragraph H.9.1.1, then the subcontracting may be satisfied by subcontracting 35% of the dollar volume to any qualified certified business enterprises (CBEs); provided, however, that all reasonable efforts shall be made to ensure that SBEs are significant participants in the overall subcontracting work.

**H.9.1.3**   A prime Contractor that is certified by DSLBD as a small, local or disadvantaged business enterprise shall not be required to comply with the provisions of sections H.9.1.1 and H.9.1.2.

**H.9.1.4**   Except as provided in H.9.1.5 and H.9.1.7, a prime Contractor that is a CBE and has been granted a proposal preference pursuant to D.C. Official Code § 2-218.43, or is selected through a set-aside program, shall perform at least 35% of the contracting effort with its own organization and resources and, if it subcontracts, 35% of the subcontracting effort shall be with CBEs.  A CBE prime Contractor that performs less than 35% of the contracting effort shall be subject to enforcement actions under D.C. Official Code § 2-218.83.

**H.9.1.5**   If the prime Contractor is a certified joint venture and has been granted a bid preference pursuant to D.C. Official Code § 2-218.43, or is selected through a set-aside program, the CBE member of the certified joint venture shall perform at least 50% of the contracting effort with its own organization and resources and, if it subcontracts, 35% of the subcontracting effort shall be with CBEs.  If the CBE member of the certified joint venture prime Contractor performs less than 50% of the contracting effort, the certified joint venture shall be subject to enforcement actions under D.C. Official Code § 2-218.83.

**H.9.1.8**   Each CBE utilized to meet these subcontracting requirements shall perform at least 35% of its contracting effort with its own organization and resources.

**H.9.1.7**   A prime Contractor that is a CBE and has been granted a proposal preference pursuant to D.C. Official Code § 2-218.43, or is selected through a set-aside program, shall perform at least 50% of the on-site work with its own organization and resources if the contract is $1 million or less.

**H.9.2**   **Subcontracting Plan**

If the prime Contractor is required by law to subcontract under this contract, it must subcontract at least 12% of the dollar volume of this contract in accordance with the provisions of section H.9.1 of this clause. **The plan shall be submitted as part of the proposal and may only be amended after award with the prior written approval of the CO and Director of DSLBD.** Any reduction in the dollar volume of the subcontracted portion resulting from an amendment of the plan after award shall inure to the benefit of the                                                                                   District.

Each subcontracting plan shall include the following:

(1)   The name and address of each sub-contractor.
(2)   A current certification number of the small or certified business enterprise.
(3)   The scope of work to be performed by each sub-contractor; and
(4)   The price that the prime Contractor will pay each sub-contractor.

### H.9.3   Copies of Subcontracts

Within twenty-one (21) days of the date of award, the Contractor shall provide fully executed copies of all subcontracts identified in the subcontracting plan to the CO, CA, District of Columbia Auditor and the Director of DSLBD.

### H.9.4   Subcontracting Plan Compliance Reporting

**H.9.4.1**   If the Contractor has a subcontracting plan required by law for this contract, the Contractor shall submit a quarterly report to the CO, CA, District of Columbia Auditor and the Director of DSLBD.   The quarterly report shall include the following information for each subcontract identified in the subcontracting plan:

(A) The price that the prime Contractor will pay each sub-contractor under the subcontract.
(B)   A description of the goods procured, or the services subcontracted for;
(C) The amount paid by the prime Contractor under the subcontract; and
(D)   A copy of the fully executed subcontract, if it was not provided with an earlier quarterly report.

**H.9.4.2**   If the fully executed subcontract is not provided with the quarterly report, the prime Contractor will not receive credit toward its subcontracting requirements for that subcontract.

### H.9.5   Annual Meetings

Upon at least 30-days written notice provided by DSLBD, the Contractor shall meet annually with the CO, CA, District of Columbia Auditor and the Director of DSLBD to provide an update on its subcontracting plan.

### H.9.8   Notices
The Contractor shall provide written notice to the DSLBD and the District of Columbia Auditor upon commencement of the contract and when the contract is completed.

### H.9.7   Enforcement and Penalties for Breach of Subcontracting Plan

**H.9.7.1**   A Contractor shall be deemed to have breached a subcontracting plan required by law, if the Contractor (i) fails to submit subcontracting plan monitoring or compliance reports or other required subcontracting information in a reasonably timely manner; (ii) submits a monitoring or compliance report or other required subcontracting information containing a materially false statement; or (iii) fails to meet its subcontracting requirements.

**H.9.7.2**   A Contractor that is found to have breached its subcontracting plan for utilization of CBEs in the performance of a contract shall be subject to the imposition of penalties, including monetary fines in accordance with D.C. Official Code § 2-218.83.

**H.9.7.3**     If the CO determines the Contractor's failure to be a material breach of the contract, the CO shall have cause to terminate the contract under the default provisions in **clause 8 of the SCP, Default.**

**H.10    CRIMINAL BACKGROUND AND TRAFFIC RECORDS CHECKS FOR CONTRACTORS THAT PROVIDE DIRECT SERVICES TO CHILDREN OR YOUTH**

**H.10.1** A Contractor that provides services as a covered child or youth services provider, as defined in section 202(3) of the Child and Youth, Safety and Health Omnibus Amendment Act of 2004, effective April 13, 2005 (D.C. Law 15-353; D.C. Official Code § 4-1501.01 *et seq.*), as amended (in this section, the "Act"), shall obtain criminal history records to investigate persons applying for employment, in either a compensated or an unsupervised volunteer position, as well as its current employees and unsupervised volunteers.  The Contractor shall request criminal background checks for the following positions:

**1.  Care Coordinator, Supervisor**

**H.10.2** The Contractor shall also obtain traffic records to investigate persons applying for employment, as well as current employees and volunteers, when that person will be required to drive a motor vehicle to transport children in the course of performing his or her duties. The Contractor shall request traffic records for the following positions:

**1**. **Care Coordinator, Supervisor**

**H.10.3** The Contractor shall inform all applicants requiring a criminal background check that a criminal background check must be conducted on the applicant before the applicant may be offered a compensated position or an unsupervised volunteer position.

**H.10.4** The Contractor shall inform all applicants requiring a traffic record check that a traffic records check must be conducted on the applicant before the applicant may be offered a compensated position or a volunteer position.

**H.10.5** The Contractor shall obtain from each applicant, employee and unsupervised volunteer:

(A)     a written authorization which authorizes the District to conduct a criminal background check;

(B)     a written confirmation stating that the Contractor has informed him or her that the District is authorized to conduct a criminal background check;

(C)     a signed affirmation stating whether or not they have been convicted of a crime, pleaded nolo contendere, are on probation before judgment or placement of a case upon a stet docket, or have been found not guilty by reason of insanity, for any sexual offenses or intra-family offenses in the District or their equivalent in any

other state or territory, or for any of the following felony offenses or their equivalent in any other state or territory:

(i)     Murder, attempted murder, manslaughter, or arson;
(ii)    Assault, assault with a dangerous weapon, mayhem, malicious disfigurement, or threats to do bodily harm;
(iii)   Burglary;
(iv)    Robbery;
(v)     Kidnapping;
(vi)    Illegal use or possession of a firearm;
(vii)   Sexual offenses, including indecent exposure; promoting, procuring, compelling, soliciting, or engaging in prostitution; corrupting minors (sexual relations with children); molesting; voyeurism; committing sex acts in public; incest; rape; sexual assault; sexual battery; or sexual abuse; but excluding sodomy between consenting adults.
(viii)  Child abuse or cruelty to children; or
(ix)    Unlawful distribution of or possession with intent to distribute a controlled substance;

(D)     a written acknowledgement stating that the Contractor has notified them that they are entitled to receive a copy of the criminal background check and to challenge the accuracy and completeness of the report; and

(E)     a written acknowledgement stating that the Contractor has notified them that they may be denied employment or a volunteer position, or may be terminated as an employee or volunteer based on the results of the criminal background check.

**H.10.8** The Contractor shall inform each applicant, employee and unsupervised volunteer that a false statement may subject them to criminal penalties.

**H.10.7** Prior to requesting a criminal background check, the Contractor shall provide each applicant, employee, or unsupervised volunteer with a form or forms to be utilized for the following purposes:

(A)     To authorize the Metropolitan Police Department (MPD), or  designee, to conduct the criminal background check and confirm that the applicant, employee, or unsupervised volunteer has been informed that the Contractor is authorized and required to conduct a criminal background check;

(B)     To affirm whether or not the applicant, employee, or unsupervised volunteer has been convicted of a crime, has pleaded nolo contendere, is on probation before judgment or placement of a case upon a stet docket, or has been found not guilty by reason of insanity for any sexual offenses or intra-family offenses in the District or their equivalent in any other state or territory of the United States, or for any of the felony offenses described in paragraph H.10.5.C

(C)     To acknowledge that the applicant, employee, or unsupervised volunteer has been notified of his or her right to obtain a copy of the criminal background check report and to challenge the accuracy and completeness of the report;

(D)     To acknowledge that the applicant may be denied employment, assignment to, or an unsupervised volunteer position for which a criminal background check is required based on the outcome of the criminal background check; and

(E)     To inform the applicant or employee that a false statement on the form or forms may subject them to criminal penalties pursuant to D.C. Official Code § 22-2405.

**H.10.8**  The Contractor shall direct the applicant or employee to complete the form or forms and notify the applicant or employee when and where to report to be fingerprinted.

**H.10.9**  Unless otherwise provided herein, the Contractor shall request criminal background checks from the Chief, MPD (or designee), who shall be responsible for conducting criminal background checks, including fingerprinting.

**H.10.10** The Contractor shall request traffic record checks from the Director, Department of Motor Vehicles (DMV) (or designee), who shall be responsible for conducting traffic record checks.

**H.10.11** The Contractor shall provide copies of all criminal background and traffic check reports to the CA within one business day of receipt.

**H.10.12** The Contractor shall pay for the costs for the criminal background and traffic record checks, pursuant to the requirements set forth by the MPD and DMV.  The District shall not make any separate payment for the cost of criminal background and traffic record checks.

**H.10.13** The Contractor may make an offer of appointment to, or assign a current employee or applicant to, a compensated position contingent upon receipt from the CO of the CA's decision after his or her assessment of the criminal background or traffic record check.

**H.10.14** The Contractor may not make an offer of appointment to an unsupervised volunteer whose position brings him or her into direct contact with children until it receives from the contracting officer the CA's decision after his or her assessment of the criminal background or traffic record check.

**H.10.15** The Contractor shall not employ or permit to serve as an unsupervised volunteer an applicant or employee who has been convicted of, has pleaded nolo contendere to, is on probation before judgment or placement of a case on the stet docket because of, or has been found not guilty by reason of insanity for any sexual offenses involving a minor.

**H.10.18**  Unless otherwise specified herein, the Contractor shall conduct periodic criminal background checks upon the exercise of each option year of this contract for current employees and unsupervised volunteer in the positions listed in sections H.**10**.1 and H.**10**.2.

**H.10.17**  An employee or unsupervised volunteer may be subject to administrative action including, but not limited to, reassignment or termination at the discretion of the CA after his or her assessment of a criminal background or traffic record check.

**H.10.18**  The CA shall be solely responsible for assessing the information obtained from each criminal background and traffic records check report to determine whether a final offer may be made to each applicant or employee. The CA shall inform the CO of its decision, and the CO shall inform the Contractor whether an offer may be made to each applicant.

**H.10.19**  If any application is denied because the CA determines that the applicant presents a present danger to children or youth, the Contractor shall notify the applicant of such determination and inform the applicant in writing that she or he may appeal the denial to the Commission on Human Rights within thirty (30) days of the determination.

**H.10.20**  Criminal background and traffic record check reports obtained under this section shall be confidential and are for the exclusive use of making employment-related determinations. The Contractor shall not release or otherwise disclose the reports to any person, except as directed by the CO.

## H.11   FAIR CRIMINAL RECORD SCREENING

**H.11.1**  The Contractor shall comply with the provisions of the Fair Criminal Record Screening Amendment Act of 2014, effective December 17, 2014 (D.C. Law 20-152) (the "Act" as used in this section). This section applies to any employment, including employment on a temporary or contractual basis, where the physical location of the employment is in whole or substantial part within the District of Columbia.

**H.11.2**  Prior to making a conditional offer of employment, the Contractor shall not require an applicant for employment, or a person who has requested consideration for employment by the Contractor,  to reveal or disclose an arrest or criminal accusation that is not then pending or did not result in a criminal conviction.

**H.11.3**  After making a conditional offer of employment, the Contractor may require an applicant to disclose or reveal a criminal conviction.

**H.11.4**  The Contractor may only withdraw a conditional offer of employment, or take adverse action against an applicant, for a legitimate business reason as described in the Act.

**H.11.5**  This section and the provisions of the Act shall not apply:

(a) Where a federal or District law or regulation requires the consideration of an applicant's criminal history for the purposes of employment;

(b) To a position designated by the employer as part of a federal or District government program or obligation that is designed to encourage the employment of those with criminal histories;

(c) To any facility or employer that provides programs, services, or direct care to, children, youth, or vulnerable adults; or

(d) To employers that employ less than 11 employees.

**H.11.8**   A person claiming to be aggrieved by a violation of the Act may file an administrative complaint with the District of Columbia Office of Human Rights, and the Commission on Human Rights may impose monetary penalties against the Contractor.

## H.12   DISTRICT RESPONSIBILITIES

## H.13   CONTRACTOR RESPONSIBILITIES

The CONTRACTOR will have a Program Director, Supervisor and Care Coordinator to support the work involved in High Fidelity Wraparound. The CONTRACTOR in collaboration with the Department of Behavioral Health will establish time frames to complete assignment to Care Coordinator, Care Coordinator contact with youth and family, completion of Strength and Needs Assessment, scheduling and completion of Child and Family Team Meeting.

**\*\*\* END OF SECTION H \*\*\***

## SECTION I:   CONTRACT CLAUSES

**I.1    APPLICABILITY OF STANDARD CONTRACT PROVISIONS**

The Standard Contract Provisions for use with District of Columbia Government Supplies and Services Contracts dated July 2010 ("SCP") are incorporated as part of the contract. To obtain a copy of the SCP go to http://ocp.dc.gov, under Quick Links click on "Required Solicitation Documents".

**I.2   CONTRACTS THAT CROSS FISCAL YEARS**

Continuation of this contract beyond the current fiscal year is contingent upon future fiscal appropriations.

**I.3   CONFIDENTIALITY OF INFORMATION**

The Contractor shall keep all information relating to any employee or customer of the District in absolute confidence and shall not use the information in connection with any other matters; nor shall it disclose any such information to any other person, firm or corporation, in accordance with the District and federal laws governing the confidentiality of records.

**I.4   TIME**

Time, if stated in a number of days, will include Saturdays, Sundays, and holidays, unless otherwise stated herein.

**I.5   RIGHTS IN DATA**

Delete Article 42, Rights in Data, of the Standard Contract Provisions dated July 2010 for use with District of Columbia Government Supplies and Services Contracts and substitute the following Article 42, Rights in Data) in its place:

**A.    Definitions**

1. "Products" - A deliverable under any contract that may include commodities, services and/or technology furnished by or through Contractor, including existing and custom Products, such as, but not limited to: a) recorded information, regardless of form or the media on which it may be recorded; b) document research; c) experimental, developmental, or engineering work; d) licensed software; e) components of the hardware environment; f) printed materials (including but not limited to training manuals, system and user documentation, reports, drawings); g) third party software; h) modifications, customizations, custom programs, program listings, programming tools, data, modules, components; and  i) any intellectual property embodied therein, whether in tangible or

intangible form, including but not limited to utilities, interfaces, templates, subroutines, algorithms, formulas, source code, and object code.

2. "Existing Products" - Tangible Products and intangible licensed Products that exist prior to the commencement of work under the contract. Existing Products must be identified on the Product prior to commencement of work or else will be presumed to be Custom Products.

3. "Custom Products" - Products, preliminary, final or otherwise, which are created or developed by Contractor, its sub-contractors, partners, employees, resellers or agents for the District under the contract.

4. "District" – The District of Columbia and its agencies.

**B.      Title to Project Deliverables**

The Contractor acknowledges that it is commissioned by the District to perform services detailed in the contract. The District shall have ownership and rights for the duration set forth in the contract to use, copy, modify, distribute, or adapt Products as follows:

1. Existing Products: Title to all Existing Licensed Product(s), whether or not embedded in, delivered or operating in conjunction with hardware or Custom Products, shall remain with Contractor or third party proprietary owner, who retains all rights, title and interest (including patent, trademark or copyrights). Effective upon payment, the District shall be granted an irrevocable, non-exclusive, worldwide, paid-up license to use, execute, reproduce, display, perform, adapt (unless Contractor advises the District as part of Contractor's bid that adaptation will violate existing agreements or statutes and Contractor demonstrates such to the District's satisfaction), and distribute Existing Product to District users up to the license capacity stated in the contract with all license rights necessary to fully effect the general business purpose of the project or work plan or contract.  Licenses shall be granted in the name of the District. The District agrees to reproduce the copyright notice and any other legend of ownership on any copies authorized under this paragraph.

2. Custom Products: Effective upon Product creation, Contractor hereby conveys, assigns, and transfers to the District the sole and exclusive rights, title and interest in Custom Product(s), whether preliminary, final or otherwise, including all patent, trademark and copyrights. Contractor hereby agrees to take all necessary and appropriate steps to ensure that the Custom Products are protected against unauthorized copying, reproduction and marketing by or through Contractor.

**C.      Transfers or Assignments of Existing or Custom Products by the District**

The District may transfer or assign Existing or Custom Products and the licenses thereunder to another District agency. Nothing herein shall preclude the Contractor from otherwise using the related or underlying general knowledge, skills, ideas, concepts, techniques and experience developed under a project or work plan in the course of Contractor's business.

**D.      Sub-contractor Rights**

Whenever any data, including computer software, are to be obtained from a sub-contractor under the contract, the Contractor shall use this clause, **Rights in Data**, in the subcontract, without alteration, and no other clause shall be used to enlarge or diminish the District's or the Contractor's rights in that sub-contractor data or computer software which is required for the District.

**E.      Source Code Escrow**

1. For all computer software furnished to the District with the rights specified in section B.2, the Contractor shall furnish to the District, a copy of the source code with such rights of the scope as specified in section B.2 of this clause. For all computer software furnished to the District with the restricted rights specified in section B.1 of this clause, the District, if the Contractor either directly or through a successor or affiliate shall cease to provide the maintenance or warranty services provided the District under the contract or any paid-up maintenance agreement, or if the Contractor should be declared insolvent by a court of competent jurisdiction, shall have the right to obtain, for its own and sole use only, a single copy of the current version of the source code supplied under the contract, and a single copy of the documentation associated therewith, upon payment to the person in control of the source code the reasonable cost of making each copy.

2. If the Contractor or Product manufacturer/developer of software furnished to the District with the rights specified in section B.1 of this clause offers the source code or source code escrow to any other commercial customers, the Contractor shall either: (1) provide the District with the source code for the Product; (2) place the source code in a third party escrow arrangement with a designated escrow agent who shall be named and identified to the District, and who shall be directed to release the deposited source code in accordance with a standard escrow arrangement acceptable to the District; or (3) will certify to the District that the Product manufacturer/ developer has named the District as a named beneficiary of an established escrow arrangement with its designated escrow agent who shall be named and identified to the District, and who shall be directed to release the deposited source code in accordance with the terms of escrow.

3. The Contractor shall update the source code, as well as any corrections or enhancements to the source code, for each new release of the Product in the same manner as provided above, and certify such updating of escrow to the District in writing.

**F.      Indemnification and Limitation of Liability**

The Contractor shall indemnify and save and hold harmless the District, its officers, agents and employees acting within the scope of their official duties against any liability, including costs and expenses, (i) for violation of proprietary rights, copyrights, or rights of privacy, arising out of the publication, translation, reproduction, delivery, performance, use or disposition of any data furnished under this contract, or (ii) based upon any data

furnished under this contract, or based upon libelous or other unlawful matter contained in such data.

## I.8   OTHER CONTRACTORS

The Contractor shall not commit or permit any act that will interfere with the performance of work by another District Contractor or by any District employee.

## I.7   SUBCONTRACTS

The Contractor hereunder shall not subcontract any of the Contractor's work or services to any sub-contractor without the prior written consent of the CO.  Any work or service so subcontracted shall be performed pursuant to a subcontract agreement, which the District will have the right to review and approve prior to its execution by the Contractor.  Any such subcontract shall specify that the Contractor and the sub-contractor shall be subject to every provision of this contract.  Notwithstanding any such subcontract approved by the District, the Contractor shall remain liable to the District for all Contractor's work and services required hereunder.

## I.8   INSURANCE

A.  GENERAL REQUIREMENTS.  The Contractor at its sole expense shall procure and maintain, during the entire period of performance under this contract, the types of insurance specified below.  The Contractor shall have its insurance broker or insurance company submit a Certificate of Insurance to the CO giving evidence of the required coverage prior to commencing performance under this contract.  In no event shall any work be performed until the required Certificates of Insurance signed by an authorized representative of the insurer(s) have been provided to, and accepted by, the CO. All insurance shall be written with financially responsible companies authorized to do business in the District of Columbia or in the jurisdiction where the work is to be performed and have an A.M. Best Company rating of A- / VII or higher. Should the Contractor decide to engage a subcontractor for segments of the work under this contract and wish to propose different insurance requirements than outlined below, then, prior to commencement of work by the subcontractor, the Contractor shall submit in writing the name and brief description of work to be performed by the subcontractor on the Subcontractors Insurance Requirement Template provided by the CA, to the Office of Risk Management (ORM). ORM will determine the insurance requirements applicable to the subcontractor and promptly deliver such requirements in writing to the Contractor and the CA. The Contractor must provide proof of the subcontractor's required insurance prior to commencement of work by the subcontractor. If the Contractor decides to engage a subcontractor without requesting from ORM specific insurance requirements for the subcontractor, such subcontractor shall have the same insurance requirements as the Contractor.

General liability, commercial auto, workers' compensation and property insurance policies (if applicable to this agreement) shall contain a **waiver of subrogation** provision in favor of the Government of the District of Columbia.

The Government of the District of Columbia shall be included in all policies required hereunder to be maintained by the Contractor and its subcontractors (except for workers' compensation and professional liability insurance) as an **additional insureds** for claims against The Government of the District of Columbia relating to this contract, with the understanding that any affirmative obligation imposed upon the insured Contractor or its subcontractors (including without limitation the liability to pay premiums) shall be the sole obligation of the Contractor or its subcontractors, and not the additional insured. The additional insured status under the Contractor's and its subcontractors' Commercial General Liability insurance policies shall be affected using the ISO Additional Insured Endorsement form CG 20 10 11 85 (or CG 20 10 07 04 **and** CG 20 37 07 04) or such other endorsement or combination of endorsements providing coverage at least as broad and approved by the CO in writing. All of the Contractor's and its subcontractors' liability policies (except for workers' compensation and professional liability insurance) shall be endorsed using ISO form CG 20 01 04 13 or its equivalent so as to indicate that such policies provide primary coverage (without any right of contribution by any other insurance, reinsurance or self-insurance, including any deductible or retention, maintained by an Additional Insured) for all claims against the additional insured arising out of the performance of this Statement of Work by the Contractor or its subcontractors, or anyone for whom the Contractor or its subcontractors may be liable. These policies shall include a separation of insureds clause applicable to the additional insured.

If the Contractor and/or its subcontractors maintain broader coverage and/or higher limits than the minimums shown below, the District requires and shall be entitled to the broader coverage and/or the higher limits maintained by the Contractor and subcontractors.

B. INSURANCE REQUIREMENTS

1. <u>Commercial General Liability Insurance ("CGL")</u> - The Contractor shall provide evidence satisfactory to the CO with respect to the services performed that it carries a CGL policy, written on an occurrence (not claims-made) basis, on Insurance Services Office, Inc. ("ISO") form CG 00 01 04 13 (or another occurrence-based form with coverage at least as broad and approved by the CO in writing), covering liability for all ongoing and completed operations of the Contractor, including ongoing and completed operations under all subcontracts, and covering claims for bodily injury, including without limitation sickness, disease or death of any persons, injury to or destruction of property, including loss of use resulting therefrom, personal and advertising injury, and including coverage for liability arising out of an Insured Contract (including the tort liability of another assumed in a contract) and acts of terrorism (whether caused by a foreign or domestic source). Such coverage shall have limits of liability of not less than $1,000,000 each occurrence, a $2,000,000 general aggregate (including a per location or per project aggregate limit endorsement, if applicable) limit, a $1,000,000 personal and advertising injury limit, and a $2,000,000 products-completed operations aggregate limit.

   The contractor should be named as an additional insured on the applicable manufacturer's/distributer's Commercial General Liability policy using Insurance

Services Office, Inc. ("ISO") form CG 20 15 04 13 (or another occurrence-based form with coverage at least as broad).

DBH should collect, review for accuracy and maintain all warranties for goods and services.

2. <u>Automobile Liability Insurance</u> - The Contractor shall provide evidence satisfactory to the CO of  commercial (business) automobile liability insurance written on ISO form CA 00 01 10 13 (or another form with coverage at least as broad and approved by the CO in writing) including coverage for all owned, hired, borrowed and non-owned vehicles and equipment used by the Contractor, with minimum per accident limits equal to the greater of (i) the limits set forth in the Contractor's commercial automobile liability policy or (ii) $1,000,000 per occurrence combined single limit for bodily injury and property damage.

3. <u>Workers' Compensation Insurance</u> - The Contractor shall provide evidence satisfactory to the CO of Workers' Compensation insurance in accordance with the statutory mandates of the District of Columbia or the jurisdiction in which the contract is performed.

   <u>Employer's Liability Insurance</u> - The Contractor shall provide evidence satisfactory to the CO of employer's liability insurance as follows:  $500,000 per accident for injury; $500,000 per employee for disease; and $500,000 for policy disease limit.

   All insurance required by paragraphs 1,2 and 3 shall include a waiver of subrogation endorsement for the benefit of Government of the District of Columbia.

4. <u>Cyber Liability Insurance</u> - The Contractor shall provide evidence satisfactory to the Contracting Officer of Cyber Liability Insurance, with limits not less than $2,000,000 per occurrence or claim, $2,000,000 aggregate.  Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by Contractor in this agreement and shall include, but not limited to, claims involving infringement of intellectual property, including but not limited to infringement of copyright, trademark, trade dress, invasion of privacy violations, information theft, damage to or destruction of electronic information, release of private information, alteration of electronic information, extortion and network security.  The policy shall provide coverage for breach response costs as well as regulatory fines and penalties as well as credit monitoring expenses with limits sufficient to respond to these obligations. Limits may not be shared with other lines of coverage. A copy of the cyber liability policy must be submitted to the Office of Risk Management (ORM) for compliance review.

5. <u>Professional Liability Insurance (Errors & Omissions)</u> - The Contractor shall provide Professional Liability Insurance (Errors and Omissions) to cover liability resulting from any error or omission in the performance of professional services under this Contract. The policy shall provide limits of $1,000,000 per claim or per occurrence for each wrongful act and $2,000,000 annual aggregate. The Contractor warrants that any

applicable retroactive date precedes the date the Contractor first performed any professional services for the Government of the District of Columbia and that continuous coverage will be maintained or an extended reporting period will be exercised for a period of at least ten years after the completion of the professional services. Limits may not be shared with other lines of coverage.

6. <u>Sexual/Physical Abuse & Molestation</u> - The Contractor shall provide evidence satisfactory to the Contracting Officer with respect to the services performed that it carries $1,000,000 per occurrence limits; $2,000,000 aggregate of affirmative abuse and molestation liability coverage. Coverage should include physical abuse, such as sexual or other bodily harm and non-physical abuse, such as verbal, emotional or mental abuse; any actual, threatened or alleged act; errors, omission or misconduct. This insurance requirement will be considered met if the general liability insurance includes an affirmative sexual abuse and molestation endorsement for the required amounts. So called "silent" coverage or "shared" limits under a commercial general liability or professional liability policy will not be acceptable. Limits may not be shared with other lines of coverage. The applicable policy may need to be submitted to the Office of Risk Management (ORM) for compliance review.

7. <u>Commercial Umbrella or Excess Liability</u> - The Contractor shall provide evidence satisfactory to the CO of commercial umbrella or excess liability insurance with minimum limits equal to the greater of (i) the limits set forth in the Contractor's umbrella or excess liability policy or (ii) $5,000,000 per occurrence and $5,000,000 in the annual aggregate, following the form and in excess of all liability policies. **All** liability coverages must be scheduled under the umbrella and/or excess policy. The insurance required under this paragraph shall be written in a form that annually reinstates all required limits. Coverage shall be primary to any insurance, self-insurance or reinsurance maintained by the District and the "other insurance" provision must be amended in accordance with this requirement and principles of vertical exhaustion.

C. PRIMARY AND NONCONTRIBUTORY INSURANCE
The insurance required herein shall be primary to and will not seek contribution from any other insurance, reinsurance or self-insurance including any deductible or retention, maintained by the Government of the District of Columbia.

D. DURATION. The Contractor shall carry all required insurance until all contract work is accepted by the District of Columbia and shall carry listed coverages for ten years for construction projects following final acceptance of the work performed under this contract and two years for non-construction related contracts.

E. LIABILITY. These are the required minimum insurance requirements established by the District of Columbia. However, the required minimum insurance requirements provided above will not in any way limit the contractor's liability under this contract.

F. CONTRACTOR'S PROPERTY. Contractor and subcontractors are solely responsible for any loss or damage to their personal property, including but not limited to tools and

equipment, scaffolding and temporary structures, rented machinery, or owned and leased equipment.  A waiver of subrogation shall apply in favor of the District of Columbia.

G. MEASURE OF PAYMENT.  The District shall not make any separate measure or payment for the cost of insurance and bonds.  The Contractor shall include all of the costs of insurance and bonds in the contract price.

H. NOTIFICATION.   The Contractor shall ensure that all policies provide that the CO shall be given thirty (30) days prior written notice in the event of coverage and / or limit changes or if the policy is canceled prior to the expiration date shown on the certificate. The Contractor shall provide the CO with ten (10) days prior written notice in the event of non-payment of premium. The Contractor will also provide the CO with an updated Certificate of Insurance should its insurance coverages renew during the contract.

I. CERTIFICATES OF INSURANCE.  The Contractor shall submit certificates of insurance giving evidence of the required coverage as specified in this section prior to commencing work.   Certificates of insurance must reference the corresponding contract number. Evidence of insurance shall be submitted to:

**The Government of the District of Columbia, and mailed to the attention of:**

> Habibatu Jalloh, CPPB
> Deputy Chief Contracting Officer
> Office of Contracting and Procurement
> Department of Behavioral Health
> 84 New York Avenue, NE, Second Floor
> Washington, DC 20002
> Email:habibatu.jalloh@dc.gov

The CO may request, and the Contractor shall promptly deliver updated certificates of insurance, endorsements indicating the required coverages, and/or certified copies of the insurance policies.  If the insurance initially obtained by the Contractor expires prior to completion of the contract, renewal certificates of insurance and additional insured and other endorsements shall be furnished to the CO prior to the date of expiration of all such initial insurance.  For all coverage required to be maintained after completion, an additional certificate of insurance evidencing such coverage shall be submitted to the CO on an annual basis as the coverage is renewed (or replaced).

J. DISCLOSURE OF INFORMATION.  The Contractor agrees that the District may disclose the name and contact information of its insurers to any third party which presents a claim against the District for any damages or claims resulting from or arising out of work performed by the Contractor, its agents, employees, servants or subcontractors in the performance of this contract.

K. **The Government of the District of Columbia** should be listed as an **Additional Insured** and the **Certificate Holder**. The policies should also contain a **Waiver of**

**Subrogation** provision in favor of the Government of the District of Columbia (please refer to Section A).

## I.9   EQUAL EMPLOYMENT OPPORTUNITY

In accordance with the District of Columbia Administrative Issuance System, Mayor's Order 85-85 dated June 10, 1985, the forms for completion of the Equal Employment Opportunity Information Report are incorporated herein as Section J.3.  An award cannot be made to any offeror who has not satisfied the equal employment requirements.

The contract awarded as a result of this RFP will contain the following clause:

## I.10   ORDER OF PRECEDENCE

The contract awarded as a result of this RFP will contain the following clause
A conflict in language shall be resolved by giving precedence to the document in the highest order of priority that contains language addressing the issue in question.  The following documents are incorporated into the contract by reference and made a part of the contract in the following order of precedence:

(1) An applicable Court Order, if any
(2) Contract document
(3) Standard Contract Provisions
(4) Contract attachments other than the Standard Contract Provisions
(5) RFP, as amended
(6) BAFOs (in order of most recent to earliest)
(7) Proposal

## I.11   DISPUTES

All disputes arising under or relating to the contract shall be resolved as provided herein.

(a) **Claims by the Contractor against the District**: Claim, as used in paragraph (a) of this clause, means a written assertion by the Contractor seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to the contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant

(1) All claims by a Contractor against the District arising under or relating to a contract shall be in writing and shall be submitted to the CO for a decision. The Contractor's claim shall contain at least the following:

(i)   A description of the claim and the amount in dispute;
(ii) Data or other information in support of the claim;

(iii) A brief description of the Contractor's efforts to resolve the dispute prior to filing the claim; and

(iii)     The Contractor's request for relief or other action by the CO.

(2) The CO may meet with the Contractor in a further attempt to resolve the claim by agreement.

(3) The CO shall issue a decision on any claim within 120 calendar days after receipt of the claim. Whenever possible, the CO shall take into account factors such as the size and complexity of the claim and the adequacy of the information in support of the claim provided by the Contractor.

(4)     The CO's written decision shall do the following:

     (i)     Provide a description of the claim or dispute;

     (ii)     Refer to the pertinent contract terms;

     (iii)     State the factual areas of agreement and disagreement;

     (iv)     State the reasons for the decision, including any specific findings of fact, although specific findings of fact are not required and, if made, shall not be binding in any subsequent proceeding;

     (v)     If all or any part of the claim is determined to be valid, determine the amount of monetary settlement, the contract adjustment to be made, or other relief to be granted;

     (vi)     Indicate that the written document is the CO's final decision; and

     (vii)     Inform the Contractor of the right to seek further redress by appealing the decision to the Contract Appeals Board.

(5) Failure by the CO to issue a decision on a contract claim within 120 days of receipt of the claim will be deemed to be a denial of the claim, and will authorize the commencement of an appeal to the Contract Appeals Board as provided by D.C. Official Code § 2-380.04.

(8) If a Contractor is unable to support any part of its claim and it is determined that the inability is attributable to a material misrepresentation of fact or fraud on the part of the Contractor, the Contractor shall be liable to the District for an amount equal to the unsupported part of the claim in addition to all costs to the District attributable to the cost of reviewing that part of the Contractor's claim.  Liability under this paragraph (a)(8) shall be determined within six (8) years of the commission of the misrepresentation of fact or fraud.

(7) Pending final decision of an appeal, action, or final settlement, the Contractor shall proceed diligently with performance of the contract in accordance with the decision of the CO.

(b) **Claims by the District against the Contractor:** Claim as used in paragraph (b) of this clause, means a written demand or written assertion by the District seeking, as a matter of right, the payment of money in a sum certain, the adjustment of contract terms, or other relief arising under or relating to the contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant.

    (1) The CO shall decide all claims by the District against a Contractor arising under or relating to a contract.

    (2) The CO shall send written notice of the claim to the Contractor. The CO's written decision shall do the following:

        (i)      Provide a description of the claim or dispute;

        (ii)     Refer to the pertinent contract terms;

        (iii)   State the factual areas of agreement and disagreement;

        (iv)   State the reasons for the decision, including any specific findings of fact, although specific findings of fact are not required and, if made, shall not be binding in any subsequent proceeding;

        (v)     If all or any part of the claim is determined to be valid, determine the amount of monetary settlement, the contract adjustment to be made, or other relief to be granted;

        (vi)   Indicate that the written document is the CO's final decision; and

        (vii)  Inform the Contractor of the right to seek further redress by appealing the decision to the Contract Appeals Board.

    (3)    The CO shall support the decision by reasons and shall inform the Contractor of its rights as provided herein.

    (4)    Before or after issuing the decision, the CO may meet with the Contractor to attempt to resolve the claim by agreement.

    (5)    The authority contained in this paragraph (b) shall not apply to a claim or dispute for penalties or forfeitures prescribed by statute or regulation which another District agency is specifically authorized to administer, settle or determine.

    (6)    This paragraph shall not authorize the CO to settle, compromise, pay, or otherwise adjust any claim involving fraud.

(c)    Decisions of the CO shall be final and not subject to review unless the Contractor timely commences an administrative appeal for review of the decision, by filing a complaint with the Contract Appeals Board, as authorized by D.C. Official Code § 2-380.04.

(d)     Pending final decision of an appeal, action, or final settlement, the Contractor shall proceed diligently with performance of the contract in accordance with the decision of the CO.

## I.12    CHANGES

(a) The CO may, at any time, by written order, and without notice to the surety, if any, make changes in the contract within the general scope hereof.  If such change causes an increase or decrease in the cost of performance of the contract, or in the time required for performance, an equitable adjustment shall be made.  Any claim for adjustment for a change within the general scope must be asserted within ten (10) days from the date the change is ordered; provided, however, that the CO, if he or she determines that the facts justify such action, may receive, consider and adjust any such claim asserted at any time prior to the date of final settlement of the contract. If the parties fail to agree upon the adjustment to be made, the dispute shall be determined as provided in **clause 14 Disputes**.

(b) The District shall not require the Contractor, and the Contractor shall not require a sub-contractor,  to undertake any work that is beyond the original scope of the contract or subcontract, including work under a District-issued change order, when the additional work increases the contract price beyond the not-to-exceed price or negotiated maximum  price of this contract, unless the CO:

   (1)    Agrees with Contractor, and if applicable, the sub-contractor on a price for the additional work;
   (2)    Obtains a certification of funding to pay for the additional work;
   (3)    Makes a written, binding commitment with the Contractor to pay for the additional work within 30-days after the Contractor submits a proper invoice; and
   (4)    Provides the Contractor with written notice of the funding certification.

(c) The Contractor shall include in its subcontracts a clause that requires the Contractor to:

   (1)    Within 5 business days of its receipt of notice the approved additional funding, provide the sub-contractor with notice of the amount to be paid to the sub-contractor for the additional work to be performed by the sub-contractor;
   (2)    Pay the sub-contractor any undisputed amount to which the sub-contractor is entitled for the additional work within 10 days of receipt of payment from the District;  and
   (3)    Notify the sub-contractor and CO in writing of the reason the Contractor withholds any payment from a sub-contractor for the additional work.

(d) Neither the District, Contractor, nor any sub-contractor may declare another party to be in default, or assess, claim, or pursue damages for delays, until the parties to agree on a price for the additional work.

## I.13    NON-DISCRIMINATION CLAUSE

Delete clause 19, Non-Discrimination Clause, of the Standard Contract Provisions dated July 2010

for use with District of Columbia Government Supplies and Services Contracts and substitute the

following clause 19, Non-Discrimination Clause, in its place:

### 19.  Non-Discrimination Clause:

(a) The Contractor shall not discriminate in any manner against any employee or applicant for employment that would constitute a violation of the District of Columbia Human Rights Act, effective December 13, 1977, as amended (D.C. Law 2-38; D.C. Official Code § 2-1401.01 *et seq.)* ("Act", as used in this clause). The Contractor shall include a similar clause in all subcontracts, except subcontracts for standard commercial supplies or raw materials. In addition, the Contractor agrees, and any sub-contractor shall agree, to post in conspicuous places, available to employees and applicants for employment, a notice setting forth the provisions of this non-discrimination clause as provided in section 251 of the Act.

(b) Pursuant to Mayor's Order 85-85, (8/10/85), Mayor's Order 2002-175 (10/23/02), Mayor's Order 2011-155 (9/9/11) and the rules of the Office of Human Rights, Chapter 11 of Title 4 of the D.C. Municipal Regulations, the following clauses apply to the contract:

    (1) The Contractor shall not discriminate against any employee or applicant for employment because of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, gender identity or expression, family responsibilities, genetic information, disability, matriculation, political affiliation, or credit information. Sexual harassment is a form of sex discrimination which is prohibited by the Act.  In addition, harassment based on any of the above protected categories is prohibited by the Act.

    (2) The Contractor agrees to take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, gender identity or expression, family responsibilities, genetic information, disability, matriculation, political affiliation, or credit information.  The affirmative action shall include, but not be limited to the following:

        (a) employment, upgrading or transfer;

(b)     recruitment, or recruitment advertising;

(c)     demotion, layoff or termination;

(d)     rates of pay, or other forms of compensation; and

(e)     selection for training and apprenticeship.

(3)     The Contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided by the contracting agency, setting forth the provisions in paragraphs 19(b)(1) and (b)(2) concerning non-discrimination and affirmative action.

(4)     The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment pursuant to the non-discrimination requirements set forth in paragraph 19(b)(2).

(5)     The Contractor agrees to send to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, a notice to be provided by the contracting agency, advising the said labor union or workers' representative of that Contractor's commitments under this nondiscrimination clause and the Act, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

(6)     The Contractor agrees to permit access to its books, records, and accounts pertaining to its employment practices, by the Chief Procurement Officer or designee, or the Director of the Office of Human Rights or designee, for purposes of investigation to ascertain compliance with the Act, and to require under terms of any sub-contractor agreement each sub-contractor to permit access of such sub-contractors' books, records, and accounts for such purposes.

(7)     The Contractor agrees to comply with the provisions of the Act and with all guidelines for equal employment opportunity applicable in the District adopted by the Director of the Office of Human Rights, or any authorized official.

(8)     The Contractor shall include in every subcontract the equal opportunity clauses, i.e., paragraphs 19(b)(1) through (b)(9) of this clause, so that such provisions shall be binding upon each sub-contractor.

(9)     The Contractor shall take such action with respect to any subcontract as the CO may direct as a means of enforcing these provisions, including sanctions for noncompliance; provided, however, that in the

event the Contractor becomes involved in, or is threatened with, litigation with a sub-contractor or vendor as a result of such direction by the contracting agency, the Contractor may request the District to enter into such litigation to protect the interest of the District.

## I.14   COST AND PRICING DATA

Delete Article 25, Cost and Pricing Data, of the Standard Contract Provisions dated July 2010 for use with District of Columbia Government Supplies and Services Contracts.

## I.15   SCP No. 12 Service of Process, Notice, or Demand

Delete Article 12, Appointment of Attorney, of the Standard Contract Provisions dated July 2010 for use with District of Columbia Government Supplies and Services Contracts.:

(a)     A contractor may be served with any process, notice, or demand required or permitted by law by serving its registered agent.

(b)     If a contractor ceases to have a registered agent, or if its registered agent cannot with reasonable diligence be served, the contractor may be served by registered or certified mail, return receipt requested, or by similar commercial delivery service, addressed to the contractor at its principal office. Service shall be effective on the earliest of:

(1)     The date that the contractor receives the mail or delivery by a similar commercial delivery service.
(2)     The date shown on the return receipt, if signed by the contractor or its representative; or

(3)     Five days after its deposit with the United States Postal Service or similar commercial delivery service, if correctly addressed and with sufficient postage.

(c)     Service may be made by handing a copy of the process, notice, or demand to an officer of the contractor, a managing or general agent of the contractor, or any other agent authorized by designation or by law to receive service of process for the contractor.

(d)     If a contractor fails to designate or maintain a registered agent in the District as required by law, or if a contractor's registered agent in the District cannot with reasonable diligence be found, and if the person seeking service submits a declaration under penalty of making false statements showing that a registered agent for the contractor cannot be found, the Mayor shall be the contractor's agent upon whom any process against the contractor may be served and upon whom any notice or demand required or permitted by law to be served upon the contractor may be served. Service on the Mayor of the process, notice, or demand shall be made by delivering or leaving with the Mayor, or his/her designee, duplicate copies of the process, notice, or demand. If any process, notice, or demand is so served, the Mayor shall immediately cause one of the copies to be forwarded by registered or certified mail to the contractor at its principal office or at its last known address.

(e)     Service of process, notice, or demand may be made by other means under law.


**I.18     SPECIAL PROVISION RELATED TO CITY ADMINISTRATOR'S ORDER 2022-3 MASK REQUIREMENT**

Contractors who provide goods or perform services in person in District of Columbia facilities or worksites ("On-site Contractors") shall ensure that each of their employees, agents, subcontractors, and supervised volunteers comply with City Administrator's Order 2022-3, Mask Requirements Inside Certain District Government Buildings and Offices, dated April 14, 2022, and all substantially similar mask requirements including any modifications to the Order, unless and until they are rescinded.


**\*\*\* END OF SECTION I \*\*\***

**SECTION J:**            **ATTACHMENTS**

The following list of attachments is incorporated into the solicitation by reference.

| Attachment Number | Document |
|---|---|
| **J.1** | Government of the District of Columbia Standard Contract Provisions for Use with the Supplies and Services Contracts (July 2010) Please click at Standard Contract Provisions - 2010 | OCP to access the document. |
| **J.2** | U.S. Department of Labor Wage Determination No.: No. *2015-4281 Revision No. 24*, dated 08/27/2022. Click at https://sam.gov/wage-determination/2015-4281/24 to access the document. |
| **J.3** | Equal Employment Opportunity Employer Information Report and Mayor's Order 85-85. Click at https://ocp.dc.gov/sites/default/files/dc/sites/ocp/publication/attachments/Required%20EEO%20Forms.pdf |
| **J.4** | Department of Employment Services First Source Employment Agreement. Click https://ocp.dc.gov/sites/default/files/dc/sites/ocp/publication/attachments/New-Non%20Construction%20First%20Source%20Employment%20Agreement%202%20%28003%29.pdf to access the Agreement. |
| **J.5** | Way to Work Amendment Act of 2008 D.C. Code §§ 2-220.01 – 2-220.11-Living Wage Notice effective July 1, 2022. Please click https://ocp.dc.gov/sites/default/files/dc/sites/ocp/publication/attachments/July%202022%20Living%20Wage%20Notice.pdf |
| **J.8** | Way to Work Amendment Act of 2008, D.C. Code §§ 2-220.01 – 2-220.11 - Living Wage Act Fact Sheet effective July 1, 2022. Please click at https://ocp.dc.gov/sites/default/files/dc/sites/ocp/publication/attachments/July%202022%20Living%20Wage%20Fact%20Sheet%20.pdf to access the Act. |
| **J.7** | Tax Certification Affidavit available. Please click at https://ocp.dc.gov/sites/default/files/dc/sites/ocp/publication/attachments/OCP_Channel%202_9%20Solicitation%20Attachments_tax_certification_affidavit.pdf to access the document, complete and return. |
| **J.8** | Subcontracting Plan (if required by law) available https://dslbd.dc.gov/sites/default/files/dc/sites/dslbd/SBE%20Subcontracting%20Plan%20%28Revised%2008.15.2022%29.docx |
| **J.9** | First Source Initial Employment Plan (if contract is $300,000 or more) available at https://ocp.dc.gov/sites/default/files/dc/sites/ocp/publication/attachments/Revised%20First%20Source%20Employment%20Plan-Contracts%20Between%20%24300%2C000%20and%20%245%20million-February%202018.pdf |
| **J10** | The Health Insurance Portability and Accountability Act of 1998. Please click at Microsoft Word - HIPAA Business Associate Compliance clause(October 2018).doc (dc.gov) to access the Act. |

**\*\*\* END OF SECTION J \*\*\***