UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.J., *et al.*,

        Plaintiffs,

v.

The District of Columbia, *et al.*,

        Defendants.

Civ. No. 1:18-cv-1901 (ACR)

## **SCHEDULING ORDER**

Upon consideration of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (the "Motion"), the parties' filings to date concerning the Motion, and the parties' arguments made during the July 10, 2023 hearing on the Motion, it is hereby **ORDERED** that the parties shall abide by the following schedule:

1. **Updated Interrogatory Responses:**
   a. The parties shall serve any updates to their prior interrogatory responses no later than Friday, August 11, 2023.

2. **Supplemental Briefing:**
   a. Plaintiffs shall file a supplemental brief in support of the Motion, not to exceed 10 pages in length, no later than Friday, August 18, 2023;
   b. Defendants shall file their response to Plaintiffs' supplemental brief, not to exceed 10 pages in length, no later than Monday, September 18, 2023; and
   c. Plaintiffs shall file their reply to Defendants' response, not to exceed 10 pages in length, no later than Monday, October 2, 2023.

**SO ORDERED.**

                                                                               /**s**/ Ana C. Reyes

Date: July 17, 2023                                             ANA C. REYES
                                                                    United States District Judge