UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et al., <br><br>     Plaintiffs, <br><br> - against - <br><br> The District of Columbia, et al., <br><br>     Defendants. | Civ. No. 1:18-cv-1901 (ACR) |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE REVISED OBJECTIONS AND RESPONSES TO INTERROGATORIES**

In support of Plaintiffs' Motion for Extension of Time to Serve Revised Objections and Responses to Interrogatories (the "Motion"), Plaintiffs provide the following points and authorities:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. Plaintiffs' showing of good cause in support of the Motion;

3. Defendants' lack of opposition to the relief requested; and

4. The inherent power of the Court.

Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend a deadline set by the Court upon a showing of good cause. "In sum, '[g]ood cause means a valid reason for delay.'" *See Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (quoting *Coleman v. Milwaukee Bd. of Sch. Dirs.*, 290 F.3d 932, 934 (7th Cir. 2002)).  Here, Plaintiffs seek up to a six-week extension to January 17, 2024, for good cause, because Plaintiffs have been unable, despite their diligence, to secure Plaintiff L.R.'s verification of those revised Objections and Responses by December 6, 2023.  Accordingly, Plaintiffs require additional time to serve revised verified Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs M.J. and L.R.  The requested

relief will not prejudice Defendants nor unduly delay the resolution of this matter. Moreover, Defendants do not oppose the requested relief as long as Defendants are permitted the opportunity to file a supplemental brief after the revised Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs M.J. and L.R. are served, in the event such revised Objections and Responses impact Defendants' arguments in connection with Plaintiffs' Motion for Class Certification. Plaintiffs agree not to oppose Defendants' efforts to file such a supplemental brief should those circumstances occur.

      Accordingly, Plaintiffs request that the Court grant this motion and enter the proposed order.

Dated: December 5, 2023

Respectfully Submitted,

*/s/ Jason T. Mitchell*

Sandra J. Bernstein (D.C. Bar No. 455355)
Mary Nell Clark (D.C. Bar No. 419732)
Eva I. Richardson (D.C. Bar No. 1724670)
DISABILITY RIGHTS DC AT UNIVERSITY LEGAL SERVICES
220 I Street NE, Suite 130
Washington, D.C. 20002
202-547-0198

Ira A. Burnim (D.C. Bar No. 406154)
Lewis L. Bossing (D.C. Bar No. 984609)
Brittany Vanneman (D.C. Bar No. 1736194)
JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW
1090 Vermont Avenue, NW, Suite 220
Washington, D.C. 20005
202-467-5730

Poonam Juneja (appearing *pro hac vice*)
Brenda Star Adams (appearing *pro hac vice*)
NATIONAL CENTER FOR YOUTH LAW
1212 Broadway, Suite 600
Oakland, CA 94612
510-835-8098

Howard Schiffman (D.C. Bar No. 358814)
Jason T. Mitchell (D.C. Bar No. 1005757)
Laurent M. Abergel (D.C. Bar No. 1718921)
SCHULTE ROTH + ZABEL LLP
555 13th Street, NW, Suite 6W
Washington, D.C. 20004
202-729-7470

*Attorneys for Plaintiffs*