UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.J., et al.,<br><br>                Plaintiffs,<br><br>- against -<br><br>The District of Columbia, et al.,<br><br>                Defendants. | Civ. No. 1:18-cv-1901 (ACR) |

## PLAINTIFFS' STATUS REPORT

By and through undersigned counsel, Plaintiffs I.C., B.T., L.R, and M.W., on behalf of themselves and all others similarly situated, and University Legal Services, Inc. (doing business as "Disability Rights DC") (collectively, "Plaintiffs") respectfully submit this status report to provide the Court information regarding the current status of this matter.

1. On July 17, 2023, following a hearing regarding Plaintiffs' pending Motion for Class Certification and Appointment of Class Counsel, this Court so ordered the Parties' Joint Scheduling Order setting the date for the parties to serve any updates to their prior interrogatory responses no later than Friday, August 11, 2023.

2. Plaintiffs served revised verified Objections and Responses to two of the three sets of interrogatories issued by Defendants (Defendants' First Set of Interrogatories to Plaintiff University Legal Services, Inc. and Defendants' Second Set of Interrogatories to Plaintiffs L.R. and University Legal Services, Inc.) on August 11, 2023.

3. Although Plaintiffs worked diligently to prepare revised Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs M.J. and L.R., Plaintiffs' counsel was unable to secure Plaintiff L.R.'s verification of those revised Objections and Responses by August 11, 2023. Accordingly, Plaintiffs sought an extension of time to serve revised verified Objections

and Responses to Defendants' First Set of Interrogatories to Plaintiffs M.J. and L.R. until August 31, 2023, which the Court granted on August 11, 2023.  Due to continued difficulties in securing Plaintiff L.R.'s verification of those revised Objections and Responses, Plaintiffs then sought further extensions of time to serve those revised verified Objections and Responses, each of which the Court granted.  The most recent extension, granted by the Court on December 5, 2023, extended the time for Plaintiffs to serve those revised verified Objections and Responses until January 17, 2024, though Plaintiffs endeavored to serve such revised verified Objections and Responses as soon as possible.

4. When the Court granted Plaintiffs' most recent extension request, it issued a December 5, 2023 Minute Order that provided, among other things, that:

> 30 days after the revised Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs M.J. and L.R. are served, Defendants may file a supplemental brief, not to exceed 10 pages, in the event such revised Objections and Responses impact Defendants' arguments in connection with Plaintiffs' Motion for Class Certification.  It is further ORDERED that this case is STAYED in the interim.

5. On December 14, 2023, Plaintiffs served the revised verified Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs M.J. and L.R.

6. Saturday, January 13, 2024 was the 30th day following Plaintiffs' service of the revised verified Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs M.J. and L.R.  Accordingly, pursuant to the Court's December 5, 2023 Minute Order, if Defendants sought to file a supplemental brief in the event such revised Objections and Responses impacted Defendants' arguments in connection with Plaintiffs' Motion for Class Certification, such supplemental brief was due to be filed no later than the next business day, which was Tuesday, January 16, 2024.

7.      As of January 22, 2024, Defendants have not filed a supplemental brief in connection with Plaintiffs' Motion for Class Certification.

Dated:  January 23, 2024

Respectfully Submitted,

*/s/ Jason T. Mitchell*

Sandra J. Bernstein (D.C. Bar No. 455355)
Mary Nell McGarity Clark (D.C. Bar No. 419732)
Eva I. Richardson (D.C. Bar No. 1724670)
DISABILITY RIGHTS DC AT UNIVERSITY LEGAL SERVICES
220 I Street NE, Suite 130
Washington, D.C. 20002
202-547-0198

Ira A. Burnim (D.C. Bar No. 406154)
Lewis L. Bossing (D.C. Bar No. 984609)
Brittany Vanneman (D.C. Bar No. 1736194)
JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW
1090 Vermont Avenue, NW, Suite 220
Washington, D.C. 20005
202-467-5730

Poonam Juneja (appearing *pro hac vice*)
Brenda Star Adams (appearing *pro hac vice*)
NATIONAL CENTER FOR YOUTH LAW
1212 Broadway, Suite 600
Oakland, CA 94612
510-835-8098

Howard Schiffman (D.C. Bar No. 358814)
Jason T. Mitchell (D.C. Bar No. 1005757)
Laurent M. Abergel (D.C. Bar No. 1718921)
SCHULTE ROTH + ZABEL LLP
555 13th Street, NW, Suite 6W
Washington, D.C. 20004
202-729-7470

*Attorneys for Plaintiffs*